| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**SAUL EWING LLP**<br>Turner N. Falk, Esq.<br>1735 Market Street, 34th Floor<br>Philadelphia PA 19103<br>(215) 972-8415<br>turner.falk@saul.com<br>*Counsel for H.K.N. IV, LLC* | |
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>Wind-Down Debtor. [1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

## NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF AN ORDER (A) GRANTING AN ALLOWED ADMINISTRATIVE EXPENSE FOR POST-PETITION LEASE OBLIGATIONS, AND (B) COMPELLING IMMEDIATE PAYMENT THEREOF [CASE NO. 25-14861, D.I. 2776]

H.K.N. IV, LLC hereby withdraws the *Motion for Entry of an Order (A) Granting an Allowed Administrative Expense for Post-Petition Lease Obligations, and (B) Compelling Immediate Payment Thereof* [Case No. 25-14861, D.I. 2776] filed on October 6, 2025.

> **SAUL EWING LLP**
> */s/ Turner N. Falk*
> Turner N. Falk, Esq.
> 1735 Market Street, 34th Floor
> Philadelphia, PA 19103
> Telephone: (215) 972-7777
> Email: turner.falk@saul.com

---

[1] On December 30, 2025, the Court entered the Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al., closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

57300642.1