Caption in Compliance with D.N.J. LBR 9004-1(b)

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                            Debtors. [1] |

**Order Filed on February 19, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter 11

Case No. 25-14861 (MBK)

## ORDER APPROVING INTERIM AND FINAL FEE APPLICATIONS OF CERTAIN RETAINED PROFESSIONALS

The relief set forth on the following pages, numbered three (3) through four (4), is hereby

**ORDERED**.

**DATED: February 19, 2026**

                                    */s/ Michael B. Kaplan*
                                      Honorable Michael B. Kaplan
                                      United States Bankruptcy Judge

---

[1]    On December 30, 2025, the Court entered the Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in *New Rite Aid, LLC, et al.*, closing all cases listed therein except for Lakehurst and Broadway Corporation Case No. 25-14831 (MBK) (the "Wind-Down Debtor") [Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed in the Wind-Down Debtor's case. The last four digits of the Wind-Down Debtor's tax ID number are 7947.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted pro hac vice)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

(Page | 3)
Debtor:              NEW RITE AID, LLC, *et al.*
Case No.:            25-14861 (MBK)
Caption of Order:    Order Approving Interim and Final Fee Applications of Certain Retained
                     Professionals

Upon consideration of the interim and final fee applications [Docket Nos. 74, 66, 67, 68, 69, 73, 75, 70, 72, 71] (the "Interim and Final Fee Applications") of certain retained professionals (collectively, the "Retained Professionals" and each a "Retained Professional") for the period covering May 5, 2025 through December 31, 2025, in the above-captioned debtors and debtors in possession (collectively, the "Debtors") chapter 11 cases and listed on **Exhibit A** hereto filed in accordance with the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Case No. 25-14861, Docket No. 767] (the "Interim Compensation Order"); and the Court having reviewed the Interim and Final Fee Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (b) notice of the Interim and Final Fee Applications was adequate under the circumstances; (c) all parties with notice of the Interim and Final Fee Applications have been afforded the opportunity to be heard on the Interim and Final Fee Applications; and (d) all of the requirements of 11 U.S.C. §§ 327, 328, 330, and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rules 2016-1 and 2016-3 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, have been satisfied; and after due deliberation and sufficient and good cause appearing therefor,

   **IT IS HEREBY ORDERED THAT:**

   1.    The Interim and Final Fee Applications are APPROVED in the amounts set forth in **Exhibit A**.

   2.    The Retained Professionals are granted interim and final allowance of compensation and reimbursement of expenses in the amounts set forth in **Exhibit A**, attached hereto.

(Page | 4)

Debtor:                   NEW RITE AID, LLC, *et al.*

Case No.:                 25-14861 (MBK)

Caption of Order:         Order Approving Interim and Final Fee Applications of Certain Retained
                          Professionals

3.      To the extent not already paid pursuant to the Interim Compensation Order, the

Debtors are authorized and directed to remit payment to each Retained Professional in the amount

set forth in **Exhibit A**, less all amounts previously paid on account of such fees and expenses.  Any

Retained Professionals holding a retainer shall be permitted to apply the balance of any such

retainer towards the payment of such unpaid fees and expenses.

4.      This Order shall constitute a separate order for each Retained Professional and the

appeal of this Order with respect to any Retained Professional shall have no effect on the

authorized fees and expenses of the other Retained Professionals.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation of this Order.

**<u>Exhibit A</u>**

| Professional and Application | Fees Requested | Expenses Requested |
|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br><br>Co-Counsel to the Debtors<br><br>Second Interim and Final Fee Application<br>[Docket No. 74] | $24,696,940.50 | $335,496.32 |
| Cole Schotz P.C.<br><br>Co-Counsel to the Debtors<br><br>Second Interim and Final Fee Application<br>[Docket No. 66] | $5,128,440.00 | $38,261.35 |
| A&G Realty Partners, LLC<br><br>Real Estate Consultant and Advisor to the Debtors<br><br>First and Final Fee Application<br>[Docket No. 67] | $2,325,365.72 | $492,331.19 |
| Kroll Restructuring Administration LLC<br><br>Administrative Advisor to the Debtors<br><br>First and Final Fee Application<br>[Docket No. 68] | $116,531.10 | $0.00 |
| Guggenheim Securities, LLC<br><br>Investment Banker to the Debtors<br><br>Second Interim and Final Fee Application<br>[Docket No. 69] | $5,262,283.56 | $155,982.91 |
| Alvarez & Marsal North America, LLC<br><br>Financial Advisor to the Debtors<br><br>Second Interim and Final Fee Application<br>[Docket No. 73] | $21,654,453.00 | $90,356.27 |

| Professional and Application | Fees Requested | Expenses Requested |
|---|---|---|
| Jackson Lewis P.C.<br><br>Labor and Employment Litigation Counsel to the Debtors<br><br>First and Final Fee Application [Docket No. 75] | $44,046.00 | $0.00 |
| Willkie Farr & Gallagher LLP<br><br>Co-Counsel to the Official Committee of Unsecured Creditors<br><br>Second Interim and Final Fee Application [Docket No. 70] | $2,690,455.50 | $14,652.48 |
| Sills Cummis & Gross P.C.<br><br>Co-Counsel to the Official Committee of Unsecured Creditors<br><br>Second Interim and Final Fee Application [Docket No. 72] | $580,734.50 | $9,871.90 |
| AlixPartners, LLP<br><br>Financial Advisor to the Official Committee of Unsecured Creditors<br><br>Second Interim and Final Fee Application [Docket No. 71] | $1,495,875.50 | $0.00 |