Caption in Compliance with D.N.J. LBR 9004-1(b)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                              Debtors.[1] |

Order Filed on February 19, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 25-14861 (MBK)

**ORDER APPROVING INTERIM AND FINAL FEE APPLICATIONS OF
CERTAIN RETAINED PROFESSIONALS**

The relief set forth on the following pages, numbered three (3) through four (4), is hereby **ORDERED**.

DATED: February 19, 2026

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] On December 30, 2025, the Court entered the Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in *New Rite Aid, LLC, et al.*, closing all cases listed therein except for Lakehurst and Broadway Corporation Case No. 25-14831 (MBK) (the "Wind-Down Debtor") [Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed in the Wind-Down Debtor's case. The last four digits of the Wind-Down Debtor's tax ID number are 7947.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted pro hac vice)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtor: | NEW RITE AID, LLC, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Order Approving Interim and Final Fee Applications of Certain Retained Professionals |

Upon consideration of the interim and final fee applications [Docket Nos. 74, 66, 67, 68, 69, 73, 75, 70, 72, 71] (the "Interim and Final Fee Applications") of certain retained professionals (collectively, the "Retained Professionals" and each a "Retained Professional") for the period covering May 5, 2025 through December 31, 2025, in the above-captioned debtors and debtors in possession (collectively, the "Debtors") chapter 11 cases and listed on **Exhibit A** hereto filed in accordance with the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Case No. 25-14861, Docket No. 767] (the "Interim Compensation Order"); and the Court having reviewed the Interim and Final Fee Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (b) notice of the Interim and Final Fee Applications was adequate under the circumstances; (c) all parties with notice of the Interim and Final Fee Applications have been afforded the opportunity to be heard on the Interim and Final Fee Applications; and (d) all of the requirements of 11 U.S.C. §§ 327, 328, 330, and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rules 2016-1 and 2016-3 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, have been satisfied; and after due deliberation and sufficient and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Interim and Final Fee Applications are APPROVED in the amounts set forth in **Exhibit A**.

2. The Retained Professionals are granted interim and final allowance of compensation and reimbursement of expenses in the amounts set forth in **Exhibit A**, attached hereto.

(Page | 4)

| | |
|---|---|
| Debtor: | NEW RITE AID, LLC, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Order Approving Interim and Final Fee Applications of Certain Retained Professionals |

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to remit payment to each Retained Professional in the amount set forth in **Exhibit A**, less all amounts previously paid on account of such fees and expenses. Any Retained Professionals holding a retainer shall be permitted to apply the balance of any such retainer towards the payment of such unpaid fees and expenses.

4. This Order shall constitute a separate order for each Retained Professional and the appeal of this Order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**Exhibit A**

| Professional and Application | Fees Requested | Expenses Requested |
|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br><br>Co-Counsel to the Debtors<br><br>Second Interim and Final Fee Application<br>[Docket No. 74] | $24,696,940.50 | $335,496.32 |
| Cole Schotz P.C.<br><br>Co-Counsel to the Debtors<br><br>Second Interim and Final Fee Application<br>[Docket No. 66] | $5,128,440.00 | $38,261.35 |
| A&G Realty Partners, LLC<br><br>Real Estate Consultant and Advisor to the Debtors<br><br>First and Final Fee Application<br>[Docket No. 67] | $2,325,365.72 | $492,331.19 |
| Kroll Restructuring Administration LLC<br><br>Administrative Advisor to the Debtors<br><br>First and Final Fee Application<br>[Docket No. 68] | $116,531.10 | $0.00 |
| Guggenheim Securities, LLC<br><br>Investment Banker to the Debtors<br><br>Second Interim and Final Fee Application<br>[Docket No. 69] | $5,262,283.56 | $155,982.91 |
| Alvarez & Marsal North America, LLC<br><br>Financial Advisor to the Debtors<br><br>Second Interim and Final Fee Application<br>[Docket No. 73] | $21,654,453.00 | $90,356.27 |

| Professional and Application | Fees Requested | Expenses Requested |
|---|---|---|
| Jackson Lewis P.C.<br><br>Labor and Employment Litigation Counsel to the Debtors<br><br>First and Final Fee Application<br>[Docket No. 75] | $44,046.00 | $0.00 |
| Willkie Farr & Gallagher LLP<br><br>Co-Counsel to the Official Committee of Unsecured Creditors<br><br>Second Interim and Final Fee Application<br>[Docket No. 70] | $2,690,455.50 | $14,652.48 |
| Sills Cummis & Gross P.C.<br><br>Co-Counsel to the Official Committee of Unsecured Creditors<br><br>Second Interim and Final Fee Application<br>[Docket No. 72] | $580,734.50 | $9,871.90 |
| AlixPartners, LLP<br><br>Financial Advisor to the Official Committee of Unsecured Creditors<br><br>Second Interim and Final Fee Application<br>[Docket No. 71] | $1,495,875.50 | $0.00 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-14831-MBK |
| Lakehurst and Broadway Corporation | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

