**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane
Andres Barajas (admitted *pro hac vice*)
Connie Y. Choe
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, NJ 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: rlehane@kelleydrye.com
         abarajas@kelleydrye.com
         cchoe@kelleydrye.com

*Counsel for Thomas A. Pitta,
Trustee of the RAD Sub-Trust A*

---

In re:

LAKEHURST AND BROADWAY CORPORATION

Wind-Down Debtor.[1]

Chapter 11

Case No. 25-14831 (MBK)

**RAD SUB-TRUST A'S APPLICATION IN LIEU OF MOTION IN SUPPORT OF ENTRY OF STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE 2023 RITE AID CASES**

TO THE HONORABLE MICHAEL B. KAPLAN,
UNITED STATES BANKRUPTCY JUDGE:

Thomas A. Pitta, as trustee ("Trustee") of the RAD Sub-Trust A (the "Trust"), by and through his undersigned counsel, respectfully states the following in support of this

---

[1] On December 30, 2025, the Bankruptcy Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Bankruptcy Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

application (the "Application"), pursuant to D.N.J. LBR 9019-4(b), seeking approval and entry of the proposed *Stipulation and Agreed Order Between the Wind-Down Debtor and RAD Sub-Trust A Regarding Reconciliation of Non-Tort General Unsecured Claims Asserted in the 2023 Rite Aid Cases* (the "Proposed Stipulation"),[2] a copy of which is attached hereto as Exhibit 1, and in support thereof states as follows:

      1.      On October 15, 2023 (the "Petition Date"), Rite Aid Corporation and certain of its affiliates ("2023 Rite Aid Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), and their chapter 11 cases were jointly administered pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedures under caption titled *Rite Aid Corporation, et al.*, Case No. 23-18993 (MBK) (the "2023 Rite Aid Cases").[3]

      2.      On August 16, 2024, the Bankruptcy Court entered the *Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Rite Aid Corporation and Its Debtor Affiliates (With Further Modifications)* (the "2023 Confirmation Order"),[4] thereby confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates (With Further Modifications)* (the "2023 Plan").[5]

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Proposed Stipulation.

[3]     2023 Rite Aid Cases, Docket No. 122.

[4]     2023 Rite Aid Cases, Docket No. 4532.

[5]     2023 Rite Aid Cases, Docket No. 4532, Exhibit A.

3. On August 30, 2024, the 2023 Plan became effective (the "2023 Effective Date").[6]

4. On the 2023 Effective Date, pursuant to the 2023 Plan and 2023 Confirmation Order, the Trust was established in accordance with the terms of the Sub-Trust A Agreement and Thomas A. Pitta was appointed as Trustee.

5. Pursuant to Article IX of the 2023 Plan, the Trust and the New Rite Aid Debtors (as defined below) were assigned certain duties, obligations, and responsibilities, including the obligation to reconcile the Non-Tort General Unsecured Claims in the 2023 Rite Aid Cases.

6. On May 5, 2025, New Rite Aid, LLC and its affiliates (collectively, including the Wind-Down Debtor, the "New Rite Aid Debtors"), each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and their chapter 11 cases were jointly administered pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedures under caption titled *New Rite Aid LLC, et al.*, Case No. 25-14861 (MBK) (the "New Rite Aid Cases").[7]

7. On November 26, 2025 and December 15, 2025, the Bankruptcy Court entered orders confirming the New Rite Aid Debtors' chapter 11 plan. On December 31, 2025, the New Rite Aid Plan became effective.[8]

8. The Parties have agreed that the Trust shall assume the obligation and authority for the reconciliation of the Non-Tort General Unsecured Claims on the terms set forth

---

[6] 2023 Rite Aid Cases, Docket No. 4800.

[7] New Rite Aid Cases, Docket No. 122.

[8] New Rite Aid Cases, Docket Nos. 3445, 3536, 3699.

in the Proposed Stipulation. The Parties have agreed to abide by the terms of the Proposed Stipulation, subject to Bankruptcy Court approval.

9. This Application is submitted pursuant to D.N.J. LBR 9019-4(b) in lieu of a motion, in support of the Trusts' request that the Bankruptcy Court enter the Proposed Stipulation as presented. The Trust submits that the Proposed Stipulation is in its best interest and the best interests of creditors of the 2023 Rite Aid Debtors, as it clarifies the Trust's and the Wind-Down Debtor's respective duties and obligations with respect to the reconciliation of the Non-Tort General Unsecured Claims.

