## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LAKEHURST AND BROADWAY CORPORATION, | Case No. 25-14831 (MBK) |
| Debtor.[1] | |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On February 12, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail to the list of parties attached hereto as **Exhibit A**:

- Notice of (I) Entry of Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC (Technical Modifications) and Its Debtor Affiliates and (II) Occurrence of Effective Date [Case No. 25-14861; Docket No. 3699]

On February 19, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail to the list of parties attached hereto as **Exhibit B**:

- Notice of Filing of Third Amended Plan Supplement [Case No. 25-14861, Docket No. 3694]

- Notice to Contract Parties to Potentially Assumed Executory Contracts, a copy of which is attached hereto as **Exhibit C**

*[Remainder of page intentionally left blank]*

---

[1] On December 30, 2025, the Court entered the Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al., closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). For avoidance of doubt, the Monthly Fee Statement of Kroll Restructuring Administration LLC was docketed in Case No. 25-14861 (MBK) [Docket No. 3524] but will proceed under Case No. 25-14831 (MBK) in accordance with the Order.

Dated: February 25, 2026

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 25, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 94705 & 94793

## Exhibit A

Exhibit A

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 28127466 | ABD ALI, FATIMAH | ADDRESS ON FILE | | | | |
| 28152487 | CHUNG, MICHELLE | ADDRESS ON FILE | | | | |
| 28147213 | CURRY, LEANNE | ADDRESS ON FILE | | | | |
| 28157507 | DIETZ, ELIZABETH | ADDRESS ON FILE | | | | |
| 28142796 | DOLSON, SHANITA | ADDRESS ON FILE | | | | |
| 28142846 | DOTY, PETER | ADDRESS ON FILE | | | | |
| 28131317 | ELLER, DEBORAH | ADDRESS ON FILE | | | | |
| 30261508 | EVOLVED BY NATURE INC | 196 BOSTON AVENUE | SUITE 1100 | MEDFORD | MA | 02155 |
| 28090238 | GILLIS, MICHAEL | ADDRESS ON FILE | | | | |
| 28106400 | GREEN MOUNTAIN POWER CORPORATION | PO BOX 1325 | | WILLISTON | VT | 05495-1325 |
| 28145859 | GRUBER, ANNA | ADDRESS ON FILE | | | | |
| 28727094 | HUDSON BAY CAPITAL MANAGEMENT LP | 290 HARBOR DR | FL 3 | STAMFORD | CT | 06902-8700 |
| 28092772 | KELLOGG-CHILSON, NATHAN L | ADDRESS ON FILE | | | | |
| 28156991 | LIPIN, ANTHONY | ADDRESS ON FILE | | | | |
| 28117259 | LU, SANDRA | ADDRESS ON FILE | | | | |
| 28136573 | MOHAMMED, NOOR | ADDRESS ON FILE | | | | |
| 28137324 | O'BRIEN, SHANNON | ADDRESS ON FILE | | | | |
| 28137341 | O'DONNELL, COREY | ADDRESS ON FILE | | | | |
| 28150092 | SCARIM, ISAAC | ADDRESS ON FILE | | | | |
| 28146080 | SNYDER, SIERRA | ADDRESS ON FILE | | | | |
| 28100628 | STROUT, STACY L | ADDRESS ON FILE | | | | |
| 28146487 | TOMPKINS, IAN | ADDRESS ON FILE | | | | |
| 28121817 | VAZQUEZ, ERICA | ADDRESS ON FILE | | | | |
| 28157320 | VELIZ, BEATRIZ | ADDRESS ON FILE | | | | |
| 28158559 | WALKER, SUZANNE | ADDRESS ON FILE | | | | |
| 28169651 | WEX INC | 1 HANCOCK ST | | PORTLAND | ME | 04101-4217 |

**Exhibit B**

Exhibit B

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 28159918 | HCL AMERICA INC | ATTN: SHIV WALIA, CFO | 2600 GREAT AMERICA WAY # 401 | SANTA CLARA | CA | 95054-1169 |
| 28159592 | HITACHI VANTARA LLC | 750 CENTRAL EXPRESSWAY | POST OFFICE BOX 54996 | SANTA CLARA | CA | 95050 |

**<u>Exhibit C</u>**

SRF 93968-94793

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**NOTICE TO CONTRACT PARTIES
TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS**

**PLEASE TAKE NOTICE THAT** on September 22, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court")[2] entered an order [Docket No. 2535] (the "Disclosure Statement Order"): (a) authorizing New Rite Aid, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *First Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 2517]; (b) conditionally approving the *First Amended Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 2518] as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, noticing, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

---

[1]     The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2]     Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan or the Disclosure Statement, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, on November 11, 2025, the Debtors filed the *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 3215] and the *Second Amended Disclosure Statement Relating to the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 3216] (as modified, amended, or supplemented from time to time, the "<u>Disclosure Statement</u>").

