| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | **REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE** |
|---|---|---|
| In re:<br>Lakehurst and Broadway Corporation, | Chapter 11<br><br>Case Number: 25-14831 (MBK) | |

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

Name of Creditor: JSK Lebanon LLC
(The person or other entity to whom the debtor owed money or property.)

Name and Addresses Where Notices Should Be Sent:
Porzio, Bromberg & Newman, P.C.
Attn: Christopher P. Mazza, Esq.
5 Sylvan Way, Suite 110
P.O. Box 218
Parsippany, NJ 07054

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this request:
☐ replaces a previously filed request, dated:
☐ amends a previously filed request, dated:

1. **BASIS FOR CLAIM**

   ☐ Goods Sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other (Describe briefly) - Lease (*See Attached Addendum*)

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries and compensations (Fill out below)

   Provide last four digits of your social security number _____

2. DATE DEBT WAS INCURRED: May 5, 2025 - July 31, 2025

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: $118,156.00

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:

   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other (Describe briefly) _____

   Value of Collateral: $_____

☒ Check this box if there is no collateral or lien securing your claim.

5. **Credits**: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

| Date:<br>02/26/2026 | **Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).**<br><br>/s/ Ravi Acharya, Owner |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).         *rev.8/1/15*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>5 Sylvan Way, Suite 110<br>P.O. Box 218<br>Parsippany, New Jersey 07054<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br>Christopher P. Mazza, Esq. (cpmazza@pbnlaw.com)<br><br>*Counsel to JSK Lebanon LLC* | |
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>Debtor[1]. | Case No.: 25-14831 (MBK)<br><br>Chapter: 11 |

## ADDENDUM TO REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

This Request for Payment of Administrative Expense (the "Administrative Claim") is submitted by JSK Lebanon LLC ("Landlord") against the debtor Lakehurst and Broadway Corporation, together with New Rite Aid, LLC and other affiliated Wind-Down Debtors (collectively the "Debtors").

Landlord's Administrative Claim arises from that certain real property lease related to the premises located at 2 Cumberland Street, Lebanon, Pennsylvania 17042-5444 (Store No. 245) (the "Premises"). The lease was originally entered into on February 15, 1999 between RX Lebanon Investors, L.L.C., as landlord, and Rite Aid of Pennsylvania, Inc., as tenant, and was subsequently amended, assigned, and further modified (the "Lease," as amended).[2]

The Debtors filed their Chapter 11 bankruptcy cases on May 5, 2025 (the "Petition Date"). The Lease was subject to the Debtors' *Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Case No. 25014861; Dkt. No. 1092], and was subsequently rejected

---

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

[2] Due to confidentiality provisions in the supporting documents, the Lease (and its amendments) have not been included but are available upon request.

10179499

pursuant to the *Consent Order Between the Wind-Down Debtors and JSK Lebanon LLC Resolving Objection to Debtors' Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt No. 58], effective July 31, 2025 (the "Rejection Date").

## I.     The Administrative Claim

As of the date of this filing, the total amount of the Administrative Claim that is due and owing to Landlord is $118,156.00, which represents actual, necessary costs of preserving the estate pursuant to 11 U.S.C. § 503(b)(1)(A). The amount consists of estimated deferred maintenance and replacement costs pursuant to the terms of the Lease, which includes the replacement of 3 HVAC units as well as the roof on the Premises, which were left in a state of disrepair upon the Debtors' vacatur of the premises and require replacing so that the premises can be returned to a safe, leasable condition.

## II.    Reservation of Rights

Landlord expressly reserves the right to further amend, modify, and/or supplement this Administrative Claim.

10179499