| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| In Re:<br>Lakehurst and Broadway Corporation |

Order Filed on February 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: __25-14831__

Adv. No.: _____

Chapter: __11__

Judge: __Michael B. Kaplan__

### ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED**.

**DATED: February 24, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____NATHAN BASALYGA, ESQ._____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.  L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court  
District of New Jersey  
Martin Luther King, Jr. Federal Building  
50 Walnut Street  
Newark, N.J. 07102  
*Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev.03/01/2024*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-14831-MBK

Lakehurst and Broadway Corporation  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Feb 24, 2026  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

**Recip ID  Recipient Name and Address**
db  + Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

**Name  Email Address**

Alison Genova
    on behalf of Interested Party Katherine Quinn algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Bari Harlam algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Arun Nayar algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Michael Regan algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Andre Persaud algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Heyward Donigan algenova@gmail.com  lmcgee@wsgr.com

Case 25-14831-MBK    Doc 286    Filed 02/26/26    Entered 02/27/26 00:11:33    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Alison Genova | on behalf of Interested Party Louis Miramontes algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party John Standley algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party David Jessick algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Myrtle Potter algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Daniel Miller algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Michael Savage algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Paul Gilbert algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Christopher Bohrer algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Robert Knowling Jr. algenova@gmail.com, lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Thomas Warburton algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Joseph Anderson Jr. algenova@gmail.com, lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Elizabeth Burr algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Kevin Lofton algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Bruce Bodaken algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Amanda Glover algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Justin Mennen algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Marcy Syms algenova@gmail.com lmcgee@wsgr.com |
| Alyson M. Fiedler | on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com john.acquaviva@icemiller.com |
| Andrew Small | on behalf of Creditor RARED ALLENSTOWN LLC asmall@wglaw.com |
| Andrew Small | on behalf of Creditor Rared Jaffrey LLC asmall@wglaw.com |
| Andrew Small | on behalf of Creditor Rared Manchester NH LLC asmall@wglaw.com |
| Andrew H. Sherman | on behalf of Other Prof. Alixpartners LLP asherman@sillscummis.com |
| Anthony Sodono, III | on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com |
| Christopher J. Leavell | on behalf of Creditor OFP Wagradol PA2 LLC cleavell@klehr.com, lclark@klehr.com |
| Daniel H. Reiss | on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com |
| David M. Bass | on behalf of Debtor Lakehurst and Broadway Corporation dbass@coleschotz.com |
| Elie Jonathan Worenklein | on behalf of Creditor 1970 Group Inc. eworenklein@debevoise.com, ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com;crceresa@debevoise.com |
| Evan C. Pappas | |

Case 25-14831-MBK    Doc 286    Filed 02/26/26    Entered 02/27/26 00:11:33    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party 29 Katz Crew LP epappas@tuckerlaw.com |
| Jessica Apter | |
| | on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com |
| Jessica Apter | |
| | on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com |
| Jessica Apter | |
| | on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com |
| John Piskora | |
| | on behalf of Creditor ACON Laboratories Inc. jpiskora@loeb.com, nydocket@loeb.com,jpiskora@ecf.courtdrive.com |
| Joseph L. Schwartz | |
| | on behalf of Creditor RSS Center LLC jschwartz@riker.com |
| Leslie Carol Heilman | |
| | on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie Carol Heilman | |
| | on behalf of Creditor Comcast Cable Communications Management LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com |
| Louis T. DeLucia | |
| | on behalf of Creditor SKBB Investments louis.delucia@icemiller.com john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com |
| Marc Justin Kurzman | |
| | on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com |
| Mark A. Roney | |
| | on behalf of Interested Party Star Capital Partners LLC mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com |
| Matthew W. Bourda | |
| | on behalf of Creditor ENGIE Power & Gas LLC matthew@jonesmurray.com |
| Matthew W. Bourda | |
| | on behalf of Creditor Engie Power & Gas LLC matthew@jonesmurray.com |
| Matthew W. Bourda | |
| | on behalf of Creditor ENGIE Resources LLC matthew@jonesmurray.com |
| Michael Papandrea | |
| | on behalf of Creditor VaxServe Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com |
| Michael D. Sirota | |
| | on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael E. Holt | |
| | on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com kanema@formanlaw.com |
| Michael E. Holt | |
| | on behalf of Creditor BM Properties mholt@formanlaw.com kanema@formanlaw.com |
| Michael R. Herz | |
| | on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com aedwards@foxrothschild.com |
| Michele M. Dudas | |
| | on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com |
| Oleh Matviyishyn | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com |
| Paul M. Rosenblatt | |
| | on behalf of Creditor Inmar Rx Solutions Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com |
| Paul M. Rosenblatt | |
| | on behalf of Creditor Wilmington Trust NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com |
| Paul Stadler Pflumm | |
| | on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug Benefit Fund ppflumm@mcdowelllegal.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 24, 2026 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com |
| Richard A. O'Halloran | on behalf of Creditor Foothill Center Partners LLC, a California limited liability partnership, the successor in interest to Foothill Partners Ltd. richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com |
| Robert L. LeHane | on behalf of Interested Party Thomas A. Pitta Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor First Washington Realty Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Interested Party Thomas A. Pitta Trustee of RAD Sub-Trust A rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor NNN REIT Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Regency Centers L.P rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Ross J. Switkes | on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com |
| Turner Falk | on behalf of Creditor H.K.N. IV LLC turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Wojciech F. Jung | on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com |
| Zhenyi Zhou | on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com |

TOTAL: 71