| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **STARK & STARK, PC** <br> Thomas S. Onder, Esq. <br> 100 American Metro Blvd. <br> Hamilton, NJ 08619 <br> Telephone (609) 219-7458 <br> tonder@stark-stark.com <br> *Counsel to Creditor- Robert Marin and Celeste de Schulthess Marin Family Trust* | |
| In re: <br><br> LAKEHURST AND BROADWAY CORPORATION, <br><br>         Debtor. | Case No. 25-14831 (MBK) <br><br> Chapter 11 <br><br> (Jointly Administered) <br><br> Hearing Date: 3/24/26 at 10:00 a.m. |

**NOTICE OF MOTION OF CREDITOR ROBERT MARIN AND CELESTE DE SCHULTHESS MARIN FAMILY TRUST'S MOTION TO LIFT THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY CODE SECTION 362(d) TO NAME DEBTOR AS DEFENDANT IN <u>STATE COURT ACTION</u>**

PLEASE TAKE NOTICE THAT the undersigned counsel for Robert Marin and Celeste de Schulthess Marin Family Trust shall move before the Honorable Michael B. Kaplan, U.S.B.J., at the United States Bankruptcy Court, United States Courthouse, 402 East State Street, Trenton, New Jersey 08608 for relief from the automatic stay pursuant to §362(d) of the United States Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE, that in support of this Motion, the undersigned shall rely upon the Brief submitted simultaneously within.

PLEASE TAKE FURTHER NOTICE, that any objection, if any, to the relief requested shall be: (1) in writing; (2) specified with particularity the basis for such objection; and (3) filed with the Court and simultaneously served on counsel for Robert Marin and Celeste de Schulthess

Marin Family Trust, Stark & Stark, P.C., P.O. Box 5315, Princeton, New Jersey 08543-5315, Attention: Thomas S. Onder, Esquire, received no later than seven (7) days before the return date.

PLEASE TAKE FURTHER NOTICE, that unless objections are timely filed and served that the Motion shall be deemed uncontested in accordance with D.N.J. LBR. 9013(a).

A proposed form of Order is attached.

Dated: February 27, 2026

STARK & STARK
A Professional Corporation

By: /s/ Thomas S. Onder
Thomas S. Onder
100 American Metro Blvd.
Hamilton, NJ 08619
(609) 219-7458
*Counsel to Robert Marin and Celeste de Schulthess Marin Family Trust*

4912-2716-8146, v. 2