**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**STARK & STARK, PC**
Thomas S. Onder, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 219-7458
tonder@stark-stark.com
*Counsel to Creditor- Robert Marin and Celeste de*
*Schulthess Marin Family Trust*

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY<br>CORPORATION,<br><br>        Debtor. | Case No. 25-14831 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO
BANKRUPTCY CODE SECTION 362(d) TO NAME DEBTOR AS DEFENDANT IN
<u>STATE COURT ACTION</u>**

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

Upon the Motion of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust (the "Motion") for entry of an Order Granting Relief From The Automatic Stay And Allowing Movant To Name Debtor As Defendant In State Court Action; and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and no timely objections having been filed to the relief requested; and due and proper notice of the Motion having been provided to Debtors' Counsel and the United States Trustee and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Automatic Stay is hereby lifted to the extent necessary to allow Movant to name the Debtor as a defendant in the pending personal injury action and to permit Plaintiff to pursue recovery solely from the Debtor's applicable insurance proceeds, to the extent available.

2.  The fourteen-day stay of the order imposed by Bankruptcy Rule 4001(a)(4) is hereby waived.

3. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order.

4. This Order shall become effective immediately upon entry of this Order notwithstanding anything in the Federal Rules of Bankruptcy Procedures or otherwise to the contrary.

Dated: February ___, 2026