UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TUCKER ARENSBERG, P.C.
Evan C. Pappas, Esquire
Michael A. Shiner, Esquire
Maribeth Thomas, Esquire
300 Corporate Center Drive, Suite 200
Camp Hill, Pennsylvania 17011
Telephone: (717) 234-4121
Fax: (717) 232-6802
epappas@tuckerlaw.com
mshiner@tuckerlaw.com
mthomas@tuckerlaw.com
*Counsel for 29 Katz Crew*

| | |
|---|---|
| In re: | Case No. 25-14831 (MBK) |
| LAKEHURST AND BROADWAY CORPORATION, | Chapter 11 |
| Wind-Down Debtors. | Hon. Michael B. Kaplan |

## APPLICATION FOR ADMISSION OF MICHAEL A. SHINER, ESQ. *PRO HAC VICE*

The undersigned hereby seeks an Order granting the admission *pro hac vice* of Michael A. Shiner of the law firm of Tucker Arensberg, P.C. to practice before this Court in connection with the above-captioned case and proceeding. This application (the "**Application**") is submitted pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey. Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached. In support of the Application, the Applicant hereby represents as follows:

1. I am an attorney with Tucker Arensberg, P.C. ("**TAPC**"), which law firm maintains an office at 300 Corporate Center Drive, Suite 200, Camp Hill, Pennsylvania 17011. TAPC has

been retained to serve as counsel to 29 Katz Crew, L.P. ("**29 Katz Crew**") in connection with the above-captioned bankruptcy cases.

2. I am an attorney-at-law of the State of New Jersey and am admitted to practice before the United States District Court for New Jersey.

3. I submit this Application, pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of New Jersey, in support of an Order Approving Admission of Michael A. Shiner, Esq. *Pro Hac Vice*.

4. Mr. Shiner is an attorney with the law firm of TAPC, which maintains an office at 300 Corporate Center Drive, Suite 200, Camp Hill, Pennsylvania 17011.

5. Attached is a certification of Mr. Shiner in which he certifies that he is, and has been, a member in good standing of the bar of the Commonwealth of Pennsylvania since 1996, and is admitted to practice in the United States District Court for the Western District of Pennsylvania, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Third Circuit, and the United States Court of Federal Claims. Additionally, Mr. Shiner certifies that he is, and has remained, a member in good standing of said bars at all times, that no disciplinary proceedings are pending against him in any jurisdiction, and no discipline has previously been imposed on him in any jurisdiction.

6. If admitted *pro hac vice*, Mr. Shiner has represented that he will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, Applicant respectfully requests entry of the Order submitted herewith

approving the admission, *pro hac vice*, of Mr. Shiner, Esq. to represent 29 Katz Crew, in connection with the above-captioned case.

                                            Respectfully submitted,

Dated:  March 2, 2026                            TUCKER ARENSBERG, P.C.

                                            */s/ Evan C. Pappas*
                                            Evan C. Pappas, Esquire
                                            TUCKER ARENSBERG, P.C.
                                            300 Corporate Center Drive, Suite 200
                                            Camp Hill, PA 17011
                                            Telephone: (717) 234-4121
                                            Fax: (717) 232-6802
                                            E-mail:  epappas@tuckerlaw.com

                                            *Counsel for 29 Katz Crew*