|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| TUCKER ARENSBERG, P.C.<br>Evan C. Pappas, Esquire<br>Michael A. Shiner, Esquire<br>Maribeth Thomas, Esquire<br>300 Corporate Center Drive, Suite 200<br>Camp Hill, Pennsylvania 17011<br>Telephone: (717) 234-4121<br>Fax: (717) 232-6802<br>epappas@tuckerlaw.com<br>mshiner@tuckerlaw.com<br>mthomas@tuckerlaw.com<br>*Counsel for 29 Katz Crew* | |
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>Wind-Down Debtors. | Case No. 25-14831 (MBK)<br><br>Chapter 11<br><br>Hon. Michael B. Kaplan |

### CERTIFICATION OF MICHAEL A. SHINER
### IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Michael A. Shiner, pursuant to 28 U.S.C. §1746, certify as follows:

1. I am an attorney with the law firm of Tucker Arensberg, P.C. ("**TAPC**"), which maintains an address of 1500 One PPG Place, Pittsburgh, Pennsylvania 15222.

2. I make this certification in support of my application (the "**Application**") pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), for admission to this Bankruptcy Court *pro hac vice*. TAPC has been retained to serve as counsel to 29 Katz Crew, L.P. ("**29 Katz Crew**") in connection with the above-captioned case.

3. I am, and have been, a member in good standing of the bar of the Commonwealth of Pennsylvania since 1996, and am admitted to practice in the United States District Court for the Western District of Pennsylvania, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Third Circuit, and the United States Court of Federal Claims.

4. I am, and have remained, a member in good standing of said bars at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I am not admitted to practice law in the State of New Jersey and therefore believe it is necessary for me to seek *pro hac vice* admission in this case.

6. I have obtained a copy of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Jersey and am generally familiar with such rules. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules and to make the payments to the Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: February 17, 2026  /s/ Michael A. Shiner
Michael A. Shiner, Esq. (PA ID No. 78088)
TUCKER ARENSBERG, P.C.
300 Corporate Center Drive, Suite 200
Camp Hill, Pennsylvania 17011
Telephone: (412) 594-5586
mshiner@tuckerlaw.com