UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on March 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lakehurst and Broadway Corporation

Case No.: 25-14831

Chapter: 11

Hearing Date: March 24, 2026

Judge: Michael B. Kaplan

**ORDER TO SHOW CAUSE AS TO WHY
THE NOTICE OF APPEAL SHOULD NOT BE MARKED WITHDRAWN AND
THE APPEAL DISMISSED**

The relief set forth on the following page(s) is ORDERED.

**DATED: March 3, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On January 29, 2026, the Debtors filed a Notice of Appeal (ECF No. 201) seeking appellate review of this Court's decision granting in part the Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan and (II) Granting Related Relief (ECF No. 3166 in Case No. 25-14861).  At the time the Notice of Appeal was filed, no Order had been entered memorializing the Court's ruling.  Accordingly, consistent with Local Rules and Bankruptcy Rule 8002(a)(2), the Notice of Appeal was held and this Court advised that it would be deemed filed on the date of and after entry of the Court's Order, which the parties were working jointly to settle.  To date, however, no Order has been entered and several deadlines, including the deadline to designate the record, have lapsed.  The procedural posture of this appeal is stagnant.  Accordingly, and for good cause, it is hereby

**ORDERED** that Debtors are directed to appear at the March 24, 2026 Omnibus Hearing at 10:00am, and shall show cause as to why the Notice of Appeal should not be marked withdrawn and/or the appeal dismissed for lack of prosecution; and it is further

**ORDERED** that if the parties are able to settle a form of Order prior to the March 24 Hearing Date, then the Notice of Appeal will be deemed filed at that time, the appeal may proceed, applicable deadlines will be reset, and this Order to Show Cause will be withdrawn without the need for appearances.