**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LAKEHURST AND BROADWAY CORPORATION, | Case No. 25-14831 (MBK) |
| Debtor.[1] | |

**APPLICATION IN LIEU OF MOTION IN SUPPORT OF ENTRY
OF STIPULATION AND AGREED ORDER REGARDING TERMINATION OF
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC AGREEMENTS**

TO THE HONORABLE MICHAEL B. KAPLAN,
UNITED STATES BANKRUPTCY JUDGE:

Eric Kaup, in his capacity as trustee for the RAD Liquidating Trust (the "Liquidating

Trustee") and the above-captioned debtor and the other Wind-Down Debtors (collectively,

the "Debtors"), by and through their undersigned counsel, respectfully state the following in

---

[1]  On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree").  The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).  Except as otherwise provided herein, references to the "Docket" herein shall refer to the docket in the formerly jointly administered cases captioned *In re New Rite Aid, LLC*, Case No. 25-14861 (MBK).

support of this application (the "Application"), pursuant to D.N.J. LBR 9019-4(b), seeking the approval and entry of the proposed *Stipulation and Agreed Order Regarding Termination of Comcast Cable Communications Management, LLC Agreements* (the "Proposed Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**:

1.      On May 5, 2025 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") before the Bankruptcy Court for the District of New Jersey (the "Court"). The Debtors' chapter 11 cases were formerly jointly administered under the lead case *In re New Rite Aid, LLC*, Case No. 25-14861 (MBK). *See* Docket No. 122.

2.      On November 26, 2025, the Court entered the entered the *Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3445] (the "Confirmation Order"), *inter alia*, confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3445, Ex. A] (the "Plan").

3.      On December 30, 2025, the Court entered the Order on Final Decree, closing all of the cases listed therein except for the chapter 11 case of Debtor, Lakehurst and Broadway Corporation, and ordered that all remaining matters be filed on the docket of Lakehurst and Broadway Corporation [Docket No. 3695].

4.      On December 31, 2025, the Effective Date (as defined in the Plan) occurred. *See Notice of (A) Entry of the Order Confirming the Second Amended Joint Chapter 11 Plan of*

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Proposed Stipulation.

*Reorganization of New Rite Aid, LLC (Technical Modifications) and Its Debtor Affiliates and (II)*

*Occurrence of the Effective Date* [Docket No. 3699].  In accordance with the Confirmation Order

and Plan, upon the Effective Date the Liquidating Trustee was appointed.

5.      Prior to the Petition Date, the Debtors and Comcast Cable Communications

Management, LLC ("Comcast", together with the Liquidating Trustee and the Debtors, the

"Parties") entered into: (a) a Comcast Enterprise Management Services Master Services

Agreement dated March 10, 2023 (the "MSA"), (b) a Comcast Enterprise Managed Services

Managed Services Statement of Work dated March 10, 2023 (the "SOW"), and (c) certain other

agreements, as described in **Exhibit A** to the Proposed Stipulation (and together with the MSA,

the SOW, the agreements listed on Exhibit A, and any other agreements or amendments relating

to the services and equipment provided by Comcast to the Debtors, the "Agreements"), pursuant

to which Comcast provides services as well as certain Comcast owned equipment and devices to

the Debtors at numerous locations.

6.      Comcast provided services to the Debtors under the Agreements, for which

Comcast holds a general unsecured claim for pre-petition amounts owed (the "General Unsecured

Claim").

7.       Since the Petition Date, Comcast has provided services to the Debtors, for which

Comcast has an administrative claim (after netting credits against amounts due under the various

accounts established under the Agreements) in excess of $527,452.73 for post-petition amounts

owed pursuant to the Agreements (the "Administrative Claim").

8.       As set forth in the Proposed Stipulation, the Parties have agreed that the

Agreements shall be terminated and rejected as of March 1, 2026, that Comcast shall be authorized

to disconnect services, and that all claims held by Comcast arising under the Agreements,

including the General Unsecured Claim and Administrative Claim, shall be resolved on the terms

set forth therein. Significantly, Comcast has agreed to waive $75,000 of the Administrative Claim.

