| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **STARK & STARK, PC** <br> Joseph H. Lemkin, Esq. <br> 100 American Metro Blvd. <br> Hamilton, NJ 08619 <br> Telephone (609) 791-7022 <br> jlemkin@stark-stark.com <br> *Counsel to Creditor- Edgemark Littleton LLC* | |
| In re: <br><br> LAKEHURST AND BROADWAY CORPORATION, <br><br> Debtor.[1] | Case No. 25-14831 (MBK) <br><br> Chapter 11 <br><br> (Jointly Administered) |

### APPLICATION IN LIEU OF MOTION FOR ENTRY OF CONSENT ORDER MODIFYING THE SIXTEENTH ORDER AND SUPPLEMENTAL SIXTEENTH ORDER AUTHORIZING REJECTION OF LEASES

Creditor, Edgemark Littleton LLC ("Creditor") submits this application seeking the entry of an amended order, in the form attached as **Exhibit A**, substituting the correct Debtor entity for a mistakenly designated Debtor entity included as counterparty to a lease, that was rejected pursuant to the Sixteenth Order Authorizing Rejection of Leases. In support of this application, Creditor respectfully states as follows:

### JURISDICTION AND VENUE

1.   This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 1334

---

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). Except as otherwise provided herein, references to the "Docket" in shall refer to the docket in the formerly jointly administered cases captioned In re New Rite Aid, LLC, Case No. 25-14861 (MBK).

and 157.

2.   Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.   On September 5, 2025, this Court entered the *Sixteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any* (the "Original Order") [Docket No. 2326], containing a list of Rejected Contracts in the attached Schedule 1.

4.   On December 12, 2025, this Court entered the *Supplemental Sixteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any* (the "Supplemental Order," and collectively with the Original Order (the "Order")) [Docket No. 3525], containing an additional list of Rejected Contracts in the attached Schedule 1.

5.   Entry No. 12 included in Schedule 1 of the Order mistakenly designated Thrift Drug Inc., as the Debtor Party for Store #10893, located at 1200 Pittsburgh Street, Cheswick, PA 15024.

6.   The correct Debtor Entity that was the counterparty to the lease is Eckerd Corporation and not Thrift Drug Inc.

7.   In connection with a pending transaction, Creditor's title company noticed the inaccuracy and requested that it be rectified.

## RELIEF REQUESTED

8.   Creditor requests that the Court enter an amended order for the sole purpose of designating the correct Debtor Entity as Eckerd Corporation.

## NOTICE

9. Creditor has served a copy of this application and the proposed form of order on counsel for Debtor and the Office of the United States Trustee. Debtors' Counsel consents to the relief requested.

## CONCLUSION

**WHEREFORE**, Creditor respectfully requests that the Court enter the Order submitted herewith and grant such other and further relief as the Court deems just and proper.

Dated: March 4, 2026

Respectfully submitted,

**STARK & STARK, P.C.**

*/s/ Joseph H. Lemkin*
Joseph H. Lemkin, Esq.
jlemkin@stark-stark.com
100 American Metro Blvd.
Hamilton, NJ 08619
Direct: (609) 791-7022
Facsimile (609) 895-7395

# Exhibit A

**Proposed Order**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** Caption in Compliance with D.N.J. LBR 9004-1(b) **STARK & STARK, PC** Joseph H. Lemkin, Esq. 100 American Metro Blvd. Hamilton, NJ 08619 Telephone (609) 791-7022 jlemkin@stark-stark.com *Counsel to Creditor- Edgemark Littleton LLC* | |
| In re: LAKEHURST AND BROADWAY CORPORATION, Debtor.[1] | Case No. 25-14831 (MBK) Chapter 11 (Jointly Administered) |

**CONSENT ORDER AMENDING THE SIXTEENTH ORDER AND SUPPLEMENTAL SIXTEENTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY**

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

---

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). Except as otherwise provided herein, references to the "Docket" in shall refer to the docket in the formerly jointly administered cases captioned In re New Rite Aid, LLC, Case No. 25-14861 (MBK).

4910-4076-2516, v. 2

Upon the Application of Creditor Edgemark Littleton LLC (the "<u>Application</u>")[1] for entry of a Consent Order Amending the Sixteenth Order and Supplemental Sixteenth Order Authorizing Rejection of Leases; and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and no timely objections having been filed to the relief requested; and due and proper notice of the Application having been provided to Debtors' Counsel and the United States Trustee and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Lease designated at entry No. 12 in the Sixteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any [Docket No. 2326] is hereby modified to reflect the correct Debtor entity and lease counterparty as Eckerd Corporation.

2. Attached hereto as Schedule 1 is a revised entry reflecting the rejection of the lease by and between Edgemark Littleton LLC, as Landlord and Eckerd Corporation as Tenant for premises located at 1200 Pittsburgh Street, Cheswick PA 15024.

3. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

4.  This Order shall become effective immediately upon entry of this Order notwithstanding anything in the Federal Rules of Bankruptcy Procedure or otherwise to the contrary.

Dated: March 4, 2026

| | |
|---|---|
| **STARK & STARK, P.C.**<br>*Attorneys for Edgemark Littleton LLC* | **COLE SCHOTZ P.C.**<br>*Attorneys for Debtors* |
| By: */s/ Joseph H. Lemkin, Esq.*<br>    Joseph H. Lemkin, Esq. | By: */s/ David M. Bass, Esq.*<br>    David M. Bass, Esq. |

## Schedule 1

**Rejected Contracts**

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | EDGEMARK LITTLETON LLC | C/O CHARLES DUNN RE SVC INC., LOS ANGELES, CA 90017 | Unexpired Lease | ECKERD CORPORATION | 10893 | 1200 PITTSBURGH STREET, CHESWICK PA 15024 | 7/31/25 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |