| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| GENOVA BURNS LLC<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>R. Edward Stone, III, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>rstone@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 814-4045<br><br>and-<br><br>**WH BURKLEY, LLP**<br>Kirk B. Burkley, Esq.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>(412) 456-810 Telephone<br>(412) 456-8135 Facsimile<br>E-Mail kburkley@bernsteinlaw.com<br><br>*Counsel for Murray Avenue Market* | |
| In re:<br><br>**LAKEHURST AND BROADWAY CORPORATION,**<br><br>                Wind-Down Debtors. | Chapter 11<br><br>Case No.: 25-14831 (MBK)<br><br>Honorable Michael B. Kaplan |

## APPLICATION FOR AN ORDER FOR ADMISSION
## *PRO HAC VICE* OF KIRK B. BURKLEY, ESQ.

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission pro hac vice of Kirk B. Burkley, Esq. of the law firm of WH Burkley, LLP, to represent Murray Avenue Market in the above-captioned chapter 11 case.  In support of this application, counsel submits the attached Certification of Kirk B. Burkley, Esq., and requests that the proposed

1

form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Date: May 4, 2026   /s/ *Daniel M. Stolz* .
Daniel M. Stolz
GENOVA BURNS LLC
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Tel: (973) 467-2700
Fax: (973) 814-4045
Email: DStolz@genovaburns.com

*Co-Counsel for Murray Avenue Market*