| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>R. Edward Stone, III, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>rstone@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 814-4045<br><br>and-<br><br>**WH BURKLEY, LLP**<br>Mason S. Shelton, Esq.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>(412) 456-8100 Telephone<br>(412) 456-8135 Facsimile<br>E-Mail mshelton@bernsteinlaw.com<br><br>*Counsel for Murray Avenue Market* | |
| In re:<br><br>**LAKEHURST AND BROADWAY CORPORATION,**<br><br>                    Wind-Down Debtors. | Chapter 11<br><br>Case No.: 25-14831 (MBK)<br><br>Honorable Michael B. Kaplan |

## CERTIFICATION OF MASON S. SHELTON, ESQ.

I, Mason S. Shelton, Esq., hereby certify as follows:

1. I am an attorney with the law firm of WH Burkley, LLP, co-counsel to Murray Avenue Market.  My office is located at 601 Grant Street, 9th Floor, Pittsburgh, PA 15219.  I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of Pennsylvania in 2022. I am also admitted to Practice before the United States District Court for the Western District of Pennsylvania.

3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 3/4/2026

*/s/ Mason S. Shelton*
**MASON S. SHELTON**
**WH BURKLEY, LLP**
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Email: mshelton@bernsteinlaw.com

*Counsel for Murray Avenue Market*