**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on March 5, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**STARK & STARK, PC**
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 791-7022
jlemkin@stark-stark.com
*Counsel to Creditor- Edgemark Littleton LLC*

In re:

LAKEHURST AND BROADWAY
CORPORATION,

        Debtor.[1]

Case No. 25-14831 (MBK)

Chapter 11

(Jointly Administered)

**CONSENT ORDER AMENDING THE SIXTEENTH ORDER AND SUPPLEMENTAL
SIXTEENTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY
CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF
CERTAIN PERSONAL PROPERTY, IF ANY**

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: March 5, 2026**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Application of Creditor Edgemark Littleton LLC (the "Application")[1] for entry of a Consent Order Amending the Sixteenth Order and Supplemental Sixteenth Order Authorizing Rejection of Leases; and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and no timely objections having been filed to the relief requested; and due and proper notice of the Application having been provided to Debtors' Counsel and the United States Trustee and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.      The Lease designated at entry No. 12 in the Sixteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any [Docket No. 2326] is hereby modified to reflect the correct Debtor entity and lease counterparty as Eckerd Corporation.

2.      Attached hereto as Schedule 1 is a revised entry reflecting the rejection of the lease by and between Edgemark Littleton LLC, as Landlord and Eckerd Corporation as Tenant for premises located at 1200 Pittsburgh Street, Cheswick PA 15024.

3.      This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order.

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

4.      This Order shall become effective immediately upon entry of this Order notwithstanding anything in the Federal Rules of Bankruptcy Procedure or otherwise to the contrary.


Dated: March 4, 2026

**STARK & STARK, P.C.**                          **COLE SCHOTZ P.C.**
*Attorneys for Edgemark Littleton LLC*           *Attorneys for Debtors*


By: */s/ Joseph H. Lemkin, Esq.*                 By: */s/ David M. Bass, Esq.*
        Joseph H. Lemkin, Esq.                              David M. Bass, Esq.

**<u>Schedule 1</u>**

4910-4076-2516, v. 2

## Rejected Contracts

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | EDGEMARK LITTLETON LLC | C/O CHARLES DUNN RE SVC INC., LOS ANGELES, CA 90017 | Unexpired Lease | ECKERD CORPORATION | 10893 | 1200 PITTSBURGH STREET, CHESWICK PA 15024 | 7/31/25 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |