UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lakehurst and Broadway Corporation

Case No.: 25-14831

Chapter: 11

Hearing Date: March 24, 2026

Judge: Michael B. Kaplan

**ORDER TO SHOW CAUSE AS TO WHY
THE NOTICE OF APPEAL SHOULD NOT BE MARKED WITHDRAWN AND
THE APPEAL DISMISSED**

The relief set forth on the following page(s) is ORDERED.

DATED: March 3, 2026

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On January 29, 2026, the Debtors filed a Notice of Appeal (ECF No. 201) seeking appellate review of this Court's decision granting in part the Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan and (II) Granting Related Relief (ECF No. 3166 in Case No. 25-14861).  At the time the Notice of Appeal was filed, no Order had been entered memorializing the Court's ruling.  Accordingly, consistent with Local Rules and Bankruptcy Rule 8002(a)(2), the Notice of Appeal was held and this Court advised that it would be deemed filed on the date of and after entry of the Court's Order, which the parties were working jointly to settle.  To date, however, no Order has been entered and several deadlines, including the deadline to designate the record, have lapsed.  The procedural posture of this appeal is stagnant.  Accordingly, and for good cause, it is hereby

**ORDERED** that Debtors are directed to appear at the March 24, 2026 Omnibus Hearing at 10:00am, and shall show cause as to why the Notice of Appeal should not be marked withdrawn and/or the appeal dismissed for lack of prosecution; and it is further

**ORDERED** that if the parties are able to settle a form of Order prior to the March 24 Hearing Date, then the Notice of Appeal will be deemed filed at that time, the appeal may proceed, applicable deadlines will be reset, and this Order to Show Cause will be withdrawn without the need for appearances.

United States Bankruptcy Court
District of New Jersey

In re:  
Lakehurst and Broadway Corporation  
    Debtor

Case No. 25-14831-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Mar 03, 2026      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alison Genova | on behalf of Interested Party Marcy Syms algenova@gmail.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Katherine Quinn algenova@gmail.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Bari Harlam algenova@gmail.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Arun Nayar algenova@gmail.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Michael Regan algenova@gmail.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Andre Persaud algenova@gmail.com  lmcgee@wsgr.com |

Case 25-14831-MBK    Doc 303    Filed 03/05/26    Entered 03/06/26 00:14:53    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Alison Genova | on behalf of Interested Party Heyward Donigan algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Louis Miramontes algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party John Standley algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party David Jessick algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Myrtle Potter algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Daniel Miller algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Michael Savage algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Paul Gilbert algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Christopher Bohrer algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Robert Knowling Jr. algenova@gmail.com, lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Thomas Warburton algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Elizabeth Burr algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Kevin Lofton algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Joseph Anderson Jr. algenova@gmail.com, lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Bruce Bodaken algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Amanda Glover algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Justin Mennen algenova@gmail.com lmcgee@wsgr.com |
| Alyson M. Fiedler | on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com john.acquaviva@icemiller.com |
| Andrew Small | on behalf of Creditor RARED ALLENSTOWN LLC asmall@wglaw.com |
| Andrew Small | on behalf of Creditor Rared Jaffrey LLC asmall@wglaw.com |
| Andrew Small | on behalf of Creditor Rared Manchester NH LLC asmall@wglaw.com |
| Andrew H. Sherman | on behalf of Other Prof. Alixpartners LLP asherman@sillscummis.com |
| Anthony Sodono, III | on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com |
| Christopher J. Leavell | on behalf of Creditor OFP Wagradol PA2 LLC cleavell@klehr.com, lclark@klehr.com |
| Christopher P. Mazza | on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com |
| Daniel H. Reiss | on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com |
| David M. Bass | on behalf of Debtor Lakehurst and Broadway Corporation dbass@coleschotz.com |
| Elie Jonathan Worenklein | |

Case 25-14831-MBK    Doc 303    Filed 03/05/26    Entered 03/06/26 00:14:53    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor 1970 Group Inc. eworenklein@debevoise.com, ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com;crceresa@debevoise.com

Evan C. Pappas
on behalf of Interested Party 29 Katz Crew LP epappas@tuckerlaw.com

Jessica Apter
on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter
on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com

Jessica Apter
on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

John Piskora
on behalf of Creditor ACON Laboratories Inc. jpiskora@loeb.com, nydocket@loeb.com,jpiskora@ecf.courtdrive.com

Joseph L. Schwartz
on behalf of Creditor RSS Center LLC jschwartz@riker.com

Leslie Carol Heilman
on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Comcast Cable Communications Management LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Louis T. DeLucia
on behalf of Creditor SKBB Investments louis.delucia@icemiller.com john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman
on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com

Mark A. Roney
on behalf of Interested Party Star Capital Partners LLC mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Matthew W. Bourda
on behalf of Creditor ENGIE Power & Gas LLC matthewbourda@gmail.com

Matthew W. Bourda
on behalf of Creditor Engie Power & Gas LLC matthewbourda@gmail.com

Matthew W. Bourda
on behalf of Creditor ENGIE Resources LLC matthewbourda@gmail.com

Michael Papandrea
on behalf of Creditor VaxServe Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com

Michael D. Sirota
on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael E. Holt
on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt
on behalf of Creditor BM Properties mholt@formanlaw.com kanema@formanlaw.com

Michael R. Herz
on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com aedwards@foxrothschild.com

Michele M. Dudas
on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Oleh Matviyishyn
on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com

Paul M. Rosenblatt
on behalf of Creditor Inmar Rx Solutions Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul M. Rosenblatt
on behalf of Creditor Wilmington Trust NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 03, 2026 | Form ID: pdf903 | Total Noticed: 1 |

Paul Stadler Pflumm
    on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug Benefit Fund ppflumm@mcdowelllegal.com
    kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

Richard A. O'Halloran
    on behalf of Creditor Foothill Center Partners LLC, a California limited liability partnership, the successor in interest to Foothill Partners Ltd. richard.ohalloran@dinsmore.com,
    lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert L. LeHane
    on behalf of Interested Party Thomas A. Pitta Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor First Washington Realty Inc. rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Interested Party Thomas A. Pitta Trustee of RAD Sub-Trust A rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor NNN REIT Inc. rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Regency Centers L.P rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Ross J. Switkes
    on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com

Thomas S. Onder
    on behalf of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust tonder@stark-stark.com

Turner Falk
    on behalf of Creditor H.K.N. IV LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Wojciech F. Jung
    on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com
    cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com

Zhenyi Zhou
    on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com

TOTAL: 73