# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY (TRENTON)

DUANE MORRIS LLP
Gregory D. Herrold
40 Lake Center Drive
401 Route 73 North, Suite 200
Marlton, NJ 08053
Telephone: 856-874-4225
Fax: 856-424-4446
Email: gdherrold@duanemorris.com

*Counsel for Murray Avenue Kosher, Inc.*

In Re:

LAKEHURST AND BROADWAY CORPORATION [1]

Case No. 25-14831 (MBK)

Chapter 11

Hearing date: April 2, 2026 at 10:00 AM EST

Hon. Michael B. Kaplan

**NOTICE OF HEARING ON MURRAY AVENUE KOSHER, INC'S MOTION TO INTERVENE PURSUANT TO FED. R. BANKR. P. 2018 (a)**

**PLEASE TAKE NOTICE** that a hearing on Murray Avenue Kosher, Inc's

Motion to Intervene Pursuant to Fed. R. Bankr. P. 2018 (a) will be held on Thursday,

---

[1] This Notice of Hearing on MAKI's Motion to Intervene is being filed in this remaining bankruptcy case pursuant to the Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases issued on December 30, 2025, at Dckt. No. 3695 in Case No. 25-14861.

April 2, 2026 at 10:00 AM EST, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, via Zoom.

| | |
|---|---|
| Dated: March 6, 2026 | By: */s/ Gregory D. Herrold* |
| | DUANE MORRIS LLP |
| | Gregory D. Herrold (NJ ID No. 218282017)<br>40 Lake Center Drive<br>401 Route 73 North, Suite 200<br>Marlton, NJ 08053<br>Telephone: 856-874-4225<br>Fax: 856-424-4446<br>Email: gdherrold@duanemorris.com |
| | *Counsel for Murray Avenue Kosher, Inc.* |