UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

**ORDER**

The relief set forth on the following pages, numbered two (2) through _____, is **ORDERED**.

This matter having been brought before the Court on *Murray Avenue Kosher, Inc's Motion to Intervene Pursuant to Fed. R. Bankr. P. 2018 (a)*, and the Court having reviewed the moving papers of the movant and considered this matter pursuant to Fed. R. Bankr. P. 2018(a), and good cause having been shown, it is hereby:

**ORDERED** that Murray Avenue Kosher, Inc. is permitted to intervene in this action for purposes of joining the *Motion to Vacate Order Approving the Assumption and Assignment of Unexpired Lease to Murray Ave Market, LLC, Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024*, filed by 29 Katz Crew (Dckt. 245).