**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| DUANE MORRIS LLP<br>Gregory D. Herrold<br>40 Lake Center Drive<br>401 Route 73 North, Suite 200<br>Marlton, NJ 08053<br>Telephone: 856-874-4225<br>Fax: 856-424-4446<br>Email: gdherrold@duanemorris.com<br><br>*Counsel for Murray Avenue Kosher, Inc.* | |
| In Re:<br><br>LAKEHURST AND BROADWAY CORPORATION[1] | Case No. 25-14831 (MBK)<br><br>Chapter 11<br><br>Hearing date: April 2, 2026 at 10:00 AM EST<br><br>Hon. Michael B. Kaplan |

**CERTIFICATE OF COMPLIANCE**
**PURSUANT TO FED. R. BANKR. P. 8015(h)**

I, Gregory D. Herrold, hereby certify that the instant Motion to Intervene complies with the type-volume limitations of Rule 8013(f)(3)(A) because this

---

[1] Murray Avenue Kosher, Inc.'s Motion to Intervene is being filed in this remaining bankruptcy case pursuant to the Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases issued on December 30, 2025, at Dckt. No. 3695 in Case No. 25-14861.

Motion, in Times New Roman, 14 pt. font, contains 1,648 words, less than the 5,200 allowed by Fed. R. Bankr. P. 8013(f)(3)(a), and that the instant Motion to Intervene complies with all other type-volume requirements of Fed. R. App. P. 27(d)(1), made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 8013(f)(1).

Dated:  March 6, 2026                    By: */s/ Gregory D. Herrold*
                                                     Gregory D. Herrold

                                                     *Counsel for Murray Avenue Kosher, Inc.*