| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In re: | |
| LAKEHURST AND BROADWAY CORPORATION | Chapter 11 |
| Wind-Down Debtor.[1] | Case No. 25-14831 (MBK) |

**Order Filed on March 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE 2023 RITE AID CASES

The relief set forth on the following pages, numbered three (3) through ten (10) is

**ORDERED.**

**DATED: March 5, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KELLEY DRYE & WARREN LLP**
Robert L. LeHane
Andres Barajas (admitted *pro hac vice*)
Connie Y. Choe
7 Giralda Farms, Suite 340
Madison, NJ 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: rlehane@kelleydrye.com
   abarajas@kelleydrye.com
   cchoe@kelleydrye.com

*Counsel for Thomas A. Pitta, as Trustee of the RAD Sub-Trust A*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
E-mail: msirota@coleschotz.com
   wusatine@coleschotz.com
   fyudkin@coleschotz.com
   svanaalten@coleschotz.com

-and-

**MORGAN, LEWIS & BOCKIUS LLP**
John C. Goodchild, III
Matthew C. Ziegler (admitted *pro hac vice*)
Sophia C. Aguilar
2222 Market St.
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
john.goodchild@morganlewis.com
matthew.ziegler@morganlewis.com
sophia.aguilar@morganlewis.com

-and-

Celine M. DeSantis (admitted *pro hac vice*)
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 341-7700
celine.desantis@morganlewis.com

*Counsel to the RAD Liquidating Trust and Wind-Down Debtor*

(Page | 3)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No: | 25-14831 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES |

This stipulation and order (the "Stipulation") is entered into by and among (i) Lakehurst and Broadway Corporation (the "Wind-Down Debtor"), through undersigned counsel, and (ii) the RAD Sub-Trust A (the "Trust" and collectively with the Wind-Down Debtor the "Parties" and each a "Party"), through undersigned counsel. The Parties hereby stipulate and agree as follows:

**RECITALS**

**WHEREAS**, Rite Aid Corporation and certain of its affiliates ("2023 Rite Aid Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") on October 15, 2023, and their chapter 11 cases were jointly administered pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedures under caption titled Rite Aid Corporation, *et al.*, Case No. 23-18993 (MBK) (the "2023 Rite Aid Cases");[2]

**WHEREAS**, on August 16, 2024, the Bankruptcy Court entered the *Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Rite Aid Corporation and Its Debtor Affiliates (With Further Modifications)* (the "2023 Confirmation Order")[3] confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates (With Further Modifications)* (the "2023 Plan");[4]

---

[2]    2023 Rite Aid Cases, Docket No. 122.

[3]    2023 Rite Aid Cases, Docket No. 4532.

[4]    2023 Rite Aid Cases, Docket No. 4532, Exhibit A. Capitalized terms used but not defined in this Stipulation shall have the meaning ascribed to them in the 2023 Plan.

| | |
|---|---|
| (Page \| 4) | |
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No: | 25-14831 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES |

**WHEREAS**, on August 30, 2024, the 2023 Plan became effective (the "<u>2023 Effective Date</u>");[5]

**WHEREAS**, pursuant to the 2023 Plan and 2023 Confirmation Order, on the 2023 Effective Date, RAD Sub-Trust A was established pursuant to the terms of the Sub-Trust A Agreement (the "<u>Sub-Trust A Agreement</u>")[6] and Thomas A. Pitta was appointed as Trustee of Sub-Trust A (the "<u>Trust</u>");

**WHEREAS**, pursuant to Section 7.1 of the Sub-Trust A Agreement (the "<u>Limitation of Liability Provision</u>"), the Trustee and the Trustee's professionals, shall not be liable to the Trust or any Trust beneficiary for, among other things, the following: (i) any claim arising out of or in connection with the creation, operation, or termination of the Trust, or for any act or omission taken under the Sub-Trust A Agreement including any actions taken or omitted in fulfillment of such parties' duties with respect to the Trust (except to the extent such liability arises from the Trust's bad faith or willful misconduct as determined by a Final Order); (ii) any action or inaction taken in good faith reliance upon the advice of professionals retained by Sub-Trust A; (iii) any personal liability, whether in tort, contract, or otherwise, to any person in connection with the affairs of the Trust; and (iv) any liabilities, obligations, or duties of the 2023 Rite Aid Debtors or the New Rite Aid Debtors (as defined below) (including the Wind-Down Debtor);

---

[5] *See* 2023 Rite Aid Cases, Docket No. 4800.

