**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**STARK & STARK, PC**
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 791-7022
jlemkin@stark-stark.com
*Counsel to Creditor- Edgemark Littleton LLC*

Order Filed on March 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

LAKEHURST AND BROADWAY
CORPORATION,

        Debtor.[1]

Case No. 25-14831 (MBK)

Chapter 11

(Jointly Administered)

**CONSENT ORDER AMENDING THE SIXTEENTH ORDER AND SUPPLEMENTAL SIXTEENTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY**

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: March 5, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Application of Creditor Edgemark Littleton LLC (the "Application")[1] for entry of a Consent Order Amending the Sixteenth Order and Supplemental Sixteenth Order Authorizing Rejection of Leases; and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and no timely objections having been filed to the relief requested; and due and proper notice of the Application having been provided to Debtors' Counsel and the United States Trustee and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.      The Lease designated at entry No. 12 in the Sixteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any [Docket No. 2326] is hereby modified to reflect the correct Debtor entity and lease counterparty as Eckerd Corporation.

2.      Attached hereto as Schedule 1 is a revised entry reflecting the rejection of the lease by and between Edgemark Littleton LLC, as Landlord and Eckerd Corporation as Tenant for premises located at 1200 Pittsburgh Street, Cheswick PA 15024.

3.      This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order.

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

4.      This Order shall become effective immediately upon entry of this Order

notwithstanding anything in the Federal Rules of Bankruptcy Procedure or otherwise to the

contrary.

Dated: March 4, 2026

**STARK & STARK, P.C.**                          **COLE SCHOTZ P.C.**
*Attorneys for Edgemark Littleton LLC*           *Attorneys for Debtors*


By: _/s/ Joseph H. Lemkin, Esq._                 By: _/s/ David M. Bass, Esq._
        Joseph H. Lemkin, Esq.                           David M. Bass, Esq.

**Schedule 1**

**Rejected Contracts**

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | EDGEMARK LITTLETON LLC | C/O CHARLES DUNN RE SVC INC., LOS ANGELES, CA 90017 | Unexpired Lease | ECKERD CORPORATION | 10893 | 1200 PITTSBURGH STREET, CHESWICK PA 15024 | 7/31/25 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

4910-4076-2516, v. 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 25-14831-MBK

Lakehurst and Broadway Corporation                                             Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                              Page 1 of 4
Date Rcvd: Mar 05, 2026                          Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alison Genova | on behalf of Interested Party Marcy Syms algenova@gmail.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Katherine Quinn algenova@gmail.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Bari Harlam algenova@gmail.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Arun Nayar algenova@gmail.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Michael Regan algenova@gmail.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Andre Persaud algenova@gmail.com  lmcgee@wsgr.com |

District/off: 0312-3                                    User: admin                                    Page 2 of 4
Date Rcvd: Mar 05, 2026                            Form ID: pdf903                            Total Noticed: 1

Alison Genova
    on behalf of Interested Party Heyward Donigan algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Louis Miramontes algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party John Standley algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party David Jessick algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Myrtle Potter algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Daniel Miller algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Michael Savage algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Paul Gilbert algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Christopher Bohrer algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Robert Knowling  Jr. algenova@gmail.com, lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Thomas Warburton algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Elizabeth Burr algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Joseph Anderson  Jr. algenova@gmail.com, lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Kevin Lofton algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Bruce Bodaken algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Amanda Glover algenova@gmail.com  lmcgee@wsgr.com

Alison Genova
    on behalf of Interested Party Justin Mennen algenova@gmail.com  lmcgee@wsgr.com

Alyson M. Fiedler
    on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com  john.acquaviva@icemiller.com

Andrew Small
    on behalf of Creditor RARED ALLENSTOWN  LLC asmall@wglaw.com

Andrew Small
    on behalf of Creditor Rared Jaffrey  LLC asmall@wglaw.com

Andrew Small
    on behalf of Creditor Rared Manchester NH  LLC asmall@wglaw.com

Andrew H. Sherman
    on behalf of Other Prof. Alixpartners  LLP asherman@sillscummis.com

Anthony Sodono, III
    on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com

Christopher J. Leavell
    on behalf of Creditor OFP Wagradol PA2  LLC cleavell@klehr.com, lclark@klehr.com

Christopher P. Mazza
    on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Daniel Stolz
    on behalf of Interested Party Murray Avenue Market dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel H. Reiss
    on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com

David M. Bass
on behalf of Debtor Lakehurst and Broadway Corporation dbass@coleschotz.com

Elie Jonathan Worenklein
on behalf of Creditor 1970 Group  Inc. eworenklein@debevoise.com,
ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com;crceresa@debevoise.com

Evan C. Pappas
on behalf of Interested Party 29 Katz Crew  LP epappas@tuckerlaw.com

Jessica Apter
on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter
on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com

Jessica Apter
on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

John Piskora
on behalf of Creditor ACON Laboratories  Inc. jpiskora@loeb.com, nydocket@loeb.com,jpiskora@ecf.courtdrive.com

Joseph H. Lemkin
on behalf of Creditor Edgemark Littleton LLC jlemkin@stark-stark.com

Joseph L. Schwartz
on behalf of Creditor RSS Center  LLC jschwartz@riker.com

Leslie Carol Heilman
on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Comcast Cable Communications Management  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Louis T. DeLucia
on behalf of Creditor SKBB Investments louis.delucia@icemiller.com
john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.
basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman
on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com

Mark A. Roney
on behalf of Interested Party Star Capital Partners  LLC mroney@hillwallack.com,
kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Matthew W. Bourda
on behalf of Creditor ENGIE Power & Gas LLC matthewbourda@gmail.com

Matthew W. Bourda
on behalf of Creditor Engie Power & Gas LLC matthewbourda@gmail.com

Matthew W. Bourda
on behalf of Creditor ENGIE Resources LLC matthewbourda@gmail.com

Michael Papandrea
on behalf of Creditor VaxServe  Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com

Michael D. Sirota
on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael E. Holt
on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt
on behalf of Creditor BM Properties mholt@formanlaw.com  kanema@formanlaw.com

Michael R. Herz
on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com  aedwards@foxrothschild.com

Michele M. Dudas
on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Oleh Matviyishyn

District/off: 0312-3                          User: admin                                    Page 4 of 4
Date Rcvd: Mar 05, 2026                     Form ID: pdf903                          Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com |
| Paul M. Rosenblatt | |
|  | on behalf of Creditor Inmar Rx Solutions  Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com |
| Paul M. Rosenblatt | |
|  | on behalf of Creditor Wilmington Trust  NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com |
| Paul Stadler Pflumm | |
|  | on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug Benefit Fund ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcdowelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com |
| R. Edward Stone, III | |
|  | on behalf of Interested Party Murray Avenue Market rstone@genovaburns.com |
| Richard A. O'Halloran | |
|  | on behalf of Creditor Foothill Center Partners  LLC, a California limited liability partnership, the successor in interest to Foothill Partners Ltd. richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com |
| Robert L. LeHane | |
|  | on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
|  | on behalf of Creditor First Washington Realty  Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
|  | on behalf of Interested Party Thomas A. Pitta  Trustee of RAD Sub-Trust A rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
|  | on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
|  | on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
|  | on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
|  | on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Ross J. Switkes | |
|  | on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com |
| Thomas S. Onder | |
|  | on behalf of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust tonder@stark-stark.com |
| Turner Falk | |
|  | on behalf of Creditor H.K.N. IV  LLC turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |
| Wojciech F. Jung | |
|  | on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com |
| Zhenyi Zhou | |
|  | on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com |

TOTAL: 76