Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Order Filed on March 12, 2026 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In re: LAKEHURST AND BROADWAY CORPORATION, Debtor.[1] | Case No.: 25-14831 (MBK) Chapter 11 Judge Michael B. Kaplan (Jointly Administered) |

**STIPULATION AND AGREED ORDER REGARDING TERMINATION OF COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC AGREEMENTS**

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED.**

**DATED: March 12, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
　　　　wusatine@coleschotz.com
　　　　dbass@coleschotz.com
　　　　fyudkin@coleschotz.com

*Co-Counsel to the Liquidating Trustee and Wind-Down Debtors*

**BALLARD SPAHR LLP**
Matthew G. Summers
Leslie C. Heilman
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
　　　　summersm@ballardspahr.com
　　　　vesperm@ballardspahr.com

*Counsel to Comcast Cable Communications Management, LLC*

(Page | 3)
Debtor: LAKEHURST AND BROADWAY CORPORATION
Case No.: 25-14831 (MBK)
Caption of Order: Stipulation and Agreed Order Regarding Termination of Comcast Cable Communications Management, LLC Agreements

This stipulation is made by and between Comcast Cable Communications Management, LLC ("Comcast") and Eric Kaup as trustee for the RAD Liquidating Trust (the "Liquidating Trustee") and the above-captioned debtor and the other Wind-Down Debtors (collectively, the "Debtors" and together with Comcast and the Liquidating Trustee, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Comcast and the Debtors are parties to (a) a Comcast Enterprise Management Services Master Services Agreement (MSA) dated March 10, 2023 (the "MSA"), (b) a Comcast Enterprise Managed Services Managed Services Statement of Work dated March 10, 2023 (the "SOW"), and (c) certain other agreements, as described in **Exhibit A** attached hereto (and together with the MSA, the SOW, the agreements listed on Exhibit A, and any other agreements or amendments relating to the services and equipment provided by Comcast to the Debtors, the "Agreements"), pursuant to which Comcast provides services as well as certain Comcast owned equipment and devices to the Debtors at numerous locations.

WHEREAS, on May 5, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in this Court.

WHEREAS, prior to the Petition Date, Comcast provided services to the Debtors, for which Comcast holds a general unsecured claim for pre-petition amounts owed pursuant to the Agreements (the "General Unsecured Claim").

WHEREAS, since the Petition Date, Comcast has provided services to the Debtors, for which Comcast has an administrative claim (after netting credits against amounts due under the various accounts established under the Agreements) in excess of $527,452.73 for post-petition amounts owed pursuant to the Agreements (the "Administrative Claim").

(Page | 4)
Debtor: LAKEHURST AND BROADWAY CORPORATION
Case No.: 25-14831 (MBK)
Caption of Order: Stipulation and Agreed Order Regarding Termination of Comcast Cable Communications Management, LLC Agreements

WHEREAS, the Parties desire to terminate the Agreements.

NOW, THEREFORE, for good and valuable consideration, it is hereby stipulated, agreed and ordered as follows:

1. The foregoing recitals are hereby incorporated by reference into this Stipulation.

2. Subject to the terms set forth herein, the Agreements are hereby rejected by the Debtors and terminated by the Parties effective March 1, 2026. For the avoidance of doubt, Comcast shall provide certain limited services to the Debtors at the locations and through the disconnect dates (the "Disconnect Dates") listed in **Exhibit B**.

3. Comcast hereby waives its General Unsecured Claim and $75,000.00 of its Administrative Claim.

4. Comcast shall have an allowed administrative claim in the amount of $452,452.73 (the "Surviving Administrative Claim").

5. Within five (5) days of the entry of the Order approving this Stipulation, the Debtors shall pay Comcast $452,452.73 on account of the Surviving Administrative Claim.

6. Except with respect to the Surviving Administrative Claim, Comcast will not separately seek payment from the Debtors on account of any claims arising under the Agreements (including, without limitation, any reclamation claim, General Unsecured Claim or any claim pursuant to section 503(b)(9) of the Bankruptcy Code).

7. In the event the Debtors fail to timely pay the Surviving Administrative Claim in accordance with this Stipulation, or the Debtors otherwise default under this Stipulation, after providing five (5) days' notice to the Debtors, Comcast may immediately disconnect all

(Page | 5)
Debtor: LAKEHURST AND BROADWAY CORPORATION
Case No.: 25-14831 (MBK)
Caption of Order: Stipulation and Agreed Order Regarding Termination of Comcast Cable Communications Management, LLC Agreements

remaining services being provided to the Debtors and shall be under no further obligation to provide services to the Debtors.

8. For clarity, Comcast shall have no obligation to provide services to the Debtors past the Disconnect Dates listed in Exhibit B and may immediately disconnect all remaining services to the application locations on the applicable Disconnect Dates as reflected in Exhibit B without further notice to the Debtors.

9. Each person who executes this Stipulation, by or on behalf of each of the respective Parties, represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation and Agreed Order on behalf of such Party.

10. This Stipulation and all of its provisions are binding on, and inure to the benefit of, the Parties hereto and their respective successors and assigns, including any bankruptcy trustee that may be appointed for any of the Debtors; *provided*, however, that this Stipulation and Agreed Order shall be of no force and effect if the Court does not approve its terms.

11. The Bankruptcy Court shall retain jurisdiction to resolve any and all disputes related to this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

**STIPULATED AND AGREED TO BY:**

*Counsel to the RAD Liquidating Trustee and Wind Down Debtors*

*/s/ Felice R. Yudkin*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
          wusatine@coleschotz.com
          dbass@coleschotz.com
          fyudkin@coleschotz.com

*Counsel to Comcast Cable Communications Management, LLC*

*/s/ Leslie C. Heilman*
**BALLARD SPAHR LLP**
Matthew G. Summers
Leslie C. Heilman
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
          summersm@ballardspahr.com
          vesperm@ballardspahr.com

# EXHIBIT A

| Agreement | Date |
|---|---|
| Comcast – Rite Aid Hdqtrs. Corp – Managed Services Statement of Work to MSA PA-22006246-gcane | 3/10/2023 |
| Comcast – Rite Aid Hdqtrs. Corp – Master Service Agreement PA-22006246-gcane | 2/28/2023 |
| Comcast – Rite Aid Corporation – Business Class Service Order Agreement | 5/18/2018 |
| Comcast –Rite Aid – Business Class Service Order Agreement | 10/13/2017 |
| Comcast – Rite Aid RC 1941 – Business Class Service Order Agreement | 5/10/2017 |
| Comcast – Rite Aid – Business Class Service Order Agreement | 1/6/2014 |

# EXHIBIT B

| Store # or Address | Disconnect Date |
|---|---|
| 6974 | 11/29/2025 |
| 5314 | 12/2/2025 |
| 5239 | 12/9/2025 |
| 6928 | 12/10/2025 |
| 5244 | 12/3/2025 |
| 5178 | 11/26/2025 |
| 5309 | 12/9/2025 |
| 5354 | 12/17/2025 |
| 433 Rail Road Avenue, Shiremanstown, PA 17011 | 3/1/2026 |