**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On March 4, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto as **Exhibit A**:

- Notice of (I) Entry of Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC (Technical Modifications) and Its Debtor Affiliates and (II) Occurrence of Effective Date [Case No. 25-14861; Docket No. 3699]

Dated: March 10, 2026

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 10, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] On December 30, 2025, the Court entered the Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al., closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). For avoidance of doubt, the Monthly Fee Statement of Kroll Restructuring Administration LLC was docketed in Case No. 25-14861 (MBK) [Docket No. 3524] but will proceed under Case No. 25-14831 (MBK) in accordance with the Order.

SRF 95072

**<u>Exhibit A</u>**

Exhibit A

| ADRID | NAME | ADDRESS 1 |
|---|---|---|
| 28151609 | LEWIS, ISAIAH | ADDRESS ON FILE |
| 28155327 | RADICIA, ANTHONY | ADDRESS ON FILE |

In re: Lakehurst and Broadway Corporation
Case No. 25-14831 (MBK)

Page 1 of 1