| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>R. Edward Stone, III, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>rstone@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 814-4045<br><br>and-<br><br>**WH BURKLEY, LLP**<br>Mason S. Shelton, Esq.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>(412) 456-8100 Telephone<br>(412) 456-8135 Facsimile<br>E-Mail mshelton@bernsteinlaw.com<br><br>*Counsel for Murray Avenue Market* | <br><br>Order Filed on March 12, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**LAKEHURST AND BROADWAY CORPORATION,**<br><br>                  Wind-Down Debtors. | Chapter 11<br><br>Case No.: 25-14831 (MBK)<br><br>Honorable Michael B. Kaplan |

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED**.

**DATED: March 12, 2026**

*[signature]*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that MASON S. SHELTON, ESQ., be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-14831-MBK
Lakehurst and Broadway Corporation  Chapter 11
Murray Avenue Kosher, Inc.
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4
Date Rcvd: Mar 12, 2026    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alison Genova | on behalf of Interested Party Marcy Syms agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Katherine Quinn agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Bari Harlam agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Arun Nayar agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Michael Regan agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |

Case 25-14831-MBK    Doc 320    Filed 03/14/26    Entered 03/15/26 00:16:34    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Andre Persaud agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Heyward Donigan agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Louis Miramontes agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party John Standley agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party David Jessick agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Myrtle Potter agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Daniel Miller agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Michael Savage agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Paul Gilbert agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Christopher Bohrer agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Robert Knowling Jr. agenova@wsgr.com, lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Thomas Warburton agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Elizabeth Burr agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Joseph Anderson Jr. agenova@wsgr.com, lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Kevin Lofton agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Bruce Bodaken agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Amanda Glover agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Justin Mennen agenova@wsgr.com lmcgee@wsgr.com |
| Alyson M. Fiedler | |
| | on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com john.acquaviva@icemiller.com,alexandria.lundberg@icemiller.com |
| Andrew Small | |
| | on behalf of Creditor RARED ALLENSTOWN LLC asmall@wglaw.com |
| Andrew Small | |
| | on behalf of Creditor Rared Jaffrey LLC asmall@wglaw.com |
| Andrew Small | |
| | on behalf of Creditor Rared Manchester NH LLC asmall@wglaw.com |
| Andrew H. Sherman | |
| | on behalf of Other Prof. Alixpartners LLP asherman@sillscummis.com |
| Anthony Sodono, III | |
| | on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com |
| Christopher J. Leavell | |
| | on behalf of Creditor OFP Wagradol PA2 LLC cleavell@klehr.com, lclark@klehr.com |
| Christopher P. Mazza | |
| | on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com |
| Daniel Stolz | |
| | on behalf of Interested Party Murray Avenue Market dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |

Case 25-14831-MBK    Doc 320    Filed 03/14/26    Entered 03/15/26 00:16:34    Desc
Imaged Certificate of Notice    Page 5 of 6

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 4 |
| Date Rcvd: Mar 12, 2026 | Form ID: pdf903 | Total Noticed: 1 |

Daniel H. Reiss
    on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com

David M. Bass
    on behalf of Debtor Lakehurst and Broadway Corporation dbass@coleschotz.com

Elie Jonathan Worenklein
    on behalf of Creditor 1970 Group Inc. eworenklein@debevoise.com, ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com

Evan C. Pappas
    on behalf of Interested Party 29 Katz Crew LP epappas@tuckerlaw.com

Gregory D. Herrold
    on behalf of Intervenor Murray Avenue Kosher Inc. gdherrold@duanemorris.com, gregory-herrold-2846@ecf.pacerpro.com

Jessica Apter
    on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter
    on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com

Jessica Apter
    on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

John Piskora
    on behalf of Creditor ACON Laboratories Inc. jpiskora@loeb.com, nydocket@loeb.com;jpiskora@ecf.courtdrive.com

Joseph H. Lemkin
    on behalf of Creditor Edgemark Littleton LLC jlemkin@stark-stark.com

Joseph L. Schwartz
    on behalf of Creditor RSS Center LLC jschwartz@riker.com

Leslie Carol Heilman
    on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor Comcast Cable Communications Management LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Louis T. DeLucia
    on behalf of Creditor SKBB Investments louis.delucia@icemiller.com john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman
    on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com

Mark A. Roney
    on behalf of Interested Party Star Capital Partners LLC mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Matthew W. Bourda
    on behalf of Creditor ENGIE Power & Gas LLC matt.bourda@lanelaw.com

Matthew W. Bourda
    on behalf of Creditor Engie Power & Gas LLC matt.bourda@lanelaw.com

Matthew W. Bourda
    on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com

Michael Papandrea
    on behalf of Creditor VaxServe Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com

Michael D. Sirota
    on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael E. Holt
    on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt
    on behalf of Creditor BM Properties mholt@formanlaw.com kanema@formanlaw.com

Michael R. Herz

Case 25-14831-MBK    Doc 320    Filed 03/14/26    Entered 03/15/26 00:16:34    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com  aedwards@foxrothschild.com |
| Michele M. Dudas | on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com |
| Oleh Matviyishyn | on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com |
| Paul M. Rosenblatt | on behalf of Creditor Inmar Rx Solutions  Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com |
| Paul M. Rosenblatt | on behalf of Creditor Wilmington Trust  NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com |
| Paul Stadler Pflumm | on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug Benefit Fund ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcdowelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com |
| R. Edward Stone, III | on behalf of Interested Party Murray Avenue Market rstone@genovaburns.com |
| Richard A. O'Halloran | on behalf of Creditor Foothill Center Partners  LLC, a California limited liability partnership, the successor in interest to Foothill Partners Ltd. richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com |
| Robert L. LeHane | on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor First Washington Realty  Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Interested Party Thomas A. Pitta  Trustee of RAD Sub-Trust A rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Ross J. Switkes | on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com |
| Thomas S. Onder | on behalf of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust tonder@stark-stark.com |
| Turner Falk | on behalf of Creditor H.K.N. IV  LLC turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Wojciech F. Jung | on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com |
| Zhenyi Zhou | on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com |

TOTAL: 77