Caption in Compliance with D.N.J. LBR 9004-1(b)

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **Order Filed on March 12, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>LAKEHURST AND BROADWAY<br>CORPORATION,<br><br>                                    Debtor.[1] | Case No.: 25-14831 (MBK) Chapter 11<br><br>Judge Michael B. Kaplan (Jointly Administered) |

### STIPULATION AND AGREED ORDER REGARDING TERMINATION
### OF COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC AGREEMENTS

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED.**

**DATED: March 12, 2026**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
       wusatine@coleschotz.com
       dbass@coleschotz.com
       fyudkin@coleschotz.com

*Co-Counsel to the Liquidating Trustee and Wind-Down Debtors*

**BALLARD SPAHR LLP**
Matthew G. Summers
Leslie C. Heilman
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
       summersm@ballardspahr.com
       vesperm@ballardspahr.com

*Counsel to Comcast Cable Communications Management, LLC*

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No.: | 25-14831 (MBK) |
| Caption of Order: | Stipulation and Agreed Order Regarding Termination of Comcast Cable Communications Management, LLC Agreements |

This stipulation is made by and between Comcast Cable Communications Management, LLC ("Comcast") and Eric Kaup as trustee for the RAD Liquidating Trust (the "Liquidating Trustee") and the above-captioned debtor and the other Wind-Down Debtors (collectively, the "Debtors" and together with Comcast and the Liquidating Trustee, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Comcast and the Debtors are parties to (a) a Comcast Enterprise Management Services Master Services Agreement (MSA) dated March 10, 2023 (the "MSA"), (b) a Comcast Enterprise Managed Services Managed Services Statement of Work dated March 10, 2023 (the "SOW"), and (c) certain other agreements, as described in **Exhibit A** attached hereto (and together with the MSA, the SOW, the agreements listed on Exhibit A, and any other agreements or amendments relating to the services and equipment provided by Comcast to the Debtors, the "Agreements"), pursuant to which Comcast provides services as well as certain Comcast owned equipment and devices to the Debtors at numerous locations.

WHEREAS, on May 5, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in this Court.

WHEREAS, prior to the Petition Date, Comcast provided services to the Debtors, for which Comcast holds a general unsecured claim for pre-petition amounts owed pursuant to the Agreements (the "General Unsecured Claim").

WHEREAS, since the Petition Date, Comcast has provided services to the Debtors, for which Comcast has an administrative claim (after netting credits against amounts due under the various accounts established under the Agreements) in excess of $527,452.73 for post-petition amounts owed pursuant to the Agreements (the "Administrative Claim").

(Page | 4)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No.: | 25-14831 (MBK) |
| Caption of Order: | Stipulation and Agreed Order Regarding Termination of Comcast Cable Communications Management, LLC Agreements |

WHEREAS, the Parties desire to terminate the Agreements.

NOW, THEREFORE, for good and valuable consideration, it is hereby stipulated, agreed and ordered as follows:

1. The foregoing recitals are hereby incorporated by reference into this Stipulation.

2. Subject to the terms set forth herein, the Agreements are hereby rejected by the Debtors and terminated by the Parties effective March 1, 2026. For the avoidance of doubt, Comcast shall provide certain limited services to the Debtors at the locations and through the disconnect dates (the "Disconnect Dates") listed in **Exhibit B**.

3. Comcast hereby waives its General Unsecured Claim and $75,000.00 of its Administrative Claim.

4. Comcast shall have an allowed administrative claim in the amount of $452,452.73 (the "Surviving Administrative Claim").

5. Within five (5) days of the entry of the Order approving this Stipulation, the Debtors shall pay Comcast $452,452.73 on account of the Surviving Administrative Claim.

6. Except with respect to the Surviving Administrative Claim, Comcast will not separately seek payment from the Debtors on account of any claims arising under the Agreements (including, without limitation, any reclamation claim, General Unsecured Claim or any claim pursuant to section 503(b)(9) of the Bankruptcy Code).

7. In the event the Debtors fail to timely pay the Surviving Administrative Claim in accordance with this Stipulation, or the Debtors otherwise default under this Stipulation, after providing five (5) days' notice to the Debtors, Comcast may immediately disconnect all

Case 25-14831-MBK    Doc 322    Filed 03/14/26    Entered 03/15/26 00:16:34    Desc
Imaged Certificate of Notice    Page 5 of 12

(Page | 5)
| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No.: | 25-14831 (MBK) |
| Caption of Order: | Stipulation and Agreed Order Regarding Termination of Comcast Cable Communications Management, LLC Agreements |

remaining services being provided to the Debtors and shall be under no further obligation to provide services to the Debtors.

