UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald F. Campbell, Jr. (DC8924)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
dcampbell@ghclaw.com
Attorneys for Creditor and Interested Party,
WellDyneRx, LLC

In Re:

LAKEHURST AND BROADWAY
CORPORATION,

Case No.: ___25-14831-MBK___

Adv. Pro. No.: _____

Chapter: _____11_____

Subchapter V:   ❑ Yes  ☒ No

Hearing Date: ____3/24/26____

Judge: _____MBK_____

## ADJOURNMENT REQUEST

1.   I, ____Donald F. Campbell, Jr., Esq.____,

☒  am the attorney for: _____WellDyneRx, LLC_____,

❑  am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _Motion to Enforce the Chapter 11 Plan and Confirmation Order [291]_____

Current hearing date and time: _March 24, 2026 at 10:00 a.m.___

New date requested: _April 23, 2026 at 1:00 p.m._____

Reason for adjournment request: _Counsel has just recently been retained and needs time___

to review the matter. Counsel is also on vacation until March 27, 2026._____

2.   Consent to adjournment:

☒  I have the consent of all parties.   ❑ I do not have the consent of all parties (explain below):

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: _3/17/26_____          /s/ Donald F. Campbell, Jr._____
                                         Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒  Granted                  New hearing date: _4/23/2026 at 1:00 p.m.____      ❑ Peremptory

❑  Granted over objection(s)   New hearing date: _____      ❑ Peremptory

❑  Denied

> **IMPORTANT: If your request is granted, you must notify interested parties**
> **who are not electronic filers of the new hearing date.**

*rev.10/2021*

2