**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee
and the Wind-Down Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>Wind-Down Debtors.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

**ADJOURNMENT REQUEST**

1.      I, Felice R. Yudkin, am the attorney for the above-captioned Wind-Down Debtors

and request an adjournment of the hearing as it relates to:

A. *NEM LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 365(d)(3)* [Case No. 25-14861, Docket No. 2966]

B. *Limited Objection to Confirmation of Second Amended Joint Chapter 11 Plan and Cross-Motion to Allow and Compel Payment of Administrative Expense Claims* [Case No. 25-14861, Docket No. 3269]

C. *HVP2 LLC's Motion for Payment of Administrative Payment* [Docket No. 3513]

---

[1]   On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

D. *Motion of Kin Landlords to Compel Payment of Post-Petition Lease Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) Arising from Non-Residential Real Property Lease* [Case No. 25-14861, Docket No. 3629]

E. *OFP Wagradol PA 2, LLC's Motion for Allowance and Immediate Payment of Administrative Expenses for Post-Petition Lease Obligations* [Docket No. 202]

F. *Engie Resources LLC's Notice of Motion to Compel Payment of Administrative Expense Claim* [Docket No. 211]

G. *Engie Power & Gas LLC's Notice of Motion to Compel Payment of Administrative Expense Claim* [Docket No. 212]

H. *Rared Allenstown, LLC; RARED Manchester, LLC; and RARED Jaffrey, LLC's Joint Motion, Pursuant to 11 U.S.C. §§ 365(d)(3) or 503(b)(1)(A), to Allow and Compel Payment of Claim for Additional Rent that Became Due Post-Petition and Pre-Rejection of Leases* [Docket No. 230]

Current hearing date and time: March 24, 2026 at 10:00 a.m.

New date requested: April 23, 2026 at 1:00 p.m.

2.      Consent to adjournment: The Debtor has the consent of the parties. I certify under penalty of perjury that the foregoing is true.

Dated:  March 18, 2026

/s/ Felice R. Yudkin
_____

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

**COURT USE ONLY:**

The request for adjournment is:

April 23, 2026 at 1:00 p.m.

[x]     Granted              New hearing date: _____        [ ]      Peremptory

[ ]     Granted over objection(s)   New hearing date: _____        [ ]      Peremptory

[ ]     Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

3