UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SHERMAN, SILVERSTEIN,
KOHL, ROSE & PODOLSKY, P.A.
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: rswitkes@shermansilverstein.com

In Re:

LAKEHURST AND BROADWAY
CORPORATION,

Wind-Down Debtor.

Case No.: _____25-14831_____

Chapter: _____11_____

Hearing Date: _____1/15/26_____

Judge: _____Kaplan_____

## CERTIFICATION CONCERNING PROPOSED ORDER

I, Ross J. Switkes _____, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

For the matter titled Motion to Compel (Case No. 25-14861), ECF No. 3166 filed on November 4, 2025 _____:

### Orders to be Submitted

1.) ☒ A hearing was held and the matter was marked "Order to be submitted." All parties to the matter have reviewed the proposed order and agree that the proposed order comports with the Court's ruling and may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

OR

2.) ❑ A pending matter has been resolved. All parties to the matter have reviewed the proposed order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

### Consent Orders

3.) ❑ A proposed consent order relating to a pending matter has been submitted. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9019-4(a).

OR

4.) ❑ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9019-4(b). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9019-4(b).

Final paragraph options:

5.) ❑ If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

OR

6.) ❑ If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| | ❑ Trustee |
| | ❑ U.S. Trustee |
| Matthew Ziegler, Esq. | Counsel to debtors |
| Celine Desantis, Esq. | Counsel to debtors |
| Felice Yudkin, Esq. | Counsel to debtors |

I certify under penalty of perjury that the foregoing is true.

Date: 3/20/26 _____                    /s/ Ross J. Switkes _____
                                                            Signature

*new.8/1/2024*

2