**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**MORGAN, LEWIS & BOCKIUS LLP**
Matthew C. Ziegler (admitted *pro hac vice*)
2222 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
matthew.ziegler@morganlewis.com

Celine M. DeSantis (admitted *pro hac vice*)
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 341-7700
celine.desantis@morganlewis.com

*Co-Counsel to the RAD Liquidating Trust and the Wind-Down Debtors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>      Wind-Down Debtor. | Chapter 11<br><br>Case No. 25-14831 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF RAD LIQUIDATING TRUST'S
AND WIND-DOWN DEBTORS' NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that the *Notice of Appeal and Statement of Election* (ECF No. 201) filed by the RAD Liquidating Trust and the Wind-Down Debtors is hereby withdrawn.

Dated:  March 23, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

-and-

**MORGAN, LEWIS & BOCKIUS LLP**
Matthew C. Ziegler (admitted *pro hac vice*)
2222 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
matthew.ziegler@morganlewis.com

Celine M. DeSantis (admitted *pro hac vice*)
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 341-7700
celine.desantis@morganlewis.com

*Co-Counsel to the RAD Liquidating Trust and the Wind-Down Debtors*