**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee
and the Wind-Down Debtors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>Wind-Down Debtors.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

## ADJOURNMENT REQUEST

1.    I, Felice R. Yudkin, am the attorney for the above-captioned Wind-Down Debtors

and request an adjournment of the hearing as it relates to:

   A. *Liquidating Trustee's First Omnibus Objection to Certain Duplicative Claims* (solely as it relates to MMDG LP and Grant Acquisition, LP) [Docket No. 281]

Current hearing date and time: March 24, 2026 at 10:00 a.m.

New date requested: April 23, 2026 at 1:00 p.m.

---

[1]    On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

2.      Consent to adjournment: The Debtor has the consent of the parties. I certify under penalty of perjury that the foregoing is true.

Dated:  March 23, 2026

/s/ Felice R. Yudkin

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee and the*
*Wind-Down Debtors*

2

**COURT USE ONLY:**

The request for adjournment is:

April 23, 2026 at 1:00 p.m.

| [x] | Granted | New hearing date: _____ | [ ] | Peremptory |

| [ ] | Granted over objection(s)   New hearing date: _____ | [ ] | Peremptory |

| [ ] | Denied |

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

3