**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**STARK & STARK, PC**
Thomas S. Onder, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 219-7458
tonder@stark-stark.com
*Counsel to Creditor- Robert Marin and Celeste de
Schulthess Marin Family Trust*

In re:

LAKEHURST AND BROADWAY
CORPORATION,

        Debtor. [1]

**Order Filed on March 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 25-14831 (MBK)

Chapter 11

(Jointly Administered)

Honorable Michael B. Kaplan

**CONSENT ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC
STAY PURSUANT TO BANKRUPTCY CODE SECTION 362(d) AND PLAN
INJUNCTION**

    The relief set forth on the following pages, numbered two (2) through five (5), is
**ORDERED**.

**DATED: March 24, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]    On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

(Page | 2)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY CODE SECTION 362(d) AND PLAN INJUNCTION |

Upon the Motion of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust [Docket No. 287] (the "Motion") for entry of an Order Granting Relief From The Automatic Stay And Allowing Movant To Name Debtor As Defendant In State Court Action in the bankruptcy case of the above-captioned debtor and other Wind-Down Debtors (collectively, the "Wind-Down Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); in consideration of the *Order Approving the Disclosure Statement For, and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Case No. 25-14861, Docket No. 3445] (the "2025 Rite Aid Confirmation Order") and the plan confirmed thereby [Case No. 25-14861, Docket No. 3445, Ex. A] (the "2025 Rite Aid Plan");[2] in consideration of the *Order Approving the Disclosure Statement For, and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates* [Case No. 23-18993, Docket No. 4532] (the "2023 Rite Aid Confirmation Order") and the plan confirmed thereby [Case No. 23-18993, Docket No. 4532, Ex. A] (the "2023 Rite Aid Plan"); and the Robert Marin and Celeste de Schulthess Marin Family Trust (the "Movant", and together with the Wind-Down Debtors, the "Parties") having represented that it seeks the relief sought in the Motion solely to preserve any defenses it may have in the Action (defined below);

---

[2]    Capitalize terms used but not otherwise defined herein shall have the meaning ascribed to them in the 2025 Rite Aid Plan.

(Page | 3)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY CODE SECTION 362(d) AND PLAN INJUNCTION |

and the Parties having consensually resolved the Motion with the submission and entry of this order (this "Order"); and due and proper notice of the Motion having been provided to Debtors' Counsel and the United States Trustee; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED solely to the limited extent set forth herein.

2. The Movant is granted limited relief from the plan injunction under the 2025 Rite Aid Plan and from automatic stay, to the extent applicable, solely for the purpose of naming the Wind-Down Debtor counterparty to the subject lease, Eckerd Corporation, as a nominal party in an action filed in the Supreme Court of New York, County of Erie, which is currently pending under the caption styled *Robert Dohring v. Prestige Lawn Care of WNY, LLC; Springwise Facility Management, Inc.; Robert Marin and Celeste De Schulthess Marin as Trustees of the Robert Marin and Celeste de Schulthess Family Trust, Index No: 813133/2025* (the "Action")

3. The relief granted herein is strictly limited as follows:

   a. The relief granted in paragraph 2 of this Order shall terminate immediately upon the filing of any pleading, naming Eckerd Corporation in the Action.

   b. Movant shall, from and after such filing, be fully and automatically subject to the plan injunction and any applicable discharge under 11 U.S.C. § 524 under the 2025 Rite Aid Plan in all respects without further order of this Court.

   c. No party to the action may take any further action against the Wind-Down Debtors, including without limitation service of any summons, complaint, third-

(Page | 4)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY CODE SECTION 362(d) AND PLAN INJUNCTION |

party complaint, discovery request, request for testimony, subpoena or other process.

d. Movant shall not seek to prosecute, continue, or otherwise pursue any claim, counterclaim, crossclaim or third-party claim against Wind-Down Debtors.

e. The Wind-Down Debtors, including Eckerd Corporation, shall not be required to appear in or otherwise take any action with respect to the Action.

f. Any further action, including any action involving a current insurance policy of the Debtors, must strictly comply with and remains subject in all respects to the terms of the 2025 Rite Aid Plan. To be clear, this Order does not grant the Movant any rights or relief with respect to such policies, absent further order of the Court.

