**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**THE LANE LAW FIRM, PLLC**
Matthew W. Bourda
New Jersey Bar No. 487482024
6200 Savoy Drive, Suite 1150
Houston, TX 77036
Phone: (713) 595-8204
Email: matt.bourda@lanelaw.com

*Counsel for ENGIE Resources LLC
and ENGIE Power & Gas LLC*

In re:

LAKEHURST AND
BROADWAY CORPORATION,[1]

      Debtor.

Case No. 25-14831 (MBK)

Chapter 11

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE:** the Notice of Appearance filed on behalf of ENGIE Power &

Gas LLC, at Dkt. No. 61 by Jones Murray LLP, is hereby **WITHDRAWN**. The Notice of

Appearance filed on behalf of ENGIE Resources LLC at Dkt. No. 2337 in Case No. 25-14861

(MBK) is also **WITHDRAWN**.

---

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "**Order on Final Decree**"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). References to the "Docket" in this Consent Order shall refer to the docket in the jointly administered cases captioned In re New Rite Aid, LLC, Case No. 25-14861 (MBK).

Dated: March 30, 2026

Respectfully submitted,

**THE LANE LAW FIRM, PLLC**

By: */s/Matthew W. Bourda*
Matthew W. Bourda
New Jersey Bar No. 487482024
6200 Savoy Drive, Suite 1150
Houston, TX 77036
Phone: (713) 595-8204
Email: matt.bourda@lanelaw.com

*Counsel for ENGIE Resources LLC
and ENGIE Power & Gas LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey to all parties registered to receive service.

*/s/ Matthew W. Bourda*
Matthew W. Bourda