IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**THE LANE LAW FIRM, PLLC**
Matthew W. Bourda
New Jersey Bar No. 487482024
6200 Savoy Drive, Suite 1150
Houston, TX 77036
Phone: (713) 595-8204
Email: matt.bourda@lanelaw.com

*Counsel for ENGIE Resources LLC
and ENGIE Power & Gas LLC*

| | |
|---|---|
| In re:<br><br>LAKEHURST AND<br>BROADWAY CORPORATION,[1]<br><br>    Debtor. | Case No. 25-14831 (MBK)<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ENGIE Resources LLC, and requests that all notices pursuant to Fed. R. Bankr. P. 2002, and all documents and pleadings of any nature, in this case and any case consolidated herewith be given to:

Matthew W. Bourda
The Lane Law Firm, PLLC
6200 Savoy Drive, Suite 1150
Houston, TX 77036
Phone: (713) 595-8204
Email: matt.bourda@lanelaw.com

Pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the applicable provisions of the Bankruptcy Code and the Federal

---

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "**Order on Final Decree**"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). References to the "Docket" in this Consent Order shall refer to the docket in the jointly administered cases captioned In re New Rite Aid, LLC, Case No. 25-14861 (MBK).

Rules of Bankruptcy Procedure, but also, without limitation, any notice, application, motion, petition, request, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, courier, telephone, facsimile, email, electronic filing, or otherwise, that is filed in connection with this case or any proceedings herein that affect or seek to affect, in any way, the Debtor or the property or proceeds in which the Debtor has or may claim an interest.

Dated: March 30, 2026

Respectfully submitted,

**THE LANE LAW FIRM, PLLC**

By: */s/Matthew W. Bourda*
Matthew W. Bourda
New Jersey Bar No. 487482024
6200 Savoy Drive, Suite 1150
Houston, TX 77036
Phone: (713) 595-8204
Email: matt.bourda@lanelaw.com

*Counsel for ENGIE Resources LLC*
*and ENGIE Power & Gas LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey to all parties registered to receive service.

*/s/ Matthew W. Bourda*
Matthew W. Bourda

2