**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LAKEHURST AND BROADWAY CORPORATION, | Case No. 25-14831 (MBK) |
| Debtor.[1] | **Hearing Date and Time:**<br>**May 11, 2026, at 10:00 a.m. (ET)**<br><br>Judge Michael B. Kaplan |

**NOTICE OF OBJECTION TO YOUR CLAIM**

> **YOU SHOULD LOCATE YOUR REFERENCE NUMBER OR CLAIM NUMBER AND YOUR CLAIM(S) ON THE SCHEDULES ATTACHED HERETO. PLEASE TAKE NOTICE THAT YOUR CLAIM(S) MAY BE DISALLOWED, EXPUNGED, RECLASSIFIED, REDUCED, OR OTHERWISE AFFECTED AS A RESULT OF THE OBJECTION. THEREFORE, PLEASE READ THIS NOTICE AND THE ACCOMPANYING OBJECTION VERY CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**
>
> **IF YOU HAVE QUESTIONS OR WISH TO RESPOND TO THIS NOTICE, PLEASE CONTACT THE LIQUIDATING TRUSTEE'S COUNSEL:**
>
> **DAVID M. BASS, ESQ.**
> **(646) 563-8932**
> **DBASS@COLESCHOTZ.COM**
>
> **ANDREAS D. MILLIARESSIS, ESQ.**           **BENJAMIN M. FISCHER, ESQ.**
> **(201) 525-6257**                                        **(201) 561-7034**
> **AMILLIARESSIS@COLESCHOTZ.COM**     **BFISCHER@COLESCHOTZ.COM**

**PLEASE TAKE NOTICE** that Eric Kaup, the RAD Liquidating Trustee (the "Liquidating Trustee"), on behalf of on behalf of the RAD Liquidating Trust and the above-captioned debtor and the other Wind-Down Debtors (collectively, the "Wind-Down Debtors" and prior to the Effective Date, the "Debtors"), is objecting to your Claim(s)[2] pursuant to the attached objection (the "Objection").

---

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, *Lakehurst and Broadway Corporation*, Case No. 25-14831 (MBK).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection Procedures.

**Important Information Regarding the Objection**

Grounds for the Objection. Pursuant to the Objection, the Liquidating Trustee is seeking to disallow, expunge, and/or reclassify your Claim(s) listed in **Schedules 1, 2, 3, and 4** at the end of this notice, to the extent such Claim asserts an Administrative Expense Claim or as an Other Priority Claim, on the grounds set forth in the Objection. The Claim(s) subject to the Objection may also be found on the schedules attached to the Objection, a copy of which has been provided with this notice.

Objection Procedures. On March 11, 2026, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered an order [Docket No. 312] (the "Order") approving procedures for filing and resolving objections to Claims asserted against the Debtors in the Chapter 11 Cases (the "Objection Procedures"). ***Please review the Objection Procedures carefully to ensure your response to the Objection, if any, is filed and served timely and correctly. You may obtain a copy of the Order as set forth in the Additional Information section below.***

**Resolving the Objection(s) to Your Claim(s)**

Resolving Objections. Certain of the Liquidating Trustee's advisors will be available to discuss and resolve consensually the Objection to your Claim(s) without the need for filing a formal response or attending a hearing. Please contact David M. Bass, Andreas D. Milliaressis, and Benjamin M. Fischer at Cole Schotz P.C., the Liquidating Trustee's counsel, via (a) e-mail, at dbass@coleschotz.com, amilliaressis@coleschotz.com, and bfischer@coleschotz.com, respectively, or (b) telephone at (646) 563-8932, (201) 525-6257, or (201) 561-7034, respectively, within ten (10) calendar days after the date of this notice or such other date as the Liquidating Trustee may agree in writing. Please have your Proof(s) of Claim and any related material available for any such discussions.

