# EXHIBIT "A"

United States Bankruptcy Court for the District of New Jersey Page 2 of 19

---

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Eckerd Corporation

**Case Number:** 25-14769

---

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

**Part 1:    Identify the Claim**

| | |
|---|---|
| 1. Who is the current creditor? | **Quakertown Joint Venture, LLC** |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ✓ No<br>☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent? (if different)** |
|---|---|---|
| | Address1:  c/o Jeffrey Kurtzman, Esquire | Address1:  c/o Phil Licht |
| | Address2:  101 N Washington Avenue | Address2:  150 Monument Road, Suite 101 |
| | Address3:  Suite 4A | Address3: |
| | Address4: | Address4: |
| | City:  Margate | City:  Bala Cynwyd |
| | State:  NJ | State:  PA |
| | Postal Code:  08402 | Postal Code:  19004 |
| | Country: | Country: |
| | Contact phone 2158391222 | Contact phone 215-355-8080 |
| | Contact email kurtzman@kurtzmansteady.com | Contact email plicht@adcopa.com |
| | Uniform Claim Identifier (if you use one) | |

| 4. Does this claim amend one already filed? | ☐ No<br>✓ Yes.  Claim number on court claims registry (if known) 444 | 06/05/2025<br>Filed on _____<br>MM / DD / YYYY |
|---|---|---|

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ✓ No<br>☐ Yes. Who made the earlier filing? _____ |
|---|---|

---

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**   $ 229733.66 . **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

### Lease obligations and rejection damages

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. Amount necessary to cure any default as of the date of the petition.   $ 32844.95

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | | Amount entitled to priority |
|---|---|---|---|
| | ☑ Yes. *Check one:* | | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ | Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ | Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☑ | Other. Specify subsection of 11 U.S.C. § 507(a)( (2) ) that applies. | $ 13738.86 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | |
|---|---|---|
| | ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Phil Licht*                09/24/2025

Electronic Signature              Date

Name of the person who is completing and signing this claim

Name
Phil Licht

| First name | Middle name | Last name |

Title/Company
Managing Member/Quakertown Joint Venture, LLC

Identify the corporate servicer as the company if the authorized agent is a servicer.
150 Monument Road, Suite 101

Address

| Number | Street |

Bala Cynwyd          PA          19004

| City | State | ZIP Code | Country |

Contact phone  215-355-8080          Email  plicht@adcopa.com

## Additional Noticing Addresses (if provided):

**Additional Address 1**
Name:
Address1:

Address2:

Address3:

Address4:

City:
State:
Postal Code:
Country:


Contact Phone:
Contact Email:

---

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:

Country:

Contact Phone:
Contact Email:

## Additional Supporting Documentation Provided

☑ Yes

☐ No

Attachment Filename:

Eckard Quakertown Exhibits PC.pdf

**KROLL**

Electronic Proof of Claim Confirmation: **3870-1-IBCIS-281335688**

Claim Electronically Submitted on (UTC): **2025-09-24T15:25:12.99Z**

Submitted by: **Quakertown Joint Venture LLC**
**kurtzman@kurtzmansteady.com**

KR♢LL

$150,000.00    Base (Fixed) Rent
$ 14,994.95    Est. CAM ( from 2024)
$  4,604.79    Est. Insurances
$ 27,288.97    Est. Real Estate Taxes

$196,888.71

**Tenant Ledger**

Tenants: Eckerd Corporation dba Rite Aid
Phone: 717.761.2633 - 4526
Phone: (717) 975-5907
Phone: 717-761-2633 - 5526
Unit: Eckerd Corporation dba Rite Aid Pharmacy (Store No: 11092)
Property: Quakertown Joint Venture, LLC (Quakertown Plaza SC) - Quakertown Plaza Shopping Center 1465 W. Broad St.
Quakertown, PA 18951
Status: Current
Move In date: 11/01/1996
Move out date: --
Lease Expiration: 12/31/2027
Rent: 12,500.00
Deposit Paid: 0.00

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| | | | | | 0.00 Starting Balance |
| 10/15/2018 | Eckerd Corporation dba Rite Aid | Payment | | 18.78 | -18.78 |
| 10/18/2018 | | Insurance | 0.01 | | -18.77 |
| 10/18/2018 | | CAM | 16.37 | | -2.40 |
| 11/01/2018 | | Base Rent - November 2018 | 21,477.50 | | 21,475.10 |
| 11/01/2018 | | CAM - November 2018 | 1,334.99 | | 22,810.09 |
| 11/01/2018 | | Insurance - November 2018 | 297.26 | | 23,107.35 |
| 11/01/2018 | | Real Estate Tax - November 2018 | 2,096.93 | | 25,204.28 |
| 11/05/2018 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7104635) | | 25,206.68 | -2.40 |
| 12/01/2018 | | Base Rent - December 2018 | 21,477.50 | | 21,475.10 |
| 12/01/2018 | | CAM - December 2018 | 1,334.99 | | 22,810.09 |
| 12/01/2018 | | Insurance - December 2018 | 297.26 | | 23,107.35 |
| 12/01/2018 | | Real Estate Tax - December 2018 | 2,096.93 | | 25,204.28 |
| 12/03/2018 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7117443) | | 25,206.68 | -2.40 |
| 01/01/2019 | | Base Rent - January 2019 | 21,477.50 | | 21,475.10 |
| 01/01/2019 | | CAM - January 2019 | 1,334.99 | | 22,810.09 |
| 01/01/2019 | | Insurance - January 2019 | 297.26 | | 23,107.35 |
| 01/01/2019 | | Real Estate Tax - January 2019 | 2,096.93 | | 25,204.28 |
| 01/02/2019 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7128618) | | 25,206.68 | -2.40 |
| 01/03/2019 | | Real Estate Tax - 2018 Tax Recon. | 1,084.53 | | 1,082.13 |
| 02/01/2019 | | Base Rent - February 2019 | 21,477.50 | | 22,559.63 |
| 02/01/2019 | | CAM - February 2019 | 1,334.99 | | 23,894.62 |
| 02/01/2019 | | Insurance - February 2019 | 297.26 | | 24,191.88 |
| 02/01/2019 | | Real Estate Tax - February 2019 | 2,251.86 | | 26,443.74 |
| 02/04/2019 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7142570) | | 25,206.68 | 1,237.06 |
| 03/01/2019 | | Base Rent - March 2019 | 21,477.50 | | 22,714.56 |
| 03/01/2019 | | CAM - March 2019 | 1,334.99 | | 24,049.55 |
| 03/01/2019 | | Insurance - March 2019 | 297.26 | | 24,346.81 |
| 03/01/2019 | | Real Estate Tax - March 2019 | 2,251.86 | | 26,598.67 |
| 03/01/2019 | Eckerd Corporation dba | Payment (Reference #Check No: 7151465) | | 1,239.46 | 25,359.21 |

## Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| | Rite Aid | | | | |
| 03/04/2019 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7153621) | | 25,361.61 | -2.40 |
| 03/21/2019 | | CAM - 2018 CAM Recon. | -459.18 | | -461.58 |
| 03/21/2019 | | Insurance - 2018 Insurance Recon. | -361.76 | | -823.34 |
| 04/01/2019 | | Base Rent - April 2019 | 21,477.50 | | 20,654.16 |
| 04/01/2019 | | CAM - April 2019 | 1,334.99 | | 21,989.15 |
| 04/01/2019 | | Insurance - April 2019 | 297.26 | | 22,286.41 |
| 04/01/2019 | | Real Estate Tax - April 2019 | 2,251.86 | | 24,538.27 |
| 04/03/2019 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 0007165522) | | 25,361.61 | -823.34 |
| 05/01/2019 | | Base Rent - May 2019 | 21,477.50 | | 20,654.16 |
| 05/01/2019 | | Real Estate Tax - May 2019 | 2,251.86 | | 22,906.02 |
| 05/01/2019 | | Insurance - May 2019 | 252.04 | | 23,158.06 |
| 05/01/2019 | | CAM - May 2019 | 1,277.59 | | 24,435.65 |
| 05/03/2019 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 0007177723) | | 25,361.61 | -925.96 |
| 06/01/2019 | | Base Rent - June 2019 | 21,477.50 | | 20,551.54 |
| 06/01/2019 | | Real Estate Tax - June 2019 | 2,251.86 | | 22,803.40 |
| 06/01/2019 | | Insurance - June 2019 | 252.04 | | 23,055.44 |
| 06/01/2019 | | CAM - June 2019 | 1,277.59 | | 24,333.03 |
| 06/03/2019 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7189448) | | 24,335.23 | -2.20 |
| 07/01/2019 | | Base Rent - July 2019 | 21,477.50 | | 21,475.30 |
| 07/01/2019 | | Real Estate Tax - July 2019 | 2,251.86 | | 23,727.16 |
| 07/01/2019 | | Insurance - July 2019 | 252.04 | | 23,979.20 |
| 07/01/2019 | | CAM - July 2019 | 1,277.59 | | 25,256.79 |
| 07/09/2019 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7200617) | | 25,258.99 | -2.20 |
| 08/01/2019 | | Base Rent - August 2019 | 21,477.50 | | 21,475.30 |
| 08/01/2019 | | Real Estate Tax - August 2019 | 2,251.86 | | 23,727.16 |
| 08/01/2019 | | Insurance - August 2019 | 252.04 | | 23,979.20 |
| 08/01/2019 | | CAM - August 2019 | 1,277.59 | | 25,256.79 |
| 08/05/2019 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7212042) | | 25,258.99 | -2.20 |
| 09/01/2019 | | Base Rent - September 2019 | 21,477.50 | | 21,475.30 |
| 09/01/2019 | | Real Estate Tax - September 2019 | 2,251.86 | | 23,727.16 |
| 09/01/2019 | | Insurance - September 2019 | 252.04 | | 23,979.20 |
| 09/01/2019 | | CAM - September 2019 | 1,277.59 | | 25,256.79 |
| 09/03/2019 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7222455) | | 25,258.99 | -2.20 |
| 10/01/2019 | | Base Rent - October 2019 | 21,477.50 | | 21,475.30 |
| 10/01/2019 | | Real Estate Tax - October 2019 | 2,251.86 | | 23,727.16 |
| 10/01/2019 | | CAM - October 2019 | 1,277.59 | | 25,004.75 |
| 10/01/2019 | | Insurance - October 2019 | 252.04 | | 25,256.79 |
| 10/04/2019 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7231823) | | 25,258.99 | -2.20 |
| 11/01/2019 | | Base Rent - November 2019 | 21,477.50 | | 21,475.30 |
| 11/01/2019 | | Real Estate Tax - November 2019 | 2,251.86 | | 23,727.16 |

## Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 11/01/2019 | | CAM - November 2019 | 1,277.59 | | 25,004.75 |
| 11/01/2019 | | Insurance - November 2019 | 252.04 | | 25,256.79 |
| 11/04/2019 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7242174) | | 25,258.99 | -2.20 |
| 11/22/2019 | | Real Estate Tax - 2019 Tax. Recon. - 2019 Tax. Recon. | 611.88 | | 609.68 |
| 12/01/2019 | | Base Rent - December 2019 | 21,477.50 | | 22,087.18 |
| 12/01/2019 | | Real Estate Tax - December 2019 | 2,251.86 | | 24,339.04 |
| 12/01/2019 | | CAM - December 2019 | 1,277.59 | | 25,616.63 |
| 12/01/2019 | | Insurance - December 2019 | 252.04 | | 25,868.67 |
| 12/03/2019 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7250627) | | 25,258.99 | 609.68 |
| 01/01/2020 | | Base Rent - January 2020 | 21,477.50 | | 22,087.18 |
| 01/01/2020 | | CAM - January 2020 | 1,277.59 | | 23,364.77 |
| 01/01/2020 | | Insurance - January 2020 | 252.04 | | 23,616.81 |
| 01/01/2020 | | Real Estate Tax - January 2020 | 2,231.51 | | 25,848.32 |
| 01/06/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7259924) | | 25,238.64 | 609.68 |
| 01/13/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 0007263313) | | 611.88 | -2.20 |
| 02/01/2020 | | Base Rent - February 2020 | 21,477.50 | | 21,475.30 |
| 02/01/2020 | | CAM - February 2020 | 1,277.59 | | 22,752.89 |
| 02/01/2020 | | Insurance - February 2020 | 252.04 | | 23,004.93 |
| 02/01/2020 | | Real Estate Tax - February 2020 | 2,231.51 | | 25,236.44 |
| 02/03/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7269769) | | 25,238.64 | -2.20 |
| 03/01/2020 | | Base Rent - March 2020 | 21,477.50 | | 21,475.30 |
| 03/01/2020 | | CAM - March 2020 | 1,277.59 | | 22,752.89 |
| 03/01/2020 | | Insurance - March 2020 | 252.04 | | 23,004.93 |
| 03/01/2020 | | Real Estate Tax - March 2020 | 2,231.51 | | 25,236.44 |
| 03/03/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7278424) | | 25,238.64 | -2.20 |
| 04/01/2020 | | Base Rent - April 2020 | 21,477.50 | | 21,475.30 |
| 04/01/2020 | | CAM - April 2020 | 1,277.59 | | 22,752.89 |
| 04/01/2020 | | Insurance - April 2020 | 252.04 | | 23,004.93 |
| 04/01/2020 | | Real Estate Tax - April 2020 | 2,231.51 | | 25,236.44 |
| 04/07/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 0007287981) | | 25,238.64 | -2.20 |
| 05/01/2020 | | Base Rent - May 2020 | 21,477.50 | | 21,475.30 |
| 05/01/2020 | | CAM - May 2020 | 1,277.59 | | 22,752.89 |
| 05/01/2020 | | Insurance - May 2020 | 252.04 | | 23,004.93 |
| 05/01/2020 | | Real Estate Tax - May 2020 | 2,231.51 | | 25,236.44 |
| 05/04/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 0007296942) | | 25,238.64 | -2.20 |
| 06/01/2020 | | Base Rent - June 2020 | 21,477.50 | | 21,475.30 |
| 06/01/2020 | | CAM - June 2020 | 1,277.59 | | 22,752.89 |
| 06/01/2020 | | Insurance - June 2020 | 252.04 | | 23,004.93 |
| 06/01/2020 | | Real Estate Tax - June 2020 | 2,231.51 | | 25,236.44 |
| 06/05/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 0007304744) | | 25,238.64 | -2.20 |
| 07/01/2020 | | Base Rent - July 2020 | 21,477.50 | | 21,475.30 |

## Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| 07/01/2020 | | CAM - July 2020 | 1,277.59 | | 22,752.89 |
| 07/01/2020 | | Insurance - July 2020 | 252.04 | | 23,004.93 |
| 07/01/2020 | | Real Estate Tax - July 2020 | 2,231.51 | | 25,236.44 |
| 07/07/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7312597) | | 25,238.64 | -2.20 |
| 08/01/2020 | | Base Rent - August 2020 | 21,477.50 | | 21,475.30 |
| 08/01/2020 | | CAM - August 2020 | 1,277.59 | | 22,752.89 |
| 08/01/2020 | | Insurance - August 2020 | 252.04 | | 23,004.93 |
| 08/01/2020 | | Real Estate Tax - August 2020 | 2,231.51 | | 25,236.44 |
| 08/03/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7320714) | | 25,238.64 | -2.20 |
| 09/01/2020 | | Base Rent - September 2020 | 21,477.50 | | 21,475.30 |
| 09/01/2020 | | CAM - September 2020 | 1,277.59 | | 22,752.89 |
| 09/01/2020 | | Insurance - September 2020 | 252.04 | | 23,004.93 |
| 09/01/2020 | | Real Estate Tax - September 2020 | 2,231.51 | | 25,236.44 |
| 09/04/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 0007329235) | | 25,238.64 | -2.20 |
| 10/01/2020 | | Base Rent - October 2020 | 21,477.50 | | 21,475.30 |
| 10/01/2020 | | CAM - October 2020 | 1,277.59 | | 22,752.89 |
| 10/01/2020 | | Insurance - October 2020 | 252.04 | | 23,004.93 |
| 10/01/2020 | | Real Estate Tax - October 2020 | 2,231.51 | | 25,236.44 |
| 10/06/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7336994) | | 25,238.64 | -2.20 |
| 11/01/2020 | | Base Rent - November 2020 | 21,477.50 | | 21,475.30 |
| 11/01/2020 | | CAM - November 2020 | 1,277.59 | | 22,752.89 |
| 11/01/2020 | | Insurance - November 2020 | 252.04 | | 23,004.93 |
| 11/01/2020 | | Real Estate Tax - November 2020 | 2,231.51 | | 25,236.44 |
| 11/05/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #Check No: 7344696) | | 25,238.64 | -2.20 |
| 12/01/2020 | | Base Rent - December 2020 | 21,477.50 | | 21,475.30 |
| 12/01/2020 | | CAM - December 2020 | 1,277.59 | | 22,752.89 |
| 12/01/2020 | | Insurance - December 2020 | 252.04 | | 23,004.93 |
| 12/01/2020 | | Real Estate Tax - December 2020 | 2,231.51 | | 25,236.44 |
| 12/01/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/12012020) | | 25,238.64 | -2.20 |
| 12/31/2020 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/12312020) | | 25,238.64 | -25,240.84 |
| 01/01/2021 | | Base Rent - January 2021 | 21,477.50 | | -3,763.34 |
| 01/01/2021 | | CAM - January 2021 | 1,277.59 | | -2,485.75 |
| 01/01/2021 | | Insurance - January 2021 | 252.04 | | -2,233.71 |
| 01/01/2021 | | Real Estate Tax - January 2021 | 2,231.51 | | -2.20 |
| 01/29/2021 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/01292021) | | 25,238.64 | -25,240.84 |
| 02/01/2021 | | Base Rent - February 2021 | 21,477.50 | | -3,763.34 |
| 02/01/2021 | | CAM - February 2021 | 1,277.59 | | -2,485.75 |
| 02/01/2021 | | Insurance - February 2021 | 252.04 | | -2,233.71 |
| 02/01/2021 | | Real Estate Tax - February 2021 | 2,231.51 | | -2.20 |
| 03/01/2021 | | Base Rent - March 2021 | 21,477.50 | | 21,475.30 |
| 03/01/2021 | | CAM - March 2021 | 1,277.59 | | 22,752.89 |

## Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| 03/01/2021 | | Insurance - March 2021 | 252.04 | | 23,004.93 |
| 03/01/2021 | | Real Estate Tax - March 2021 | 2,231.51 | | 25,236.44 |
| 03/01/2021 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/03012021) | | 25,238.64 | -2.20 |
| 04/01/2021 | | Base Rent - April 2021 | 21,477.50 | | 21,475.30 |
| 04/01/2021 | | CAM - April 2021 | 1,277.59 | | 22,752.89 |
| 04/01/2021 | | Insurance - April 2021 | 252.04 | | 23,004.93 |
| 04/01/2021 | | Real Estate Tax - April 2021 | 2,231.51 | | 25,236.44 |
| 04/01/2021 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/04012021) | | 25,238.64 | -2.20 |
| 04/30/2021 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/04302021) | | 25,238.64 | -25,240.84 |
| 05/01/2021 | | Base Rent - May 2021 | 21,477.50 | | -3,763.34 |
| 05/01/2021 | | CAM - May 2021 | 1,277.59 | | -2,485.75 |
| 05/01/2021 | | Insurance - May 2021 | 252.04 | | -2,233.71 |
| 05/01/2021 | | Real Estate Tax - May 2021 | 2,231.51 | | -2.20 |
| 06/01/2021 | | Base Rent - June 2021 | 21,477.50 | | 21,475.30 |
| 06/01/2021 | | CAM - June 2021 | 1,277.59 | | 22,752.89 |
| 06/01/2021 | | Insurance - June 2021 | 252.04 | | 23,004.93 |
| 06/01/2021 | | Real Estate Tax - June 2021 | 2,231.51 | | 25,236.44 |
| 06/03/2021 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/06032021) | | 25,238.64 | -2.20 |
| 07/01/2021 | | Base Rent - July 2021 | 21,477.50 | | 21,475.30 |
| 07/01/2021 | | CAM - July 2021 | 1,277.59 | | 22,752.89 |
| 07/01/2021 | | Insurance - July 2021 | 252.04 | | 23,004.93 |
| 07/01/2021 | | Real Estate Tax - July 2021 | 2,231.51 | | 25,236.44 |
| 07/01/2021 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/07012021) | | 25,238.64 | -2.20 |
| 07/30/2021 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/07302021) | | 25,238.64 | -25,240.84 |
| 08/01/2021 | | Base Rent - August 2021 | 21,477.50 | | -3,763.34 |
| 08/01/2021 | | CAM - August 2021 | 1,277.59 | | -2,485.75 |
| 08/01/2021 | | Insurance - August 2021 | 252.04 | | -2,233.71 |
| 08/01/2021 | | Real Estate Tax - August 2021 | 2,231.51 | | -2.20 |
| 09/01/2021 | | Base Rent - September 2021 | 21,477.50 | | 21,475.30 |
| 09/01/2021 | | CAM - September 2021 | 1,277.59 | | 22,752.89 |
| 09/01/2021 | | Insurance - September 2021 | 252.04 | | 23,004.93 |
| 09/01/2021 | | Real Estate Tax - September 2021 | 2,231.51 | | 25,236.44 |
| 09/01/2021 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/09012021) | | 25,238.64 | -2.20 |
| 10/01/2021 | | Base Rent - October 2021 | 21,477.50 | | 21,475.30 |
| 10/01/2021 | | CAM - October 2021 | 1,277.59 | | 22,752.89 |
| 10/01/2021 | | Insurance - October 2021 | 252.04 | | 23,004.93 |
| 10/01/2021 | | Real Estate Tax - October 2021 | 2,231.51 | | 25,236.44 |
| 10/01/2021 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/10012021) | | 25,238.64 | -2.20 |
| 11/01/2021 | | Base Rent - November 2021 - Amendment | 15,833.33 | | 15,831.13 |
| 11/01/2021 | | CAM - November 2021 | 1,277.59 | | 17,108.72 |
| 11/01/2021 | | Insurance - November 2021 | 252.04 | | 17,360.76 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 11/01/2021 | | Real Estate Tax - November 2021 | 2,231.51 | | 19,592.27 |
| 11/01/2021 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/11012021) | | 19,594.47 | -2.20 |
| 12/01/2021 | | Base Rent - December 2021 - Amendment | 15,833.33 | | 15,831.13 |
| 12/01/2021 | | CAM - December 2021 | 1,277.59 | | 17,108.72 |
| 12/01/2021 | | Insurance - December 2021 | 252.04 | | 17,360.76 |
| 12/01/2021 | | Real Estate Tax - December 2021 | 2,231.51 | | 19,592.27 |
| 12/01/2021 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/12012021) | | 19,594.47 | -2.20 |
| 12/30/2021 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/12302021) | | 19,594.47 | -19,596.67 |
| 12/31/2021 | | CAM - 2021 CAM Recon. | -955.32 | | -20,551.99 |
| 12/31/2021 | | Real Estate Tax - 2021 R.E. Tax Recon. | -321.98 | | -20,873.97 |
| 12/31/2021 | | Insurance - 2021 Insurance Recon. | 88.74 | | -20,785.23 |
| 01/01/2022 | | Base Rent - January 2022 - Amendment | 15,833.33 | | -4,951.90 |
| 01/01/2022 | | CAM - January 2022 | 1,277.59 | | -3,674.31 |
| 01/01/2022 | | Insurance - January 2022 | 252.04 | | -3,422.27 |
| 01/01/2022 | | Real Estate Tax - January 2022 | 2,231.51 | | -1,190.76 |
| 02/01/2022 | | Base Rent - February 2022 - Amendment | 15,833.33 | | 14,642.57 |
| 02/01/2022 | | CAM - February 2022 | 1,277.59 | | 15,920.16 |
| 02/01/2022 | | Insurance - February 2022 | 252.04 | | 16,172.20 |
| 02/01/2022 | | Real Estate Tax - February 2022 | 2,231.51 | | 18,403.71 |
| 02/01/2022 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/02012022) | | 19,594.47 | -1,190.76 |
| 03/01/2022 | | Base Rent - March 2022 - Amendment | 15,833.33 | | 14,642.57 |
| 03/01/2022 | | CAM - March 2022 | 1,277.59 | | 15,920.16 |
| 03/01/2022 | | Insurance - March 2022 | 252.04 | | 16,172.20 |
| 03/01/2022 | | Real Estate Tax - March 2022 | 2,231.51 | | 18,403.71 |
| 03/01/2022 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/03012022) | | 19,594.47 | -1,190.76 |
| 04/01/2022 | | Base Rent - April 2022 - Amendment | 15,833.33 | | 14,642.57 |
| 04/01/2022 | | CAM - April 2022 | 1,277.59 | | 15,920.16 |
| 04/01/2022 | | Insurance - April 2022 | 252.04 | | 16,172.20 |
| 04/01/2022 | | Real Estate Tax - April 2022 | 2,231.51 | | 18,403.71 |
| 04/01/2022 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/04012022) | | 19,594.47 | -1,190.76 |
| 04/28/2022 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/04282022) | | 19,594.47 | -20,785.23 |
| 05/01/2022 | | Base Rent - May 2022 - Amendment | 15,833.33 | | -4,951.90 |
| 05/01/2022 | | CAM - May 2022 | 1,158.17 | | -3,793.73 |
| 05/01/2022 | | Real Estate Tax - May 2022 | 2,151.02 | | -1,642.71 |
| 05/01/2022 | | Insurance - May 2022 | 263.13 | | -1,379.58 |
| 06/01/2022 | | Base Rent - June 2022 - Amendment | 15,833.33 | | 14,453.75 |
| 06/01/2022 | | CAM - June 2022 | 1,158.17 | | 15,611.92 |
| 06/01/2022 | | Insurance - June 2022 | 263.13 | | 15,875.05 |
| 06/01/2022 | | Real Estate Tax - June 2022 | 2,151.02 | | 18,026.07 |
| 06/01/2022 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/06012022) | | 19,594.47 | -1,568.40 |
| 07/01/2022 | | Base Rent - July 2022 - Amendment | 15,833.33 | | 14,264.93 |

## Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 07/01/2022 | | CAM - July 2022 | 1,158.17 | | 15,423.10 |
| 07/01/2022 | | Insurance - July 2022 | 263.13 | | 15,686.23 |
| 07/01/2022 | | Real Estate Tax - July 2022 | 2,151.02 | | 17,837.25 |
| 07/01/2022 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/07012022) | | 19,594.47 | -1,757.22 |
| 08/01/2022 | | Base Rent - August 2022 - Amendment | 15,833.33 | | 14,076.11 |
| 08/01/2022 | | CAM - August 2022 | 1,158.17 | | 15,234.28 |
| 08/01/2022 | | Insurance - August 2022 | 263.13 | | 15,497.41 |
| 08/01/2022 | | Real Estate Tax - August 2022 | 2,151.02 | | 17,648.43 |
| 08/01/2022 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/08012022) | | 19,594.47 | -1,946.04 |
| 09/01/2022 | | Base Rent - September 2022 - Amendment | 15,833.33 | | 13,887.29 |
| 09/01/2022 | | CAM - September 2022 | 1,158.17 | | 15,045.46 |
| 09/01/2022 | | Insurance - September 2022 | 263.13 | | 15,308.59 |
| 09/01/2022 | | Real Estate Tax - September 2022 | 2,151.02 | | 17,459.61 |
| 09/01/2022 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/09012022) | | 19,594.47 | -2,134.86 |
| 09/30/2022 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/09302022) | | 19,594.47 | -21,729.33 |
| 10/01/2022 | | Base Rent - October 2022 - Amendment | 15,833.33 | | -5,896.00 |
| 10/01/2022 | | CAM - October 2022 | 1,158.17 | | -4,737.83 |
| 10/01/2022 | | Insurance - October 2022 | 263.13 | | -4,474.70 |
| 10/01/2022 | | Real Estate Tax - October 2022 | 2,151.02 | | -2,323.68 |
| 11/01/2022 | | Base Rent - November 2022 - Amendment | 15,833.33 | | 13,509.65 |
| 11/01/2022 | | CAM - November 2022 | 1,158.17 | | 14,667.82 |
| 11/01/2022 | | Insurance - November 2022 | 263.13 | | 14,930.95 |
| 11/01/2022 | | Real Estate Tax - November 2022 | 2,151.02 | | 17,081.97 |
| 11/01/2022 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/11012022) | | 19,594.47 | -2,512.50 |
| 12/01/2022 | | Base Rent - December 2022 - Amendment | 15,833.33 | | 13,320.83 |
| 12/01/2022 | | CAM - December 2022 | 1,158.17 | | 14,479.00 |
| 12/01/2022 | | Insurance - December 2022 | 263.13 | | 14,742.13 |
| 12/01/2022 | | Real Estate Tax - December 2022 | 2,151.02 | | 16,893.15 |
| 12/01/2022 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/12012022) | | 19,594.47 | -2,701.32 |
| 12/30/2022 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/12302022) | | 19,594.47 | -22,295.79 |
| 12/31/2022 | | CAM - 2022 CAM Recon. | 885.94 | | -21,409.85 |
| 12/31/2022 | | Insurance - 2022 Insurance Recon. | 268.15 | | -21,141.70 |
| 12/31/2022 | | Real Estate Tax - 2022 R.E. Tax Recon. | 1,622.22 | | -19,519.48 |
| 01/01/2023 | | Base Rent - January 2023 - Amendment | 15,833.33 | | -3,686.15 |
| 01/01/2023 | | CAM - January 2023 | 1,158.17 | | -2,527.98 |
| 01/01/2023 | | Insurance - January 2023 | 263.13 | | -2,264.85 |
| 01/01/2023 | | Real Estate Tax - January 2023 | 2,151.02 | | -113.83 |
| 02/01/2023 | | Base Rent - February 2023 - Amendment | 15,833.33 | | 15,719.50 |
| 02/01/2023 | | CAM - February 2023 | 1,158.17 | | 16,877.67 |
| 02/01/2023 | | Insurance - February 2023 | 263.13 | | 17,140.80 |
| 02/01/2023 | | Real Estate Tax - February 2023 | 2,151.02 | | 19,291.82 |
| 02/01/2023 | Eckerd Corporation dba | Payment (Reference #ACH/02012023) | | 19,594.47 | -302.65 |

## Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| | Rite Aid | | | | |
| 03/01/2023 | | Base Rent - March 2023 - Amendment | 15,833.33 | | 15,530.88 |
| 03/01/2023 | | CAM - March 2023 | 1,158.17 | | 16,688.85 |
| 03/01/2023 | | Insurance - March 2023 | 263.13 | | 16,951.98 |
| 03/01/2023 | | Real Estate Tax - March 2023 | 2,151.02 | | 19,103.00 |
| 03/06/2023 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/03062023) | | 19,594.47 | -491.47 |
| 03/31/2023 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/03312023) | | 19,594.47 | -20,085.94 |
| 04/01/2023 | | Base Rent - April 2023 - Amendment | 15,833.33 | | -4,252.61 |
| 04/01/2023 | | CAM - April 2023 | 1,158.17 | | -3,094.44 |
| 04/01/2023 | | Insurance - April 2023 | 263.13 | | -2,831.31 |
| 04/01/2023 | | Real Estate Tax - April 2023 | 2,151.02 | | -680.29 |
| 05/01/2023 | | Base Rent - May 2023 - Amendment | 15,833.33 | | 15,153.04 |
| 05/01/2023 | | CAM - May 2023 | 1,325.24 | | 16,478.28 |
| 05/01/2023 | | Insurance - May 2023 | 291.10 | | 16,769.38 |
| 05/01/2023 | | Real Estate Tax - May 2023 | 2,717.56 | | 19,486.94 |
| 05/01/2023 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/05012023) | | 19,594.47 | -107.53 |
| 06/01/2023 | | Base Rent - June 2023 - Amendment | 15,833.33 | | 15,725.80 |
| 06/01/2023 | | CAM - June 2023 | 1,325.24 | | 17,051.04 |
| 06/01/2023 | | Insurance - June 2023 | 291.10 | | 17,342.14 |
| 06/01/2023 | | Real Estate Tax - June 2023 | 2,717.56 | | 20,059.70 |
| 06/01/2023 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/06012023) | | 19,594.47 | 465.23 |
| 06/30/2023 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/06302023) | | 19,594.47 | -19,129.24 |
| 07/01/2023 | | Base Rent - July 2023 - Amendment | 15,833.33 | | -3,295.91 |
| 07/01/2023 | | CAM - July 2023 | 1,158.17 | | -2,137.74 |
| 07/01/2023 | | Insurance - July 2023 | 263.13 | | -1,874.61 |
| 07/01/2023 | | Real Estate Tax - July 2023 | 2,151.02 | | 276.41 |
| 08/01/2023 | | Base Rent - August 2023 - Amendment | 15,833.33 | | 16,109.74 |
| 08/01/2023 | | CAM - August 2023 | 1,158.17 | | 17,267.91 |
| 08/01/2023 | | Insurance - August 2023 | 263.13 | | 17,531.04 |
| 08/01/2023 | | Real Estate Tax - August 2023 | 2,151.02 | | 19,682.06 |
| 08/01/2023 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/08012023) | | 19,594.47 | 87.59 |
| 09/01/2023 | | Base Rent - September 2023 - Amendment | 15,833.33 | | 15,920.92 |
| 09/01/2023 | | CAM - September 2023 | 1,158.17 | | 17,079.09 |
| 09/01/2023 | | Insurance - September 2023 | 263.13 | | 17,342.22 |
| 09/01/2023 | | Real Estate Tax - September 2023 | 2,151.02 | | 19,493.24 |
| 09/01/2023 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/09012023) | | 19,594.47 | -101.23 |
| 10/01/2023 | | Base Rent - October 2023 - Amendment | 15,833.33 | | 15,732.10 |
| 10/01/2023 | | CAM - October 2023 | 1,158.17 | | 16,890.27 |
| 10/01/2023 | | Insurance - October 2023 | 263.13 | | 17,153.40 |
| 10/01/2023 | | Real Estate Tax - October 2023 | 2,151.02 | | 19,304.42 |
| 10/02/2023 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/10022023) | | 19,594.47 | -290.05 |

## Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 11/01/2023 | | Base Rent - November 2023 - Amendment | 15,833.33 | | 15,543.28 |
| 11/01/2023 | | CAM - November 2023 | 1,158.17 | | 16,701.45 |
| 11/01/2023 | | Insurance - November 2023 | 263.13 | | 16,964.58 |
| 11/01/2023 | | Real Estate Tax - November 2023 | 2,151.02 | | 19,115.60 |
| 11/01/2023 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/11012023) | | 20,350.52 | -1,234.92 |
| 12/01/2023 | | Base Rent - December 2023 - Amendment | 15,833.33 | | 14,598.41 |
| 12/01/2023 | | CAM - December 2023 | 1,158.17 | | 15,756.58 |
| 12/01/2023 | | Insurance - December 2023 | 263.13 | | 16,019.71 |
| 12/01/2023 | | Real Estate Tax - December 2023 | 2,151.02 | | 18,170.73 |
| 12/01/2023 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/12012023) | | 20,167.23 | -1,996.50 |
| 12/31/2023 | | Real Estate Tax - 2023 R.E. Tax Recon. | 1,435.79 | | -560.71 |
| 12/31/2023 | | Insurance - 2023 Ins. Recon. | 348.90 | | -211.81 |
| 12/31/2023 | | CAM - 2023 CAM Recon. | -47.61 | | -259.42 |
| 01/01/2024 | | Base Rent - January 2024 - Amendment | 15,833.33 | | 15,573.91 |
| 01/01/2024 | | CAM - January 2024 | 1,158.17 | | 16,732.08 |
| 01/01/2024 | | Insurance - January 2024 | 263.13 | | 16,995.21 |
| 01/01/2024 | | Real Estate Tax - January 2024 | 2,151.02 | | 19,146.23 |
| 01/02/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/01022024) | | 20,167.23 | -1,021.00 |
| 01/30/2024 | | Legal - Allowed Reimbursement for legal fees, per bankruptcy. | 500.00 | | -521.00 |
| 02/01/2024 | | Base Rent - February 2024 - Amendment | 15,833.33 | | 15,312.33 |
| 02/01/2024 | | CAM - February 2024 | 1,158.17 | | 16,470.50 |
| 02/01/2024 | | Insurance - February 2024 | 263.13 | | 16,733.63 |
| 02/01/2024 | | Real Estate Tax - February 2024 | 2,151.02 | | 18,884.65 |
| 02/02/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/02022024) | | 20,167.23 | -1,282.58 |
| 03/01/2024 | | Base Rent - March 2024 - Amendment | 15,833.33 | | 14,550.75 |
| 03/01/2024 | | CAM - March 2024 | 1,158.17 | | 15,708.92 |
| 03/01/2024 | | Insurance - March 2024 | 263.13 | | 15,972.05 |
| 03/01/2024 | | Real Estate Tax - March 2024 | 2,151.02 | | 18,123.07 |
| 03/04/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/03042024) | | 20,167.23 | -2,044.16 |
| 03/29/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/03292024) | | 500.00 | -2,544.16 |
| 04/01/2024 | | Base Rent - April 2024 - Amendment | 15,833.33 | | 13,289.17 |
| 04/01/2024 | | CAM - April 2024 | 1,158.17 | | 14,447.34 |
| 04/01/2024 | | Insurance - April 2024 | 263.13 | | 14,710.47 |
| 04/01/2024 | | Real Estate Tax - April 2024 | 2,151.02 | | 16,861.49 |
| 04/04/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/04042024) | | 20,167.23 | -3,305.74 |
| 05/01/2024 | | Base Rent - May 2024 - Amendment | 15,833.33 | | 12,527.59 |
| 05/01/2024 | | CAM - May 2024 | 1,208.06 | | 13,735.65 |
| 05/01/2024 | | Insurance - May 2024 | 301.20 | | 14,036.85 |
| 05/01/2024 | | Real Estate Tax - May 2024 | 2,590.46 | | 16,627.31 |
| 05/03/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/05032024) | | 17,894.26 | -1,266.95 |
| 06/01/2024 | | Base Rent - June 2024 - Amendment | 15,833.33 | | 14,566.38 |

## Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| 06/01/2024 | | CAM - June 2024 | 1,208.06 | | 15,774.44 |
| 06/01/2024 | | Insurance - June 2024 | 301.20 | | 16,075.64 |
| 06/01/2024 | | Real Estate Tax - June 2024 | 2,590.46 | | 18,666.10 |
| 06/05/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/06052024) | | 19,933.05 | -1,266.95 |
| 07/01/2024 | | Base Rent - July 2024 - Amendment | 15,833.33 | | 14,566.38 |
| 07/01/2024 | | CAM - July 2024 | 1,208.06 | | 15,774.44 |
| 07/01/2024 | | Insurance - July 2024 | 301.20 | | 16,075.64 |
| 07/01/2024 | | Real Estate Tax - July 2024 | 2,590.46 | | 18,666.10 |
| 07/05/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/07052024) | | 19,933.05 | -1,266.95 |
| 08/01/2024 | | Base Rent - August 2024 - Amendment | 15,833.33 | | 14,566.38 |
| 08/01/2024 | | CAM - August 2024 | 1,208.06 | | 15,774.44 |
| 08/01/2024 | | Insurance - August 2024 | 301.20 | | 16,075.64 |
| 08/01/2024 | | Real Estate Tax - August 2024 | 2,590.46 | | 18,666.10 |
| 08/05/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/08052024) | | 19,933.05 | -1,266.95 |
| 09/01/2024 | | CAM - September 2024 | 1,208.06 | | -58.89 |
| 09/01/2024 | | Insurance - September 2024 | 301.20 | | 242.31 |
| 09/01/2024 | | Real Estate Tax - September 2024 | 2,590.46 | | 2,832.77 |
| 09/01/2024 | | Base Rent - September 2024 | 12,500.00 | | 15,332.77 |
| 09/05/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/09052024) | | 19,933.05 | -4,600.28 |
| 10/01/2024 | | Base Rent - October 2024 - Amendment | 12,500.00 | | 7,899.72 |
| 10/01/2024 | | CAM - October 2024 | 1,208.06 | | 9,107.78 |
| 10/01/2024 | | Insurance - October 2024 | 301.20 | | 9,408.98 |
| 10/01/2024 | | Real Estate Tax - October 2024 | 2,590.46 | | 11,999.44 |
| 10/01/2024 | | Base Rent - Rent Credit per Bankruptcy Amendment | -12,500.00 | | -500.56 |
| 10/04/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/10042024) | | 4,099.72 | -4,600.28 |
| 11/01/2024 | | CAM - November 2024 | 1,208.06 | | -3,392.22 |
| 11/01/2024 | | Insurance - November 2024 | 301.20 | | -3,091.02 |
| 11/01/2024 | | Real Estate Tax - November 2024 | 2,590.46 | | -500.56 |
| 11/01/2024 | | Base Rent - November 2024 | 12,500.00 | | 11,999.44 |
| 11/06/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/11062024) | | 13,266.39 | -1,266.95 |
| 12/01/2024 | | CAM - December 2024 | 1,208.06 | | -58.89 |
| 12/01/2024 | | Insurance - December 2024 | 301.20 | | 242.31 |
| 12/01/2024 | | Real Estate Tax - December 2024 | 2,590.46 | | 2,832.77 |
| 12/01/2024 | | Base Rent - December 2024 - Per Bankruptcy Amendment, dated 1/11/2024 | 12,500.00 | | 15,332.77 |
| 12/05/2024 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/12052024) | | 16,599.72 | -1,266.95 |
| 01/01/2025 | | CAM - January 2025 | 1,208.06 | | -58.89 |
| 01/01/2025 | | Insurance - January 2025 | 301.20 | | 242.31 |
| 01/01/2025 | | Real Estate Tax - January 2025 | 2,590.46 | | 2,832.77 |
| 01/01/2025 | | Base Rent - January 2025 - Per Bankruptcy Amendment, dated 1/11/2024 | 12,500.00 | | 15,332.77 |
| 01/06/2025 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/01062025) | | 16,599.72 | -1,266.95 |

## Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| 02/01/2025 | | CAM - February 2025 | 1,208.06 | | -58.89 |
| 02/01/2025 | | Insurance - February 2025 | 301.20 | | 242.31 |
| 02/01/2025 | | Real Estate Tax - February 2025 | 2,590.46 | | 2,832.77 |
| 02/01/2025 | | Base Rent - February 2025 - Per Bankruptcy Amendment, dated 1/11/2024 | 12,500.00 | | 15,332.77 |
| 02/05/2025 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/02052025) | | 16,599.72 | -1,266.95 |
| 03/01/2025 | | CAM - March 2025 | 1,208.06 | | -58.89 |
| 03/01/2025 | | Insurance - March 2025 | 301.20 | | 242.31 |
| 03/01/2025 | | Real Estate Tax - March 2025 | 2,590.46 | | 2,832.77 |
| 03/01/2025 | | Base Rent - March 2025 - Per Bankruptcy Amendment, dated 1/11/2024 | 12,500.00 | | 15,332.77 |
| 03/07/2025 | Eckerd Corporation dba Rite Aid | Payment (Reference #ACH/03072025) | | 16,599.72 | -1,266.95 |
| 04/01/2025 | | CAM - April 2025 | 1,208.06 | | -58.89 |
| 04/01/2025 | | Insurance - April 2025 | 301.20 | | 242.31 |
| 04/01/2025 | | Real Estate Tax - April 2025 | 2,590.46 | | 2,832.77 |
| 04/01/2025 | | Base Rent - April 2025 - Per Bankruptcy Amendment, dated 1/11/2024 | 12,500.00 | | 15,332.77 |
| 04/17/2025 | | CAM - 2024 CAM Reconciliation Charge | 697.78 | | 16,030.55 |
| 04/17/2025 | | Insurance - 2024 Insurance Reconciliation Charge | 1,142.67 | | 17,173.22 |
| 04/17/2025 | | Real Estate Tax - 2024 Tax Reconciliation Charge | 557.73 | | 17,730.95 |
| 04/17/2025 | | Miscellaneous Tenant charges - Tenant Ledger Credit | -1,266.95 | | 16,464.00 |
| 05/01/2025 | | Base Rent - May 2025 - Per Bankruptcy Amendment, dated 1/11/2024 | 12,500.00 | | 28,964.00 |
| 05/01/2025 | | CAM - May 2025 | 1,270.34 | | 30,234.34 |
| 05/01/2025 | | Insurance - May 2025 | 425.00 | | 30,659.34 |
| 05/01/2025 | | Real Estate Tax - May 2025 | 2,185.61 | | 32,844.95 |

**Total**          32,844.95

Created on 06/04/2025

## ADDENDUM TO PROOF OF CLAIM

The lease documents which form the basis of this claim are voluminous and will be furnished to any party requesting a copy thereof. All such requests should be made to the claimant's counsel at the following address:

Jeffrey Kurtzman, Esquire
KURTZMAN | STEADY, LLC
101 N. Washington Avenue, Suite 4A
Margate, NJ 08402
Telephone:  (215) 839-1222
Email:  kurtzman@kurtzmansteady.com