| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Jeffrey Kurtzman, Esquire (JK-7689)<br>**KURTZMAN \| STEADY, LLC**<br>101 N. Washington Avenue, Suite 4A<br>Margate, NJ 08402<br>kurtzman@kurtzmansteady.com<br>Telephone: (215) 839-1222<br><br>Attorneys for Quakertown Joint Venture, LLC |

| In re:<br><br>LAKEHURST AND BROADWAY<br>CORPORATION,<br><br>          Debtor. | Case No. 25-14831 (MBK)<br><br>Chapter 11<br><br>Hearing Date and Time: To be determined by the Court. |
|---|---|

### ORDER OVERRULING LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIM NO. 1913 FILED BY QUAKERTOWN JOINT VENTURE, LLC

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**Page Two**

**Debtor:**      **LAKEHURST AND BROADWAY CORPORATION**
**Case No.**    **25-14831 (MBK)**
**Caption:**    **ORDER OVERRULING LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIM NO. 1913 FILED BY QUAKERTOWN JOINT VENTURE, LLC**

**THIS MATTER** having been opened before the Court upon the third omnibus objection to certain claims (the "Claims Objection") filed by the Liquidating Trustee, seeking entry of an order pursuant to § 502(a) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 disallowing certain claims hereto for the reasons set forth in the Claims Objection; and upon the reply of Quakertown Joint Venture LLC (the "Reply"); and the Court having determined that the relief sought by the Reply is appropriate; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Claims Objection is overruled as it relates to Claim No. 1913 filed by Quakertown Joint Venture, LLC.

2.      The Court retains exclusive jurisdiction with respect to all matters arising from or relating to the implementation of this Order.