<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT
 DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1**

Jeffrey Kurtzman, Esquire (JK-7689)
**KURTZMAN | STEADY, LLC**
101 N. Washington Avenue, Suite 4A
Margate, NJ 08402
kurtzman@kurtzmansteady.com
Telephone: (215) 839-1222

Attorneys for Quakertown Joint Venture, LLC

</td><td></td></tr>
<tr><td>

In re:

LAKEHURST AND BROADWAY
CORPORATION,

                Debtor.

</td><td>

Case No. 25-14831 (MBK)

Chapter 11

Hearing Date and Time: To be determined by the Court.

</td></tr>
</table>

## CERTIFICATION OF SERVICE

1.  I, <u>Jeffrey Kurtzman, Esquire</u>        :

☒  represent  <u>Quakertown Joint Venture, LLC</u>    in this matter.

☐  am the secretary/paralegal for _____, who represents
_____ in this matter.

☐  am the _____ in this case and am representing myself.

2.  On <u>   April 14, 2026   </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

**REPLY OF QUAKERTOWN JOINT VENTURE, LLC TO LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM PURSUANT TO SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY CODE, BANKRUPTCY <u>RULE 3007AND LOCAL RULES 3007-1 AND 3007-2</u>**

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>April 14, 2026</u>                <u>*/s/ Jeffrey Kurtzman*</u>
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Cole Schotz, PC<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Attn: Michael D. Sirota<br>(msirota@coleschotz.com)<br>Warren A. Usatine<br>(wusatine@coleschotz.com)<br>Felice R. Yudkin<br>(Fyudkin@coleschotz.com)<br>David M. Bass<br>(dbass@coleschotz.com) | Counsel for Debtors and Debtors in Possession | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Jeffrey M. Sponder and Lauren Bielskie | US Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Oleh Matviyishya, Esquire<br>Sills Cummis & Gross PC<br>One Riverfront Plaza<br>Newark, NJ 07102<br>(omatviyishyn@sillscummis.com) | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| ALL parties who have entered an appearance | Appearance Entered | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |