# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

GREGORY D. HERROLD
DIRECT DIAL: +1 856 874 4225
PERSONAL FAX: +1 856 874 4623
*E-MAIL:* GDHerrold@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

April 15, 2026

**VIA ECF**

Honorable Michael B. Kaplan
United States Bankruptcy Judge for the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:**   ***In Re: Lakehurst and Broadway Corporation***
> **Case No. 25-14831 (MBK) - Chapter 11**
> **Murray Avenue Kosher, Inc.'s Motion to Intervene (Dkt No. 304)**

Dear Judge Kaplan:

This Firm represents Murray Avenue Kosher, Inc. ("MAKI") in connection with the above-referenced action. On March 6, 2026, MAKI filed a Motion to Intervene ("Motion to Intervene") in this bankruptcy action, for the purpose of challenging the assignment of a lease for the property located at 1700 Murray Ave., Pittsburgh, PA, including, but not limited to, by adopting the arguments asserted in the Motion to Vacate Order Approving the Assumption and Assignment of Unexpired Lease to Murray Ave Market, LLC, Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024, filed by 29 Katz Crew, LP ("Motion to Vacate"). *See,* Dkt. Nos. 304 and 245.

MAKI has received notice of the Court's April 8, 2026 minute entries marking MAKI's Motion to Intervene and 29 Katz Crew's Motion to Vacate as "Settled," effectively removing the motions from the active docket. MAKI has requested that it be included to participate in settlement discussions between 29 Katz Crew and Murray Ave Market, LLC ("MAM"), but, as of the date of this letter, MAKI has not participated nor been included in such discussions. Therefore, MAKI's dispute and challenge with respect to the assignment of a lease for the property located at 1700 Murray Ave., as set forth in its Motion to Intervene, remains active. Accordingly, MAKI respectfully requests that the Court re-list its Motion to Intervene on the active docket, and, as appropriate, that a briefing schedule on MAKI's Motion to Intervene be set.

DuaneMorris

Honorable Michael B. Kaplan
April 15, 2026
Page 2

       MAKI thanks the Court for its attention to this matter.

                    Respectfully submitted,

                    DUANE MORRIS LLP

*Gregory Herrold*

                    Gregory D. Herrold

GDH

Cc: Rebecca Earl (rebecca_earl@njb.uscourts.gov)

Evan C. Pappas, Esquire (epappas@tuckerlaw.com)
Michael A. Shiner, Esquire (mshiner@tuckerlaw.com)
Maribeth Thomas, Esquire (mthomas@tuckerlaw.com)
*Counsel for 29 Katz Crew, LP*

Daniel M. Stolz, Esq. (dstolz@genovaburns.com)
R. Edward Stone, III, Esq (rstone@genovaburns.com)
Kirk B. Burkley, Esq. (kburkely@bernsteinlaw.com)
Mason S. Shelton, Esq (mshelton@bernsteinlaw.com)
*Counsel for Murray Ave Market, LLC*

Kevin P. Allen, Esq. (kpallen@duanemorris.com)

DM1\20920811.1