**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LAKEHURST AND BROADWAY CORPORATION, | Case No. 25-14831 (MBK) |
| Debtor.[1] | |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On April 13, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on PUBA Properties, a general partnership, (ADRID: 30631900), Binder Malter Harris & Rome-Banks LLP, c/o Julie Rome-Banks, 1625 The Alameda #101, San Jose, CA, 95126:

- Notice of Liquidating Trustee's First Omnibus Objection to Certain Duplicative Claims [Docket No. 281]

[*Remainder of page intentionally left blank*]

---

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). For avoidance of doubt, the Monthly Fee Statement of Kroll Restructuring Administration LLC was docketed in Case No. 25-14861 (MBK) [Docket No. 3524] but will proceed under Case No. 25-14831 (MBK) in accordance with the Order.

Dated: April 15, 2026

/s/ Paul Pullo

Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 15, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.


/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 95715