**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee
and the Wind-Down Debtors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LAKEHURST AND BROADWAY CORPORATION, | Case No. 25-14831 (MBK) |
| Wind-Down Debtors.[1] | |

## ADJOURNMENT REQUEST

1.      I, Felice R. Yudkin, am the attorney for the Liquidating Trustee of the above-captioned Wind-Down Debtors and request an adjournment of the hearing as it relates to:

A. *HVP2 LLC Motion for Payment of Administrative Payment* [Case No. 25-14861, Docket No. 3513]

Current hearing date and time: April 23, 2026 at 1:00 p.m.

New date requested: May 11, 2026 at 10:00 a.m.

---

[1]     On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

2.       Consent to adjournment: The Liquidating Trustee has the consent of the parties. I certify under penalty of perjury that the foregoing is true.

Dated: April 21, 2026

/s/ Felice R. Yudkin
_____

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee and the*
*Wind-Down Debtors*

2

**COURT USE ONLY:**

The request for adjournment is:

May 11, 2026 at 10:00 a.m.

[X]      Granted             New hearing date: _____        [ ]      Peremptory

[ ]      Granted over objection(s)   New hearing date: _____        [ ]      Peremptory

[ ]      Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**