**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LAKEHURST AND BROADWAY CORPORATION, | Case No. 25-14831 (MBK) |
| Debtor.[1] | |

**NOTICE OF DISALLOWANCE AND EXPUNGEMENT OF LATE-FILED CLAIMS**

       **PLEASE TAKE NOTICE** that, on November 26, 2025, the Court entered the *Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3445] (the "Confirmation Order"), *inter alia*, confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3445, Ex. A] (as modified and attached to the Confirmation Order, the "Plan").[2]

       **PLEASE TAKE FURTHER NOTICE** that, on December 30, 2025, the Court entered the Order on Final Decree, closing all of the cases listed therein except for the chapter 11 case of

---

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). Except as otherwise provided herein, references to the "Docket" herein shall refer to the docket in the formerly jointly administered cases captioned *In re New Rite Aid, LLC*, Case No. 25-14861 (MBK).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

the above-captioned Wind-Down Debtor, Lakehurst and Broadway Corporation, and ordered that all remaining matters be filed on the docket of Lakehurst and Broadway Corporation.

**PLEASE TAKE FURTHER NOTICE** that, on December 31, 2025, the Effective Date occurred. *See Notice of (A) Entry of the Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC (Technical Modifications) and Its Debtor Affiliates and (II) Occurrence of the Effective Date* [Docket No. 3699]. In accordance with the Confirmation Order and Plan, upon the Effective Date, Eric Kaup was appointed as the liquidating trustee for the RAD Liquidating Trust (the "Liquidating Trustee") and the above-captioned debtor and the other Wind-Down Debtors (collectively, the "Wind-Down Debtors").

**PLEASE TAKE FURTHER NOTICE** that the Plan requires that Proofs of Claim with respect to Administrative Claims, Other Priority Claims, Priority Tax Claims, Other Secured Claims, and Settled Priority Claims must be filed by the Claims Bar Date.

**PLEASE TAKE FURTHER NOTICE** that the Claims Bar Date expired on January 30, 2026.

**PLEASE TAKE FURTHER NOTICE** that, with respect to Administrative Claims filed after the Claims Bar Date, the Plan provides:

> Holders of Administrative Claims that are required to File and serve a request for payment of such Administrative Claims that do not File and serve such a request on or before the Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors, the Estates, the Liquidating Trust, Wind-Down Debtors, the Reorganized Debtors, or the property of any of the foregoing, and such Administrative Claims shall be deemed released as of the Effective Date without the need for any objection from the Debtors, the Liquidating Trust, the Wind-Down Debtors, the Reorganized Debtors, or any notice to or action, order, or approval of the Bankruptcy Court or any other Entity.

*See* Plan, Art. II.A.

**PLEASE TAKE FURTHER NOTICE** that, with respect to Claims filed after the Claims Bar Date, the Plan further provides:

> **If a Proof of Claim or request for payment, as applicable, is not received by the Claims and Noticing Agent on or before the Claims Bar Date, if applicable to such Claim, the Holder of the underlying Claim shall be barred from asserting such Claim against the Debtors, the Wind-Down Debtors, the Reorganized Debtors, or the Liquidating Trust, and precluded from voting on any plans of reorganization filed in these Chapter 11 Cases and/or receiving distributions from the Debtors on account of such Claims in these Chapter 11 Cases. The Debtors or, after the Effective Date, the Liquidating Trust, shall be authorized to update the Claims Register to remove any such claims not received by the Claims and Noticing Agent before the Claims Bar Date; *provided* that the Debtors will provide notice to such claimant at the address or email address on the Proof of Claim, to the extent such information is**

**provided, informing such claimant that its Claim will be removed from the Claims Register as a result of being untimely filed.**

*See* Plan, Art. IX.F. (emphasis in original).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article IX.F of the Plan, the Liquidating Trustee hereby provides notice that the Claims identified on **Schedule 1** attached hereto (collectively, the "Late-Filed Claims") were filed after the Claims Bar Date and such Late-Filed Claims shall be and are hereby Disallowed, expunged and removed from the Claims Register, without the need for any further order of the Court.

**PLEASE TAKE FURTHER NOTICE** the Liquidating Trustee and Wind-Down Debtors reserve all rights as set forth in the Plan and applicable law with respect to any Claims, including the Late-Filed Claims, and nothing contained herein shall be deemed or construed as a waiver of any rights.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 Cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/RiteAid2025. You may also obtain copies of any pleadings by visiting the Court's website at www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: April 21, 2026

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee
and the Wind-Down Debtors*

**Schedule 1**

| Claim Number, Unless Otherwise Indicated | Creditor | Debtor(s) | Date Filed | Asserted Claim Amount |
|---|---|---|---|---|
| 2530 | 5116 2nd LLC | Thrifty PayLess, Inc. | 2/10/2026 | $515,622.12 |
| 2560 | Coleman, Anthony | Rite Aid of New Jersey, Inc. | 3/18/2026 | $17,980.82 |
| 2565 | Downey, Stephanie | Rite Aid of New Jersey, Inc. | 3/19/2026 | $15,199.03 |
| 2564 | Hunter, Lewis | Rite Aid of New Jersey, Inc. | 3/19/2026 | $11,438.32 |
| 2558 | IBM CORPORATION | Rite Aid Corporation | 3/17/2026 | $60,241.14 |
| Case No. 25-14831, Docket No. 285 | JSK Lebanon LLC | Lakehurst and Broadway Corporation and Rite Aid of Pennsylvania, Inc. | 2/26/2026 | $118,156.00 |
| 2566 | LaChance, Erin | Rite Aid of New Jersey, Inc. | 3/20/2026 | $143,078.17 |
| 2557 | Littleton Realty Trust | Rite Aid of New Hampshire, Inc. | 3/13/2026 | $18,514.87 |
| 2563 | Motchnik, Jennifer | Rite Aid of New Jersey, Inc. | 3/18/2026 | $21,172.50 |
| 2559 | Scheepers, Andre | Rite Aid of New Jersey, Inc. | 3/18/2026 | $60,139.08 |
| 2562 | Stahl, Gerald | Rite Aid of New Jersey, Inc. | 3/18/2026 | $15,206.67 |
| 2568 | The Libman Company | New Rite Aid, LLC | 3/23/2026 | $75,632.52 |
| 2561 | Zlinsky, Christina | Rite Aid of New Jersey, Inc. | 3/18/2026 | $13,468.95 |