| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>David M. Bass, Esq.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>dbass@coleschotz.com<br>fyudkin@coleschotz.com<br><br>*Counsel to the Liquidating Trustee and the Wind-Down Debtors* |

**Order Filed on April 23, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY<br>CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK)<br><br>Related to Docket No. 281 |

### CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND MMDG LP PROPERTIES REGARDING LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS

The relief set forth on the following pages, numbered two (2) through seven (7), is

**ORDERED**.

**DATED: April 23, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page | 2)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND MMDG LP REGARDING LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS |

This Consent Order is made by and between Eric Kaup, the RAD Liquidating Trustee (the "Liquidating Trustee"), on behalf of the RAD Liquidating Trust and the above-captioned debtor and the other Wind-Down Debtors (the "Wind-Down Debtors") in the above-referenced chapter 11 cases (the "Chapter 11 Cases") and MMDG LP ("MMDG" and together with the Liquidating Trustee, the "Parties"), by and through their respective counsel of record, with regard to the following facts:

**WHEREAS**, MMDG, through an Assignment and Assumption of Lease dated April 15, 2007, and Rite Aid of Pennsylvania, Inc. n/k/a Rite Aid of Pennsylvania, LLC are parties to that certain Lease dated December 1, 2005 (as amended, modified or extended the "Lease") with respect to that certain premises located at 3700 Walnut Street, McKeesport, Pennsylvania; and

**WHEREAS**, on or about November 30, 2005, Rite Aid Corporation executed a Guaranty in favor of We Development Associates, LLC, the predecessor landlord under the Lease (the "Guaranty"); and

**WHEREAS**, New Rite Aid LLC and each of its affiliated debtors (collectively, the "Debtors"), including Rite Aid of Pennsylvania, LLC and Rite Aid Corporation, filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code on May 5, 2025 (the "Petition Date"), commencing the Chapter 11 Cases; and

**WHEREAS**, on November 11, 2025, the Debtors filed their *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 3215] (as modified, amended, and including all supplements, the "Plan"); and

70913/0001-52744619v2

(Page | 3)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND MMDG LP REGARDING LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS |

**WHEREAS**, on November 26, 2025, the Court entered *the Order Approving the Disclosure Statement and Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3445], and on December 15, 2025 entered the *Supplemental Order to Order Approving the Disclosure Statement and Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3536] confirming the Plan and approving and approving the Disclosure Statement [Docket No. 3216] (collectively, the "Confirmation Orders"); and

**WHEREAS**, Article VI.B of the Plan, as approved and confirmed by the Confirmation Orders, provides, in relevant part, that "For all purposes associated with distributions under the Plan, all guarantees by any Debtor of the obligations of any other Debtor, as well as any joint and several liability of any Debtor with respect to any other Debtor, shall be deemed eliminated so that any obligation that could otherwise be asserted against more than one Debtor shall result in a single distribution under the Plan. Any such Claims shall be released pursuant to Article X of the Plan and shall be subject to all potential objections, defenses, and counterclaims, and to estimation pursuant to section 502(c) of the Bankruptcy Code. . . ."; and

**WHEREAS**, on October 3, 2025, MMDG filed four (4) proofs of claim (each a "Claim" and collectively, the "Claims"), which are included on the register of claims maintained by the Court-appointed claims and noticing agent, Kroll Restructuring Administration LLC ("Kroll"); i.e., (i) Claim No. 2036, as a general unsecured claim, in the amount of $377,487.07 against Rite Aid of Pennsylvania, LLC, relating to pre-petition arrears alleged to be due to MMDG and

70913/0001-52744619v2

(Page | 4)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND MMDG LP REGARDING LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS |

damages alleged to have resulted from the rejection of the Lease; (ii) Claim No. 2037, as an administrative claim, in the amount of $18,068.01 against Rite Aid of Pennsylvania, LLC, for obligations alleged to be due for the post-Petition Date period prior to the rejection of the Lease (the "Lease Administrative Claim"); (iii) Claim No. 2038, as a general unsecured claim, in the amount of $377,487.07 against Rite Aid Corporation, on account of the Guaranty, relating to pre-petition arrears alleged to be due to MMDG and damages alleged to have resulted from the rejection of the Lease; and (iv) Claim No. 2039, as an administrative claim, in the amount of $18,068.01 against Rite Aid Corporation, on account of the Guaranty, for obligations alleged to be due for the post-Petition Date period prior to the rejection of the Lease (the "Guaranty Administrative Claim" and together with the Lease Administrative Claim, the "Alleged Administrative Claims"); and

WHEREAS, on February 24, 2026, the Liquidating Trustee filed the *Liquidating Trustee's First Omnibus Objection to Certain Duplicative Claims* [Case No. 25-14831 Docket No. 281] (the "Omnibus Claims Objection"), asserting with respect to the Alleged Administrative Claims that they are duplicative and requesting that Claim No. 2037 be expunged as a "Duplicative Claim" with Claim No. 2039 to serve as a "Surviving Claim"; and

WHEREAS, MMDG has disputed that the Alleged Administrative Claims are duplicative of one another and has requested that the Liquidating Trustee agree to preserve both Alleged Administrative Claims, while acknowledging that MMDG is entitled to only a single distribution on account of any allowed claim asserted in the Alleged Administrative Claims, in accordance

(Page | 5)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND MMDG LP REGARDING LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS |

with the Plan and applicable law, and the Liquidating Trustee has agreed to MMDG's request in accordance with the terms of this Consent Order.

NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY AGREED AND ORDERED AS FOLLOWS:

1. Subject to the terms of this Consent Order, the Plan and Confirmation Orders, each of the Claims shall survive and neither Alleged Administrative Claim shall be expunged in accordance with the Omnibus Claims Objection; *provided*, *however*, that MMDG shall be entitled to only a single distribution of account of its Claims, including a single distribution, if any, with respect to the Alleged Administrative Claims to the extent either or both of the Alleged Administrative Claim Claims is or are ultimately allowed.

2. This Consent Order is without prejudice to the rights of the Liquidating Trustee, Wind-Down Debtors, their estates, any successors thereto, and any other party in interest, including the Reorganized Debtors, to object to the Claims or any other proof of claim filed in the Chapter 11 Cases on any basis, and such rights are expressly preserved.

3. The Liquidating Trustee and Wind-Down Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Consent Order.

4. Kroll is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Consent Order.

70913/0001-52744619v2

(Page | 6)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND MMDG LP REGARDING LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS |

5.      Nothing in this Consent Order or the Omnibus Claims Objection is intended or shall be construed as a waiver of any of the rights the Liquidating Trustee or Wind-Down Debtors may have to enforce rights of setoff against MMDG.

6.      Nothing in the Objection or this Consent Order, nor any actions or payments made by the Liquidating Trustee or Wind-Down Debtors pursuant to this Consent Order, shall be construed as: (a) an admission as to the amount of, basis for, or validity of the Claims against the Wind-Down Debtors under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the Liquidating Trustee, Wind-Down Debtors, or any other party-in-interest's right to dispute the Claims; (c) a promise or requirement to pay any particular Claim; (d) an implication or admission that any particular Claim is of a type specified or defined in this Consent Order; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Wind-Down Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against MMDG under the Bankruptcy Code or any other applicable law.

7.      This Consent Order is effective immediately upon entry and is not subject to any stay under the United States Bankruptcy Code, the Federal Rule of Bankruptcy Procedure, or applicable nonbankruptcy law.

8.      This Consent Order may be executed and delivered in any number of original or facsimile or electronic counterparts, each of which shall be deemed an original.

70913/0001-52744619v2

(Page | 7)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND MMDG LP REGARDING LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS |

9.    This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to this Consent Order, including the interpretation, enforcement and implementation of this Consent Order.

[*Remainder of page intentionally left blank*]

70913/0001-52744619v2

(Page | 8)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND MMDG LP REGARDING LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS |

The undersigned hereby consent to the form and entry of this Consent Order:

Dated: As of March 18, 2026

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D.  Sirota, Esq.
Warren A.  Usatine, Esq.
David M. Bass, Esq.
Felice R.  Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

4938-7154-7548, v. 2

/s/ Dylan Mruczinski

**RIVKIN RADLER LLP**
Dylan Mruczinski, Esq.
926 RXR Plaza
Uniondale, NY 11556-0926
Telephone: (408) 295-1700
Email:  Dylan.Mruczinski@rivkin.com

*Counsel for MMDG LP*

70913/0001-52744619v2

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 25-14831-MBK

Lakehurst and Broadway Corporation                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alison Genova | on behalf of Interested Party Marcy Syms agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Katherine Quinn agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Bari Harlam agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Arun Nayar agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Michael Regan agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Andre Persaud agenova@wsgr.com lmcgee@wsgr.com |

District/off: 0312-3                                     User: admin                                          Page 2 of 5

Date Rcvd: Apr 23, 2026                              Form ID: pdf903                                    Total Noticed: 1

Alison Genova
on behalf of Interested Party Heyward Donigan agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Louis Miramontes agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party David Jessick agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party John Standley agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Myrtle Potter agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Daniel Miller agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Michael Savage agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Paul Gilbert agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Christopher Bohrer agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Robert Knowling  Jr. agenova@wsgr.com, lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Joseph Anderson  Jr. agenova@wsgr.com, lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Thomas Warburton agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Elizabeth Burr agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Kevin Lofton agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Bruce Bodaken agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Amanda Glover agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Justin Mennen agenova@wsgr.com  lmcgee@wsgr.com

Alyson M. Fiedler
on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com
john.acquaviva@icemiller.com,alexandria.lundberg@icemiller.com

