UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PAMELA ELCHERT THURMOND
Senior Attorney
City of Philadelphia
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0588 (fax)
Email: Pamela.Thurmond@phila.gov

| In Re: | Case No.: 25-14831 |
|---|---|
| LAKEHURST AND BROADWAY CORPORATION | Judge: MBK |

### CITY OF PHILADELPHIA'S RESPONSE TO OBJECTION TO CLAIM

AND NOW, comes the City of Philadelphia ("the City"), a  creditor in the above-captioned case, by and through its counsel, Pamela Elchert Thurmond, Senior Attorney to respond to the Claims Objection filed by the Liquidating Trustee.

The City avers the following in its objection thereto:

1.  On April 10, 2026, the Liquidating Trustee filed the Objection to certain of the City of Philadelphia's claim No. 2470 related to unfiled Tobacco Tax returns for 12/31/2020 to 12/31/2024.

2. The City filed unliquidated claim for unfiled tax returns.  These tax returns remain due and owing.

3. The City would request that the Liquidating Trustee filed the necessary tax returns to resolve this issue.

1

WHEREFORE, the City respectfully requests that this Court DENY the Liquidating

Trustee's Objection to the City's Claim.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: May 4, 2026                    By:      /s/ Pamela Elchert Thurmond
                                               PAMELA ELCHERT THURMOND
                                               Senior Attorney
                                               PA Attorney I.D. 202054
                                               Attorney for the City of Philadelphia
                                               City of Philadelphia Law Department
                                               1401 JFK Blvd., 5th Floor
                                               Philadelphia, PA  19102-1595
                                               215-686-0508 (phone)
                                               Email: Pamela.Thurmond@phila.gov