Law Office of Shmuel Klein PA
Attorney for HVP2 LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
email: shmuel.klein@verizon.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

In re:
LAKEHURST AND BROADWAY CORPORATION,
Debtor.1

_____

Chapter 11
Case No. 25-14861 (MBK)

TO: HONORABLE MICHAEL B. KAPLAN
United States Bankruptcy Judge

PLEASE TAKE NOTICE, that HVP2 LLC, by and through its undersigned counsel, submits the

attached Motion which will move on June 11, 2026 at 10:00am seeking an Order (i) Compelling the

Immediate Payment of its Administrative expenses, (ii) Obligating Debtor's newly created "liquidating

trust" to pay the Allowed Administrative expenses; and (iii) Granting such other relief as is just and

proper.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, HVP2 LLC will rely upon the

certification of counsel and brief filed in support of the relief requested.

PLEASE TAKE FURTHER NOTICE objections, if any, to the relief requested in the Motion shall: (i)

be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of

the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-1.

_____
 On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, *Lakehurst and Broadway Corporation*, Case No. 25-14831 (MBK). Except as otherwise provided herein, references to the "Docket" herein shall refer to the docket in the formerly jointly administered cases captioned *In re New Rite Aid, LLC*, Case No. 25-14861 (MBK).

WHEREFORE it is respectfully requested HVP2 LLC's motion be granted and Debtor be compelled to

pay $29,537.01 for post-petition Common Area Charges and penalties plus attorney's fees within 10

days of an Order of this Court.

Dated: May 4, 2026        Law Office of Shmuel Klein PA
                      BY: /s/ Shmuel Klein
                      Shmuel Klein, Esq.
                      Attorney for HVP2 LLC