Law Office of Shmuel Klein PA
Attorney for HVP2 LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
email:shmuel.klein@verizon.net
Caption in Compliance with D.N.J. LBR 9004-1(b)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

In re:
LAKEHURST AND BROADWAY CORPORATION,
Debtor.1                                         Chapter 11
_____         Case No. 25-14731 (MBK)


## ORDER GRANTING HVP2 LLC MOTION


The relief set forth on the following pages, it is **ORDERED**

_____
 On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, *Lakehurst and Broadway Corporation*, Case No. 25-14831 (MBK). Except as otherwise provided herein, references to the "Docket" herein shall refer to the docket in the formerly jointly administered cases captioned *In re New Rite Aid, LLC*, Case No. 25-14861 (MBK).

Upon the motion (the "Motion") of HVP2 LLC for entry of an order (this "Order") authorizing and approving adequate protection payments to the Movant for post-petition common area charges in the amount of $ 29,537.01 and attorney's fees to date in the amount of (without prejudice) of $38,249.00 and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the HVP2 LLC notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, including with respect to access to, and orderly transition of, pharmacy services of the Debtors' patients; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT**:

(a) The Motion is **GRANTED** as set forth herein.

(b) Debtor shall pay HVP2 LLC $ 29,537.01 for post petition common area charges;

(c) Attorney's fees are awarded to the Law office of Shmuel Klein PA in the amount of $38,249.00;

(d) Said amounts shall be paid within 10 days of an Order of this Court;

(e) This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order