**Invoice No: 2324398**
**Invoice Date:** 06/01/25

# UPSTATE
*Property Maintenance*
## Commercial Snow
## & Ice Management

PO Box 4353
Halfmoon, NY 12065
518-365-6016    upstatesnowandice@msn.com

## Invoice

**Bill to:**

Troy SRALP LLC,
c/o PropUp Management Group (NY GSC LLC)

12 Jeffery Place
Monsey, NY 10952

**For:**

**Services:** 2025 Landscaping

**Location:** 75-89 Vandenburgh Ave
Troy NY 12180

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Billing for 3rd of 7 payments for:<br><br>2025 landscaping contract | N/A | N/A | $ 2,490.00 |

| | |
|---|---|
| Sub Total | $ 2,490.00 |
| Sales Tax - 8% | $    199.20 |
| **Total Due** | **$ 2,689.20** |

*Thank You*