**STANDARD**

Invoice #: 1551
Invoice Date: 7/3/25
Due: 8/2/25

PropUp Management Group C/O Troy SRALP LLC.
12 Jeffrey Place
Monsey, NY 10952

Standard Sweeping, LLC.
PO Box 267
Ballston Spa, NY 12020

will@propupgroup.com

(518) 365-6981
inquire@standardsweeping.com

**Service address:**
75 Vandenburgh Ave.
Troy, NY 12180

| Service Date | Item | Unit Cost | Quantity | Price |
|---|---|---|---|---|
| 6/3/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/4/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/5/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/6/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/7/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/10/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/11/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/12/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/13/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/14/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/17/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/18/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/19/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/20/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/20/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/21/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/21/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/24/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/25/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/26/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/27/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 6/28/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |

Subtotal: $4180.00

Sales Tax: $334.40

**Total: $4514.40**

To pay this invoice online using a credit or debit card, you can do so by clicking here or by copying and pasting
the following url into your browser:
https://app.nektyd.com/standard-sweeping-llc-/invoice/pay?iid=277401&p=1w057p