

## Total due

# $250.88

Invoice #005704
Issued on May 29, 2025

### Payment

**Due May 29, 2025**
$250.88

Assessed odor issue, ran water in all sinks and dumped water in floor drain by the hot water tank to refill the traps with water, drains are functioning properly. Couldn't recreate and drain problems but after using the water wait and see if odor still persists

In our attempt to be greener, if you are making a payment with a check, we now accept them electronically. Thank you for your business, and as always we appreciate you.

**Customer**
Will Borshers
Troy Sralp, LLC
will@propupgroup.com
(518) 763-2044
65 Wolf Rd
Albany, NY

**Invoice details**
PDF created Jun 19, 2025
Service date May 29, 2025

# Service Location: St Peter's Hudson Valley Plaza

| Items | Quantity | Price | Total |
|---|---|---|---|
| Commercial Labor (Rate Per Hour) | 1 | $150.00 | $150.00 |
| Commercial Trip | 1 | $75.00 | $75.00 |
| | Subtotal | | $225.00 |
| | Sales Tax | | $18.00 |
| | Service Charge (3.5%) | | $7.88 |
| | **Total due** | | **$250.88** |

**Rotor-Matic**
**720 4th Street**
**WATERVLIET, NY 12189 United States**
rotormaticnow@gmail.com
(518) 465-8000

