

**NORTH EAST FIRE PROTECTION**
SYSTEMS, INC.
P.O. BOX 508
BURNT HILLS NY 12027
518-885-1115

# Contract Invoice

Invoice#: 7000-14438

Date: 07/07/2025

**Billed To:** Prop Up Management Group
7 Hana Lane
Monsey NY 10952

**Project:** Hudson Valley Plaza leaking 90 in Saint Pe
75 Vandenburgh Ave
Troy NY 12180

**Due Date:** 07/22/2025          **Terms:** 15DY          **Order#**

| Description | Amount |
| --- | --- |
| Service for Leaking 90 in Saint Peters space | |
| Labor | 548.50 |
| Fabrication | 66.50 |
| Material | 25.22 |
| Fuel surcharge | 15.00 |

**Notes:**
   Please see service report 3233 for a detail of work performed.

   Thank you for your business!

*A service charge of 12.00% per annum will be charged on all amounts
overdue on regular statement dates.*

*Thank you for your prompt payment!*

| | |
| --- | --- |
| Non-Taxable Amount: | 0.00 |
| Taxable Amount: | 655.22 |
| Sales Tax: | 54.91 |
| **Amount Due** | **710.13** |