National Grid - 7598881145 - 05.28.2025  PDF

Page 1 of 4   Edit   Mark up   Sign a copy   175%

# nationalgrid

| | | |
|---|---|---|
| **SERVICE FOR** | **BILLING PERIOD** | **PAGE 1 of 4** |
| TROY SRALP LLC | Apr 24, 2025  to May 23, 2025 | |
| 79 63 1/2 VANDENBURGH AVE | | |
| TROY NY 12180 | **ACCOUNT NUMBER** **PLEASE PAY BY** | **AMOUNT DUE** |
| | 75988-81145    Jun 21, 2025 | **$ 687.71** |

www.nationalgridus.com

C & I BUSINESS TEAM M-F 8-5
**1-800-664-6729**

GAS EMERGENCIES
**1-800-892-2345**
*(Does not replace 911 emergency medical service)*

OUTAGE AND ELECTRIC EMERGENCIES
**1-800-867-5222**

CORRESPONDENCE ADDRESS
**300 Erie Blvd West
Syracuse, NY 13202**

DATE BILL ISSUED
**May 28, 2025**

## ACCOUNT BALANCE

| | |
|---|---|
| Previous Balance | 801.82 |
| Payment Received on MAY 19 (*ACH*)    *THANK YOU* | - 801.82 |
| Current Charges | + 687.71 |
| **Amount Due ▶** | **$ 687.71** |

## SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | OTHER CHARGES/ ADJUSTMENTS | TOTAL |
|---|---|---|---|---|
| Electric Service | 271.32 | 196.08 | | 467.40 |
| Gas Service | 140.98 | 106.54 | | 247.52 |
| Other Charges/Adjustments | | | -27.21 | -27.21 |
| **Total Current Charges** | **$ 412.30** | **$ 302.62** | **-$ 27.21** | **$ 687.71** |

📌 Utility Worker Safety Reminder: State laws are in place to help protect utility workers while they are performing their job duties. Causing physical injury to, or assaulting, a utility worker is punishable by law, and penalties include potential jail time.

📌 **Payment concerns?** We are here to help. To learn about solutions to help you take control of your energy use and bills, visit www.ngrid.com/billhelp.

★ **WILL WE BE ABLE TO REACH YOU DURING A POWER OUTAGE?:** During a power outage, phones with a direct link to a local phone line are able to operate. Phones that are **not** directly linked (for example, wireless phones with answering machines) need electricity to make/receive calls. If you would like to register another phone number, such as a cell phone, as your account's primary phone number, please go to www.nationalgrid.com/myaccount to update your information so that we may be able to reach you with important information during power outages.

### Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:
Loadzone  Capital
**Acct No:** 75988-81145  **Cycle:** 19, TROY

| Electric Usage | | Gas Usage | |
|---|---|---|---|
| **Month** | **kWh** | **Month** | **Therms** |
| May 24 | 2480 | May 24 | 75 |
| Jun 24 | 4800 | Jun 24 | 03 |
| Jul 24 | 5840 | Jul 24 | 00 |
| Aug 24 | 4480 | Aug 24 | 00 |
| Sep 24 | 3440 | Sep 24 | 05 |
| Oct 24 | 1840 | Oct 24 | 117 |
| Nov 24 | 1520 | Nov 24 | 277 |
| Dec 24 | 1920 | Dec 24 | 966 |
| Jan 25 | 2160 | Jan 25 | 971 |
| Feb 25 | 3920 | Feb 25 | 1358 |
| Mar 25 | 2960 | Mar 25 | 762 |
| Apr 25 | 2880 | Apr 25 | 566 |
| May 25 | 2800 | May 25 | 216 |

**Billed Demand Last 12 months**

| | |
|---|---|
| Minimum | 4.8 |
| Maximum | 16.8 |
| Average | 10.1333 |

# nationalgrid

300 Erie Blvd West
Syracuse NY 13202-0960

TROY SRALP LLC
PROPUP GROUP
12 JEFFREY PL
MONSEY NY 10952

KEEP THIS PORTION FOR YOUR RECORDS.

RETURN THIS PORTION WITH YOUR PAYMENT.

| **ACCOUNT NUMBER** | **PLEASE PAY BY** | **AMOUNT DUE** |
|---|---|---|
| **75988-81145** | **Jun 21, 2025** | **$ 687.71** |

ENTER AMOUNT ENCLOSED

$ _____

*Write account number on check and make payable to National Grid*

082963

NATIONAL GRID
PO BOX 371376
PITTSBURGH PA 15250-7376

000068771  759888114540000687711172