# CITY OF TROY

### Water and Sewer Bill

Bill Date:   06/13/25

Bill #:   0000623

Account #: 52-2020004-0

Due Date:  07/18/25

Svc Addr:
75 VANDENBURGH AVE

| Mtr ID | Previous | | Present | | Bill Code | Usage | Water | Sewer | Total |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | Reading | DATE | Reading | | | | | |
| 001 | 1/14/25 | 423436 | 4/15/25 | 426776 | ACT. | 3340 | | | |
| | | | | | | CITY | $22.26 | $16.16 | $38.42 |
| | | | | | | COUNTY | | $58.28 | $58.28 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

This is your 3RD QTR BILL. A 5% PENALTY WILL BE ADDED THE DAY IT IS LATE AND AT EVERY 30 DAYS.FOR BILLING QUESTIONS,PLEASE CALL 518-279-7100. You can pay online at TROYNY.GOV

| Previous Balance | $0.00 |
|---|---|
| Total Due | $96.70 |

Keep Top Portion For Your Records

Please Include This Portion With Your Payment

### Water and Sewer Bill

Bill Date:      06/13/25
Bill #:          0000623
Account #:     52-2020004-0
Service Address: 75 VANDENBURGH AVE

Name:          TROY SRALP, LLC
Due Date:      07/18/25
Total Due:     $96.70

A 5% penalty is applied the day after due date and an additional 5% penalty is applied 30 days after the bill date if still unpaid.



**Billing and Service Information:**
City of Troy
Water Billing Department
TROY CITY HALL - 433 RIVER STREET
Troy, New York  12180

Remit to:
CITY OF TROY
TREASURER'S OFFICE
433 RIVER STREET
TROY, NEW YORK 12180

AMOUNT PAID _____

City of Troy
Water Billing Department
TROY CITY HALL - 433 RIVER STREET
Troy, New York  12180

| RATE INFORMATION | |
|---|---|
| CITY WATER | $4.532 |
| CITY SEWER | $3.232 |
| CNTY SEWER | $4.200 |
| PER 1000 GALLONS | |
| RATES EFFECTIVE 01/01/25 | |

TROY SRALP, LLC
C/O PROPUP GROUP
12 JEFFREY PLACE
MONSEY NY  10952