Case 25-14831-MBK Doc 388-27 Filed 05/04/26 Entered 05/04/26 18:30:32 Desc
Exhibit W - locksmith bill Page 1 of 1

Loudon Locksmith 04.07.25 PDF

File Edit View Help

18 of 42

Page 1 of 1 · Edit · Mark up · Sign a copy · 175%

**LOUDON LOCKSMITH SERVICE, INC.**
595 New Loudon Road Suite 125
Latham, New York 12110
**(518) 482-8066**

NAME Will Broaher
12 Jeffrey Pl., Monsey, NY 10952 DATE 04/07/25
ADDRESS Job: 75 Vandenburgh Ave, Troy, NY
12180

LOCATION
CHARGED ☐

BUS. PHONE will@propupgroup.com

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Service call and labor to supply and install new frame, door, and hardware | | |

Payment Due When Service Rendered – Credit Card Fee Additional

CUSTOMER'S SIGNATURE X Ashley

AUTHORIZATION FOR SECURITY/EMERGENCY SERVICES
I hereby certify that I have the authority to order the lock, key or security work designated above. Further, I agree to absolve the locksmith who bears this authorization from any and all claims arising from the performance of such work.

SIGNATURE

ADDRESS

| IF AUTO | | |
|---|---|---|
| YEAR | MAKE | LICENSE/SERIAL NUMBER |

| | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| ☐ SERVICE CHG. ☐ TRIP CHG. | |
| DATE | SUBTOTAL |
| | TAX |
| TOTAL | $4860.00 |

36200

**WORK ORDER INVOICE**