

J1  EXTERIOR ELEVATION - SHORT SIDE FRONT
1/8" = 1'-0"   RE: A3/A-101

J8  EXTERIOR ELEVATION - SHORT SIDE REAR
1/8" = 1'-0"   RE: A3/A-101

E1  EXTERIOR ELEVATION - LONG SIDE REAR
1/8" = 1'-0"   RE: A3/A-101

E11  ENLARGED EXTERIOR ELEVATION - FRONT
1/4" = 1'-0"   RE: A3/A-101

A1  EXTERIOR ELEVATION - LONG SIDE FRONT
1/8" = 1'-0"   RE: A3/A-101

A11  ENLARGED EXTERIOR ELEVATION - DT CANOPY
1/4" = 1'-0"   RE: A3/A-101

PHARMACY
RITE AID

RITE AID STORE #10687
75 VANDENBURGH AVENUE
RENSSELAER COUNTY
TROY, NEW YORK

BRUCE
RONAYNE
HAMILTON
ARCHITECTS

ARCHITECTURE
LAND PLANNING
INTERIOR DESIGN
3D VISUALIZATION

SHEET NOTES

1. WALL PACK LIGHTING. SEE ELECTRICAL DWGS FOR DETAILS
2. EXTERIOR SIGNAGE. SEE ELECTRICAL DWGS FOR DETAILS. PROVIDE SOLID BLOCKING AS ATTACHMENTS
3. PROVIDE METAL DRIP EDGE ABOVE DOORS
4. ROOF SCUPPER AND DOWNSPOUT SYSTEM. SEE K13/A-501 FOR ADDITIONAL INFORMATION. PROVIDE GALVANIZED STEEL DOWNSPOUT GUARD FROM BOTTOM TO 6'-0" A.F.F. COLOR OF GUARD: P-EXT-5.
5. BOLLARD. SEE CIVIL DWGS FOR DETAILS
6. EMERGENCY LIGHT FIXTURE. SEE ELECTRICAL DRAWINGS FOR DETAILS
7. SPRINKLER TEST CONNECTION AND GAS METER IN THIS AREA. G.C. TO COORDINATE WITH SPRINKLER CONTRACTOR. SEE FIRE PROTECTION AND PLUMBING DRAWINGS FOR DETAILS
8. WATER HEATER DRAIN LINES. SEE PLUMBING DWGS FOR DETAILS
9. DO NOT FROST ABOVE HEIGHT OF STEEL GONDOLA.
10. REMOTE DRIVE-THRU SYSTEM
11. TELEPHONE CONDUIT AND SECONDARY ELECTRIC CONDUIT. PAINT P-EXT-1. VERIFY FINAL COLOR WITH RCM. SEE ELECTRICAL DWGS. FOR DETAILS
12. ALTERNATE SIGN LOCATION AS APPROVED BY RITE AID
13. "EXIT ONLY" SIGN
14. STEEL SUPPORTS FOR OPEN CANOPY SYSTEM
15. PAINT EXTERIOR OF DOORS P-EXT-5.
16. MITERED BLOCK @ CORNER OF BR-4 (TYP. @ ALL CORNERS)

GENERAL NOTES

1. SEE SHEET A-803 FOR EXTERIOR MATERIAL SCHEDULE.
2. SEE SHEET A-802 FOR WINDOW TYPES.

LEGEND

EG-X  INDICATES EXTERIOR GRAPHIC LOCATION
MP-1  MATERIAL CALL OUT TAG. SEE A-803
100   INDICATES DOOR NUMBER (RE: K7/A-801)
      WINDOW TAG (RE: A-802)

REVISIONS

5/6/16 ISSUED FOR PERMIT/GC BIDDING

Drawn
Checked
Approved

Project No. 14-119
Date  6/5/16
Title
EXTERIOR
ELEVATIONS
Sheet No.

A-201