Law Office of Shmuel Klein PA
Attorney for HVP2 LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
email: shmuel.klein@verizon.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

In re:
LAKEHURST AND BROADWAY CORPORATION,
Debtor.1

                                                 Chapter 11
_____     Case No. 25-14831 (MBK)

<u>**NOTICE OF APPEARANCE**</u>

Notice is hereby given of the entry of the undersigned as counsel for HVP2 LLC, creditor.

Demand for all further notice and copies of all pleadings, papers and other material relevant to this

action should be directed to and served upon:

Law Office of Shmuel Klein PA
Attorney for HVP2 LLC
113 Cedarhill Ave
Mahwah, NJ 07430
email: shmuel.klein@verizon.net
845-425-2510

Dated: May 4, 2026
Mahwah, NJ                           _/s/ Shmuel Klein_
                               Shmuel Klein, Esq.

_____

 On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, *Lakehurst and Broadway Corporation*, Case No. 25-14831 (MBK). Except as otherwise provided herein, references to the "Docket" herein shall refer to the docket in the formerly jointly administered cases captioned *In re New Rite Aid, LLC*, Case No. 25-14861 (MBK).