FILED:BANKRUPTCY
2026 APR 27 PM3:5

**MARSHELL LANDRUM**
15333 CULVER DRIVE 340
IRVINE, CA 92604
808-321-4931
marshelllandrum@gmail.com
IN PROPRIA PERSONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARSHELL LANDRUM, AS COURT-APPOINTED PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL W. LANDRUM SR., <br><br><br> Movant, <br><br> vs. <br><br> New Rite Aid, LLC <br><br> Respondent. | Case No. 25-14861 (JKS) <br><br> **DECLARATION OF MARSHELL LANDRUM IN SUPPORT OF MOTION TO ENFORCE THE COURT'S ORDER AND CONFIRMED PLAN** <br><br> Chapter: 11 <br> Judge: Michael B. Kaplan |

I, Marshell Landrum, declare as follows:

1. I am the Personal Representative of the Estate of Michael W. Landrum Sr. I submit this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated here.

2. On July 21, 2025, the Court entered an order addressing Movant's request for relief from the automatic stay, granting limited stay relief to permit Movant to pursue claims solely against available insurance proceeds and to seek assignment of insurance rights from the Rite Aid Litigation Trust in accordance with the confirmed Plan. **A true and correct copy of that order is attached as Exhibit A.**

**DECLARATION OF MARSHELL LANDRUM IN SUPPORT OF MOTION TO ENFORCE THE COURT'S
ORDER AND CONFIRMED PLAN**

1

3. On or about March 16, 2026, I sent a written request to the Rite Aid Litigation Trust seeking assignment of the applicable insurance rights related to the claims at issue in this matter. Prior to this date I have consistently sent letters to the Rite Aid Litigation Trust. **A true and correct copy is attached as Exhibit B.**

4. On or about October 28, 2026, I sent a written request to the Rite Aid Litigation Trust seeking assignment of the applicable insurance rights related to the claims at issue in this matter. Prior to this date I have consistently sent emails to the Rite Aid Litigation Trust. **A true and correct copy is attached as Exhibit B.**

5. As of the date of this declaration, I have not received the requested assignment or a substantive response addressing the request.

6. On or about April 19, 2026, I also communicated with counsel for the Rite Aid Litigation Trust, including Cole Schotz P.C., regarding the request for assignment of insurance rights.

7. I have attempted to **meet and confer** with Rite and Aid Litigation Trust and Cole Schotz P.C before filing this motion, however, Counsel for Cole Schotz have intentionally obstructed further progress for insurance reassignment. **A true and correct copy of the response email from counsel is attached as Exhibit C**

8. Based on those communications, the Trust has not provided the requested assignment, and to date has not given me a substantive written response.

9. My request for assignment is based on the confirmed Plan, the Court's July 21, 2025 Order, that the Trust is obligated to cooperate in the process of identifying and assigning the applicable insurance rights.

10. I make this declaration in support of my motion to enforce the Court's prior order and confirmed Plan and to compel a response to my request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2026.

Executed on April 20, 2026

_Marshell Landrum_

Marshell Landrum,

2

Plaintiff in Propria Persona

3