# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

Lakehurst and Broadway Corporation

Case No.: _____25-14831_____

Hearing Date: ___June 9, 2026___

Chapter: _____11_____

Judge: ___Michael B. Kaplan___

## NOTICE OF HEARING

You are hereby notified of a hearing before _____Michael B. Kaplan_____,
in the United States Bankruptcy Court, District of New Jersey.

**Reason for Hearing:** ___Motion to Enforce Court Order Compel Assignments of Insurance Rights,___
and for Sanctions _____

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
  http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan

- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)

- If **In-Person**, at the following address:   Courtroom No. _8_
  Clarkson S. Fisher US Courthouse, 402 E. State St., Trenton, NJ 08608

**Date/Time of Hearing:** June 9, 2026 at 1:00 p.m. _____, or as soon thereafter as counsel may be heard.

**Court Appearances:**   (●) **Required by Zoom**   ( ) **Required In-Person**

( ) **Required by Telephone**   ( ) **Are NOT Required**

DATE: _May 5, 2026_____

JEANNE A. NAUGHTON, Clerk
By: Wendy Quiles_____, Deputy Clerk

---

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on May 5, 2026_____ this notice was served on the following:

Debtor, Debtor's Attorney and Marshell Landrum

JEANNE A. NAUGHTON, Clerk
By: _Wendy Quiles_____, Deputy Clerk

*rev. 8/24/23*