Ryan P. McCarthy, Esq. **Attorney ID#: 219022016**
James E. Goodley, Esq. **Attorney ID#:048572013**
**GOODLEY McCARTHY LLC**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Attorneys for Plaintiffs

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 25-14831 (MBK) |
| | Chapter 11 |
| LAKEHURST AND BROADWAY CORPORATION, | Hearing Date: <u>June 11, 2026</u> |
| Debtor. | |

## NOTICE OF MOTION TO PERMIT FILING OF LATE-FILED CLAIMS

To:    Wind Down Debtors
c/o COLE SCHOTZ P.C.
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza Borth, 25 Main Street
Hackensack, New Jersey 07601
msirota@colschotz.com
wusatine@colschotz.com
dbass@colschotz.com
fyudkin@colschotz.com

Liquidating Trustee
c/o COLE SCHOTZ P.C.
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza Borth, 25 Main Street
Hackensack, New Jersey 07601
msirota@colschotz.com
wusatine@colschotz.com

dbass@colschotz.com
fyudkin@colschotz.com

**PLEASE TAKE NOTICE** that on June 9, 2026 or as soon thereafter as counsel may be heard, Creditors Andre Scheepers, Gerald Stahl, Stephanie Downey, Lewis Hunter, Christina Zlinksy, Jennifer Motchnik, Anthony Coleman, and Erin Lopomo (collectively, "WARN Creditors"), through undersigned counsel, will move before the United States Bankruptcy Court for the District of New Jersey, for an Order granting WARN Creditor's Motion to Permit Filing of Late-Filed Claims.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Creditors shall rely upon the Brief in Support of the Motion, Exhibits 1-9 attached hereto, the Certification of Stephanie Downey, and any other documents filed on the Bankruptcy docket.

**PLEASE TAKE FURTHER NOTICE** that a copy of a proposed form of Order is submitted to the Court herewith.

Dated: May 5, 2026

Respectfully Submitted,

by:   /s/ Ryan P. McCarthy
Ryan P. McCarthy (219022016)
James E. Goodley (048572013)
**GOODLEY McCARTHY LLC**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541
james@gmlaborlaw.com
ryan@gmlaborlaw.com
james@gmlaborlaw.com

*Attorneys for WARN Creditors*

2