**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

In re:

LAKEHURST AND BROADWAY
CORPORATION,

       Debtor.

Case No. 25-14831 (MBK)

Chapter 11

**CERTIFICATION OF STEPHANIE DOWNEY IN SUPPORT OF MOTION TO
PERMIT THE FILING OF LATE-FILED CLAIMS**

STEPHANIE DOWNEY, of full age, hereby certifies as follows:

1.      I am the creditor who filed the proof of claim and administrative request for payment attached collectively at Exhibit 8 to the accompanying Motion to Permit the Filing of Late-Filed Claims.

2.      I was employed by Rite Aid as an Operations Manager, and worked for Rite Aid in New Jersey, at 701 Delran Parkway, Delran, NJ 08075.

3.      Throughout 2025, I and my coworkers, Andre Scheepers, Gerald Stahl, Lewis Hunter, Christina Zlinksy, Jennifer Motchnik, Anthony Coleman, and Erin Lopomo (collectively, "WARN Creditors"), who also worked for Rite Aid at 701 Delran Parkway, Delran, NJ 08075, received WARN letters from Rite Aid, informing us that Rite Aid would be closing facilities, that our employment would be terminated at an assigned date, and that we were eligible for and would receive severance under the Millville Dallas Airmotive Plant Job Loss Notification Act ("NJ WARN"). Attached at Exhibit 8 are two (2) of the letters I received, dated May 5, 2025 and December 10, 2025, respectively. The December 10, 2026 letter references previous WARN letters I received.

Doc ID: bdd84b3f831247ea24769231de5cc8d960c2e7cb

4.      I am aware that all WARN Creditors received the same WARN letters.

5.      Per the WARN letters, my and my coworkers' assigned termination dates were extended. In the last letter we received on December 10, 2025, we were informed that our termination dates were extended again, to occur during 14-day period commencing on December 31, 2025. The December 10, 2026 WARN letter confirmed that we were eligible for and would receive NJ WARN severance.

6.      The last day I and the other WARN Creditors worked for Rite Aid was December 31, 2025, our termination date.

7.      I am aware that, in or around the date of our terminations, Erin Lopomo sent messages to Rite Aid human services, inquiring about payment of severance to WARN Creditors.

8.      On January 13, 2026, for the first time, I and the other WARN Creditors were informed by Rite Aid human resources (hrservices@riteaid.com) that Rite Aid would not be paying the severance it promised in the WARN letters. Prior to this email, I did not receive even a hint from Rite Aid that our severance would not be paid.

9.      I never received notice, by mail, email or otherwise, that the deadline or bar date to file claims in the bankruptcy against Rite Aid was January 30, 2026.

10.     In or around January 2026, when I was reviewing the Kroll Restructuring Administration ("Kroll") website associated with the bankruptcy for New Rite Aid, LLC, Case No. 25-14861, I observed on the page titled, "Submit a Claim," under the heading "Date Highlights," that the General Bar Date was listed as "TBD."  Based on the Kroll site, I did not believe that a deadline had yet been set for creditors such as myself to file claims in the bankruptcy.

Doc ID: bdd84b3f831247ea24769231de5cc8d960c2e7cb

I hereby certify that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 05 / 05 / 2026

_____
Stephanie Downey

3