# EXHIBIT 2

**United States Bankruptcy Court for the District of New Jersey**

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| **Debtor:** Rite Aid of New Jersey, Inc. |
| **Case Number:** 25-14730 |

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | Anthony  Coleman | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor | |

| 2. **Has this claim been acquired from someone else?** | ☑ No |
|---|---|
| | ☐ Yes. From whom? |

| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| | Address1:  c/o Ryan McCarthy, Esq. | Address1: |
| | Address2:  1650 Market Street, Suite 3600 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City:  Philadelphia | City: |
| | State:  PA | State: |
| | Postal Code:  19103 | Postal Code: |
| | Country: | Country: |
| | Contact phone  215-394-0541 | Contact phone |
| | Contact email  ryan@gmlaborlaw.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. **Does this claim amend one already filed?** | ☑ No | |
|---|---|---|
| | ☐ Yes.   Claim number on court claims registry (if known)_____ | Filed on _____<br>MM  / DD  / YYYY |

| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? _____ |

**Proof of Claim**                                                                                      page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 17,980.82 .

**Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

NJ WARN and Contractual Unpaid Severance

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**Proof of Claim**

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | | **Amount entitled to priority** |
|---|---|---|

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies.   $_____

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**   $_____

---

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Ryan P. McCarthy*   03/18/2026

_____     _____
Electronic Signature                    Date

**Name of the person who is completing and signing this claim**

Name   Ryan P. McCarthy
       First name          Middle name          Last name

Title/Company   Attorney/Goodley McCarthy LLC
       Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   1650 Market Street

       Suite 3600

       Number          Street

       Philadelphia          PA          19103
       City                  State        ZIP Code      Country

Contact phone   215-394-0541                    Email   ryan@gmlaborlaw.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:

Address2:

Address3:

Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:

Address3:
Address4:
City:
State:
 Postal Code:
 Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

---------------------------------------------------------------------------------------------------------

 Attachment Filename:

A Coleman- Administrative Expense Form and exhibit.pdf

KROLL

Electronic Proof of Claim Confirmation:  3870-1-UHJFN-949778161

Claim Electronically Submitted on (UTC) :  2026-03-18T19:54:45.698Z

Submitted by:  Anthony Coleman
ryan@gmlaborlaw.com

KROLL

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | **REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE** |
|---|---|---|

| In re: Rite Aid of New Jersey, Inc. | Chapter 11  Case Number:  25-14730 | |
|---|---|---|

NOTE:  This form should not be used for an unsecured claim arising prior to the commencement of the case.  In such instances, a proof of claim should be filed.

| Name of Creditor: **Anthony Coleman** (The person or other entity to whom the debtor owed money or property.) | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Addresses Where Notices Should Be Sent: **Goodley McCarthy LLC c/o Ryan P. McCarthy LLC 1650 Market Street, Ste 3600 Philadelphia, PA 19103** | ☒ Check box if you have never received any notices from the bankruptcy court in this case.  ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this request: ☐ replaces a previously filed request, dated: ☐ amends a previously filed request, dated: |
|---|---|

| 1.  BASIS FOR CLAIM  ☐ Goods Sold  ☐ Services performed  ☐ Money loaned  ☐ Personal injury/wrongful death  ☐ Taxes  ☒ Other (Describe briefly) **NJ WARN and Contractual Unpaid Severance** | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)  ☒ Wages, salaries and compensations (Fill out below)  Provide last four digits of your social security number __3527____ |
|---|---|

2.  DATE DEBT WAS INCURRED:  **December 31, 2025**

3.  TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:  **$17,980.82**_____

☒ Check this box if the request includes interest or other charges in addition to the principal amount of the request.  Attach itemized statement of all interest or additional charges.

4.  Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:

☐ Real Estate          ☐ Motor Vehicle
☐ Other (Describe briefly)  _____

Value of Collateral:  $_____

☒ Check this box if there is no collateral or lien securing your claim.

| 5. **Credits**: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.  6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.  7. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date:  3/18/2026 | **Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).**  /s/ Ryan P. McCarthy_____ |
|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE:  The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).                    *rev.8/1/15*

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re: Rite Aid of New Jersey, Inc. (Case No. 25-14730)

Amounts Owed to Creditor Anthony Coleman for New Jersey WARN Act Severance[1]

| | |
|---|---|
| 2025 Weekly Salary and Value of Fringe Benefits- | $1,634.62 |
| Years of Service | 11 years |
| **TOTAL AMOUNT OWED:** | **$17,980.82** |

Creditor is also seeking attorney's fees and costs. *See* N.J.S.A. § 34:21-6

---

[1] N.J.S.A. § 34:21-2(b) ("The rate of severance pay provided by the employer pursuant to this subsection b. shall be the average regular rate of compensation received during the employee's last three years of employment with the employer or the final regular rate of compensation paid to the employee, whichever rate is higher.")