# EXHIBIT 6

**United States Bankruptcy Court for the District of New Jersey**

---

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Rite Aid of New Jersey, Inc.

**Case Number:** 25-14730

---

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. **This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

---

**Part 1:    Identify the Claim**

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | Jennifer  Motchnik | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor | |

| | |
|---|---|
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |

| | | |
|---|---|---|
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Address1:  c/o Ryan P. McCarthy, Esq.<br>Address2:  1650 Market Street<br>Address3:  Suite 3600<br>Address4:<br>City:  Philadelphia<br>State:  PA<br>Postal Code:  19103<br>Country:<br><br>Contact phone 215-394-0541<br>Contact email  ryan@gmlaborlaw.com<br><br>**Uniform Claim Identifier (if you use one)** | **Where should payments to the creditor be sent?** (if different)<br><br>Address1:<br>Address2:<br>Address3:<br>Address4:<br>City:<br>State:<br>Postal Code:<br>Country:<br><br>Contact phone<br>Contact email |

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.   Claim number on court claims registry (if known)_____   Filed on _____ MM / DD / YYYY |

| | |
|---|---|
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

---

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 21,172.50 .

**Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

NJ WARN and Contractual Unpaid Severance

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**Proof of Claim**                                                                 page 2

| | | Amount entitled to priority |
|---|---|---|

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

   A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies.   $_____

   * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**   $_____

---

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Ryan P. McCarthy*   03/18/2026

_____          _____
Electronic Signature                Date

**Name of the person who is completing and signing this claim**

Name    Ryan P. McCarthy

First name          Middle name          Last name

Title/Company    Attorney/Goodley McCarthy LLC

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    1650 Market Street

Suite 3600

Number          Street

Philadelphia          PA          19103

City          State          ZIP Code          Country

Contact phone    215-394-0541          Email    ryan@gmlaborlaw.com

**Proof of Claim**          page 3

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:

Address2:

Address3:

Address4:

City:

State:

Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:

Address2:

Address3:

Address4:
City:
State:
 Postal Code:

 Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------

 Attachment Filename:

J Motchnik- Administrative Expense Form and exhibits v2.pdf

KROLL

Electronic Proof of Claim Confirmation:  3870-1-OUYMZ-582718284

Claim Electronically Submitted on (UTC) :  2026-03-18T21:17:43.062Z

Submitted by:  Jennifer Motchnik
ryan@gmlaborlaw.com

**KROLL**

| United States Bankruptcy Court<br>District of New Jersey | | REQUEST FOR PAYMENT OF<br>ADMINISTRATIVE EXPENSE |
|---|---|---|

In re:

Rite Aid of New Jersey, Inc.

Chapter 11

Case Number:  25-14730

NOTE:  This form should not be used for an unsecured claim arising prior to the commencement of the case.  In such instances, a proof of claim should be filed.

Name of Creditor: Jennifer Motchnik
(The person or other entity to whom the debtor owed money or property.)

Name and Addresses Where Notices Should Be Sent:

Goodley McCarthy LLC
c/o Ryan P. McCarthy LLC
1650 Market Street, Ste 3600
Philadelphia, PA 19103

☐  Check box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars.

X  Check box if you have never received any notices from the bankruptcy court in this case.

☐  Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this request:
☐ replaces a previously filed request, dated:
☐ amends a previously filed request, dated:

1.  BASIS FOR CLAIM

☐  Goods Sold
☐  Services performed
☐  Money loaned
☐  Personal injury/wrongful death
☐  Taxes
X  Other (Describe briefly)
NJ WARN and Contractual Unpaid Severance

☐  Retiree benefits as defined in 11 U.S.C. §1114(a)
X  Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number  3859

2.  DATE DEBT WAS INCURRED:
December 31, 2025

3.    TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:  $21,172.50

X Check this box if the request includes interest or other charges in addition to the principal amount of the request.  Attach itemized statement of all interest or additional charges.

4.    Secured Claim
☐  Check this box if your claim is secured by collateral (including a right of setoff).
     Brief Description of Collateral:

☐  Real Estate          ☐  Motor Vehicle
☐  Other (Describe briefly)  _____

     Value of Collateral:  $_____

X  Check this box if there is no collateral or lien securing your claim.

5.  **Credits**:  The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6.  **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

     DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.
  If  the documents are voluminous, attach a summary.

