# EXHIBIT 9

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE

✕



MENU



# New Rite Aid, LLC

Case No. 25-14861

case info  /  **submit a claim**

- **Case Navigation**

  Case Info

  Docket

  New Rite Aid, LLC, Case No. 25-14861

  Claims

  **Submit a Claim**

- **Quick Links**

  Voluntary Petitions

  Filing Press Release

  Letter to Customers

  Letter to Vendors

  Letter to Pharmacy Benefit Managers

First Day Motions

First Day Orders

Sale Documents

Bidding Procedures

Sale Notice

Record Date Notice

Notice of Interim NOL Order

Procedures for Transfers of
Common Stock

Procedures for Transfers of
Claims

Notice of Commencement

Plan & Disclosure Statement

Solicitation Materials

Summary of Claims
Treatment

Remaining Assets Auction
Notice

DN 890 Certain Lease
Assets Auction Notice

Amended Exhibit to Certain
Lease Assets Auction Notice

DN 1320 July Certain Leases
Auction Notice

DN 1321 July Certain Fee
Owned Properties Auction
Notice

Schedules & SOFA

Adv. Pro No. 25-01204
Gordon, II v. New Rite Aid,
LLC et al

Adv. Pro No. 25-01338
Whitfield v. New Rite Aid, LLC

Adv. Pro No. 26-01146
Lakehurst and Broadway
Corporation and Murray
Avenue Kosher, Inc.

Master Service List as of
4/6/2026

Date Highlights    File a Claim Electronically    File a Claim Via Mail    Privacy

## Submit a Claim

IN THIS CASE, PROOFS OF CLAIM MAY BE FILED EITHER ELECTRONICALLY VIA
THIS WEBSITE OR BY HARD COPY PRIOR TO THE BAR DATE WHICH IS THE
DEADLINE ESTABLISHED BY THE BANKRUPTCY COURT.

To file a proof of claim electronically, please enter the creditor's name and an email
address (where filing confirmation will be sent) in the fields below. Please note that
supporting documentation is limited to a single PDF attachment that is less than 5
megabytes in size and under 100 pages

## 2023 Proceedings

PLEASE NOTE:  This page has been established to provide information on filing a claim
in Rite Aid's 2025 Chapter 11 proceedings (Case No. 25-14861).  If you are seeking
information on filing a claim in Rite Aid's 2023 Chapter 11 proceedings (Case No. 23-
18993), you will need to visit the dedicated website for the 2023 Chapter 11 proceedings
by clicking here.

## Important Documents

Proof of Claim Form
Administrative Expense Form
Claim Withdrawal Form

## DATE HIGHLIGHTS

| | |
|---|---|
| May **5** 2025 | Petition Date |
| **TBD** | General Bar Date |
| **TBD** | Governmental Bar Date |

## FILE A CLAIM ELECTRONICALLY

To file a proof of claim electronically, please click here to go to Kroll Restructuring Administration's Online Claim Filing Portal. If submitted electronically using the Online Claim Filing Portal, additional hard-copy submission is not necessary. Please note that submission of claim forms via email and/or facsimile is not permitted.

## FILE A CLAIM VIA MAIL

Completed hard copy proof of claim forms should be sent to the following address:

If by first class mail:

New Rite Aid, LLC Claims Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

If by hand delivery, or overnight courier:

New Rite Aid, LLC Claims Processing Center

c/o Kroll Restructuring Administration LLC

850 3rd Avenue, Suite 412

Brooklyn, NY 11232

Please click here to download the Proof of Claim form. Please file proof(s) of claim via US Mail or other hand delivery system. Submission of claim forms via email and/or facsimile transmission is not permitted. You must file an originally executed proof of claim. If you would like a copy of your claim returned to you as proof of receipt, please enclose an additional copy and a self-addressed postage-paid envelope.

## Privacy of Information Collected

The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against the Debtors. Your proof of claim form must not contain medical records, complete social security numbers or tax identification numbers (only provide the last four digits), a complete birth date (only provide the year), the name of a minor (only provide the minor's initials) or a financial account number (only provide the last four digits of such financial account).

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration (formerly known as Prime Clerk) for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally,

such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.



terms of use        privacy notice        team

© 2026 Kroll. All rights reserved.
**PRIME CLERK®** is a Kroll Restructuring Administration LLC brand.