| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Ryan P. McCarthy, Esq.<br>GOODLEY McCARTHY LLC<br>One Liberty Place<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Attorneys for WARN Creditors<br>(215) 394-0541<br>ryan@gmlaborlaw.com | Case No.: _____25-14831_____<br><br>Chapter: _____11_____ |
| In Re:<br><br>LAKEHURST AND BROADWAY<br>CORPORATION,<br>Debtor | Adv. No.: _____<br><br>Hearing Date: ____June 11, 2026____<br><br>Judge: _____MBK_____ |

## CERTIFICATION OF SERVICE

1. I, _____Ryan McCarthy_____ :

   ☒ represent _____WARN Creditors_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____May 5, 2026_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion to Permit Filing of Late-Filed Claims, Brief in Support, Certification of Stephanie Downey, Exhibits 1-9, and proposed order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ____May 5, 2026_____          /s/ Ryan P McCarthy _____
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wind Down Debtors<br> c/o COLE SCHOTZ P.C.<br> Michael D. Sirota, Esq<br>Warren A. Usatine, Esq.<br> David M. Bass, Esq.<br> Felice R. Yudkin, Esq. | Counsel to Wind Down Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Liquidating Trustee<br> c/o COLE SCHOTZ P.C.<br> Michael D. Sirota, Esq.<br> Warren A. Usatine, Esq.<br> David M. Bass, Esq.<br> Felice R. Yudkin, Esq. | Counsel to Liquidating Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*