**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>    Debtor. | Case No. 25-14831 (MBK)<br>Chapter 11<br>Hearing Date: _____ |

**ORDER**

**AND NOW**, this _____ day of _____, 2026, upon consideration of Creditors Andre Scheepers, Gerald Stahl, Stephanie Downey, Lewis Hunter, Christina Zlinksy, Jennifer Motchnik, Anthony Coleman, and Erin Lopomo's (collectively, "WARN Creditors") Motion to Permit Late-Filing of Claims (the "Motion"), and all responses and replies thereto, it is hereby **ORDERED** that WARN Creditors' Motion is **GRANTED** as follows:

1.     WARN Creditors' proofs of claim and administrative expense claims are deemed timely filed.

**BY THE COURT:**

_____