

**Joshua M. Wyatt,**
**City Attorney**
j.wyatt@dover.nh.gov

**Jennifer R. Perez**
**Deputy City Attorney**
j.perez@dover.nh.gov

**288 Central Avenue**
**Dover, New Hampshire 03820-**
**4169**

**(603) 516-6520**
**Fax: (603) 516-6523**
**www.dover.nh.gov**

# *City of Dover, New Hampshire*
## *OFFICE OF CITY ATTORNEY*

April 28, 2026

**VIA FIRST CLASS MAIL**

Clerk's Office
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

FILED:BANKRUPTCY:NJB
2026 MAY 5 PM2:28:38

     RE:   In the Matter of New Ride Aid, LLC
           Docket No. 25-14861

Dear Sir/Madam:

Please be advised that the City of Dover would like to **withdraw and waive** its previously filed Administrative Expense claim in the amount of $1,075.97 that was received by your office on April 13, 2026 (see attached). We have received information from our financing office that the property owner has paid this claim in full.

If you have any questions or comments, please feel free to contact me.

Thank you for your assistance in this matter.

Sincerely,

Joshua M. Wyatt
City Attorney

JMW/pm
Enclosures

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | REQUEST FOR PAYMENT OF<br>ADMINISTRATIVE EXPENSE |
|---|---|

| In re:<br>New Rite Aid, LLC | Chapter 11<br><br>Case Number: 25-14861 | FILED:BANKRUPTCY:NJB<br>2026 APR 13 AM10:25 45 |
|---|---|---|

**NOTE:** This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor: CITY OF DOVER, NH<br>(The person or other entity to whom the debtor owed money or property.)<br><br>Name and Addresses Where Notices Should Be Sent:<br>City of Dover<br>ATT: Joshua Wyatt, Esq., City Attorney<br>Office of the City Attorney<br>288 Central Avenue<br>Dover, NH 03820 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | FILED:BANKRUPTCY:NJB<br>2026 APR 12 AM10:25 50<br><br><br>THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR<br>IDENTIFIES DEBTOR: (last 4) 1221 | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: |
|---|---|

| 1. BASIS FOR CLAIM<br><br>☐ Goods Sold<br>☒ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries and compensations (Fill out below)<br><br>Provide last four digits of your social security number _____ |
|---|---|

**2. DATE DEBT WAS INCURRED:** 5/6/2025 thru 4/9/2026

**3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:** __$1,075.97__

☒ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

**4. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral: NH RSA 38:22; NH RSA 149-I:11 & 679 Central Ave, Dover, NH 03820

☒ Real Estate      ☐ Motor Vehicle
☐ Other (Describe briefly) _____

Value of Collateral: $ 2,382,900.00 _____

☐ Check this box if there is no collateral or lien securing your claim.

**5. Credits:** The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

**6. Supporting Documents:** *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.
    If the documents are voluminous, attach a summary.

**7. Date-Stamped Copy:** To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

| Date:<br><br>April 10, 2026 | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br><br>/s/ Joshua M. Wyatt, Esq., City Attorney for City of Dover, NH |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**NOTE:** The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).
                                 *rev.8/1/15*



OFFICE OF CITY ATTORNEY
MUNICIPAL BUILDING
288 Central Avenue
Dover, NH 03820-4169

DOVER: First in New Hampshire
First with you!

30 APR 2026 PM 6 L



quadient
FIRST-CLASS MAIL
IMI
$000.74⁹
04/29/2026 ZIP 03820
043M31247032

US POSTAGE

VIA FIRST CLASS MAIL

Clerk's Office
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

08608-150705