UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gregory D. Herrold
40 Lake Center Drive
401 Route 73 North, Suite 200
Marlton, NJ 08053
Telephone: 856-874-4225
Fax: 856-424-4446
Email: gdherrold@duanemorris.com

Counsel for Murray Avenue Kosher, Inc.

| | |
|---|---|
| In Re:<br><br>LAKEHURST AND BROADWAY CORPORATION | Case No.:  25-14831 (MBK)<br><br>Chapter:  11<br><br>Hearing Date:  May 11, 2026<br><br>Judge:  Michael B. Kaplan |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Motion to Intervene Filed on behalf of Murray Avenue Kosher, Inc (Dkt. No. 304)

Date: May 7, 2026

*Gregory Herrold*
Signature

*rev.8/1/15*