| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>David M. Bass, Esq.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>dbass@coleschotz.com<br>fyudkin@coleschotz.com<br><br>*Counsel to the Liquidating Trustee and the Wind-Down Debtors* |

**Order Filed on May 14, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY<br>CORPORATION,<br><br>           Debtor.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

**CONSENT ORDER BETWEEN THE WIND-DOWN DEBTORS AND RAP ETTERS, LLC AND RAP MILFORD, LLC RESOLVING RESERVATION OF RIGHTS TO THE TENTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

    The relief set forth on the following pages, numbered three (3) through seven (7), is

**ORDERED**.

**DATED: May 14, 2026**

                                 *Honorable Michael B. Kaplan*
                                   United States Bankruptcy Judge

(Page | 2)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE WIND-DOWN DEBTORS AND RAP ETTERS, LLC AND RAP MILFORD, LLC RESOLVING RESERVATION OF RIGHTS TO THE TENTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES |

This Consent Order is made by and between RAP Etters, LLC (the "Etters Landlord") and RAP Milford, LLC (the "Milford Landlord" and together with the Etters Landlord, the "Landlords"), on the one hand, and Lakehurst and Broadway Corporation, together with New Rite Aid, LLC and other affiliated Wind-Down Debtors (as defined in the Plan, defined below, collectively, the "Debtors," and together with the Landlord, the "Parties"), on the other, by and through their respective counsel of record, with regard to the following facts:

**WHEREAS**, on or about July 30, 2007, the Etters Landlord and Rite Aid of Pennsylvania, Inc. n/k/a Rite Aid of Pennsylvania, LLC, one of the Debtors, entered into a nonresidential real property lease agreement (together with all amendments, modifications and extensions thereto, the "Etters Lease") for commercial space at 65 Newberry Parkway, Etters, Pennsylvania (the "Etters Premises") wherein the Debtors operated Store No. 11025; and

**WHEREAS**, on or about June 11, 2007, the Milford Landlord and Rite Aid of Delaware, Inc., one of the Debtors, entered into a nonresidential real property lease agreement (together with all amendments, modifications and extensions thereto, the "Milford Lease" and together with the Etters Lease, the "Leases") for commercial space at 677 North Dupont Boulevard, Milford, Delaware (the "Milford Premises" and together with the Etters Premises, the "Premises") wherein the Debtors operated Store No. 3749; and

**WHEREAS**, each of the Debtors filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code on May 5, 2025, commencing these chapter 11 cases (the "Bankruptcy Cases"); and

(Page | 3)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE WIND-DOWN DEBTORS AND RAP ETTERS, LLC AND RAP MILFORD, LLC RESOLVING RESERVATION OF RIGHTS TO THE TENTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES |

**WHEREAS**, on June 9, 2025, the Court entered that certain *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 776] (the "Final Rejection Procedures Order"); and

**WHEREAS**, on June 25, 2025, in accordance with the Final Rejection Procedures Order, the Debtors filed that certain *Tenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1093] (the "Tenth Rejection Notice"), seeking to reject, among other non-residential real property leases, the Leases, as of June 30, 2025 (the "Proposed Rejection Date"); and

**WHEREAS**, on July 7, 2025, the Landlords filed a *Reservation of Rights of RAP Etters, LLC and RAP Milford, LLC to the Tenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1348] (the "ROR"), reserving all rights with respect to, *inter alia*, the rejection of the Leases as of the Proposed Rejection Date, arguing, among other things, that the Debtors failed to comply with the Final Rejection Procedures Order and timely surrender the Premises as the Debtors had not, according to the Landlords, provided written confirmation to either of their respective Landlords that the Debtors have surrendered their respective Premises; and

**WHEREAS**, following the filing of the ROR, the Debtors provided written confirmation to the Landlords that the Debtors had surrendered their respective Premises as of June 30, 2025; and

68500/0009-52420839v1

(Page | 4)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE WIND-DOWN DEBTORS AND RAP ETTERS, LLC AND RAP MILFORD, LLC RESOLVING RESERVATION OF RIGHTS TO THE TENTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES |

