**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

|  |  |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>        Debtor.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

**Order Filed on May 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**ORDER SUSTAINING LIQUIDATING TRUSTEE'S
THIRD OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM
PURSUANT TO SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2**

The relief set forth on the following pages, numbered two (2) through five (5) is

**ORDERED**.

**DATED: May 18, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree").  The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, *Lakehurst and Broadway Corporation*, Case No. 25-14831 (MBK).

(Page 2)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | ORDER SUSTAINING LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM PURSUANT TO SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2 |

Upon consideration of the *Liquidating Trustee's Third Omnibus Objection to Certain Proofs of Claim Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* (the "Objection")[1]; and upon consideration of the Kaup Declaration; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and it appearing that no other or further notice of the Objection need be provided; and upon the hearing held by the Court to consider the relief requested in the Objection (the "Hearing"), if any; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Wind-Down Debtors, their respective estates and creditors, and all parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon the record of the Hearing, if any, and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

(Page 3)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | ORDER SUSTAINING LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM PURSUANT TO SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2 |

2.    Each claim identified on **Schedule 3** attached to this Order is hereby disallowed and expunged in its entirety.

3.    Each of the No Liability Claims and No Documentation Claims identified on **Schedule 1** attached to this Order, is hereby disallowed and expunged to the extent such No Liability Claim asserts an administrative or priority claim.  To the extent such No Liability Claim asserts a general unsecured claim, it will remain on the Claims Register and such general unsecured portions of the No Liability Claims are neither allowed nor disallowed at this time, subject to the Liquidating Trustee and Wind-Down Debtors' rights to file additional substantive and non-substantive objections to any No Liability Claim and any other proofs of claim that have been or may be filed against the Debtors, which are expressly preserved.  Nothing herein shall constitute, nor shall it be deemed to constitute, the allowance of any of the No Liability Claims.

4.    Each of the Reclassified Claims identified on **Schedule 2** attached to this Order, is hereby reclassified in its entirety as a general unsecured claim. The Reclassified Claims will remain on the Claims Register and such claims are neither allowed nor disallowed at this time, subject to the Liquidating Trustee and Wind-Down Debtors' rights to file additional substantive and non-substantive objections to any Reclassified Claim and any other proofs of claim that have been or may be filed against the Debtors, which are expressly preserved.  Nothing herein shall constitute, nor shall it be deemed to constitute, the allowance of any of the Reclassified Claims.

5.    To the extent each of the Satisfied Claims identified on **Schedule 4** attached to this Order asserts an Administrative Claim or Other Priority Claim under the Plan, such Satisfied Claim

(Page 4)

Debtor:              LAKEHURST AND BROADWAY CORPORATION

Case No.             25-14831 (MBK)

Caption of Order:    ORDER SUSTAINING LIQUIDATING TRUSTEE'S THIRD OMNIBUS
OBJECTION TO CERTAIN PROOFS OF CLAIM PURSUANT TO
SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2

or portion of the Satisfied Claim in the amount set forth on **Schedule 4**, shall be deemed and hereby is satisfied in full.

6.      Kroll Restructuring Administration LLC, the Court-appointed claims and noticing agent in the Chapter 11 Cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

7.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an implication or admission as to the amount of, basis for, or validity of any particular claim against the Wind-Down Debtors under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the Wind-Down Debtors', Liquidating Trustee's, or any other party in interest's rights to dispute any claim (or portion thereof), including but limited to those claims identified on **Schedule 1**, **Schedule 2**, **Schedule 3**, or **Schedule 4** on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission, or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Objection or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission by the Liquidating Trustee as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Wind-Down Debtors' estates; (g) a waiver or limitation of the Liquidating Trustee's, the Wind-Down Debtors', or any other party in interest's, claims, causes of action, or other rights, including setoff or recoupment, under the Bankruptcy Code or any other applicable law; (h) an approval, assumption, adoption, or rejection of any agreement, contract,

(Page 5)

Debtor: LAKEHURST AND BROADWAY CORPORATION

Case No. 25-14831 (MBK)

Caption of Order: ORDER SUSTAINING LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM PURSUANT TO SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2

lease, program, or policy under section 365 of the Bankruptcy Code; (i) a concession by the Liquidating Trustee or Wind-Down Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Objection are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens; or (j) otherwise affecting the Liquidating Trustee's or Wind-Down Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract or unexpired lease.

