<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</td><td></td></tr>
<tr><td>

Caption in Compliance with D.N.J. LBR 9004-1(b)
**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
R. Edward Stone III, Esq.
Tel: (973) 533-0777
Fax: (973) 814-4045
Dstolz@genovaburns.com
Rstone@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
*Local Counsel for Murray Avenue Market*

and -

**WH BURKLEY, LLP**
Kirk B. Burkley, Esq. (pro hac) PA Bar ID 89511
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8100 Telephone
(412) 456-8135 Facsimile
E-Mail kburkley@bernsteinlaw.com
*Counsel for Murray Avenue Market*

</td><td>

Case No. 25-14831-MBK

Chapter 11

Hon. Michael B. Kaplan

Hearing Date:

</td></tr>
<tr><td>

In Re:

LAKEHURST AND BROADWAY
CORPORATION,

        Wind-Down Debtors.

</td><td></td></tr>
</table>

## ORDER APPROVING THE MOTION TO ENFORCE SETTLEMENT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**(Page 2)**

Debtor:              Lakehurst and Broadway Corporation

Case no.:            25-14831-MBK

Caption of Order:    Order Approving the Motion to Enforce Settlement

**THIS MATTER**, having been opened to the Court upon the motion of Market Ave Market, LLC ("Movant"), by and through its counsel, seeking entry of an Order enforcing the Term Sheet executed by the parties, and the Court, having considered the Motion, any responses thereto, and for good cause shown;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Term Sheet dated April 20, 2026 constitutes a valid, binding, and enforceable settlement agreement; and it is further

**ORDERED** that the parties shall comply with and perform all obligations required under the Term Sheet according to its terms; and it is further

**ORDERED** that this Court retains jurisdiction to interpret and enforce the Term Sheet and this Order.