UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GENOVA BURNS LLC
Daniel M. Stolz, Esq.
R. Edward Stone III, Esq.
Tel: (973) 533-0777
Fax: (973) 814-4045
Dstolz@genovaburns.com
Rstone@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920

and -

WI BURKLEY, LLP

In Re:

LAKEHURST AND BROADWAY
CORPORATION,

Wind-Down Debtors.

**Order Filed on June 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____25-14831-MBK_____

Chapter: _____11_____

Judge: ___Hon. Michael B. Kapla___

### ORDER SHORTENING TIME PERIOD FOR NOTICE,
### SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

—

**DATED: June 1, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____ R. Edward Stone III _____ for a reduction of time for a hearing on _____ Motion to Enforce Settlement _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ June 16, 2026 _____ at _10:00 a.m._ in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608 Courtroom No. 8_____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: U.S. Trustee and any and all interested parties. _____

_____

by ❏ each, ☒ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ❏ each, ❏ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❏ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❏ must be provided to _____

❏ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☒  must be filed with the Court and served on all parties in interest by electronic or overnight mail

__6/8/26__  prior to the scheduled hearing; or

☐  may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐  Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☐  The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote

appearances, which can be found on the Judge's page on the Court's website:

https://www.njb.uscourts.gov/

☒  The hearing will be conducted via a specialized Zoom link. See instructions below:

Parties may request to appear by Zoom by submitting an email request to
Chambers (chambers_of_mbk@njb.uscourts.gov) prior to the return date.

*rev.5/19/2025*