| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz, Esq.<br>Ross J. Switkes, Esq.<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>aabramowitz@shermansilverstein.com<br>rswitkes@shermansilverstein.com<br><br><br>*Local Counsel to the RAD Sub-Trust B* | **MCKOOL SMITH**<br>Kyle A. Lonergan, Esq.<br>James H. Smith, Esq.<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY 10019<br>Tel: (212) 402-9425<br>klonergan@mckoolsmith.com<br>jsmith@mckoolsmith.com<br><br><br>*Co-Counsel to the RAD Sub-Trust B* |
| **GILBERT LLP**<br>Kami E. Quinn, Esq.<br>Daniel I. Wolf, Esq.<br>Beth Koehler, Esq.<br>700 Pennsylvania Avenue, SE<br>Suite 400<br>Washington, DC 20003<br>Tel: (202) 772-2336<br>quinnk@gilbertlegal.com<br>wolfd@gilbertlegal.com<br>koehlerb@gilbertlegal.com<br><br><br>*Co-Counsel to the RAD Sub-Trust B* | |
| In re<br><br> LAKEHURST AND BROADWAY CORPORATION, *et al.*,<br><br><br>                Wind-Down Debtors.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

4511250.1

## CERTIFICATION OF SERVICE

1.  I, Jacqueline Baugh:

    ☐ represent the_____, in the above-captioned matter.

    ☒ am the paralegal for Arthur J. Abramowitz, Esq., who represents RAD Sub-Trust B in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On June 2, 2026 I sent a copy of the following pleadings and/or documents to the parties

    listed in the chart below:

    *Rite Aid Sub-Trust B's Response to Marshell Landrum's Motion to Enforce Court Order, Compel Assignment of Insurance Rights, and for Sanctions*

    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

    Dated: June 3, 2026        */s/ Jacqueline Baugh*_____
                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marshell Landrum<br>15333 Culver Drive 340<br>Irvine, CA 92604 | Movant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other E-mail |
| Counsel of Record/Notice of Appearance Parties | Parties-in-interest | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF |

2

4511250.1