UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GENOVA BURNS LLC
Daniel M. Stolz, Esq.
R. Edward Stone III, Esq.
Tel: (973) 533-0777
Fax: (973) 814-4045
Dstolz@genovaburns.com
Rstone@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920

and -

WLBURKLEY, LLP

In Re:

LAKEHURST AND BROADWAY
CORPORATION,

Wind-Down Debtors.

**Order Filed on June 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    _____25-14831-MBK_____

Chapter:    _____11_____

Judge:    ___Hon. Michael B. Kapla___

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

—

**DATED: June 1, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____ R. Edward Stone III _____ for a reduction of time for a hearing on _____ Motion to Enforce Settlement _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ June 16, 2026 _____ at 10:00 a.m. in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608 Courtroom No. 8 .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: U.S. Trustee and any and all interested parties. _____

_____

by ❑ each, ☒ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ❑ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❑ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❑ must be provided to _____

❑ on the same day as the date of this Order, or

❑ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ___6/8/26___ prior to the scheduled hearing; or

❑ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

☒ The hearing will be conducted via a specialized Zoom link. See instructions below:

Parties may request to appear by Zoom by submitting an email request to Chambers (chambers_of_mbk@njb.uscourts.gov) prior to the return date.

*rev.5/19/2025*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 25-14831-MBK

Lakehurst and Broadway Corporation                                                Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                       Page 1 of 1

Date Rcvd: Jun 01, 2026                 Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026                          Signature:        /s/Gustava Winters