**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee*
*and the Wind-Down Debtors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LAKEHURST AND BROADWAY CORPORATION, | Case No. 25-14831 (MBK) |
| Wind-Down Debtors.[1] | |

## ADJOURNMENT REQUEST

1.      I, Felice R. Yudkin, am the attorney for the Liquidating Trustee of the above-captioned Wind-Down Debtors and request an adjournment of the hearing as it relates to:

A. *Limited Objection to Confirmation of Second Amended Joint Chapter 11 Plan and Cross-Motion to Allow and Compel Payment of Administrative Expense Claims* [Case No. 25-14861, Docket No. 3269]

B. *Motion of Kin Landlords to Compel Payment of Post-Petition Lease Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) Arising from Non-Residential Real Property Lease* [Case No. 25-14861, Docket No. 3629]

---

[1]      On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

C. *Engie Resources LLC's Notice of Motion to Compel Payment of Administrative Expense Claim* [Docket No. 211]

D. *Engie Power & Gas LLC's Notice of Motion to Compel Payment of Administrative Expense Claim* [Docket No. 212]

E. *OFP WAGRADOL PA 2, LLC's Motion for Allowance and Immediate Payment of Administrative Expenses for Post-Petition Lease Obligations* [Docket No. 202]

F. *Motion to Permit Filing of Late-Filed Claims* [Docket No. 393]

Current hearing date and time: June 9, 2026 at 1:00 p.m.

New date requested: June 30, 2026 at 11:30 a.m.

2.      Consent to adjournment: The Liquidating Trustee has the consent of the parties. I certify under penalty of perjury that the foregoing is true.

Dated: June 2, 2026

*/s/ Felice R. Yudkin*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

**COURT USE ONLY:**

The request for adjournment is:

June 30, 2026 at 11:30 am

☒    Granted            New hearing date: _____        ☐    Peremptory

☐    Granted over objection(s)   New hearing date: _____        ☐    Peremptory

☐    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

3