<table>
<tr><td>
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Donald F. Campbell, Jr., Esq. (DC8924)**
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
dcampbell@ghclaw.com

Counsel for WellDyneRx, LLC
</td></tr>
</table>

**Order Filed on June 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    LAKEHURST AND BROADWAY CORPORATION,

                Debtor.

Case No: 25-14831 (MBK)

Chapter: 11

Hearing Date: April 23, 2026 at 1:00 p.m.

Judge: Michael B. Kaplan, U.S.B.J.

**CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND WELLDYNERX, LLC RESOLVING THE LIQUIDATING TRUSTEE'S MOTION TO ENFORCE THE CHAPTER 11 PLAN AND CONFIRMATION ORDER**

      The relief set forth on the following pages, numbered two (2) through four (4) is, hereby

ORDERED.

**DATED: June 4, 2026**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

#12233438v1

Debtors:          LAKEHURST AND BROADWAY CORPORATION
Case No.:         25-14831 (MBK)
Caption of Order: CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND
                  WELLDYNE, RX RESOLVING MOTION TO ENFORCE THE CHAPTER
                  11 PLAN AND CONFIRMATION ORDER

This Consent Order is made by and between the Liquidating Trustee (the "*Trustee*") and WellDyneRx, LLC ("*WellDyne*") (collectively referred to as the "*Parties*"), by and through their respective counsel of record, with regard to the following facts:

**WHEREAS**, on or about January 1, 2025, the Parties entered into a Pharmacy Network Participation Agreement (the "*PNP Agreement*");

**WHEREAS**, on or about April 1, 2025, the Parties entered into a Discount Card Agreement ("*DC Agreement*") (the PNP Agreement and DC Agreement hereinafter referred to as the "*Agreements*");

**WHEREAS,** each of the debtors, Lakehurst and Broadway Corporation, together with New Rite Aid, LLC and other affiliated Wind-Down Debtors (as defined in the Plan, defined below, collectively, the "*Debtors*") filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code on May 5, 2025 (the "*Petition Date*"), commencing these chapter 11 cases (the "*Bankruptcy Cases*");

**WHEREAS**, on November 11, 2025, the Debtors filed their Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 3215] (as modified, amended, and including all supplements, and confirmed, the "*Plan*"); and

**WHEREAS**, on November 26, 2025, the Court entered the Order Approving the Disclosure Statement and Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications) [Docket No. 3445], and on December 15, 2025 entered the Supplemental Order to Order Approving the Disclosure Statement and Confirming the Debtors' Second Amended Joint

2

#12233438v1

Debtors:            LAKEHURST AND BROADWAY CORPORATION
Case No.:          25-14831 (MBK)
Caption of Order:   CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND
                    WELLDYNE, RX RESOLVING MOTION TO ENFORCE THE CHAPTER
                    11 PLAN AND CONFIRMATION ORDER

Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical

Modifications) [Docket No. 3536] confirming the Plan and approving and approving the

Disclosure Statement [Docket No. 3216];

**WHEREAS**, on March 3, 2026, the Trustee filed a Motion to Enforce the Chapter 11

Plan and Confirmation Order (the "*Motion*") [Docket No. 291];

**WHEREAS**, on April 6, 2026, WellDyne filed opposition (the "*Opposition*"); and

**WHEREAS**, the Parties wish to resolve issues relating to the Motion, pursuant to the

terms hereof; including, through and by way of the agreed upon allowance and payment of

administrative expenses as set forth in this Consent Order.

NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE

PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY AGREED TO AND

ORDERED AS FOLLOWS:

1.      WellDyne shall provide all annual reports pursuant to the Agreements within 45

days. WellDyne may request an additional 15 days for good cause shown.

2.      Upon receipt of reports, the Parties will confer in good faith to resolve any issues

regarding the reports and any amounts allegedly due under the Agreements;

3.      If the parties cannot resolve the dispute, the Parties hereafter agree that any

further resolution shall be resolved in compliance with the arbitration provision (the "Arbitration

Provision") under the Agreements.

4.      The Debtors, the Liquidating Truste (as defined in the Plan) and WellDyne are

authorized to take all actions necessary to effectuate the relief granted in this Consent Order

without further order from this Court.

#12233438v1

Debtors:          LAKEHURST AND BROADWAY CORPORATION
Case No.:         25-14831 (MBK)
Caption of Order: CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND
                  WELLDYNE, RX RESOLVING MOTION TO ENFORCE THE CHAPTER
                  11 PLAN AND CONFIRMATION ORDER

5.      This Consent Order is effective immediately upon entry and is not subject to any

stay under the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or

applicable nonbankruptcy law.

6.      This Consent Order may be executed and delivered in any number of original or

facsimile or electronic counterparts, each of which shall be deemed an original.

7.      The Bankruptcy Court will retain jurisdiction to resolve any and all disputes

relating to this Consent Order.


The undersigned hereby consent to the form and entry of this Consent Order.

                                        **COLE SCHOTZ P.C.**
                                        Attorneys for the Liquidating Trustee and Wind-
                                        Down Debtors

                                        By: __/s/ David M. Bass_
                                        DAVID M. BASS, ESQ.

                                        **GIORDANO, HALLERAN & CIESLA, P.C.**
                                        *Attorneys for* WellDyneRx, LLC

                                        By:_/s/ Donald F. Campbell, Jr._
Dated: June 3, 2026                     DONALD F. CAMPBELL, JR., ESQ.

#12233438v1