

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Donald F. Campbell, Jr., Esq. (DC8924)**
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
dcampbell@ghclaw.com

Counsel for WellDyneRx, LLC

---

**Order Filed on June 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    LAKEHURST AND BROADWAY CORPORATION,

                Debtor.

Case No: 25-14831 (MBK)

Chapter: 11

Hearing Date: April 23, 2026 at 1:00 p.m.

Judge: Michael B. Kaplan, U.S.B.J.

---

**CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND WELLDYNERX, LLC RESOLVING THE LIQUIDATING TRUSTEE'S MOTION TO ENFORCE THE CHAPTER 11 PLAN AND CONFIRMATION ORDER**

      The relief set forth on the following pages, numbered two (2) through four (4) is, hereby

ORDERED.

**DATED: June 4, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

#12233438v1

Debtors:        LAKEHURST AND BROADWAY CORPORATION
Case No.:       25-14831 (MBK)
Caption of Order:  CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND
                WELLDYNE, RX RESOLVING MOTION TO ENFORCE THE CHAPTER
                11 PLAN AND CONFIRMATION ORDER

This Consent Order is made by and between the Liquidating Trustee (the "*Trustee*") and WellDyneRx, LLC ("*WellDyne*") (collectively referred to as the "*Parties*"), by and through their respective counsel of record, with regard to the following facts:

WHEREAS, on or about January 1, 2025, the Parties entered into a Pharmacy Network Participation Agreement (the "*PNP Agreement*");

WHEREAS, on or about April 1, 2025, the Parties entered into a Discount Card Agreement ("*DC Agreement*") (the PNP Agreement and DC Agreement hereinafter referred to as the "*Agreements*");

WHEREAS, each of the debtors, Lakehurst and Broadway Corporation, together with New Rite Aid, LLC and other affiliated Wind-Down Debtors (as defined in the Plan, defined below, collectively, the "*Debtors*") filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code on May 5, 2025 (the "*Petition Date*"), commencing these chapter 11 cases (the "*Bankruptcy Cases*");

WHEREAS, on November 11, 2025, the Debtors filed their Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 3215] (as modified, amended, and including all supplements, and confirmed, the "*Plan*"); and

WHEREAS, on November 26, 2025, the Court entered the Order Approving the Disclosure Statement and Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications) [Docket No. 3445], and on December 15, 2025 entered the Supplemental Order to Order Approving the Disclosure Statement and Confirming the Debtors' Second Amended Joint

2

#12233438v1

Debtors:   LAKEHURST AND BROADWAY CORPORATION
Case No.:   25-14831 (MBK)
Caption of Order:   CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND
WELLDYNE, RX RESOLVING MOTION TO ENFORCE THE CHAPTER
11 PLAN AND CONFIRMATION ORDER

Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical

Modifications) [Docket No. 3536] confirming the Plan and approving and approving the

Disclosure Statement [Docket No. 3216];

**WHEREAS**, on March 3, 2026, the Trustee filed a Motion to Enforce the Chapter 11

Plan and Confirmation Order (the "*Motion*") [Docket No. 291];

**WHEREAS**, on April 6, 2026, WellDyne filed opposition (the "*Opposition*"); and

**WHEREAS**, the Parties wish to resolve issues relating to the Motion, pursuant to the

terms hereof; including, through and by way of the agreed upon allowance and payment of

administrative expenses as set forth in this Consent Order.

NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE

PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY AGREED TO AND

ORDERED AS FOLLOWS:

1.      WellDyne shall provide all annual reports pursuant to the Agreements within 45

days. WellDyne may request an additional 15 days for good cause shown.

2.      Upon receipt of reports, the Parties will confer in good faith to resolve any issues

regarding the reports and any amounts allegedly due under the Agreements;

3.      If the parties cannot resolve the dispute, the Parties hereafter agree that any

further resolution shall be resolved in compliance with the arbitration provision (the "Arbitration

Provision") under the Agreements.

4.      The Debtors, the Liquidating Truste (as defined in the Plan) and WellDyne are

authorized to take all actions necessary to effectuate the relief granted in this Consent Order

without further order from this Court.

3

#12233438v1

Debtors:        LAKEHURST AND BROADWAY CORPORATION
Case No.:       25-14831 (MBK)
Caption of Order:    CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND
                    WELLDYNE, RX RESOLVING MOTION TO ENFORCE THE CHAPTER
                    11 PLAN AND CONFIRMATION ORDER

5.      This Consent Order is effective immediately upon entry and is not subject to any stay under the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or applicable nonbankruptcy law.

6.      This Consent Order may be executed and delivered in any number of original or facsimile or electronic counterparts, each of which shall be deemed an original.

7.      The Bankruptcy Court will retain jurisdiction to resolve any and all disputes relating to this Consent Order.

The undersigned hereby consent to the form and entry of this Consent Order.

**COLE SCHOTZ P.C.**
Attorneys for the Liquidating Trustee and Wind-Down Debtors

By: __/s/ David M. Bass_
DAVID M. BASS, ESQ.

**GIORDANO, HALLERAN & CIESLA, P.C.**
*Attorneys for* WellDyneRx, LLC

By:_/s/ Donald F. Campbell, Jr._
Dated: June 3, 2026                DONALD F. CAMPBELL, JR., ESQ.

4

#12233438v1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-14831-MBK

Lakehurst and Broadway Corporation                                                          Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                   User: admin                                            Page 1 of 1

Date Rcvd: Jun 04, 2026                               Form ID: pdf903                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID**        **Recipient Name and Address**
db        + Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                        Signature:        /s/Gustava Winters