UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TUCKER ARENSBERG, P.C.
Evan C. Pappas, Esquire
Michael A. Shiner, Esquire
Maribeth Thomas, Esquire
300 Corporate Center Drive, Suite 200
Camp Hill, Pennsylvania 17011
Telephone: (717) 234-4121
Fax: (717) 232-6802
epappas@tuckerlaw.com
mshiner@tuckerlaw.com
mthomas@tuckerlaw.com
*Counsel for 29 Katz Crew, LP*

| | |
|---|---|
| In re: | Case No. 25-14831-MBK |
| LAKEHURST AND BROADWAY CORPORATION. | Chapter 11 |
| Wind-Down Debtors. | Hon. Michael B. Kaplan |

### CERTIFICATE OF SERVICE

  I, Evan C. Pappas, hereby certify that, on the 8th day of June, 2026, I served or caused to be served a true and correct copy of *Response to Motion to Enforce Settlement* upon all parties in interest via the Court's CM/ECF electronic notification system and, on June 9, 2026, upon counsel for Murray Avenue Market, LLC via email at the addresses listed below.

Kirk B. Burkley Esq. (kburkley@bernsteinlaw.com)
R. Edward Stone, III, Esq. (rstone@genovaburns.com)

Dated: June 9, 2026       TUCKER ARENSBERG, P.C.

                  */s/ Evan C. Pappas*
                  Evan C. Pappas, Esquire
                  TUCKER ARENSBERG, P.C.
                  300 Corporate Center Drive, Suite 200
                  Camp Hill, PA 17011
                  Telephone: (717) 234-4121
                  Fax: (717) 232-6802
                  E-mail:   epappas@tuckerlaw.com

                  *Counsel for 29 Katz Crew, LP*