**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee
and the Wind-Down Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>Wind-Down Debtors.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

**ADJOURNMENT REQUEST**

1.      I, Felice R. Yudkin, am the attorney for the Liquidating Trustee of the above-captioned Wind-Down Debtors and request an adjournment of the hearing as it relates to:

A. *Liquidating Trustee's Third Omnibus Objection to Certain Proofs of Claim Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* [Docket No. 363], solely with respect to the claims set forth on **Schedule 1** attached hereto.

Current hearing date and time: June 9, 2026 at 1:00 p.m.

New date requested: June 30, 2026 at 11:30 a.m.

---

[1]      On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

2.       Consent to adjournment: The Liquidating Trustee has the consent of the parties. I certify
under penalty of perjury that the foregoing is true.

Dated: June 9, 2026

/s/ Felice R. Yudkin
_____

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee and the*
*Wind-Down Debtors*

**COURT USE ONLY:**
_____

The request for adjournment is:

☒   Granted           New hearing date: ____    ☐   Peremptory          June 30, 2026 at 11:30 a.m.

☐   Granted over objection(s)  New hearing date: ____    ☐   Peremptory

☐   Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not
electronic filers of the new hearing date.**

2

**Schedule 1**

**Adjourned Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1848 | 27 Round Lake Realty, LLC | New Rite Aid, LLC | 9/17/2025 | $305,099.11 | $305,099.11 | Section II, ¶¶19–21 |
| 1852 | American Realty Capital Operating Partnership, L.P. | Rite Aid of Pennsylvania, LLC | 9/17/2025 | $473,695.40 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1321 | ARC RAPITPA001, LP | Rite Aid of Pennsylvania, LLC | 8/7/2025 | $735,810.71 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1533 | Crosstown Dubois LLC | Thrift Drug, Inc. | 8/18/2025 | $282,393.66 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 976 | CX360, Inc. | New Rite Aid, LLC | 7/14/2025 | $2,244,666.71 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2229 | FFF Enterprises, Inc. | Rite Aid Hdqtrs. Corp. | 11/4/2025 | $7,167,294.36 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |
| 2126 | GBR Valley Cottage Limited Liability Company | Rite Aid of New York, Inc. | 10/17/2025 | $16,480.99 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 2266 | HCP RRF Sand Canyon LLC | Thrifty PayLess, Inc. | 11/24/2025 | $822,776.20 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 2000 | IREIT Yardley Lower Makefield, L.L.C. | Thrift Drug, Inc. | 9/30/2025 | $87,353.60 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |

2

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1947 | The Irvine Company LLC | Thrifty PayLess, Inc. | 9/26/2025 | $593,754.72 | This claim seeks recovery for rent and late fees. The Debtors timely paid their rent obligations. To the extent this claim asserts a claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for late fees, the claim should be disallowed. | Section II, ¶¶19–21; Section V, ¶¶28–30 |
| 2050 | The Irvine Company LLC | Thrifty PayLess, Inc. | 10/5/2025 | $1,070,150.92 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1470 | Lancaster Development Company, LLC | Thrifty PayLess, Inc. | 8/11/2025 | $286,500.76 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1291 | MDC East Hobson, LLC | Thrifty PayLess, Inc. | 8/7/2025 | $1,112,277.93 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 2143 | MDC Seal Beach LLC | Thrifty PayLess, Inc. | 10/15/2025 | $1,408,242.21 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1479 | QCSI Six, LLC | Thrifty PayLess, Inc. | 8/11/2025 | $559,422.78 | This claim seeks recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 1653 | Rancho Del Mar Center, LLC | Thrifty PayLess, Inc. | 8/26/2025 | $967,612.63 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1476 | RX Nanty Glo Investors, LLC | Rite Aid of Pennsylvania, LLC | 8/11/2025 | $197,610.27 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 598 | Wright Wisner Distributing Corp | Rite Aid of New York, Inc. | 6/13/2025 | $365,304.63 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |

4