Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25–14831–MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lakehurst and Broadway Corporation
    200 Newberry Commons
    Etters, PA 17319

Social Security No.:

Employer's Tax I.D. No.:
    23–2937947

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on June 11, 2026, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 434 – 390
Opinion (related document:390 MOTION TO ENFORCE COURT ORDER COMPEL ASSIGNMENTS OF INSURANCE RIGHTS, AND FOR SANCTIONS filed by Creditor Marshell Landrum).. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/11/2026. (wiq)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 11, 2026
JAN: wiq

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 25-14831-MBK

Lakehurst and Broadway Corporation                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 11, 2026 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

**Recip ID              Recipient Name and Address**
cr                  +  Marshell Landrum, 15333 Culver Drive 340, Irvine, CA 92604-3051

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                  Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

**Name                      Email Address**

Alison Genova
                     on behalf of Interested Party Michael Savage agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                     on behalf of Interested Party Justin Mennen agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                     on behalf of Interested Party Katherine Quinn agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                     on behalf of Interested Party Heyward Donigan agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                     on behalf of Interested Party Kevin Lofton agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
                     on behalf of Interested Party Paul Gilbert agenova@wsgr.com  lmcgee@wsgr.com

District/off: 0312-3                         User: admin                                    Page 2 of 5

Date Rcvd: Jun 11, 2026                    Form ID: orderntc                              Total Noticed: 1

Alison Genova

on behalf of Interested Party Myrtle Potter agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Christopher Bohrer agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Michael Regan agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party John Standley agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Thomas Warburton agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party David Jessick agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Elizabeth Burr agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Joseph Anderson  Jr. agenova@wsgr.com, lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Daniel Miller agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Louis Miramontes agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Robert Knowling  Jr. agenova@wsgr.com, lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Amanda Glover agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Arun Nayar agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Andre Persaud agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Bruce Bodaken agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Marcy Syms agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Bari Harlam agenova@wsgr.com  lmcgee@wsgr.com

Alyson M. Fiedler

on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com
john.acquaviva@icemiller.com,alexandria.lundberg@icemiller.com

Andrew Small

on behalf of Creditor Rared Jaffrey  LLC asmall@wglaw.com

Andrew Small

on behalf of Creditor Rared Manchester NH  LLC asmall@wglaw.com

Andrew Small

on behalf of Creditor RARED ALLENSTOWN  LLC asmall@wglaw.com

Andrew H. Sherman

on behalf of Other Prof. Alixpartners  LLP asherman@sillscummis.com

Anthony Sodono, III

on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com

Arthur Abramowitz

on behalf of Unknown Role Type Rite Aid Sub-Trust B aabramowitz@shermansilverstein.com  jbaugh@shermansilverstein.com

Christopher J. Leavell

on behalf of Creditor OFP Wagradol PA2  LLC cleavell@klehr.com, lclark@klehr.com

Christopher P. Mazza

on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Courtney G. Schroeder

on behalf of Creditor WellDyneRx  LLC cschroeder@ghclaw.com

Daniel Stolz
>on behalf of Interested Party Murray Avenue Market dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel H. Reiss
>on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com

David M. Bass
>on behalf of Debtor Lakehurst and Broadway Corporation dbass@coleschotz.com
fpisano@coleschotz.com;tdumbroff@coleschotz.com

Donald F. Campbell, Jr.
>on behalf of Creditor WellDyneRx  LLC dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Elie Jonathan Worenklein
>on behalf of Creditor 1970 Group  Inc. eworenklein@debevoise.com,
ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com

Evan C. Pappas
>on behalf of Interested Party 29 Katz Crew  LP epappas@tuckerlaw.com

Gregory D. Herrold
>on behalf of Interested Party Murray Avenue Kosher  Inc. gdherrold@duanemorris.com, gregory-herrold-2846@ecf.pacerpro.com

Jeffrey Kurtzman
>on behalf of Creditor Quakertown Joint Venture LLC kurtzman@kurtzmansteady.com

