**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

Order Filed on June 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER DENYING MOTION TO ENFORCE COURT ORDER, COMPEL ASSIGNMENT OF INSURANCE RIGHTS, AND FOR SANCTIONS**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 17, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page | 2)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | ORDER DENYING MOTION TO ENFORCE COURT ORDER, COMPEL ASSIGNMENT OF INSURANCE RIGHTS, AND FOR SANCTIONS |

Upon consideration of the *Motion to Enforce Court Order, Compel Assignment of Insurance Rights, and for Sanctions* [Docket No. 390] (the "Motion") filed by Marshell Landrum and *Rite Aid Sub-Trust B's Response to Marshell Landrum's Motion to Enforce Court Order, Compel Assignment of Insurance Rights, and for Sanctions* [Docket No. 417] (the "Sub-Trust B Opposition") and the *Liquidating Trustee's Objection to Motion to Enforce Court Order, Compel Assignment of Insurance Rights and for Sanctions* [Docket No. 418] (the "Liquidating Trustee's Opposition", together with the Sub-Trust B Opposition, the "Objections"); and it appearing that proper and adequate notice of the Motion and Objections has been given and that no other or further notice is necessary; and this Court having reviewed the Motion, the Objections thereto, and all other pleadings and statements filed in connection therewith, and having heard the statements and arguments made on the record at a hearing held before this Court on June 9, 2026; and upon all of the proceedings had before the Court and after due deliberation thereon and for the reasons more fully set forth in the Court's opinion dated June 11, 2026 [Docket No. 434] (the "Opinion") which is incorporated herein by reference; now, therefore, **IT IS HEREBY:**

**ORDERED** that the Motion is denied.