**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**STARK & STARK, PC**
Thomas S. Onder, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 219-7458
tonder@stark-stark.com
*Counsel to Creditor - Robert Marin and Celeste de Schulthess Marin Family Trust*

In re:

LAKEHURST AND BROADWAY
CORPORATION,

Debtor[1].

Case No. 25-14831 (MBK)

Chapter 11

(Jointly Administered)

Ref: 411 and 412

Hearing Date: June 30, 2026 at 10:00 am.

**CREDITOR, ROBERT MARIN AND CELESTE DE SCHULTHESS MARIN FAMILY TRUST'S RESPONSE TO OBJECTION TO THEIR ADMNISTRATIVE EXPENSE CLAIM**

Robert Marin and Celeste de Schulthess Marin Trust (the "Claimant") by and through its counsel, Stark & Stark, P.C. files this response to the Debtor's motion (the "Motion") objecting to their filed administrative expense claim #1530 in the amount of **$30,814.18**, plus additional attorney's fees and costs (the "Administrative Expense Claim") [Docket Nos. 411 and 412]. Claimant respectfully requests that this Court allow its Administrative Expense Claim in full and compel the Debtor to make payment immediately.

---

[1]     On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al*., closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). Except as otherwise provided herein, references to the "Docket" in shall refer to the docket in the formerly jointly administered cases captioned In re New Rite Aid, LLC, Case No. 25-14861 (MBK).



## BACKGROUND

1. On or about May 5, 2025, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

2. On November 19, 2002, one of Debtors' entities, Eckerd Corporation entered into a lease (the "Lease") for premises located at 8530 Transit Road, Amherst, NY 14221 (the "Premises").

3. The Premises were part of a "shopping center" as that term is referred to in Bankruptcy Code §365(b)(3). As such, Landlords are entitled to the protections of that section for the Premises.

4. Prior to this case, on or about October 15, 2023, Debtor filed its first Chapter 11 bankruptcy petition, known as docket # 23-18993.

5. On or about March 1, 2024, Debtor and Claimant entered into an amendment to the Lease (the "Amendment"), which among other things revised the term, but also allowed the Claimant attorneys' fees incurred after the Restructuring Effective Date, including any subsequent bankruptcy case, like the one at bar:

> 3(g) *Attorneys' Fees. Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection with this Amendment. However, Landlord shall be entitled to any attorneys' fees and costs incurred after the Restructuring Effective Date, including any subsequent bankruptcy case, pursuant to Bankruptcy Code 365.*

See a true and correct copy of the Amendment as Exhibit "A". Hereinafter, the Lease and Amendment shall be collectively referred to as the "Lease".

6. Debtor rejected the Lease in the matter at bar as of July 31, 2025. See a true and correct copy of the 17th Notice of Rejection, see page 26 of 27 [Docket # 1574] as Exhibit "B".



4922-7912-8757, v. 9

7. Claimant filed its claims on or about August 20, 2025, including its Administrative Expense Claim. See a true and correct copy of the Administrative Expense Claim as Exhibit "C".

8. Claimant calculated its Administrative Expense Claim as follows:

   a. May 2025 rent of $21,208.33 / 31 days = $684.14 X 27 unpaid days = $18,471.77 (this amount is uncontested by Debtors);

   b. Tax bill for the Town of Amherst Williamsville for $23,350.89 from July1, 2025 to June 30, 2026 / 12 months = $1,945.91 for the month of July 2025. See a true and correct copy of the tax bill as Exhibit "D"; and

   c. Attorneys' fees of $10,396.50 for services in this second bankruptcy case through July 31, 2025.  See a true and correct copy of the attorney Invoices as Exhibit "E".

9. Claimant's amounts are allowed under the Bankruptcy Code.

## REPLY TO OBJECTIONS

10. Section 502 of the Bankruptcy Code sets forth procedures to govern the allowance or disallowance of a "claim or interest" in a bankruptcy case.

11. Section 502(a) provides that a claim or interest, proof of which is filed with the court, "is deemed allowed," unless a party in interest objects.

12. Rule 3001(f) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") provides that "[a] proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim." Thus, any party objecting to the claim has the burden of introducing sufficient evidence to rebut the presumption of validity. *See generally* Collier on Bankruptcy ¶ 3001.09[2] (16th ed. 2025).



4922-7912-8757, v. 9

13. Here, Landlord provides a detailed accounting, which shows that from the Petition Date of May 5, 2025 through the Rejection Date of July 31, 2025, Debtor incurred the following unpaid charges:

- 27 days of rent for July rent of **$18,471.77;**

- Taxes in July 2025 of **$1,945.91;** and

- Reasonable and necessary attorneys' fees and costs as agreed in the Amendment in the amount of $**10,396.50**

   **Totaling - $30,814.18, plus any additional amounts**

14.     Landlord requests that the Court allow its Administrative Expense Claim in the amount of $30,814.18 and direct the Debtor to pay the same immediately.

## **RESERVATION OF RIGHTS**

15.     To the extent consistent with the reply expressed herein, Landlord reserves all rights to make further and/or future objections.

Respectfully submitted,

Dated: June 22, 2026

**STARK & STARK, P.C.**

By: */s/ Thomas S. Onder*
Thomas S. Onder, Esq.
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (Direct): 609-219-7458
Telephone (Main): 609-896-9060
Facsimile: 609-895-7395
Email: tonder@stark-stark.com



4

# EXHIBIT A

Rite Aid Store No. 10831

## AMENDMENT TO LEASE

**THIS AMENDMENT TO LEASE** (this "*Amendment*") is made effective March 1, 2024 (the "*Effective Date*") by and between Robert Marin and Celeste de Schulthess Marin, Trustees of the Robert Marin and Celeste de Schulthess Marin Family Trust (SPW) UDT April 20, 2006, as amended November 28, 2007 ("*Landlord*"), and ECKERD CORPORATION, a Delaware corporation ("*Tenant*," and together with the Landlord, the "*Parties*" and each, a "*Party*").

## RECITALS

**WHEREAS**, Landlord and Tenant are parties to that certain lease agreement dated November 19, 2002 (as amended from time to time thereafter, the "*Lease*"), with respect to that certain premises located at 8530 Transit Road Amherst, New York 14221-2836, which premises is defined and more particularly described in the Lease (the "*Premises*");

**WHEREAS**, on October 15, 2023, Tenant and certain of its debtor affiliates (collectively, the "*Debtors*") commenced a case (the "*Chapter 11 Cases*") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "*Bankruptcy Code*") which is now pending in the United States Bankruptcy Court for the District of New Jersey (the "*Bankruptcy Court*"). The Chapter 11 Cases are being jointly administered under Case Number 23-18993; and

**WHEREAS**, Landlord and Tenant desire to modify certain terms and conditions of the Lease, effective as of the Restructuring Effective Date (as hereinafter defined), as amended by this Amendment.

**NOW, THEREFORE**, in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree as follows:

## AGREEMENT

1.      Capitalized Terms. Capitalized terms used and not otherwise defined herein shall have the respective meaning assigned to such terms in the Lease.

2.      Effective Date. This Amendment, and each of its amendments, modifications, and waivers with respect to the Lease as set forth herein, shall be effective on the date that the Lease is assumed or assigned in the Chapter 11 Cases, whether pursuant to (a) procedures approved by the Bankruptcy Court or (b) entry of an order by the Bankruptcy Court approving the assumption or assignment of the Lease, including pursuant to or in connection with a sale of Tenant's assets pursuant to Section 363 of the Bankruptcy Code, confirmation of Tenant's chapter 11 plan of reorganization in the Chapter 11 Cases, or a stand-alone motion for assumption or assignment of the Lease (in each case, the "*Restructuring Effective Date*"); *provided, however*, that notwithstanding the preceding provision, any provision in this Amendment that stipulates relief effective as of the Effective Date shall take effect from the Effective Date. In the event the Restructuring Effective Date does not occur, or the Lease is rejected in accordance with the Bankruptcy Code, and/or the Landlord's lender with respect to the Premises does not provide its written consent for Landlord to enter into this Amendment, this Amendment shall be null and void in all respects, and nothing in this Amendment shall give rise to any claim, causes of action, or damages (compensatory or consequential) against either Party. Nothing contained in this Amendment is intended to be or shall be construed as or deemed an assumption or an assignment of the Lease, as amended hereby, or any contract or document related thereto under section 365 of the Bankruptcy Code. Prior to the Restructuring Effective Date, Tenant expressly reserves its right, in its sole and absolute discretion, to assume, reject, or assign the Lease pursuant to section 365 of the Bankruptcy Code.

1

4859-5577-7173, v. 3

Rite Aid Store No. 10831

3. Lease Modification.

(a) Term. Notwithstanding anything in the Lease to the contrary, Landlord and Tenant acknowledge and agree that the current term of the Lease is set to expire as of 3/31/2029 (the "*Original Term*"). Landlord and Tenant further acknowledge and agree that the Original Term is hereby revised to expire on 12/31/2027 ("*Revised Term*"). Such Revised Term, and any applicable existing option to renew, shall be on the same terms and conditions as set forth in the Lease, except as modified or amended in this Amendment.

