**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**STARK & STARK, PC**
Thomas S. Onder, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 219-7458
tonder@stark-stark.com
*Counsel to Creditor- ALD Capital PA, LLC*

In re:

LAKEHURST AND BROADWAY
CORPORATION,

        Debtor[1].

Case No. 25-14831 (MBK)

Chapter 11

(Jointly Administered)

Ref: 411 and 412

Hearing Date: June 30, 2026 at 10:00 am.

## CREDITOR, ALD CAPITAL PA, LLC'S RESPONSE TO OBJECTION TO THEIR ADMNISTRATIVE EXPENSE CLAIM

ALD Capital PA, LLC (the "Claimant") by and through its counsel, Stark & Stark, P.C. files this response to the Debtor's motion (the "Motion") objecting to their filed administrative expense claim # 1523 in the amount of **$32,523.99**, plus additional attorney's fees and costs (the "Administrative Expense Claim") [Docket Nos. 411 and412]. Claimant respectfully requests that this Court allow its Administrative Expense Claim in full and compel the Debtor to make payment immediately.

---

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al*., closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). Except as otherwise provided herein, references to the "Docket" in shall refer to the docket in the formerly jointly administered cases captioned In re New Rite Aid, LLC, Case No. 25-14861 (MBK).



## BACKGROUND

1. On or about May 5, 2025, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

2. On February 17, 2000, one of Debtors' entities, Thrifty Drug Inc. entered into a lease (the "Lease") for premises located at 3205 Cape Horm, Red Lion, PA 17356 (the "Premises").

3. The Premises were part of a "shopping center" as that term is referred to in Bankruptcy Code §365(b)(3). As such, Claimant is entitled to the protections of that section for the Premises.

4. Prior to this case, on or about October 15, 2023, Debtor filed its first Chapter 11 bankruptcy petition, known as docket # 23-18993.

5. On or about November 1, 2023, Debtor and Claimant entered into an amendment to the Lease (the "Amendment"), which among other things revised the term, but also allowed the Claimant attorneys fees incurred after the Restructuring Effective Date, including any subsequent bankruptcy case, like the one at bar:

> 3(f)    Attorneys' Fees. Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection with this Amendment. However, Landlord shall be entitled to any attorneys' fees and costs incurred after the Restructuring Effective Date, including any subsequent bankruptcy case, pursuant to Bankruptcy Code 365.

See a true and correct copy of the Amendment as Exhibit "A". Hereinafter, the Lease and Amendment shall be collectively referred to as the "Lease".

6. Debtor rejected the Lease in the matter at bar as of July 31, 2025. See a true and correct copy of the 15th Notice of Rejection, see page 20 of 28 [Docket # 1572] as Exhibit "B".



2

4935-8854-0085, v. 4

7. Claimant filed its claims on or about August 18, 2026, including its Administrative Expense Claim. See a true and correct copy of the Administrative Expense Claim as Exhibit "C".

8. Claimant calculated its Administrative Expense Claim as follows:

    a.  May 2025 rent of $14,516.13 (from May 5 to May 31, 2025);

    b.  Real Estates from July 1, 2025 to June 30, 2026  - $2,524.71

    c.  Real estate taxes from January 1, 2025 to December 31, 2025  - $2,351.89.

    d.  Water bill for May through July 2025 - $540.29

       See a true and correct copy of the tax and water bills as Exhibit "D"; and

    e.  Attorneys' fees of $12,591 for services in this second bankruptcy case through July 31, 2025.  See a true and correct copy of the attorney Invoices as Exhibit "E".

9. Claimant's amounts are allowed under the Bankruptcy Code.

### REPLY TO OBJECTIONS

10. Section 502 of the Bankruptcy Code sets forth procedures to govern the allowance or disallowance of a "claim or interest" in a bankruptcy case.

11. Section 502(a) provides that a claim or interest, proof of which is filed with the court, "is deemed allowed," unless a party in interest objects.

12. Rule 3001(f) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") provides that "[a] proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim." Thus, any party objecting to the claim has the burden of introducing sufficient evidence to rebut the presumption of validity. *See generally* Collier on Bankruptcy ¶ 3001.09[2] (16th ed. 2025).



4935-8854-0085, v. 4

13. Here, Landlord provides a detailed accounting, which shows that from the Petition Date of May 5, 2025 through the Rejection Date of July 31, 2025, Debtor incurred the following unpaid charges:

- Stub rent for May 2025 of $14,516.13;

- Taxes from May 5 to July 31, 2025 of $5,416.86; and

- Reasonable and necessary attorneys' fees and costs as agreed in the Amendment in the amount of $12,591.00

    **Totaling - $32,523.99, plus any additional amounts**

14.   Landlord requests that the Court allow its Administrative Expense Claim in the amount of $30,814.18 and direct the Debtor to pay the same immediately.

## **RESERVATION OF RIGHTS**

15.   To the extent consistent with the reply expressed herein, Landlord reserves all rights to make further and/or future objections.

Respectfully submitted,

Dated: June 22, 2026

**STARK & STARK, P.C.**

By: */s/ Thomas S. Onder*
Thomas S. Onder, Esq.
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (Direct): 609-219-7458
Telephone (Main): 609-896-9060
Facsimile: 609-895-7395
Email: tonder@stark-stark.com



4935-8854-0085, v. 4

# EXHIBIT A

Rite Aid Store No. 11029

## AMENDMENT TO LEASE

**THIS AMENDMENT TO LEASE** (this "*Amendment*") is made effective November 1, 2023 (the "*Effective Date*") by and between ALD CAPITAL PA, LLC, a Pennsylvania limited liability company ("*Landlord*"), and Eckerd Corporation, a Delaware corporation ("*Tenant*," and together with the Landlord, the "*Parties*" and each, a "*Party*").

## RECITALS

**WHEREAS**, Landlord and Tenant are parties to that certain lease agreement dated February 17, 2000 (as amended from time to time thereafter, the "*Lease*"), with respect to that certain premises located at 3205 Cape Horn Road Red Lion, Pennsylvania 17356-0000, which premises is defined and more particularly described in the Lease (the "*Premises*");

**WHEREAS**, on October 15, 2023, Tenant and certain of its debtor affiliates (collectively, the "*Debtors*") commenced a case (the "*Chapter 11 Cases*") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "*Bankruptcy Code*") which is now pending in the United States Bankruptcy Court for the District of New Jersey (the "*Bankruptcy Court*"). The Chapter 11 Cases are being jointly administered under Case Number 23-18993; and

**WHEREAS**, Landlord and Tenant desire to modify certain terms and conditions of the Lease, effective as of the Restructuring Effective Date (as hereinafter defined), as amended by this Amendment.

**NOW, THEREFORE**, in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree as follows:

## AGREEMENT

1.    Capitalized Terms. Capitalized terms used and not otherwise defined herein shall have the respective meaning assigned to such terms in the Lease.

2.    Effective Date. This Amendment, and each of its amendments, modifications, and waivers with respect to the Lease as set forth herein, shall be effective on the date that the Lease is assumed or assigned in the Chapter 11 Cases, whether pursuant to (a) procedures approved by the Bankruptcy Court or (b) entry of an order by the Bankruptcy Court approving the assumption or assignment of the Lease, including pursuant to or in connection with a sale of Tenant's assets pursuant to Section 363 of the Bankruptcy Code, confirmation of Tenant's chapter 11 plan of reorganization in the Chapter 11 Cases, or a stand-alone motion for assumption or assignment of the Lease (in each case, the "*Restructuring Effective Date*"); provided, however, that Tenant shall obtain the benefit of this Amendment, and this Amendment shall be binding on Landlord, beginning on the Effective Date hereof. In the event the Restructuring Effective Date does not occur, or the Lease is rejected in accordance with the Bankruptcy Code, this Amendment shall be null and void in all respects, and nothing in this Amendment shall give rise to any claim, causes of action, or damages (compensatory or consequential) against either Party. Nothing contained in this Amendment is intended to be or shall be construed as or deemed an assumption or an assignment of the Lease, as amended hereby, or any contract or document related thereto under section 365 of the Bankruptcy Code. Prior to the Restructuring Effective Date, Tenant expressly reserves its right, in its sole and absolute discretion, to assume, reject, or assign the Lease pursuant to section 365 of the Bankruptcy Code.

1

4872-2212-1374, v. 1

3.    Lease Modification.

(a)    Term.  Notwithstanding anything in the Lease to the contrary, Landlord and Tenant acknowledge and agree that the current term of the Lease is set to expire as of 6/19/2026 (the "*Original Term*").  Landlord and Tenant further acknowledge and agree that the Original Term is hereby revised to expire on 12/31/2028 ("*Revised Term*").  Such Revised Term, and any existing options to renew, shall be on the same terms and conditions as set forth in the Lease, except as modified or amended in this Amendment.

(b)    Rent.    Landlord and Tenant acknowledge and agree that, from and after the Restructuring Effective Date, and through the remainder of the Revised Term, Tenant shall be obligated to pay base rent in the amount of $200,000.00 per annum ("*Base Rent*"), payable on the first (1st) day of each month in equal installment of $16,666.67. Tenant shall remain responsible for any common area maintenance charges, taxes and insure premiums and all other additional rent payable by Tenant pursuant to the terms of the Lease. In the event that, upon the Restructuring Effective Date, Tenant has paid rent in excess of the amount herein specified for the period specified above, then Tenant shall be entitled to offset such excess amounts against the next installment(s) of Base Rent coming due under the Lease until such time as such excess amounts have been recouped in full by Tenant.

