<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**STARK & STARK, PC**
Thomas S. Onder, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 219-7458
tonder@stark-stark.com
*Counsel to Creditor- Felos Associates LLC*

</td><td></td></tr>
<tr><td>

In re:

LAKEHURST AND BROADWAY
CORPORATION,

          Debtor[1].

</td><td>

Case No. 25-14831 (MBK)

Chapter 11

(Jointly Administered)

Ref: 411 and 412

Hearing Date: June 30, 2026 at 10:00 am.

</td></tr>
</table>

### CREDITOR, FELOS ASSOCIATES LLC'S RESPONSE TO OBJECTION TO THEIR ADMNISTRATIVE EXPENSE CLAIM

Felos Associates LLC (the "Claimant") by and through its counsel, Stark & Stark, P.C. files this response to the Debtor's motion (the "Motion") objecting to their filed administrative expense claim #1988 in the amount of **$1,500.00**, plus additional attorney's fees and costs (the "Administrative Expense Claim") [Docket Nos. 411 and 412]. Claimant respectfully requests that this Court allow its Administrative Expense Claim, plus an additional $5,522.94 for a total of **$7,022.94** and compel the Debtor to make payment immediately.



---

[1]     On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). Except as otherwise provided herein, references to the "Docket" in shall refer to the docket in the formerly jointly administered cases captioned In re New Rite Aid, LLC, Case No. 25-14861 (MBK).

## **BACKGROUND**

1. On or about May 5, 2025, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

2. On February 18, 1997, one of Debtors' entities, Eckerd Corporation entered into a lease (the "Lease") for premises located at 2401 Genese Street, Cheektowaga, NY 14225 (the "Premises").

3. The Premises were part of a "shopping center" as that term is referred to in Bankruptcy Code §365(b)(3). As such, Claimant is entitled to the protections of that section for the Premises.

4. Prior to this case, on or about October 15, 2023, Debtor filed its first Chapter 11 bankruptcy petition, known as docket # 23-18993.

5. On or about June 20, 2024, Debtor and Claimant entered into an amendment to the Lease (the "Amendment"), which among other things revised the term. See a true and correct copy of the Amendment as Exhibit "A". Hereinafter, the Lease and Amendment shall be collectively referred to as the "Lease".

6. Debtor rejected the Lease in the matter at bar as of August 31, 2025. See a true and correct copy of the 13th Notice of Rejection, see page 15 of 27 [Docket # 2165] as Exhibit "B".

7. Claimant filed its claims on or about September 30, 2025, including its Administrative Expense Claim. See a true and correct copy of the Administrative Expense Claim as Exhibit "C".

8. Claimant calculated its Administrative Expense Claim as $1,500.00 for violations incurred prior to August 31, 2025.



4898-3375-5829, v. 4

9.   However, Claimant also received a tax bill that it did not forward until after the Administrative Expense Claim was filed, which shows that taxes for the period July 1, 2025 through August 31, 2025 were due in the amount of $5,522,94.   See a true and correct copy of the Tax Bill as Exhibit "D".

10. Claimant's is owed a total of amount of **$7,022.94 for its** Administrative Expense Claim under the Bankruptcy Code.

## REPLY TO OBJECTIONS

11. Section 502 of the Bankruptcy Code sets forth procedures to govern the allowance or disallowance of a "claim or interest" in a bankruptcy case.

12. Section 502(a) provides that a claim or interest, proof of which is filed with the court, "is deemed allowed," unless a party in interest objects.

13. Rule 3001(f) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") provides that "[a] proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim." Thus, any party objecting to the claim has the burden of introducing sufficient evidence to rebut the presumption of validity. *See generally* Collier on Bankruptcy ¶ 3001.09[2] (16th ed. 2025).

14. Here, Landlord asserts that it is still owed rent from the Petition Date of May 5, 2025 through the Rejection Date of August 31, 2025, as Debtor incurred the following unpaid charges:

- $1,500.00 in violations fees; and

- $5,522.94 in taxes.

15. Landlord requests that the Court allow its Administrative Expense Claim in the amount of $7,884.38and direct the Debtor to pay the same immediately.



3

## RESERVATION OF RIGHTS

16.    To the extent consistent with the reply expressed herein, Landlord reserves all rights to make further and/or future objections.

Respectfully submitted,

Dated: June 22, 2026

**STARK & STARK, P.C.**

By: */s/ Thomas S. Onder*
Thomas S. Onder, Esq.
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (Direct): 609-219-7458
Telephone (Main): 609-896-9060
Facsimile: 609-895-7395
Email: tonder@stark-stark.com



4898-3375-5829, v. 4

# EXHIBIT A

Rite Aid Store No. 10836

## AMENDMENT TO LEASE

**THIS AMENDMENT TO LEASE** (this "*Amendment*") is made effective June 20, 2024 (the "*Effective Date*") by and between Felos Associates LLC, a(n) Florida limited liability company ("*Landlord*"), and ECKERD CORPORATION, a   Delaware corporation   ("*Tenant*," and together with the Landlord, the "*Parties*" and each, a "*Party*").

## RECITALS

**WHEREAS**, Landlord and Tenant are parties to that certain lease agreement dated 08/20/1999 (as amended from time to time thereafter, the "*Lease*"), with respect to that certain premises located at 2401 Genesee Street Cheektowaga, New York 14225-0000, which premises is defined and more particularly described in the Lease (the "*Premises*");

**WHEREAS**, on October 15, 2023, Tenant and certain of its debtor affiliates (collectively, the "*Debtors*") commenced a case (the "*Chapter 11 Cases*") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "*Bankruptcy Code*") which is now pending in the United States Bankruptcy Court for the District of New Jersey (the "*Bankruptcy Court*"). The Chapter 11 Cases are being jointly administered under Case Number 23-18993; and

**WHEREAS**, Landlord and Tenant desire to modify certain terms and conditions of the Lease, effective as of the Restructuring Effective Date (as hereinafter defined), as amended by this Amendment.

**NOW, THEREFORE**, in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree as follows:

## AGREEMENT

1.      Capitalized Terms.  Capitalized terms used and not otherwise defined herein shall have the respective meaning assigned to such terms in the Lease.

