**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

---

In re:

LAKEHURST AND BROADWAY CORPORATION,

Debtor.[1]

Chapter 11

Case No. 25-14831 (MBK)

---

**ORDER DENYING MOTION TO ENFORCE COURT ORDER, COMPEL ASSIGNMENT OF INSURANCE RIGHTS, AND FOR SANCTIONS**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 17, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Order Filed on June 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

(Page | 2)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | ORDER DENYING MOTION TO ENFORCE COURT ORDER, COMPEL ASSIGNMENT OF INSURANCE RIGHTS, AND FOR SANCTIONS |

Upon consideration of the *Motion to Enforce Court Order, Compel Assignment of Insurance Rights, and for Sanctions* [Docket No. 390] (the "Motion") filed by Marshell Landrum and *Rite Aid Sub-Trust B's Response to Marshell Landrum's Motion to Enforce Court Order, Compel Assignment of Insurance Rights, and for Sanctions* [Docket No. 417] (the "Sub-Trust B Opposition") and the *Liquidating Trustee's Objection to Motion to Enforce Court Order, Compel Assignment of Insurance Rights and for Sanctions* [Docket No. 418] (the "Liquidating Trustee's Opposition", together with the Sub-Trust B Opposition, the "Objections"); and it appearing that proper and adequate notice of the Motion and Objections has been given and that no other or further notice is necessary; and this Court having reviewed the Motion, the Objections thereto, and all other pleadings and statements filed in connection therewith, and having heard the statements and arguments made on the record at a hearing held before this Court on June 9, 2026; and upon all of the proceedings had before the Court and after due deliberation thereon and for the reasons more fully set forth in the Court's opinion dated June 11, 2026 [Docket No. 434] (the "Opinion") which is incorporated herein by reference; now, therefore, **IT IS HEREBY:**

**ORDERED** that the Motion is denied.

United States Bankruptcy Court

District of New Jersey

In re:                                              Case No. 25-14831-MBK

Lakehurst and Broadway Corporation                    Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                             Page 1 of 1

Date Rcvd: Jun 17, 2026                  Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

**Recip ID                Recipient Name and Address**
db                  +   Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                          Signature:         /s/Gustava Winters