**Recip ID         Recipient Name and Address**
db            + Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

**Name**              **Email Address**

Alison Genova
                on behalf of Interested Party Katherine Quinn algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
                on behalf of Interested Party Bari Harlam algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
                on behalf of Interested Party Arun Nayar algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
                on behalf of Interested Party Michael Regan algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
                on behalf of Interested Party Andre Persaud algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
                on behalf of Interested Party Heyward Donigan algenova@gmail.com  lmcgee@wsgr.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 1 |

Alison Genova
    on behalf of Interested Party Louis Miramontes algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party John Standley algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party David Jessick algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Myrtle Potter algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Daniel Miller algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Michael Savage algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Paul Gilbert algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Christopher Bohrer algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Robert Knowling  Jr. algenova@gmail.com, lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Thomas Warburton algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Joseph Anderson  Jr. algenova@gmail.com, lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Elizabeth Burr algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Kevin Lofton algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Bruce Bodaken algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Amanda Glover algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Justin Mennen algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Marcy Syms algenova@gmail.com lmcgee@wsgr.com

Alyson M. Fiedler
    on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com john.acquaviva@icemiller.com

Andrew Small
    on behalf of Creditor RARED ALLENSTOWN  LLC asmall@wglaw.com

Andrew Small
    on behalf of Creditor Rared Jaffrey  LLC asmall@wglaw.com

Andrew Small
    on behalf of Creditor Rared Manchester NH  LLC asmall@wglaw.com

Andrew H. Sherman
    on behalf of Other Prof. Alixpartners  LLP asherman@sillscummis.com

Anthony Sodono, III
    on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com

Christopher J. Leavell
    on behalf of Creditor OFP Wagradol PA2  LLC cleavell@klehr.com, lclark@klehr.com

Daniel H. Reiss
    on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com

Elie Jonathan Worenklein
    on behalf of Creditor 1970 Group  Inc. eworenklein@debevoise.com,
    ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com;crceresa@debevoise.com

Evan C. Pappas
    on behalf of Interested Party 29 Katz Crew  LP epappas@tuckerlaw.com

Jessica Apter

Case 25-14831-MBK    Doc 274    Filed 02/21/26    Entered 02/22/26 00:20:07    Desc
Imaged Certificate of Notice    Page 10 of 11

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter

on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com

Jessica Apter

on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

John Piskora

on behalf of Creditor ACON Laboratories  Inc. jpiskora@loeb.com, nydocket@loeb.com,jpiskora@ecf.courtdrive.com

Joseph L. Schwartz

on behalf of Creditor RSS Center  LLC jschwartz@riker.com

Leslie Carol Heilman

on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Comcast Cable Communications Management  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Louis T. DeLucia

on behalf of Creditor SKBB Investments louis.delucia@icemiller.com
john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.
basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman

on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com

Mark A. Roney

on behalf of Interested Party Star Capital Partners  LLC mroney@hillwallack.com,
kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Matthew W. Bourda

on behalf of Creditor ENGIE Power & Gas LLC matthew@jonesmurray.com

Matthew W. Bourda

on behalf of Creditor Engie Power & Gas LLC matthew@jonesmurray.com

Matthew W. Bourda

on behalf of Creditor ENGIE Resources LLC matthew@jonesmurray.com

Michael Papandrea

on behalf of Creditor VaxServe  Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com

Michael D. Sirota

on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael E. Holt

on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Creditor BM Properties mholt@formanlaw.com  kanema@formanlaw.com

Michael R. Herz

on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com  aedwards@foxrothschild.com

Michele M. Dudas

on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Oleh Matviyishyn

on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com

Paul M. Rosenblatt

on behalf of Creditor Inmar Rx Solutions  Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul M. Rosenblatt

on behalf of Creditor Wilmington Trust  NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul Stadler Pflumm

on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug
Benefit Fund ppflumm@mcdowelllegal.com
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@
mcdowelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

Case 25-14831-MBK    Doc 274    Filed 02/21/26    Entered 02/22/26 00:20:07    Desc
Imaged Certificate of Notice    Page 11 of 11

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 1 |

Richard A. O'Halloran
    on behalf of Creditor Foothill Center Partners  LLC, a California limited liability partnership, the successor in interest to Foothill Partners Ltd. richard.ohalloran@dinsmore.com,
    lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert L. LeHane
    on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor First Washington Realty  Inc. rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Interested Party Thomas A. Pitta  Trustee of RAD Sub-Trust A rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Ross J. Switkes
    on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com

Turner Falk
    on behalf of Creditor H.K.N. IV  LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Wojciech F. Jung
    on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com
    cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com

Zhenyi Zhou
    on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com


TOTAL: 70