10. No previous application for the relief sought herein has been made to this or any other Court.

Dated: February 25, 2026

By: */s/ Robert L. LeHane*_____
Robert L. LeHane
Andres Barajas (admitted *pro hac vice*)
Connie Y. Choe
**KELLEY DRYE & WARREN LLP**
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: rlehane@kelleydrye.com
  abarajas@kelleydrye.com
  cchoe@kelleydrye.com

*Counsel for Thomas A. Pitta, Trustee of the RAD Sub-Trust A*

## Exhibit 1

**Proposed Stipulation**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION<br><br>Wind-Down Debtor.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

**STIPULATION AND AGREED ORDER**
**BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A**
**REGARDING RECONCILIATION OF NON-TORT GENERAL**
**UNSECURED CLAIMS ASSERTED IN THE 2023 RITE AID CASES**

The relief set forth on the following pages, numbered three (3) through ten (10) is

**ORDERED.**

---

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**KELLEY DRYE & WARREN LLP**
Robert L. LeHane
Andres Barajas (admitted *pro hac vice*)
Connie Y. Choe
7 Giralda Farms, Suite 340
Madison, NJ 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: rlehane@kelleydrye.com
 abarajas@kelleydrye.com
 cchoe@kelleydrye.com

*Counsel for Thomas A. Pitta, as*
*Trustee of the RAD Sub-Trust A*


**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
E-mail: msirota@coleschotz.com
 wusatine@coleschotz.com
 fyudkin@coleschotz.com
 svanaalten@coleschotz.com

-and-

**MORGAN, LEWIS & BOCKIUS LLP**
John C. Goodchild, III
Matthew C. Ziegler (admitted *pro hac vice*)
Sophia C. Aguilar
2222 Market St.
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
john.goodchild@morganlewis.com
matthew.ziegler@morganlewis.com
sophia.aguilar@morganlewis.com

-and-

Celine M. DeSantis (admitted *pro hac vice*)
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 341-7700
celine.desantis@morganlewis.com

*Counsel to the RAD Liquidating Trust*
*and Wind-Down Debtor*

2

(Page | 3)
Debtor:            LAKEHURST AND BROADWAY CORPORATION
Case No:           25-14831 (MBK)
Caption of Order:  STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES

This stipulation and order (the "Stipulation") is entered into by and among (i) Lakehurst and Broadway Corporation (the "Wind-Down Debtor"), through undersigned counsel, and (ii) the RAD Sub-Trust A (the "Trust" and collectively with the Wind-Down Debtor the "Parties" and each a "Party"), through undersigned counsel.  The Parties hereby stipulate and agree as follows:

## RECITALS

**WHEREAS**, Rite Aid Corporation and certain of its affiliates ("2023 Rite Aid Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") on October 15, 2023, and their chapter 11 cases were jointly administered pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedures under caption titled Rite Aid Corporation, *et al.*, Case No. 23-18993 (MBK) (the "2023 Rite Aid Cases");[2]

**WHEREAS**, on August 16, 2024, the Bankruptcy Court entered the *Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Rite Aid Corporation and Its Debtor Affiliates (With Further Modifications)* (the "2023 Confirmation Order")[3] confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates (With Further Modifications)* (the "2023 Plan");[4]

---

[2]    2023 Rite Aid Cases, Docket No. 122.

[3]    2023 Rite Aid Cases, Docket No. 4532.

[4]    2023 Rite Aid Cases, Docket No. 4532, Exhibit A.  Capitalized terms used but not defined in this Stipulation shall have the meaning ascribed to them in the 2023 Plan.

3

(Page | 4)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No: | 25-14831 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES |

**WHEREAS**, on August 30, 2024, the 2023 Plan became effective (the "2023 Effective Date");[5]

**WHEREAS**, pursuant to the 2023 Plan and 2023 Confirmation Order, on the 2023 Effective Date, RAD Sub-Trust A was established pursuant to the terms of the Sub-Trust A Agreement (the "Sub-Trust A Agreement")[6] and Thomas A. Pitta was appointed as Trustee of Sub-Trust A (the "Trust");

**WHEREAS**, pursuant to Section 7.1 of the Sub-Trust A Agreement (the "Limitation of Liability Provision"), the Trustee and the Trustee's professionals, shall not be liable to the Trust or any Trust beneficiary for, among other things, the following: (i) any claim arising out of or in connection with the creation, operation, or termination of the Trust, or for any act or omission taken under the Sub-Trust A Agreement including any actions taken or omitted in fulfillment of such parties' duties with respect to the Trust (except to the extent such liability arises from the Trust's bad faith or willful misconduct as determined by a Final Order); (ii) any action or inaction taken in good faith reliance upon the advice of professionals retained by Sub-Trust A; (iii) any personal liability, whether in tort, contract, or otherwise, to any person in connection with the affairs of the Trust; and (iv) any liabilities, obligations, or duties of the 2023 Rite Aid Debtors or the New Rite Aid Debtors (as defined below) (including the Wind-Down Debtor);

---

[5]  *See* 2023 Rite Aid Cases, Docket No. 4800.