**PLEASE TAKE FURTHER NOTICE** that, on November 11, 2025, the Debtors filed the *Schedule of Assumed Executory Contracts and/or Unexpired Leases* as <u>Exhibit B</u> to the *Notice of Filing of Plan Supplement* [Docket No. 3218], as contemplated under the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on November 24, 2025, the Debtors filed the *Schedule of Assumed Executory Contracts and/or Unexpired Leases* as <u>Exhibit B</u> to the *Notice of Filing of First Amended Plan Supplement* [Docket No. 3305], as contemplated under the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on November 25, 2025, the Debtors filed the *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3436, Ex. B-1] (as modified, amended, or supplemented from time to time, the "<u>Plan</u>").

**PLEASE TAKE FURTHER NOTICE** that, on November 26, 2025, the Court entered the *Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3445], as supplemented by the *Supplemental Order to Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3536] (the "<u>Confirmation Order</u>").

**PLEASE TAKE FURTHER NOTICE** that, on December 16, 2025, the Debtors filed the *Schedule of Assumed Executory Contracts and/or Unexpired Leases* as <u>Exhibit A</u> to the *Notice of Filing of Second Amended Plan Supplement* [Docket No. 3541], as contemplated under the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on December 30, 2025, the Debtors filed the *Schedule of Assumed Executory Contracts and/or Unexpired Leases* as <u>Exhibit B</u> to the *Notice of Filing of Third Amended Plan Supplement* [Docket No. 3694] (the "<u>Assumed Contract Schedule</u>"), as contemplated under the Plan. Only those executory contracts and unexpired leases listed on <u>Exhibit B-4</u> to the Assumed Contract Schedule are newly added to the Assumed Contract Schedule and are the subject of this Notice; no other contracts or leases included on <u>Exhibit B-1</u> through <u>Exhibit B-3</u> of the Assumed Contract Schedule are being newly noticed hereby.

**PLEASE TAKE FURTHER NOTICE THAT** you are receiving this notice (this "<u>Notice</u>") because the Debtors' records reflect that you are a party to a contract or unexpired lease that is listed on <u>Exhibit B-4</u> of the Assumed Contract Schedule. Therefore, you are advised to carefully review the information contained in this Notice and the related provisions of the Plan, including the Assumed Contract Schedule.

**PLEASE TAKE FURTHER NOTICE THAT**, on the Effective Date, the executory contracts and unexpired leases listed on the Assumed Contract Schedule may be assumed by the Debtors or assumed by the Debtors and assigned to another third party, as applicable, in connection with the Plan. The Assumed Contract Schedule can also be viewed on the Debtors' restructuring website, https://restructuring.ra.kroll.com/RiteAid2025. The Debtors' determination to assume or assume and assign the unexpired leases and executory contracts listed on **Schedule A** hereto is subject to revision.

**PLEASE TAKE FURTHER NOTICE THAT** section 365(b)(1) of the Bankruptcy Code requires a chapter 11 debtor to cure, or provide adequate assurance that it will promptly cure, any defaults under executory contracts and unexpired leases at the time of assumption. Accordingly, the Debtors have conducted a thorough review of their books and records and have determined the amounts required to cure defaults, if any, under the executory contracts and unexpired leases, which amounts are listed on **Schedule A** attached hereto. Please note that if no amount is stated for a particular executory contract or unexpired lease, the Debtors believe that there is no cure amount outstanding for such executory contract or unexpired lease.