9.      This Application is submitted pursuant to D.N.J. LBR 9019-4(b) in lieu of a motion

in support of the Liquidating Trustee's and Debtors' request that the Court enter the Proposed

Stipulation, as presented.  The Liquidating Trustee and Debtors submit that the Proposed

Stipulation is in the best interest of Debtors' estates and creditors.

10.      No previous application for the relief sought herein has been made to this or any

other Court.

*[Remainder of Page Intentionally Left Blank.]*

Dated: March 4, 2026

/s/ Felice R. Yudkin
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            dbass@coleschotz.com
            fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

## Exhibit 1

**Proposed Stipulation**

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| In re: | Case No.: 25-14831 (MBK) |
| LAKEHURST AND BROADWAY CORPORATION, | Chapter 11 |
| Debtor.[1] | Judge Michael B. Kaplan (Jointly Administered) |

### STIPULATION AND AGREED ORDER REGARDING TERMINATION OF COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC AGREEMENTS

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED.**

---

[1]   On December 30, 2025, the Court entered the Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al., closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25- 14831 (MBK). References to the "Docket" in this Consent Order shall refer to the docket in the jointly administered cases captioned *In re New Rite Aid, LLC*, Case No. 25-14861 (MBK).

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
         wusatine@coleschotz.com
         dbass@coleschotz.com
         fyudkin@coleschotz.com

*Co-Counsel to the Liquidating Trustee and
Wind-Down Debtors*

**BALLARD SPAHR LLP**
Matthew G. Summers
Leslie C. Heilman
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
         summersm@ballardspahr.com
         vesperm@ballardspahr.com

*Counsel to Comcast Cable Communications
Management, LLC*

(Page | 3)

| | |
|---|---|
| Debtor: | **LAKEHURST AND BROADWAY CORPORATION** |
| Case No.: | 25-14831 (MBK) |
| Caption of Order: | Stipulation and Agreed Order Regarding Termination of Comcast Cable Communications Management, LLC Agreements |

This stipulation is made by and between Comcast Cable Communications Management, LLC ("Comcast") and Eric Kaup as trustee for the RAD Liquidating Trust (the "Liquidating Trustee") and the above-captioned debtor and the other Wind-Down Debtors (collectively, the "Debtors" and together with Comcast and the Liquidating Trustee, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Comcast and the Debtors are parties to (a) a Comcast Enterprise Management Services Master Services Agreement (MSA) dated March 10, 2023 (the "MSA"), (b) a Comcast Enterprise Managed Services Managed Services Statement of Work dated March 10, 2023 (the "SOW"), and (c) certain other agreements, as described in **Exhibit A** attached hereto (and together with the MSA, the SOW, the agreements listed on Exhibit A, and any other agreements or amendments relating to the services and equipment provided by Comcast to the Debtors, the "Agreements"), pursuant to which Comcast provides services as well as certain Comcast owned equipment and devices to the Debtors at numerous locations.

WHEREAS, on May 5, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in this Court.

WHEREAS, prior to the Petition Date, Comcast provided services to the Debtors, for which Comcast holds a general unsecured claim for pre-petition amounts owed pursuant to the Agreements (the "General Unsecured Claim").

WHEREAS, since the Petition Date, Comcast has provided services to the Debtors, for which Comcast has an administrative claim (after netting credits against amounts due under the various accounts established under the Agreements) in excess of $527,452.73 for post-petition amounts owed pursuant to the Agreements (the "Administrative Claim").

(Page | 4)

| | |
|---|---|
| Debtor: | **LAKEHURST AND BROADWAY CORPORATION** |
| Case No.: | 25-14831 (MBK) |
| Caption of Order: | Stipulation and Agreed Order Regarding Termination of Comcast Cable Communications Management, LLC Agreements |

WHEREAS, the Parties desire to terminate the Agreements.

NOW, THEREFORE, for good and valuable consideration, it is hereby stipulated, agreed and ordered as follows:

1.      The foregoing recitals are hereby incorporated by reference into this Stipulation.

2.      Subject to the terms set forth herein, the Agreements are hereby rejected by the Debtors and terminated by the Parties effective March 1, 2026.  For the avoidance of doubt, Comcast shall provide certain limited services to the Debtors at the locations and through the disconnect dates (the "Disconnect Dates") listed in **Exhibit B**.