[6] The substantially final form of the Sub-Trust A Agreement was filed on August 23, 2024 as part of the Tenth Amended Plan Supplement. *See* 2023 Rite Aid Cases, Docket No. 4586.

(Page | 5)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No: | 25-14831 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES |

**WHEREAS**, on May 5, 2025, New Rite Aid, LLC and its affiliates (collectively, including the Wind-Down Debtor, the "New Rite Aid Debtors"), each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and their chapter 11 cases were jointly administered pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedures under caption titled New Rite Aid LLC, *et al.*, Case No. 25-14861 (MBK) (the "New Rite Aid Cases");[7]

**WHEREAS**, on November 4, 2025, the Trust and RAD Sub-Trust B filed a joint motion seeking entry of an order authorizing and directing the New Rite Aid Debtors to share data, including data containing protected health information, to the Trust and RAD Sub-Trust B, as applicable;[8]

**WHEREAS**, on December 22, 2025, the Court entered an *Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan and (II) Granting Related Relief* (the "PHI Turnover Order"), which approves the procedures and allocation of costs pursuant to which the New Rite Aid Debtors would produce certain protected health information to the Trust;[9]

**WHEREAS**, on November 24, 2025, the New Rite Aid Debtors filed a data retention plan (the "Data Retention Plan") that governs the New Rite Aid Debtors' obligation to retain or transfer certain litigation data to the Trust from the categories of books and records identified therein;[10]

---

[7]    New Rite Aid Cases, Docket No. 122.

[8]    New Rite Aid Cases, Docket No. 3166.

[9]    New Rite Aid Cases, Docket No. 3556.

[10]   The substantially final form of the Data Retention Plan was filed on November 24, 2025 as part of the First Amended Plan Supplement. *See* New Rite Aid, Docket No. 3305, Exhibit H.

| (Page | 6) | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No: | 25-14831 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES |

**WHEREAS**, on November 26, 2025 and December 15, 2025, the Court entered orders confirming the New Rite Aid Debtors' chapter 11 plan (the "New Rite Aid Plan") and on December 31, 2025, the New Rite Aid Plan became effective;[11]

**WHEREAS**, on January 9, 2025, the Trust sent counsel to the Wind-Down Debtor the Trust's document requests, including certain requests pertaining to the reconciliation of Non-Tort General Unsecured Claims asserted against the 2023 Rite Aid Debtors' estates (the "Claims Reconciliation Data Requests");

**WHEREAS**, Article IX of the 2023 Plan establishes, among other things, as of the 2023 Effective Date, certain duties, obligations, and responsibilities of the Trust and the New Rite Debtors, including the obligation of the New Rite Aid Debtors to reconcile the Non-Tort General Unsecured Claims in the 2023 Rite Aid Cases;[12]

**WHEREAS**, in consideration of the foregoing, and subject to approval by the Bankruptcy Court, the Parties have agreed that (i) the Trust shall assume the obligation and authority for the reconciliation of the Non-Tort General Unsecured Claims; and (ii) the Wind-Down Debtor shall timely transfer documents responsive to the Claims Reconciliation Data Requests in accordance with the procedures set forth in the PHI Turnover Order, *provided, however,* that the Trust shall not bear any costs or expense that the Wind-Down Debtor incurs, including the costs of its counsel

---

[11]    Docket Nos. 3445, 3536, 3699.

[12]    2023 Plan, § IX.A. "Non-Tort General Unsecured Claims" means all General Unsecured Claims (as defined in the 2023 Plan) that are not Tort Claims.

(Page | 7)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No: | 25-14831 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES |

and data vendor, in its review and transfer of documents responsive to any reasonable Claims Reconciliation Data Requests to the Trust.

**NOW, THEREFORE, IT HEREBY IS STIPULATED AND AGREED, BY AND AMONGST THE PARTIES, THROUGH THE UNDERSIGNED, AND UPON COURT APPROVAL HEREOF, IT SHALL BE ORDERED THAT:**

1. This Stipulation shall have no force or effect unless and until approved by the Bankruptcy Court (the "Stipulation Effective Date").