8. For clarity, Comcast shall have no obligation to provide services to the Debtors past the Disconnect Dates listed in Exhibit B and may immediately disconnect all remaining services to the application locations on the applicable Disconnect Dates as reflected in Exhibit B without further notice to the Debtors.

9. Each person who executes this Stipulation, by or on behalf of each of the respective Parties, represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation and Agreed Order on behalf of such Party.

10. This Stipulation and all of its provisions are binding on, and inure to the benefit of, the Parties hereto and their respective successors and assigns, including any bankruptcy trustee that may be appointed for any of the Debtors; *provided*, however, that this Stipulation and Agreed Order shall be of no force and effect if the Court does not approve its terms.

11. The Bankruptcy Court shall retain jurisdiction to resolve any and all disputes related to this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| *Counsel to the RAD Liquidating Trustee and Wind Down Debtors* | *Counsel to Comcast Cable Communications Management, LLC* |
| */s/ Felice R. Yudkin* | */s/ Leslie C. Heilman* |
| **COLE SCHOTZ P.C.** | **BALLARD SPAHR LLP** |
| Michael D. Sirota, Esq. | Matthew G. Summers |
| Warren A. Usatine, Esq. | Leslie C. Heilman |
| David M. Bass, Esq. | Margaret A. Vesper |
| Felice R. Yudkin, Esq. | 919 N. Market Street, 11th Floor |
| Court Plaza North, 25 Main Street | Wilmington, DE 19801 |
| Hackensack, New Jersey 07601 | Telephone: (302) 252-4428 |
| Telephone: (201) 489-3000 | Facsimile: (302) 252-4466 |
| Email: msirota@coleschotz.com | E-mail: heilmanl@ballardspahr.com |
|        wusatine@coleschotz.com |        summersm@ballardspahr.com |
|        dbass@coleschotz.com |        vesperm@ballardspahr.com |
|        fyudkin@coleschotz.com | |

# EXHIBIT A

| Agreement | Date |
|---|---|
| Comcast – Rite Aid Hdqtrs. Corp – Managed Services Statement of Work to MSA PA-22006246-gcane | 3/10/2023 |
| Comcast – Rite Aid Hdqtrs. Corp – Master Service Agreement PA-22006246-gcane | 2/28/2023 |
| Comcast – Rite Aid Corporation – Business Class Service Order Agreement | 5/18/2018 |
| Comcast –Rite Aid – Business Class Service Order Agreement | 10/13/2017 |
| Comcast – Rite Aid RC 1941 – Business Class Service Order Agreement | 5/10/2017 |
| Comcast – Rite Aid – Business Class Service Order Agreement | 1/6/2014 |

## EXHIBIT B

| Store # or Address | Disconnect Date |
|---|---|
| 6974 | 11/29/2025 |
| 5314 | 12/2/2025 |
| 5239 | 12/9/2025 |
| 6928 | 12/10/2025 |
| 5244 | 12/3/2025 |
| 5178 | 11/26/2025 |
| 5309 | 12/9/2025 |
| 5354 | 12/17/2025 |
| 433 Rail Road Avenue, Shiremanstown, PA 17011 | 3/1/2026 |

United States Bankruptcy Court
District of New Jersey

In re:  
Lakehurst and Broadway Corporation  
Murray Avenue Kosher, Inc.  
    Debtors

Case No. 25-14831-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Mar 12, 2026     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alison Genova | on behalf of Interested Party Marcy Syms agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Katherine Quinn agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Bari Harlam agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Arun Nayar agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Michael Regan agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |

Case 25-14831-MBK    Doc 322    Filed 03/14/26    Entered 03/15/26 00:16:34    Desc
Imaged Certificate of Notice    Page 10 of 12