g. The Parties agree that the applicable insurance policy in place at the time of the loss giving rise to the Action was assigned to the trust or trusts created pursuant the 2023 Rite Aid Plan, and that any relief related to such policy must be sought in accordance with the 2023 Rite Aid Plan.

h. All rights under the 2023 Rite Aid Plan, including the rights of (i) the debtors or reorganized debtors under the 2023 Rite Aid Plan and (ii) any trust or entity created or contemplated under the 2023 Rite Aid Plan, are fully reserved and no relief herein is being granted with respect to the 2023 Rite Aid Plan.

i. Movant expressly acknowledges that, except for the limited and immediately terminating relief granted in paragraph 2 of this Order, Movant remains fully

(Page | 5)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY CODE SECTION 362(d) AND PLAN INJUNCTION |

subject to the injunction and any applicable discharge under 11 U.S.C. §524, as set forth in the 2025 Rite Aid Confirmation Order and 2025 Rite Aid Plan.

4.    The Parties agree that any indemnification claim asserted by the Movant against the Wind-Down Debtors, to the extent allowed under the 2025 Rite Aid Plan, constitutes a general unsecured claim pursuant to 11 U.S.C. §502(e), and any such claim shall be treated in accordance with the 2025 Rite Aid Plan.  All rights of the Wind-Down Debtors with respect to any such claim, including the right to contest such a claim, are expressly preserved.

5.    In the event Movant is found by this Court to have violated this Order, Movant shall be responsible for and shall promptly pay the reasonable attorneys' fees, costs, and expenses incurred by the Wind-Down Debtors in connection with enforcing this Order; *provided that,* prior to seeking fees in connection with any such enforcement action the Wind-Down Debtors shall provide written notice of such violation and Movant shall have seven (7) days to cure, where practicable.

6.    The fourteen-day stay of the order imposed by Bankruptcy Rule 4001(a)(4) is hereby waived.

7.    This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order.

8.    This Order shall become effective immediately upon entry of this Order notwithstanding anything in the Federal Rules of Bankruptcy Procedures or otherwise to the contrary.

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 25-14831-MBK

Lakehurst and Broadway Corporation                                        Chapter 11

Murray Avenue Kosher, Inc.

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Mar 24, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Alison Genova

     on behalf of Interested Party Marcy Syms agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

     on behalf of Interested Party Katherine Quinn agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

     on behalf of Interested Party Bari Harlam agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

     on behalf of Interested Party Arun Nayar agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

     on behalf of Interested Party Michael Regan agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

District/off: 0312-3                             User: admin                                    Page 2 of 5
Date Rcvd: Mar 24, 2026                          Form ID: pdf903                                Total Noticed: 1

                        on behalf of Interested Party Andre Persaud agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Heyward Donigan agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Louis Miramontes agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party John Standley agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party David Jessick agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Myrtle Potter agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Daniel Miller agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Michael Savage agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Paul Gilbert agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Christopher Bohrer agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Robert Knowling  Jr. agenova@wsgr.com, lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Thomas Warburton agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Joseph Anderson  Jr. agenova@wsgr.com, lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Elizabeth Burr agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Kevin Lofton agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Bruce Bodaken agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Amanda Glover agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                        on behalf of Interested Party Justin Mennen agenova@wsgr.com  lmcgee@wsgr.com

Alyson M. Fiedler
                        on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com
                        john.acquaviva@icemiller.com,alexandria.lundberg@icemiller.com

Andrew Small
                        on behalf of Creditor RARED ALLENSTOWN  LLC asmall@wglaw.com

Andrew Small
                        on behalf of Creditor Rared Jaffrey  LLC asmall@wglaw.com

Andrew Small
                        on behalf of Creditor Rared Manchester NH  LLC asmall@wglaw.com

Andrew H. Sherman
                        on behalf of Other Prof. Alixpartners  LLP asherman@sillscummis.com

Anthony Sodono, III
                        on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com