1.      Parties Required to File a Response. If you are not able to resolve the Objection filed with respect to your Claim(s) as set forth above consensually, you must file a response (each, a "Response") with the Court in accordance with the following procedures:

2.      Response Contents. Each Response must contain the following (at a minimum):

   a.      a caption stating the name of the Court, the name of the Debtor, the case number, the title of the Omnibus Objection to which the Response is directed, and, if applicable, the Proof of Claim number(s) related thereto from the Claims Register;

   b.      a concise statement setting forth the reasons why the Court should not grant the Omnibus Objection with respect to such Claim, including the factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

   c.      a copy of any other documentation or other evidence of the Claim, to the extent not already included with the Proof of Claim (if applicable), upon which the claimant will rely in opposing the Omnibus Objection; *provided, however*, that the claimant need not disclose confidential, proprietary, or

otherwise protected information in the Response; *provided further, however*, that the claimant shall disclose to the Liquidating Trustee all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its Claim, subject to appropriate confidentiality constraints; and

d. the following contact information for the responding party:

i. the name, address, telephone number, and email address of the responding claimant or the claimant's attorney or designated representative to whom the attorneys for the Liquidating Trustee should serve a reply to the Response, if any; or

ii. the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

3. <u>Filing and Serving the Response</u>. A Response will be deemed timely only if it is filed with the Court and served on all of the following parties (the "<u>Notice Parties</u>") so as to be actually received **by or before 4:00 p.m. (prevailing Eastern Time) on the day that is seven (7) calendar days before the Hearing (defined below) on the Objection(s) and Response(s)** (the "<u>Response Deadline</u>"), unless the Liquidating Trustee consent to an extension in writing:

1. <u>Liquidating Trustee's Counsel</u>. Cole Schotz, P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: David M. Bass, Esq. (dbass@coleschotz.com), Andreas D. Milliaressis, Esq. (amilliaressis@coleschotz.com), and Benjamin M. Fischer, Esq. (bfischer@coleschotz.com); and

2. <u>U.S. Trustee</u>. Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102, Attn: Jeffrey Sponder, Esq. (Jeffrey.M.Sponder@usdoj.gov) and Lauren Bielskie, Esq. (Lauren.Bielskie@usdoj.gov).

4. <u>Failure to Respond</u>. A Response that is not filed and served on or before the Response Deadline or such other date as agreed with the Liquidating Trustee, in accordance with the procedures set forth herein, may not be considered at the Hearing before the Court. **Absent reaching an agreement with the Liquidating Trustee resolving the Omnibus Objection to a Claim, failure to both file and serve a Response timely as set forth herein may result in the Court granting the Omnibus Objection without further notice or hearing.** Affected creditors will be served with such order once it has been entered.

## Hearing on the Objection

5. <u>Date, Time and Location</u>. A hearing (the "<u>Hearing</u>") on the Objection will be held on May 11, 2026, at 10:00 a.m., prevailing Eastern Time, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge for the District of New Jersey. The Hearing may be conducted virtually using Zoom for Government. To the extent parties wish to present their argument at the hearing conducted using Zoom for Government, a request for "Presenter Status" must be submitted

to the Court at least one (1) business day prior to the hearing by emailing Chambers (chambers_of_mbk@njb.uscourts.gov) and providing the following information: (a) name of Presenter, (b) email address of Presenter, (c) Presenter's affiliation with the case and/or (d) what party or interest the Presenter represents.  If the request is approved, the Presenter will receive appropriate Zoom credentials and further instructions via email.  The hearing may be adjourned to a subsequent date in these cases in the Court's or Liquidating Trustee's discretion.  You must attend the Hearing if you disagree with the Objection and have filed a Response that remains unresolved prior to the Hearing.  If such Claims cannot be resolved and a hearing is determined to be necessary, the Liquidating Trustee shall file with the Court and serve on the affected claimants a notice of the hearing to the extent the Liquidating Trustee did not file a notice of hearing previously.

6.      Discovery.  If the Liquidating Trustee determines that discovery is necessary in advance of a hearing on an Omnibus Objection, the Liquidating Trustee will serve notice on the affected claimant and its counsel of record that the scheduled hearing will be treated as a status conference during which the parties will request that the Court issue a scheduling order to facilitate dismissal or resolution of the litigation.  Such notice may be incorporated into the initial agenda letter for the hearing or may be provided in a separate notice.

### Additional Information

7.      Copies of these procedures, the Order, the Motion, or any other pleadings filed in the Chapter 11 Cases are available for free online at https://restructuring.ra.kroll.com/RiteAid2025.  Copies of these documents may also be obtained upon written request to Kroll Restructuring Administration by online inquiry via https://restructuring.ra.kroll.com/RiteAid2025.   You may also obtain copies of any of the documents filed in the Chapter 11 Cases for a fee via PACER at www.njb.uscourts.gov.