Andrew Small
on behalf of Creditor RARED ALLENSTOWN  LLC asmall@wglaw.com

Andrew Small
on behalf of Creditor Rared Jaffrey  LLC asmall@wglaw.com

Andrew Small
on behalf of Creditor Rared Manchester NH  LLC asmall@wglaw.com

Andrew H. Sherman
on behalf of Other Prof. Alixpartners  LLP asherman@sillscummis.com

Anthony Sodono, III
on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com

Christopher J. Leavell
on behalf of Creditor OFP Wagradol PA2  LLC cleavell@klehr.com, lclark@klehr.com

Christopher P. Mazza
on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Courtney G. Schroeder
on behalf of Creditor WellDyneRx  LLC cschroeder@ghclaw.com

Daniel Stolz
on behalf of Interested Party Murray Avenue Market dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

District/off: 0312-3                                              User: admin                                                    Page 3 of 5
Date Rcvd: Apr 23, 2026                                       Form ID: pdf903                                             Total Noticed: 1

Daniel H. Reiss
> on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com

David M. Bass
> on behalf of Debtor Lakehurst and Broadway Corporation dbass@coleschotz.com

Donald F. Campbell, Jr.
> on behalf of Creditor WellDyneRx  LLC dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Elie Jonathan Worenklein
> on behalf of Creditor 1970 Group  Inc. eworenklein@debevoise.com,
> ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com

Evan C. Pappas
> on behalf of Interested Party 29 Katz Crew  LP epappas@tuckerlaw.com

Gregory D. Herrold
> on behalf of Interested Party Murray Avenue Kosher  Inc. gdherrold@duanemorris.com, gregory-herrold-2846@ecf.pacerpro.com

Jeffrey Kurtzman
> on behalf of Creditor Quakertown Joint Venture LLC kurtzman@kurtzmansteady.com

Jessica Apter
> on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter
> on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com

Jessica Apter
> on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

John Piskora
> on behalf of Creditor ACON Laboratories  Inc. jpiskora@loeb.com, nydocket@loeb.com,jpiskora@ecf.courtdrive.com

Joseph H. Lemkin
> on behalf of Creditor Edgemark Littleton LLC jlemkin@stark-stark.com

Joseph L. Schwartz
> on behalf of Creditor RSS Center  LLC jschwartz@riker.com

Leslie Carol Heilman
> on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com
> vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
> on behalf of Creditor Comcast Cable Communications Management  LLC HeilmanL@ballardspahr.com,
> vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Louis T. DeLucia
> on behalf of Creditor SKBB Investments louis.delucia@icemiller.com
> john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.
> basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman
> on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com

Mark A. Roney
> on behalf of Interested Party Star Capital Partners  LLC mroney@hillwallack.com,
> kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Matthew W. Bourda
> on behalf of Creditor ENGIE Power & Gas LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Matthew W. Bourda
> on behalf of Creditor Engie Power & Gas LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Matthew W. Bourda
> on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Michael Papandrea
> on behalf of Creditor VaxServe  Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com

Michael D. Sirota
> on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com
> fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
> .com

Michael D. Sirota
> on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com
> fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
> .com

Michael D. Sirota

District/off: 0312-3                          User: admin                                         Page 4 of 5

Date Rcvd: Apr 23, 2026                      Form ID: pdf903                             Total Noticed: 1

on behalf of Plaintiff Eric Kaup  in His Capacity as Liquidating Trustee to the Liquidating Trust msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael E. Holt

on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Creditor BM Properties mholt@formanlaw.com  kanema@formanlaw.com

Michael R. Herz

on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com  aedwards@foxrothschild.com

Michele M. Dudas

on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Oleh Matviyishyn

on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com

Paul M. Rosenblatt

on behalf of Creditor Inmar Rx Solutions  Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul M. Rosenblatt

on behalf of Creditor Wilmington Trust  NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul Stadler Pflumm

on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug
Benefit Fund ppflumm@mcdowelllegal.com
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcd
owelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

R. Edward Stone, III

on behalf of Interested Party Murray Avenue Market rstone@genovaburns.com

Richard A. O'Halloran

on behalf of Creditor Foothill Center Partners  LLC, a California limited liability partnership, the successor in interest to Foothill
Partners Ltd. richard.ohalloran@dinsmore.com,
lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert L. LeHane

on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor First Washington Realty  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Interested Party Thomas A. Pitta  Trustee of RAD Sub-Trust A rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Ross J. Switkes

on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com

Thomas S. Onder

on behalf of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust tonder@stark-stark.com

Turner Falk

on behalf of Creditor H.K.N. IV  LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William G. Wright

on behalf of Creditor Gitomer Family Realty LLC wwright@capehart.com  jlafferty@capehart.com

District/off: 0312-3                        User: admin                        Page 5 of 5

Date Rcvd: Apr 23, 2026                     Form ID: pdf903                     Total Noticed: 1

Wojciech F. Jung

    on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com
    cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com

Zhenyi Zhou

    on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com


TOTAL: 82