7.  **Date-Stamped Copy**:  To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

Date:

3/18/2026

**Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).**

 /s/ Ryan P. McCarthy_____

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE:  The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).                    *rev.8/1/15*

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In Re: Rite Aid of New Jersey, Inc. (Case No. 25-14730)

Amounts Owed to Creditor Jennifer Motchnik for New Jersey WARN Act Severance[1]

2025 Weekly Salary and Value of Fringe Benefits:   $3,528.75

Years of Service:                                  6 years

**TOTAL AMOUNT OWED:**                             **$21,172.50**

Creditor is also seeking attorney's fees and costs. *See* N.J.S.A. § 34:21-6

---

[1] N.J.S.A. § 34:21-2(b) ("The rate of severance pay provided by the employer pursuant to this subsection b. shall be the average regular rate of compensation received during the employee's last three years of employment with the employer or the final regular rate of compensation paid to the employee, whichever rate is higher.")

# EXHIBIT 2



---------- Forwarded message ---------
From: **RiteAidNoticing** <RiteAidNoticing@ra.kroll.com>
Date: Mon, May 5, 2025 at 3:40 PM
Subject: Rite Aid WARN Notice Letter
To: RiteAidNoticing <RiteAidNoticing@ra.kroll.com>



**MAILING ADDRESS**

200 Newberry Commons

Etters, PA 17319

**(717) 761-2633**

May 5, 2025

VIA COMPANY EMAIL, PERSONAL EMAIL (IF KNOWN), AND OVERNIGHT MAIL

Re:  Your Employment Status

Dear Associate:

Since emerging from our financial restructuring process in September, our business has continued to experience financial challenges. Unfortunately, these challenges have only intensified as a result of the rapidly evolving healthcare and retail landscapes in which Rite Aid operates. As a result, we are writing to inform you about the status of your employment and notify you that Rite Aid will conduct employee separations in connection with the closing of certain facilities. This action will impact employees who work at or report into the locations listed on Exhibit A attached to the enclosed Notification Form under the Millville Dallas Airmotive Plant Job Loss Notification Act.

This action is expected to be permanent, and regretfully, we eventually will cease all operations at the facilities, with the first round of ongoing separations to commence on June 4, 2025. Your employment will

unfortunately be terminated during the 14-day window commencing June 4, 2025. Some associates may have their Termination Dates extended and if your Termination Date is changed, we will let you know as soon as is possible.

Bumping rights, if any, for bargaining unit employees are governed by the applicable collective bargaining agreements. There are no bumping rights for non-bargaining unit employees.

We apologize that we were unable to provide more advance notice of this action. We are providing this notice to you as soon as practicable. Rite Aid has been actively seeking capital, including negotiating with its lenders for additional capital to continue to run its business. Unfortunately, our efforts were unsuccessful.

Rite Aid only recently received notice from a significant vendor shortening and restricting payment terms, which could cause Rite Aid's loan to our lenders to be accelerated. Rite Aid's lenders have informed us that they will not provide future funding for Rite Aid to cover payroll and employment related expenses if we retain the entirety of our current workforce. As a result, we have no choice but to conduct employee separations at this time to enable us to continue to meet anticipated future payroll and employment related expenses.

In addition, the dramatic downturn in the economy, potential litigation, and increased costs (including tariffs) from our suppliers and landlords have necessitated employee separations that were unforeseen, as we were actively seeking funding and pursuing several alternative strategic transactions with the hope that this action could be avoided or postponed.

We reasonably believed that giving you earlier notice would have jeopardized our efforts to enter into one of those transactions and/or to secure required funding to continue to operate our business.

Rite Aid will now commence cases under chapter 11 of title 11 bankruptcy protection of the United States Bankruptcy Code.

We truly regret that this action is necessary. Through it all, your resilience and continued dedication to our mission have not gone unnoticed—and for that, we are truly grateful.

You may contact the HR Solutions Center at (888) 575-9318 or AskHR@riteaid.com, if you require further information.

Sincerely,

þÿ

Matthew C. Schroeder

Chief Executive Officer







**EXHIBIT A**

| Store Number | Store Address | Employer | County | Union |
|---|---|---|---|---|
| 00116 | 907 North High Street | Rite Aid of | Cumberland | UFCW Local 360 |