**WHEREAS**, on January 28, 2026, the Milford Landlord filed a *Praecipe to Withdraw Reservation of Rights of RAP Milford, LLC Only to the Tenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 3717] (the "ROR Withdrawal"), whereby the Milford Landlord withdrew the ROR of the Milford Landlord only without prejudice, which ROR Withdrawal expressly noted that the Etters Landlord was not withdrawing the ROR; and

**WHEREAS**, the Debtors and the Landlords wish to resolve issues relating to the ROR, pursuant to the terms hereof, including, through and by way of (i) the agreed upon allowance and payment of use and occupancy cost relating to the Etters Premises for July 2025, in an amount that the Debtors and the Etters Landlord agree shall satisfy the Debtors' obligations, if any, under sections 365(d)(3) and 503(b) of the Bankruptcy Code for the month of July 2025, and (ii) the rejection of the Leases, effective July 11, 2025 (and each respective Landlords waiver of any rent or other claims relating to the Premises for the month of July 2025, other than the amounts previously paid or to be paid in accordance with this Consent Order).

NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY AGREED AND ORDERED AS FOLLOWS:

1. The Leases are and shall be rejected under section 365 of the Bankruptcy Code effective as of July 11, 2025 (the "Rejection Effective Date"), with the Debtors having vacated

68500/0009-52420839v1

(Page | 5)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE WIND-DOWN DEBTORS AND RAP ETTERS, LLC AND RAP MILFORD, LLC RESOLVING RESERVATION OF RIGHTS TO THE TENTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES |

and relinquished control of the Premises no later than the Rejection Effective Date in accordance with the Final Procedures Order.

2. Within seven (7) business days following the entry of this Consent Order, the Debtors or the Liquidating Trustee (as defined in the *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3445, Ex. A] (the "Plan")) shall pay to the Etters Landlord the amount of $11,250.00, which amount shall satisfy any claims for rent and other charges pursuant to sections 365(d)(3) and 503(b) of the Bankruptcy Code for the month of July 2025.

3. The Debtors and the Liquidating Trustee agree, on behalf of the Debtors' estates, to waive and relinquish any right to recover from the Milford Landlord, or seek the avoidance of, any amount paid to the Milford Landlord on account of the use and occupancy of the Milford Premises for the period of July 2025.

4. Any and all Personal Property that was located on or within either of the Premises as of the Rejection Effective Date shall be deemed to have been abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Effective Date. The Landlords, in their sole discretion and without further notice or order of this Court, are authorized (or deemed to have been authorized as of the Rejection Effective Date), to utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified, as of the Rejection Effective Date, to allow such use or disposition.

68500/0009-52420839v1

(Page | 6)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE WIND-DOWN DEBTORS AND RAP ETTERS, LLC AND RAP MILFORD, LLC RESOLVING RESERVATION OF RIGHTS TO THE TENTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES |

5.      The Wind-Down Debtors and Liquidating Trustee acknowledge and agree that the deadline for the filing for the allowance and/or payment of administrative expense claims in accordance with the Plan and the *Order Approving the Disclosure Statement For, and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3445] (the "Confirmation Order") was extended for the Landlords with the consent of the Wind-Down Debtors and the Liquidating Trustee for a period that would permit the resolution of the ROR. Nothing herein, however, is intended to extend the deadline for filing any additional claims following the date of entry of this Consent Order. Except as otherwise expressly set forth in this Consent Order, if no proof of claim or request for allowance of payment of an administrative expense claim is or has been timely filed, the Landlords shall be forever barred from asserting or filing any proof of claim or request for payment of an administrative expense claim beyond the periods set forth in the Plan and/or the Confirmation Order.

6.      The Debtors, the Liquidating Trust (as defined in the Plan) and the Landlords are authorized to take all actions necessary to effectuate the relief granted in this Consent Order and the rejection without further order from this Court.

7.      This Consent Order is effective immediately upon entry and is not subject to any stay under the United States Bankruptcy Code, the Federal Rule of Bankruptcy Procedure, or applicable nonbankruptcy law.

68500/0009-52420839v1

(Page | 7)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE WIND-DOWN DEBTORS AND RAP ETTERS, LLC AND RAP MILFORD, LLC RESOLVING RESERVATION OF RIGHTS TO THE TENTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES |

8.      This Consent Order may be executed and delivered in any number of original or facsimile or electronic counterparts, each of which shall be deemed an original.