8. Notice of the Objection as provided therein shall be deemed good and sufficient notice of such Objection and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

9. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**No Liability Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2092 | Barbara Ann Skucy by her POA Suzanne Williams | The Bartell Drug Company | 10/17/2025 | $0.00 | This claim fails to specify the claim amount or specifies the claim only as unliquidated | Section II, ¶¶19–21 |
| 2470 | City of Philadelphia Law Department | Rite Aid of Maryland, Inc. | 1/29/2026 | $0.00 | This claim fails to specify the claim amount or specifies the claim only as unliquidated | Section II, ¶¶19–21 |
| 2466 | CrowdStrike, Inc. | Rite Aid Corporation | 1/29/2026 | $0.00 | This claim fails to specify the claim amount or specifies the claim only as unliquidated | Section II, ¶¶19–21 |
| 2467 | CrowdStrike, Inc. | Rite Aid Hdqtrs. Corp. | 1/29/2026 | $0.00 | This claim fails to specify the claim amount or specifies the claim only as unliquidated | Section II, ¶¶19–21 |
| 2119 | Mahopac Improvements Owner, LLC | Rite Aid of New York, Inc. | 10/17/2025 | $0.00 | This claim fails to specify the claim amount or specifies the claim only as unliquidated | Section II, ¶¶19–21 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1770 | NFNY Business Trust | New Rite Aid, LLC | 9/8/2025 | $317,138.93 | This claim seeks recovery for rent and late fees. The Debtors timely paid their rent obligations. To the extent this claim asserts a claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for late fees, the claim should be disallowed. | Section II, ¶¶19–21 |
| 1909 | NFNY Business Trust | New Rite Aid, LLC | 9/23/2025 | $364,725.43 | This claim seeks recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 1910 | NFNY Business Trust | New Rite Aid, LLC | 9/23/2025 | $312,490.44 | This claim seeks recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 2089 | P&F Retail Associates, L.P. | Rite Aid of Pennsylvania, LLC | 10/15/2025 | $254,843.47 | This claim fails to specify the claim amount or specifies the claim only as unliquidated | Section II, ¶¶19–21 |

**Schedule 2**

**Reclassified Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 1283 | ABS Surplus-O LLC | Thrifty PayLess, Inc. | 8/7/2025 | $298,530.00 | This claim seeks recovery for rejection damages and taxes. To the extent this claim asserts a claim for rejection damages, this claim should be reclassified as unsecured. To the extent this claim asserts a claim for taxes, the Debtors have not received sufficient documentation to support this obligation and accordingly object on that basis. | Section III, ¶¶22–24 |
| 576 | Andrew Shapiro  SJN Clarmont Properties Associates LLC | New Rite Aid, LLC | 6/12/2025 | $55,511.00 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 2011 | Branciforte Apartments LLC | New Rite Aid, LLC | 9/30/2025 | $2,448,000.00 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1441 | Construction Systems Management, Inc. | New Rite Aid, LLC | 8/15/2025 | $9,630.00 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 622 | Expert Landscape Management Corp. | New Rite Aid, LLC | 6/16/2025 | $39,548.75 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 98 | Gradera Properties LLC | Rite Aid of Delaware, Inc. | 5/20/2025 | $8,335.03 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 328 | Heritage Companies LLC | New Rite Aid, LLC | 6/2/2025 | $4,039.07 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 923 | JB HUNT TRANSPORT, INC. | New Rite Aid, LLC | 7/11/2025 | $975,914.00 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 1334 | Jerome Alexander Consulting Corp | New Rite Aid, LLC | 8/8/2025 | $35,920.00 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 1514 | Kemgas Propane Service | New Rite Aid, LLC | 8/13/2025 | $1,863.92 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 2270 | Kindle, Elise | Rite Aid Corporation | 12/2/2025 | $1,000,000.00 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 193 | LePage's 2000, Inc. | Rite Aid Hdqtrs. Corp. | 5/27/2025 | $168,464.71 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 2204 | LG Lindenhurst Associates LLC | Rite Aid of New York, Inc. | 10/31/2025 | $617,885.26 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 639 | McNeil Industrial, Inc. | Thrifty Ice Cream, LLC | 6/18/2025 | $2,194.18 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 379 | Pacific World Corporation | New Rite Aid, LLC | 5/30/2025 | $232,962.30 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 394 | RL Albert & Son | New Rite Aid, LLC | 6/3/2025 | $599,972.00 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 1863 | Safeway Inc | Thrifty PayLess, Inc. | 9/18/2025 | $1,863.92 | This claim seeks recovery for rent, taxes, and rejection damages. The debtors have paid all rent amounts which are entitled to treatment as an administrative expense claim. To the extent this claim asserts an administrative expense claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for taxes, the Debtors have not received sufficient documentation to support this obligation and accordingly object on that basis. To the extent this claim asserts a claim for rejection damages, that claim should be reclassified as an unsecured claim. | Section III, ¶¶22–2 |
| 743 | SIENNA NV LLC | New Rite Aid, LLC | 6/27/2025 | $440,502.96 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–2 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 102 | Storefront.com Online Inc. | New Rite Aid, LLC | 5/20/2025 | $200,000.00 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 358 | Tax Compliance, Inc. | New Rite Aid, LLC | 6/3/2025 | $23,881.21 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 190 | TIM'S FLORAL | Rite Aid of Pennsylvania, LLC | 5/20/2025 | $36,061.96 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 1461 | UVeritech, Inc | New Rite Aid, LLC | 8/12/2025 | $5,547.84 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 421 | Westbelt Country Property Ltd. | New Rite Aid, LLC | 6/4/2025 | $3,953,559.84 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Reclassification | Objection Reference |
|---|---|---|---|---|---|---|
| 795 | Wine Barrel Holdings, LLC. | New Rite Aid, LLC | 6/30/2025 | $531,138.18 | This claim was filed as a 503(b)(9) claim but does not reflect goods received by a Debtor in the ordinary course of business within 20 days of the Petition Date. | Section III, ¶¶22–24 |
| 253 | WY Heritage Grove LLC | New Rite Aid, LLC | 5/28/2025 | $54,332.74 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–2 |
| 786 | WY Heritage Grove, LLC | New Rite Aid, LLC | 6/30/2025 | $80,565.00 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–2 |