Jessica Apter
>on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com

Jessica Apter
>on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

Jessica Apter
>on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

John Piskora
>on behalf of Creditor ACON Laboratories  Inc. jpiskora@loeb.com, nydocket@loeb.com,jpiskora@ecf.courtdrive.com

Joseph H. Lemkin
>on behalf of Creditor Edgemark Littleton LLC jlemkin@stark-stark.com

Joseph L. Schwartz
>on behalf of Creditor RSS Center  LLC jschwartz@riker.com

Leslie Carol Heilman
>on behalf of Creditor Comcast Cable Communications Management  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman
>on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Louis T. DeLucia
>on behalf of Creditor SKBB Investments louis.delucia@icemiller.com
john.acquaviva@icemiller.com,lauren.eastburn@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.
basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman
>on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com

Mark A. Roney
>on behalf of Interested Party Star Capital Partners  LLC mroney@hillwallack.com,
kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Matthew W. Bourda
>on behalf of Creditor ENGIE Power & Gas LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Matthew W. Bourda
>on behalf of Creditor Engie Power & Gas LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Matthew W. Bourda
>on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Michael Papandrea
>on behalf of Creditor VaxServe  Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com

Michael D. Sirota
>on behalf of Plaintiff Eric Kaup  in His Capacity as Liquidating Trustee to the Liquidating Trust msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschot
z.com;ddelehanty@coleschotz.com

Michael D. Sirota

District/off: 0312-3                                      User: admin                                                    Page 4 of 5

Date Rcvd: Jun 11, 2026                              Form ID: orderntc                                        Total Noticed: 1

on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael E. Holt

on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Creditor BM Properties mholt@formanlaw.com  kanema@formanlaw.com

Michael R. Herz

on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com  aedwards@foxrothschild.com

Michele M. Dudas

on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Oleh Matviyishyn

on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com

Pamela Elchert Thurmond

on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Paul M. Rosenblatt

on behalf of Creditor Inmar Rx Solutions  Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul M. Rosenblatt

on behalf of Creditor Wilmington Trust  NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul Stadler Pflumm

on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug
Benefit Fund ppflumm@mcdowelllegal.com
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcdowelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

R. Edward Stone, III

on behalf of Interested Party Murray Avenue Market rstone@genovaburns.com

Rebecca Starner

on behalf of Defendant Express Scripts  Inc. rebecca.starner@huschblackwell.com,
serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Richard A. O'Halloran

on behalf of Creditor Foothill Center Partners  LLC, a California limited liability partnership, the successor in interest to Foothill
Partners Ltd. richard.ohalloran@dinsmore.com,
lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert L. LeHane

on behalf of Creditor First Washington Realty  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Interested Party Thomas A. Pitta  Trustee of RAD Sub-Trust A rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Ross J. Switkes

on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com

Ryan Patrick McCarthy

on behalf of Creditor Gerald Stahl ryan@gmlaborlaw.com

Ryan Patrick McCarthy

on behalf of Creditor Jennifer Motchnik ryan@gmlaborlaw.com

Ryan Patrick McCarthy

on behalf of Creditor Erin Lopomo ryan@gmlaborlaw.com

Ryan Patrick McCarthy

on behalf of Creditor Christina Zlinksy ryan@gmlaborlaw.com

Ryan Patrick McCarthy

on behalf of Creditor Anthony Coleman ryan@gmlaborlaw.com

Ryan Patrick McCarthy

on behalf of Creditor Stephanie Downey ryan@gmlaborlaw.com

Ryan Patrick McCarthy

on behalf of Creditor Andre Scheepers ryan@gmlaborlaw.com

Ryan Patrick McCarthy

on behalf of Creditor Lewis Hunter ryan@gmlaborlaw.com

Shmuel Klein

on behalf of Creditor HVP 2 LLC shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Thomas S. Onder

on behalf of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust tonder@stark-stark.com

Turner Falk

on behalf of Creditor H.K.N. IV  LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William G. Wright

on behalf of Creditor Gitomer Family Realty LLC wwright@capehart.com  jlafferty@capehart.com

Wojciech F. Jung

on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com
cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com

Zhenyi Zhou

on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com


TOTAL: 94