(b) Rent. Landlord and Tenant acknowledge and agree that, from and after the Effective Date and through the remainder of the Revised Term, Tenant shall only be obligated to pay Base Rent (exclusive of any percentage rent, taxes, and insurance premiums and all other additional rent payable directly to the Landlord) in the amount of $254,499.96 per annum, payable on the first (1st) day of each month in equal installment of $21,208.33. In the event that, upon the Restructuring Effective Date, Tenant has paid rent in excess of the amount herein specified for the period specified above, then Tenant shall be entitled to offset such excess amounts against the next installment(s) of Base Rent coming due under the Lease until such time as such excess amounts have been recouped in full by Tenant. To clarify, Tenant shall still be obligated to pay any and/all percentage rent, taxes, and insurance premiums and all other additional rent payable under the Lease, in addition to the reduced Base Rent. For the sake of clarity, Tenant shall only be permitted a credit for the overpayment of Base Rent made between the Effective Date and the Restructuring Effective Date, and Tenant is not entitled to any additional claw back monies for such period.

(c) Abatement. Landlord hereby acknowledges and agrees that Base Rent with respect to the Abatement Period (as defined below) is hereby abated and forgiven (the "*Abated Rent*") in full. Landlord hereby waives any remedy under, or with respect to, the Lease or at law and/or equity arising in connection with, or otherwise related to, the Abated Rent. As used herein, "*Abatement Period*" shall mean the period beginning on the date the Tenant emerges from its Chapter 11 Cases (the "*Initial Date*") and ending on the last calendar day of the second full calendar month after the calendar month in which the Initial Date occurs.

(d) Extension Options. Tenant's Option Periods in Lease Amendment No. 2 dated November 19, 2018 are revised to:

- Option 1 Period - 1/1/2028 to 12/31/2032;
- Option 2 Period - 1/1/2033 to 12/31/2037;
- Option 3 Period - 1/1/2038 to 12/31/2042; and
- Option 4 Period, 1/1/2043-12/31/2047.

(e) Landlord Waiver of Claims. Landlord hereby waives, releases, and discharges Tenant and all of its affiliated companies, the Debtors (as defined in the Chapter 11 Cases), and their bankruptcy estates, and their respective successors and assigns, from any and all known claims, damages, obligations, liabilities, actions, and causes of action of every kind and nature whatsoever it may have for any cure payments or other amounts due and owing under the Lease, or that otherwise arose under or in connection with the Lease, through and including the date hereof, including but not limited to claims for so-called "stub rent," (whether or not asserted as administrative priority claims pursuant to Section 503(b) of the Bankruptcy Code), including any claims and causes of action for damages, payments, or amounts owing or that may become owing pursuant to section 365(b) of the Bankruptcy Code. Notwithstanding the above language in this paragraph, this waiver shall not release any claims related to any personal injury and/or environmental claims and/or claims related to Tenant/Debtor's pharmacy operations at the Premises. Further, this waiver shall not release any unbilled charges.

2

4859-5577-7173, v. 3

(f)    <u>Tenant Waiver of Claims.</u> Tenant hereby waives, releases, and discharges Landlord and all of its affiliated companies and their successors and assigns, from any and all claims, damages, obligations, liabilities, actions and causes of action of every kind and nature whatsoever it may have or that arose under in or in connection with the Lease, arising prior to the Effective Date, whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured.

(g)    <u>Attorneys' Fees</u>. Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection with this Amendment. However, Landlord shall be entitled to any attorneys' fees and costs incurred after the Restructuring Effective Date, including any subsequent bankruptcy case, pursuant to Bankruptcy Code 365.

4.    <u>No Default and Waiver of Charges</u>. Landlord acknowledges and affirms that as of the Effective Date, Tenant is not in default under any of the terms, conditions, or provisions of the Lease, and that there exist no events or circumstances which, with the passage of time or the giving of notice or both, constitutes a default under the Lease (including, without limitation, any failure of Tenant to meet its obligations to continuously operate in the Premises). Landlord further acknowledges and agrees that it has no offsets, claims, or defenses against Tenant with respect to any obligation or duty of Tenant arising pursuant to the Lease, except for any unbilled claims, including tax reconciliation claims. To the extent that any notices of default or non-payment have been delivered to Tenant, all such notices are hereby waived and of no further force or effect. No default interest, late fees, charges, surcharges, or other fees shall be due, and all such interest, late fees, charges, surcharges, or other fees are waived and shall not apply as of the Effective Date.

5.    <u>Authority</u>. Each Party represents and warrants that it has the authority and power to enter into this Amendment and that this Amendment constitutes a legal, valid and binding obligation of that Party.

6.    <u>Notices.</u>

(a)    Notwithstanding anything to the contrary contained in the Lease, any notices required or permitted to be sent to Tenant under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

If by Certified Mail:
ECKERD CORPORATION
P.O. Box 3165
Harrisburg PA 17105
Attn: Legal Department

If by Overnight Courier:
ECKERD CORPORATION
200 Newberry Commons
Etters PA 17319
Attn: Legal Department

(b)    Notwithstanding anything to the contrary contained in the Lease any notices required or permitted to be sent to Landlord under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

3

4859-5577-7173, v. 3

Rite Aid Store No. 10831

| | |
|---|---|
| Name: | Robert Marin and Celeste de Schulthess Marin |
| Address: | 12728 Parkyns St |
| | Los Angeles, CA 90049 |
| Email: | rsm@themarincompany.com |
| Telephone: | (310) 471-4389 |

With a copy to:

If by Overnight Courier
Thomas S. Onder
Stark & Stark- Attorneys At Law
100 American Metro Blvd.
Hamilton, NJ 08619
Email: tonder@stark-stark.com
Telephone: (609) 219-7458

If by Certified Mail:
Thomas S. Onder, Esq.
Stark & Stark-Attorneys At Law
PO Box 5315
Princeton, NJ 08543

7.    Miscellaneous.

(a)    Landlord and Tenant each hereby represents that it has dealt with no party or broker in connection with this Amendment [except for A&G Real Estate Partners (*"Tenant's Broker"*). Any and all fees that may be due to Tenant's Broker shall be paid by Tenant pursuant to a separate agreement]. Insofar as each Party knows, no other broker negotiated this Amendment or is entitled to any commission in connection therewith. Landlord and Tenant each agrees to indemnify, defend and hold the other harmless from and against any and all claims, loss, cost and damages (including reasonable attorney fees and court costs) suffered or incurred by the representing Party as a result of a breach of this representation.

(b)    This Amendment may be executed in counterparts, each of which shall constitute an original, and which together shall constitute one and the same agreement. This Amendment may be executed or delivered by electronic or facsimile means, and copies of executed signature pages stored electronically in portable document format (.pdf) shall be binding as originals. Neither Party shall record this Amendment without the express prior written consent of the other Party.

(c)    Subject to the other terms of this Amendment, each of Landlord and Tenant agree to execute and deliver such other instruments and perform such other acts, in addition to the matters herein specified, as may be reasonably necessary, from time to time, to effectuate the modifications, waivers and amendments contemplated by this Amendment.

(d)    This Amendment, and all covenants contained herein, shall be binding and inure to the benefit of the Parties and their respective successors, assigns, heirs, executors, administrators, and representatives.

(e)    The invalidity or unenforceability of any provision of this Agreement shall not affect or impair any other provisions, which shall remain in full force and effect.

4

4859-5577-7173, v. 3

Rite Aid Store No. 10831

    (f)  Except as modified as set forth in this Amendment, all of the terms and provisions of the Lease remain unchanged and in full force and effect and Landlord and Tenant hereby ratify and confirm same.   Landlord and Tenant acknowledge and agree that the Lease, as modified by this Amendment, sets forth the entire agreement between Landlord and Tenant and there are no other agreements, understandings, undertakings, representations, or warranties among the Parties with respect to the subject matter hereof except as set forth herein.   In case of any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall control.