(c)    Abatement.  Landlord hereby acknowledges and agrees that Base Rent with respect to the Abatement Period (as defined below) is hereby abated and forgiven (the "*Abated Rent*") in full. Landlord hereby waives any remedy under, or with respect to, the Lease or at law and/or equity arising in connection with, or otherwise related to, the Abated Rent.  As used herein, "*Abatement Period*" shall mean the period beginning on the date the Tenant emerges from its Chapter 11 Cases (the "*Initial Date*") and ending on the last calendar day of the third full calendar month after the calendar month in which the Initial Date occurs.

(d)    Landlord Waiver of Claims.  Landlord hereby waives, releases, and discharges Tenant and all of its affiliated companies, the Debtors (as defined in the Chapter 11 Cases), and their bankruptcy estates, and their respective successors and assigns, from any and all claims, damages, obligations, liabilities, actions, and causes of action of every kind and nature whatsoever it may have for any cure payments or other amounts due and owing under the Lease, or that otherwise arose under or in connection with the Lease, through and including the date hereof, including but not limited to claims for so-called "stub rent," (whether or not asserted as administrative priority claims pursuant to Section 503(b) of the Bankruptcy Code) whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured, now existing or hereafter arising, including any claims and causes of action for damages, payments, or amounts owing or that may become owing pursuant to section 365(b) of the Bankruptcy Code. Notwithstanding the above language in this paragraph, this waiver shall not release any claims related to any personal injury indemnity obligations and/or environmental claims and/or claims related to Tenant/Debtor's pharmacy operations at the Premises. Further, this waiver shall not release any unbilled charges relating to periods on or after October 16, 2023.

(e)    Right to Renew.  Landlord has previously granted to Tenant the right, exercisable at Tenant's option, to extend the Term for four (4) periods of five (5) years each, which shall remain in force and effect and exercisable by Tenant as set forth in the Lease; provided, however, that the beginning of the first extension term shall begin on the day immediately following the last day of the Revised Term, and the periods of each extension term thereafter shall be adjusted accordingly.

(f)    Attorneys' Fees.  Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection

2

Rite Aid Store No. 11029

with negotiating this Amendment. However, Landlord shall be entitled to any attorneys' fees and costs incurred after the Restructuring Effective Date, including any subsequent bankruptcy case, pursuant to Bankruptcy Code 365.

4.     <u>No Default and Waiver of Charges</u>. Each Party acknowledges and affirms that as of the Effective Date, the other Party is not in default under any of the terms, conditions, or provisions of the Lease, and that there exist no events or circumstances which, with the passage of time or the giving of notice or both, constitutes a default under the Lease (including, without limitation, any failure of Tenant to meet its obligations to continuously operate in the Premises). Each Party further acknowledges and agrees that it has no offsets, claims, or defenses against the other Party with respect to any obligation or duty of such Party arising pursuant to the Lease. To the extent that any notices of default or non-payment have been delivered to the other Party, all such notices are hereby waived and of no further force or effect. No default interest, late fees, charges, surcharges, or other fees shall be due, and all such interest, late fees, charges, surcharges, or other fees are waived and shall not apply.

5.     <u>Authority</u>. Each Party represents and warrants that it has the authority and power to enter into this Amendment and that this Amendment constitutes a legal, valid and binding obligation of that Party.

6.     <u>Notices.</u>

(a)     Notwithstanding anything to the contrary contained in the Lease, any notices required or permitted to be sent to Tenant under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

> If by Certified Mail:
> Eckerd Corporation
> P.O. Box 3165
> Harrisburg PA 17105
> Attn: Legal Department
>
> If by Overnight Courier:
> Eckerd Corporation
> 200 Newberry Commons
> Etters PA 17319
> Attn: Legal Department

(b)     Notwithstanding anything to the contrary contained in the Lease any notices required or permitted to be sent to Landlord under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

| Name: | ALD CAPITAL PA, LLC |
|---|---|
| Address: | 679 Broadway |
| | Bayonne, NJ 07002 |
| Email: | dterry@aldrealty.com |
| | ltliccardi@aldrealty.com |
| | tonder@stark-stark.com |
| Telephone: | 201-436-9600 |

With a copy to:
If by Overnight Courier

3

4872-2212-1374, v. 1

Rite Aid Store No. 11029

Thomas S. Onder
Stark & Stark- Attorneys At Law
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone: (609) 219-7458


If by Certified Mail:
Thomas S. Onder, Esq.
Stark & Stark-Attorneys At Law
PO Box 5315
Princeton, NJ 08543


7.      Miscellaneous.

(a)      Landlord and Tenant each hereby represents that it has dealt with no party or broker in connection with this Amendment [except for A&G Real Estate Partners ("*Tenant's Broker*"). Any and all fees that may be due to Tenant's Broker shall be paid by Tenant pursuant to a separate agreement]. Insofar as each Party knows, no other broker negotiated this Amendment or is entitled to any commission in connection therewith. Landlord and Tenant each agrees to indemnify, defend and hold the other harmless from and against any and all claims, loss, cost and damages (including reasonable attorney fees and court costs) suffered or incurred by the representing Party as a result of a breach of this representation.

(b)      This Amendment may be executed in counterparts, each of which shall constitute an original, and which together shall constitute one and the same agreement. This Amendment may be executed or delivered by electronic or facsimile means, and copies of executed signature pages stored electronically in portable document format (.pdf) shall be binding as originals. Neither Party shall record this Amendment without the express prior written consent of the other Party.

(c)      Subject to the other terms of this Amendment, each of Landlord and Tenant agree to execute and deliver such other instruments and perform such other acts, in addition to the matters herein specified, as may be reasonably necessary, from time to time, to effectuate the modifications, waivers and amendments contemplated by this Amendment.

(d)      This Amendment, and all covenants contained herein, shall be binding and inure to the benefit of the Parties and their respective successors, assigns, heirs, executors, administrators, and representatives.

(e)      The invalidity or unenforceability of any provision of this Agreement shall not affect or impair any other provisions, which shall remain in full force and effect.


(f)      Except as modified as set forth in this Amendment, all of the terms and provisions of the Lease remain unchanged and in full force and effect and Landlord and Tenant hereby ratify and confirm same. Landlord and Tenant acknowledge and agree that the Lease, as modified by this Amendment, sets forth the entire agreement between Landlord and Tenant and there are no other agreements, understandings, undertakings, representations, or warranties among the Parties with respect to the subject matter hereof except as set forth herein. In case of any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall control.

4

4872-2212-1374, v. 1

Rite Aid Store No. 11029

*[signature pages follow]*

5

4872-2212-1374, v. 1

DocuSign Envelope ID: B0412811-80F2-4A5C-A02D-48293F1F54FE

Rite Aid Store No. 11029

**IN WITNESS WHEREOF,** the Parties hereto have executed this Amendment effective as of the Effective Date.

**LANDLORD:**

ALD CAPITAL PA, LLC

By: _____

Name: David Tarasiewicz

Title: Managing Member

**TENANT:**

Eckerd Corporation

By: _____

Name: Lisa M. Winnick

Title: Vice President

6

4872-2212-1374, v. 1

# EXHIBIT B

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**FIFTEENTH NOTICE OF REJECTION OF
CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

> **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND
> THEIR CONTRACTS OR LEASES ON <u>SCHEDULE 1</u> ATTACHED HERETO
> AND READ THE CONTENTS OF THIS NOTICE CAREFULLY**

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**PLEASE TAKE NOTICE** that on June 9, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered a final order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors") (i) authorizing and approving procedures to reject executory contracts and unexpired leases and (ii) granting related relief [Docket No. 776] (the "Final Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Procedures Order and by this this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on **Schedule 1** annexed to the proposed form of order attached hereto as **Exhibit 1** is hereby rejected effective as of the date (the "Rejection Date") set forth on **Schedule 1**, or such other date to which the Debtors and the counterparty or counterparties to any such Contract agree. For unexpired leases, the rejection effective date shall be the later of (a) the proposed effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is *actually received* by the following parties no later than ten (10) calendar days after the date that the Debtors file and served this Notice: (a) the Debtors, New Rite Aid, LLC, 200 Newberry Commons, Etters, Pennsylvania

---

2   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

17319; (b) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com), Warren A. Usatine, Esq. (wusatine@coleschotz.com), Felice Yudkin (fyudkin@coleschotz.com), and Seth Van Aalten, Esq. (svanaalten@coleschotz.com), and Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Avenue, New York, NY 10019, Attn: Andrew N. Rosenberg (arosenberg@paulweiss.com), Alice Belisle Eaton (aeaton@paulweiss.com), Christopher Hopkins (chopkins@paulweiss.com), and Sean A. Mitchell (smitchell@paulweiss.com); (c) counsel to the Prepetition ABL Agent and DIP Agent, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola (jventola@choate.com), Jonathan D. Marshall (jmarshall@choate.com), and Mark D. Silva (msilva@choate.com) and Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932, Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com); (d) the Office of the United States Trustee for the District of New Jersey, One Newark Center, 1085 Raymond Boulevard, suite 2100, Newark, New Jersey 07102, Attn: Jeffrey M. Sponder (Jeffrey.M.Sponder@usdoj.gov) and Lauren Bielskie (lauren.bielskie@usdoj.gov); (e) counsel to the applicable Contract counterparty; (f) proposed co-counsel to the Committee, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.come), and Jessica D. Graber (jgraber@willkie.com) and Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiy@sillscummis.com), and Gregory Kopacz (gkopacz@sillscummis.com); and (g) counsel to McKesson Corporation, Sidley Austin LLP, 350 South Grant Avenue, Los Angeles, CA 90071, Attn: Anna Gumport (agumport@sidley.com), and Buchalter, A Professional

Corporation, 18400 Von Karman Avenue, Suite 800 Irvine, California 92612, Attn: Jeffrey K.