2.      Effective Date.  This Amendment, and each of its amendments, modifications, and waivers with respect to the Lease as set forth herein, shall be effective on the date that the Lease is assumed or assigned in the Chapter 11 Cases, pursuant to entry of an order by the Bankruptcy Court approving the assumption of the Lease and confirming the Debtors' chapter 11 plan of reorganization in the Chapter 11 Cases (the "*Restructuring Effective Date*").  In the event the Restructuring Effective Date does not occur, this Amendment shall be null and void in all respects, and nothing in this Amendment shall give rise to any claim, causes of action, or damages (compensatory or consequential) against either Party.  Tenant hereby agrees to assume the Lease pursuant to section 365 of the Bankruptcy Code.

3.      Lease Modification.

(a)      Term.  Notwithstanding anything in the Lease to the contrary, Landlord and Tenant acknowledge and agree that Tenant shall have the option to terminate the Lease (the "*Termination Option*") effective on July 31, 2025 (the "*Early Termination Date*"); *provided* that Tenant issues notice to Landlord of Tenant's election to exercise the Termination Option no later than three (3) months prior to the Early Termination Date.

(b)      Attorneys' Fees.  Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates

1

(or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection with this Amendment.

4.    Authority. Each Party represents and warrants that it has the authority and power to enter into this Amendment and that this Amendment constitutes a legal, valid and binding obligation of that Party.

5.    Notices.

(a)    Notwithstanding anything to the contrary contained in the Lease, any notices required or permitted to be sent to Tenant under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

If by Certified Mail:
ECKERD CORPORATION
P.O. Box 3165
Harrisburg PA 17105
Attn: Legal Department

If by Overnight Courier:
ECKERD CORPORATION
200 Newberry Commons
Etters PA 17319
Attn: Legal Department

(b)    Notwithstanding anything to the contrary contained in the Lease any notices required or permitted to be sent to Landlord under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

Name:        Felos Associates LLC

Address:        7928 East Drive, Apt 1008
        North Bay Village, FL 33141    Attn: Felipe Restrepo
Email:        feliperealestate@gmail.com
Telephone:        (305) 439-7154

Stark & Stark, PC
100 American Metro Blvd.
Hamilton, NJ 08619
Attn: Thomas S. Onder, Esq. and Joseph H. Lemkin, Esq.
tonder@stark-stark.com
jlemkin@stark-stark.com
(609) 219-7458

6.    Miscellaneous.

(a)    This Amendment may be executed in counterparts, each of which shall constitute an original, and which together shall constitute one and the same agreement. This Amendment may be executed or delivered by electronic or facsimile means, and copies of executed signature pages stored electronically in portable document format (.pdf) shall be binding as originals. Neither Party shall record this Amendment without the express prior written consent of the other Party. Additions, modifications and/or alterations to the language of this Amendment are subject to written approval of the Parties.

(b)    Subject to the other terms of this Amendment, each of Landlord and Tenant agree to execute and deliver such other instruments and perform such other acts, in addition to the matters herein specified, as may be reasonably necessary, from time to time, to effectuate the modifications, waivers and amendments contemplated by this Amendment.

2

(c)    This Amendment, and all covenants contained herein, shall be binding and inure to the benefit of the Parties and their respective successors, assigns, heirs, executors, administrators, and representatives.

(d)    The invalidity or unenforceability of any provision of this Agreement shall not affect or impair any other provisions, which shall remain in full force and effect.

(e)    Except as modified as set forth in this Amendment, all of the terms and provisions of the Lease remain unchanged and in full force and effect and Landlord and Tenant hereby ratify and confirm same.    Landlord and Tenant acknowledge and agree that the Lease, as modified by this Amendment, sets forth the entire agreement between Landlord and Tenant and there are no other agreements, understandings, undertakings, representations, or warranties among the Parties with respect to the subject matter hereof except as set forth herein.  In case of any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall control.

*[signature pages follow]*

3

Rite Aid Store No. 10836

**IN WITNESS WHEREOF**, the Parties hereto have executed this Amendment effective as of the Effective Date.

**LANDLORD:**

Felos Associates LLC

By: _____

Name: Felipe Restrepo

Title: Managing Partner

**TENANT:**

ECKERD CORPORATION

By: _____/s/ Lisa M. Winnick_____

Name:  Lisa M. Winnick

Title:  Vice President

4

# EXHIBIT B

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**THIRTIETH NOTICE OF REJECTION OF
CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND
THEIR CONTRACTS OR LEASES ON <u>SCHEDULE 1</u> ATTACHED HERETO
AND READ THE CONTENTS OF THIS NOTICE CAREFULLY**

---

1   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**PLEASE TAKE NOTICE** that on June 9, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered a final order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors") (i) authorizing and approving procedures to reject executory contracts and unexpired leases and (ii) granting related relief [Docket No. 776] (the "Final Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Procedures Order and by this this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on **Schedule 1** annexed to the proposed form of order attached hereto as **Exhibit 1** is hereby rejected effective as of the date (the "Rejection Date") set forth on **Schedule 1**, or such other date to which the Debtors and the counterparty or counterparties to any such Contract agree. For unexpired leases, the rejection effective date shall be the later of (a) the proposed effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is ***actually received*** by the following parties no later than ten (10) calendar days after the date that the Debtors file and served this Notice: (a) the Debtors, New Rite Aid, LLC, 200 Newberry Commons, Etters, Pennsylvania

---

2   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

17319; (b) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com), Warren A. Usatine, Esq. (wusatine@coleschotz.com), Felice Yudkin (fyudkin@coleschotz.com), and Seth Van Aalten, Esq. (svanaalten@coleschotz.com), and Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Avenue, New York, NY 10019, Attn: Andrew N. Rosenberg (arosenberg@paulweiss.com), Alice Belisle Eaton (aeaton@paulweiss.com), Christopher Hopkins (chopkins@paulweiss.com), and Sean A. Mitchell (smitchell@paulweiss.com); (c) counsel to the Prepetition ABL Agent and DIP Agent, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola (jventola@choate.com), Jonathan D. Marshall (jmarshall@choate.com), and Mark D. Silva (msilva@choate.com) and Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932, Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com); (d) the Office of the United States Trustee for the District of New Jersey, One Newark Center, 1085 Raymond Boulevard, suite 2100, Newark, New Jersey 07102, Attn: Jeffrey M. Sponder (Jeffrey.M.Sponder@usdoj.gov) and Lauren Bielskie (lauren.bielskie@usdoj.gov); (e) counsel to the applicable Contract counterparty; (f) proposed co-counsel to the Committee, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.come), and Jessica D. Graber (jgraber@willkie.com) and Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiy@sillscummis.com), and Gregory Kopacz (gkopacz@sillscummis.com); and (g) counsel to McKesson Corporation, Sidley Austin LLP, 350 South Grant Avenue, Los Angeles, CA 90071, Attn: Anna Gumport (agumport@sidley.com), and Buchalter, A Professional

Corporation, 18400 Von Karman Avenue, Suite 800 Irvine, California 92612, Attn: Jeffrey K.