[6]  The substantially final form of the Sub-Trust A Agreement was filed on August 23, 2024 as part of the Tenth Amended Plan Supplement.  *See* 2023 Rite Aid Cases, Docket No. 4586.

4

Case 25-14831-MBK    Doc 283    Filed 02/25/26    Entered 02/25/26 15:15:55    Desc Main
Document    Page 10 of 15

Case 25-14831-MBK   Doc 283   Filed 02/25/26   Entered 02/25/26 15:15:55   Desc Main
Document   Page 10 of 15

(Page | 5)
Debtor:             LAKEHURST AND BROADWAY CORPORATION
Case No:            25-14831 (MBK)
Caption of Order:   STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES

**WHEREAS**, on May 5, 2025, New Rite Aid, LLC and its affiliates (collectively, including the Wind-Down Debtor, the "New Rite Aid Debtors"), each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and their chapter 11 cases were jointly administered pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedures under caption titled New Rite Aid LLC, *et al.*, Case No. 25-14861 (MBK) (the "New Rite Aid Cases");[7]

**WHEREAS**, on November 4, 2025, the Trust and RAD Sub-Trust B filed a joint motion seeking entry of an order authorizing and directing the New Rite Aid Debtors to share data, including data containing protected health information, to the Trust and RAD Sub-Trust B, as applicable;[8]

**WHEREAS**, on December 22, 2025, the Court entered an *Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan and (II) Granting Related Relief* (the "PHI Turnover Order"), which approves the procedures and allocation of costs pursuant to which the New Rite Aid Debtors would produce certain protected health information to the Trust;[9]

**WHEREAS**, on November 24, 2025, the New Rite Aid Debtors filed a data retention plan (the "Data Retention Plan") that governs the New Rite Aid Debtors' obligation to retain or transfer certain litigation data to the Trust from the categories of books and records identified therein;[10]

---

[7]  New Rite Aid Cases, Docket No. 122.

[8]  New Rite Aid Cases, Docket No. 3166.

[9]  New Rite Aid Cases, Docket No. 3556.

[10] The substantially final form of the Data Retention Plan was filed on November 24, 2025 as part of the First Amended Plan Supplement. *See* New Rite Aid, Docket No. 3305, Exhibit H.

5

(Page | 6)
Debtor:            LAKEHURST AND BROADWAY CORPORATION
Case No:           25-14831 (MBK)
Caption of Order:  STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES

**WHEREAS**, on November 26, 2025 and December 15, 2025, the Court entered orders confirming the New Rite Aid Debtors' chapter 11 plan (the "New Rite Aid Plan") and on December 31, 2025, the New Rite Aid Plan became effective;[11]

**WHEREAS**, on January 9, 2025, the Trust sent counsel to the Wind-Down Debtor the Trust's document requests, including certain requests pertaining to the reconciliation of Non-Tort General Unsecured Claims asserted against the 2023 Rite Aid Debtors' estates (the "Claims Reconciliation Data Requests");

**WHEREAS**, Article IX of the 2023 Plan establishes, among other things, as of the 2023 Effective Date, certain duties, obligations, and responsibilities of the Trust and the New Rite Debtors, including the obligation of the New Rite Aid Debtors to reconcile the Non-Tort General Unsecured Claims in the 2023 Rite Aid Cases;[12]

**WHEREAS**, in consideration of the foregoing, and subject to approval by the Bankruptcy Court, the Parties have agreed that (i) the Trust shall assume the obligation and authority for the reconciliation of the Non-Tort General Unsecured Claims; and (ii) the Wind-Down Debtor shall timely transfer documents responsive to the Claims Reconciliation Data Requests in accordance with the procedures set forth in the PHI Turnover Order, *provided, however,* that the Trust shall not bear any costs or expense that the Wind-Down Debtor incurs, including the costs of its counsel

---

[11]  Docket Nos. 3445, 3536, 3699.

[12]  2023 Plan, § IX.A. "Non-Tort General Unsecured Claims" means all General Unsecured Claims (as defined in the 2023 Plan) that are not Tort Claims.

6

(Page | 7)
Debtor: LAKEHURST AND BROADWAY CORPORATION
Case No: 25-14831 (MBK)
Caption of Order: STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES

and data vendor, in its review and transfer of documents responsive to any reasonable Claims Reconciliation Data Requests to the Trust.

**NOW, THEREFORE, IT HEREBY IS STIPULATED AND AGREED, BY AND AMONGST THE PARTIES, THROUGH THE UNDERSIGNED, AND UPON COURT APPROVAL HEREOF, IT SHALL BE ORDERED THAT:**

1. This Stipulation shall have no force or effect unless and until approved by the Bankruptcy Court (the "Stipulation Effective Date").