      **PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed cure amounts or object to the assumption or assumption and assignment of an executory contract or unexpired lease, including for lack of adequate assurance, your objection (a "Cure/Assumption Objection") **must**:  (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the Court electronically by attorneys who regularly practice before the Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Court) and, by all other parties in interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary upon the following parties so as to be **actually received** on or before January 13, 2025, the date which is 14 days following service of this Notice (the "Cure/Assumption Objection Deadline"):

| *Debtors* |
|:---:|
| **New Rite Aid, LLC**<br>200 Newberry Commons, Etters, Pennsylvania 17319 |

| *Counsel to the Debtors* | *Counsel to the Debtors* |
|:---:|:---:|
| **PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attn:  Andrew N. Rosenberg; Alice Belisle Eaton;<br>Christopher Hopkins; Sean A. Mitchell | **Cole Schotz, P.C.**<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Attn:  Michael D. Sirota; Warren A. Usatine; Felice R.<br>Yudkin; Seth Van Aalten |

| *Counsel to the Committee* |
|:---:|
| **WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Attn: Brett H. Miller; Todd M. Goren; James H. Burbage; Jessica D. Graber<br><br>**SILLS CUMMIS & GROSS P.C.**<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Attn: Andrew H. Sherman; Boris Mankovetskiy; Gregory Kopacz |

| *Counsel to the DIP Agents* |
|:---:|
| **Choate, Hall & Stewart LLP**<br>Two International Place<br>Boston, Massachusetts 02110<br>Attn: John F. Ventola; Jonathan D. Marshall; Mark D. Silva<br><br>**Greenberg Traurig LLP**<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>Attn: Alan J. Brody |

| *Counsel to McKesson Corporation (as Plan Sponsor)* |
|---|
| **SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Attn: Dennis M. Twomey; Jackson T. Garvey; Ian C. Ferrell<br><br>**McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>Attn: Anthony Sodono, III; Michele M. Dudas |
| *United States Trustee* |
| **Office of the United States Trustee**<br>**United States Trustee, Region 3**<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102<br>Attn: Jeffrey M. Sponder and Lauren Bielskie |

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed by the Cure/Assumption Objection Deadline, then: **(i) you will be deemed to have stipulated that the Cure amounts as determined by the Debtors are correct; (ii) you will be forever barred, estopped, and enjoined from asserting any additional cure amount under the proposed Assumed Contract; and (iii) you will be forever barred, estopped, and enjoined from objecting to such proposed assumption or assumption and assignment.**

**PLEASE TAKE FURTHER NOTICE** that any Cure/Assumption Objection that otherwise complies with these procedures yet remains unresolved as of the Cure/Assumption Objection Deadline may be heard at a later date to be fixed by the Court.

**PLEASE TAKE FURTHER NOTICE** that notwithstanding anything herein, the mere listing of any executory contract or unexpired lease on the Assumed Contract Schedule does not require or guarantee that such executory contract or unexpired lease will be assumed at any time or assumed and assigned, and all rights of the Debtors, the Reorganized Debtors, and the Wind-Down Debtors, as applicable, with respect to such executory contract or unexpired lease are reserved.  Moreover, the Debtors explicitly reserve their rights, in their reasonable discretion to seek to reject or assume each executory contract or unexpired lease pursuant to section 365(a) of the Bankruptcy Code and in accordance with the procedures set forth in <u>Article V</u> of the Plan.

**PLEASE TAKE FURTHER NOTICE** that nothing herein:  (i) alters in any way the prepetition nature of the executory contracts or unexpired leases or the validity, priority, or amount of any claims of a counterparty to any executory contracts or unexpired leases against the Debtors that may arise under such executory contracts or unexpired leases; (ii) creates a postpetition contract or agreement; or (iii) elevates to administrative expense priority any claims of a counterparty to any executory contract or unexpired lease against the Debtors that may arise under such executory contract or unexpired lease.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to **obtain a copy of the Disclosure Statement, the Plan, or related documents at no additional cost**, you should contact Kroll Restructuring Administration LLC, the Debtors' claims, noticing, and solicitation agent in the chapter 11 cases (the "Claims Agent"), by: (a) visiting the Debtors' restructuring website at:  <u>https://restructuring.ra.kroll.com/RiteAid2025</u>; (b) writing to New Rite Aid Ballot Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; (c) emailing the Claims Agent at RiteAid2025Info@ra.kroll.com (with "In re New Rite Aid Solicitation Inquiry" in the subject line); or (d) calling the Claims Agent at (888) 575-9318 (USA or Canada, toll-free) or +1 (646) 930-4577 (international).  You may also obtain copies of any pleadings filed with the Court free of charge by visiting the Debtors' restructuring website, <u>https://restructuring.ra.kroll.com/RiteAid2025</u>, or the Court's website at <u>https://www.njb.uscourts.gov</u> in accordance with the procedures and fees set forth therein.

**ARTICLE X** OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **ARTICLE X.D CONTAINS A THIRD-PARTY RELEASE**. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY.  IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT THE CLAIMS AGENT.

Dated:  December 30, 2025

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and
Debtors in Possession*