3.      Comcast hereby waives its General Unsecured Claim and $75,000.00 of its Administrative Claim.

4.      Comcast shall have an allowed administrative claim in the amount of $452,452.73 (the "Surviving Administrative Claim").

5.      Within five (5) days of the entry of the Order approving this Stipulation, the Debtors shall pay Comcast $452,452.73 on account of the Surviving Administrative Claim.

6.      Except with respect to the Surviving Administrative Claim, Comcast will not separately seek payment from the Debtors on account of any claims arising under the Agreements (including, without limitation, any reclamation claim, General Unsecured Claim or any claim pursuant to section 503(b)(9) of the Bankruptcy Code).

7.      In the event the Debtors fail to timely pay the Surviving Administrative Claim in accordance with this Stipulation, or the Debtors otherwise default under this Stipulation, after providing five (5) days' notice to the Debtors, Comcast may immediately disconnect all

| | |
|---|---|
| Debtor: | **LAKEHURST AND BROADWAY CORPORATION** |
| Case No.: | 25-14831 (MBK) |
| Caption of Order: | Stipulation and Agreed Order Regarding Termination of Comcast Cable Communications Management, LLC Agreements |

remaining services being provided to the Debtors and shall be under no further obligation to provide services to the Debtors.

8.      For clarity, Comcast shall have no obligation to provide services to the Debtors past the Disconnect Dates listed in Exhibit B and may immediately disconnect all remaining services to the application locations on the applicable Disconnect Dates as reflected in Exhibit B without further notice to the Debtors.

9.      Each person who executes this Stipulation, by or on behalf of each of the respective Parties, represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation and Agreed Order on behalf of such Party.

10.      This Stipulation and all of its provisions are binding on, and inure to the benefit of, the Parties hereto and their respective successors and assigns, including any bankruptcy trustee that may be appointed for any of the Debtors; *provided*, however, that this Stipulation and Agreed Order shall be of no force and effect if the Court does not approve its terms.

11.      The Bankruptcy Court shall retain jurisdiction to resolve any and all disputes related to this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

**STIPULATED AND AGREED TO BY:**

*Counsel to the RAD Liquidating Trustee and Wind Down Debtors*

/s/ Felice R. Yudkin
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
        wusatine@coleschotz.com
        dbass@coleschotz.com
        fyudkin@coleschotz.com

*Counsel to Comcast Cable Communications Management, LLC*

/s/ Leslie C. Heilman
**BALLARD SPAHR LLP**
Matthew G. Summers
Leslie C. Heilman
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
        summersm@ballardspahr.com
        vesperm@ballardspahr.com

# EXHIBIT A

| Agreement | Date |
|---|---|
| Comcast – Rite Aid Hdqtrs. Corp – Managed Services Statement of Work to MSA PA-22006246-gcane | 3/10/2023 |
| Comcast – Rite Aid Hdqtrs. Corp – Master Service Agreement PA-22006246-gcane | 2/28/2023 |
| Comcast – Rite Aid Corporation – Business Class Service Order Agreement | 5/18/2018 |
| Comcast –Rite Aid  – Business Class Service Order Agreement | 10/13/2017 |
| Comcast – Rite Aid RC 1941 – Business Class Service Order Agreement | 5/10/2017 |
| Comcast – Rite Aid – Business Class Service Order Agreement | 1/6/2014 |

# EXHIBIT B

| Store # or Address | Disconnect Date |
|---|---|
| 6974 | 11/29/2025 |
| 5314 | 12/2/2025 |
| 5239 | 12/9/2025 |
| 6928 | 12/10/2025 |
| 5244 | 12/3/2025 |
| 5178 | 11/26/2025 |
| 5309 | 12/9/2025 |
| 5354 | 12/17/2025 |
| 433 Rail Road Avenue, Shiremanstown, PA 17011 | 3/1/2026 |