2. The foregoing Recitals are hereby incorporated by reference into this Stipulation.

3. Effective as of the date this Stipulation is approved by the Court, the Parties agree to the following (the "Stipulation Terms"):

   a. The Trust shall assume sole authority and responsibility for the reconciliation of all Non-Tort General Unsecured Claims in the 2023 Rite Aid Cases as set forth in Article IX.A of the 2023 Plan, including, without limitation, the authority to allow, disallow, compromise, object to, or otherwise resolve such Non-Tort General Unsecured Claims in the Trust's sole discretion, and in accordance with the terms of the 2023 Plan and Sub-Trust A Agreement;

   b. Subject to the procedures set forth in the PHI Turnover Order with respect to the review of Trust Requests (except as set forth in paragraph 3(c) below), the Wind-Down Debtor shall timely provide the Trust and its professionals with all documents (including privileged documents) responsive to the Claims Reconciliation Data Requests, in order to facilitate the Trust's reconciliation of the Non-Tort General Unsecured Claims in accordance with the Trust's obligations set forth in paragraph 3(a) above; and

   c. Notwithstanding any provision in the PHI Turnover Order, the Trust shall not bear any costs or expenses, including the costs of the Wind-Down Debtor's counsel and data vendor, relating to the Wind-Down Debtor's review and transfer of documents responsive to any reasonable Claims Reconciliation Data Requests.

| (Page \| 8) | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No: | 25-14831 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES |

4. For the avoidance of doubt, the Wind-Down Debtor and the Trust agree that the Limitation of Liability Provision shall apply to the Stipulation Terms and be given full force and effect with respect to the Trust's actions set forth in Paragraph 3 above.

5. The Parties agree that the Wind-Down Debtor and Trust are authorized, to the extent permitted under the 2023 Plan and 2023 Confirmation Order, to take all actions necessary to effectuate the relief provided for in this Stipulation.

6. Neither this Stipulation nor any actions taken pursuant hereto shall constitute evidence admissible against the Parties in any action or proceeding other than one to enforce the terms of this Stipulation.

7. Except as expressly set forth herein, nothing contained herein is intended to be or shall be deemed as or construed to be, a waiver of, nor in any way affect, any of the Parties' respective rights, claims, defenses, or other interests arising out of or related to the 2023 Plan and its related documents including the Sub-Trust A Agreement, the New Rite Aid Plan, the PHI Turnover Order, any additional agreements between the Parties, or any matters related thereto pending in the Court, or any other matters to which the Parties have or may have in the future a claim or interest.

8. This Stipulation shall constitute the entire agreement and understanding of the Parties related to the subject matter herein and supersedes all prior agreements and understandings between the Parties.

| | |
|---|---|
| (Page \| 9) | |
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No: | 25-14831 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES |

9. Each of the undersigned who executes this Stipulation by or on behalf of a Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

10. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copies, electronic copies, or facsimiles signed by the Parties here to be charged.

11. This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties hereto or by further order of the Bankruptcy Court.

12. This Stipulation shall be governed by, and construed in accordance with, the laws of the State of New York, except to the extent that the Bankruptcy Code applies, without regard to principles of conflicts of law that would require the application of laws of another jurisdiction.

13. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

(Page | 10)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No: | 25-14831 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER BETWEEN THE WIND-DOWN DEBTOR AND RAD SUB-TRUST A REGARDING RECONCILIATION OF NON-TORT GENERAL UNSECURED CLAIMS ASSERTED IN THE RITE AID 2023 CASES |

Dated: February 25, 2026

<table>
<tr><td>

**FOR THE TRUST**

By: */s/ Robert L. LeHane*

Robert L. LeHane
Andres Barajas (admitted *pro hac vice*)
Connie Y. Choe
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 3400
Madison, NJ 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
E-mail: rlehane@kelleydrye.com
      abarajas@kelleydrye.com
      cchoe@kelleydrye.com

*Counsel for Thomas A. Pitta, as Trustee of the Sub-Trust A*

</td><td>

**FOR THE WIND-DOWN DEBTOR**

By: */s/ Felice R. Yudkin*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
E-mail: msirota@coleschotz.com
      wusatine@coleschotz.com
      fyudkin@coleschotz.com
      svanaalten@coleschotz.com

-and-

**MORGAN, LEWIS & BOCKIUS LLP**
John C. Goodchild, III
Matthew C. Ziegler (admitted *pro hac vice*)
Sophia C. Aguilar
2222 Market St.
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
john.goodchild@morganlewis.com
matthew.ziegler@morganlewis.com
sophia.aguilar@morganlewis.com

-and-

Celine M. DeSantis (admitted *pro hac vice*)
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 341-7700
celine.desantis@morganlewis.com

*Counsel to the RAD Liquidating Trust and Wind-Down Debtor*

</td></tr>
</table>

United States Bankruptcy Court
District of New Jersey

In re:  
Lakehurst and Broadway Corporation  
    Debtor

Case No. 25-14831-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Mar 05, 2026     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alison Genova | on behalf of Interested Party Marcy Syms algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Katherine Quinn algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Bari Harlam algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Arun Nayar algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Michael Regan algenova@gmail.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Andre Persaud algenova@gmail.com lmcgee@wsgr.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 05, 2026 | Form ID: pdf903 | Total Noticed: 1 |