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Andre Persaud agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Heyward Donigan agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Louis Miramontes agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party John Standley agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party David Jessick agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Myrtle Potter agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Daniel Miller agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Michael Savage agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Paul Gilbert agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Christopher Bohrer agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Robert Knowling  Jr. agenova@wsgr.com, lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Thomas Warburton agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Elizabeth Burr agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Joseph Anderson  Jr. agenova@wsgr.com, lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Kevin Lofton agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Bruce Bodaken agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Amanda Glover agenova@wsgr.com  lmcgee@wsgr.com |
| Alison Genova | |
| | on behalf of Interested Party Justin Mennen agenova@wsgr.com  lmcgee@wsgr.com |
| Alyson M. Fiedler | |
| | on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com john.acquaviva@icemiller.com,alexandria.lundberg@icemiller.com |
| Andrew Small | |
| | on behalf of Creditor RARED ALLENSTOWN  LLC asmall@wglaw.com |
| Andrew Small | |
| | on behalf of Creditor Rared Jaffrey  LLC asmall@wglaw.com |
| Andrew Small | |
| | on behalf of Creditor Rared Manchester NH  LLC asmall@wglaw.com |
| Andrew H. Sherman | |
| | on behalf of Other Prof. Alixpartners  LLP asherman@sillscummis.com |
| Anthony Sodono, III | |
| | on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com |
| Christopher J. Leavell | |
| | on behalf of Creditor OFP Wagradol PA2  LLC cleavell@klehr.com, lclark@klehr.com |
| Christopher P. Mazza | |
| | on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com |
| Daniel Stolz | |
| | on behalf of Interested Party Murray Avenue Market dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |

Case 25-14831-MBK    Doc 322    Filed 03/14/26    Entered 03/15/26 00:16:34    Desc
Imaged Certificate of Notice    Page 11 of 12

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: pdf903 | Total Noticed: 1 |

Daniel H. Reiss
    on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com

David M. Bass
    on behalf of Debtor Lakehurst and Broadway Corporation dbass@coleschotz.com

Elie Jonathan Worenklein
    on behalf of Creditor 1970 Group Inc. eworenklein@debevoise.com, ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com

Evan C. Pappas
    on behalf of Interested Party 29 Katz Crew LP epappas@tuckerlaw.com

Gregory D. Herrold
    on behalf of Intervenor Murray Avenue Kosher Inc. gdherrold@duanemorris.com, gregory-herrold-2846@ecf.pacerpro.com

Jessica Apter
    on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter
    on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com

Jessica Apter
    on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

John Piskora
    on behalf of Creditor ACON Laboratories Inc. jpiskora@loeb.com, nydocket@loeb.com;jpiskora@ecf.courtdrive.com

Joseph H. Lemkin
    on behalf of Creditor Edgemark Littleton LLC jlemkin@stark-stark.com

Joseph L. Schwartz
    on behalf of Creditor RSS Center LLC jschwartz@riker.com

Leslie Carol Heilman
    on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor Comcast Cable Communications Management LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Louis T. DeLucia
    on behalf of Creditor SKBB Investments louis.delucia@icemiller.com john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman
    on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com

Mark A. Roney
    on behalf of Interested Party Star Capital Partners LLC mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Matthew W. Bourda
    on behalf of Creditor ENGIE Power & Gas LLC matt.bourda@lanelaw.com

Matthew W. Bourda
    on behalf of Creditor Engie Power & Gas LLC matt.bourda@lanelaw.com

Matthew W. Bourda
    on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com

Michael Papandrea
    on behalf of Creditor VaxServe Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com

Michael D. Sirota
    on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael E. Holt
    on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt
    on behalf of Creditor BM Properties mholt@formanlaw.com kanema@formanlaw.com

Michael R. Herz

Case 25-14831-MBK    Doc 322    Filed 03/14/26    Entered 03/15/26 00:16:34    Desc
Imaged Certificate of Notice    Page 12 of 12

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com aedwards@foxrothschild.com |
| Michele M. Dudas | on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com |
| Oleh Matviyishyn | on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com |
| Paul M. Rosenblatt | on behalf of Creditor Inmar Rx Solutions Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com |
| Paul M. Rosenblatt | on behalf of Creditor Wilmington Trust NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com |
| Paul Stadler Pflumm | on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug Benefit Fund ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcdowelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com |
| R. Edward Stone, III | on behalf of Interested Party Murray Avenue Market rstone@genovaburns.com |
| Richard A. O'Halloran | on behalf of Creditor Foothill Center Partners LLC, a California limited liability partnership, the successor in interest to Foothill Partners Ltd. richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com |
| Robert L. LeHane | on behalf of Interested Party Thomas A. Pitta Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor First Washington Realty Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Interested Party Thomas A. Pitta Trustee of RAD Sub-Trust A rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor NNN REIT Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Regency Centers L.P rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Ross J. Switkes | on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com |
| Thomas S. Onder | on behalf of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust tonder@stark-stark.com |
| Turner Falk | on behalf of Creditor H.K.N. IV LLC turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Wojciech F. Jung | on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com |
| Zhenyi Zhou | on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com |

TOTAL: 77