Christopher J. Leavell
                        on behalf of Creditor OFP Wagradol PA2  LLC cleavell@klehr.com, lclark@klehr.com

Christopher P. Mazza
                        on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com
                        mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Courtney G. Schroeder
                        on behalf of Creditor WellDyneRx  LLC cschroeder@ghclaw.com

Daniel Stolz

District/off: 0312-3                    User: admin                    Page 3 of 5
Date Rcvd: Mar 24, 2026                    Form ID: pdf903                    Total Noticed: 1

on behalf of Interested Party Murray Avenue Market dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel H. Reiss

on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com

David M. Bass

on behalf of Debtor Lakehurst and Broadway Corporation dbass@coleschotz.com

Donald F. Campbell, Jr.

on behalf of Creditor WellDyneRx  LLC dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Elie Jonathan Worenklein

on behalf of Creditor 1970 Group  Inc. eworenklein@debevoise.com,
ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com

Evan C. Pappas

on behalf of Interested Party 29 Katz Crew  LP epappas@tuckerlaw.com

Gregory D. Herrold

on behalf of Intervenor Murray Avenue Kosher  Inc. gdherrold@duanemorris.com, gregory-herrold-2846@ecf.pacerpro.com

Jessica Apter

on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter

on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com

Jessica Apter

on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

John Piskora

on behalf of Creditor ACON Laboratories  Inc. jpiskora@loeb.com, nydocket@loeb.com,jpiskora@ecf.courtdrive.com

Joseph H. Lemkin

on behalf of Creditor Edgemark Littleton LLC jlemkin@stark-stark.com

Joseph L. Schwartz

on behalf of Creditor RSS Center  LLC jschwartz@riker.com

Leslie Carol Heilman

on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Comcast Cable Communications Management  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Louis T. DeLucia

on behalf of Creditor SKBB Investments louis.delucia@icemiller.com
john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.
basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman

on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com

Mark A. Roney

on behalf of Interested Party Star Capital Partners  LLC mroney@hillwallack.com,
kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Matthew W. Bourda

on behalf of Creditor ENGIE Power & Gas LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Matthew W. Bourda

on behalf of Creditor Engie Power & Gas LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Matthew W. Bourda

on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Michael Papandrea

on behalf of Creditor VaxServe  Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com

Michael D. Sirota

on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

District/off: 0312-3                              User: admin                                      Page 4 of 5
Date Rcvd: Mar 24, 2026                        Form ID: pdf903                                 Total Noticed: 1

on behalf of Plaintiff Eric Kaup in His Capacity as Liquidating Trustee to the Liquidating Trust msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael E. Holt
on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt
on behalf of Creditor BM Properties mholt@formanlaw.com kanema@formanlaw.com

Michael R. Herz
on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com aedwards@foxrothschild.com

Michele M. Dudas
on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Oleh Matviyishyn
on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com

Paul M. Rosenblatt
on behalf of Creditor Inmar Rx Solutions Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul M. Rosenblatt
on behalf of Creditor Wilmington Trust NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul Stadler Pflumm
on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug
Benefit Fund ppflumm@mcdowelllegal.com
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcd
owelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

R. Edward Stone, III
on behalf of Interested Party Murray Avenue Market rstone@genovaburns.com

Richard A. O'Halloran
on behalf of Creditor Foothill Center Partners LLC, a California limited liability partnership, the successor in interest to Foothill
Partners Ltd. richard.ohalloran@dinsmore.com,
lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert L. LeHane
on behalf of Interested Party Thomas A. Pitta Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor First Washington Realty Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Interested Party Thomas A. Pitta Trustee of RAD Sub-Trust A rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor NNN REIT Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Regency Centers L.P rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Ross J. Switkes
on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com

Thomas S. Onder
on behalf of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust tonder@stark-stark.com

Turner Falk
on behalf of Creditor H.K.N. IV LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Wojciech F. Jung
on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com
cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com

District/off: 0312-3                               User: admin                               Page 5 of 5
Date Rcvd: Mar 24, 2026                      Form ID: pdf903                        Total Noticed: 1

Zhenyi Zhou
                    on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com


TOTAL: 80