### Reservation of Rights

8.      NOTHING IN ANY NOTICE SHALL BE DEEMED TO CONSTITUTE A WAIVER OF ANY RIGHTS OF THE LIQUIDATING TRUSTEE TO DISPUTE ANY CLAIMS, ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, DEFENSES, OBJECT TO ANY CLAIMS ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION (UNLESS THE COURT HAS ALLOWED THE CLAIM OR ORDERED OTHERWISE), OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE.  AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME.

*[Remainder of page intentionally left blank]*

Dated: April 10, 2026

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
               wusatine@coleschotz.com
               dbass@coleschotz.com
               fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

**Schedule 1**

**No Liability Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1848 | 27 Round Lake Realty, LLC | New Rite Aid, LLC | 9/17/2025 | $305,099.11 | This claim seeks recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 2092 | Barbara Ann Skucy by her POA Suzanne Williams | The Bartell Drug Company | 10/17/2025 | $0.00 | This claim fails to specify the claim amount or specifies the claim only as unliquidated | Section II, ¶¶19–21 |
| 2470 | City of Philadelphia Law Department | Rite Aid of Maryland, Inc. | 1/29/2026 | $0.00 | This claim fails to specify the claim amount or specifies the claim only as unliquidated | Section II, ¶¶19–21 |
| 2466 | CrowdStrike, Inc. | Rite Aid Corporation | 1/29/2026 | $0.00 | This claim fails to specify the claim amount or specifies the claim only as unliquidated | Section II, ¶¶19–21 |
| 2467 | CrowdStrike, Inc. | Rite Aid Hdqtrs. Corp. | 1/29/2026 | $0.00 | This claim fails to specify the claim amount or specifies the claim only as unliquidated | Section II, ¶¶19–21 |
| 2119 | Mahopac Improvements Owner, LLC | Rite Aid of New York, Inc. | 10/17/2025 | $0.00 | This claim fails to specify the claim amount or specifies the claim only as unliquidated | Section II, ¶¶19–21 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1770 | NFNY Business Trust | New Rite Aid, LLC | 9/8/2025 | $317,138.93 | This claim seeks recovery for rent and late fees. The Debtors timely paid their rent obligations. To the extent this claim asserts a claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for late fees, the claim should be disallowed. | Section II, ¶¶19–21 |
| 1909 | NFNY Business Trust | New Rite Aid, LLC | 9/23/2025 | $364,725.43 | This claim seeks recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 1910 | NFNY Business Trust | New Rite Aid, LLC | 9/23/2025 | $312,490.44 | This claim seeks recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 2089 | P&F Retail Associates, L.P. | Rite Aid of Pennsylvania, LLC | 10/15/2025 | $254,843.47 | This claim fails to specify the claim amount or specifies the claim only as unliquidated | Section II, ¶¶19–21 |
| 1479 | QCSI Six, LLC | Thrifty PayLess, Inc. | 8/11/2025 | $559,422.78 | This claim seeks recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1947 | The Irvine Company LLC | Thrifty PayLess, Inc. | 9/26/2025 | $593,754.72 | This claim seeks recovery for rent and late fees. The Debtors timely paid their rent obligations. To the extent this claim asserts a claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for late fees, the claim should be disallowed. | Section II, ¶¶19–21 |