| | Millville, NJ 08332 | New Jersey, Inc. | | Sam Ferriano, President |
|---|---|---|---|---|
| | | | | 400 Commerce Lance, Rte. 73 |
| | | | | West Berlin, NJ 08091 |
| | | | | Tel: 856-767-4001 ext. 318 |
| | | | | Fax: 856-767-1460 |
| | | | | websteward@ufcw1360.org |
| 00135 | 217 Sunset Road Willingboro, NJ 08046 | Rite Aid of New Jersey, Inc. | Burlington | UFCW Local 360 See above contact information. |
| 00220 | 2 Upper Sarepta Road Belvidere, NJ 07823 | Rite Aid of New Jersey, Inc. | Warren | None |
| 00238 | 10 Portland Avenue Bergenfield, NJ 07621 | Rite Aid of New Jersey, Inc. | Bergen | 1199 SEIU Berta Silva, VP 310 W. 43rd Street, 10th Floor New York, NY 10036 Tel: 212-857-4268 BertaS@1199.org |
| 00425 | 3258 Bridge Avenue Point Pleasant, NJ 08742 | Rite Aid of New Jersey, Inc. | Ocean | UFCW Local 360 See above contact information. |
| 00789 | 501 Clements Bridge Road Barrington, NJ 08007 | Rite Aid of New Jersey, Inc. | Camden | UFCW Local 360 See above contact information. |
| 00833 | 1210 Route 130 N Ste 1408 Cinnaminson, NJ 08077 | Rite Aid of New Jersey, Inc. | Burlington | UFCW Local 360 See above contact information. |
| 00841 | 52 East Broad Street Bridgeton, NJ 08302 | Rite Aid of New Jersey, Inc. | Cumberland | UFCW Local 360 See above contact information. |
| 00843 | 608 North Warwick Road Somerdale, NJ 08083 | Rite Aid of New Jersey, Inc. | Camden | UFCW Local 360 See above contact information. |
| 01258 | 3400 New Jersey Avenue Wildwood, NJ 08260 | Rite Aid of New Jersey, Inc. | Cape May | None |
| 01318 | 130 East Main Street Penns Grove, NJ 08069 | Rite Aid of New Jersey, Inc. | Salem | UFCW Local 360 See above contact information. |
| 01321 | 4902 Westfield Avenue Pennsauken, NJ 08110 | Rite Aid of New Jersey, Inc. | Ocean | UFCW Local 360 See above contact information. |
| 01326 | 1801 Kuser Road Trenton, NJ 08690 | Rite Aid of New Jersey, Inc. | Mercer | UFCW Local 360 See above contact information. |
| 01360 | 265 Pascack Road Washington Township, NJ 07676 | Rite Aid of New Jersey, Inc. | Bergen | 1199 SEIU See above contact information. |
| 01596 | 480 Centennial Boulevard Voorhees, NJ 08043 | Rite Aid of New Jersey, Inc. | Camden | UFCW Local 360 See above contact information. |
| 01670 | 76 Smith Street Perth Amboy, NJ 08861 | Rite Aid of New Jersey, Inc. | Middlesex | 1199 SEIU See above contact information. |
| 01716 | 101 White Horse Pike Clementon, NJ 08021 | Rite Aid of New Jersey, Inc. | Camden | UFCW Local 360 See above contact information. |
| 01732 | 823 Cooper Landing Road Cherry Hill, NJ 08002 | Rite Aid of New Jersey, Inc. | Camden | UFCW Local 360 See above contact information. |

| 01736 | Richfield Shopping Center 1366 Clifton Avenue Clifton, NJ 07012 | Rite Aid of New Jersey, Inc. | Passaic | 1199 SEIU<br><br>See above contact information. |
|---|---|---|---|---|
| 01762 | 380 Harmony Road Gibbstown, NJ 08027 | Rite Aid of New Jersey, Inc. | Gloucester | UFCW Local 360<br><br>See above contact information. |
| 01778 | 596 Shrewsbury Avenue Tinton Falls, NJ 07701 | Rite Aid of New Jersey, Inc. | Monmouth | None |
| 01860 | 490 Hurfville-Cross Keys Sewell, NJ 08080 | Rite Aid of New Jersey, Inc. | Gloucester | UFCW Local 360<br><br>See above contact information. |
| 01866 | 375 White Horse Pike Atco, NJ 08004 | Rite Aid of New Jersey, Inc. | Camden | UFCW Local 360<br><br>See above contact information. |
| 01870 | 531 Us Highway 22 East Whitehouse Station, NJ 08889 | Rite Aid of New Jersey, Inc. | Hunterdon | None |
| 01917 | 236 South Delsea Drive Clayton, NJ 08312 | Rite Aid of New Jersey, Inc. | Gloucester | UFCW Local 360<br><br>See above contact information. |
| 02522 | 424 Route 9 Bayville, NJ 08721 | Rite Aid of New Jersey, Inc. | Ocean | UFCW Local 360<br><br>See above contact information. |
| 02527 | 2101 Route 70 Manchester, NJ 08759 | Rite Aid of New Jersey, Inc. | Ocean | UFCW Local 360<br><br>See above contact information. |
| 02530 | 220 Mathistown Road Little Egg Harbor, NJ 08087 | Rite Aid of New Jersey, Inc. | Ocean | UFCW Local 360<br><br>See above contact information. |
| 02561 | 332 Raritan Avenue Highland Park, NJ 08904 | Rite Aid of New Jersey, Inc. | Middlesex | UFCW Local 360<br><br>See above contact information. |
| 02707 | 31 Mule Road Toms River, NJ 08755 | Rite Aid of New Jersey, Inc. | Ocean | UFCW Local 360<br><br>See above contact information. |
| 03974 | 1041 Burnt Tavern Road Brick, NJ 08724 | Rite Aid of New Jersey, Inc. | Ocean | None |
| 04094 | 1000 Kings Highway West Deptford, NJ 08086 | Rite Aid of New Jersey, Inc. | Gloucester | None |
| 04193 | 3553 Washington Road Parlin, NJ 08859 | Rite Aid of New Jersey, Inc. | Middlesex | None |
| 04601 | 100 Warwick Road Stratford, NJ 08084 | Rite Aid of New Jersey, Inc. | Camden | UFCW Local 360<br><br>See above contact information. |
| 04746 | 132 North Gaston Avenue Somerville, NJ 08876 | Rite Aid of New Jersey, Inc. | Somerset | None |
| 04812 | 981 West Side Avenue Jersey City, NJ 07306 | Rite Aid of New Jersey, Inc. | Hudson | 1199 SEIU<br><br>See above contact information. |
| 04821 | 10 Lincoln Highway Edison, NJ 08820 | Rite Aid of New Jersey, Inc. | Middlesex | None |
| 06811 | 701 Delran Parkway Delran, NJ 08075 | Rite Aid of New Jersey, Inc. | Burlington | UFCW Local 1776<br><br>Wendell Young, President<br><br>3031 Walton Road, Suite 201<br><br>Plymouth Meeting, PA 19462<br><br>Tel: 610-940-1805<br><br>wyoungiv@ufcw1776.org |
| 07830 | 2093 Route 130 N Burlington, NJ 08016 | Rite Aid of New Jersey, | Burlington | None |

| | | Inc. | | |
|---|---|---|---|---|
| 10427 | 151 Route 94 Blairstown, NJ 07825 | Eckerd Corporation | Warren | None |
| 10440 | 1492 Chews Landing Road Laurel Springs, NJ 08021 | Eckerd Corporation | Camden | None |
| 10445 | 1360 Brace Road Cherry Hill, NJ 08034 | Eckerd Corporation | Camden | None |
| 10469 | 865 Route 45 Pilesgrove, NJ 08098 | Eckerd Corporation | Salem | None |
| 10484 | 1070 North Pearl Street Bridgeton, NJ 08302 | Eckerd Corporation | Cumberland | None |
| 10487 | 7 West Landis Avenue Vineland, NJ 08360 | Eckerd Corporation | Cumberland | None |
| 10488 | 970 North Main Road Vineland, NJ 08360 | Eckerd Corporation | Cumberland | None |
| 10490 | 1889 South Lincoln Avenue Vineland, NJ 08361 | Eckerd Corporation | Cumberland | None |
| 10512 | 811 Fischer Boulevard Toms River, NJ 08753 | Eckerd Corporation | Ocean | None |
| 10515 | 220 Route 70 Toms River, NJ 08755 | Eckerd Corporation | Ocean | None |
| 10413 | 60 Franklin Turnpike Waldwick, NJ 07463 | Genovese Drug Stores, Inc. | Bergen | None |
| 10432 | 354 State Route 57 West Washington, NJ 07882 | Thrift Drug, Inc. | Warren | None |
| 10443 | 702 Browning Rd Brooklawn, NJ 08030 | Thrift Drug, Inc. | Camden | None |
| 10453 | 409 Stokes Road Medford, NJ 08055 | Thrift Drug, Inc. | Burlington | UFCW Local 360<br><br>See above contact information. |
| 10465 | 480 Route 9 South Little Egg Harbor, NJ 08087 | Thrift Drug, Inc. | Ocean | None |
| 10468 | 860 Cooper Street Deptford, NJ 08096 | Thrift Drug, Inc. | Gloucester | None |
| 10471 | 664 Haddon Avenue Collingswood, NJ 08108 | Thrift Drug, Inc. | Camden | None |
| 10496 | 1 North New Prospect Road Jackson, NJ 08527 | Thrift Drug, Inc. | Ocean | None |
| 10507 | 101 South Main Street Forked River, NJ 08731 | Thrift Drug, Inc. | Ocean | None |
| 10509 | 702 Grand Central Avenue Lavallette, NJ 08735 | Thrift Drug, Inc. | Ocean | None |
| 10526 | 755 Memorial Pky (Us Hwy 22) Phillipsburg, NJ 08865 | Thrift Drug, Inc. | Warren | None |