9.      The Bankruptcy Court will retain jurisdiction to resolve any and all disputes relating to this Consent Order.

The undersigned hereby consent to the form and entry of this Consent Order:

Dated: As of April 9, 2026

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D.  Sirota, Esq.
Warren A.  Usatine, Esq.
David M. Bass, Esq.
Felice R.  Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and
the Wind-Down Debtors*

/s/ Corinne Samler Brennan

**KLEHR     HARRISON     HARVEY
BRANZBURG LLP**
Corinne Samler Brennan, Esquire
10000 Lincoln Drive East, Suite 201
Marlton, NJ 08053
Telephone: (856) 486-7900
Email: CBrennan@klehr.com

*Counsel for Counsel to RAP Etters, LLC and
RAP Milford, LLC*

68500/0009-52420839v1

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 25-14831-MBK

Lakehurst and Broadway Corporation                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: May 14, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID**           **Recipient Name and Address**
db                 +  Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

**Name**           **Email Address**

Alison Genova
on behalf of Interested Party Kevin Lofton agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Bruce Bodaken agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Heyward Donigan agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Michael Savage agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Christopher Bohrer agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Paul Gilbert agenova@wsgr.com  lmcgee@wsgr.com

District/off: 0312-3                              User: admin                                    Page 2 of 5

Date Rcvd: May 14, 2026                          Form ID: pdf903                                Total Noticed: 1

Alison Genova
                    on behalf of Interested Party Amanda Glover agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Robert Knowling  Jr. agenova@wsgr.com, lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Katherine Quinn agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Justin Mennen agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Louis Miramontes agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Marcy Syms agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Michael Regan agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Joseph Anderson  Jr. agenova@wsgr.com, lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Bari Harlam agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party David Jessick agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Daniel Miller agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Arun Nayar agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Thomas Warburton agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Elizabeth Burr agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party John Standley agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Myrtle Potter agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                    on behalf of Interested Party Andre Persaud agenova@wsgr.com  lmcgee@wsgr.com

Alyson M. Fiedler
                    on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com
                    john.acquaviva@icemiller.com,alexandria.lundberg@icemiller.com

Andrew Small
                    on behalf of Creditor RARED ALLENSTOWN  LLC asmall@wglaw.com

Andrew Small
                    on behalf of Creditor Rared Manchester NH  LLC asmall@wglaw.com

Andrew Small
                    on behalf of Creditor Rared Jaffrey  LLC asmall@wglaw.com

Andrew H. Sherman
                    on behalf of Other Prof. Alixpartners  LLP asherman@sillscummis.com

Anthony Sodono, III
                    on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com

Christopher J. Leavell
                    on behalf of Creditor OFP Wagradol PA2  LLC cleavell@klehr.com, lclark@klehr.com

Christopher P. Mazza
                    on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com
                    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Courtney G. Schroeder
                    on behalf of Creditor WellDyneRx  LLC cschroeder@ghclaw.com

Daniel Stolz
                    on behalf of Interested Party Murray Avenue Market dstolz@genovaburns.com
                    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

District/off: 0312-3                          User: admin                                    Page 3 of 5
Date Rcvd: May 14, 2026                       Form ID: pdf903                               Total Noticed: 1

Daniel H. Reiss
                    on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com

David M. Bass
                    on behalf of Debtor Lakehurst and Broadway Corporation dbass@coleschotz.com
                    fpisano@coleschotz.com;tdumbroff@coleschotz.com

Donald F. Campbell, Jr.
                    on behalf of Creditor WellDyneRx  LLC dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Elie Jonathan Worenklein
                    on behalf of Creditor 1970 Group  Inc. eworenklein@debevoise.com,
                    ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com

Evan C. Pappas
                    on behalf of Interested Party 29 Katz Crew  LP epappas@tuckerlaw.com

Gregory D. Herrold
                    on behalf of Interested Party Murray Avenue Kosher  Inc. gdherrold@duanemorris.com, gregory-herrold-2846@ecf.pacerpro.com

Jeffrey Kurtzman
                    on behalf of Creditor Quakertown Joint Venture LLC kurtzman@kurtzmansteady.com

Jessica Apter
                    on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com

Jessica Apter
                    on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter
                    on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

John Piskora
                    on behalf of Creditor ACON Laboratories  Inc. jpiskora@loeb.com, nydocket@loeb.com,jpiskora@ecf.courtdrive.com

Joseph H. Lemkin
                    on behalf of Creditor Edgemark Littleton LLC jlemkin@stark-stark.com

Joseph L. Schwartz
                    on behalf of Creditor RSS Center  LLC jschwartz@riker.com

Leslie Carol Heilman
                    on behalf of Creditor Comcast Cable Communications Management  LLC HeilmanL@ballardspahr.com,
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Louis T. DeLucia
                    on behalf of Creditor SKBB Investments louis.delucia@icemiller.com
                    john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.
                    basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman
                    on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com

Mark A. Roney
                    on behalf of Interested Party Star Capital Partners  LLC mroney@hillwallack.com,
                    kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Matthew W. Bourda
                    on behalf of Creditor ENGIE Power & Gas LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Matthew W. Bourda
                    on behalf of Creditor Engie Power & Gas LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Matthew W. Bourda
                    on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Michael Papandrea
                    on behalf of Creditor VaxServe  Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com

Michael D. Sirota
                    on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

District/off: 0312-3                          User: admin                                Page 4 of 5
Date Rcvd: May 14, 2026                      Form ID: pdf903                             Total Noticed: 1

Michael D. Sirota
on behalf of Plaintiff Eric Kaup  in His Capacity as Liquidating Trustee to the Liquidating Trust msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael E. Holt
on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt
on behalf of Creditor BM Properties mholt@formanlaw.com  kanema@formanlaw.com

Michael R. Herz
on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com  aedwards@foxrothschild.com

Michele M. Dudas
on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Oleh Matviyishyn
on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com

Pamela Elchert Thurmond
on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Paul M. Rosenblatt
on behalf of Creditor Inmar Rx Solutions  Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul M. Rosenblatt
on behalf of Creditor Wilmington Trust  NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul Stadler Pflumm
on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug
Benefit Fund ppflumm@mcdowelllegal.com
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcd
owelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

R. Edward Stone, III
on behalf of Interested Party Murray Avenue Market rstone@genovaburns.com

Rebecca Starner
on behalf of Defendant Express Scripts  Inc. rebecca.starner@huschblackwell.com,
serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Richard A. O'Halloran
on behalf of Creditor Foothill Center Partners  LLC, a California limited liability partnership, the successor in interest to Foothill
Partners Ltd. richard.ohalloran@dinsmore.com,
lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert L. LeHane
on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Interested Party Thomas A. Pitta  Trustee of RAD Sub-Trust A rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor First Washington Realty  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Ross J. Switkes
on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com

Ryan Patrick McCarthy
on behalf of Creditor Gerald Stahl ryan@gmlaborlaw.com

Ryan Patrick McCarthy

District/off: 0312-3                    User: admin                    Page 5 of 5

Date Rcvd: May 14, 2026                    Form ID: pdf903                    Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor Jennifer Motchnik ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | |
|  | on behalf of Creditor Stephanie Downey ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | |
|  | on behalf of Creditor Anthony Coleman ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | |
|  | on behalf of Creditor Andre Scheepers ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | |
|  | on behalf of Creditor Erin Lopomo ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | |
|  | on behalf of Creditor Lewis Hunter ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | |
|  | on behalf of Creditor Christina Zlinksy ryan@gmlaborlaw.com |
| Shmuel Klein | |
|  | on behalf of Creditor HVP 2 LLC shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Thomas S. Onder | |
|  | on behalf of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust tonder@stark-stark.com |
| Turner Falk | |
|  | on behalf of Creditor H.K.N. IV  LLC turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |
| William G. Wright | |
|  | on behalf of Creditor Gitomer Family Realty LLC wwright@capehart.com  jlafferty@capehart.com |
| Wojciech F. Jung | |
|  | on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com |
| Zhenyi Zhou | |
|  | on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com |

TOTAL: 93