## Schedule 3

### No Supporting Documentation Claims

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1283 | ABS Surplus-O LLC | Thrifty PayLess, Inc. | 8/7/2025 | $298,530.00 | This claim seeks recovery for rejection damages and taxes. To the extent this claim asserts a claim for rejection damages, this claim should be reclassified as unsecured. To the extent this claim asserts a claim for taxes, the Debtors have not received sufficient documentation to support this obligation and accordingly object on that basis. | Section IV, ¶¶25–27 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1863 | Safeway Inc | Thrifty PayLess, Inc. | 9/18/2025 | $1,863.92 | This claim seeks recovery for rent, taxes, and rejection damages. The debtors have paid all rent amounts which are entitled to treatment as an administrative expense claim. To the extent this claim asserts an administrative expense claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for taxes, the Debtors have not received sufficient documentation to support this obligation and accordingly object on that basis. To the extent this claim asserts a claim for rejection damages, that claim should be reclassified as an unsecured claim. | Section IV, ¶¶25–27 |

**Schedule 4**

**Satisfied Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 870 | 7245 Henry Clay Blvd Properties, LLC | Rite Aid of New York, Inc. | 6/25/2025 | $121,242.78 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 1619 | A.L. GEORGE, LLC | Rite Aid of New York, Inc. | 8/22/2025 | $29,189.13 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1803 | Abarta Coca-Cola Beverages, LLC | New Rite Aid, LLC | 9/12/2025 | $261,328.54 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 600 | Abbott Nutrition, div. of Abbott Laboratories Inc. | New Rite Aid, LLC | 6/13/2025 | $1,861,643.39 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 981 | AG WGI, LLC | Rite Aid of Virginia, Inc. | 7/14/2025 | $147,771.43 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 2184 | Amos Sweets Inc | Rite Aid Hdqtrs. Corp. | 10/24/2025 | $145,362.00 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2347 | Amroyan, Narine | New Rite Aid, LLC | 12/30/2025 | $53,911.76 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 37 | Appelco Packaging, Inc dba EWA Industries | Thrifty Ice Cream, LLC | 5/16/2025 | $43,207.45 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 2495 | ARC DBPPROP001, LLC | Rite Aid of New Hampshire, Inc. | 1/30/2026 | $299,868.61 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 147 | Arthur R. Gren Co., Inc. | Rite Aid of New York, Inc. | 5/27/2025 | $15,971.81 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1683 | BIC USA Inc | New Rite Aid, LLC | 8/26/2025 | $298,123.92 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 286 | Blumel-211 Associates, LLC | Eckerd Corporation | 5/28/2025 | $29,552.67 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 28 | Bon Suisse, Inc. | New Rite Aid, LLC | 5/14/2025 | $4,288,673.84 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 165 | Brown & Haley | New Rite Aid, LLC | 5/20/2025 | $32,675.93 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1755 | Canada Dry Delaware Valley Bottling | Rite Aid of Delaware, Inc. | 9/5/2025 | $53,737.40 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 556 | CG Roxane LLC | New Rite Aid, LLC | 6/11/2025 | $70,557.24 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 994 | Coca-Cola Bottling Co., Yakima & Tri-Cities, Inc | New Rite Aid, LLC | 7/16/2025 | $11,373.21 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 580 | Compass Health Brands Corp. | New Rite Aid, LLC | 6/12/2025 | $580,475.26 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1754 | Davidovicz, Paul | New Rite Aid, LLC | 9/5/2025 | $138,461.52 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |
| 518 | Donaghy Sales LLC | New Rite Aid, LLC | 6/6/2025 | $330,359.84 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |
| 921 | Dora's Naturals Inc | New Rite Aid, LLC | 7/3/2025 | $79,066.00 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2438 | Dr. Bronner's Magic Soaps | New Rite Aid, LLC | 1/16/2026 | $78,972.96 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 845 | E.T. Browne Drug Company | New Rite Aid, LLC | 6/24/2025 | $13,885.56 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 883 | FIJI Water Company LLC | New Rite Aid, LLC | 7/3/2025 | $92,409.36 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2258 | Foundation Consumer Healthcare, LLC | Rite Aid Corporation | 11/19/2025 | $2,009,373.36 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 356 | Fresno Beverage Company Inc | Thrifty PayLess, Inc. | 5/27/2025 | $402,831.70 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 6 | GOLD COAST INGREDIENTS INC. | New Rite Aid, LLC | 5/12/2025 | $88,880.88 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1423 | HPT (GEISTOWN), L.P. | Rite Aid of Pennsylvania, LLC | 8/8/2025 | $286,731.44 | This claim seeks recovery for rent and taxes. The debtors have paid all amounts of post-petition rent which are entitled to treatment as an administrative expense claim. To the extent this claim asserts a claim for post-petition rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for taxes, the Debtors have not received sufficient documentation to support this obligation and accordingly object on that basis. | Section V, ¶¶28–30 |
| 1296 | HS Belmont LLC | Thrifty PayLess, Inc. | 8/6/2025 | $173,952.14 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 951 | Jacjhin LLC | Eckerd Corporation | 7/7/2025 | $376,335.04 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 648 | Jackson & Coker Locums Tenens, LLC | Rite Aid of Virginia, Inc. | 6/17/2025 | $6,990.00 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |
| 999 | Japonesque, LLC. | New Rite Aid, LLC | 7/16/2025 | $188,120.46 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
| --- | --- | --- | --- | --- | --- | --- |
| 473 | Jordanos, Inc./Pacific Beverage Company | New Rite Aid, LLC | 6/6/2025 | $169,327.16 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1561 | Kiss Nail Products Inc. | Rite Aid Corporation | 8/21/2025 | $935,494.56 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 800 | LAKE CONSUMER PRODUCTS INC | New Rite Aid, LLC | 6/26/2025 | $19,321.04 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1802 | Liberty Coca-Cola Beverages, LLC | New Rite Aid, LLC | 9/12/2025 | $245,846.61 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1005 | Lift Off Distribution, LLC | New Rite Aid, LLC | 7/16/2025 | $19,097.64 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 372 | Little Spring Water LLC | New Rite Aid, LLC | 6/3/2025 | $115,065.60 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2174 | Manhattan Beer Distribtors, LLC | Genovese Drug Stores, Inc. | 10/22/2025 | $96,430.93 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 2173 | Manhattan Beer Distributors, LLC | Rite Aid of New York, Inc. | 10/22/2025 | $195,024.42 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 2175 | Manhattan Beer Distributors, LLC | Eckerd Corporation | 10/22/2025 | $13,255.04 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2176 | Manhattan Beer Distributors, LLC | Drug Palace, Inc. | 10/22/2025 | $3,058.49 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 287 | Marist Centerpoint, LLC | Eckerd Corporation | 5/28/2025 | $16,979.58 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 1736 | Matagrano Inc | Thrifty PayLess, Inc. | 9/3/2025 | $53,745.24 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1790 | Mettler Packaging LLC | New Rite Aid, LLC | 9/10/2025 | $56,286.72 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 383 | MJM Sourcing, LLC | New Rite Aid, LLC | 5/27/2025 | $727,623.58 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1646 | Motisi, Christian | New Rite Aid, LLC | 8/28/2025 | $4,039.20 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1770 | NFNY Business Trust | New Rite Aid, LLC | 9/8/2025 | $317,138.93 | This claim seeks recovery for rent and late fees. The Debtors timely paid their rent obligations. To the extent this claim asserts a claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for late fees, the claim should be disallowed. | Section V, ¶¶28–30 |
| 613 | Nguyen, Jack | New Rite Aid, LLC | 6/16/2025 | $47,937.12 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 325 | North Coast Mercantile Co., Inc. | New Rite Aid, LLC | 5/30/2025 | $15,960.85 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 62 | Northside Food Company | Thrifty Ice Cream, LLC | 5/20/2025 | $179,520.00 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |
| 539 | NW Beverages LLC | New Rite Aid, LLC | 6/10/2025 | $6,133.28 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |
| 1099 | Pharmavite LLC | New Rite Aid, LLC | 7/24/2025 | $2,171,037.84 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 158 | Private Projects Inc | New Rite Aid, LLC | 5/20/2025 | $32,954.98 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |
| 1623 | Pure Distribution US LLC | Rite Aid Hdqtrs. Corp. | 8/24/2025 | $171,235.52 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |
| 588 | Quantbiome Inc dba Ombre | New Rite Aid, LLC | 6/12/2025 | $22,416.00 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1798 | Reyes Coca Cola Bottling | New Rite Aid, LLC | 9/12/2025 | $415,251.30 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 782 | Reyes Holdings and its Affiliates | Thrifty PayLess, Inc. | 6/30/2025 | $1,896,243.86 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 1825 | Roose, Tenica A | New Rite Aid, LLC | 9/15/2025 | $25,489.80 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1863 | Safeway Inc | Thrifty PayLess, Inc. | 9/18/2025 | $308,533.00 | This claim seeks recovery for rent, taxes, and rejection damages. The debtors have paid all rent amounts which are entitled to treatment as an administrative expense claim. To the extent this claim asserts an administrative expense claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for taxes, the Debtors have not received sufficient documentation to support this obligation and accordingly object on that basis. To the extent this claim asserts a claim for rejection damages, that claim should be reclassified as an unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 592 | SAJ-LLC | New Rite Aid, LLC | 6/12/2025 | $17,298.00 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 178 | Sequoia Beverage Company, LP | Thrifty PayLess, Inc. | 5/16/2025 | $63,264.21 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 433 | Shamrock Brands, LLC | New Rite Aid, LLC | 6/4/2025 | $74,776.38 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 392 | Sharp Packaging Systems | Rite Aid Hdqtrs. Corp. | 6/3/2025 | $224,824.00 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1726 | SLF Properties LLC, a California limited liability company | Rite Aid Corporation | 9/2/2025 | $363,399.73 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 941 | Southern Glazer's Wine and Spirits of Washington, LLC | Thrifty PayLess, Inc. | 7/7/2025 | $40,324.90 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 57 | SPI West Port, Inc | New Rite Aid, LLC | 5/19/2025 | $115,300.80 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1059 | STAPLES INC., FOR ITSELF AND AS DESCRIBED ON ATTACHED ANNEX TO PROOF OF CLAIM | Rite Aid Corporation | 6/30/2025 | $2,226,447.92 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 7 | Supply Source Inc | New Rite Aid, LLC | 5/12/2025 | $52,949.09 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1800 | Swire Pacific Holdings Inc. | New Rite Aid, LLC | 9/12/2025 | $267,484.60 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 1450 | Takeya USA Corporation | Rite Aid of Maryland, Inc. | 8/14/2025 | $65,344.00 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 882 | Tekle, Sefanit M | New Rite Aid, LLC | 7/4/2025 | $14,176.51 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1028 | The Village Company LLC | Rite Aid Corporation | 7/18/2025 | $31,842.42 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 195 | Tim's Floral | Rite Aid of Pennsylvania, LLC | 5/20/2025 | $6,578.68 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |
| 577 | Woodstream Corp | New Rite Aid, LLC | 6/12/2025 | $44,896.60 | This claim has been satisfied in accordance with the procedures set forth in the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1904 | Zimmer Development Company of Virginia, L.P. | Eckerd Corporation | 9/22/2025 | $192,174.79 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-14831-MBK

Lakehurst and Broadway Corporation                                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: May 18, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

**Recip ID              Recipient Name and Address**
db                     + Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                          Signature:            /s/Gustava Winters