*[signature pages follow]*

5

4859-5577-7173, v. 3

Rite Aid Store No. 10831

**IN WITNESS WHEREOF**, the Parties hereto have executed this Amendment effective as of the Effective Date.

**LANDLORD:**

By: _____
Name: Celeste de Schulthess Marin
Title: Trustee

By: _____
Name: Robert Marin
Title: Trustee

**TENANT:**

ECKERD CORPORATION

By: _____
Name: Lisa M. Winnick
Title: Vice President

6

4859-5577-7173, v. 3

# EXHIBIT B

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**SEVENTEENTH NOTICE OF REJECTION OF
CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

---

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON SCHEDULE 1 ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY**

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**PLEASE TAKE NOTICE** that on June 9, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered a final order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors") (i) authorizing and approving procedures to reject executory contracts and unexpired leases and (ii) granting related relief [Docket No. 776] (the "Final Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Procedures Order and by this this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on **Schedule 1** annexed to the proposed form of order attached hereto as **Exhibit 1** is hereby rejected effective as of the date (the "Rejection Date") set forth on **Schedule 1**, or such other date to which the Debtors and the counterparty or counterparties to any such Contract agree. For unexpired leases, the rejection effective date shall be the later of (a) the proposed effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is ***actually received*** by the following parties no later than ten (10) calendar days after the date that the Debtors file and served this Notice: (a) the Debtors, New Rite Aid, LLC, 200 Newberry Commons, Etters, Pennsylvania

---

2   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

17319; (b) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com), Warren A. Usatine, Esq. (wusatine@coleschotz.com), Felice Yudkin (fyudkin@coleschotz.com), and Seth Van Aalten, Esq. (svanaalten@coleschotz.com), and Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Avenue, New York, NY 10019, Attn: Andrew N. Rosenberg (arosenberg@paulweiss.com), Alice Belisle Eaton (aeaton@paulweiss.com), Christopher Hopkins (chopkins@paulweiss.com), and Sean A. Mitchell (smitchell@paulweiss.com); (c) counsel to the Prepetition ABL Agent and DIP Agent, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola (jventola@choate.com), Jonathan D. Marshall (jmarshall@choate.com), and Mark D. Silva (msilva@choate.com) and Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932, Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com); (d) the Office of the United States Trustee for the District of New Jersey, One Newark Center, 1085 Raymond Boulevard, suite 2100, Newark, New Jersey 07102, Attn: Jeffrey M. Sponder (Jeffrey.M.Sponder@usdoj.gov) and Lauren Bielskie (lauren.bielskie@usdoj.gov); (e) counsel to the applicable Contract counterparty; (f) proposed co-counsel to the Committee, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.come), and Jessica D. Graber (jgraber@willkie.com) and Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiy@sillscummis.com), and Gregory Kopacz (gkopacz@sillscummis.com); and (g) counsel to McKesson Corporation, Sidley Austin LLP, 350 South Grant Avenue, Los Angeles, CA 90071, Attn: Anna Gumport (agumport@sidley.com), and Buchalter, A Professional

Corporation, 18400 Von Karman Avenue, Suite 800 Irvine, California 92612, Attn: Jeffrey K.

Garfinkle (jgarfinkle@buchalter.com).

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the

Debtors shall file a Rejection Order under a certificate of no objection. The rejection of each

Contract listed in this Rejection Notice shall become effective on the applicable Rejection Date

set forth on **Schedule 1** or such other date to which the Debtors and the counterparty or

counterparties to such Contract agree.[3]

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract

is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider

the objection for the Contract or Contracts to which such objection relates. If such objection is

overruled or withdrawn, such Contract will only be deemed rejected upon entry by the Court of a

consensual form of Rejection Order resolving the objection as between the objecting party and the

Debtors or, if resolution is not reached and/or the objection is not withdrawn, upon further order of

the Court and shall be rejected as of the applicable Rejection Date set forth in the Rejection Notice

or such other date to which the Debtors and the applicable Rejection Counterparty agree, or as

ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Final Procedures

Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or

other arrangement, the Contract counterparty may not set off or recoup or otherwise use such

---

[3]   An objection to the rejection of any particular Contract listed in this Rejection Notice shall not constitute an
objection to the rejection of any other contract or lease listed in this Rejection Notice. Any objection to the
rejection of any particular Contract listed in this Rejection must state with specificity the Contract to which it is
directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be
effective in accordance with this Rejection Notice and the Final Procedures Order.

monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any Personal Property of the Debtors that is listed and described on **Schedule 1** shall be deemed abandoned as of the Rejection Date. With respect to unexpired leases, on the Rejection Date landlords may, in their sole discretion and without further notice or order of the Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay will be modified to allow such disposition.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and, (b) thirty (30) calendar days after the later of (A) the date of entry of the Rejection Order approving rejection of the applicable Contract, and (B) the Rejection Date.  IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated:  July 25, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**Exhibit 1**

**Proposed Rejection Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al*., | Case No. 25-14861 (MBK) |
| Debtors. [1] | (Jointly Administered) |

## SEVENTEENTH ORDER APPROVING THE REJECTION
## OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
## LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Seventeenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.     The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Seventeenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Seventeenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts[1, 2]**

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | MERRIMACK COUNTY SAVINGS BANK | C/O: PAULA DAVIS, CONCORD, NH 03302-2826 | Unexpired Sublease | MAXI DRUG NORTH INC. | 10282ST | 165 NORTH STATE STREET, CONCORD, NH, 03301 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2 | METROPOLITAN MANAGEMENT CORP | C/O METROPOLITAN MGMT CORP, NARBERTH, PA 19072-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1320 | 640 MONTGOMERY AVENUE, NARBERTH, PA, 19072 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3 | MGP XI NORTHGATE LLC | C/O MERLONE GEIER MGMT LLC, SAN FRANCISCO, CA 94104 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5958 | 1500 NORTHGATE MALL, SAN RAFAEL, CA, 94903 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4 | MICHAEL A. SERLUCO | 400 NORTH FRONT STREET, WORMLEYSBURG, PA 17043-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1074 | 1137 MARKET STREET, LEMOYNE, PA, 17043 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

[1]   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

[2]   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 5 | MILLERS FURNITURE INDUSTRIES | 1320 PHILADELPHIA PIKE, STE 100, WILMINGTON, DE 19809 | Unexpired Store Lease | ECKERD CORPORATION | 11190 | 3004 SOUTH DUPONT HIGHWAY, CAMDEN, DE, 19934 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 6 | MINDSET GURUS LLC | 2401 E DIVISION ST, NATIONAL CITY, CA 91950 | Unexpired Store Lease | ECKERD CORPORATION | 10815 | 2325 GRAND ISLAND BLVD., GRAND ISLAND, NY, 14072 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7 | MISSION PLAZA, LLC | C/O PARKSTONE MGMT SERVICES, WESTLAKE VILLAGE, CA 91631-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5771 | 131 WEST MAIN STREET, VENTURA, CA, 93001 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8 | MISSION VILLAGE | 30001 CROWN VALLEY PKWY, LAGUNA NIGUEL, CA 92677 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5751 | 32121 CAMINO CAPISTRANO, SAN JUAN CAPISTRANO, CA, 92675 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9 | MK REALTY MTDE LLC | C/O DSM COMMERCIAL, NEWARK, DE 19713 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 4926 | 455 WEST MAIN STREET, MIDDLETOWN, DE, 19709 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10 | MK-MENLO PLEASANT VALLEY LP | C/O DLC MANAGEMENT CORP, ELMSFORD, NY 10523 | Unexpired Store Lease | THRIFT DRUG, INC. | 11012 | 3331 PLEASANT VALLEY BLVD., ALTOONA, PA, 16602 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11 | MK-MENLO PROPERTY OWNER LLC | C/O MCG OPERATIONS, LLC, MENLO PARK, CA 94025 | Unexpired Store Lease | ECKERD CORPORATION | 10846 | 420 HAMILTON STREET, GENEVA, NY, 14456 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 12 | MMDG LP | 199 LEE AVENUE, SUITE 185, BROOKLYN, NY 11211-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 7843 | 3700 WALNUT STREET, MCKEESPORT, PA, 15132 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 13 | MONTECITO MARKETPLACE ASSOC | C/O SEAGATE PROPERTIES, SAN RAFAEL, CA 94901-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5957 | 471 3RD STREET, SAN RAFAEL, CA, 94901 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14 | MSF SENECA, LLC | C/O BENDERSON DEVELOPMENT COMPANY, UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1194 | 1941 SENECA STREET, BUFFALO, NY, 14210 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15 | MSF TRANSIT, LLC | C/O BENDERSON DEVELOPMENT COMPANY, UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1500 | 6000 TRANSIT ROAD, DEPEW, NY, 14043 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16 | MT LEBANON COOKE LP | 1401 BROAD ST, CLIFTON, NJ 07013 | Unexpired Store Lease | THRIFT DRUG, INC. | 10942 | 410 COOKE LANE, PITTSBURGH, PA, 15234 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17 | MUSTANG SQUARE LLC | C/O CAROSELLA PROPERTIES INC, BAKERSFIELD, CA 93301 | Unexpired Ground Lease | THRIFTY PAYLESS, INC. | 6549A | 11200 OLIVE DRIVE, BAKERSFIELD, CA, 93312 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18 | MY-T-FEIN DEVELOPERS LLC | C/O FEINBERG & MCBURNEY REALTY/DEVELOPMENT LLC, CHERRY HILL, NJ 08003-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 135 | 217 SUNSET ROAD, WILLINGBORO, NJ, 08046 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 19 | NAIDU BUILDINGS, LLC | C/O DHARMA SYSTEMS, INC., SLEEPY HOLLOW, NY 10591-0000 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 3971 | 5500 GEORGE WASHINGTON HIGHWAY, GRAFTON, VA, 23692 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20 | NB PENN LLC | 10380 WILSHIRE BLVD #1501, LOS ANGELES, CA 90024 | Unexpired Store Lease | THRIFT DRUG, INC. | 10955 | 1804 GOLDEN MILE HIGHWAY, PITTSBURGH, PA, 15239 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 21 | NEM LLP | C/O ROBYN PROPERTIES INC, ELLICOTT CITY, MD 21043 | Unexpired Store Lease | RITE AID OF MARYLAND, INC. | 2210 | 1400 SULPHUR SPRING ROAD, BALTIMORE, MD, 21227 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22 | NEW CENTURY ASSOCIATES GROUP, | 2010 COUNTY LINE ROAD, HUNTINGDON VALLEY, PA 19006 | Unexpired Store Lease | THRIFT DRUG, INC. | 11099 | 2182 COUNTY LINE ROAD, HUNTINGDON VALLEY, PA, 19006 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23 | NEWARK NNN LLC | 10307 W BROAD ST, STE 275, GLEN ALLEN, VA 23060 | Unexpired Store Lease | ECKERD CORPORATION | 10849 | 101 SOUTH MAIN STREET, NEWARK, NY, 14513 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24 | NFNY BUSINESS TRUST | C/O BENDERSON DEVELOPMENT CO., UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 172 | 2034 NEW CASTLE AVENUE, NEW CASTLE, DE, 19720 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25 | NFNY BUSINESS TRUST | C/O BENDERSON DEVELOPMENT CO., UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10280 | 288 UNION AVENUE, LACONIA, NH, 03246 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 26 | NIELSEN HOLDINGS INC | 270 E HWY 246, STE 212, BUELLTON, CA 93427 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6185 | 616 ALAMO PINTADO ROAD, SOLVANG, CA, 93463 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27 | NMP-C4 FAIRFIELD S/C LLC | SHOPCORE PROPERTEIS, PHILADELPHIA, PA 19102 | Unexpired Store Lease | ECKERD CORPORATION | 11273 | 5232 FAIRFIELD SHOPPING CENTER, VIRGINIA BEACH, VA, 23464 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28 | NOB HILL PARTNERS LLC | C/O HERBERT A LAMPERT, SHERMAN OAKS, CA 91403 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5254 | 4117 KITSAP WAY, BREMERTON, WA, 98312 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 29 | NORTHERN CALIFORNIA TRUST OF C | ATTN: REAL ESTATE DEPT., PASADENA, CA 91101-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5463 | 3802 CULVER CENTER STREET, CULVER CITY, CA, 90232 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30 | NORTHWEST PLAZA 2 LLP | C/O KLEIN ENTERPRISES, BALTIMORE, MD 21208-0000 | Unexpired Store Lease | RITE AID OF MARYLAND, INC. | 362 | 4600 WEST NORTHERN PARKWAY, BALTIMORE, MD, 21215 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31 | NWCC RIVERWAY LLC | C/O PUGET SOUND RETAIL LLC, SEATTLE, WA 98122 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5287 | 230 KELSO DRIVE, KELSO, WA, 98626 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 32 | NY PHARMACY PARTNERS LLC | 27 FROST LANE, LAWRENCE, NY 11559 | Unexpired Store Lease | ECKERD CORPORATION | 10806 | 4155 WEST MAIN STREET, BATAVIA, NY, 14020 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 33 | NY PHARMACY PARTNERS LLC | 27 FROST LANE, LAWRENCE, NY 11559 | Unexpired Store Lease | ECKERD CORPORATION | 10834 | 1454 UNION ROAD, WEST SENECA, NY, 14224 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34 | NY PHARMACY PARTNERS LLC | 27 FROST LANE, LAWRENCE, NY 11559 | Unexpired Store Lease | ECKERD CORPORATION | 10838 | 2561 UNION ROAD, CHEEKTOWAGA, NY, 14227 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35 | OCEAN COUNTY EQUITIES LLC | C/O MADISON PROPERTIES, BROOKLYN, NY 11218 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 2707 | 31 MULE ROAD, TOMS RIVER, NJ, 08755 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 36 | OCEAN VIEW HOLDING CORPORATION | 1453 50TH STREET, BROOKLYN, NY 11219 | Unexpired Store Lease | THRIFT DRUG, INC. | 10465 | 480 ROUTE 9 SOUTH, LITTLE EGG HARBOR, NJ, 08087 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37 | OFP WAGRADOL PA2, LLC | 33 BLOOMFIELD HILLS PKWY, BLOOMFIELD HILLS, MI 48304 | Unexpired Store Lease | THRIFT DRUG, INC. | 10992 | 115 FIFTH STREET, ELLWOOD CITY, PA, 16117 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 38 | ONE PARAGON DRIVE, L.P. | ONE PARAGON DRIVE, MONTVALE, NJ 07645 | Unexpired Store Lease | ECKERD CORPORATION | 10440 | 1492 CHEWS LANDING ROAD, LAUREL SPRINGS, NJ, 08021 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39 | OSBORNE ASSOCIATES VIII, L.L.C | 1811 HADDONFIELD-BERLIN RD, CHERRY HILL, NJ 08003 | Unexpired Store Lease | THRIFT DRUG, INC. | 10507 | 101 SOUTH MAIN STREET, FORKED RIVER, NJ, 08731 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40 | OVERAA ASSOCIATES | C/O JAY-PHARES CORPORATION, OAKLAND, CA 94605-5260 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5945 | 2021 SOLANO AVENUE, VALLEJO, CA, 94590 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 41 | PACIFIC WEST COAST PROPERTIES | 421 MARTIN STREET, MONTEREY, CA 93940 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5853 | 456 S MADERA AVENUE, KERMAN, CA, 93630 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 42 | PACIFIC/COSTANZO-LEWIS | ONE CORPORATE PLAZA, 2ND FLOOR, NEWPORT BEACH, CA 92660-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5685 | 72253 TWENTYNINE PALMS HIGHWAY, TWENTYNINE PALMS, CA, 92277 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 43 | PACIFIC/COSTANZO-LEWIS | PO BOX 3060, NEWPORT BEACH, CA 92658 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5678 | 51101 CESAR CHAVEZ STREET, COACHELLA, CA, 92236 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44 | PANTHER LAKE PROPERTY OWNER | C/O JG MANAGEMENT CO INC, WESTLAKE VILLAGE, CA 91362 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5189 | 20518 108TH AVE.,SE, KENT, WA, 98031 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 45 | PARK VIEW PARTNERS | 144 MEYERS STREET, #160, CHICO, CA 95928-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6087 | 650 MANGROVE AVENUE, CHICO, CA, 95926 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46 | PARKVILLE PROPERTIES LLC | C/O CHANCELLER DEVELOPMENT, HADDONFIELD, NJ 08033-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 4094 | 1000 KINGS HIGHWAY, WEST DEPTFORD, NJ, 08086 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47 | PARKWOOD JOINT VENTURE | C/O THE KORMAN COMPANY, TREVOSE, PA 19053-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1956 | 12311 ACADEMY ROAD, PHILADELPHIA, PA, 19154 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 48 | PATRIOT INVESTMENT GROUP LLC | 2 JERICHO ROAD, ATKINSON, NH 03811 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10272 | 142 MAIN STREET, SALEM, NH, 03079 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 49 | PAVILLION DEVELOPMENT TWO | 7080 NO. MARKS AVE., SUITE 118, FRESNO, CA 93711-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5809 | 1601 23RD STREET, BAKERSFIELD, CA, 93301 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 50 | PDQ KENLEON DELTON LLC | C/O PROPERTY MANAGEMENT ASSOCIATES OF WNY, INC., WILLIAMSVILLE, NY 14221 | Unexpired Store Lease | RITE AID DRUG PALACE, INC. | 763 | DEL-TON PLAZA, TONAWANDA, NY, 14150 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51 | PENN HILLS RETAIL, LP | C/O TRINITY COMMERCIAL DEVELOPMENT, PITTSBURGH, PA 15202-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 10947 | 7345 SALTSBURG ROAD, PENN HILLS, PA, 15235 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52 | PENTON COMPANY | PO BOX 437, NEWTOWN SQUARE, PA 19073 | Unexpired Store Lease | ECKERD CORPORATION | 11153 | 1535 WEST CHESTER PIKE, WEST CHESTER, PA, 19382 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 53 | PETER BIHARI | C/O RST & ASSOCIATES, LOS ANGELES, CA 90025-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5680 | 1501 WEST MAIN STREET, EL CENTRO, CA, 92243 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54 | PINEWINDS INVESTMENTS, LLC | C/O HUNT MANAGEMENT COMPANY - ATTN:  K. NEAL HUNT, RALEIGH, NC 27608 | Unexpired Store Lease | ECKERD CORPORATION | 11251 | 2040 ATLANTIC AVE, CHESAPEAKE, VA, 23324 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 55 | PITTSBURGH-SSW1 NOTE OWNER LLC | C/O SOMERA ROAD INC, NASHVILLE, TN 37203 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, LLC | 273 | 2655 E CARSON STREET, PITTSBURGH, PA, 15203 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 56 | PJ CASCADE DINING, LLC - PAPA JOHN'S PIZZA | C/O: JESSE SMITH, PORT ORCHARD, WA 98367-9048 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5267ST | 21302 STATE ROUTE 410 EAST, BONNEY LAKE, WA, 98391 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57 | PLAYA GALLERIA SHOPPING CT LLC | C/O HAGER PACIFIC PROPERTIES, ENCINO, CA 91436 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6791 | 431 34TH STREET, BAKERSFIELD, CA, 93301 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58 | PLAZA GROUP 167 LLC | 501 AUDUBON PKWY, SUITE 400, AMHERST, NY 14228 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1689 | 3071-3085 SOUTH PARK AVENUE, LACKAWANNA, NY, 14218 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 59 | PREMIERE PROPERTIES LLC | 9TH & HIGHLAND LLC, GLEN MILLS, PA 19342 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1274 | 4400 PENNELL ROAD, ASTON, PA, 19014 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 60 | PRIME/FRIT BELL GARDEN LLC | C/O FEDERAL REALTY INVESTMENT TRUST - BELL GARDENS MARKETPLACE, NORTH BETHESDA, MD 20852 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5459 | 6959 EASTERN AVENUE, BELL GARDENS, CA, 90201 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 61 | PRO SCHWEIZER MANAGEMENT, INC. - AKA ATI PHYSICAL THERAPY | C/O: LEASE ADMINISTRATION, BOLINGBROOK, IL 60440 | Unexpired Sublease | RITE AID OF DELAWARE, INC. | 172ST | 2034 NEW CASTLE AVENUE, NEW CASTLE, DE, 19720 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 62 | PROFECTUS CAPITAL LLC | C/O OPTIMUS PROPERTIES, LLC, LOS ANGELES, CA 90067 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6520 | 4830 J STREET, SACRAMENTO, CA, 95819 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 63 | PUBA PROPERTIES | 3103 MISSION CANYON DR, EL DORADO HILLS, CA 95762 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6057 | 1220 BROADWAY, PLACERVILLE, CA, 95667 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64 | R2K RAHAZPA LLC | PO BOX 541, VILLANOVA, PA 19085-0541 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4840 | 1000 NORTH CHURCH STREET, HAZLETON, PA, 18201 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 65 | RA HOPEWELL LLC | C/O I. REISS & SONS, NEW YORK, NY 10021-0000 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 3705 | 2305 OAKLAWN BOULEVARD, HOPEWELL, VA, 23860 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66 | RA OROVILLE LLC | 26527 AGOURA RD, STE 200, CALABASAS, CA 91302 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6091 | 2700 ORO DAM BOULEVARD EAST, OROVILLE, CA, 95966 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 67 | RA STONEROOK/4150 N GEORGE ST | C/O STONEROOK & COMPANY, MANCHESTER, PA 17345 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2271 | 4135 NORTH GEORGE STREET, EXT., MANCHESTER, PA, 17345 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68 | RANDALL BENDERSON 1993-1 TRUST | C/O BENDERSON DEVELOPMENT CO., UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4982 | 1640 HOPKINS ROAD, WILLIAMSVILLE, NY, 14221 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 69 | RAP EAST MARKET YORK, LLC | C/O KLINE SCOTT VISCO, FREDERICK, MD 21701-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 11033 | 3300 EAST MARKET STREET, YORK, PA, 17402 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 70 | RAP HAMLIN LP | C/O SADG-2, INC., DICKSON CITY, PA 18519-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2248 | 639 HAMLIN HIGHWAY, LAKE ARIEL, PA, 18436 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 71 | RAP SMYRNA LLC | 117 WEST PATRICK ST. SUITE 200, FREDERICK, MD 21701 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 7891 | 200 PHARMACY DRIVE, SMYRNA, DE, 19977 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 72 | RARED JAFFREY LLC | C/O STEPHEN DUBORD, VERO BEACH, FL 32964-3528 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 1653 | 14 PETERBOROUGH STREET, JAFFREY, NH, 03452 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 73 | RCS DEVELOPMENT COMPANY | 714 MILLS DRIVE, STE 7, NORTH HUNTINGDON, PA 15642 | Unexpired Store Lease | THRIFT DRUG, INC. | 10973 | 120 COUNTRY SIDE PLAZA, MOUNT PLEASANT, PA, 15666 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 74 | REALMARQ DEVELOPMENT, LLC | P.O. BOX 8263, RADNOR, PA 19087-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 1917 | 236 SOUTH DELSEA DRIVE, CLAYTON, NJ, 08312 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 75 | REALTY INCOME CORP | 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6549 | 11200 OLIVE DRIVE, BAKERSFIELD, CA, 93312 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 76 | REALTY INCOME CORPORATION | SPIRIT RA PLAINS PA, LLC, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1632 | 20 SOUTH RIVER STREET, PLAINS, PA, 18705 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 77 | REALTY INCOME PA PROPERTIES | 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2277 | 1799 THIRD STREET, BEAVER, PA, 15009 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 78 | REALTY INCOME PA PROPERTIES | 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2591 | 670 PHILADELPHIA AVENUE, READING, PA, 19607 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 79 | REALTY INCOME PA PROPERTIES | 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3571 | 103 WEST ALLEGHENY ROAD, IMPERIAL, PA, 15126 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 80 | REALTY INCOME PA PROPERTIES | 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4676 | 407 CENTRAL AVENUE, JOHNSTOWN, PA, 15902 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 81 | REALTY INCOME PA PROPERTIES | 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 7825 | 201 DEVINE DRIVE, WEXFORD, PA, 15090 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 82 | REALTY INCOME PA PROPERTIES | 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Ground Lease | RITE AID OF PENNSYLVANIA, INC. | 2277A | 1799 THIRD STREET, BEAVER, PA, 15009 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 83 | REALTY INCOME PROP 16 LLC | 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6026 | 15025 OLYMPIC DRIVE, CLEARLAKE, CA, 95422 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 84 | REALTY INCOME PROP 9 LLC | C/O REALTY INCOME CORPORATION, SAN DIEGO, CA 92130 | Unexpired Store Lease | ECKERD CORPORATION | 10875 | 265 NORTH UNION STREET, OLEAN, NY, 14760 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 85 | RED LION BROADWAY LLC | C/O ARCTRUST EQUITIES LLC, CLIFTON, NJ 07013 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA LLC | 1640 | 910 WEST BROADWAY, RED LION, PA, 17356 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 86 | REDONDO PRIME 1, LLC | REF #074195, SOLANA BEACH, CA 92075 | Unexpired Store Lease | The Bartell Drug Company | 6932 | 27055 PACIFIC HWY S, DES MOINES, WA, 98198 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 87 | REDWOOD VILLAGE SC | C/O  COATES & SOWARDS, INC., CAMPBELL, CA 95008-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6041 | 725 SOUTH FORTUNA BOULEVARD, FORTUNA, CA, 95540 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 88 | RICHARD TOCHA | 5279 WILLOWLAKE COURT, CLARENCE, NY 14031 | Unexpired Store Lease | ECKERD CORPORATION | 10810 | 6939 ERIE ROAD, DERBY, NY, 14047 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 89 | RICHFIELD ASSOCIATES | C/O CENTRAL PROPERTY MGMT, MONTVALE, NJ 07645 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 1736 | RICHFIELD SHOPPING CENTER, CLIFTON, NJ, 07012 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 90 | RIVARD PIZZA, LLC | 9 FAIRWAY DRIVE, ANDOVER, MA 01810 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 3589 | 829 NH ROUTE 11, FARMINGTON, NH, 03835 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 91 | RIVER OAKS 1990 ASSOCIATES | C/O CENTER ASSOCIATE REALTY CO., PITTSBURGH, PA 15238 | Unexpired Store Lease | THRIFT DRUG, INC. | 10915 | 109 ALLEGHENY RIVER BLVD., OAKMONT, PA, 15139 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 92 | RIVERDALE PARK ASSOCIATES | 527 F AVENUE, CORONADO, CA 92118-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6548 | 14115 LAKERIDGE CIRCLE, MAGALIA, CA, 95954 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 93 | RIVERSIDE KNOLLS LTD. | C/O LOCKE, KASAL, FERRIS & CO., LLP, LOS ANGELES, CA 90010-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5569 | 13333 RIVERSIDE DRIVE, SHERMAN OAKS, CA, 91423 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 94 | RJAC1 LLC | 777 NE SECOND ST, STE 200, CORVALLIS, OR 97330 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6093 | 40 EAST MAIN STREET, QUINCY, CA, 95971 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 95 | ROBERT & MARCIA KEELINE | KEELINE FAMILY TRUST DATED 4/29/97, PALO CEDRO, CA 96073-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6099 | 975 EAST CYPRESS AVENUE, REDDING, CA, 96002 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 96 | ROBERT S AND CELESTE MARIN | C/O THE MARIN COMPANY, LOS ANGELES, CA 90049 | Unexpired Store Lease | ECKERD CORPORATION | 10831 | 8530 TRANSIT RD, AMHERST, NY, 14221 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 97 | ROIC CALIFORNIA, LLC | C/O RETAIL OPPORTUNITY INVESTMENTS CORP, SAN DIEGO, CA 92130 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5883 | 160 COUNTRY CLUB GATE CENTER, PACIFIC GROVE, CA, 93950 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 98 | RONALD BENDERSON 1995 TRUST | C/O BENDERSON DEVELOPMENT CO., UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1597 | 125 SOUTH TRANSIT STREET, LOCKPORT, NY, 14094 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 99 | ROSEDALE BAY INVESTMENTS LLC | 5312 PACIFIC HIGHWAT EAST, FIFE, WA 98424 | Unexpired Store Lease | The Bartell Drug Company | 6954 | 3601 6TH AVE, TACOMA, WA, 98406 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 100 | RSS CENTER LLC | 2264 FAIR OAKS BLVD STE 100, SACRAMENTO, CA 95825 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6560 | 446 ROSEVILLE SQUARE, ROSEVILLE, CA, 95678 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

# EXHIBIT C

**United States Bankruptcy Court for the District of New Jersey**

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|

**Debtor:** Eckerd Corporation

**Case Number:** 25-14769

Modified Official Form 410

# Proof of Claim

4/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

| 1. **Who is the current creditor?** | Robert Marin and Celeset de Schulthess Marin Trust |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. **Has this claim been acquired from someone else?** | ☑ No |
|---|---|
| | ☐ Yes. From whom? |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | | Where should payments to the creditor be sent? (if different) | |
|---|---|---|---|
| Address1: | c/o Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: | |
| Address2: | P.O. Box 5315 | Address2: | |
| Address3: | | Address3: | |
| Address4: | | Address4: | |
| City: | Princeton | City: | |
| State: | NJ | State: | |
| Postal Code: | 08543 | Postal Code: | |
| Country: | | Country: | |
| Contact phone | 609-219-7458 | Contact phone | |
| Contact email | tonder@stark-stark.com | Contact email | |

**Uniform Claim Identifier (if you use one)**

| 4. **Does this claim amend one already filed?** | ☑ No | | |
|---|---|---|---|
| | ☐ Yes.   Claim number on court claims registry (if known)_____ | Filed on _____ | MM / DD / YYYY |

| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$ 30,814.18 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 23,944.89

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**Proof of Claim**                                                                                     page 2

| | | Amount entitled to priority |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☑ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 30,814.18 |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No <br><br> ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder* 08/18/2025

Electronic Signature                    Date

**Name of the person who is completing and signing this claim**

Name
Thomas S. Onder

First name          Middle name          Last name

Title/Company
Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.
P.O. Box 5315

Address
Number          Street

Princeton          NJ          08543
City          State          ZIP Code          Country

Contact phone   609-219-7458          Email   tonder@stark-stark.com

---

**Proof of Claim**                                                                 page 3

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
 Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

---------------------------------------------------------------------------------------------------

Attachment Filename:

Marin_Sch A.pdf

KROLL

**KROLL**

Electronic Proof of Claim Confirmation:   3870-1-NMAQO-812563471

Claim Electronically Submitted on (UTC) :   2025-08-18T20:24:29.809Z

Submitted by:   Robert Marin and Celeset de Schulthess Marin Trust
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Robert Marin and Celeset de Schulthess Marin Family Trust files the following claims for its lease at 8530 Transit Road, Amherst, NY 14221, which is dated November 19, 2002.

1. **Pre-Petition - $23,944.89** for rent prior to May 5, 2025;

2. **Administrative - $30,814.18**; and

3. **Rejection  - $579,469.11**.

Robert Marin and Celeset de Schulthess Marin Family Trust reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

4918-9562-9663, v. 2

Robert Marin and Celeste de Schulthess Marin, Trustees of the Robert Marin and Celeste de Schulthess Marin Family Trust Accounting of Claims August 12, 2025

**Pre- Petition Owed:**                    April Rent $21, 208.33 + May 1-4, 2025 $2,736.56 = **$23,944.89**
**$23,944.89**

**Administrative Post Petition Owed:**
**$30,814.18**

        May Rent $21,208.33 / 31 = $684.14 X 27 days = **$18,471.77**

        Town of Amherst Williamsville
        School Central District Property Tax
        Projected July 1, 2025 to June 30, 2026
        Tax Bill   $23,350.89 – **$1,945.91 of this amount Post Petition**
                                **for cost for July, 2025**

        Post-petition attys fees per 3g of Amendment dated
        March 1, 2024 **$10,396.50 as of August 1, 2025**

**Rejection Amounts Owed**
**$579,469.11**

Rent Owed from August 1, 2025 for
12 months                                                                                            **$254,499.96**

Property Insurance August 1, 2025      $20, 724.19
To July 31, 2026

Property Insurance August 1, 2026
To July 31, 2027-Projected                  $20,724.19

Property Insurance August 1, 2027
To December 31, 2027
Projected                                              $8,635.08 - **Total of Property Insurance is $50,083.46**

Town of Amherst, County of Erie
County and Town Property Tax 2025
January 1, 2025-December 31, 2025
$35,098.91, Payable 2/28/25
Prorated from August 1, 2025 to
December 31, 2025                                                                                    **$14,624.55**

1

4926-8291-3375, v. 1

Town of Amherst, County of Erie
County and Town Property Tax 2026
January 1, 2026 to December 31,
2026- Projected                                                                    **$35,098.91**

Town of Amherst, County of Erie
County and Town Property Tax
January 1, 2027 to December 31,
2027- Projected                                                                    **$35,098.91**

Town of Amherst Williamsville
School Central District Property Tax
 Projected July 1, 2025 to June 30, 2026
Tax Bill                                              $23,350.89 – Note- $1,945.91 of this amount could
                                                     be considered Post Petition for cost
                                                     for July, 2025
                                                        **Remainder $21,404.98**

Town of Amherst Williamsville
School Central District Property Tax
 Projected July 1, 2026 to June 30, 2027
Tax Bill                                                                            **$23,350.89**

Town of Amherst Williamsville
School Central District Tax Projected
July 1, 2027 to December 31, 2027
Prorated                                                                            **$11,675.45**

Common Area Maintenance
August 1, 2025 to December
31, 2027 Projected @ 4.00 per
Square Foot Annually 13,824 Sq. ft.
Prorated @ 29 Months x $4,608                                                       **$133,632.00**

4926-8291-3375, v. 1

# EXHIBIT D

**Collection: School 2025**

| Fiscal Year Start: 7/1/2025 | Fiscal Year End: 6/30/2026 | Warrant Date: 9/1/2025 |
|---|---|---|

**Total Tax Due (minus penalties & interest)**   $0.00

| Entered | Posted | Total | Tax Amount | Penalty | Surcharge | Via | Type |
|---|---|---|---|---|---|---|---|
| 10/21/2025 | 10/13/2025 | $23,831.77 | $23,831.77 | $0.00 | $0.00 | Internet | Full Payment |

| Tax Bill # | SWIS | Tax Map # | Status |
|---|---|---|---|
| 060610 | 142289 | 57.09-1-45.2 | Payment Posted |

| Address | Municipality | School |
|---|---|---|
| 8530 Transit Rd | Town of Amherst | WILLIAMSVILLE |

**Owners**
Robert Marin & Celeste de
Schulthess Marin Family Trust
12728 Parkyns St
Los Angeles, CA 90049

**Property Information**
Roll Section: 1
Property Class: 456
Lot Size: 1.82

**Assessment Information**
Full Market Value: 2000000.00
Total Assessed Value: 1980000.00
Uniform %: 99.00

| Description | Tax Levy | Percent Change | Taxable Value | Rate | Tax Amount |
|---|---|---|---|---|---|
| School Tax | 148413562 | 3.0000 | 1980000.000 | 12.03624700 | $23,831.77 |

**Total Taxes: $23,831.77**

**Mail Payments To:**
Francina J. Spoth
Amherst Town Clerk
5583 Main Street Williamsville, New York 14221 Phone (716) 631-7021

PAID

10/13/25
ACH



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060 • F: 609.896.0629

www.stark-stark.com

Robert Marin
Celeste de Schulthess Marin Family Trust
12728 Parkyns Street
Los Angeles, CA  90049

| | |
|---|---|
| Date: | August 11, 2025 |
| Invoice No.: | 2227448 |
| Client No.: | 076201 |
| Matter No.: | 00002 |
| Billing Attorney: | TSO |

## PAYMENT ADVICE

RE:  RITE AID 2025 BANKRUPTCY (SECOND FILING)

**BALANCE DUE THIS INVOICE**  **$ 3,527.50**

### TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE RETURN
### THIS PAYMENT PAGE WITH YOUR PAYMENT

**Please include the invoice # 2227448 on your check/wire transfer.**

**Wire Transfer Instructions:**

Fulton Bank of NJ
Mantua, NJ 08051
**ABA# 031301422**

Stark & Stark Account
**Acct# 90395290**
100 American Metro Boulevard
P.O. Box 5315
Princeton, NJ 08543-5315

**To Pay by Credit Card:**

To pay online by Credit or Debit card, please go to
www.Stark-Stark.com  and click on Client Payment Portal.

**To Pay By Check - Mail to:**

Stark & Stark
PO Box 7164
Lancaster, PA  17604

**Overnight Payments**

Stark & Stark
Lockbox Dept
1695 State Street
East Petersburg, PA  17520

**TERMS: NET 30 DAYS**

To obtain a copy of Stark & Stark's Form W-9 please visit our website: **http://www.StarkW9.com**
*Thank you! Your business is greatly appreciated.*



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

Robert Marin
Celeste de Schulthess Marin Family Trust
12728 Parkyns Street
Los Angeles, CA  90049

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219989 |
| Client No.: | 076201 |
| Matter No.: | 00002 |
| Billing Attorney: | TSO |

## INVOICE SUMMARY

For professional services rendered and costs advanced through May 31, 2025:

**RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)**

| | |
|---|---|
| Professional Services | $ 3,326.00 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,326.00** |

## STARK & STARK, P.C.

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219989 |
| Client No.: | 076201 |
| Matter No.: | 00002 |

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/05/25 | TSO | Received and reviewed bankruptcy filing and motion for hearing on Weds at 2 pm for first day orders, including store closing motion, bid procedures, lease sale procedures and others. (prorated) | 1.00 | 425.00 | 425.00 |
| 5/07/25 | TSO | Reviewed additional pleadings and prepared for hearing; Attended and argued hearing; provide status update to client (prorated) | 1.00 | 425.00 | 425.00 |
| 5/07/25 | ELP | Prepared and filed Notices of Appearance for Mr. Onder and Mr. Lemkin on the courts docket RE: New Rite Aid filing of 2025 | 1.00 | 190.00 | 190.00 |
| 5/07/25 | ELP | Reviewed and compiled client docs, prepared new case file for second filing bankruptcy matter. | .40 | 190.00 | 76.00 |
| 5/09/25 | TSO | Received and reviewed additional pleadings, including filing for additional closings; Client's not listed. | .30 | 425.00 | 127.50 |
| 5/12/25 | TSO | Received and reviewed additional pleadings (prorated); | .30 | 425.00 | 127.50 |
| 5/14/25 | TSO | Followed up with Debtors counsel on auction regarding client's lease; Received and reviewed and reviewed additional pleadings (prorated) | .30 | 425.00 | 127.50 |
| 5/16/25 | TSO | Received and reviewed multiple pleadings on bid procedures, asset sales and closings (prorated) | .50 | 425.00 | 212.50 |
| 5/19/25 | DPF | Receive and review pleading including lease rejection and store closings; Confirmed clients not included; discussion with TSO re: pleading, locations. (pro rated) | .30 | 425.00 | 127.50 |
| 5/19/25 | JHL | Review bid pro motion / sale notice; confer with T. Onder re objection; follow up emails with Debtor's counsel; Review objections to notices. Pro-rated. | .40 | 425.00 | 170.00 |

## STARK & STARK, P.C.

|  | Date: | June 10, 2025 |
|---|---|---|
|  | Invoice No.: | 2219989 |
|  | Client No.: | 076201 |
|  | Matter No.: | 00002 |

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/21/25 | JHL | Attend pharma sale hearing (pro-rated) | .50 | 425.00 | 212.50 |
| 5/21/25 | TSO | Received and reviewed asset purchase agreement for pharmacy and other assets; Call with Debtor on sale. (prorated) | .50 | 425.00 | 212.50 |
| 5/23/25 | JHL | Review compilation of pleadings / notice regarding revised dates/deadlines. pro-rated. | .30 | 425.00 | 127.50 |
| 5/27/25 | JHL | Review motion to extend time to assume reject leases. pro-rated. | .20 | 425.00 | 85.00 |
| 5/27/25 | JHL | Review motion to extend time to assume reject leases. pro-rated. | .20 | 425.00 | 85.00 |
| 5/28/25 | TSO | Exchanged communications with client on store sales and closings. | .30 | 425.00 | 127.50 |
| 5/29/25 | TSO | Received and reviewed pleadings, including rejection of leases (prorated); Client's lease not included in rejection of initial stores. | .30 | 425.00 | 127.50 |
| 5/30/25 | JHL | Review docket and emails with debtor's counsel regarding pharma sale and notices re assumption. (pro-rated) | .30 | 425.00 | 127.50 |
| 5/30/25 | TSO | Received and reviewed pleadings, including second thru fifth rejection of contracts (prorated); Followed up with Debtor on pharmacy sales to confirm clients not included; Provided client with status update, including notice that time to assume or reject leases extended to Dec. 2025. | .50 | 425.00 | 212.50 |

**TOTAL PROFESSIONAL SERVICES**      **$ 3,326.00**

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Init | Hours | Rate | Total |
|---|---|---|---|---|
| DENNIS P. FRAZIER | DPF | .30 | 425.00 | 127.50 |
| JOSEPH H. LEMKIN | JHL | 1.90 | 425.00 | 807.50 |
| THOMAS S. ONDER | TSO | 5.00 | 425.00 | 2,125.00 |
| ERIN L. REID | ELP | 1.40 | 190.00 | 266.00 |
| **TOTALS** |  | **8.60** |  | **$ 3,326.00** |

Page **3**

STARK & STARK, P.C.

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219989 |
| Client No.: | 076201 |
| Matter No.: | 00002 |

**TOTAL THIS INVOICE**                                                **$ 3,326.00**

STARK & STARK, P.C.



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060 • F: 609.896.0629

www.stark-stark.com

Robert Marin
Celeste de Schulthess Marin Family Trust
12728 Parkyns Street
Los Angeles, CA  90049

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219989 |
| Client No.: | 076201 |
| Matter No.: | 00002 |
| Billing Attorney: | TSO |

## PAYMENT ADVICE

RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 3,326.00** |

### TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE RETURN
### THIS PAYMENT PAGE WITH YOUR PAYMENT

**Please include the invoice # 2219989 on your check/wire transfer.**

**Wire Transfer Instructions:**

Fulton Bank of NJ
Mantua, NJ 08051
**ABA# 031301422**

**To Pay by Credit Card:**

To pay online by Credit or Debit card, please go to
www.Stark-Stark.com  and click on Client Payment Portal.

Stark & Stark Account
**Acct# 90395290**
100 American Metro Boulevard
P.O. Box 5315
Princeton, NJ 08543-5315

**To Pay By Check - Mail to:**

Stark & Stark
PO Box 7164
Lancaster, PA  17604

**Overnight Payments**

Stark & Stark
Lockbox Dept
1695 State Street
East Petersburg, PA  17520

**TERMS: NET 30 DAYS**
To obtain a copy of Stark & Stark's Form W-9 please visit our website: **http://www.StarkW9.com**
*Thank you! Your business is greatly appreciated.*



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

Robert Marin                                                July 3, 2025
Celeste de Schulthess Marin Family Trust
12728 Parkyns Street
Los Angeles, CA  90049

---

**RE: Our Client-Matter No: 076201 - 00002   RITE AID 2025 BANKRUPTCY (SECOND FILING)**

Enclosed please find our invoice for professional services rendered and costs advanced.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

THOMAS S. ONDER



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

Robert Marin
Celeste de Schulthess Marin Family Trust
12728 Parkyns Street
Los Angeles, CA  90049

| | |
|---|---|
| Date: | July 3, 2025 |
| Invoice No.: | 2223683 |
| Client No.: | 076201 |
| Matter No.: | 00002 |
| Billing Attorney: | TSO |

## INVOICE SUMMARY

For professional services rendered and costs advanced through June 30, 2025:

**RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)**

| | |
|---|---|
| Professional Services | $ 3,543.00 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,543.00** |

## STARK & STARK, P.C.

|  |  |
|---|---|
| Date: | July 3, 2025 |
| Invoice No.: | 2223683 |
| Client No.: | 076201 |
| Matter No.: | 00002 |

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/04/25 | JHL | Attend 341(a) meeting of creditors - pro-rated. | .30 | 425.00 | 127.50 |
| 6/05/25 | JHL | Review pleadings re motion to extend time to assume / reject; Review objections.  Review compilation o f additional pleadings (pro-rated) | .20 | 425.00 | 85.00 |
| 6/05/25 | TSO | Received and reviewed various pleadings including appointment of Kroll restructuring for claims, fifth store closing notice, and rejection of leases; Confirmed client's not included (prorated) | .50 | 425.00 | 212.50 |
| 6/06/25 | JHL | Review compilation of pleadings, agenda and amended agenda for 6/9 hearing. pro-rated. | .20 | 425.00 | 85.00 |
| 6/06/25 | TSO | Received and reviewed multiple pleadings including 6th store closing list  and list of stores for sale (prorated); Confirmed client's stores not being closed but listed for sale; Advised client. | 1.00 | 425.00 | 425.00 |
| 6/09/25 | JHL | Analyze and review  flyer re lease sales and assess client impact; Analyze and review correspondence from T. Onder regarding same. | .30 | 425.00 | 127.50 |
| 6/09/25 | JHL | Attend omnibus hearing on various lease rejection/stay relief/declaratory relief issue - pro-rated. | .30 | 425.00 | 127.50 |
| 6/10/25 | TSO | Exchanged communications with client on status of matter. | .30 | 425.00 | 127.50 |
| 6/11/25 | JHL | Review compilation of pleadings/docket assessing status of bankruptcy and next steps - pro-rated. | .60 | 425.00 | 255.00 |
| 6/12/25 | JHL | Review compilation of pleadings in bankruptcy filing. | .30 | 425.00 | 127.50 |

## STARK & STARK, P.C.

| | | | |
|---|---|---|---|
| Date: | | July 3, 2025 |
| Invoice No.: | | 2223683 |
| Client No.: | | 076201 |
| Matter No.: | | 00002 |

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/13/25 | TSO | Exchanged communications with debtor on status of case; Received and reviewed multiple pleadings, including seventh notice of store closing  and sixth and seventh notice of rejection of leases - client's store not affected (prorated). | 1.00 | 425.00 | 425.00 |
| 6/16/25 | ELP | Prepared 2019 Verified Rule Statement for filing with the court (Pro Rated). | .40 | 190.00 | 76.00 |
| 6/16/25 | ELP | Prepared 2019 Verified Rule Statement for filing with the court (Pro Rated). | .30 | 190.00 | 57.00 |
| 6/17/25 | TSO | Received and reviewed multiple pleadings from debtor, including notice of auction of leases; Client's lease not included, but still being marketed. | .30 | 425.00 | 127.50 |
| 6/18/25 | TSO | Received and reviewed status of property from client; Exchanged communications. | .30 | 425.00 | 127.50 |
| 6/20/25 | TSO | Received and reviewed additional pleadings, including  auction information and 8th notice of additional store closings (pro rated); Sent client notice on same; Received and reviewed client's inspection email. | 1.00 | 425.00 | 425.00 |
| 6/23/25 | TSO | Exchanged communications with client on admin claim. | .30 | 425.00 | 127.50 |
| 6/24/25 | TSO | Received and reviewed pleadings regarding auction and sale, including proposed orders, declarations and notice; Discussed with Mr. Lemkin. (prorated) | .30 | 425.00 | 127.50 |
| 6/25/25 | TSO | Received and reviewed additional pleadings; Reviewed and approved 2019 statement required by court; Paralegal filing. (prorated) | .30 | 425.00 | 127.50 |
| 6/25/25 | ELP | Received and reviewed Debtor's pleadings and discussed with Mr. Onder; Finalized and filed 2019 Verified Rule Statement with the court, served all parties accordingly. (Pro Rated) | .50 | 190.00 | 95.00 |

## STARK & STARK, P.C.

| | |
|---|---|
| Date: | July 3, 2025 |
| Invoice No.: | 2223683 |
| Client No.: | 076201 |
| Matter No.: | 00002 |

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/27/25 | TSO | Received and reviewed additional pleadings, including list of additional leases assumed in recent auction and rejection of more leases; Client's lease not included (prorated) | .30 | 425.00 | 127.50 |

**TOTAL PROFESSIONAL SERVICES**      **$ 3,543.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Hours | Rate | Total |
|---|---|---|---|---|
| JOSEPH H. LEMKIN | JHL | 2.20 | 425.00 | 935.00 |
| THOMAS S. ONDER | TSO | 5.60 | 425.00 | 2,380.00 |
| ERIN L. REID | ELP | 1.20 | 190.00 | 228.00 |
| **TOTALS** | | **9.00** | | **$ 3,543.00** |

**TOTAL THIS INVOICE**      **$ 3,543.00**



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

Robert Marin
Celeste de Schulthess Marin Family Trust
12728 Parkyns Street
Los Angeles, CA  90049

| | |
|---|---|
| Date: | July 3, 2025 |
| Invoice No.: | 2223683 |
| Client No.: | 076201 |
| Matter No.: | 00002 |
| Billing Attorney: | TSO |

## PAYMENT ADVICE

RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 3,543.00** |

### TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE RETURN
### THIS PAYMENT PAGE WITH YOUR PAYMENT

**Please include the invoice # 2223683 on your check/wire transfer.**

**Wire Transfer Instructions:**

Fulton Bank of NJ
Mantua, NJ 08051
**ABA# 031301422**


Stark & Stark Account
**Acct# 90395290**
100 American Metro Boulevard
P.O. Box 5315
Princeton, NJ 08543-5315

**To Pay by Credit Card:**

To pay online by Credit or Debit card, please go to
www.Stark-Stark.com  and click on Client Payment Portal.

**To Pay By Check - Mail to:**

Stark & Stark
PO Box 7164
Lancaster, PA  17604

**Overnight Payments**

Stark & Stark
Lockbox Dept
1695 State Street
East Petersburg, PA  17520

**TERMS: NET 30 DAYS**
To obtain a copy of Stark & Stark's Form W-9 please visit our website: **http://www.StarkW9.com**
*Thank you! Your business is greatly appreciated.*

# EXHIBIT E



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

Robert Marin
Celeste de Schulthess Marin Family Trust
12728 Parkyns Street
Los Angeles, CA  90049

August 11, 2025

**RE: Our Client-Matter No: 076201 - 00002    RITE AID 2025 BANKRUPTCY (SECOND FILING)**

Enclosed please find our invoice for professional services rendered and costs advanced.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

THOMAS S. ONDER



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

Robert Marin
Celeste de Schulthess Marin Family Trust
12728 Parkyns Street
Los Angeles, CA  90049

| | |
|---|---|
| Date: | August 11, 2025 |
| Invoice No.: | 2227448 |
| Client No.: | 076201 |
| Matter No.: | 00002 |
| Billing Attorney: | TSO |

## INVOICE SUMMARY

For professional services rendered and costs advanced through July 31, 2025:

**RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)**

| | |
|---|---|
| Professional Services | $ 3,527.50 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,527.50** |

## STARK & STARK, P.C.

| | |
|---|---|
| Date: | August 11, 2025 |
| Invoice No.: | 2227448 |
| Client No.: | 076201 |
| Matter No.: | 00002 |

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/01/25 | JHL | Review MOR and compilation of pleadings re status of bankruptcy. | .40 | 425.00 | 170.00 |
| 7/01/25 | TSO | Received and reviewed multiple documents filed by debtor including operating reports and schedule for hearings, as well as sale of leases in July. (prorated) | .30 | 425.00 | 127.50 |
| 7/02/25 | TSO | Exchanged communications with client on pharmacy assets sale. | .30 | 425.00 | 127.50 |
| 7/03/25 | TSO | Received and reviewed multiple pleadings, including 10th notice of store closings and bid deadlines for auction on July 22; Advised client of store closure and that store is on auction list. (prorated) | 1.00 | 425.00 | 425.00 |
| 7/07/25 | JHL | Review agenda and materials for hearing re store closing procedures and re extension of time to assume or reject leases (pro-rated) | .30 | 425.00 | 127.50 |
| 7/08/25 | TSO | Call with client on auction procured and next steps. | .30 | 425.00 | 127.50 |
| 7/09/25 | JHL | Review compilation of pleadings for hearing on 7/10.  Pro-rated. | .30 | 425.00 | 127.50 |
| 7/09/25 | TSO | Received and reviewed pleadings from debtor related to auction, including modification of leases identified on auction notice; Confirmed no effect to client's lease. (prorated) | .50 | 425.00 | 212.50 |
| 7/10/25 | JHL | Attend second hearing re 1st day motions / stub/ dip hearings. | .40 | 425.00 | 170.00 |
| 7/11/25 | TSO | Received and reviewed pleadings, including 8th, 9th and 10th orders rejecting leases; Clients leases not included and still active. (prorated) | .30 | 425.00 | 127.50 |
| 7/14/25 | TSO | Received and reviewed various pleadings; Confirmed client's claims not objected to (prorated). | .30 | 425.00 | 127.50 |

## STARK & STARK, P.C.

| | |
|---|---|
| Date: | August 11, 2025 |
| Invoice No.: | 2227448 |
| Client No.: | 076201 |
| Matter No.: | 00002 |

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/18/25 | TSO | Exchanged communications on abandonment and rejection issues. | .30 | 425.00 | 127.50 |
| 7/18/25 | TSO | Received and reviewed pleadings filed, including notice of rejection of leases; Client's leases not listed  (prorated) | .30 | 425.00 | 127.50 |
| 7/21/25 | TSO | Attended auction; Advised client (prorated) | .30 | 425.00 | 127.50 |
| 7/22/25 | JHL | Review pleadings/notices for 7/23 hearing - pro-rated | .20 | 425.00 | 85.00 |
| 7/22/25 | TSO | Received and reviewed additional pleadings, including 13th notice to close stores. (Prorated) | .30 | 425.00 | 127.50 |
| 7/23/25 | JHL | Attend court hearing - pro-rated. | .30 | 425.00 | 127.50 |
| 7/23/25 | TSO | Received and reviewed pleadings, including assignment of leases; Confirmed clients not included and no objection needed. (prorated) | .30 | 425.00 | 127.50 |
| 7/25/25 | JHL | Review compilation of pleadings / rejection notices to assess status of leases. pro-rated. | .30 | 425.00 | 127.50 |
| 7/25/25 | TSO | Received and reviewed multiple additional filed pleadings including orders assuming leases and side deals with other third party purchasers and rejection of leases; Confirmed client's lease included; Advised regarding same; To draft claims.  (prorated) | 1.00 | 425.00 | 425.00 |
| 7/28/25 | TSO | Exchanged communications with client. | .30 | 425.00 | 127.50 |
| 7/29/25 | TSO | Received additional pleadings from debtor; Confirmed client's claims not affected. (prorated) | .30 | 425.00 | 127.50 |

| | | |
|---|---|---|
| **TOTAL PROFESSIONAL SERVICES** | | **$ 3,527.50** |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Init | Hours | Rate | Total |
|---|---|---|---|---|
| JOSEPH H. LEMKIN | JHL | 2.20 | 425.00 | 935.00 |
| THOMAS S. ONDER | TSO | 6.10 | 425.00 | 2,592.50 |
| **TOTALS** | | **8.30** | | **$ 3,527.50** |

## STARK & STARK, P.C.

Date:     August 11, 2025
Invoice No.:     2227448
Client No.:     076201
Matter No.:     00002

**TOTAL THIS INVOICE**                                          **$ 3,527.50**

STARK & STARK, P.C.