Garfinkle (jgarfinkle@buchalter.com).

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the

Debtors shall file a Rejection Order under a certificate of no objection. The rejection of each

Contract listed in this Rejection Notice shall become effective on the applicable Rejection Date

set forth on **Schedule 1** or such other date to which the Debtors and the counterparty or

counterparties to such Contract agree.[3]

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract

is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider

the objection for the Contract or Contracts to which such objection relates. If such objection is

overruled or withdrawn, such Contract will only be deemed rejected upon entry by the Court of a

consensual form of Rejection Order resolving the objection as between the objecting party and the

Debtors or, if resolution is not reached and/or the objection is not withdrawn, upon further order of

the Court and shall be rejected as of the applicable Rejection Date set forth in the Rejection Notice

or such other date to which the Debtors and the applicable Rejection Counterparty agree, or as

ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Final Procedures

Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or

other arrangement, the Contract counterparty may not set off or recoup or otherwise use such

---

[3]    An objection to the rejection of any particular Contract listed in this Rejection Notice shall not constitute an
objection to the rejection of any other contract or lease listed in this Rejection Notice. Any objection to the
rejection of any particular Contract listed in this Rejection must state with specificity the Contract to which it is
directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be
effective in accordance with this Rejection Notice and the Final Procedures Order.

monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any Personal Property of the Debtors that is listed and described on **Schedule 1** shall be deemed abandoned as of the Rejection Date. With respect to unexpired leases, on the Rejection Date landlords may, in their sole discretion and without further notice or order of the Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay will be modified to allow such disposition.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and, (b) thirty (30) calendar days after the later of (A) the date of entry of the Rejection Order approving rejection of the applicable Contract, and (B) the Rejection Date.  IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated:  July 25, 2025

_/s/ Michael D. Sirota_

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted _pro hac vice_)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted _pro hac vice_)
Alice Belisle Eaton (admitted _pro hac vice_)
Christopher Hopkins (admitted _pro hac vice_)
Sean A. Mitchell (admitted _pro hac vice_)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

_Co-Counsel to the Debtors and_
_Debtors in Possession_

**Exhibit 1**

**Proposed Rejection Order**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

### FIFTEENTH ORDER APPROVING THE REJECTION
### OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
### LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com


-and-


**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com


*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Fifteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.    The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Fifteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2.  The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

Debtors:              NEW RITE AID, LLC, *et al.*
Case No.              25-14861 (MBK)
Caption of Order:     Fifteenth Order Approving the Rejection of Certain Executory Contracts
                      and/or Unexpired Leases and the Abandonment of Certain Personal
                      Property, If Any

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts[1, 2]**

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | 1001 JEFFERSON, LLC | 767 DIXON WAY, LOS ALTOS, CA 94022 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2545 | 1001 JEFFERSON AVENUE, WASHINGTON, PA, 15301 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2 | 1024 S. MAIN, LLC | PO BOX 81240, WELLESLEY HILLS, MA 02481 | Unexpired Store Lease | MAXI DRUG, INC. | 10203 | 1024 S. MAIN ST., FALL RIVER, MA, 02724 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3 | 1093 GROUP, LLC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1079 | 3924 HARLEM ROAD, AMHERST, NY, 14226 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4 | 1093 GROUP, LLC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1912 | 3987 LOCKPORT OLCOTT ROAD, LOCKPORT, NY, 14094 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

[1]  For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

[2]  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 5 | 1093 GROUP, LLC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | ECKERD CORPORATION | 10880 | 2144 GRAND CENTRAL AVENUE, HORSEHEADS, NY, 14845 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 6 | 11 KNOLLSCRESCENT LLC | C/O FRIEDLAND PROPERTIES, NEW YORK, NY 10022 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10543 | 21B KNOLLS CRESCENT, BRONX, NY, 10463 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7 | 1258 GROUP, LLC | 210 ELLICOTT SQUARE, BUFFALO, NY 14203-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10843 | 170 EASTERN BLVD., CANANDAIGUA, NY, 14424 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8 | 1289 HOOKSETT ROAD LLC | PO BOX 8907, CRANSTON, RI 02920 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10277 | 1285 HOOKSETT ROAD, HOOKSETT, NH, 03106 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9 | 1425 SOUTH H STREET, LLC | PO BOX 11356, GLENDALE, CA 91226 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5811 | 1425 SOUTH H STREET, BAKERSFIELD, CA, 93304 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10 | 143 LORI LLC | WEC 98G-21 LLC, CENTER HARBOR, NH 03226 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4961 | 48 ATWOOD ROAD, PELHAM, NH, 03076 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11 | 149 SPRING STREET LLC | 875 CAMBRIDGE ROAD, WOODMERE, NY 11598 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6515 | 211 WEST BIRCH STREET, CALEXICO, CA, 92231 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 12 | 1590 BUTTE HOUSE LLC | 375 OBERMEYER AVE, GRIDLEY, CA 95948 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6342 | 1590 BUTTE HOUSE ROAD, YUBA CITY, CA, 95993 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 13 | 1856 BROAD STREET ASSOCIATES, | 101 COWPATH ROAD, LANSDALE, PA 19446-0000 | Unexpired Store Lease | ECKERD CORPORATION | 11162 | 1856 NORTH BROAD STREET, LANSDALE, PA, 19446 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14 | 2260 JERUSALEM REALTY CORP | C/O MGD INVESTMENTS, BELLMORE, NY 11710-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3235 | 2260 JERUSALEM AVENUE, NORTH BELLMORE, NY, 11710 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15 | 2468 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1962 | 284 CONNECTICUT STREET, BUFFALO, NY, 14213 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16 | 2545 GETZVILLE LLC | C/O THE CABOT GROUP, ROCHESTER, NY 14625 | Unexpired Store Lease | ECKERD CORPORATION | 10814 | 2545 MILLERSPORT HIGHWAY, GETZVILLE, NY, 14068 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17 | 27 ROUND LAKE REALTY LLC | C/O KOENIG MANAGEMENT LTD, NEW CITY, NY 10956 | Unexpired Store Lease | THRIFT DRUG, INC. | 10899 | 3200 OREGON DRIVE, LOWER BURRELL, PA, 15068 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18 | 336 UNION REALTY LLC | C/O TKR PROPERTY SERVICES, BROOKLYN, NY 11215 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10584 | 320 SMITH STREET, BROOKLYN, NY, 11231 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 19 | 350 NIAGARA LLC | 111 WATERFORD PARK, GRAND ISLAND, NY 14072 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 497 | 350 NIAGARA STREET, BUFFALO, NY, 14201 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20 | 3730 BRIGHTON ROAD, L.L.C. | C/O MICHAEL SIDLEY, LOS ANGELES, CA 90064-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10929 | 3730 BRIGHTON ROAD, PITTSBURGH, PA, 15212 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 21 | 4 AMIGOS LLC | 1070 OCEAN BOULEVARD, HAMPTON, NH 03842-0000 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10290 | 1390 LAFAYETTE ROAD UNIT A, PORTSMOUTH, NH, 03801 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22 | 4155 GIBSONIA PA LLC | 549 EMPIRE BLVD, BROOKLYN, NY 11225 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 7832 | 4155 EWALT ROAD, GIBSONIA, PA, 15044 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23 | 4628 GROUP INC | 210 ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2402 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 758 | 8015 NIAGARA FALLS BOULEVARD, NIAGARA FALLS, NY, 14304 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24 | 4628 GROUP INC | 210 ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2402 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3373 | 3795 EAST MAIN ROAD, FREDONIA, NY, 14063 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25 | 5215 PROPERTIES LLC | C/O AMY M GRABINO, NEW YORK, NY 10023-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 543 | 5224 FIFTH AVENUE, BROOKLYN, NY, 11220 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 26 | 569 BROADWAY ASSOCIATES | 1401 BROAD ST, CLIFTON, NJ 07013 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 4381 | 3600 TIDEWATER DRIVE, NORFOLK, VA, 23509 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27 | 6075-79 LLC | C/O MICHAEL I. SIDLEY, LOS ANGELES, CA 90064-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5797 | 5530 LAKE ISABELLA BOULEVARD, LAKE ISABELLA, CA, 93240 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28 | 6365 LIBRARY ROAD LLC | 111 EAST JERICHO TURNPIKE STE 200, MINEOLA, NY 11501 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1589 | 6375 LIBRARY ROAD, SOUTH PARK, PA, 15129 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 29 | 9160 MAIN LLC | 614 HEMPSTEAD GARDENS DR, WEST HEMPSTEAD, NY 11552 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3585 | 9160 MAIN STREET, CLARENCE, NY, 14031 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 568 | 50 SOUTH MAIN STREET, JAMESTOWN, NY, 14701 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 650 | 419 DIVISION STREET, NORTH TONAWANDA, NY, 14120 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 32 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1621 | 153 PROSPECT STREET, ATTICA, NY, 14011 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 33 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1649 | 81 WEST MAIN STREET, GOWANDA, NY, 14070 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1677 | 476 WILLIAM STREET, BUFFALO, NY, 14206 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3496 | 6616 LINCOLN AVENUE, LOCKPORT, NY, 14094 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 36 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3838 | 40 WEST MAIN STREET, SPRINGVILLE, NY, 14141 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4672 | 9062 ERIE ROAD, ANGOLA, NY, 14006 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 38 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4969 | 3050 UNION ROAD, ORCHARD PARK, NY, 14127 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39 | AAT DEL MONTE LLC | 3420 CARMEL MOUNTAIN RD, STE 100, SAN DIEGO, CA 92121 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5882 | 1301 MUNRAS AVENUE, MONTEREY, CA, 93940 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40 | ABNET REALTY COMPANY | FIRST NORTHERN STAR LLC, PALM BEACH, FL 33480 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3581 | 85-10 NORTHERN BOULEVARD, JACKSON HEIGHTS, NY, 11372 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 41 | ACTC LLC | 2940 WESTWOOD BLVD., 2ND FLOOR, LOS ANGELES, CA 90064-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5999 | 230 SOUTH MAIN STREET, ANGELS CAMP, CA, 95222 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 42 | ACV PIER HIGH POINT, LLC | C/O ACV PIER PORTFOLIO I, LLC, SONOMA, CA 95476 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5301 | 1630 SOUTH GRAND AVENUE, PULLMAN, WA, 99163 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 43 | ADEN CAPITAL LLC | 655 W VISALIA RD, EXETER, CA 93221 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6395 | 1500 WHITLEY AVENUE, CORCORAN, CA, 93212 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44 | AF-SAVANNAH LLC | 2521 FAIRMOUNT ST, DALLAS, TX 75201 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5796 | 707 WEST LACEY BOULEVARD, HANFORD, CA, 93230 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 45 | AG WG I LLC | PO BOX 709, FRANKLIN LAKES, NJ 07417 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 3948 | 10 WILLOW OAKS BLVD, HAMPTON, VA, 23669 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46 | AKMS LTD | 10982 ROEBLINGS AVE #203 BOX D, LOS ANGELES, CA 90024 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 4263 | 525 WEST 21ST STREET, NORFOLK, VA, 23517 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47 | ALD CAPITAL PA, LLC | 679 BROADWAY, BAYONNE, NJ 07002 | Unexpired Store Lease | THRIFT DRUG, INC. | 11029 | 3205 CAPE HORN ROAD, RED LION, PA, 17356 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48 | ALLEGRO TOWERS, LP | 850 E DESERT INN RD, LAS VEGAS, NV 89109 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6466 | 1411 KETTNER BOULEVARD, SAN DIEGO, CA, 92101 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 49 | ALMONTE FRANCIS BLVD RLTY LLC | C/O RICHARD ALMONTE, HEWLETTE, NY 11557-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4836 | 245-14 FRANCIS LEWIS BLVD, ROSEDALE, NY, 11422 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 50 | ANDERSON RETAIL, LLC | C/O RETAIL SPECIALISTS, LLC, ROSEVILLE, CA 95661-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6100 | 3095 MCMURRAY DRIVE, ANDERSON, CA, 96007 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51 | ARC DBPPROP001 LLC | C/O VEREIT, INC, PHOENIX, AZ 85016 | Unexpired Store Lease | THE LANE DRUG COMPANY | 2380 | 975 MARKET STREET, MEADVILLE, PA, 16335 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52 | ARC RACARPA001 LP | 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 7884 | 320 YORK ROAD, CARLISLE, PA, 17013 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 53 | ARDENA LR LLC | C/O COLLIERS - RICHMOND, RICHMOND, VA 23230 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 764 | THE CROSSINGS, HOPEWELL, VA, 23860 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54 | ARGO KENNEWICK LLC | 101 LARKSPUR LANDING CIRCLE, STE 120, LARKSPUR, CA 94939 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5230 | 4920-A EVERGREEN WAY, EVERETT, WA, 98203 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 55 | ARNO & ADELHEID ROSCHER LVG TR | C/O ANDERSON SATULOFF MACHADO, WOODLAND HILLS, CA 91364 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 263 | 685 NORTH MAIN STREET, GREENSBURG, PA, 15601 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 56 | ATASCADERO PREC, LLC | 604 E COTA ST, STE 100A, SANTA BARBARA, CA 93103 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5827 | 7025 EL CAMINO REAL, ATASCADERO, CA, 93422 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57 | BALDRIDGE LACY, LLC | C/O BALDRIDGE PROPERTIES, ST CHARLES, MO 63304 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5281 | 4776 WHITMAN LANE, S.E., LACEY, WA, 98513 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58 | BATAVIA FINE INC | C/O VANGUARD FINE LLC, ALBANY, NY 12203 | Unexpired Store Lease | ECKERD CORPORATION | 10807 | 601 E. MAIN STREET, BATAVIA, NY, 14020 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 59 | BESTE MANAGEMENT CO. | 315 N MARYLAND AVENUE, WILMINGTON, DE 19804 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 1294 | 636 SOUTH MARYLAND AVENUE, WILMINGTON, DE, 19804 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 60 | BETTY HA FONG IRREVOCABLETRUST | 448 SAMUEL COURT, BENICIA, CA 94510 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6088 | 1021 BRIDGE STREET, COLUSA, CA, 95932 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 61 | BIRDS PATH PROPERITES LP | C/O RELIABLE PROPERTIES, LOS ANGELES, CA 90048-5561 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5435 | 1637 NORTH VERMONT AVENUE, LOS ANGELES, CA, 90027 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 62 | BLOCH IRONWOOD LLC | C/O BLOCH PROP MGMT LLC, BELLEVUE, WA 98004 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5420 | 208 WEST IRONWOOD DRIVE, COEUR D'ALENE, ID, 83814 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 63 | BLOCK FAMILY LLC | C/O AUDREY BLOCK, PORTLAND, OR 97210-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6104 | 807 SOUTH MAIN STREET, YREKA, CA, 96097 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64 | BLP POLK LP | C/O LUKO MGMT, HUNTINGTON BEACH, CA 92649 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5697 | 15510 MAIN STREET, HESPERIA, CA, 92345 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 65 | BNY EAC-I, LLC - C/O BENDERSON | C/O BENDERSON DEVELOPMENT CO., UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10812 | 190 MAIN STREET, EAST AURORA, NY, 14052 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66 | BOUTRONICS CORPORATION | 3000 LILLIAM AVENUE, MURRYSVILLE, PA 15668 | Unexpired Store Lease | THRIFT DRUG, INC. | 10966 | 314 EAST PITTSBURGH STREET, GREENSBURG, PA, 15601 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 67 | BRANDYWINE VILLAGE ASSOC. | 16 INDUSTRIAL BLVD., SUITE 100, PAOLI, PA 19301-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3768 | 1249 HORSESHOE PIKE, DOWNINGTOWN, PA, 19335 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68 | BRENNAN FROST LLC | C/O BRICKPOINT PROPERTIES, STONEHAM, MA 02180-0000 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10270 | 331 MAIN STREET, NASHUA, NH, 03060 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 69 | BUFFALO-AKRON ASSOCIATES LLC | C/O BENDERSON DEVELOPMENT CO., UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10804 | 12983 MAIN ROAD, AKRON, NY, 14001 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 70 | BUFFALO-MAIN STREET, LLC 60258 | C/O BENDERSON DEVELOPMENT CO., UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10733 | 5335 WEST GENESEE ST STE 20, CAMILLUS, NY, 13031 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 71 | BWGW LLC | 12 ISELIN TERRACE, LARCHMONT, NY 10538 | Unexpired Store Lease | ECKERD CORPORATION | 10738 | 1067 STATE ROUTE 222, CORTLAND, NY, 13045 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 72 | C & S PROPERTY INVESTMENT CORP | PO BOX 4048, TORRANCE, CA 90510 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6313 | 107 SOUTH LONG BEACH BLVD, COMPTON, CA, 90221 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 73 | C A H INVESTMENTS | 5312 PACIFIC HIGHWAY, FIFE, WA 98424-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5262 | 1323 EAST MAIN AVENUE, PUYALLUP, WA, 98372 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 74 | CAMERON APARTMENTS, GP | C/O MARIA MANETTI FARROW, SAN FRANCISCO, CA 94109-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 10956 | 1121 BOWER HILL ROAD, PITTSBURGH, PA, 15243 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 75 | CANYON CREST TOWNE CTR LLC | 5225 CANYON CREST DRIVE, RIVERSIDE, CA 92507-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5717 | 5225 CANYON CREST DRIVE, #8, RIVERSIDE, CA, 92507 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 76 | CARMEL SHOPRITE PLAZA | C/O REGENCY CENTERS LP, JACKSONVILLE, FL 32202-5019 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 7830 | 2093 ROUTE 130 N, BURLINGTON, NJ, 08016 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 77 | CATHEDRAL VILLAGE S/C, LLC. | C/O LION PROPERTIES, L.L.C., DENVER, CO 80204 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5676 | 69155 RAMON ROAD, CATHEDRAL CITY, CA, 92234 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 78 | CENTRAL COAST PROPERTIES | C/O CENTRAL COAST PROPERTIES, CAMARILLO, CA 93011-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5779 | 11496 NORTH VENTURA AVE., OJAI, CA, 93023 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 79 | CENTRAL WAY MANAGEMENT LLC | C/O JOSEPH C GRECO, JR., SMITHTOWN, NY 11787 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 6742 | 94 JUNE DRIVE, ROARING SPRING, PA, 16673 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 80 | CHARLES HUENERGARDT | TRUSTEE OF THE ESTATE OF EDNA VETTER, TARZANA, CA 91357-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5575 | 12511 MAGNOLIA BOULEVARD, NORTH HOLLYWOOD, CA, 91607 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 81 | CHELTEN PARTNERS LLC | 2160 HARTS LANE, CONSHOHOCKEN, PA 19428 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 872 | 164 WEST CHELTEN AVENUE, PHILADELPHIA, PA, 19144 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 82 | CHENG GONG NJ REALTY LLC | 14 CONNETT DR, SAYREVILLE, NJ 8872 | Unexpired Store Lease | ECKERD CORPORATION | 10546 | 180 ROUTE 52, CARMEL, NY, 10512 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 83 | CITIBANK, N.A. | C/O: HOPE BURBES - LEASE ADMINISTRATION, NEW YORK, NY 10013 | Unexpired Sublease | RITE AID OF NEW YORK, INC. | 2010ST | 4046 BROADWAY, NEW YORK, NY, 10032 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 84 | CKR LLC | P.O. BOX 160, BRUNSWICK, ME 04011-0000 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4144 | 341 HIGH STREET, SOMERSWORTH, NH, 03878 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 85 | CLAUDE LAMBERT MCCOMBS | 250 SAN JUAN AVE, SANTA CRUZ, CA 95062 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5968 | 6123 HIGHWAY 9, FELTON, CA, 95018 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 86 | CLPF HARBOUR POINTE LLC | C/O CLARION PARTNERS, LOS ANGELES, CA 90017 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5246 | 11700 MUKILTEO SPEEDWAY # 500, MUKILTEO, WA, 98275 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 87 | COASTAL SERHOE | COOK NORTHWEST INC, THE LARSON BLDG STE 315, YAKIMA, WA 98901 | Unexpired Store Lease | The Bartell Drug Company | 6925 | 11020 19TH AVE SE, EVERETT, WA, 98208 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 88 | COLONY HOLDING COMPANY | 714 MILLS DRIVE, STE 7, NORTH HUNTINGDON, PA 15642 | Unexpired Store Lease | THRIFT DRUG, INC. | 10969 | 10 CLAY PIKE, NORTH HUNTINGDON, PA, 15642 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 89 | CONSTANCE L CHRISTENSEN TRUST | C/O JAMES A. CHRISTENSEN, COSTA MESA, CA 92626-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5704 | 27350 SUN CITY BOULEVARD, MENIFEE, CA, 92586 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 90 | CONTINGENCE LLC | C/O ANNA M. COY, BELLEVUE, WA 98005-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5267 | 21302 STATE ROUTE 410 EAST, BONNEY LAKE, WA, 98391 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 91 | CONTINUUM PROPERTIES LLC | 10104 EMPYREAN WAY #203, LOS ANGELES, CA 90067 | Unexpired Store Lease | THRIFT DRUG, INC. | 11020 | 415 SOUTH 9TH STREET, LEBANON, PA, 17042 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 92 | COOPER POINT CANYON PLAZA LLC | PO BOX 2720, SILVERDALE, WA 98383 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5278 | 305 COOPER POINT ROAD NW, OLYMPIA, WA, 98502 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 93 | COREPOWER YOGA, LLC | C/O: MELISSA NOCHLIN (SR REAL ESTATE MANAGER) & JYLL LOTTNER (VP LEGAL SERVICES), DENVER, CO 80216 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5462ST | 300 NORTH CANON DRIVE, BEVERLY HILLS, CA, 90210 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 94 | CREST PROPERTIES LLC | 3134 SYCAMORE LANE, BILLINGS, MT 59102 | Unexpired Store Lease | ECKERD CORPORATION | 11179 | 399 NEW LONDON ROAD, NEWARK, DE, 19711 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 95 | CROSSTOWN DUBOIS LLC | 594 BROADWAY STE 1010, NEW YORK, NY 10912 | Unexpired Store Lease | THRIFT DRUG, INC. | 10976 | 431 COMMONS DRIVE, DUBOIS, PA, 15801 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 96 | D&A INVESTMENT GROUP LLC | PEREIRA MGMT LLC, ATLANTA, GA 30327 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 6744 | 6150 COLLEGE DRIVE, SUFFOLK, VA, 23435 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 97 | DANIEL G KAMIN BANKSVILLE LLC | C/O KAMIN REALTY COMPANY, PITTSBURGH, PA 15232 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1094 | 3210 BANKSVILLE ROAD, PITTSBURGH, PA, 15216 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 98 | DANIEL G KAMIN CLEMENTS BRIDGE | C/O KAMIN REALTY COMPANY, PITTSBURGH, PA 15232-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 789 | 501 CLEMENTS BRIDGE ROAD, BARRINGTON, NJ, 08007 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 99 | DANIEL G KAMIN KINGSTON, LLC | C/O KAMIN REALTY COMPANY, PITTSBURGH, PA 15232 | Unexpired Store Lease | ECKERD CORPORATION | 10700 | 485 BROADWAY, KINGSTON, NY, 12401 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 100 | DANIEL G KAMIN MILFORD LLC | C/O KAMIN REALTY COMPANY, PITTSBURGH, PA 15232 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 406 | 86 ELM STREET, MILFORD, NH, 03055 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

# EXHIBIT C

United States Bankruptcy Court for the District of New Jersey

| **Fill in this information to identify the case (Select only one Debtor per claim form):** |
|---|
| **Debtor:** Eckerd Corporation |
| **Case Number:** 25-14769 |

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. **This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | ALD Capital PA, LLC | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor | |

| | |
|---|---|
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |

| | | |
|---|---|---|
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| | Address1:   c/o Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | Address2:   P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City:   Princeton | City: |
| | State:   NJ | State: |
| | Postal Code:   08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email  tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.   Claim number on court claims registry (if known)_____   Filed on ___ / ___ / ___<br>                                                                                                                    MM  /  DD  / YYYY |

| | |
|---|---|
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$ 32,523.99 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 95,105.15

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**Proof of Claim**                                                                                     page 2

| | | Amount entitled to priority |
|---|---|---|

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.   $ 32,523.99

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**   $_____

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder* 08/18/2025

Electronic Signature          Date

**Name of the person who is completing and signing this claim**

Name   Thomas S. Onder

First name          Middle name          Last name

Title/Company   Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   P.O. Box 5315

Number       Street

Princeton          NJ          08543

City          State          ZIP Code          Country

Contact phone   609-219-7458          Email   tonder@stark-stark.com

**Proof of Claim**          page 3

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:

Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

---

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
 Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------

Attachment Filename:

ALD Capital_Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  **3870-1-WZVQT-143005629**

Claim Electronically Submitted on (UTC) :  **2025-08-18T19:24:27.946Z**

Submitted by:  **ALD Capital PA, LLC
tonder@stark-stark.com**

**KROLL**

# EXHIBIT D

**TAX YEAR 2025-26**    REAL ESTATE TAX NOTICE    **BILL DATE** Jul 15, 2025    **DISTRICT 053**    Bill # 00064

PAYABLE TO: Jill C Heindel, Tax Collector
P.O. Box 399
Windsor Pa 17366-0399   PH. 717-244-1603

**PROPERTY ID** 53-000-HJ-007300-00000

TAXING AUTHORITY
**Red Lion Area School District**

| | ASSESSMENT | TAX LIABILITY |
|---|---|---|
| ASSESSED VALUE | 1,212,050 | 29,319.25 |
| HOMESTEAD EXCLUSION | 0 | 0 |
| FARMSTEAD EXCLUSION | 0 | 0 |
| NET ASSESSMENT | 1,212,050 | 29,319.25 |

| TAX | SCHOOL | PAY ONE AMT. ONLY AS PER DATES BELOW |
|---|---|---|
| RATE | 24.1898M | ON OR BEFORE DISCOUNT DATE / ON OR BEFORE FACE DATE / AFTER PENALTY DATE |
| DISCOUNT | $28,732.87 | Sep 15, 2025 |
| FACE | $29,319.25 | Nov 17, 2025 |
| PENALTY | $32,251.18 | Nov 17, 2025 |

PROPERTY LOCATION **3205 CAPE HORN RD**

TO:
ALD CAPITAL PA LLC
679 BROADWAY
BAYONNE NJ 07002

25153000HJ007300000000029319250028732872

FOR INSTALLMENT PAYMENTS SEE REVERSE SIDE    **TAXPAYER'S COPY**

---

**TAX YEAR 2025-26**    REAL ESTATE TAX NOTICE    **DISTRICT 053**    Bill # 00064

Jill C Heindel, Tax Collector

**Red Lion Area School District**

**PROPERTY ID** 53-000-HJ-007300-00000

| TAX | SCHOOL | | TAXES PAID AT |
|---|---|---|---|
| | | | DISCOUNT / FACE / PENALTY |
| RATE | 24.1898M | | |
| DISCOUNT | $28,732.87 | Sep 15, 2025 | $28,732.87 |
| FACE | $29,319.25 | Nov 17, 2025 | $29,319.25 |
| PENALTY | $32,251.18 | Nov 17, 2025 | $32,251.18 |

DISC. FACE PENALTY

**3205 CAPE HORN RD**
PROPERTY LOCATION

BILL DATE **Jul 15, 2025**

| | ASSESSMENT | TAX LIABILITY |
|---|---|---|
| ASSESSED VALUE | 1,212,050 | 29,319.25 |
| HOMESTEAD EXCLUSION | 0 | 0 |
| FARMSTEAD EXCLUSION | 0 | 0 |
| NET ASSESSMENT | 1,212,050 | 29,319.25 |

ALD CAPITAL PA LLC
679 BROADWAY
BAYONNE NJ 07002

25153000HJ007300000000029319250028732872

**TAX COLLECTOR'S COPY**    **Bill # 00064**

7/1/25 - 6/30/26

64

**MAKE CHECKS PAYABLE TO:**

**JILL HEINDEL, Tax Collector**
PHONE: 717-244-1603
PO BOX 399
WINDSOR PA  17366-0399

*(handwritten, circled)* 1/1/25 - 12/31/25

**2025 REAL ESTATE TAX BILL**
FOR COUNTY OF YORK, PA WINDSOR TOWNSHIP

*** 0 4 8 3 5 ***

**BILL NUMBER: 4835**
**BILL DATE:** 02/15/2025
**District No. 53**
**CLASS : C**

PROPERTY LOCATION: **3205 CAPE HORN RD**
PROPERTY ID/PARCEL ID NO:  **53-000-HJ-0073.00-00000**

**ASSESSMENT**

| | |
|---|---|
| LAND: | 566,960 |
| IMPROVEMENT: | 645,090 |
| TOTAL: | 1,212,050 |

ALD CAPITAL PA LLC
679 BROADWAY
BAYONNE NJ 07002

| TAXES | TAX RATE | TAX AMOUNT | DURING THIS PERIOD | | PAY ONE AMOUNT ONLY |
|---|---|---|---|---|---|
| YORK COUNTY | 6.9000ML | $8,363.15 | 2% Discount Period | 02/15/25 - 04/15/25 | $9,621.27 |
| TOWNSHIP | 0.8500ML | $1,030.24 | Face Period | 04/16/25 - 06/16/25 | $9,817.61 |
| FIRE | 0.2500ML | $303.01 | 10% Penalty Period | 06/17/25 - 12/31/25 | $10,799.37 |
| HYDRANT | 0.1000 ML | $121.21 | | | |

UNPAID TAXES SUBMITTED TO TAX CLAIM AFTER
DECEMBER 31, 2025 WILL RESULT IN ADDITIONAL CHARGES.

County Website: **WWW.YORKCOUNTYPA.GOV**

IF YOU DO NOT DESIRE A RECEIPT, KEEP TOP SECTION FOR YOUR RECORDS
*IF YOU DESIRE A RECEIPT, ENCLOSE A SELF-ADDRESSED, STAMPED ENVELOPE WITH THE ENTIRE BILL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MAKE CHECKS PAYABLE TO:**
**JILL HEINDEL, Tax Collector**
PHONE: 717-244-1603
PO BOX 399
WINDSOR PA  17366-0399

2025 REAL ESTATE TAX BILL FOR COUNTY OF YORK, PA WINDSOR TOWNSHIP

PLEASE DO NOT STAPLE

**BILL NUMBER: 4835**
BILL DATE: 02/15/2025
District No. 53   CLASS: C

PROPERTY LOCATION: **3205 CAPE HORN RD**
PROPERTY ID/PARCEL ID NO:  **53-000-HJ-0073.00-00000**

**ASSESSMENT**

| | |
|---|---|
| LAND: | 566,960 |
| IMPROVEMENT: | 645,090 |
| TOTAL: | 1,212,050 |

ALD CAPITAL PA LLC
679 BROADWAY
BAYONNE NJ 07002

IF YOUR TAXES ARE HELD IN ESCROW,
PLEASE FORWARD THIS BILL TO YOUR MORTGAGE COMPANY

| TAXES | TAX RATE | DISCOUNT AMOUNT | FACE AMOUNT | PENALTY AMOUNT | DURING THIS PERIOD | | PAY ONE AMOUNT ONLY |
|---|---|---|---|---|---|---|---|
| YORK COUNTY | 6.9000ML | $8,195.89 | $8,363.15 | $9,199.47 | 2% Discount Period | 02/15/25 - 04/15/25 | $9,621.27 |
| TOWNSHIP | 0.8500ML | $1,009.64 | $1,030.24 | $1,133.26 | Face Period | 04/16/25 - 06/16/25 | $9,817.61 |
| | 0.2500ML | $296.95 | $303.01 | $333.31 | 10% Penalty Period | 06/17/25 - 12/31/25 | $10,799.37 |
| HYDRANT | 0.1000 ML | $118.79 | $121.21 | $133.33 | | | |

*** 0 4 8 3 5 ***

25153000HJ0073000000000000962127000981761001079373

TAX COLLECTOR'S COPY

# Red Lion Municipal Authority
## Account History - Detailed

Sort Order : Customer No.

From: 4/24/2025  Through: 9/30/2025

**Account: 69318**

ALD CAPITAL PA LLC
PO BOX 3106
679 W BROADWAY
BAYONNE, NJ 07002

**Location: 970143**

3205 CAPE HORN RD
RED LION, PA 17356

| Trans. Type | Trans. Date | Reference | | Type / Reason | |
|---|---|---|---|---|---|
| Service | | | Total Billed Usage | Amount | Balance |
| | Meter No. | Curr Read | | | |
| Payment | 9/30/2025 | | | Check | |
| Water Delinquency | | | | -$6.75 | |
| Water Charge | | | | -$43.22 | |
| Edgewood Tank Surcharge Charge | | | | -$21.20 | |
| Irrigation Charge | | | | -$21.34 | |
| | | | | -$92.51 | $325.73 |
| Charge | 9/25/2025 | | | | |
| Water Charge | | | 2,000 | $43.22 | |
| | M-26275806 | 74 | | | |
| Edgewood Tank Surcharge Charge | | | | $25.00 | |
| Irrigation Charge | | | | $24.29 | |
| | | | | $92.51 | $418.24 |
| Delinquency | 9/23/2025 | Past Due: $67.51 – 9/23/2025 | | | |
| Water Penalty | | | | $4.32 | |
| Irrigation Penalty | | | | $2.43 | |
| | | | | $6.75 | $325.73 |
| Charge | 8/25/2025 | | | | |
| Water Charge | | | 3,000 | $43.22 | |
| | M-26275806 | 72 | | | |
| Edgewood Tank Surcharge Charge | | | | $25.00 | |
| Irrigation Charge | | | | $24.29 | |
| | | | | $92.51 | $318.98 |
| Payment | 8/22/2025 | | | Check | |
| Water Delinquency | | | | -$6.75 | |
| Water Charge | | | | -$43.22 | |
| Edgewood Tank Surcharge Charge | | | | -$18.25 | |
| Irrigation Charge | | | | -$24.29 | |
| | | | | -$92.51 | $226.47 |
| Delinquency | 8/21/2025 | Past Due: $67.51 – 8/21/2025 | | | |
| Water Penalty | | | | $4.32 | |
| Irrigation Penalty | | | | $2.43 | |
| | | | | $6.75 | $318.98 |
| Payment | 8/19/2025 | | | Check | |
| Water Delinquency | | | | -$38.78 | |
| Water Charge | | | | -$4.44 | |
| Edgewood Tank Surcharge Charge | | | | -$10.55 | |
| Irrigation Charge | | | | -$24.29 | |
| | | | | -$78.06 | $312.23 |
| Charge | 7/24/2025 | | | | |
| Water Charge | | | 2,000 | $43.22 | |
| | M-26275806 | 69 | | | |
| Edgewood Tank Surcharge Charge | | | | $25.00 | |
| Irrigation Charge | | | | $24.29 | |
| | | | | $92.51 | $390.29 |
| Delinquency | 7/22/2025 | PenRW | | | |
| Water Penalty | | | | $6.75 | |
| | | | | $6.75 | $297.78 |

**Account: 69318**

**Location: 970143**

AES CAPITAL, FALLS LLC
PO BOX 3106
679 W BROADWAY
BAYONNE, NJ 07002

| Trans. Type Service | Trans. Date Meter No. | Reference Curr Read | Total Billed Usage | Type / Reason Amount | Balance |
|---|---|---|---|---|---|
| Charge | 6/25/2025 | | | | |
| Water Charge | | | 3,000 | $43.22 | |
| | M-26275806 | 67 | | | |
| Edgewood Tank Surcharge Charge | | | | $25.00 | |
| Irrigation Charge | | | | $24.29 | |
| | | | | $92.51 | $291.03 |
| Delinquency | 6/23/2025 | PenRW | | | |
| Water Penalty | | | | $6.75 | |
| | | | | $6.75 | $198.52 |
| Charge | 5/27/2025 | | | | |
| Water Charge | | | 3,000 | $43.22 | |
| | M-26275806 | 64 | | | |
| Edgewood Tank Surcharge Charge | | | | $25.00 | |
| Irrigation Charge | | | | $24.29 | |
| | | | | $92.51 | $191.77 |
| Delinquency | 5/21/2025 | PenRW | | | |
| Water Penalty | | | | $6.75 | |
| | | | | $6.75 | $99.26 |
| Open Applied | 4/24/2025 | Applied Credits | | | |
| Water Charge(Payment Open Credit) | | | | -$38.78 | |
| Water Payment Open Credit | | | | $38.78 | |
| | | | | $0.00 | $92.51 |
| Charge | 4/24/2025 | | | | |
| Water Charge | | | 3,000 | $43.22 | |
| | M-26275806 | 61 | | | |
| Edgewood Tank Surcharge Charge | | | | $25.00 | |
| Irrigation Charge | | | | $24.29 | |
| | | | | $92.51 | $92.51 |

# EXHIBIT E



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

ALD Realty PA, LLC
P.O. Box 3106
679 Broadway
Bayonne, NJ  07002

June 10, 2025

---

**RE: Our Client-Matter No: 076599 - 00003   RITE AID 2025 BANKRUPTCY (SECOND FILING)**

Enclosed please find our invoice for professional services rendered and costs advanced.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

THOMAS S. ONDER



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060 • F: 609.896.0629

www.stark-stark.com

ALD Realty PA, LLC
P.O. Box 3106
679 Broadway
Bayonne, NJ  07002

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219927 |
| Client No.: | 076599 |
| Matter No.: | 00003 |
| Billing Attorney: | TSO |

## INVOICE SUMMARY

For professional services rendered and costs advanced through May 31, 2025:

**RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)**

| | |
|---|---|
| Professional Services | $ 3,978.50 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,978.50** |

## STARK & STARK, P.C.

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219927 |
| Client No.: | 076599 |
| Matter No.: | 00003 |

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/05/25 | TSO | Received and reviewed bankruptcy filing and motion for hearing on Weds at 2 pm for first day orders, including store closing motion, bid procedures, lease sale procedures and others. (prorated) | 1.00 | 495.00 | 495.00 |
| 5/06/25 | ELP | Prepared and filed Notice of Appearance for Mr. Onder and Mr. Lemkin on the courts docket  RE: New Rite Aid filing of 2025 | 1.00 | 190.00 | 190.00 |
| 5/07/25 | TSO | Call with client on status of case. | .30 | 495.00 | 148.50 |
| 5/07/25 | TSO | Reviewed additional pleadings and prepared for hearing; Attended and argued hearing; provide status update to client (prorated); Discussed issues specifically to client's location with client. | 1.20 | 495.00 | 594.00 |
| 5/07/25 | ELP | Reviewed and compiled client docs, prepared new case file for second filing bankruptcy matter. | .40 | 190.00 | 76.00 |
| 5/08/25 | DRR | Reviewed default notices sent to Rite Aid; Reviewed lease and evaluated issues regarding tenant default and bankruptcy; Email to buyer's counsel | .40 | 495.00 | 198.00 |
| 5/09/25 | TSO | Received and reviewed additional pleadings, including filing for additional closings; Client's not listed. | .30 | 495.00 | 148.50 |
| 5/12/25 | TSO | Received and reviewed additional pleadings (prorated); Exchanged communications with Mrs. Kelley. | .50 | 495.00 | 247.50 |
| 5/14/25 | TSO | Followed up with Debtors counsel on auction regarding client's lease; Received and reviewed and reviewed additional pleadings (prorated) | .30 | 495.00 | 148.50 |
| 5/16/25 | TSO | Received and reviewed multiple pleadings on bid procedures, asset sales and closings (prorated) | .50 | 495.00 | 247.50 |

## STARK & STARK, P.C.

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219927 |
| Client No.: | 076599 |
| Matter No.: | 00003 |

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/19/25 | JHL | Review bid pro motion / sale notice; confer with T. Onder re objection; follow up emails with Debtor's counsel; Review objections to notices. Pro-rated. | .40 | 495.00 | 198.00 |
| 5/21/25 | JHL | Attend pharma sale hearing (pro-rated) | .50 | 495.00 | 247.50 |
| 5/21/25 | TSO | Received and reviewed asset purchase agreement for pharmacy and other assets; Call with Debtor on sale. (prorated) | .50 | 495.00 | 247.50 |
| 5/23/25 | JHL | Review compilation of pleadings / notice regarding revised dates/deadlines. | .30 | 495.00 | 148.50 |
| 5/27/25 | JHL | Review motion to extend time to assume reject leases. pro-rated. | .20 | 495.00 | 99.00 |
| 5/29/25 | TSO | Received and reviewed pleadings, including rejection of leases (prorated); Client's lease not included in rejection of initial stores. | .30 | 495.00 | 148.50 |
| 5/30/25 | JHL | Review docket and emails with debtor's counsel regarding pharma sale and notices re assumption. (pro-rated) | .30 | 495.00 | 148.50 |
| 5/30/25 | TSO | Received and reviewed pleadings, including second thru fifth rejection of contracts (prorated); Followed up with Debtor on pharmacy sales to confirm clients not included; Provided client with status update, including notice that time to assume or reject leases extended to Dec. 2025. | .50 | 495.00 | 247.50 |

| | | |
|---|---|---|
| **TOTAL PROFESSIONAL SERVICES** | | **$ 3,978.50** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Hours | Rate | Total |
|---|---|---|---|---|
| DOLORES R. KELLEY | DRR | .40 | 495.00 | 198.00 |
| JOSEPH H. LEMKIN | JHL | 1.70 | 495.00 | 841.50 |
| THOMAS S. ONDER | TSO | 5.40 | 495.00 | 2,673.00 |
| ERIN L. REID | ELP | 1.40 | 190.00 | 266.00 |
| **TOTALS** | | **8.90** | | **$ 3,978.50** |

STARK & STARK, P.C.

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219927 |
| Client No.: | 076599 |
| Matter No.: | 00003 |

**TOTAL THIS INVOICE**                                    **$ 3,978.50**



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060 • F: 609.896.0629

www.stark-stark.com

ALD Realty PA, LLC
P.O. Box 3106
679 Broadway
Bayonne, NJ  07002

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219927 |
| Client No.: | 076599 |
| Matter No.: | 00003 |
| Billing Attorney: | TSO |

## PAYMENT ADVICE

RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)

**BALANCE DUE THIS INVOICE**                    **$ 3,978.50**

### TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE RETURN
### THIS PAYMENT PAGE WITH YOUR PAYMENT

**Please include the invoice # 2219927 on your check/wire transfer.**

**Wire Transfer Instructions:**

Fulton Bank of NJ
Mantua, NJ 08051
**ABA# 031301422**

Stark & Stark Account
**Acct# 90395290**
100 American Metro Boulevard
P.O. Box 5315
Princeton, NJ 08543-5315

**To Pay by Credit Card:**

To pay online by Credit or Debit card, please go to
www.Stark-Stark.com  and click on Client Payment Portal.

**To Pay By Check - Mail to:**

Stark & Stark
PO Box 7164
Lancaster, PA  17604

**Overnight Payments**

Stark & Stark
Lockbox Dept
1695 State Street
East Petersburg, PA  17520

**TERMS: NET 30 DAYS**
To obtain a copy of Stark & Stark's Form W-9 please visit our website: **http://www.StarkW9.com**
*Thank you! Your business is greatly appreciated.*



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

ALD Realty PA, LLC                                                    July 3, 2025
P.O. Box 3106
679 Broadway
Bayonne, NJ  07002

---

**RE: Our Client-Matter No: 076599 - 00003    RITE AID 2025 BANKRUPTCY (SECOND FILING)**


Enclosed please find our invoice for professional services rendered and costs advanced.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.



Sincerely yours,



THOMAS S. ONDER



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060 • F: 609.896.0629

www.stark-stark.com

|  |  |
|---|---|
| ALD Realty PA, LLC | Date:            July 3, 2025 |
| P.O. Box 3106 | Invoice No.:      2223622 |
| 679 Broadway | Client No.:       076599 |
| Bayonne, NJ  07002 | Matter No.:        00003 |
|  | Billing Attorney:       TSO |

## INVOICE SUMMARY

For professional services rendered and costs advanced through June 30, 2025:

**RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)**

| | |
|---|---|
| Professional Services | $ 3,883.50 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,883.50** |

## STARK & STARK, P.C.

|  |  |
|---|---|
| Date: | July 3, 2025 |
| Invoice No.: | 2223622 |
| Client No.: | 076599 |
| Matter No.: | 00003 |

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/03/25 | TSO | Exchanged communications with client on status of case and confirmed June rent payment. | .30 | 495.00 | 148.50 |
| 6/04/25 | JHL | Attend 341(a) meeting of creditors - pro-rated. | .30 | 495.00 | 148.50 |
| 6/05/25 | TSO | Received and reviewed various pleadings including appointment of Kroll restructuring for claims, fifth store closing notice, and rejection of leases; Confirmed client's not included (prorated) | .50 | 495.00 | 247.50 |
| 6/06/25 | JHL | Review compilation of pleadings, agenda and amended agenda for 6/9 hearing. | .30 | 495.00 | 148.50 |
| 6/06/25 | TSO | Received and reviewed multiple pleadings including 6th store closing list  and list of stores for sale (prorated); Confirmed client's stores not being closed but listed for sale; Advised client. | 1.00 | 495.00 | 495.00 |
| 6/09/25 | JHL | Analyze and review flyer re lease sales and assess client impact; Analyze and review correspondence from T. Onder to client regarding status. | .30 | 495.00 | 148.50 |
| 6/09/25 | JHL | Attend omnibus hearing on various lease rejection/stay relief/declaratory relief issuses - pro-rated. | .30 | 495.00 | 148.50 |
| 6/09/25 | TSO | Exchanged communications on status of case and confirmed payment of rent. | .30 | 495.00 | 148.50 |
| 6/11/25 | JHL | Review compilation of pleadings/docket assessing status of bankruptcy and next steps - pro-rated. | .60 | 495.00 | 297.00 |
| 6/13/25 | TSO | Exchanged communications with debtor on status of case; Received and reviewed multiple pleadings, including  notice of store closing affecting store and  sixth and seventh notice of rejection of leases that did not affect client's store (prorated); Advised client on same. | 1.50 | 495.00 | 742.50 |

Page **2**

## STARK & STARK, P.C.

|  |  |
|---|---|
| Date: | July 3, 2025 |
| Invoice No.: | 2223622 |
| Client No.: | 076599 |
| Matter No.: | 00003 |

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/16/25 | TSO | Exchanged communications with client on pre-petition taxes. | .30 | 495.00 | 148.50 |
| 6/16/25 | ELP | Prepared 2019 Verified Rule Statement for filing with the court (Pro Rated). | .40 | 190.00 | 76.00 |
| 6/17/25 | TSO | Received and reviewed multiple pleadings from debtor, including notice of auction of leases; Client's lease not included, but still being marketed. | .30 | 495.00 | 148.50 |
| 6/20/25 | TSO | Received and reviewed additional pleadings, including auction information and 8th notice of additional store closings (pro rated). | .30 | 495.00 | 148.50 |
| 6/24/25 | TSO | Received and reviewed pleadings regarding auction and sale, including proposed orders, declarations and notice; Discussed with Mr. Lemkin. (prorated) | .30 | 495.00 | 148.50 |
| 6/25/25 | TSO | Exchanged communications with client on status of claim. | .30 | 495.00 | 148.50 |
| 6/25/25 | ELP | Received and reviewed Debtor's pleadings and discussed with Mr. Onder; Finalized and filed 2019 Verified Rule Statement with the court, served all parties accordingly. (Pro Rated) | .50 | 190.00 | 95.00 |
| 6/27/25 | TSO | Received and reviewed additional pleadings, including list of additional leases assumed in recent auction and rejection of more leases; Client's lease not included (prorated) | .30 | 495.00 | 148.50 |
| 6/30/25 | TSO | Exchanged communications with client on closing and rejection process, as well as advised to inspect store and document for damages. | .30 | 495.00 | 148.50 |

**TOTAL PROFESSIONAL SERVICES** $ 3,883.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Init | Hours | Rate | Total |
|---|---|---|---|---|
| JOSEPH H. LEMKIN | JHL | 1.80 | 495.00 | 891.00 |
| THOMAS S. ONDER | TSO | 5.70 | 495.00 | 2,821.50 |
| ERIN L. REID | ELP | .90 | 190.00 | 171.00 |

### STARK & STARK, P.C.

|  |  |
|---|---|
| Date: | July 3, 2025 |
| Invoice No.: | 2223622 |
| Client No.: | 076599 |
| Matter No.: | 00003 |

| Name | Init | Hours | Rate | Total |
|---|---|---|---|---|
| TOTALS | | 8.40 | | $ 3,883.50 |

| | | | | |
|---|---|---|---|---|
| **TOTAL THIS INVOICE** | | | | **$ 3,883.50** |



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

ALD Realty PA, LLC
P.O. Box 3106
679 Broadway
Bayonne, NJ  07002

| | |
|---|---|
| Date: | July 3, 2025 |
| Invoice No.: | 2223622 |
| Client No.: | 076599 |
| Matter No.: | 00003 |
| Billing Attorney: | TSO |

## PAYMENT ADVICE

RE:   RITE AID 2025 BANKRUPTCY (SECOND FILING)

**BALANCE DUE THIS INVOICE**               **$ 3,883.50**

### TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE RETURN
### THIS PAYMENT PAGE WITH YOUR PAYMENT

**Please include the invoice # 2223622 on your check/wire transfer.**

**Wire Transfer Instructions:**

Fulton Bank of NJ
Mantua, NJ 08051
**ABA# 031301422**

Stark & Stark Account
**Acct# 90395290**
100 American Metro Boulevard
P.O. Box 5315
Princeton, NJ 08543-5315

**To Pay by Credit Card:**

To pay online by Credit or Debit card, please go to
www.Stark-Stark.com  and click on Client Payment Portal.

**To Pay By Check - Mail to:**

Stark & Stark
PO Box 7164
Lancaster, PA  17604

**Overnight Payments**

Stark & Stark
Lockbox Dept
1695 State Street
East Petersburg, PA  17520

**TERMS: NET 30 DAYS**

To obtain a copy of Stark & Stark's Form W-9 please visit our website: **http://www.StarkW9.com**
*Thank you! Your business is greatly appreciated.*



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

ALD Realty PA, LLC
P.O. Box 3106
679 Broadway
Bayonne, NJ  07002

August 11, 2025

---

**RE: Our Client-Matter No: 076599 - 00003   RITE AID 2025 BANKRUPTCY (SECOND FILING)**

Enclosed please find our invoice for professional services rendered and costs advanced.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

THOMAS S. ONDER



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

ALD Realty PA, LLC
P.O. Box 3106
679 Broadway
Bayonne, NJ  07002

| | |
|---|---|
| Date: | August 11, 2025 |
| Invoice No.: | 2227389 |
| Client No.: | 076599 |
| Matter No.: | 00003 |
| Billing Attorney: | TSO |

## INVOICE SUMMARY

For professional services rendered and costs advanced through July 31, 2025:

**RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)**

| | |
|---|---|
| Professional Services | $ 4,729.00 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,729.00** |

# STARK & STARK, P.C.

| | |
|---|---|
| Date: | August 11, 2025 |
| Invoice No.: | 2227389 |
| Client No.: | 076599 |
| Matter No.: | 00003 |

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/01/25 | LMW | Review contract and lease. Emailed buyer's counsel regarding estoppel cert. | .40 | 190.00 | 76.00 |
| 7/01/25 | JHL | Review MOR and compilation of pleadings re status of bankruptcy. | .40 | 495.00 | 198.00 |
| 7/01/25 | TSO | Received and reviewed multiple documents filed by debtor including operating reports and schedule for hearings, as well as sale of leases in July. (prorated) | .30 | 495.00 | 148.50 |
| 7/03/25 | TSO | Received and reviewed multiple pleadings, including 10th notice of store closings and bid deadlines for auction on July 22; Advised client store is on auction list. (prorated) | 1.00 | 495.00 | 495.00 |
| 7/07/25 | JHL | Review agenda and materials for hearing re store closing procedures and re extension of time to assume or reject leases (pro-rated) | .30 | 495.00 | 148.50 |
| 7/09/25 | JHL | Review compilation of pleadings for hearing on 7/10.  Pro-rated. | .30 | 495.00 | 148.50 |
| 7/09/25 | TSO | Received and reviewed pleadings from debtor related to auction, including modification of leases identified on auction notice; Confirmed no effect to client's lease. (prorated) | .50 | 495.00 | 247.50 |
| 7/10/25 | JHL | Attend second hearing re 1st day motions / stub/ dip hearings. | .40 | 495.00 | 198.00 |
| 7/11/25 | TSO | Received and reviewed pleadings, including 8th, 9th and 10th orders rejecting leases; Clients leases not included and still active. (prorated) | .30 | 495.00 | 148.50 |
| 7/14/25 | TSO | Received and reviewed various pleadings; including rejection of leases; Confirmed client's lease not rejected (prorated). | .30 | 495.00 | 148.50 |
| 7/18/25 | TSO | Received and reviewed pleadings filed, including 12th notice of store closings; Client's not listed (prorated) | .30 | 495.00 | 148.50 |

## STARK & STARK, P.C.

| | |
|---|---|
| Date: | August 11, 2025 |
| Invoice No.: | 2227389 |
| Client No.: | 076599 |
| Matter No.: | 00003 |

| Date | Init | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/21/25 | JHL | Review auction notice/list; appear for client at auction. | 2.10 | 495.00 | 1,039.50 |
| 7/21/25 | TSO | Attended auction; Advised client (prorated) | .30 | 495.00 | 148.50 |
| 7/22/25 | JHL | Review pleadings/notices for 7/23 hearing - prorated | .20 | 495.00 | 99.00 |
| 7/22/25 | TSO | Received and reviewed additional pleadings, including 13th notice to close stores. (Prorated) Followed up in estoppel execution with debtor. | .50 | 495.00 | 247.50 |
| 7/23/25 | JHL | Attend court hearing - pro-rated. | .30 | 495.00 | 148.50 |
| 7/25/25 | JHL | Review compilation of pleadings / rejection notices to assess status of leases. pro-rated. | .30 | 495.00 | 148.50 |
| 7/25/25 | TSO | Received and reviewed multiple additional filed pleadings including orders assuming leases and side deals with other third party purchasers and rejection of leases; Confirmed client's lease included; Advised regarding same; To draft claims. (prorated) | 1.00 | 495.00 | 495.00 |
| 7/29/25 | TSO | Exchanged communications with client turnover and rejection. | .30 | 495.00 | 148.50 |
| 7/29/25 | TSO | Received additional pleadings from debtor; Confirmed client's claims not affected. (prorated) | .30 | 495.00 | 148.50 |

| | | |
|---|---|---|
| **TOTAL PROFESSIONAL SERVICES** | | **$ 4,729.00** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Hours | Rate | Total |
|---|---|---|---|---|
| LYNN MARIE WAGNER | LMW | .40 | 190.00 | 76.00 |
| JOSEPH H. LEMKIN | JHL | 4.30 | 495.00 | 2,128.50 |
| THOMAS S. ONDER | TSO | 5.10 | 495.00 | 2,524.50 |
| **TOTALS** | | **9.80** | | **$ 4,729.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 4,729.00** |


**STARK & STARK** PC

Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060 • F: 609.896.0629

www.stark-stark.com

ALD Realty PA, LLC
P.O. Box 3106
679 Broadway
Bayonne, NJ  07002

| | |
|---|---|
| Date: | August 11, 2025 |
| Invoice No.: | 2227389 |
| Client No.: | 076599 |
| Matter No.: | 00003 |
| Billing Attorney: | TSO |

## PAYMENT ADVICE

RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 4,729.00** |

### TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE RETURN
### THIS PAYMENT PAGE WITH YOUR PAYMENT

**Please include the invoice # 2227389 on your check/wire transfer.**

**Wire Transfer Instructions:**

Fulton Bank of NJ
Mantua, NJ 08051
**ABA# 031301422**

Stark & Stark Account
**Acct# 90395290**
100 American Metro Boulevard
P.O. Box 5315
Princeton, NJ 08543-5315

**To Pay by Credit Card:**

To pay online by Credit or Debit card, please go to
www.Stark-Stark.com  and click on Client Payment Portal.

**To Pay By Check - Mail to:**

Stark & Stark
PO Box 7164
Lancaster, PA  17604

**Overnight Payments**

Stark & Stark
Lockbox Dept
1695 State Street
East Petersburg, PA  17520

### TERMS: NET 30 DAYS
To obtain a copy of Stark & Stark's Form W-9 please visit our website: **http://www.StarkW9.com**
*Thank you! Your business is greatly appreciated.*