Garfinkle (jgarfinkle@buchalter.com).

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the

Debtors shall file a Rejection Order under a certificate of no objection. The rejection of each

Contract listed in this Rejection Notice shall become effective on the applicable Rejection Date

set forth on **Schedule 1** or such other date to which the Debtors and the counterparty or

counterparties to such Contract agree.[3]

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract

is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider

the objection for the Contract or Contracts to which such objection relates. If such objection is

overruled or withdrawn, such Contract will only be deemed rejected upon entry by the Court of a

consensual form of Rejection Order resolving the objection as between the objecting party and the

Debtors or, if resolution is not reached and/or the objection is not withdrawn, upon further order of

the Court and shall be rejected as of the applicable Rejection Date set forth in the Rejection Notice

or such other date to which the Debtors and the applicable Rejection Counterparty agree, or as

ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Final Procedures

Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or

other arrangement, the Contract counterparty may not set off or recoup or otherwise use such

---

[3]   An objection to the rejection of any particular Contract listed in this Rejection Notice shall not constitute an objection to the rejection of any other contract or lease listed in this Rejection Notice. Any objection to the rejection of any particular Contract listed in this Rejection must state with specificity the Contract to which it is directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Final Procedures Order.

monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any Personal Property of the Debtors that is listed and described on **Schedule 1** shall be deemed abandoned as of the Rejection Date. With respect to unexpired leases, on the Rejection Date landlords may, in their sole discretion and without further notice or order of the Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay will be modified to allow such disposition.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and, (b) thirty (30) calendar days after the later of (A) the date of entry of the Rejection Order approving rejection of the applicable Contract, and (B) the Rejection Date.  IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated: August 26, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**Exhibit 1**

**Proposed Rejection Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

NEW RITE AID, LLC, *et al.*,

Debtors. [1]

Chapter 11

Case No. 25-14861 (MBK)

(Jointly Administered)

## THIRTIETH ORDER APPROVING THE REJECTION
## OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
## LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirtieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirtieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirtieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.       Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.       The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.       This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Rejected Contracts[1, 2]**

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1. | DCTN3448 PLUMSTEADVILLE PA LLC | 1240 N KIMBALL AVE, SOUTHLAKE, TX 76092 | Unexpired Store Lease | THRIFT DRUG, INC. | 11091 | 5707 EASTON ROAD, PIPERSVILLE, PA, 18947 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2. | DG RAN, LLC | P.O. BOX 479, AMBLER, PA 19002-0000 | Unexpired Store Lease | KEYSTONE CENTERS, INC. | 218 | 5 EAST MAIN STREET, NANTICOKE, PA, 18634 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3. | DIADON LLC | 1300 WHITE OAK COURT, NORTH HUNTINGDON, PA 15642 | Unexpired Store Lease | THRIFT DRUG, INC. | 10939 | 4411 HOWLEY STREET, PITTSBURGH, PA, 15224 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4. | DJM NNN IV LLC | C/O DJM CAPITAL PARTNERS INC, 60 SOUTH MARKET ST, STE 1120, SAN JOSE, CA 95113 | Unexpired Store Lease | ECKERD CORPORATION | 10842 | 539 North Main Street, Canandaigua, New York, 14424-0000 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 5. | DON FRUCIANO TRUSTEE OF THE | WASHINGTON VAN BUREN TRUST, 9390 CONATY PLACE, RIVERSIDE, CA 92503 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5713 | 17055 VAN BUREN BOULEVARD, RIVERSIDE, CA, 92504 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

[1]  For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

[2]  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 6. | DOUGLAS WAY BLDG CORP | C/O MELISSA BAUER, 3403 NE 19TH AVE, PORTLAND, OR 97212 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5318 | 1549 GEORGE WASHINGTON WAY, RICHLAND, WA, 99354 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7. | DS PROPERTIES 18 LP | C/O FIRST WASHINGTON REALTY, INC, 100 BAYVIEW CIRCLE, STE 6500, NEWPORT BEACH, CA 92660 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6059 | 2111 GOLDEN CENTRE LANE, RANCHO CORDOVA, CA, 95670 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8. | EASTPORT REGENCY, LLC | C/O REGENCY CENTERS LP, PO BOX 844235, BOSTON, MA 02284-4235 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10668 | 23 EASTPORT MANOR ROAD, EASTPORT, NY, 11941 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9. | ELBE ASSOCIATES LLC | 1358 PARK ROW, SAN DIEGO, CA 92037-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5759 | 111 NORTH MAIN STREET, SANTA ANA, CA, 92701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10. | ELTINGVILLE SHOPPING CTR OWNER | 118-35 QUEENS BLVD 16TH FL, FOREST HILLS, NY 11375 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10538 | 43-68 AMBOY ROAD, STATEN ISLAND, NY, 10312 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11. | ESC PARTNERS LP TRUST | DBA-ESTUDILLO SHOPPING CNTR, 4725 THORNTON AVE, FREEMONT, CA 94536 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5937 | 1355 MACARTHUR BOULEVARD, SAN LEANDRO, CA, 94577 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 12. | F & N SHOPPING VILLAGE | C/O  R.J. WATERS & ASSOC, INC., 200 OLD FORGE LANE, SUITE 201, KENNETT SQUARE, PA 19348-0000 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 731 | 2096 NAAMANS ROAD, WILMINGTON, DE, 19810 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 13. | FACCIOLA REAL ESTATE AND INVES | 951 PROSPECT HEIGHTS, SANTA CRUZ, CA 95065 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6454 | 1645 E TULARE AVENUE, TULARE, CA, 93274 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14. | FAMTAN ASSOCIATES | 43-29 BELL BLVD, BAYSIDE, NY 11361 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10592 | 43-20 BELL BLVD., BAYSIDE, NY, 11361 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15. | FARMERS & MERCHANTS BANK FOR | 45 GENEVA WALK, LONG BEACH, CA 90803 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6219 | 5128 EAST 2ND STREET, LONG BEACH, CA, 90803 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16. | FASO GROUP LLC | 295 MAIN ST, STE 210, BUFFALO, NY 14203 | Unexpired Store Lease | ECKERD CORPORATION | 10824 | 789 TONAWANDA STREET, BUFFALO, NY, 14207 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17. | FELFAM LP | 17521 SUPERIOR STREET, NORTHRIDGE, CA 91325-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6492 | 15890 SOQUEL CANYON PARKWAY, CHINO HILLS, CA, 91709 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18. | FELOS ASSOCIATES LLC | FELIPE RESTREPO, 7928 EAST DRIVE, APT 1008, NORTH BAY VILLAGE, FL 33141 | Unexpired Store Lease | ECKERD CORPORATION | 10836 | 2401 GENESEE STREET, CHEEKTOWAGA, NY, 14225 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 19. | FG-10 LINCOLN HWY, LLC | C/O FINE FARE SUPERMARKET, 1221 FTELEY AVE, BRONX, NY 10472 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 4821 | 10 LINCOLN HIGHWAY, EDISON, NJ, 08820 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20. | FICUS COLUMNS PROPERTIES LP | C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD, STE 1500, LOS ANGELES, CA 90048 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5576 | 153 EAST GLADSTONE STREET, AZUSA, CA, 91702 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 21. | FIRST TRACKS REALTY LLC | PO BOX 1491, LINCOLN, NH 03251 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4156 | 50 MAIN STREET, LINCOLN, NH, 03251 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22. | FISHS EDDY IV LLC | 101 KNIGHT ROAD, VESTAL, NY 13850-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10790 | 511 HOOPER ROAD, ENDWELL, NY, 13760 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23. | FOUR CITY CENTER OP LP | 645 HAMILTON ST, STE 600, ALLENTOWN, PA 18101 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA,INC. | 6778 | 27 N 7TH STREET, SUITE 100, ALLENTOWN, PA, 18101 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24. | FOUR H INVESTMENTS, INC. | 7890 FLETCHER BAY RD NE, BAINBRIDGE ISLAND, WA 98110 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5228 | 655 NW RICHMOND BEACH ROAD, SHORELINE, WA, 98177 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25. | FOWLER CLWA LLC | C/O RED TAIL ACQUISITIONS LLC, 2082 MICHAELSON DR, STE 307, IRVINE, CA 92612 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5832 | 2424 SPRING STREET, PASO ROBLES, CA, 93446 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 26. | FREDERICK JEAN | JESSICA JEAN, 21 SPINNAKER WAY, PORTSMOUTH, NH 03801 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 3482 | 145 AMHERST STREET, NASHUA, NH, 03064 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27. | G & N REALTY INC. | P.O. BOX 674, BEDFORD, PA 15522-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1429 | 211 EAST MAIN STREET, EVERETT, PA, 15537 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28. | G DAVIS PROPERTIES LLC | 2027 SPRING VALLEY ROAD, LANSDALE, PA 19446 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2693 | 44 KINGS VILLAGE, MINERSVILLE, PA, 17954 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 29. | GABRIELSEN FAMILY LP I | C/O THE HIGNELL COMPANIES, 2858 PARK MARINA DR, REDDING, CA 96001 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6714 | 9340 DESCHUTES RD, PALO CEDRO, CA, 96073 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30. | GIBRALTAR MANAGEMENT CO INC | GBR VALLEY COTTAGE LLC, 150 WHITE PLAINS RD, STE 400, TARRYTOWN, NY 10591-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1019 | 133 ROUTE 303, VALLEY COTTAGE, NY, 10989 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31. | GITOMER FAMILY REALTY LLC | 131 BENTLEY DRIVE, MT LAUREL, NJ 08054 | Unexpired Store Lease | ECKERD CORPORATION | 10445 | 1360 BRACE ROAD, CHERRY HILL, NJ, 08034 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 32. | GKGF, LLC | C/O GASKA, INC., 100 W. BROADWAY, SUITE 950, GLENDALE, CA 91210-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5532 | 10465 SUNLAND BOULEVARD, SUNLAND, CA, 91040 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 33. | GOLDENBERG ASSOCS | 350 SENTRY PARKWAY, BUILDING 630, SUITE 300, BLUE BELL, PA 19422-2316 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1766 | 10 SNYDER AVENUE, PHILADELPHIA, PA, 19148 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34. | GOULD SHOPPING CENTER | C/O JLL AMERICAS, 655 REDWOOD WHY, STE 177, MILL VALLEY, CA 94941 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5985 | 1029 EAST CAPITOL EXPRESSWAY, SAN JOSE, CA, 95121 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35. | GRACE CHAI - AKA FANTA SEA | C/O: GRACE CHAI, 2418 NEW AVENUE, ROSEMEAD, CA 91770-2938 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5531ST 2 | 914 FAIR OAKS AVENUE, SOUTH PASADENA, CA, 91030 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 36. | GRAND & ELM PARTNERS, LP | C/O PHIL A FONTES, 8200 STOCKDALE HIGHWAY, STE M10, BOX 180, BAKERSFIELD, CA 93311-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5824 | 1207 GRAND AVENUE, ARROYO GRANDE, CA, 93420 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37. | GRAND HOST INC | 3525 DEL MAR HEIGHTS RD STE 825, SAN DIEGO, CA 92130 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5674 | 405 WEST MAIN STREET, BRAWLEY, CA, 92227 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 38. | GRAND HOST INC | 3525 DEL MAR HEIGHTS RD STE 825, SAN DIEGO, CA 92130 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5674ST | 405 WEST MAIN STREET, BRAWLEY, CA, 92227 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39. | GRANTS PASS VENTURE LLC | C/O GRE MANAGEMENT SERVICES INC, 3005 DOUGLAD BLVD, STE 200, ROSEVILLE, CA 95661 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5386 | 915 NORTHEAST D STREET, GRANTS PASS, OR, 97526 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40. | GRI SUNSET PLAZA LLC | C/O FIRST WASHINGTON REALTY INC, 7200 WISCONSIN AVE, STE 600, BETHESDA, MD 20814 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10623 | 1200 DEER PARK AVENUE, NORTH BABYLON, NY, 11703 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 41. | GROTHE FAMILY TRUST | C/O JG CONSTRUCTION, INC., 15632 EL PRADO DRIVE, CHINO, CA 91710-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5848 | 48 ROBERTSON BLVD, CHOWCHILLA, CA, 93610 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 42. | GSA I SPE LLC | C/O DELLE DONNE & ASSOC INC, 200 CONTINENTAL DR, STE 200, NEWARD, DE 19713 | Unexpired Store Lease | THRIFT DRUG, INC. | 11176 | 701 GOVERNORS PLACE, BEAR, DE, 19701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 43. | GULL INDUSTRIES INC | PO BOX 24687, SEATTLE, WA 98124 | Unexpired Store Lease | The Bartell Drug Company | 6964 | 7205 267TH ST NW, STANWOOD, WA, 98292 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44. | GVH CLEARFIELD LLC | 300 N PISGAH RD, EADS, TN 38028 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, LLC | 6839 | 307 E MARKET STREET, CLEARFIELD, PA, 16830 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 45. | HAMBURG REALTY PROPERTIES INC | 1776 CENTRAL PARK, OREFIELD, PA 18069 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3425 | 807 SOUTH 4TH STREET, HAMBURG, PA, 19526 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46. | HASTINGS RANCH INVESTMENT CO | C/O THE ARBA GROUP, 6300 WILSHIRE BLVD, SUITE 1800, LOS ANGELES, CA 90048-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5535 | 3745 EAST FOOTHILL BOULEVARD, PASADENA, CA, 91107 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47. | HAWLEY REALTY LIMITED PARTNERS | 30 GERMANTOWN RD, DANBURY, CT 06810 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10383 | 215 FEDERAL ROAD, BROOKFIELD, CT, 06804 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48. | HPT (DERRY) LP | PO BOX 158247, NASHVILLE, TN 37215-8247 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1628 | 222 Y STREET, DERRY, PA, 15627 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 49. | HPT (NATRONA HEIGHTS) LP | PO BOX 158247, NASHVILLE, TN 37315-8247 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4419 | 1529 FREEPORT ROAD, NATRONA HEIGHTS, PA, 15065 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 50. | HPT (SHAMOKIN) LP | PO BOX 158247, NASHVILLE, TN 37315-8247 | Unexpired Store Lease | KEYSTONE CENTERS, INC. | 205 | 26 WEST INDEPENDENCE STREET, SHAMOKIN, PA, 17872 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51. | HUNT MANAGEMENT COMPANY | OF PATRICIA R KATES, 10,001 ARTESIA BLVD, BELLFLOWER, CA 90706 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5518 | 601 PINE AVENUE, LONG BEACH, CA, 90802 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52. | I SCHREIBER & ASSOCIATES LLC | 18915 142ND AVE NE, STE 155, WOODINVILLE, WA 98072 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5264 | 11220 CANYON ROAD EAST, PUYALLUP, WA, 98373 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 53. | I.C. WASHINGTON, INC. | C/O CYZNER PROPERTIES, 192 ROUTE 22 WEST, GREEN BROOK, NJ 08812-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 10432 | 354 STATE ROUTE 57 WEST, WASHINGTON, NJ, 07882 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54. | IA SAN PEDRO GARDEN LLC | C/O INVENTRUST PROPERTY MANAGEMENT LLC, 3025 HIGHLAND PARKWAY STE 350, DOWNERS GROVE, IL 60515 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5514 | 28100 S WESTERN AVENUE, SAN PEDRO, CA, 90732 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 55. | IC SOMERVILLE INC | C/O CYZNER PROPERTIES, 192 ROUTE 22 WEST, GREEN BROOK, NJ 08812-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 4746 | 132 NORTH GASTON AVENUE, SOMERVILLE, NJ, 08876 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 56. | INLAND COMMERCIAL RE LLC | INDLAND COMMERCIAL REAL ESTATE SERVICES LLC/BLDG#75064, 2901 BUTTERFIELD ROAD, OAK BROOK, IL 60523 | Unexpired Store Lease | THRIFT DRUG, INC. | 11114 | 696 STONEY HILL ROAD, YARDLEY, PA, 19067 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57. | IRVIN WEINSTOCK | 2101 STRATFORD WAY, SAN MATEO, CA 94403 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6081 | 9133 KIEFER BOULEVARD, SACRAMENTO, CA, 95826 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58. | IRVINE COMPANY | 101 INNOVATION DRIVE, ATTN: GENERAL COUNSEL, RETAIL PROPERITES, IRVINE, CA 92617-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5766 | 18112 CULVER DRIVE, IRVINE, CA, 92612 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 59. | JAMES MICHAEL CRANFORD | 2240 GAITHER STREET, SELMA, CA 93662 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5860 | 2640 FLORAL AVENUE, SELMA, CA, 93662 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 60. | JLK NEWTOWN SQUARE ASSOC LLC | 1801 A BRASSFIELD RD, GREENSBORO, NC 27410 | Unexpired Store Lease | THRIFT DRUG, INC. | 11116 | 3599 WEST CHESTER PIKE, NEWTOWN SQUARE, PA, 19073 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 61. | JOANIE MICHAELSON | 736 BLUE OAK AVENUE, NEWBURY PARK, CA 91320 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5800 | 1076 WEST KERN STREET, TAFT, CA, 93268 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 62. | JOHN M. O'BRIEN | C/O: O'BRIEN & ZEHNDERINJURY LAWYERS, 9401 E STOCKTON BLVD, SUITE 225, ELK GROVE, CA 95624 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6480 | 5350 SHASTA DAM BOULEVARD, SHASTA LAKE, CA, 96019 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 63. | JOSEPH AMMENDOLA | 465 DUNDEE DRIVE, BLUE BELL, PA 19422-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3273 | 1201 SOUTH BETHLEHEM PIKE, AMBLER, PA, 19002 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64. | JOSEPH MURPHY CORPORATION | PO BOX 2740, SANTA ROSA, CA 95405-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6023 | 1551 FARMERS LANE, SANTA ROSA, CA, 95405 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 65. | JUMPING HORSE RANCH, INC. | ATTN: HELENE BECK, PRESIDENT, PO BOX 2890, FALLBROOK, CA 92088 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5634 | 1201 SOUTH COAST HIGHWAY, OCEANSIDE, CA, 92054 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66. | KATHY L MINDLER | 4109 SHILEAGH COURT, BETHLEHEM, PA 18020-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 836 | 1781 STEFKO BOULEVARD, BETHLEHEM, PA, 18017 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 67. | KEARNEY PALMS LLC | 204 W. RIDGEPOINT DRIVE, FRESNO, CA 93711-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6295 | 1101 FRESNO STREET, FRESNO, CA, 93706 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68. | KK GREAT NECK 2470, LLC | 113 CROSSWAYS PARK DRIVE, SUITE 100, WOODBURY, NY 11797-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4861 | 50 GREAT NECK ROAD, GREAT NECK, NY, 11021 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 69. | LAGUNA OAKS LLC | 1916 PARK OAK DR, ROSEVILLE, CA 95661 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6788 | 6420 RIO LINDA BLVD, RIO LINDA, CA, 95673 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 70. | LAKEVIEW PLACE BUILDING A LLC | 1429 AVENUE D PMB 521, SNOHOMISH, WA 98290-1742 | Unexpired Store Lease | The Bartell Drug Company | 6933 | 1115 13TH ST, SNOHOMISH, WA, 98290 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 71. | LAMAR BUILDING CO INC | HARIANNE ZOLKOVER, 9889 GLOUCESTER DR, BEVERLY HILLS, CA 90210 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 819 | 340 EAST HIGH STREET, POTTSTOWN, PA, 19464 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 72. | LAO CO | 1414 RIDGE RD, LANCASTER, PA 17603 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3400 | 420 NORTH 3RD STREET, WOMELSDORF, PA, 19567 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 73. | LAURIE DAVIS | 500 ADMIRALS WAY, APT. 101, PHILADELPHIA, PA 19146 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1963 | 262 CONNELLSVILLE STREET, UNIONTOWN, PA, 15401 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 74. | LAWRENCE M KAPLAN LLC | 5215 SCOTTS VALLEY DRIVE, STE C, SCOTTS VALLEY, CA 95066-3522 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6379 | 500 MAIN STREET, LIVINGSTON, CA, 95334 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 75. | LDC ALTA LOMA SQUARE LLC | C/O LEWIS OPERATING CORP., 1156 NORTH MOUNTAIN AVE., UPLAND, CA 91785-0670 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5587 | 8760 19TH STREET, RANCHO CUCAMONGA, CA, 91701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 76. | LEVIN MANAGEMENT CORP | 975 ROUTE 22 WEST, NORTH PLAINFIELD, NJ 07060-3622 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1384 | 450 BLUE VALLEY DRIVE, BANGOR, PA, 18013 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 77. | LINCOLN PARTNERSHIP 2015 LLC | 26527 AGOURA RD, STE 200, CALABASAS, CA 91302 | Unexpired Store Lease | ECKERD CORPORATION | 10827 | 2585 MAIN STREET, BUFFALO, NY, 14214 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 78. | LINCOLN PROPERTIES LTD | 374 LINCOLN CENTER, STOCKTON, CA 95207-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5998 | 6455 PACIFIC AVENUE, STOCKTON, CA, 95207 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 79. | LONGMEADOW WOLCOTT LLC | 11 SCOVILLE STREET, P.O. BOX 2763, WATERBURY, CT 06723-2763 | Unexpired Store Lease | RITE AID OF CONNECTICUT, INC. | 4620 | 744 WOLCOTT ROAD, WOLCOTT, CT, 06716 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 80. | LUCILLE F MORGAN IRREVOC LIVIN | C/O ANDREA L MERRILL, SUCCESSOR TRUSTEE, PO BOX 219, MOUNT SHASTA, CA 96067 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6103 | 310 WEST LAKE STREET, MOUNT SHASTA, CA, 96067 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 81. | LYNNFIELD CENTRE REALTY LLC | 2 EVERETT AVE, WINCHESTER, MA 01890 | Unexpired Store Lease | THE LANE DRUG COMPANY | 2397 | 419 CLAREMONT AVENUE, ASHLAND, OH, 44805 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 82. | M. NASIR & NILOFAR SHAIKH | 106 ROCKY ROAD, GREENSBURG, PA 15601-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1709 | 15 CENTENNIAL WAY, SCOTTDALE, PA, 15683 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 83. | MAHOPAC IMPROVEMENTS OWNER LLC | C/O DLC MGMT CORP, 565 TAXTER RD, STE 400, ELMSFORD, NY 10523 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1451 | 159 ROUTE 6, MAHOPAC, NY, 10541 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 84. | MANP CDM LLC | C/O DMP MGMT, LLC DBA DMP PROPERTIES, 250 NEWPORT CENTER DR STE 300, NEWPORT BEACH, CA 92660 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6207 | 3141 EAST COAST HIGHWAY, CORONA DEL MAR, CA, 92625 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 85. | MAR-BANK INVESTMENT COMPANY | C/O UNITED TRUST REALTY CORPORATION, 4 PARK PLAZA, STE 830, IRVINE, CA 92614 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5516 | 108 WEST ANAHEIM STREET, WILMINGTON, CA, 90744 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 86. | MARIST CENTERPOINT, LLC | C/O METRO COMMERCIAL MANAGEMENT, 303 FELLOWSHIP ROAD, SUITE 300, MOUNT LAUREL, NJ 08054-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10714 | 3350 NORTH ROAD, POUGHKEEPSIE, NY, 12601 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 87. | MARKET SQUARE PLAZA I, LLC | C/O PRESTIGE PROPERTIES & DEVELOPMENT CO., INC., 546 FIFTH AVENUE, 15TH FLOOR, NEW YORK, NY 10036-0000 | Unexpired Store Lease | THRIFTY DRUG, INC. | 11130 | 7700 CRITTENDEN STREET, PHILADELPHIA, PA, 19118 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 88. | MARTIN LIN & ALICE FANG | 67 WATERSIDE CIRCLE, REDWOOD CITY, CA 94065 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5961 | 701 EAST BLITHEDALE AVE., MILL VALLEY, CA, 94941 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 89. | MARY CATHERINE DENUNZIO, FRED E. VAN ALEN, AND ALFRED G. VAN ALEN | MARY CATHERINE DENUNZIO, PO BOX 74, JEANNETTE, PA 15644 | Unexpired Ground Lease | THRIFTY PAYLESS, INC. | 5531A | 914 FAIR OAKS AVENUE, SOUTH PASADENA, CA, 91030 | 8/31/2025 | MISCELLANEOUS FF&E |
| 90. | MAY DEVELOPMENT, LLC | 4017 B STATE STREET, SCHENECTADY, NY 12304 | Unexpired Store Lease | ECKERD CORPORATION | 10717 | 124 RIDGE STREET, GLENS FALLS, NY, 12801 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 91. | MESA SHOPPING CENTER | C/O INVESTEC MANAGEMENT CORP., 200 E. CARRILLO STREET, SUITE 200, SANTA BARBARA, CA 93101-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5790 | 1976 CLIFF DRIVE, SANTA BARBARA, CA, 93109 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 92. | MGPXI-A TWN CTR LAKEFOREST LLC | C/O MERLONE GEIER PARTNERS, 425 CALIFORNIA ST, 10TH FL, SAN FRANCISCO, CA 94104 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5225 | 17171 BOTHELL WAY, NE, STE.150, LAKE FOREST PARK, WA, 98155 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 93. | MLG REAL ESTATE LLC | P.O. BOX X, WAYMART, PA 18472-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2768 | 54 NORTH MAIN STREET, CARBONDALE, PA, 18407 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 94. | MONIEM SHAABAN | 427 LINCOLN BLVD, SANTA MONICA, CA 90402 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5815 | 100 CHINA GRADE LOOP, BAKERSFIELD, CA, 93308 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 95. | MONTEBELLO (EDENS) LLC | 1221 MAIN STREET, STE 1000, COLUMBIA, SC 29201 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5504 | 802 BEVERLY BOULEVARD, MONTEBELLO, CA, 90640 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 96. | MONTGOMERY DEL VAL ASSN., LP | C/O LFT REALTY GROUP, INC., 600 OLD ELM STREET, CONSHOHOCKEN, PA 19428-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2017 | 762 EAST JOHNSON HIGHWAY, NORRISTOWN, PA, 19401 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 97. | MS JOANN DISCHINAT | 180 NAZARETH DRIVE, NAZARETH, PA 18064-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 927 | 231 WEST STREET, GETTYSBURG, PA, 17325 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 98. | NATHAN FAMILY LLC | 198 THOMAS JOHNSON DR, STE 207, FREDERICK, MD 29128 | Unexpired Store Lease | ECKERD CORPORATION | 11211 | 1003 PULASKI HIGHWAY, HAVRE DE GRACE, MD, 21078 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 99. | NEFESH MANAGEMENT CORP | P.O. BOX 110158, BROOKLYN, NY 11211-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4991 | 109-07 101ST AVENUE, JAMAICA, NY, 11419 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 100 | NEW HARTFORD HOLDINGS LLC | C/O MADISON PROPERTIES, 3611 14TH AVE, STE 420, BROOKLYN, NY 11218 | Unexpired Store Lease | ECKERD CORPORATION | 10773 | 46 KELLOGG ROAD, NEW HARTFORD, NY, 13413 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

# EXHIBIT C

United States Bankruptcy Court for the District of New Jersey

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|

**Debtor:** Eckerd Corporation

**Case Number:** 25-14769

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

| 1. | **Who is the current creditor?** | Felos Associates, LLC |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | **Has this claim been acquired from someone else?** | ☑ No |
|---|---|---|
| | | ☐ Yes. From whom? |

| 3. | **Where should notices and payments to the creditor be sent?** | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|---|
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: c/o Stark & Stark, PC  Attn. Thomas S. Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | **Does this claim amend one already filed?** | ☑ No | |
|---|---|---|---|
| | | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____ MM / DD / YYYY |

| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No |
|---|---|---|
| | | ☐ Yes. Who made the earlier filing? |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 1,500.00 .

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 24,078.74

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | |
|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. *Check one:*   **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____<br><br>☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____<br><br>☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____<br><br>☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.   $ 1500.00<br><br>* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No<br><br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**   $_____ |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    09/29/2025
_____   _____
Electronic Signature      Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder
     First name      Middle name      Last name

Title/Company    Shareholder / Stark & Stark, PC
     Identify the corporate servicer as the company if the authorized agent is a servicer.

   P.O. Box 5315

Address   
     Number    Street

Princeton      NJ      08543
City      State      ZIP Code    Country

Contact phone    609-219-7458      Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:

Address2:

Address3:

Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

---

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
 Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

[✔] Yes
[ ] No

-------------------------------------------------------------------------------------------------

 Attachment Filename:

Felos Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-EPPEQ-690757650

Claim Electronically Submitted on (UTC) :  2025-09-29T19:00:50.285Z

Submitted by:  Felos Associates, LLC
tonder@stark-stark.com

KROLL

## SCHEDULE A

Creditor, Felos Associates, LLC files the following claims for its lease at 2401 Genese Street, Cheektowaga, NY.

1. Pre-Petition - $24,078.74, comprised of Month of April $20,638.92 and 5 days of May $3,439.82;

2. Admin Claim - $1,500 for cleanup work based on violations from July 11, 2025;

3. Rejection - $302,033.00.

Felos Associates, LLC reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

4899-3970-4683, v. 2



### The
### Town of
### Cheektowaga

Neighborhood Preservation Office
275 Alexander Avenue
Cheektowaga, NY 14211
(716) 897-7281

## NOTICE OF VIOLATION(S)

July 11, 2025

Felos Associates LLC
7928 East Dr Apt 1008
North Bay Village, FL 33141

RE:  2401 Genesee St
Cheektowaga, New York 14225
S.B.L. # 101.28-7-1.1
COMPLAINT #:2025-1928

The Town of Cheektowaga Assessor's Records indicate that the above-referenced property
is owned by you. Based upon an inspection of this property by a duly-authorized Town
Inspector on July 10, 2025, you have been deemed in violation of the Town of
Cheektowaga's Town Code, Chapter 66 (BRUSH, WEEDS, OBNOXIOUS GROWTH AND
DEBRIS) which reads as follows:

### VIOLATION - CHAPTER 66, SECTION 66-1

**Every owner of any area, lot or parcel of land shall cut, trim or otherwise remove
or cause to be cut, trimmed or otherwise removed by all excessive grass, weeds,
brush or plant growth in excess of six (6) inches. "Brush," "weeds," "obnoxious
growth" and "debris" shall be defined as all grasses, annual plants and
vegetation (other than trees or shrubs), dead or dying trees, stumps, roots, filth,
garbage, and trash; provided, however, that this term shall not include cultivated
flowers and gardens. It shall be the duty of any person owning any plot of
ground in the Town of Cheektowaga to prevent the growth of weeds or
accumulation of debris thereon as shall constitute a health hazard, fire hazard,
safety or traffic hazard or public nuisance.**

### VIOLATION - CHAPTER 66, SECTION 66-2

**Property owners of any lot or land located in the Town of Cheektowaga shall
maintain respective curbs, gutters and sidewalks bordering their parcels of land
in such condition as to be clear of all growth of grass, weeds, brush, plant
growth or debris within the curb, gutters and sidewalk.**

As directed by the code, you are hereby directed to complete the remedial action within
5 days.

**OWNER(S) RESPONSIBILITY/REMEDIAL ACTION(S) TO BE TAKEN**- Cut and remove the high grass and weeds located throughout the property, including trimming along all fence lines, foundations, landscape beds, curb lines, etc. Cut and remove all fallen brush bordering the roadway. Remove all miscellaneous accumulated debris throughout the property including, but not limited to, paper, bottles, fallen trees, propane tanks, tires, cardboard, tarps, garbage bags, yard waste, etc.

**Location and Additional Comments: Will cite Chapter 66 cut & clean, photos taken.**

**Entire property perimeter landscape area severe overgrowth.**

On July 16, 2025 the premises will be inspected for compliance and remediation of the violation(s) indicated above. If all violations are not corrected at the time of this inspection, this office will contract with an outside contractor to cut, trim, or remove such weeds, grass, brush, plant growth or accumulated debris.

Pursuant to Chapter 66, Section 66-6 (Costs of Removal), the cost or expense of such work will be billed to you. Unless paid in full by the property owner within thirty (30) days receipt of bill, an additional two hundred dollars ($200.00) for administrative costs incurred will be added, and the Code requires that the Town shall cause a lien of these amounts on the property and shall draw interest from and after such thirty (30) days at the same rate that applies to real estate taxes.

Should you have any questions or need further information on this matter, contact the Neighborhood Preservation Office at (716) 897-7281.

Very truly yours,
TOWN OF CHEEKTOWAGA

Mark Radecki
Assistant Code Enforcement Officer



**The
Town of
Cheektowaga**

Neighborhood Preservation Office
275 Alexander Avenue
Cheektowaga, NY 14211
(716) 897-7281

## NOTICE OF VIOLATION(S)

September 08, 2025

Felos Associates LLC
7928 East Dr  Apt 1008
North Bay Village, FL 33141

RE:  2401 Genesee St
      Cheektowaga, New York 14225
SBL: 101.28-7-1.1
COMPLAINT #:2025-2855

The Town of Cheektowaga Assessor's Records indicate that the above-referenced property is owned by you. Based upon an inspection of this property by a duly-authorized Town Inspector on September 5, 2025, you have been deemed in violation of the Town of Cheektowaga's Town Code, Chapter 66 (BRUSH, WEEDS, OBNOXIOUS GROWTH AND DEBRIS) which reads as follows:

### VIOLATION - CHAPTER 66, SECTION 66-1

Every owner of any area, lot or parcel of land shall cut, trim or otherwise remove or cause to be cut, trimmed or otherwise removed all excessive grass, weeds, brush or plant growth in excess of six (6) inches. "Brush," "weeds," "obnoxious growth" and "debris" shall be defined as all grasses, annual plants and vegetation (other than trees or shrubs), dead or dying trees, stumps, roots, filth, garbage, and trash; provided, however, that this term shall not include cultivated flowers and gardens. It shall be the duty of any person owning any plot of ground in the Town of Cheektowaga to prevent the growth of weeds or accumulation of debris thereon as shall constitute and health hazard, fire hazard, safety or traffic hazard or public nuisance.

### VIOLATION - CHAPTER 66, SECTION 66-2

Property owners of any lot or land located in the Town of Cheektowaga shall maintain their respective curbs, gutters and sidewalks bordering their parcels of land in such condition as to be clear of all growth of grass, weeds, brush, plant growth or debris within the curb, gutters and sidewalk.

Please take notice that as you have received a similar such notice for this property within the calendar year, pursuant to Section 66-3B of the code, you are hereby directed to complete the remedial action within 2 days.

### REMEDIAL ACTION(S) TO BE TAKEN - Cut and remove the high grass and weeds

# EXHIBIT D

Collection: **School 2025**

**Fiscal Year Start:** 7/1/2025     **Fiscal Year End:** 6/30/2026     **Warrant Date:** 9/1/2025

| Total Tax Due (minus penalties & interest) | $33,137.84 | **$33,137.84** | Pay Full |
|---|---|---|---|

| Tax Bill # | SWIS | Tax Map # | Status |
|---|---|---|---|
| 001374 | 143089 | 101.28-7-1.1 | Unpaid |
| **Address** | **Municipality** | | **School** |
| 2401 Genesee St | Town of Cheektowaga | | CHEEKTOWAGA |

**Owners**

Felos Associates LLC

7928 East Dr Apt 1008
North Bay Village, FL 33141

**Property Information**

| Roll Section: | 1 |
|---|---|
| Property Class: | Medium Retai |
| Lot Size: | 1.30 |

**Assessment Information**

| Full Market Value: | 3066667.00 |
|---|---|
| Total Assessed Value: | 2300000.00 |
| Uniform %: | 75.00 |

| Description | Tax Levy | Percent Change | Taxable Value | Rate | Tax Amount |
|---|---|---|---|---|---|
| School Tax | 28292162 | 2.0000 | 2300000.000 | 14.40775500 | $33,137.84 |
| | | | | **Total Taxes:** | **$33,137.84** |

## FULL PAYMENT OPTION

| From: | To: | Tax Amount | Penalty | Notice Fee | Total Due |
|---|---|---|---|---|---|
| Sep 15 | Oct 15, 2025 | $33,137.84 | $0.00 | $0.00 | **$33,137.84** |
| Oct 16 | Oct 31, 2025 | $33,137.84 | $2,485.34 | $0.00 | **$35,623.18** |
| Nov 01 | Dec 01, 2025 | $33,137.84 | $2,982.41 | $0.00 | **$36,120.25** |

**Mail Payments To:**
Kimberly A. Burst
Town Clerk/Tax Receiver
3301 Broadway St. Cheektowaga, NY 14227 716-686-3475