2. The foregoing Recitals are hereby incorporated by reference into this Stipulation.

3. Effective as of the date this Stipulation is approved by the Court, the Parties agree to the following (the "Stipulation Terms"):

    a. The Trust shall assume sole authority and responsibility for the reconciliation of all Non-Tort General Unsecured Claims in the 2023 Rite Aid Cases as set forth in Article IX.A of the 2023 Plan, including, without limitation, the authority to allow, disallow, compromise, object to, or otherwise resolve such Non-Tort General Unsecured Claims in the Trust's sole discretion, and in accordance with the terms of the 2023 Plan and Sub-Trust A Agreement;

    b. Subject to the procedures set forth in the PHI Turnover Order with respect to the review of Trust Requests (except as set forth in paragraph 3(c) below), the Wind-Down Debtor shall timely provide the Trust and its professionals with all documents (including privileged documents) responsive to the Claims Reconciliation Data Requests, in order to facilitate the Trust's reconciliation of the Non-Tort General Unsecured Claims in accordance with the Trust's obligations set forth in paragraph 3(a) above; and

    c. Notwithstanding any provision in the PHI Turnover Order, the Trust shall not bear any costs or expenses, including the costs of the Wind-Down Debtor's counsel and data vendor, relating to the Wind-Down Debtor's review and transfer of documents responsive to any reasonable Claims Reconciliation Data Requests.

(Page | 8)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No: | 25-14831 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES |

4. For the avoidance of doubt, the Wind-Down Debtor and the Trust agree that the Limitation of Liability Provision shall apply to the Stipulation Terms and be given full force and effect with respect to the Trust's actions set forth in Paragraph 3 above.

5. The Parties agree that the Wind-Down Debtor and Trust are authorized, to the extent permitted under the 2023 Plan and 2023 Confirmation Order, to take all actions necessary to effectuate the relief provided for in this Stipulation.

6. Neither this Stipulation nor any actions taken pursuant hereto shall constitute evidence admissible against the Parties in any action or proceeding other than one to enforce the terms of this Stipulation.

7. Except as expressly set forth herein, nothing contained herein is intended to be or shall be deemed as or construed to be, a waiver of, nor in any way affect, any of the Parties' respective rights, claims, defenses, or other interests arising out of or related to the 2023 Plan and its related documents including the Sub-Trust A Agreement, the New Rite Aid Plan, the PHI Turnover Order, any additional agreements between the Parties, or any matters related thereto pending in the Court, or any other matters to which the Parties have or may have in the future a claim or interest.

8. This Stipulation shall constitute the entire agreement and understanding of the Parties related to the subject matter herein and supersedes all prior agreements and understandings between the Parties.

(Page | 9)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No: | 25-14831 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES |

9. Each of the undersigned who executes this Stipulation by or on behalf of a Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

10. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copies, electronic copies, or facsimiles signed by the Parties here to be charged.

11. This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties hereto or by further order of the Bankruptcy Court.

12. This Stipulation shall be governed by, and construed in accordance with, the laws of the State of New York, except to the extent that the Bankruptcy Code applies, without regard to principles of conflicts of law that would require the application of laws of another jurisdiction.

13. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

| | |
|---|---|
| (Page | 10) | |
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No: | 25-14831 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES |

Dated: February 25, 2026

| **FOR THE TRUST** | **FOR THE WIND-DOWN DEBTOR** |
|---|---|
| By: */s/ Robert L. LeHane* | By: */s/ Felice R. Yudkin* |
| Robert L. LeHane<br>Andres Barajas (admitted *pro hac vice*)<br>Connie Y. Choe<br>**KELLEY DRYE & WARREN LLP**<br>7 Giralda Farms, Suite 3400<br>Madison, NJ 07940<br>Tel: (973) 503-5900<br>Fax: (973) 503-5950<br>E-mail: rlehane@kelleydrye.com<br>　　　　abarajas@kelleydrye.com<br>　　　　cchoe@kelleydrye.com<br><br>*Counsel for Thomas A. Pitta, as Trustee of the Sub-Trust A* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Seth Van Aalten (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>E-mail: msirota@coleschotz.com<br>　　　　wusatine@coleschotz.com<br>　　　　fyudkin@coleschotz.com<br>　　　　svanaalten@coleschotz.com<br><br>-and-<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br>John C. Goodchild, III<br>Matthew C. Ziegler (admitted *pro hac vice*)<br>Sophia C. Aguilar<br>2222 Market St.<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 963-5000<br>john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com<br>sophia.aguilar@morganlewis.com<br><br>-and-<br><br>Celine M. DeSantis (admitted *pro hac vice*)<br>One Federal Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 341-7700<br>celine.desantis@morganlewis.com<br><br>*Counsel to the RAD Liquidating Trust and Wind-Down Debtor* |