Alison Genova
    on behalf of Interested Party Heyward Donigan algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Louis Miramontes algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party John Standley algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party David Jessick algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Myrtle Potter algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Daniel Miller algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Michael Savage algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Paul Gilbert algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Christopher Bohrer algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Robert Knowling Jr. algenova@gmail.com, lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Thomas Warburton algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Elizabeth Burr algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Joseph Anderson Jr. algenova@gmail.com, lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Kevin Lofton algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Bruce Bodaken algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Amanda Glover algenova@gmail.com lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Justin Mennen algenova@gmail.com lmcgee@wsgr.com

Alyson M. Fiedler
    on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com john.acquaviva@icemiller.com

Andrew Small
    on behalf of Creditor RARED ALLENSTOWN LLC asmall@wglaw.com

Andrew Small
    on behalf of Creditor Rared Jaffrey LLC asmall@wglaw.com

Andrew Small
    on behalf of Creditor Rared Manchester NH LLC asmall@wglaw.com

Andrew H. Sherman
    on behalf of Other Prof. Alixpartners LLP asherman@sillscummis.com

Anthony Sodono, III
    on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com

Christopher J. Leavell
    on behalf of Creditor OFP Wagradol PA2 LLC cleavell@klehr.com, lclark@klehr.com

Christopher P. Mazza
    on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Daniel Stolz
    on behalf of Interested Party Murray Avenue Market dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel H. Reiss
    on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com

David M. Bass
: on behalf of Debtor Lakehurst and Broadway Corporation dbass@coleschotz.com

Elie Jonathan Worenklein
: on behalf of Creditor 1970 Group Inc. eworenklein@debevoise.com, ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com;crceresa@debevoise.com

Evan C. Pappas
: on behalf of Interested Party 29 Katz Crew LP epappas@tuckerlaw.com

Jessica Apter
: on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter
: on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com

Jessica Apter
: on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

John Piskora
: on behalf of Creditor ACON Laboratories Inc. jpiskora@loeb.com, nydocket@loeb.com,jpiskora@ecf.courtdrive.com

Joseph H. Lemkin
: on behalf of Creditor Edgemark Littleton LLC jlemkin@stark-stark.com

Joseph L. Schwartz
: on behalf of Creditor RSS Center LLC jschwartz@riker.com

Leslie Carol Heilman
: on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
: on behalf of Creditor Comcast Cable Communications Management LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Louis T. DeLucia
: on behalf of Creditor SKBB Investments louis.delucia@icemiller.com john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman
: on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com

Mark A. Roney
: on behalf of Interested Party Star Capital Partners LLC mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Matthew W. Bourda
: on behalf of Creditor ENGIE Power & Gas LLC matthewbourda@gmail.com

Matthew W. Bourda
: on behalf of Creditor Engie Power & Gas LLC matthewbourda@gmail.com

Matthew W. Bourda
: on behalf of Creditor ENGIE Resources LLC matthewbourda@gmail.com

Michael Papandrea
: on behalf of Creditor VaxServe Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com

Michael D. Sirota
: on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
: on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael E. Holt
: on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt
: on behalf of Creditor BM Properties mholt@formanlaw.com kanema@formanlaw.com

Michael R. Herz
: on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com aedwards@foxrothschild.com

Michele M. Dudas
: on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Oleh Matviyishyn

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 05, 2026 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com

Paul M. Rosenblatt
    on behalf of Creditor Inmar Rx Solutions Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul M. Rosenblatt
    on behalf of Creditor Wilmington Trust NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul Stadler Pflumm
    on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug Benefit Fund ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcdowelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

R. Edward Stone, III
    on behalf of Interested Party Murray Avenue Market rstone@genovaburns.com

Richard A. O'Halloran
    on behalf of Creditor Foothill Center Partners LLC, a California limited liability partnership, the successor in interest to Foothill Partners Ltd. richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert L. LeHane
    on behalf of Interested Party Thomas A. Pitta Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor First Washington Realty Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Interested Party Thomas A. Pitta Trustee of RAD Sub-Trust A rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor NNN REIT Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Regency Centers L.P rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Ross J. Switkes
    on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com

Thomas S. Onder
    on behalf of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust tonder@stark-stark.com

Turner Falk
    on behalf of Creditor H.K.N. IV LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Wojciech F. Jung
    on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com

Zhenyi Zhou
    on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com


TOTAL: 76