**Schedule 2**

**Reclassified Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 1894 | 16200 Bear Valley road Holdings, LLC, a Maryland Limited Liability Company | Thrifty PayLess, Inc. | 9/19/2025 | $609,823.24 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1283 | ABS Surplus-O LLC | Thrifty PayLess, Inc. | 8/7/2025 | $298,530.00 | This claim seeks recovery for rejection damages and taxes. To the extent this claim asserts a claim for rejection damages, this claim should be reclassified as unsecured. To the extent this claim asserts a claim for taxes, the Debtors have not received sufficient documentation to support this obligation and accordingly object on that basis. | Section III, ¶¶22–24 |
| 576 | Andrew Shapiro  SJN Clarmont Properties Associates LLC | New Rite Aid, LLC | 6/12/2025 | $55,511.00 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 2011 | Branciforte Apartments LLC | New Rite Aid, LLC | 9/30/2025 | $2,448,000.00 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 1441 | Construction Systems Management, Inc. | New Rite Aid, LLC | 8/15/2025 | $9,630.00 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 976 | CX360, Inc. | New Rite Aid, LLC | 7/14/2025 | $2,244,666.71 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 622 | Expert Landscape Management Corp. | New Rite Aid, LLC | 6/16/2025 | $39,548.75 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 2512 | GKGF, LLC | Thrifty PayLess, Inc. | 1/30/2026 | $578,067.67 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 98 | Gradera Properties LLC | Rite Aid of Delaware, Inc. | 5/20/2025 | $8,335.03 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 328 | Heritage Companies LLC | New Rite Aid, LLC | 6/2/2025 | $4,039.07 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 923 | JB HUNT TRANSPORT, INC. | New Rite Aid, LLC | 7/11/2025 | $975,914.00 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 1334 | Jerome Alexander Consulting Corp | New Rite Aid, LLC | 8/8/2025 | $35,920.00 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 1514 | Kemgas Propane Service | New Rite Aid, LLC | 8/13/2025 | $1,863.92 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 2270 | Kindle, Elise | Rite Aid Corporation | 12/2/2025 | $1,000,000.00 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 193 | LePage's 2000, Inc. | Rite Aid Hdqtrs. Corp. | 5/27/2025 | $168,464.71 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 2204 | LG Lindenhurst Associates LLC | Rite Aid of New York, Inc. | 10/31/2025 | $617,885.26 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 639 | McNeil Industrial, Inc. | Thrifty Ice Cream, LLC | 6/18/2025 | $2,194.18 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 379 | Pacific World Corporation | New Rite Aid, LLC | 5/30/2025 | $232,962.30 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 394 | RL Albert & Son | New Rite Aid, LLC | 6/3/2025 | $599,972.00 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 1863 | Safeway Inc | Thrifty PayLess, Inc. | 9/18/2025 | $1,863.92 | This claim seeks recovery for rent, taxes, and rejection damages. The debtors have paid all rent amounts which are entitled to treatment as an administrative expense claim. To the extent this claim asserts an administrative expense claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for taxes, the Debtors have not received sufficient documentation to support this obligation and accordingly object on that basis. To the extent this claim asserts a claim for rejection damages, that claim should be reclassified as an unsecured claim. | Section III, ¶¶22–24 |
| 743 | SIENNA NV LLC | New Rite Aid, LLC | 6/27/2025 | $440,502.96 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 102 | Storefront.com Online Inc. | New Rite Aid, LLC | 5/20/2025 | $200,000.00 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 358 | Tax Compliance, Inc. | New Rite Aid, LLC | 6/3/2025 | $23,881.21 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 190 | TIM'S FLORAL | Rite Aid of Pennsylvania, LLC | 5/20/2025 | $36,061.96 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 1461 | UVeritech, Inc | New Rite Aid, LLC | 8/12/2025 | $5,547.84 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 421 | Westbelt Country Property Ltd. | New Rite Aid, LLC | 6/4/2025 | $3,953,559.84 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 795 | Wine Barrel Holdings, LLC. | New Rite Aid, LLC | 6/30/2025 | $531,138.18 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 253 | WY Heritage Grove LLC | New Rite Aid, LLC | 5/28/2025 | $54,332.74 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 786 | WY Heritage Grove, LLC | New Rite Aid, LLC | 6/30/2025 | $80,565.00 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |

**Schedule 3**

**No Supporting Documentation Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1283 | ABS Surplus-O LLC | Thrifty PayLess, Inc. | 8/7/2025 | $298,530.00 | This claim seeks recovery for rejection damages and taxes. To the extent this claim asserts a claim for rejection damages, this claim should be reclassified as unsecured. To the extent this claim asserts a claim for taxes, the Debtors have not received sufficient documentation to support this obligation and accordingly object on that basis. | Section IV, ¶¶25–27 |
| 1852 | American Realty Capital Operating Partnership, L.P. | Rite Aid of Pennsylvania, LLC | 9/17/2025 | $473,695.40 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1321 | ARC RAPITPA001, LP | Rite Aid of Pennsylvania, LLC | 8/7/2025 | $735,810.71 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1533 | Crosstown Dubois LLC | Thrift Drug, Inc. | 8/18/2025 | $282,393.66 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 2266 | HCP RRF Sand Canyon LLC | Thrifty PayLess, Inc. | 11/24/2025 | $822,776.20 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 2000 | IREIT Yardley Lower Makefield, L.L.C. | Thrift Drug, Inc. | 9/30/2025 | $87,353.60 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1470 | Lancaster Development Company, LLC | Thrifty PayLess, Inc. | 8/11/2025 | $286,500.76 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1291 | MDC East Hobson, LLC | Thrifty PayLess, Inc. | 8/7/2025 | $1,112,277.93 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 2143 | MDC Seal Beach LLC | Thrifty PayLess, Inc. | 10/15/2025 | $1,408,242.21 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1913 | Quakertown Joint Venture, LLC | Eckerd Corporation | 9/24/2025 | $229,733.66 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1653 | Rancho Del Mar Center, LLC | Thrifty PayLess, Inc. | 8/26/2025 | $967,612.63 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1476 | RX Nanty Glo Investors, LLC | Rite Aid of Pennsylvania, LLC | 8/11/2025 | $197,610.27 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1863 | Safeway Inc | Thrifty PayLess, Inc. | 9/18/2025 | $1,863.92 | This claim seeks recovery for rent, taxes, and rejection damages. The debtors have paid all rent amounts which are entitled to treatment as an administrative expense claim. To the extent this claim asserts an administrative expense claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for taxes, the Debtors have not received sufficient documentation to support this obligation and accordingly object on that basis. To the extent this claim asserts a claim for rejection damages, that claim should be reclassified as an unsecured claim. | Section IV, ¶¶25–27 |
| 2050 | The Irvine Company LLC | Thrifty PayLess, Inc. | 10/5/2025 | $1,070,150.92 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1714 | Wilmington Trust, N.A., Trustee (Series BANK 2019-BNK20) | Eckerd Corporation | 8/29/2025 | $601,775.12 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |

**Schedule 4**

**Satisfied Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 870 | 7245 Henry Clay Blvd Properties, LLC | Rite Aid of New York, Inc. | 6/25/2025 | $121,242.78 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 1619 | A.L. GEORGE, LLC | Rite Aid of New York, Inc. | 8/22/2025 | $29,189.13 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1803 | Abarta Coca-Cola Beverages, LLC | New Rite Aid, LLC | 9/12/2025 | $261,328.54 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 600 | Abbott Nutrition, div. of Abbott Laboratories Inc. | New Rite Aid, LLC | 6/13/2025 | $1,861,643.39 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 981 | AG WGI, LLC | Rite Aid of Virginia, Inc. | 7/14/2025 | $147,771.43 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 2184 | Amos Sweets Inc | Rite Aid Hdqtrs. Corp. | 10/24/2025 | $145,362.00 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2347 | Amroyan, Narine | New Rite Aid, LLC | 12/30/2025 | $53,911.76 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 37 | Appelco Packaging, Inc dba EWA Industries | Thrifty Ice Cream, LLC | 5/16/2025 | $43,207.45 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 2495 | ARC DBPPROP001, LLC | Rite Aid of New Hampshire, Inc. | 1/30/2026 | $299,868.61 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 147 | Arthur R. Gren Co., Inc. | Rite Aid of New York, Inc. | 5/27/2025 | $15,971.81 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1683 | BIC USA Inc | New Rite Aid, LLC | 8/26/2025 | $298,123.92 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 286 | Blumel-211 Associates, LLC | Eckerd Corporation | 5/28/2025 | $29,552.67 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 28 | Bon Suisse, Inc. | New Rite Aid, LLC | 5/14/2025 | $4,288,673.84 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 165 | Brown & Haley | New Rite Aid, LLC | 5/20/2025 | $32,675.93 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1755 | Canada Dry Delaware Valley Bottling | Rite Aid of Delaware, Inc. | 9/5/2025 | $53,737.40 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 556 | CG Roxane LLC | New Rite Aid, LLC | 6/11/2025 | $70,557.24 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 994 | Coca-Cola Bottling Co., Yakima & Tri-Cities, Inc | New Rite Aid, LLC | 7/16/2025 | $11,373.21 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 580 | Compass Health Brands Corp. | New Rite Aid, LLC | 6/12/2025 | $580,475.26 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1754 | Davidovicz, Paul | New Rite Aid, LLC | 9/5/2025 | $138,461.52 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 518 | Donaghy Sales LLC | New Rite Aid, LLC | 6/6/2025 | $330,359.84 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 921 | Dora's Naturals Inc | New Rite Aid, LLC | 7/3/2025 | $79,066.00 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2438 | Dr. Bronner's Magic Soaps | New Rite Aid, LLC | 1/16/2026 | $78,972.96 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 845 | E.T. Browne Drug Company | New Rite Aid, LLC | 6/24/2025 | $13,885.56 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 2229 | FFF Enterprises, Inc. | Rite Aid Hdqtrs. Corp. | 11/4/2025 | $7,167,294.36 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 883 | FIJI Water Company LLC | New Rite Aid, LLC | 7/3/2025 | $92,409.36 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 2258 | Foundation Consumer Healthcare, LLC | Rite Aid Corporation | 11/19/2025 | $2,009,373.36 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 356 | Fresno Beverage Company Inc | Thrifty PayLess, Inc. | 5/27/2025 | $97,924.44 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2126 | GBR Valley Cottage Limited Liability Company | Rite Aid of New York, Inc. | 10/17/2025 | $16,480.99 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 6 | GOLD COAST INGREDIENTS INC. | New Rite Aid, LLC | 5/12/2025 | $88,880.88 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1423 | HPT (GEISTOWN), L.P. | Rite Aid of Pennsylvania, LLC | 8/8/2025 | $286,731.44 | This claim seeks recovery for rent and taxes. The debtors have paid all amounts of post-petition rent which are entitled to treatment as an administrative expense claim. To the extent this claim asserts a claim for post-petition rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for taxes, the Debtors have not received sufficient documentation to support this obligation and accordingly object on that basis. | Section V, ¶¶28–30 |
| 1296 | HS Belmont LLC | Thrifty PayLess, Inc. | 8/6/2025 | $173,952.14 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 951 | Jacjhin LLC | Eckerd Corporation | 7/7/2025 | $376,335.04 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 648 | Jackson & Coker Locums Tenens, LLC | Rite Aid of Virginia, Inc. | 6/17/2025 | $6,990.00 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 999 | Japonesque, LLC. | New Rite Aid, LLC | 7/16/2025 | $188,120.46 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 473 | Jordanos, Inc./Pacific Beverage Company | New Rite Aid, LLC | 6/6/2025 | $169,327.16 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1561 | Kiss Nail Products Inc. | Rite Aid Corporation | 8/21/2025 | $935,494.56 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 800 | LAKE CONSUMER PRODUCTS INC | New Rite Aid, LLC | 6/26/2025 | $19,321.04 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1802 | Liberty Coca-Cola Beverages, LLC | New Rite Aid, LLC | 9/12/2025 | $245,846.61 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1005 | Lift Off Distribution, LLC | New Rite Aid, LLC | 7/16/2025 | $19,097.64 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 372 | Little Spring Water LLC | New Rite Aid, LLC | 6/3/2025 | $115,065.60 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2174 | Manhattan Beer Distribtors, LLC | Genovese Drug Stores, Inc. | 10/22/2025 | $96,430.93 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 2173 | Manhattan Beer Distributors, LLC | Rite Aid of New York, Inc. | 10/22/2025 | $195,024.42 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 2175 | Manhattan Beer Distributors, LLC | Eckerd Corporation | 10/22/2025 | $13,255.04 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2176 | Manhattan Beer Distributors, LLC | Drug Palace, Inc. | 10/22/2025 | $3,058.49 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 287 | Marist Centerpoint, LLC | Eckerd Corporation | 5/28/2025 | $16,979.58 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 1736 | Matagrano Inc | Thrifty PayLess, Inc. | 9/3/2025 | $53,745.24 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1790 | Mettler Packaging LLC | New Rite Aid, LLC | 9/10/2025 | $56,286.72 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 383 | MJM Sourcing, LLC | New Rite Aid, LLC | 5/27/2025 | $727,623.58 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1646 | Motisi, Christian | New Rite Aid, LLC | 8/28/2025 | $4,039.20 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1770 | NFNY Business Trust | New Rite Aid, LLC | 9/8/2025 | $317,138.93 | This claim seeks recovery for rent and late fees. The Debtors timely paid their rent obligations. To the extent this claim asserts a claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for late fees, the claim should be disallowed. | Section V, ¶¶28–30 |
| 613 | Nguyen, Jack | New Rite Aid, LLC | 6/16/2025 | $47,937.12 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 325 | North Coast Mercantile Co., Inc. | New Rite Aid, LLC | 5/30/2025 | $15,960.85 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 62 | Northside Food Company | Thrifty Ice Cream, LLC | 5/20/2025 | $179,520.00 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 539 | NW Beverages LLC | New Rite Aid, LLC | 6/10/2025 | $6,133.28 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1099 | Pharmavite LLC | New Rite Aid, LLC | 7/24/2025 | $2,171,037.84 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 158 | Private Projects Inc | New Rite Aid, LLC | 5/20/2025 | $32,954.98 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1623 | Pure Distribution US LLC | Rite Aid Hdqtrs. Corp. | 8/24/2025 | $171,235.52 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 588 | Quantbiome Inc dba Ombre | New Rite Aid, LLC | 6/12/2025 | $22,416.00 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1798 | Reyes Coca Cola Bottling | New Rite Aid, LLC | 9/12/2025 | $415,251.30 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 782 | Reyes Holdings and its Affiliates | Thrifty PayLess, Inc. | 6/30/2025 | $1,896,243.86 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 1825 | Roose, Tenica A | New Rite Aid, LLC | 9/15/2025 | $25,489.80 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1863 | Safeway Inc | Thrifty PayLess, Inc. | 9/18/2025 | $1,863.92 | This claim seeks recovery for rent, taxes, and rejection damages. The debtors have paid all rent amounts which are entitled to treatment as an administrative expense claim. To the extent this claim asserts an administrative expense claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for taxes, the Debtors have not received sufficient documentation to support this obligation and accordingly object on that basis. To the extent this claim asserts a claim for rejection damages, that claim should be reclassified as an unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 592 | SAJ-LLC | New Rite Aid, LLC | 6/12/2025 | $17,298.00 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 178 | Sequoia Beverage Company, LP | Thrifty PayLess, Inc. | 5/16/2025 | $63,264.21 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 433 | Shamrock Brands, LLC | New Rite Aid, LLC | 6/4/2025 | $74,776.38 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 392 | Sharp Packaging Systems | Rite Aid Hdqtrs. Corp. | 6/3/2025 | $224,824.00 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1726 | SLF Properties LLC, a California limited liability company | Rite Aid Corporation | 9/2/2025 | $363,399.73 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 941 | Southern Glazer's Wine and Spirits of Washington, LLC | Thrifty PayLess, Inc. | 7/7/2025 | $40,324.90 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 57 | SPI West Port, Inc | New Rite Aid, LLC | 5/19/2025 | $115,300.80 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1059 | STAPLES INC., FOR ITSELF AND AS DESCRIBED ON ATTACHED ANNEX TO PROOF OF CLAIM | Rite Aid Corporation | 6/30/2025 | $2,226,447.92 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 7 | Supply Source Inc | New Rite Aid, LLC | 5/12/2025 | $52,949.09 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1800 | Swire Pacific Holdings Inc. | New Rite Aid, LLC | 9/12/2025 | $267,484.60 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1450 | Takeya USA Corporation | Rite Aid of Maryland, Inc. | 8/14/2025 | $65,344.00 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 882 | Tekle, Sefanit M | New Rite Aid, LLC | 7/4/2025 | $14,176.51 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1947 | The Irvine Company LLC | Thrifty PayLess, Inc. | 9/26/2025 | $593,754.72 | This claim seeks recovery for rent and late fees. The Debtors timely paid their rent obligations. To the extent this claim asserts a claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for late fees, the claim should be disallowed. | Section V, ¶¶28–30 |
| 1028 | The Village Company LLC | Rite Aid Corporation | 7/18/2025 | $31,842.42 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 195 | Tim's Floral | Rite Aid of Pennsylvania, LLC | 5/20/2025 | $6,578.68 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 577 | Woodstream Corp | New Rite Aid, LLC | 6/12/2025 | $44,896.60 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 598 | Wright Wisner Distributing Corp | Rite Aid of New York, Inc. | 6/13/2025 | $365,304.63 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1904 | Zimmer Development Company of Virginia, L.P. | Eckerd Corporation | 9/22/2025 | $192,174.79 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |