<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**STARK & STARK, PC**
Thomas S. Onder, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 219-7458
tonder@stark-stark.com
*Counsel to Creditor- Joseph Murphy Corporation*

</td><td></td></tr>
</table>

In re:

LAKEHURST AND BROADWAY
CORPORATION,

        Debtor[1].

Case No. 25-14831 (MBK)

Chapter 11

(Jointly Administered)

Ref: 411 and 412

Hearing Date: June 30, 2026 at 10:00 am.

## CREDITOR, JOSEPH MURPHY CORPORATION'S RESPONSE TO OBJECTION TO THEIR ADMNISTRATIVE EXPENSE CLAIM

Joseph Murphy Corporation (the "Claimant") by and through its counsel, Stark & Stark, P.C. files this response to the Debtor's motion (the "Motion") objecting to their filed administrative expense claim #1791 in the amount of **$175,801.59**, plus additional attorney's fees and costs (the "Administrative Expense Claim") [Docket Nos. 411 and 412]. Claimant respectfully requests that this Court allow its Administrative Expense Claim in the amount of **$159,623.26** and compel the Debtor to make payment immediately.

## BACKGROUND

[1]      On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al*., closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). Except as otherwise provided herein, references to the "Docket" in shall refer to the docket in the formerly jointly administered cases captioned In re New Rite Aid, LLC, Case No. 25-14861 (MBK).



1. On or about May 5, 2025, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

2. On January 29, 1990, one of Debtors' entities, Thirty Corporation entered into a lease (the "Lease") for premises located at 1551 Farmers Lane, Santa Rosa, CA (the "Premises"). See a true and correct copy of the Lease as Exhibit "A".

3. The Premises were part of a "shopping center" as that term is referred to in Bankruptcy Code §365(b)(3).  As such, Landlords are entitled to the protections of that section for the Premises.

4. Prior to this case, on or about October 15, 2023, Debtor filed its first Chapter 11 bankruptcy petition, known as docket # 23-18993.

5. Debtor rejected the Lease in the matter at bar as of August 31, 2025.   See a true and correct copy of the 13th Notice of Rejection, see page 22 of 27 [Docket # 2165] as Exhibit "B".

6. Claimant filed its claims on or about September 29, 2025, including its Administrative Expense Claim. See a true and correct copy of the Administrative Expense Claim as Exhibit "C".

7. Claimant provides the following in supplement showing **$159,623.26** should be allowed as the Administrative Expense Claim.   See a true and correct copy of supplemental information as Exhibit "D".

8. Claimant's Administrative Expense Claim should be allowed in the amount of **$159,623.26** and paid under the Bankruptcy Code.

### **REPLY TO OBJECTIONS**

9. Section 502 of the Bankruptcy Code sets forth procedures to govern the allowance or disallowance of a "claim or interest" in a bankruptcy case.



2

4931-1389-8165, v. 5

10. Section 502(a) provides that a claim or interest, proof of which is filed with the court, "is deemed allowed," unless a party in interest objects.

11. Rule 3001(f) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") provides that "[a] proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim." Thus, any party objecting to the claim has the burden of introducing sufficient evidence to rebut the presumption of validity. *See generally* Collier on Bankruptcy ¶ 3001.09[2] (16th ed. 2025).

12. Here, Landlord asserts that it is still owed rent from the Petition Date of May 5, 2025 through the Rejection Date of August 31, 2025, as Debtor incurred **$159,623.26** in unpaid charges and note in the support to the filed Administrative Expense Claim.

13. Landlord requests that the Court allow its Administrative Expense Claim be allowed in the amount of **$159,623.26** and direct the Debtor to pay the same immediately.

## **RESERVATION OF RIGHTS**

14.     To the extent consistent with the reply expressed herein, Landlord reserves all rights to make further and/or future objections.

Respectfully submitted,

Dated: June 22, 2026                      **STARK & STARK, P.C.**

By: */s/ Thomas S. Onder*
Thomas S. Onder, Esq.
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ08619
Telephone (Direct): 609-219-7458
Telephone (Main): 609-896-9060
Facsimile: 609-895-7395
Email: tonder@stark-stark.com

**STARK**
**&STARK** PC

4931-1389-8165, v. 5

# EXHIBIT A

## AMENDED AND RESTATED LEASE

THIS AMENDED AND RESTATED LEASE ("Amended Lease") is made and entered into as of ___January 29___, 19_90, by and between CENTURY PROPERTIES FUND XV, a California limited partnership ("Landlord"), and PAY LESS DRUG STORES NORTHWEST, INC., a Maryland corporation ("Tenant").

### R E C I T A L S :

A.   This Lease Amendment amends in its entirety that certain Lease entered into between W.R. GRACE DEVELOPMENT CORPORATION, a California corporation ("Landlord's Predecessor in Interest"), and ALPHA BETA COMPANY, a Delaware corporation ("Tenant's Predecessor in Interest"), dated September 25, 1978, a Memorandum of which was recorded November 9, 1978, as Instrument No. 48702, in Book 3481, at Page 2, in the Official Records of Sonoma County, California, as modified and amended by that certain Amendment to Lease dated May 4, 1979, by and between Landlord's Predecessor in Interest and Tenant's Predecessor in Interest, that certain Second Amendment to Lease dated September 18, 1979, by and between Landlord's Predecessor in Interest and Tenant's Predecessor in Interest, and that certain Third Lease Amendment dated August 25, 1980, by and between Landlord's Predecessor in Interest and Tenant's Predecessor in Interest (all collectively referred to as the "Lease");

B.   Tenant's Predecessor in Interest has assigned to Tenant its interest as Tenant under the Lease.

THEREFORE, based upon the terms and conditions, and in consideration of the mutual obligations herein contained, the Lease is hereby amended in its entirety as follows:

Landlord hereby leases to Tenant, and Tenant hereby rents from Landlord, a portion of that land described in Exhibit A attached hereto, and the store and improvements constructed thereon. The land has been developed as a Shopping Center in accordance with the Plot Plan attached hereto as Exhibit B. That portion of the land and the improvements and store constructed thereon demised to Tenant is outlined in red on Exhibit B. The legal description of the demised premises ("Demised Premises") is attached hereto as Exhibit A-1. The Demised Premises shall include the building, dock area, sidewalk and other improvements now existing upon the Demised Premises.

**Article 1      TERM**

The term of the Lease shall be for a period of twenty (20) years. The term "Lease Year" as used herein shall mean a period of twelve (12) successive calendar months except that if the term commences on a day other than the first day of a calendar month,

1 -   AMENDED AND RESTATED LEASE        Landlord's Initials _____
                                        Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

then the initial fractional month, together with the next succeeding twelve (12) calendar months, shall constitute the first Lease Year. The commencement date of this Amended Lease shall be March 1, 1990.

**Article 2      RENT**      3/1/90 to 2/28/10

Tenant shall pay to Landlord as annual rent for such Lease Year during the term hereof:

A.    A fixed minimum rental in amount of Two Hundred Twenty Thousand Three Hundred Thirteen ($220,313), which shall be paid in equal monthly installments of Eighteen Thousand Three Hundred Fifty-Nine Dollars and Forty-two Cents ($18,359.42) in advance on the first day of each calendar month. In the event the initial Lease Year includes more than twelve (12) calendar months, the fixed minimum rental for such Lease Year shall be appropriately adjusted. The rent for the said fractional month, if any, shall be due and paid together with the rent for the first full calendar month.

B.    A sum equal to one and three-quarters percent (1 3/4%) of all gross sales made by Tenant from the Demised Premises in excess of Twelve Million Dollars ($12,000,000) during each Lease Year less the following offsets: All amounts expended by Tenant for (i) fire insurance premiums, (ii) real property taxes and assessments, and taxes in lieu thereof, rent tax, parking and common area taxes, (iii) all common area maintenance charges set forth in Article 15, and (iv) the sum of Four Hundred Thousand Dollars ($400,000) or one-half of Tenant's cost of remodeling, whichever is less. The offset for remodeling costs set forth above shall be cumulative and shall be carried over from year to year until said offset is liquidated in full against percentage rents. The offsets provided in paragraphs B(i), (ii) and (iii) shall not be cumulative. Within sixty (60) days after the close of each calendar year, Tenant shall submit to Landlord a statement indicating the amount of its gross sales for said year and the amount expended for the above credits against percentage rent relating to said year, and shall accompany said statement with a payment of the percentage rent due, if any.

"Gross Sales," is defined as the selling price of all merchandise or services sold in or from the Demised Premises by Tenant, its subtenants, licensees and concessionaires, whether for cash or for credit, excluding, however, the following:

(1)   The sales price of all merchandise returned and accepted for full credit or the amount of the cash refund or allowance made thereon;

2 -   AMENDED AND RESTATED LEASE      Landlord's Initials _aW_
                                     Tenant's Initials _AC_

(2) The sums and credits received in settlement of claims for loss or damage to merchandise;

(3) Sales tax, so-called luxury taxes, excise taxes, gross receipt taxes, and other similar taxes now or hereafter imposed upon the sale of merchandise or services, whether added separately to the selling price of merchandise or services and collected from customers or included in the retail selling price;

(4) Receipts from public telephones, candy, peanut, gum, postage stamp and beverage vending machines; mechanical entertainment devices, sale of money orders; and the collection of public utility bills, tobacco sales and bottle deposits;

(5) Receipts from sub-tenants, licensees and concessionaires for the sale of travel services, tours or other excursions.

(6) Sales to Tenant's employees and other similar accommodations from which Tenant receives no profit, the selling price of goods transferred or distributed to other of Tenant's stores from time to time, and not as a general practice, or any sale or transfer of the entire stock of merchandise of Tenant located in the Demises Premises, or of the merchandise and business of Tenant in its entirety to another person, firm or corporation, or any sale or transfer to any successor of Tenant's business, in whole or in part, nor shall the same apply to any sale or exchange of Tenant's furniture, fixtures and equipment.

Tenant shall maintain adequate records for a period of six (6) months after the close of each Lease Year for the purpose of allowing Landlord to verify the reported gross sales for such year. At any time within said six (6) months, Landlord or its agents may inspect such records during normal business hours and in the event an inaccuracy is disclosed, an adjustment shall thereupon be made. In the event a required adjustment results in Tenant's obligation to pay additional rent in excess of Three Hundred Dollars ($300), Tenant shall reimburse Landlord for Landlord's expense incurred in establishing the inaccuracy.

C. Tenant shall further pay prior to delinquency as additional rent all real property taxes and assessments or tax in lieu thereof, or any tax on rents, or rental tax, levied or assessed upon the Demised Premises or the rents reserved herein during the term hereof. Any tax or assessment relating to a fiscal period a part of which is not included within the term of this Amended Lease shall be prorated so that Tenant shall pay only that

3 - AMENDED AND RESTATED LEASE    Landlord's Initials ⟨signature⟩
                                  Tenant's Initials ⟨signature⟩

[73070-325] [Santa Rosa, Calif] [1/19/90]

portion thereof which relates to the tax period included within the term of this Amended Lease. In the event any assessment may be paid in periodic installments, Tenant shall be responsible only for those installments relating to the period included in this term of this Amended Lease. Tenant may contest the amount or validity of any tax which it is required to pay under the terms of this Amended Lease and may for such purpose institute proceedings in the name of the Landlord, provided, however, such proceedings shall be at Tenant's sole cost and expense and provided further that Tenant shall hold Landlord and the Demised Premises harmless from the consequences thereof. In the event Tenant obtains a refund, such refund shall belong to Tenant and the percentage rental for the Lease Year to which such refund applies shall be adjusted to reflect such refund less the costs and attorneys' fees incurred by Tenant in obtaining such refund.

Landlord agrees to attempt to have the Demised Premises separately assessed and agrees to deliver to Tenant at lease ten (10) days prior to delinquency a copy of the tax bill which Tenant is obligated to pay. In the event the Demised Premises are not separately assessed, the tax bill shall be accompanied with a statement as to Tenant's proportionate share of the bill and a computation as to how said amount was determined. Landlord further agrees to promptly notify Tenant of any written notice received relating to a change in the assessed valuation of the Demised Premises.

Unless otherwise instructed in writing by Landlord, Tenant shall forward all rental payments payable to Landlord at the address specified in Article 24 hereof.

## Article 3     CONSTRUCTION and REMODELING

Tenant agrees to remodel the Demised Premises at its sole cost and expense pursuant to plans and specifications which have been and are hereby approved by Landlord. It is further specifically agreed by Landlord that Tenant's obligations under this Amended Lease are conditioned upon the Tenant having obtained all permits and authorizations, governmental approvals (federal, state and local) having jurisdiction necessary for buyer to accomplish the remodeling and modifications necessary to operate a super drug store in the Demised Premises.

## Article 4     POSSESSION and USE

Tenant shall be permitted to use the Demised Premises for a general retail super drug store, and for any other use which does not violate any use restriction affecting the shopping center and in effect on the date of this Amended Lease, or as may be subsequently approved in writing by Tenant. In no event, unless restricted elsewhere in this Amended Lease, shall Tenant be

4 - AMENDED AND RESTATED LEASE     Landlord's Initials _____
                                   Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

prohibited from selling items or services commonly sold by Tenant in its other stores.

**Article 5          MECHANICS' LIENS**

Tenant will pay for all work performed on the Demised Premises by its employees or its contractors and shall indemnify, defend, and hold the Landlord harmless from any liability resulting from any line or claim of lien arising out of such work. Tenant shall have the right, at its sole cost and expense, to contest the validity of any such lien or claimed lien. Should a lien be filed against the Demised Premises or any other action affecting title thereto be commenced, the party first receiving notice thereof shall immediately give written notice to the other party. Landlord shall have the right to enter the demised premises for the purpose of posting thereon notices of non-responsibility for work performed at the direction of Tenant.

**Article 6          UTILITIES**

Tenant shall pay for all water, gas, power, telephone and other utilities used on the Demised Premises by Tenant and may prior to the commencement of the term of this Amended Lease arrange for such services. Landlord agrees that it will provide separate metering for all utilities serving the Tenant. Landlord makes no warranty or representation as to the quantity, quality or continued availability of any such utilities.

**Article 7          INDEMNITY and INSURANCE**

Tenant covenants and agrees to indemnify and hold Landlord harmless from any and all liability resulting from Tenant's use and occupation of the Demised Premises or resulting from any repairs or alterations which Tenant may make upon the Demised Premises. The foregoing indemnity shall not apply to any loss, claim of loss, damage, liability, or expense, arising out of or resulting from any negligent or intentional act or omission of Landlord or its agents, contractors, subcontractors, or employees.

Tenant shall at its cost and expense maintain fire and extended coverage insurance throughout the term of this Amended Lease in an amount equal to at least one hundred percent (100%) of the replacement value (exclusive of foundation and excavation costs) of the building and improvements hereby demised. The proceeds of said policy shall be payable to Landlord and Tenant as their respective interests may appear. Tenant agrees that upon Landlord's request it will procure a mortgagee loss payable endorsement to said policy, provided that any policy proceeds paid to such mortgagee shall be available for reconstruction in accordance with the terms of this Amended Lease. It is further understood and agreed that Tenant hereby waives any right of

5 - AMENDED AND RESTATED LEASE          Landlord's Initials _____
                                        Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

recovery from Landlord, its officers and employees, and Landlord hereby waives any right of recovery from Tenant, its officers or employees for any loss or damage (including consequential loss) resulting from any of the perils insured against in the standard form all risk insurance policy.

Notwithstanding any provision of this Amended Lease to the contrary, Tenant's obligation to maintain or cause to be maintained fire and extended coverage insurance as set forth in the Lease shall be a condition to Landlord's obligation to repair or reconstruct the building in the event it is damaged or destroyed by fire or other casualty which is or would be an insured loss under such insurance.

Tenant shall at its cost and expense maintain general public liability insurance, naming Landlord as an additional insured, insuring against claims for bodily injury, death, or property damage occurring in or about the Demised Premises, with combined single limits of liability of One Million Dollars ($1,000,000) for both personal injury and property damage.

Tenant's obligations to insure may be provided by appropriate amendment, rider, or endorsement on any blanket policy or policies carried by Tenant or may be carried under a plan of self-insurance or a self-insured deductible in any amount, provided that Tenant has and maintains $50,000,000 of net worth. Tenant agrees to deliver to Landlord certificates of insurance evidencing Tenant's compliance with the foregoing covenants. Upon Landlord's written request duplicate copies of such certificates of insurance will be delivered to Landlord's mortgagees. Said certificates shall provide that said insurance may not be cancelled or reduced in scope below minimum insurance requirements in this Amended Lease except upon thirty (30) days' prior written notice to Landlord and Landlord's mortgagees.

With the exception of the Demised Premises themselves, Landlord shall at its cost and expense maintain or cause to be maintained standard form all risk coverage insurance throughout the term of this Amended Lease in an amount equal to at least one hundred percent (100%) of the replacement value (exclusive of foundation and excavation costs) covering all of the buildings and improvements now or at any time during said term owned or controlled by Landlord and located upon the Shopping Center of which the Demised Premises are a part. Landlord further agrees that if any of said buildings or improvements are damaged or destroyed by a cause so insured, the proceeds of such insurance shall, to the extent such proceeds are necessary therefor, be applied to such repair or reconstruction, Landlord agrees to have attached to such insurance policies a subrogation waiver in favor of Tenant, its officers, agents, employees, subtenants or concessionaires.

6 - AMENDED AND RESTATED LEASE      Landlord's Initials _____
                                    Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

**Article 8**      **QUIET ENJOYMENT**

Landlord warrants that it now has or will have at the commencement of the term of this Amended Lease sufficient title to the property affected by this Amended Lease to make this Amended Lease for the term set forth herein. Landlord covenants and agrees that as long as Tenant is not in default under the terms of this Amended Lease, Tenant shall have quiet and peaceful possession of the Demised Premises and shall enjoy all of the rights herein granted without interference.

Landlord agrees that Tenant may at its own expense make such alterations, additions, and changes to the Demised Premises as it may deem necessary, provided, however, that any single alteration, addition, or change costing in excess of Twenty Five Thousand Dollars ($25,000), or which affects the exterior elevations of the shopping center or the structural integrity of the building must be first approved in writing by the Landlord, not to be unreasonably withheld. Such alterations, additions, or changes shall become a part of the Demised Premises and upon the termination of this Amended Lease Tenant shall not have the right, nor be required, to remove the same.

**Article 10**      **COMPLIANCE with LAWS**

Tenant shall comply with all laws, ordinances, rules, or regulations of any governmental authority pertaining to the use or occupancy of the Demised Premises. Tenant reserves the right, however, to contest the validity of any law, ordinance, rule or regulation prior to compliance; provided that Landlord and the Demised Premises shall have no liability or expense with respect thereto.

**Article 11**      **FIXTURES and PERSONAL PROPERTY**

Tenant may install and affix to the Demised Premises such fixtures and equipment as Tenant deems desirable and all such fixtures and equipment shall remain the property of Tenant and may be removed at any time provided that Tenant, at its expense, shall repair any damage caused by reason of such removal. Tenant shall pay all taxes levied or assessed against such fixtures and equipment, including any fixtures or equipment installed by Landlord at Tenant's request.

**Article 12**      **ASSIGNMENT and SUBLETTING**

(a) Tenant shall have the right to assign this Amended Lease or sublet the Demised Premises or any portion thereof, without the consent of Landlord to any corporation or entity, provided the net worth of such successor is $50,000,000:

(1) With which it may merge or consolidate;

7 -   AMENDED AND RESTATED LEASE            Landlord's Initials _____
                                           Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

(2)   Which acquires:

    (i)        a majority of Tenants' stores;

    (ii)       a majority of Tenant stores in the states in which the Demised Premises are located;

    (iii)     all or substantially all of the shares of stock or assets of Tenant;

(3)   Which is a parent or subsidiary of Tenant; or

(4)   Which is the successor corporation in event of a corporate reorganization.

(b)   Except as provided in subparagraph 12(a) above, Tenant shall not assign this Amended Lease or sublet the Demised Premises (except as otherwise herein provided) without the prior written consent of Landlord, which consent shall not be unreasonably withheld, provided the use of the Demised Premises by such assignee or sublessee does not violate any use restrictions affecting the Shopping Center in effect on the date of this Amended Lease. Tenant shall first submit to Landlord notice of the name of the assignee or sublessee and such assignees or sublessee's financial statement and business experience. No such assignment or subletting shall relieve Tenant from any of its obligations under this Amended Lease and every such assignment or sublease shall recite in writing that it is and shall be subordinate to the provisions of this Amended Lease. Termination or cancellation of this Amended Lease shall constitute a termination or cancellation of every such assignment or sublease.

(c)   Notwithstanding anything set forth above or to the contrary herein, Tenant may sublease up to fifteen percent (15%) of the Demised Premises without the consent of Landlord and without the application of Article 12(b) above.

**Article 13**        **REPAIRS, MAINTENANCE and RECONSTRUCTION**

Except as in this Amended Lease otherwise provided to the contrary, Tenant shall maintain the Demised Premises in good condition and repair. Upon the expiration of the term of this Amended Lease, Tenant shall surrender the Demised Premises in the same condition as when received subject only to the effect of reasonable wear and tear.

Landlord shall repair at its expense all damage to the Demised Premises caused by subsidence and shall maintain in good condition and repair the roofing, canopy and other structural portions of the building (which are hereby defined to mean the foundations, exterior walls [except painting], columns, roof structure and all members supporting floors or roof), and shall repair at its expense all damage to the Demised Premises caused by any defects in the structural portion of the building or Landlord's failure to keep

8 -   AMENDED AND RESTATED LEASE      Landlord's Initials _____
                                Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

said structural portions in good condition and repair. All repairs to be performed by the Landlord shall commence within thirty (30) days after written notice of the necessity therefor has been given by Tenant and if Landlord has not commenced the necessary repairs within said thirty day period, Tenant may thereafter make such repairs at the expense of Landlord. Landlord further agrees that Tenant may without notice make emergency roof repairs costing not in excess of $1,000 at Landlord's expense.

*We maintain their roof*

Landlord shall promptly and diligently repair or reconstruct the building in accordance with the provisions of Exhibit E of this Amended Lease in the event it is damaged or destroyed by fire or other casualty, and all proceeds from insurance carried in accordance with the Amended Lease shall be available to the Landlord for said repairs or reconstruction, provided, however, if during the last three (3) years of the term of this Amended Lease the building is damaged as a result of fire or other casualty to an extent in excess of twenty-five percent (25%) of its then replacement cost (excluding foundations), Landlord may within thirty (30) days following the date such damage occurs terminate this Amended Lease by written notice to Tenant. If Tenant has an unexercised option to extend the term of this Amended Lease and within thirty (30) days following the destruction exercises such option, Landlord shall promptly thereafter commence the necessary repair or reconstruction of the building.

If the building is damaged or destroyed to an extent of more than twenty-five percent (25%) of its then replacement cost (excluding foundation) as a result of a casualty not insured against, either party may within thirty (30) days following the date of such destruction terminate the Amended Lease upon written notice to the other, provided, however, that in such event the other party shall have thirty (30) days after receipt of such notice of termination to give written notice of its election to repair and reconstruct, in which case the Lease shall not be terminated; provided that Tenant shall have the right to recapture the costs incurred by it in connection with such repair or reconstruction recoverable by Tenant from future Percentage Rent, if any, payable by Tenant pursuant to the Amended Lease during the Amended Lease Term. Until such time as the Demised Premises are repaired, rebuilt and put in good and tenantable order, the rents hereby reserved, or a fair and just proportion thereof, according to the nature and extent of the damage sustained, and the effect thereon upon Tenant's business, shall be abated, and if Tenant shall have paid rent in advance, Landlord shall immediately repay to Tenant an amount equal to that portion of the rent so paid in advance, payment of which is abated. Unless the term of this Amended Lease has been terminated as herein provided, the party responsible shall commence the repair and reconstruction work promptly and as soon as is reasonably possible, and shall thereafter proceed diligently to complete said work.

9 -   AMENDED AND RESTATED LEASE      Landlord's Initials ___
Tenant's Initials ___

[73070-325] [Santa Rosa, Calif] [1/19/90]

Article 14                    EXTENSIONS

This Amended Lease can be extended for the same rental and under the same terms, conditions and covenants herein contained for four (4) additional terms of five (5) years each, each extended term to begin at the expiration of the preceding term, with at least six (6) months prior to the expiration of the then current term, Tenant shall notify Landlord that the Amended Lease will be extended at the end of such current term.

Regardless of the exercise or nonexercise by Tenant of any or all of the foregoing options, Tenant shall have, unless the last day of the lease term shall be January 31 of any year, the option to extend (or further extend, as the case may be) the term of this Amended Lease for such period of time as shall cause the last day of the term of this Amended Lease to be the January 31 next succeeding the date upon which the term of this Amended Lease would expire but for the exercise of this option.

Article 15                    PARKING and COMMON AREAS

Subject to any recorded Declaration of Restriction and Grant of Easement Agreement, if approved by Tenant, Landlord covenants and agrees that the Parking and Common areas shown on Exhibit B shall remain as such through the term of this Amended Lease, and that except for Tenant's nursery sale areas shown on Exhibit B, and the pad site at the corner of Farmer's Lane and Highway 12 (once known as the "Radio Station Pad Site") designated as pad site "G" on Exhibit B, and as herein otherwise provided, no building, fence, wall, signs or other obstructions shall be erected or maintained upon any portion thereof without prior written consent of Tenant. Notwithstanding anything to the contrary contained herein, Tenant acknowledges that Landlord has the exclusive right to design and develop the pad site designated "G" on Exhibit B. Landlord further covenants and agrees that parking by other tenants within the shopping center, and their employees, shall be permitted only in areas as designated by Landlord and Tenant, either on Exhibit B or in separate regulations, if any, and that a provision setting forth this restriction will be included in all leases covering any portion of the shopping center which would be affected by this provision. Tenant may, subject to governmental approval, install a cart enclosure system at the front of the Demised Premises, provided, however, that Tenant's obligations pursuant to Article 7 hereof shall be applicable to any such system, as well as to the sale of such seasonal and promotional merchandise, outside of the Demised Premises. Further, Tenant may, subject to governmental approval, sell seasonal and promotional merchandise not more frequently than six times per year in the area of the parking and common area as shown crosshatched on Exhibit "B". Any damage

10 - AMENDED AND RESTATED LEASE          Landlord's Initials _____
                                         Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

directly caused by Tenant's promotional activities to the parking and common areas are the financial responsibility of Tenant.

Landlord hereby grants to Tenant for the duration of the term of this Amended Lease a nonexclusive easement, appurtenant to the Demised Premises, over and upon the Parking and Common areas shown on Exhibit B for the purpose of vehicular ingress and egress, and the parking of the motor vehicles of the customers, patrons, suppliers, licensees, agents and employees of the Tenant, its subtenants, and concessionaires. It is understood and agreed that with respect to that portion of the Parking and Common area included within the Demised Premises, if any, Landlord hereby reserves a nonexclusive easement for the purpose of vehicular ingress and egress, and the parking of the motor vehicles of the customers, patrons, suppliers, and employees of any other business conducted upon the building area shown on said Exhibit B.

Even though the sidewalk in front of Tenant's store building is part of the Common area, it is agreed that Tenant has the right to use said area for the sale of merchandise without waiving any of Landlord's responsibilities hereunder, provided, however, Tenant will keep said sidewalk sales area in a neat and orderly fashion at all times. Tenant agrees to indemnify and hold Landlord harmless from all actions, claims, demands, costs, damages and all reasonable expenses in connection therewith for injury to persons, loss of life or damage to property arising out of the aforesaid use of the sidewalk in front of Tenant's store building, except if caused by the negligent or intentional act of Landlord, its contractors, agents or employees.

The provisions relating to the maintenance and repair of the Parking and Common areas are set forth as follows:

During the entire term of this Amended Lease and any extensions thereof, Landlord shall maintain and repair the entire Parking and Common areas shown on Exhibit B in the manner set forth herein. This obligation on the part of Landlord to maintain said Parking and Common areas in good condition and repair shall, without limiting the generality thereof, including the following:

(a)   Maintaining the surfaces in a level, smooth, and evenly-covered condition with the type of surfacing material originally installed or such substitute as shall in all respects be equal in quality, use, and durability;

(b)   Removing all paper, debris, filth, and refuse and washing or thoroughly sweeping the areas to the extent reasonably necessary to keep said areas in a neat, clean, and orderly condition;

11 - AMENDED AND RESTATED LEASE          Landlord's Initials _LW_
                                          Tenant's Initials _JG_

[73070-325] [Santa Rosa, Calif] [1/19/90]

(c)  Placing, keeping in repair, and replacing any necessary appropriate directional signs, markers, and lines; and operating, keeping in repair, and replacing when necessary such artificial lighting facilities as shall be reasonably required;

(d)  Maintaining any perimeter walls in a good condition and state of repair;

(e)  Maintaining all landscaped areas, making such replacements of shrubs and other landscaping as is necessary and keeping said areas at all times adequately weeded, fertilized and watered.

(f)  Collecting, paying and discharging, or causing to be collected, paid and discharged any governmentally imposed tax, levy, charge, surcharge, or regulatory fee on the Parking and Common areas shown on Exhibit B hereto, or the use thereof, or the parking lot or parking spaces therein; provided, however, that nothing in this sentence contained shall be deemed or construed to affect any other provision of this Amended Lease pertinent to real estate taxes and assessments or the payment thereof. Tenant shall promptly reimburse Landlord for Tenant's prorata share of any such tax, levy, charge, surcharge, or regulatory fee on the same basis as provided in this Article 15. Nothing contained herein shall permit Tenant to recapture against percentage rents as set forth in Article 2B hereof, any portion of any such tax, levy, charge, surcharge, or regulatory fee which is not directly paid by Tenant, but rather collected or received from or by the customers, patrons, users or invitees of said parking and common area or the parking lot or parking spaces herein.

Any expense of maintaining and repairing the Parking and Common areas for blacktop replacement, paving replacement, or curb, gutter, sidewalk or adjoining street repair required by a municipal authority or assessment district, or any other expense or cost for a capital addition or replacement to the Parking and Common area of the shopping center expected to have a lifetime exceeding three (3) years, shall be amortized over the reasonable lifetime of such capital addition or replacement, and only said yearly amortized amount shall be included as an expense for the maintenance and repair of Parking and Common areas.

Tenant agrees to reimburse Landlord for Tenant's proportionate share of the expense of maintaining and repairing the Parking and Common areas which shall be determined by the ratio of the ground floor area of Tenant's building to the total ground floor area of all the buildings proposed to be constructed within the shopping

12 - AMENDED AND RESTATED LEASE      Landlord's Initials _____
                                      Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

center as shown on Exhibit B.  In the event for any reason additional buildings not shown on Exhibit B are at any time constructed within the shopping center, the percentage shall be appropriately adjusted as of the day said additional buildings are completed.  Such reimbursement will be made quarterly within fifteen (15) days after receipt of a statement from Landlord setting forth all the costs expended by Landlord during the preceding calendar quarter, together with all receipted invoices for work performed.  Said costs shall include but not be limited to the following: repairs (including major resurfacing), lighting, cleaning, striping, and other costs of maintaining the Parking and Common areas in a clean and safe condition.  It is expressly understood and agreed that said costs shall include a management fee of 10% of Tenant's share of the expense of repair of Parking and Common areas; provided, however, that said expenses for the purpose of computing the management fee shall not include any charge for utilities, depreciation, taxes, insurance premiums, any single expense exceeding Five Thousand Dollars ($5,000) (provided, however, no such expense in excess of Five Thousand Dollars ($5,000) shall be made without the prior written consent of Tenant).  Tenant shall have the right to require Landlord to obtain alternate sources of services, supplies and/or maintenance personnel if in the opinion of Tenant charges are unreasonable or exorbitant, and if Tenant within thirty (30) days after notifying Landlord of Tenant's objection to the charges, locates for Landlord's retention, alternate but substantially similar sources of services, supplies and/or maintenance personnel at lesser cost and expense.

Tenant shall have the right, but not the obligation, to take whatever legal measures it deems necessary to remove or exclude from the Parking and Common areas any person whose presence thereon is deemed by Tenant to be detrimental to the successful operation of the shopping center, provided that neither Landlord nor the Demised Premises shall have or suffer any cost, liability, or damage with respect thereto.  Landlord shall have the right with the written consent of Tenant, during the term of this Amended Lease to enact reasonable rules concerning the conduct and operation of the Parking and Common area.

Tenant further agrees that it shall for the mutual benefit of Landlord, Tenant and all other owners and cotenants within the shopping center as named insureds, maintain public liability insurance against claims for bodily injury, death, or property damage occurring in or about the Parking and Common areas in the Shopping Center such insurance to afford protection in the combined single limits of $1,000,000 for personal injury and property damage.  All such insurance required hereunder shall contain an endorsement requiring not less than thirty (30) days written notice from the insurance company in the event of any cancellation or change in the coverage, scope or amount of any such insurance.

13 - AMENDED AND RESTATED LEASE  Landlord's Initials _____
Tenant's Initials _____

Each such policy, or certificate thereof, evidencing the insurance required hereunder shall be deposited with Landlord at the commencement of the term hereof and, upon renewal of the policy, not less than twenty (20) days before the expiration of said policy.  Such insurance shall be primary and noncontributing with any other insurance, except auto liability insurance carried by other owners and cotenants, and shall be excess over any auto liability insurance carried by other owners and cotenants.  Tenant shall bear its proportionate cost of said insurance upon the same basis as hereinabove provided and Landlord agrees to reimburse Tenant for the balance of said cost within fifteen (15) days after request therefor.

It is understood and agreed that Landlord shall pay or cause to be paid all real property taxes and assessments which are levied against the Parking and common areas except that portion thereof, if any, which is demised to the Tenant.  Landlord and Tenant agree that following the payment of such taxes they will make such adjustment as is necessary to accomplish a proration of said taxes on the same basis as hereinabove provided.

In the event Landlord or his delegatee engages a contractor to maintain the Parking and Common areas, he shall give written notice thereof to Tenant, together with a statement from said contractor setting forth the charges, and Tenant shall have the right to secure timely bids from responsible contractors to do work of equal quality.  If Landlord elects not to use the contractor selected by Tenant who has made the lowest bid, then that bid of said contractor shall be used for the purpose of determining Tenant's prorata share of the cost of maintaining the Parking and Common areas.  In the event Landlord is in default hereunder and such default is not cured within the time and manner set forth in this Amended Lease to cure such default, upon sixty (60) days' written notice to Landlord, Tenant may assume the duties of Landlord for maintaining the Parking and common areas as provided in this Article 15.  Landlord shall reimburse Tenant for all expenses incurred by Tenant in connection therewith, less Tenant's proportionate share, in the manner set forth above.

**Article 16**          **ESTOPPEL CERTIFICATE**

Tenant shall upon Landlord's written request execute and deliver to Landlord a statement certifying that this Amended Lease is in full force and effect in its original form or is in full force and effect as modified and, if applicable, the date to which the rent has been prepaid.  It is intended that such statement may be relied upon by any person acquiring any interest in the Demised Premises.

14 - AMENDED AND RESTATED LEASE          Landlord's Initials ___
Tenant's Initials ___

[73070-325] [Santa Rosa, Calif] [1/19/90]

## Article 17          DEFAULT

If Tenant should be in default in the performance of any of its obligations under this Amended Lease, which default continues for a period of more than thirty (30) days (or fifteen (15) days in event of a default resulting from nonpayment of rent) after receipt of written notice from Landlord specifying such default, or if such default is of a nature to require more than thirty (30) days to remedy and continues beyond the time reasonably necessary to cure, Landlord may in addition to any other remedy available at law upon written notice terminate this Amended Lease and retake possession of the Demised Premises and remove all persons and property therefrom.

If Landlord should be in default in the performance of any of its obligations under this Amended Lease, which default continues for a period of more than thirty (30) days after receipt of written notice from Tenant specifying such default, or if such default is of a nature to require more than thirty (30) days to remedy and continues beyond the time reasonably necessary to cure, Tenant may at its option upon written notice terminate this Amended Lease or may incur any expense necessary to perform the obligation of Landlord specified in such notice and deduct such expense from the rent next becoming due.

If the Demised Premises or any part thereof are at anytime subject to a first mortgage or a first deed of trust and this Amended Lease or the rentals due hereunder are assigned in connection with such mortgage or trust deed and Tenant is given written notice thereof, including the post office address of such assignee, Tenant agrees that it will concurrently with the giving of any notice of default to Landlord, mail a duplicate of such notice to such assignee.  Tenant agrees that any such assignee or first trust deed holder shall have the same rights to cure any default of Landlord as may be given to Landlord hereunder, plus additional time that is reasonably necessary.  Tenant further agrees that in the event of such assignment it will not exercise its right to cancel this Amended Lease because of Landlord's default without first giving such assignee additional written notice of its intention to so cancel and affording such assignee a reasonable period after the mailing of such notice to cure said default on behalf of the Landlord.

Landlord and Tenant further agree that for so long as there exists an unpaid first mortgage or first deed of trust on the Demised Premises, this Amended Lease shall not be surrendered, modified, amended, or altered without the prior written consent of the holder of the beneficial interest of such unpaid first mortgage or first deed of trust, nor shall any termination or cancellation of this Amended Lease by Landlord hereunder be accepted by Tenant

15 - AMENDED AND RESTATED LEASE          Landlord's Initials ___
Tenant's Initials ___

without the prior written consent of the holder of such unpaid first mortgage or first deed of trust.

It is expressly understood and agreed that in the event Tenant makes an assignment for the benefit of creditors or if any proceedings are commenced under the provisions of the Bankruptcy Act whereby Tenant seeks to be, or would be, discharged of its debts or the payment of its debts are sought to be delayed, this Amended Lease shall not become an asset in such proceedings and the commencement of such proceedings shall be deemed a default by Tenant under the provisions of this Amended Lease.

Definition of Landlord. The term "Landlord" as used in this Amended Lease shall mean the owner of the Demised Premises. If the Demised Premises are sold by Landlord, the seller shall be entirely freed, relieved, and discharged of all covenants, agreements and obligations under this Amended Lease, except those occurring prior to the date of such sale by Landlord; provided, however, that any such assignment prior to the completion of Tenant's building constituting a portion of the Demised Premises herein, shall first require the written consent of Tenant, which such consent shall not be unreasonably withheld. It shall be deemed without further agreement between the parties hereto and their successors that the purchaser at such sale has assumed and agreed to carry out all of the covenants and obligations of Landlord hereunder.

**Article 18          CONDEMNATION**

If, during the term of this Amended Lease, as a result of a condemnation proceeding, or transfer in lieu thereof, any portion or interest in the shopping center, including, without limitation, the leased premises, the common areas and the other buildings in the shopping center, is taken, and such taking renders the Demised Premises unsuitable for the business being conducted in the Leased Premises by Tenant, then Tenant may within thirty (30) days following the date of such taking, terminate this Amended Lease upon written notice to Landlord. Nothing herein contained shall prevent Landlord and Tenant from prosecuting claims in any condemnation proceedings for the value of their respective interests. Provided, however, that the holder of the first trust deed or first mortgage upon the estate of Landlord hereunder, securing the initial construction loan for the Demised Premises and the holder of the first trust deed or first mortgage upon the estate of Landlord hereunder securing a take-out loan for the Demised Premises shall have first and paramount priority with respect to payment of any such proceeds to the extent of the principal amount then unpaid thereof, together with all interest accrued and unpaid thereon. In the event of a taking which does not result in a termination of this Amended Lease, the minimum annual rental shall be equitably adjusted and the Landlord shall be entitled to the entire condemnation award, except that amount

16 - AMENDED AND RESTATED LEASE          Landlord's Initials _____
                                         Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

necessary, if any, to compensate Tenant for the taking of its fixtures and equipment, and Landlord shall promptly and diligently restore the premises to as near their condition prior to such taking as is reasonably possible.

For so long as any such taking shall not impair (beyond one hundred eighty [180] days) ingress to or egress from the shopping center, Tenant shall not cancel this Amended Lease or abate rent for any taking of the shopping center for the widening of Bennett Valley Road if such widening does not extend more than 20 feet beyond the abutting street line thereof as shown on the attached Exhibit B, or for the widening of Farmers Lane if such widening does not extend more than 20 feet beyond the abutting street line thereof as shown on the attached Exhibit B.

**Article 19          SHORT FORM LEASE**

Concurrently with the execution and delivery of this Amended Lease, the parties shall execute a short form of this Amended Lease which shall be recorded by Tenant.

**Article 20          SIGNS**

Subject to governmental approval and to any Declaration of Restrictions and Grant of Easements Agreement, Tenant shall have the right to erect and maintain upon the Demised Premises and Parking and Common areas to the extent the location of such signs are shown on the attached Exhibit B, all signs and other promotional materials that it deems appropriate to the conduct of its business, including the exclusive right to install and maintain its signs upon the sign tower referred to in the attached Exhibit C.  Landlord agrees that without Tenant's prior written consent, no signs or advertising matter of any nature other than Tenant's shall be permitted upon any part of the Demised Premises.

**Article 21          SUBORDINATION**

Upon written request of Landlord, Tenant agrees to subordinate its rights under this Amended Lease to any mortgage, trust deed or similar indenture ("lien"), or ground lease covering the Shopping Center, or any part thereof, upon conditions set forth below, and Landlord upon written request of Tenant agrees, as a condition of this Amended Lease, to obtain an agreement upon the conditions set forth below from any mortgage holder, trust deed holder or similar indenture holder ("lienholder") or ground lessor covering the Shopping Center or any part thereof:

That such lienholder or ground lessor agree in writing, in recordable form, that so long as Tenant shall not be in default under this Amended Lease, or, if Tenant is in such default, as long as Tenant's time to cure such default shall not have expired, (i)

17 - AMENDED AND RESTATED LEASE          Landlord's Initials _____
                                         Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

the term of this Amended Lease shall not be terminated or modified
in any respect whatsoever, nor the rights of Tenant hereunder or
its occupancy of the Demised Premises be affected in any way should
such lien be foreclosed or such ground lease be in default or any
other action be instituted in connection with such lien or ground
lease.

## Article 22                    RESTRICTIVE COVENANTS

Throughout the term of this Amended Lease, or any extension
thereof, Landlord covenants and agrees that none of the uses listed
in the last paragraph of this Article and incorporated herein shall
be conducted upon the balance of the shopping center shown on
Exhibit B without the written consent of Tenant.  It is understood
that this restriction is placed upon the shopping center for the
express benefit of the Demised Premises and shall constitute a
servitude upon said property which shall be binding upon any person
acquiring any interest in any part of said property.  It is further
understood that no tenant in the shopping center will use sound
amplification equipment projecting sound into the Parking and
Common areas without the written consent of Tenant.

The uses restricted by this Article 22 are:

Places of entertainment or recreation:  drive-in, drive-thru,
or take-out restaurants; beer bar or business selling alcoholic
beverages for on-premises consumption; bath; massage parlor;
school; medical, dental or other professional office; motorcycle
shop.  As used herein the term "professional office" shall not
include real estate offices or optometrist's offices, or insurance
agency offices.  Excepted from these restrictions are:

1.    Not more than 5,000 square feet of floor area utilized
by medical, dental, or other professional offices as located on
Exhibit "B" hereof.  No such offices shall be located less than 250
feet from the Demised Premises.

2.    Not more than 2,000 square feet of floor area utilized
by a restaurant or coffee shop selling alcoholic beverages as an
incidental part of its business, and, further, any restaurant or
coffee shop selling alcoholic beverages as an incidental part of
its business located on building pads D, E or H as shown on Exhibit
"B".

3.    Pizza restaurant selling beer and wine as an incidental
part of its business.

4.    Take-out restaurants located not less than 200 feet from
the Demised Premises.

5.    Places of business including:  take-out restaurants with
drive-in, drive-thru facilities; day care facilities; convenience
stores; professional offices; quick-stop oil changers or similar
uses located on building pad G as shown on Exhibit B.

18 - AMENDED AND RESTATED LEASE          Landlord's Initials _____
                                         Tenant's Initials _____

**Article 23**          **DRUG STORE RESTRICTION**

No portion of the Shopping Center other than the Demised Premises shall be occupied or used for the purposes of a business, trade or profession which requires or has a license or permit to conduct a pharmacy, or which employs or is required to employ a registered or licensed pharmacist, nor for the conduct of any store, business, trade or profession which is called, labeled, named or is commonly known or referred to as a "drug store", "pharmacy" or "apothecary".

**Article 24**          **NOTICES**

Any notice to be given or served in connection with this Amended Lease shall be in writing and may be served by personal delivery upon a party, or upon a corporate officer thereof, or may be served by certified mail addressed as follows:

| | |
|---|---|
| To Landlord: | CENTURY PROPERTIES FUND XV,<br>1451 River Park Drive, Suite 217<br>Sacramento, CA 95815<br>Attention: Gayle Moore |
| With copy to: | Metric Realty Services<br>Portfolio Manager – CPF XV<br>950 Tower Lane<br>Foster City, CA 94404 |
| To Tenant: | PAY LESS DRUG STORES NORTHWEST, INC.,<br>9275 S.W. Peyton Lane<br>Wilsonville, Oregon 97070<br>Attention: James W. Gaube |

**Article 25**          **LANDLORD'S COVENANTS AND WARRANTIES**

The Landlord covenants and warrants that it has full right and power to execute and perform this Amended Lease and to grant the estate leased herein, and covenants that the Tenant, on performing its obligations hereunder, shall peaceably and quietly hold and enjoy the Demised Premises together with the right of ingress and egress and of the use of the Common Facilities in the Shopping Center throughout the term of this Amended Lease or any extension thereof. The Landlord further covenants and warrants that no one other than the Landlord, the Lender and the Tenant has any interest in, or lien, claim or encumbrance against the property known as the Shopping Center, including the Demised Premises, and that no restrictions exist with respect to such property, or its use, except for the interests of other tenants in that portion of the Shopping Center not leased to the Tenant and except as shown in Exhibit D, attached hereto and by this reference made a part hereof. The Landlord represents and warrants (i) that there are

19 – AMENDED AND RESTATED LEASE          Landlord's Initials _____
                                        Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

no provisions in leases of other tenants in the Shopping Center imposing any restriction on the use of the Demised Premises. ~~and (ii) that no zoning or building ordinance or any other law or regulation applicable to the Demised Premises prohibits its use as a retail drug store.~~

To the best of Landlord's knowledge, without any independent investigation by Landlord, its employee's or agents, as of the commencement date, the Demised Premises shall be in full compliance with all environmental laws, regulations and standards and be free of hazardous substances. The Landlord shall furnish, without expense to Tenant, within thirty (30) days after a short form of this Amended Lease is recorded evidence satisfactory to Tenant, showing this Amended Lease of record and the condition of title to be as represented.

**Article 26**       **TERMINATION OF AGREEMENT TO ASSIGN LEASEHOLD INTEREST**

This Lease and the obligations of Landlord and Tenant hereunder shall terminate ~~and~~ in the event that certain Agreement to Assign Leasehold Interest dated January 25, 1990 between Alpha Beta Company (Tenant's predecessor in interest), as amended, terminates pursuant to its terms.

**Article 27**       **GENERAL PROVISIONS**

The parties hereto agree that all the provisions hereof are to be construed as covenants and agreements as though the words importing such covenants and agreements were used in each instance and that all of the provisions hereof shall bind and inure to the benefit of the parties hereto and their respective heirs, legal representatives, successors, and assigns.

Should any legal action be commenced in connection with this Amended Lease, the prevailing party in such action shall be entitled to recover in addition to court costs such amount as the court may adjudge as reasonable attorney fees.

Any sum accruing to Landlord or Tenant under the provisions of this Amended Lease which shall not be paid when due shall bear interest at the highest rate permitted by law from the date written notice specifying such nonpayment is served upon the defaulting party until paid.

If any term, covenant, condition or provision in this Amended Lease is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remainder of the provisions hereof

20 - AMENDED AND RESTATED LEASE        Landlord's Initials _____
                                       Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

shall remain in full force and effect and shall in no way be affected, impaired, or invalidated thereby.

Nothing contained in this Amended Lease shall be deemed or construed by the parties hereto or by any third person to create the relationship of principal and agent or of partnership or of joint venture or of any other association between the parties other than Landlord and Tenant.

All references to the term of this Amended Lease shall include any extension of such term.

Time is of the essence in the performance of each provision of this Amended Lease.

Upon the expiration or earlier termination of this Amended Lease, Tenant agrees to deliver a quitclaim deed in favor of Landlord releasing its interest in the Demised Premises.

The specified remedies to which Landlord or Tenant may resort under the terms of this Amended Lease are cumulative and not intended to be exclusive of any other remedies afforded by law. The waiver of the performance of any covenants, term or condition of this Amended Lease by landlord or Tenant shall not be construed as a waiver of any subsequent breach of the same covenant, term or condition.

IN WITNESS WHEREOF, the Landlord and Tenant have duly executed this Amended Lease on the day and year first above written.

CENTURY PROPERTIES FUND XV,
        a California limited partnership

        By: FOX CAPITAL MANAGEMENT CORPORATION,
        a California corporation, its General
        Partner,

                By:  METRIC REALTY SERVICES, L.P.,
                a Delaware limited partnership, as
                Attorney-in-Fact,

                        By: MP SERVICES, INC., a
                        Delaware corporation, its
                        General Partner,

                        By: _Astrid Varteressian_____

                        Its: _VICE · PRESIDENT_____

                                "LANDLORD"

21 - AMENDED AND RESTATED LEASE        Landlord's Initials _____
                                       Tenant's Initials _AG___

PAY LESS DRUG STORES NORTHWEST, INC., a
Maryland corporation

By: _____

Its: _____

"TENANT"

F:\7\73070325\ASGN3.LSE

22 - AMENDED AND RESTATED LEASE      Landlord's Initials _____
Tenant's Initials _____

[73070-325] [Santa Rosa, Calif] [1/19/90]

LEGAL DESCRIPTION OF SHOPPING CENTER
BENNETT VALLEY RD. & FARMERS LANE, SANTA ROSA

That portion of the land shown on Record of Survey recorded
March 27, 1973, in Book 188 of Maps, at page 1, records of
Sonoma County, situated in the City of Santa Rosa, County of
Sonoma, State of California, described as follows:

Beginning at a point on the northerly line of Bennett Valley
Road distant thereon South 69°28'12" East 260.23 feet from
the intersection thereof with the easterly line the land of
O. R. Mann conveyed in Book 554, page 463, of Official Records
of Sonoma County, said point also being the beginning of a
non-tangent curve concave northeasterly and having a radius of
1462.00 feet, a radial line thru said point bears South 22°17'
30" West; thence along said northerly line, North 69°28'12"
West 224.23 feet; thence at right angles, North 20°31'48" East
700.10 feet to a point on a non-tangent curve concave South-
easterly and having a radius of 800.00 feet, a radial line thru
said point bears North 11°33'23" West, said curve also being
the southerly line of State Highway No. 12; thence Northeasterly
along said curve thru a central angle of 14°20'22" an arc dis-
tance of 200.22 feet to the easterly terminus thereof; thence
continuing along said southerly line of State Highway No. 12
and non-tangent to said curve, South 79°16'01" East 224.70
feet to an angle point therein; thence continuing along said
Southerly line, North 09°34'29" East 1.50 feet to an angle
point therein; thence continuing along said Southerly line, South
75°05'50" East 222.69 feet to the beginning of a tangent curve
concave Southwesterly and having a radius of 50.00 feet; thence
continuing along said southerly line, Southeasterly along said
curve thru a central angle of 79°30'00" an arc distance of
69.38 feet; thence continuing along said southerly line, South
04°24'10" West 15.31 feet and South 85°35'50" East 0.15' to a
point on a non-tangent curve concave northwesterly and having
a radius of 454.00 feet, a radial line thru said point bears
South 83°55'25" East, said curve also being the northwesterly
line of Farmers Lane; thence Southwesterly along said curve
thru a central angle of 30°28'55" an arc distance of 241.53 feet;
thence continuing along the northwesterly line of said Farmers
Lane and tangent to said curve, South 36°33'30" West 513.33 feet
to the beginning of a tangent curve concave Northwesterly and
having a radius of 68.00 feet; thence continuing along said
northwesterly line, Southwesterly along said curve thru a central
angle of 65°39'16" an arc distance of 77.92 feet to the point of
tangency with the above first mentioned curve concave Northeast-
erly and having a radius of 1462.00 feet, a radial line thru said
point bears South 12°12'46" West, said curve also being the
northerly line of said Bennett Valley Road; thence Westerly along
said curve  thru a central angle of 10°04'44" an arc distance of
257.18 feet to the Point of Beginning.


EXHIBIT A


10-18-78 bc/

LEG. DESCRIPTION OF DEMISED PREMIS.
ALPHA BETA, SANTA ROSA

That portion of the land shown on Record of Survey recorded March 27, 1973, in Book 188 of Maps, at Page 1, records of Sonoma County, situated in the City of Santa Rosa, County of Sonoma, State of California, described as follows:

Commencing at a point on the northerly line of Bennett Valley Road distant thereon South 69°28'12" East 260.23 feet from the intersection thereof with the easterly line the land of O.R. Mann conveyed in Book 554, page 463, of Offical Records of Sonoma County, said point also being the beginning of a non-tangent curve concave northeasterly and having a radius of 1462.00 feet, a radial line thru said point bears South 22° 17'30" West; thence along said northerly line, North 69°28' 12" West 224.23 feet; thence at right angles North 20°31'48" East 205.00 feet; thence at right angles, South 69°28'12" East 44.00 feet to the True Point of Beginning of this description; thence continuing South 69°28'12" East 166.00 feet; thence at right angles, North 20°31'48" East 60.00 feet; thence at right angles, South 69°28'12" East 16.00 feet; thence at right angles, North 20°31'48" East 143.67'; thence at right angles, North 69° 28'12" West 16.00 feet; thence at right angles, North 20°31'48" East 31.33 feet; thence at right angles, North 69°28'12" West 166.00 feet; thence at right angles, South 20°31'48" West 235.00 feet to the True Point of Beginning.

EXHIBIT A-1

10-18-78 bc/



**LEGAL DEPARTMENT**

**I. LAWRENCE GELMAN**
Vice President
Real Estate Law

- **MAILING ADDRESS**
  P.O. Box 3165
  Harrisburg, PA 17105

- **GENERAL OFFICE**
  30 Hunter Lane
  Camp Hill, PA 17011

- **(717) 761-2633**
- **(717) 975-5952** Fax

July 8, 2009

**_Via Certified Mail, Return Receipt Requested_**

Joseph Murphy Corporation
2455 Bennett Valley Road, Suite 118-C
Santa Rosa, CA 95405

Joseph Murphy Corporation
P.O. Box 2740
Santa Rosa, CA  95405-0740

**Re:    Lease Renewal Option for Rite Aid #6023**
**Farmers Lane Plaza**
**1551 Farmers Lane**
**Santa Rosa, CA 95405**

Gentlemen:

Please be advised that THRIFTY PAYLESS, INC. hereby elects to exercise its option to extend the term of the Lease for the referenced premises for an additional five (5) years. Our new term will commence on March 1, 2010 and will expire on February 28, 2015.

While your acknowledgment of receipt of this notice is not required for its validity, we request that you do so by signing and returning the copy of this letter in the postage-paid envelope enclosed.

Very truly yours,
**THRIFTY PAYLESS, INC.**

I. Lawrence Gelman
Vice President and Secretary

ILG:pas

_Acknowledged:_

By:



**LEGAL DEPARTMENT**

**MAILING ADDRESS**
P.O. Box 3165
Harrisburg, PA 17105

**GENERAL OFFICE**
30 Hunter Lane
Camp Hill, PA 17011

**Telephone 717.761.2633**
**Fax 717.975.5952**

July 8, 2014

*Via Certified Mail, Return Receipt Requested*

Joseph Murphy Corporation
P.O. Box 2740
Santa Rosa, CA 95405-0740

Re:    **Lease Renewal Option for Rite Aid #6023**
       **Farmers Lane Plaza**
       **1551 Farmers Lane**
       **Santa Rosa, CA 95405**

Gentlemen:

Please be advised that THRIFTY PAYLESS, INC. hereby elects to exercise its option to extend the term of the Lease for the referenced premises for an additional five (5) years.   Our new term will commence on March 1, 2015 and will expire on February 29, 2020.

While your acknowledgment of receipt of this notice is not required for its validity, we request that you do so by signing and returning the copy of this letter in the postage-paid envelope enclosed.

Very truly yours,
**THRIFTY PAYLESS, INC.**

Joseph J. Notarianni
Vice President

JJN:paw

*Acknowledged:*

*By:*_____



**LEGAL DEPARTMENT**

July 22, 2019

**MAILING ADDRESS**
P.O. Box 3165
Harrisburg, PA 17105

**GENERAL OFFICE**
30 Hunter Lane
Camp Hill, PA 17011

**Telephone 717.761.2633**
**Fax 717.975.5952**

_**Via Certified Mail. Return Receipt Requested**_

Joseph Murphy Corporation
Post Office Box 2740
Santa Rosa, California 95405

      Re:    **LEASE RENEWAL OPTION FOR RITE AID #06023**
               **FARMERS LANE PLAZA**
               **1551 FARMERS LANE**
               **SANTA ROSA, CALIFORNIA**

Ladies and Gentlemen:

Please be advised that **THRIFTY PAYLESS, INC.** hereby elects to exercise its option to extend the term of the Lease for the referenced premises for an additional five (5) years. Our new term will commence on March 1, 2020 and will expire on February 28, 2025.

While your acknowledgment of receipt of this notice is not required for its validity, we request that you do so by signing and returning the copy of this letter in the postage-paid envelope enclosed.

                    Very truly yours,

                    **THRIFTY PAYLESS, INC.**

                    Joseph J. Notarianni
                    Vice President

JJN:llb

_**Acknowledged:**_

_**By:**_ _____

# EXHIBIT B

**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**THIRTIETH NOTICE OF REJECTION OF**
**CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

---

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON <u>SCHEDULE 1</u> ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY**

---

1    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**PLEASE TAKE NOTICE** that on June 9, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered a final order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors") (i) authorizing and approving procedures to reject executory contracts and unexpired leases and (ii) granting related relief [Docket No. 776] (the "Final Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Procedures Order and by this this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on **Schedule 1** annexed to the proposed form of order attached hereto as **Exhibit 1** is hereby rejected effective as of the date (the "Rejection Date") set forth on **Schedule 1**, or such other date to which the Debtors and the counterparty or counterparties to any such Contract agree. For unexpired leases, the rejection effective date shall be the later of (a) the proposed effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is ***actually received*** by the following parties no later than ten (10) calendar days after the date that the Debtors file and served this Notice: (a) the Debtors, New Rite Aid, LLC, 200 Newberry Commons, Etters, Pennsylvania

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

17319; (b) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com), Warren A. Usatine, Esq. (wusatine@coleschotz.com), Felice Yudkin (fyudkin@coleschotz.com), and Seth Van Aalten, Esq. (svanaalten@coleschotz.com), and Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Avenue, New York, NY 10019, Attn: Andrew N. Rosenberg (arosenberg@paulweiss.com), Alice Belisle Eaton (aeaton@paulweiss.com), Christopher Hopkins (chopkins@paulweiss.com), and Sean A. Mitchell (smitchell@paulweiss.com); (c) counsel to the Prepetition ABL Agent and DIP Agent, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola (jventola@choate.com), Jonathan D. Marshall (jmarshall@choate.com), and Mark D. Silva (msilva@choate.com) and Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932, Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com); (d) the Office of the United States Trustee for the District of New Jersey, One Newark Center, 1085 Raymond Boulevard, suite 2100, Newark, New Jersey 07102, Attn: Jeffrey M. Sponder (Jeffrey.M.Sponder@usdoj.gov) and Lauren Bielskie (lauren.bielskie@usdoj.gov); (e) counsel to the applicable Contract counterparty; (f) proposed co-counsel to the Committee, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.come), and Jessica D. Graber (jgraber@willkie.com) and Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiy@sillscummis.com), and Gregory Kopacz (gkopacz@sillscummis.com); and (g) counsel to McKesson Corporation, Sidley Austin LLP, 350 South Grant Avenue, Los Angeles, CA 90071, Attn: Anna Gumport (agumport@sidley.com), and Buchalter, A Professional

Corporation, 18400 Von Karman Avenue, Suite 800 Irvine, California 92612, Attn: Jeffrey K.

Garfinkle (jgarfinkle@buchalter.com).

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the

Debtors shall file a Rejection Order under a certificate of no objection. The rejection of each

Contract listed in this Rejection Notice shall become effective on the applicable Rejection Date

set forth on **Schedule 1** or such other date to which the Debtors and the counterparty or

counterparties to such Contract agree.[3]

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract

is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider

the objection for the Contract or Contracts to which such objection relates. If such objection is

overruled or withdrawn, such Contract will only be deemed rejected upon entry by the Court of a

consensual form of Rejection Order resolving the objection as between the objecting party and the

Debtors or, if resolution is not reached and/or the objection is not withdrawn, upon further order of

the Court and shall be rejected as of the applicable Rejection Date set forth in the Rejection Notice

or such other date to which the Debtors and the applicable Rejection Counterparty agree, or as

ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Final Procedures

Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or

other arrangement, the Contract counterparty may not set off or recoup or otherwise use such

---

[3]   An objection to the rejection of any particular Contract listed in this Rejection Notice shall not constitute an
objection to the rejection of any other contract or lease listed in this Rejection Notice. Any objection to the
rejection of any particular Contract listed in this Rejection must state with specificity the Contract to which it is
directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be
effective in accordance with this Rejection Notice and the Final Procedures Order.

monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any Personal Property of the Debtors that is listed and described on **Schedule 1** shall be deemed abandoned as of the Rejection Date. With respect to unexpired leases, on the Rejection Date landlords may, in their sole discretion and without further notice or order of the Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay will be modified to allow such disposition.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and, (b) thirty (30) calendar days after the later of (A) the date of entry of the Rejection Order approving rejection of the applicable Contract, and (B) the Rejection Date.  IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated:  August 26, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**<u>Exhibit 1</u>**

**Proposed Rejection Order**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>       Debtors. [1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**THIRTIETH ORDER APPROVING THE REJECTION**
**OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED**
**LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY**

   The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirtieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| Debtors: | NEW RITE AID, LLC, *et al*. |
|---|---|
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirtieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirtieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Rejected Contracts[1,2]**

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1. | DCTN3448 PLUMSTEADVILLE PA LLC | 1240 N KIMBALL AVE, SOUTHLAKE, TX 76092 | Unexpired Store Lease | THRIFT DRUG, INC. | 11091 | 5707 EASTON ROAD, PIPERSVILLE, PA, 18947 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2. | DG RAN, LLC | P.O. BOX 479, AMBLER, PA 19002-0000 | Unexpired Store Lease | KEYSTONE CENTERS, INC. | 218 | 5 EAST MAIN STREET, NANTICOKE, PA, 18634 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3. | DIADON LLC | 1300 WHITE OAK COURT, NORTH HUNTINGDON, PA 15642 | Unexpired Store Lease | THRIFT DRUG, INC. | 10939 | 4411 HOWLEY STREET, PITTSBURGH, PA, 15224 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4. | DJM NNN IV LLC | C/O DJM CAPITAL PARTNERS INC, 60 SOUTH MARKET ST, STE 1120, SAN JOSE, CA 95113 | Unexpired Store Lease | ECKERD CORPORATION | 10842 | 539 North Main Street, Canandaigua, New York, 14424-0000 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 5. | DON FRUCIANO TRUSTEE OF THE | WASHINGTON VAN BUREN TRUST, 9390 CONATY PLACE, RIVERSIDE, CA 92503 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5713 | 17055 VAN BUREN BOULEVARD, RIVERSIDE, CA, 92504 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

[1] For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

[2] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 6. | DOUGLAS WAY BLDG CORP | C/O MELISSA BAUER, 3403 NE 19TH AVE, PORTLAND, OR 97212 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5318 | 1549 GEORGE WASHINGTON WAY, RICHLAND, WA, 99354 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7. | DS PROPERTIES 18 LP | C/O FIRST WASHINGTON REALTY, INC, 100 BAYVIEW CIRCLE, STE 6500, NEWPORT BEACH, CA 92660 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6059 | 2111 GOLDEN CENTRE LANE, RANCHO CORDOVA, CA, 95670 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8. | EASTPORT REGENCY, LLC | C/O REGENCY CENTERS LP, PO BOX 844235, BOSTON, MA 02284-4235 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10668 | 23 EASTPORT MANOR ROAD, EASTPORT, NY, 11941 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9. | ELBE ASSOCIATES LLC | 1358 PARK ROW, SAN DIEGO, CA 92037-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5759 | 111 NORTH MAIN STREET, SANTA ANA, CA, 92701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10. | ELTINGVILLE SHOPPING CTR OWNER | 118-35 QUEENS BLVD 16TH FL, FOREST HILLS, NY 11375 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10538 | 43-68 AMBOY ROAD, STATEN ISLAND, NY, 10312 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11. | ESC PARTNERS LP TRUST | DBA-ESTUDILLO SHOPPING CNTR, 4725 THORNTON AVE, FREEMONT, CA 94536 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5937 | 1355 MACARTHUR BOULEVARD, SAN LEANDRO, CA, 94577 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 12. | F & N SHOPPING VILLAGE | C/O R.J. WATERS & ASSOC, INC., 200 OLD FORGE LANE, SUITE 201, KENNETT SQUARE, PA 19348-0000 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 731 | 2096 NAAMANS ROAD, WILMINGTON, DE, 19810 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 13. | FACCIOLA REAL ESTATE AND INVES | 951 PROSPECT HEIGHTS, SANTA CRUZ, CA 95065 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6454 | 1645 E TULARE AVENUE, TULARE, CA, 93274 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14. | FAMTAN ASSOCIATES | 43-29 BELL BLVD, BAYSIDE, NY 11361 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10592 | 43-20 BELL BLVD., BAYSIDE, NY, 11361 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15. | FARMERS & MERCHANTS BANK FOR | 45 GENEVA WALK, LONG BEACH, CA 90803 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6219 | 5128 EAST 2ND STREET, LONG BEACH, CA, 90803 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16. | FASO GROUP LLC | 295 MAIN ST, STE 210, BUFFALO, NY 14203 | Unexpired Store Lease | ECKERD CORPORATION | 10824 | 789 TONAWANDA STREET, BUFFALO, NY, 14207 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17. | FELFAM LP | 17521 SUPERIOR STREET, NORTHRIDGE, CA 91325-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6492 | 15890 SOQUEL CANYON PARKWAY, CHINO HILLS, CA, 91709 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18. | FELOS ASSOCIATES LLC | FELIPE RESTREPO, 7928 EAST DRIVE, APT 1008, NORTH BAY VILLAGE, FL 33141 | Unexpired Store Lease | ECKERD CORPORATION | 10836 | 2401 GENESEE STREET, CHEEKTOWAGA, NY, 14225 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 19. | FG-10 LINCOLN HWY, LLC | C/O FINE FARE SUPERMARKET, 1221 FTELEY AVE, BRONX, NY 10472 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 4821 | 10 LINCOLN HIGHWAY, EDISON, NJ, 08820 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20. | FICUS COLUMNS PROPERTIES LP | C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD, STE 1500, LOS ANGELES, CA 90048 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5576 | 153 EAST GLADSTONE STREET, AZUSA, CA, 91702 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 21. | FIRST TRACKS REALTY LLC | PO BOX 1491, LINCOLN, NH 03251 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4156 | 50 MAIN STREET, LINCOLN, NH, 03251 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22. | FISHS EDDY IV LLC | 101 KNIGHT ROAD, VESTAL, NY 13850-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10790 | 511 HOOPER ROAD, ENDWELL, NY, 13760 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23. | FOUR CITY CENTER OP LP | 645 HAMILTON ST, STE 600, ALLENTOWN, PA 18101 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 6778 | 27 N 7TH STREET, SUITE 100, ALLENTOWN, PA, 18101 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24. | FOUR H INVESTMENTS, INC. | 7890 FLETCHER BAY RD NE, BAINBRIDGE ISLAND, WA 98110 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5228 | 655 NW RICHMOND BEACH ROAD, SHORELINE, WA, 98177 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25. | FOWLER CLWA LLC | C/O RED TAIL ACQUISITIONS LLC, 2082 MICHAELSON DR, STE 307, IRVINE, CA 92612 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5832 | 2424 SPRING STREET, PASO ROBLES, CA, 93446 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 26. | FREDERICK JEAN | JESSICA JEAN, 21 SPINNAKER WAY, PORTSMOUTH, NH 03801 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 3482 | 145 AMHERST STREET, NASHUA, NH, 03064 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27. | G & N REALTY INC. | P.O. BOX 674, BEDFORD, PA 15522-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1429 | 211 EAST MAIN STREET, EVERETT, PA, 15537 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28. | G DAVIS PROPERTIES LLC | 2027 SPRING VALLEY ROAD, LANSDALE, PA 19446 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2693 | 44 KINGS VILLAGE, MINERSVILLE, PA, 17954 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 29. | GABRIELSEN FAMILY LP I | C/O THE HIGNELL COMPANIES, 2858 PARK MARINA DR, REDDING, CA 96001 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6714 | 9340 DESCHUTES RD, PALO CEDRO, CA, 96073 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30. | GIBRALTAR MANAGEMENT CO INC | GBR VALLEY COTTAGE LLC, 150 WHITE PLAINS RD, STE 400, TARRYTOWN, NY 10591-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1019 | 133 ROUTE 303, VALLEY COTTAGE, NY, 10989 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31. | GITOMER FAMILY REALTY LLC | 131 BENTLEY DRIVE, MT LAUREL, NJ 08054 | Unexpired Store Lease | ECKERD CORPORATION | 10445 | 1360 BRACE ROAD, CHERRY HILL, NJ, 08034 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 32. | GKGF, LLC | C/O GASKA, INC., 100 W. BROADWAY, SUITE 950, GLENDALE, CA 91210-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5532 | 10465 SUNLAND BOULEVARD, SUNLAND, CA, 91040 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 33. | GOLDENBERG ASSOCS | 350 SENTRY PARKWAY, BUILDING 630, SUITE 300, BLUE BELL, PA 19422-2316 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1766 | 10 SNYDER AVENUE, PHILADELPHIA, PA, 19148 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34. | GOULD SHOPPING CENTER | C/O JLL AMERICAS, 655 REDWOOD WHY, STE 177, MILL VALLEY, CA 94941 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5985 | 1029 EAST CAPITOL EXPRESSWAY, SAN JOSE, CA, 95121 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35. | GRACE CHAI - AKA FANTA SEA | C/O: GRACE CHAI, 2418 NEW AVENUE, ROSEMEAD, CA 91770-2938 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5531ST 2 | 914 FAIR OAKS AVENUE, SOUTH PASADENA, CA, 91030 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 36. | GRAND & ELM PARTNERS, LP | C/O PHIL A FONTES, 8200 STOCKDALE HIGHWAY, STE M10, BOX 180, BAKERSFIELD, CA 93311-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5824 | 1207 GRAND AVENUE, ARROYO GRANDE, CA, 93420 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37. | GRAND HOST INC | 3525 DEL MAR HEIGHTS RD STE 825, SAN DIEGO, CA 92130 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5674 | 405 WEST MAIN STREET, BRAWLEY, CA, 92227 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 38. | GRAND HOST INC | 3525 DEL MAR HEIGHTS RD STE 825, SAN DIEGO, CA 92130 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5674ST | 405 WEST MAIN STREET, BRAWLEY, CA, 92227 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39. | GRANTS PASS VENTURE LLC | C/O GRE MANAGEMENT SERVICES INC, 3005 DOUGLAD BLVD, STE 200, ROSEVILLE, CA 95661 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5386 | 915 NORTHEAST D STREET, GRANTS PASS, OR, 97526 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40. | GRI SUNSET PLAZA LLC | C/O FIRST WASHINGTON REALTY INC, 7200 WISCONSIN AVE, STE 600, BETHESDA, MD 20814 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10623 | 1200 DEER PARK AVENUE, NORTH BABYLON, NY, 11703 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 41. | GROTHE FAMILY TRUST | C/O JG CONSTRUCTION, INC., 15632 EL PRADO DRIVE, CHINO, CA 91710-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5848 | 48 ROBERTSON BLVD, CHOWCHILLA, CA, 93610 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 42. | GSA I SPE LLC | C/O DELLE DONNE & ASSOC INC, 200 CONTINENTAL DR, STE 200, NEWARD, DE 19713 | Unexpired Store Lease | THRIFT DRUG, INC. | 11176 | 701 GOVERNORS PLACE, BEAR, DE, 19701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 43. | GULL INDUSTRIES INC | PO BOX 24687, SEATTLE, WA 98124 | Unexpired Store Lease | The Bartell Drug Company | 6964 | 7205 267TH ST NW, STANWOOD, WA, 98292 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44. | GVH CLEARFIELD LLC | 300 N PISGAH RD, EADS, TN 38028 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, LLC | 6839 | 307 E MARKET STREET, CLEARFIELD, PA, 16830 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 45. | HAMBURG REALTY PROPERTIES INC | 1776 CENTRAL PARK, OREFIELD, PA 18069 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3425 | 807 SOUTH 4TH STREET, HAMBURG, PA, 19526 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46. | HASTINGS RANCH INVESTMENT CO | C/O THE ARBA GROUP, 6300 WILSHIRE BLVD, SUITE 1800, LOS ANGELES, CA 90048-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5535 | 3745 EAST FOOTHILL BOULEVARD, PASADENA, CA, 91107 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47. | HAWLEY REALTY LIMITED PARTNERS | 30 GERMANTOWN RD, DANBURY, CT 06810 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10383 | 215 FEDERAL ROAD, BROOKFIELD, CT, 06804 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48. | HPT (DERRY) LP | PO BOX 158247, NASHVILLE, TN 37215-8247 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1628 | 222 Y STREET, DERRY, PA, 15627 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 49. | HPT (NATRONA HEIGHTS) LP | PO BOX 158247, NASHVILLE, TN 37315-8247 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4419 | 1529 FREEPORT ROAD, NATRONA HEIGHTS, PA, 15065 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 50. | HPT (SHAMOKIN) LP | PO BOX 158247, NASHVILLE, TN 37315-8247 | Unexpired Store Lease | KEYSTONE CENTERS, INC. | 205 | 26 WEST INDEPENDENCE STREET, SHAMOKIN, PA, 17872 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51. | HUNT MANAGEMENT COMPANY | OF PATRICIA R KATES, 10,001 ARTESIA BLVD, BELLFLOWER, CA 90706 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5518 | 601 PINE AVENUE, LONG BEACH, CA, 90802 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52. | I SCHREIBER & ASSOCIATES LLC | 18915 142ND AVE NE, STE 155, WOODINVILLE, WA 98072 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5264 | 11220 CANYON ROAD EAST, PUYALLUP, WA, 98373 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 53. | I.C. WASHINGTON, INC. | C/O CYZNER PROPERTIES, 192 ROUTE 22 WEST, GREEN BROOK, NJ 08812-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 10432 | 354 STATE ROUTE 57 WEST, WASHINGTON, NJ, 07882 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54. | IA SAN PEDRO GARDEN LLC | C/O INVENTRUST PROPERTY MANAGEMENT LLC, 3025 HIGHLAND PARKWAY STE 350, DOWNERS GROVE, IL 60515 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5514 | 28100 S WESTERN AVENUE, SAN PEDRO, CA, 90732 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 55. | IC SOMERVILLE INC | C/O CYZNER PROPERTIES, 192 ROUTE 22 WEST, GREEN BROOK, NJ 08812-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 4746 | 132 NORTH GASTON AVENUE, SOMERVILLE, NJ, 08876 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 56. | INLAND COMMERCIAL RE LLC | INDLAND COMMERCIAL REAL ESTATE SERVICES LLC/BLDG#75064, 2901 BUTTERFIELD ROAD, OAK BROOK, IL 60523 | Unexpired Store Lease | THRIFT DRUG, INC. | 11114 | 696 STONEY HILL ROAD, YARDLEY, PA, 19067 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57. | IRVIN WEINSTOCK | 2101 STRATFORD WAY, SAN MATEO, CA 94403 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6081 | 9133 KIEFER BOULEVARD, SACRAMENTO, CA, 95826 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58. | IRVINE COMPANY | 101 INNOVATION DRIVE, ATTN: GENERAL COUNSEL, RETAIL PROPERITES, IRVINE, CA 92617-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5766 | 18112 CULVER DRIVE, IRVINE, CA, 92612 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 59. | JAMES MICHAEL CRANFORD | 2240 GAITHER STREET, SELMA, CA 93662 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5860 | 2640 FLORAL AVENUE, SELMA, CA, 93662 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 60. | JLK NEWTOWN SQUARE ASSOC LLC | 1801 A BRASSFIELD RD, GREENSBORO, NC 27410 | Unexpired Store Lease | THRIFT DRUG, INC. | 11116 | 3599 WEST CHESTER PIKE, NEWTOWN SQUARE, PA, 19073 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 61. | JOANIE MICHAELSON | 736 BLUE OAK AVENUE, NEWBURY PARK, CA 91320 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5800 | 1076 WEST KERN STREET, TAFT, CA, 93268 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 62. | JOHN M. O'BRIEN | C/O: O'BRIEN & ZEHNDERINJURY LAWYERS, 9401 E STOCKTON BLVD, SUITE 225, ELK GROVE, CA 95624 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6480 | 5350 SHASTA DAM BOULEVARD, SHASTA LAKE, CA, 96019 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 63. | JOSEPH AMMENDOLA | 465 DUNDEE DRIVE, BLUE BELL, PA 19422-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3273 | 1201 SOUTH BETHLEHEM PIKE, AMBLER, PA, 19002 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64. | JOSEPH MURPHY CORPORATION | PO BOX 2740, SANTA ROSA, CA 95405-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6023 | 1551 FARMERS LANE, SANTA ROSA, CA, 95405 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 65. | JUMPING HORSE RANCH, INC. | ATTN: HELENE BECK, PRESIDENT, PO BOX 2890, FALLBROOK, CA 92088 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5634 | 1201 SOUTH COAST HIGHWAY, OCEANSIDE, CA, 92054 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66. | KATHY L MINDLER | 4109 SHILEAGH COURT, BETHLEHEM, PA 18020-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 836 | 1781 STEFKO BOULEVARD, BETHLEHEM, PA, 18017 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 67. | KEARNEY PALMS LLC | 204 W. RIDGEPOINT DRIVE, FRESNO, CA 93711-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6295 | 1101 FRESNO STREET, FRESNO, CA, 93706 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68. | KK GREAT NECK 2470, LLC | 113 CROSSWAYS PARK DRIVE, SUITE 100, WOODBURY, NY 11797-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4861 | 50 GREAT NECK ROAD, GREAT NECK, NY, 11021 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 69. | LAGUNA OAKS LLC | 1916 PARK OAK DR, ROSEVILLE, CA 95661 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6788 | 6420 RIO LINDA BLVD, RIO LINDA, CA, 95673 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 70. | LAKEVIEW PLACE BUILDING A LLC | 1429 AVENUE D PMB 521, SNOHOMISH, WA 98290-1742 | Unexpired Store Lease | The Bartell Drug Company | 6933 | 1115 13TH ST, SNOHOMISH, WA, 98290 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 71. | LAMAR BUILDING CO INC | HARIANNE ZOLKOVER, 9889 GLOUCESTER DR, BEVERLY HILLS, CA 90210 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 819 | 340 EAST HIGH STREET, POTTSTOWN, PA, 19464 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 72. | LAO CO | 1414 RIDGE RD, LANCASTER, PA 17603 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3400 | 420 NORTH 3RD STREET, WOMELSDORF, PA, 19567 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 73. | LAURIE DAVIS | 500 ADMIRALS WAY, APT. 101, PHILADELPHIA, PA 19146 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1963 | 262 CONNELLSVILLE STREET, UNIONTOWN, PA, 15401 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 74. | LAWRENCE M KAPLAN LLC | 5215 SCOTTS VALLEY DRIVE, STE C, SCOTTS VALLEY, CA 95066-3522 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6379 | 500 MAIN STREET, LIVINGSTON, CA, 95334 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 75. | LDC ALTA LOMA SQUARE LLC | C/O LEWIS OPERATING CORP., 1156 NORTH MOUNTAIN AVE., UPLAND, CA 91785-0670 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5587 | 8760 19TH STREET, RANCHO CUCAMONGA, CA, 91701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 76. | LEVIN MANAGEMENT CORP | 975 ROUTE 22 WEST, NORTH PLAINFIELD, NJ 07060-3622 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1384 | 450 BLUE VALLEY DRIVE, BANGOR, PA, 18013 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 77. | LINCOLN PARTNERSHIP 2015 LLC | 26527 AGOURA RD, STE 200, CALABASAS, CA 91302 | Unexpired Store Lease | ECKERD CORPORATION | 10827 | 2585 MAIN STREET, BUFFALO, NY, 14214 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 78. | LINCOLN PROPERTIES LTD | 374 LINCOLN CENTER, STOCKTON, CA 95207-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5998 | 6455 PACIFIC AVENUE, STOCKTON, CA, 95207 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 79. | LONGMEADOW WOLCOTT LLC | 11 SCOVILLE STREET, P.O. BOX 2763, WATERBURY, CT 06723-2763 | Unexpired Store Lease | RITE AID OF CONNECTICUT, INC. | 4620 | 744 WOLCOTT ROAD, WOLCOTT, CT, 06716 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 80. | LUCILLE F MORGAN IRREVOC LIVIN | C/O ANDREA L MERRILL, SUCCESSOR TRUSTEE, PO BOX 219, MOUNT SHASTA, CA 96067 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6103 | 310 WEST LAKE STREET, MOUNT SHASTA, CA, 96067 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 81. | LYNNFIELD CENTRE REALTY LLC | 2 EVERETT AVE, WINCHESTER, MA 01890 | Unexpired Store Lease | THE LANE DRUG COMPANY | 2397 | 419 CLAREMONT AVENUE, ASHLAND, OH, 44805 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 82. | M. NASIR & NILOFAR SHAIKH | 106 ROCKY ROAD, GREENSBURG, PA 15601-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1709 | 15 CENTENNIAL WAY, SCOTTDALE, PA, 15683 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 83. | MAHOPAC IMPROVEMENTS OWNER LLC | C/O DLC MGMT CORP, 565 TAXTER RD, STE 400, ELMSFORD, NY 10523 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1451 | 159 ROUTE 6, MAHOPAC, NY, 10541 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 84. | MANP CDM LLC | C/O DMP MGMT, LLC DBA DMP PROPERTIES, 250 NEWPORT CENTER DR STE 300, NEWPORT BEACH, CA 92660 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6207 | 3141 EAST COAST HIGHWAY, CORONA DEL MAR, CA, 92625 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 85. | MAR-BANK INVESTMENT COMPANY | C/O UNITED TRUST REALTY CORPORATION, 4 PARK PLAZA, STE 830, IRVINE, CA 92614 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5516 | 108 WEST ANAHEIM STREET, WILMINGTON, CA, 90744 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 86. | MARIST CENTERPOINT, LLC | C/O METRO COMMERCIAL MANAGEMENT, 303 FELLOWSHIP ROAD, SUITE 300, MOUNT LAUREL, NJ 08054-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10714 | 3350 NORTH ROAD, POUGHKEEPSIE, NY, 12601 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 87. | MARKET SQUARE PLAZA I, LLC | C/O PRESTIGE PROPERTIES & DEVELOPMENT CO., INC., 546 FIFTH AVENUE, 15TH FLOOR, NEW YORK, NY 10036-0000 | Unexpired Store Lease | THRIFTY DRUG, INC. | 11130 | 7700 CRITTENDEN STREET, PHILADELPHIA, PA, 19118 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 88. | MARTIN LIN & ALICE FANG | 67 WATERSIDE CIRCLE, REDWOOD CITY, CA 94065 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5961 | 701 EAST BLITHEDALE AVE., MILL VALLEY, CA, 94941 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 89. | MARY CATHERINE DENUNZIO, FRED E. VAN ALEN, AND ALFRED G. VAN ALEN | MARY CATHERINE DENUNZIO, PO BOX 74, JEANNETTE, PA 15644 | Unexpired Ground Lease | THRIFTY PAYLESS, INC. | 5531A | 914 FAIR OAKS AVENUE, SOUTH PASADENA, CA, 91030 | 8/31/2025 | MISCELLANEOUS FF&E |
| 90. | MAY DEVELOPMENT, LLC | 4017 B STATE STREET, SCHENECTADY, NY 12304 | Unexpired Store Lease | ECKERD CORPORATION | 10717 | 124 RIDGE STREET, GLENS FALLS, NY, 12801 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 91. | MESA SHOPPING CENTER | C/O INVESTEC MANAGEMENT CORP., 200 E. CARRILLO STREET, SUITE 200, SANTA BARBARA, CA 93101-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5790 | 1976 CLIFF DRIVE, SANTA BARBARA, CA, 93109 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 92. | MGPXI-A TWN CTR LAKEFOREST LLC | C/O MERLONE GEIER PARTNERS, 425 CALIFORNIA ST, 10TH FL, SAN FRANCISCO, CA 94104 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5225 | 17171 BOTHELL WAY, NE, STE.150, LAKE FOREST PARK, WA, 98155 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 93. | MLG REAL ESTATE LLC | P.O. BOX X, WAYMART, PA 18472-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2768 | 54 NORTH MAIN STREET, CARBONDALE, PA, 18407 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 94. | MONIEM SHAABAN | 427 LINCOLN BLVD, SANTA MONICA, CA 90402 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5815 | 100 CHINA GRADE LOOP, BAKERSFIELD, CA, 93308 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 95. | MONTEBELLO (EDENS) LLC | 1221 MAIN STREET, STE 1000, COLUMBIA, SC 29201 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5504 | 802 BEVERLY BOULEVARD, MONTEBELLO, CA, 90640 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 96. | MONTGOMERY DEL VAL ASSN., LP | C/O LFT REALTY GROUP, INC., 600 OLD ELM STREET, CONSHOHOCKEN, PA 19428-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2017 | 762 EAST JOHNSON HIGHWAY, NORRISTOWN, PA, 19401 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 97. | MS JOANN DISCHINAT | 180 NAZARETH DRIVE, NAZARETH, PA 18064-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 927 | 231 WEST STREET, GETTYSBURG, PA, 17325 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 98. | NATHAN FAMILY LLC | 198 THOMAS JOHNSON DR, STE 207, FREDERICK, MD 29128 | Unexpired Store Lease | ECKERD CORPORATION | 11211 | 1003 PULASKI HIGHWAY, HAVRE DE GRACE, MD, 21078 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 99. | NEFESH MANAGEMENT CORP | P.O. BOX 110158, BROOKLYN, NY 11211-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4991 | 109-07 101ST AVENUE, JAMAICA, NY, 11419 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 100 | NEW HARTFORD HOLDINGS LLC | C/O MADISON PROPERTIES, 3611 14TH AVE, STE 420, BROOKLYN, NY 11218 | Unexpired Store Lease | ECKERD CORPORATION | 10773 | 46 KELLOGG ROAD, NEW HARTFORD, NY, 13413 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

# EXHIBIT C

United States Bankruptcy Court for the District of New Jersey

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Thrifty PayLess, Inc.

**Case Number:** 25-14857

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. **This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| | | |
| --- | --- | --- |
| 1. | **Who is the current creditor?** | Joseph Murphy Corporation |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| | | |
| --- | --- | --- |
| 2. | **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |

| | | | |
| --- | --- | --- | --- |
| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| | | Address1: c/o Stark & Stark, PC  Attn. Thomas S. Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| | | |
| --- | --- | --- |
| 4. | **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.   Claim number on court claims registry (if known)_____     Filed on ____ / ____ / ____<br>                                                                                              MM  /  DD  /  YYYY |

| | | |
| --- | --- | --- |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? |

**Proof of Claim**                                                                                                                   page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$ 175,801.59 .    **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**:    $ _____

**Amount of the claim that is secured:**    $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $ _____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**    $ 32,219.33

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$_____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2  ) that applies.

$ 175,801.559

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**

$_____

---

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*  09/29/2025

_____        _____
Electronic Signature                Date

**Name of the person who is completing and signing this claim**

Name            Thomas S. Onder
                _____
                First name          Middle name         Last name

Title/Company   Shareholder / Stark & Stark, PC
                _____
                Identify the corporate servicer as the company if the authorized agent is a servicer.
                P.O. Box 5315

Address         _____
                Number        Street
                Princeton           NJ              08543
                _____
                City                State           ZIP Code    Country

Contact phone   609-219-7458                    Email    tonder@stark-stark.com

**Proof of Claim**                                                              page 3

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:

Address2:

Address3:

Address4:

City:
State:
Postal Code:
Country:


Contact Phone:
Contact Email:

_____

**Additional Address 2**
Name:
Address1:
Address2:

Address3:
Address4:
City:
State:
 Postal Code:
 Country:


Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

----------------------------------------------------------------------------------------------------

 Attachment Filename:

JMC Sch A.pdf

KROLL

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-NDFXC-922578296

Claim Electronically Submitted on (UTC) :  2025-09-29T16:12:38.026Z

Submitted by:  Joseph Murphy Corporation
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Joseph Murphy Corporation files the following claims for its lease at Farmers Lane Plaza, 1551 Farmers Lane, Santa Rosa, CA.

1. **Pre-Petition - $32,219.33** for rent prior to May 5, 2025;

2. **Administrative - $175,801.59**; and

3. **Rejection  - $91,797.10**.

Joseph Murphy Corporation reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

4908-6789-1051, v. 2

# JOSEPH MURPHY CORPORATION

**POST OFFICE BOX 2740**
**SANTA ROSA, CA 95405-0740**
**(707) 525-0397**

September 10, 2025

Tenant:

Store#06023
Rite Aid Corporation
Post Office Box 8431
Harrisburg, PA 17105

| Sq Ft Numerator | Sq Ft Denominator |
|---|---|
| 35,250 | 92,382 |

| Expense | Property Expense | Tenant Percent | Tenant Expense |
|---|---|---|---|
| **2nd Quarter - April 1, 2025 to May 4, 2025** | | | |
| R&M Electric | $0.00 | 38.157% | $0.00 |
| R&M Plumbing/Sewer Lines | $0.00 | 0% | $0.00 |
| R&M Common Area | $43,900.00 | 38.157% | $16,750.92 |
| R&M Parking and Streets | $0.00 | 38.157% | $0.00 |
| R&M Landscape | $8,769.00 | 38.157% | $3,345.99 |
| Garbage - General/Center trash only | $830.04 | 38.157% | $316.72 |
| Landscape Contract | $1,838.00 | 38.157% | $701.33 |
| Security Contract | $4,945.00 | 38.157% | $1,886.86 |
| Sweeping/Cleaning Service | $2,515.50 | 38.157% | $959.84 |
| Pest Control Service | $230.00 | 38.157% | $87.76 |
| Roof-Building R&M (painting) | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | $0.00 | 0% | $0.00 |
| Total Expenses | $63,027.54 | | $24,049.42 |
| Administration Fee | | 10% | $2,404.94 |
| Water | $227.14 | 38.157% | $86.67 |
| Electric | $2,673.76 | 38.157% | $1,020.23 |
| Insurance - Earthquake Only | $12,207.66 | 38.157% | $4,658.08 |
| Property Tax | $0.00 | 38.157% | $0.00 |
| **Total** | **$78,136.10** | **Subtotal** | **$32,219.33** |
| **2nd Quarter 2025 - May 5, 2025 to June 30, 2025** | | | |
| R&M Electric | $989.79 | 38.157% | $377.67 |
| R&M Plumbing/Sewer Lines | $285.00 | 0% | $0.00 |
| R&M Common Area | $222,477.00 | 38.157% | $84,890.55 |
| R&M Parking and Streets | $837.00 | 38.157% | $319.37 |
| R&M Landscape | $8,769.00 | 38.157% | $3,345.99 |
| Garbage - General/Center trash only | $1,660.08 | 38.157% | $633.44 |

| | | | | |
|---|---|---:|---:|---:|
| Landscape Contract | | $5,662.00 | 38.157% | $2,160.45 |
| Security Contract | | $7,494.00 | 38.157% | $2,859.49 |
| Sweeping/Cleaning Service | | $7,546.50 | 38.157% | $2,879.52 |
| Pest Control Service | | $515.00 | 38.157% | $196.51 |
| Roof-Building R&M (painting) | | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | | $4,977.00 | 0% | $0.00 |
| | Total Expenses | $261,212.37 | | $97,662.98 |
| | Administration Fee | | 10% | $9,766.30 |
| Water | | $2,047.20 | 38.157% | $781.15 |
| Electric | | $4,046.59 | 38.157% | $1,544.06 |
| Insurance - Earthquake Only | | $31,042.34 | 38.157% | $11,844.83 |
| Property Tax | | $0.00 | 38.157% | $0.00 |
| | **Total** | **$298,348.50** | **Subtotal** | **$121,599.31** |

### 3rd Quarter 2025

| | | | | |
|---|---|---:|---:|---:|
| R&M Electric | | $0.00 | 0% | $0.00 |
| R&M Plumbing/Sewer Lines | | $0.00 | 0% | $0.00 |
| R&M Common Area | | $1,313.56 | 38.157% | $501.22 |
| R&M Parking and Streets | | $0.00 | 38.157% | $0.00 |
| R&M Landscape | | $3,102.09 | 38.157% | $1,183.66 |
| Garbage - General/Center trash only | | $1,660.08 | 38.157% | $633.44 |
| Landscape Contract | | $3,676.00 | 38.157% | $1,402.65 |
| Security Contract | | $4,599.00 | 38.157% | $1,754.84 |
| Sweeping/Cleaning Service | | $5,031.00 | 38.157% | $1,919.68 |
| Pest Control Service | | $199.00 | 38.157% | $75.93 |
| Roof-Building R&M (painting) | | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | | $0.00 | 0% | $0.00 |
| | Total Expenses | $19,580.73 | | $7,471.42 |
| | Administration Fee | | 10% | $747.14 |
| Water | | $1,751.77 | 38.157% | $668.42 |
| Electric | | $3,884.20 | 38.157% | $1,482.09 |
| Insurance - Earthquake Only | | $21,625.00 | 38.157% | $8,251.45 |
| Property Tax - (Based on 2024 figures) | | $26,437.90 | 38.157% | $10,087.91 |
| | **Total** | **$73,279.60** | **Subtotal** | **$28,708.44** |
| | **2nd and 3rd Quarter** | | **Balance Due:** | **$150,307.75** |

**Rite Aid Costs Per Lease**

| | |
|---|---:|
| Backflow Testing not done by Rite Aid | $ 120.00 |
| Five-year fire testing not done by Rite Aid | $ 750.00 |
| Wall removal (as per lease - return to original condition) | $ 24,180.00 |

| **After May 5, 2025** | TOTAL DUE: | $174,487.75 |
| **Before May 5, 2025** | TOTAL DUE: | $32,219.33 |



# EXHIBIT D

# JOSEPH MURPHY CORPORATION

**POST OFFICE BOX 2740**
**SANTA ROSA, CA 95405-0740**
(707) 525-0397

September 10, 2025                    Tenant:                    Store#06023
                                                                  Rite Aid Corporation
                                                                  Post Office Box 8431
                                                                  Harrisburg, PA 17105

| Sq Ft Numerator | Sq Ft Denominator |
|---|---|
| 35,250 | 92,382 |

| Expense | Property Expense | Tenant Percent | Tenant Expense |
|---|---|---|---|
| **2nd Quarter - April 1, 2025 to May 4, 2025** | | | |
| R&M Electric | $0.00 | 38.157% | $0.00 |
| R&M Plumbing/Sewer Lines | $0.00 | 0% | $0.00 |
| R&M Common Area | $43,900.00 | 38.157% | $16,750.92 |
| R&M Parking and Streets | $0.00 | 38.157% | $0.00 |
| R&M Landscape | $8,678.00 | 38.157% | $3,311.26 |
| Garbage - General/Center trash only | $802.51 | 38.157% | $306.21 |
| Landscape Contract | $1,838.00 | 38.157% | $701.33 |
| Security Contract | $4,870.00 | 38.157% | $1,858.25 |
| Sweeping/Cleaning Service | $2,515.50 | 38.157% | $959.84 |
| Pest Control Service | $230.00 | 38.157% | $87.76 |
| Roof-Building R&M (painting) | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | $0.00 | 0% | $0.00 |
| Total Expenses | $62,834.01 | | $23,975.57 |
| Administration Fee | | 10% | $2,397.56 |
| Water | $227.14 | 38.157% | $86.67 |
| Electric | $2,673.76 | 38.157% | $1,020.23 |
| Insurance - Earthquake Only | $12,207.66 | 38.157% | $4,658.08 |
| Property Tax | $0.00 | 38.157% | $0.00 |
| Total | $77,942.57 | Subtotal | $32,138.10 |
| **2nd Quarter 2025 - May 5, 2025 to June 30, 2025** | | | |
| R&M Electric | $989.79 | 38.157% | $377.67 |
| R&M Plumbing/Sewer Lines | $285.00 | 0% | $0.00 |
| R&M Common Area | $178,577.68 | 38.157% | $68,139.89 |
| R&M Parking and Streets | $837.00 | 38.157% | $319.37 |
| R&M Landscape | $5,764.00 | 38.157% | $2,199.37 |
| Garbage - General/Center trash only | $1,605.02 | 38.157% | $612.43 |

| | | | | |
|---|---|---|---|---|
| Landscape Contract | | $3,824.00 | 38.157% | $1,459.12 |
| Security Contract | | $2,437.34 | 38.157% | $930.02 |
| Sweeping/Cleaning Service | | $5,031.00 | 38.157% | $1,919.68 |
| Pest Control Service | | $200.00 | 38.157% | $76.31 |
| Roof-Building R&M (painting) | | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | | $0.00 | 0% | $0.00 |
| | Total Expenses | $199,550.83 | | $76,033.86 |
| | Administration Fee | | 10% | $7,603.39 |
| Water | | $892.62 | 38.157% | $340.60 |
| Electric | | $1,372.83 | 38.157% | $523.83 |
| Insurance - Earthquake Only | | $31,042.34 | 38.157% | $11,844.83 |
| Property Tax | | $0.00 | 38.157% | $0.00 |
| | Total | $232,858.62 | Subtotal | $96,346.50 |

### 3rd Quarter 2025

| | | | | |
|---|---|---|---|---|
| R&M Electric | | $0.00 | 0% | $0.00 |
| R&M Plumbing/Sewer Lines | | $0.00 | 0% | $0.00 |
| R&M Common Area | | $7,448.10 | 38.157% | $2,841.97 |
| R&M Parking and Streets | | $12,380.00 | 38.157% | $4,723.84 |
| R&M Landscape | | $1,080.06 | 38.157% | $412.12 |
| Garbage - General/Center trash only | | $2,407.53 | 38.157% | $918.64 |
| Landscape Contract | | $5,736.00 | 38.157% | $2,188.69 |
| Security Contract | | $8,969.34 | 38.157% | $3,422.43 |
| Sweeping/Cleaning Service | | $9,694.50 | 38.157% | $3,699.13 |
| Pest Control Service | | $430.00 | 38.157% | $164.08 |
| Roof-Building R&M (painting) | | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | | $0.00 | 0% | $0.00 |
| | Total Expenses | $48,145.53 | | $18,370.89 |
| | Administration Fee | | 10% | $1,837.09 |
| Water | | $3,317.09 | 38.157% | $1,265.70 |
| Electric | | $4,399.08 | 38.157% | $1,678.56 |
| Insurance - Earthquake Only | | $21,625.00 | 38.157% | $8,251.45 |
| Property Tax - (Based on 2025 figures) | 7 months | $94,026.85 | 38.157% | $35,877.83 |
| | Total | $171,513.55 | Subtotal | $67,281.51 |
| | 2nd and 3rd Quarter | | Balance Due: | $163,628.02 |

*Handwritten annotations (red ink):*
- Next to R&M Landscape area: $1605.02
- Next to Garbage line: $3824.00 ; result column $612.43
- Next to Landscape Contract: $1459.12
- Next to Security Contract: $6593.34 ; $2515.82
- Next to Sweeping/Cleaning: $7179.00 ; $2739.29
- Next to Pest Control: $230 ; $87.76
- $15,392.34
- $1539.23
- $1115.38
- Administration Fee: $2923.5
- Property Tax area: 2 months ; $26,864.81 ; $10,250.80
- $38,226.76
- Balance Due: $134,573.26

### Rite Aid Costs Per Lease

| | |
|---|---|
| Backflow Testing not done by Rite Aid | $ 120.00 |
| Five-year fire testing not done by Rite Aid | $ 750.00 |
| Wall removal (as per lease - return to original condition) | $ 24,180.00 |

$159,623.26

| | | |
|---|---|---|
| After May 5, 2025 | TOTAL DUE: | $187,808.02 |
| Before May 5, 2025 | TOTAL DUE: | $32,138.10 |

Case 25-14831-MBK    Doc 445    Filed 06/22/26    Entered 06/22/26 16:10:08    Desc Main
Document        Page 74 of 140

9:51 AM
11/25/25
Accrual Basis

**Joseph Murphy Corporation**
## General Ledger
### As of September 30, 2025

| Date | Name | Memo | Amount |
|------|------|------|--------|
| 09/30/2025 Jose Aparicio Reyes | Gutter cleaning | | 1,428.00 |
| **Total 7282 · Building** | | | 7,448.10 |
| **7283 · Painting** | | | |
| **Total 7283 · Painting** | | | |
| **7284 · Parking Lot/Streets** | | | |
| 09/30/2025 Stripe N Seal, Inc. | Restriping lot | | 12,380.00 |
| **Total 7284 · Parking Lot/Streets** | | | 12,380.00 |
| **7305 · Security** | | | |
| 07/01/2025 SoCo Private Security, Inc. | Security patrol | | 2,300.00 |
| 07/01/2025 Vanguard Alarm, Inc. | Fire alarm monitoring | | 195.00 |
| 07/16/2025 SoCo Private Security, Inc. | Security Patrol | | 1,798.34 |
| 08/01/2025 SoCo Private Security, Inc. | Security patrol | | 2,300.00 |
| 09/01/2025 SoCo Private Security, Inc. | Security Patrol | | 2,190.00 |
| 09/01/2025 Vanguard Alarm, Inc. | Fire alarm monitoring | | 186.00 |
| **Total 7305 · Security** | | | 8,969.34 |
| **7315 · Landscaping** | | | |
| 07/01/2025 Landesign Construction & Maintenance | Landscape Maintenance | | 1,912.00 |
| 08/01/2025 Landesign Construction & Maintenance | Landscape - August | | 1,912.00 |
| 09/01/2025 Landesign Construction & Maintenance | Landscape maintenance | | 1,912.00 |
| **Total 7315 · Landscaping** | | | 5,736.00 |
| **7330 · Parking Lot Sweeping** | | | |
| 07/23/2025 Santa Rosa Power Sweeping | Junk removed | | 140.00 |
| 08/26/2025 Santa Rosa Power Sweeping | Junk removed | | 178.00 |
| 07/09/2025 Santa Rosa Power Sweeping | Sidewalk hot powerwashed | | 1,830.00 |
| 07/15/2025 Santa Rosa Power Sweeping | Parking lot sweeping - July, 2025 | | 2,515.50 |
| 08/15/2025 Santa Rosa Power Sweeping | Parking lot sweeping - August | | 2,515.50 |
| 09/15/2025 Santa Rosa Power Sweeping | Parking lot cleaning - September 2025 | | 2,515.50 |
| **Total 7330 · Parking Lot Sweeping** | | | 9,694.50 |
| **7355 · Pest Control** | | | |
| 07/01/2025 Skiles Pest Elimination | Pest control | | 115.00 |
| 08/08/2025 Skiles Pest Elimination | Pest control | | 115.00 |
| 09/05/2025 Skiles Pest Elimination | Pest control | | 85.00 |
| 09/05/2025 Skiles Pest Elimination | Pest control | | 115.00 |
| **Total 7355 · Pest Control** | | | 430.00 |

*(Handwritten annotations in red: "6,893.34" near Total 7305 · Security; "3824.00" near Total 7315 · Landscaping; "$7179.00" near Total 7330 · Parking Lot Sweeping; "230.00" near Total 7355 · Pest Control)*

9:51 AM
11/25/25
Accrual Basis

**Joseph Murphy Corporation**
# General Ledger
**As of September 30, 2025**

| Date | Name | Memo | Amount |
|---|---|---|---|
| **7100 · Utilities** | | | |
| **7101 · Common Area Water Usage** | | | |
| 07/29/2025 | City of Santa Rosa | 1571 - 06/11/25 to 07/11/25 - Cust#0106386 | 392.37 |
| 07/29/2025 | City of Santa Rosa | 1503 - 06/11/25 to 07/11/25 - Cust#0106386 | 499.49 |
| 07/29/2025 | City of Santa Rosa | 1511 - 06/11/25 to 07/11/25 - Cust#0106386 | 68.35 |
| 07/29/2025 | City of Santa Rosa | 1513 - 06/11/25 to 07/11/25 - Cust#0106386 | 46.00 |
| 08/26/2025 | City of Santa Rosa | 1503 - 07/11/25 to 08/11/25 - Cust#0106386 | 539.36 |
| 08/26/2025 | City of Santa Rosa | 1511 - 07/11/25 to 08/11/25 - Cust#0106386 | 61.02 |
| 08/26/2025 | City of Santa Rosa | 1513 - 07/11/25 to 08/11/25 - Cust#0106386 | 46.00 |
| 08/26/2025 | City of Santa Rosa | 1591 - 07/11/25 to 08/11/25 - Cust#0106386 | 32.00 |
| 08/26/2025 | City of Santa Rosa | 1571 - 07/11/25 to 08/11/25 - Cust#0106386 | 451.01 |
| 09/25/2025 | City of Santa Rosa | 1571 - 08/11/25 to 09/10/25 - Cust#0106386 | 473.00 |
| 09/25/2025 | City of Santa Rosa | 1503 - 08/11/25 to 09/10/25 - Cust#0106386 | 576.80 |
| 09/25/2025 | City of Santa Rosa | 1511 - 08/11/25 to 09/10/25 - Cust#0106386 | 53.69 |
| 09/25/2025 | City of Santa Rosa | 1513 - 08/11/25 to 09/10/25 - Cust#0106386 | 46.00 |
| 09/25/2025 | City of Santa Rosa | 1591 - 08/11/25 to 09/10/25 - Cust#0106386 | 32.00 |
| Total 7101 · Common Area Water Usage | | | 3,317.09 |
| **7102 · Electric Usage** | | | |
| 07/01/2025 | P.G.& E. | 1573 - 05/23/25 to 06/24/25 | 19.00 |
| 07/01/2025 | P.G.& E. | 1583 - 05/30/25 to 06/30/25 | 1,423.16 |
| 08/01/2025 | P.G.& E. | 1573 - 06/25/25 to 07/24/25 | 103.43 |
| 08/01/2025 | P.G.& E. | 1583 - 07/01/25 to 07/31/25 | 1,377.97 |
| 08/29/2025 | P.G.& E. | 1573 - 07-26/25 to 08/24/25 | 86.87 |
| 08/29/2025 | P.G.& E. | 1583 - 07/25/25 to 08/24/25 | 1,388.65 |
| Total 7102 · Electric Usage | | | 4,399.08 |
| **7103 · Water/Sewage** | | | |
| Total 7103 · Water/Sewage | | | |
| **7104 · Garbage** | | | |
| 07/04/2025 | Recology Sonoma Marin | July | 802.51 |
| 08/02/2025 | Recology Sonoma Marin | August | 802.51 |
| 09/02/2025 | Recology Sonoma Marin | September | 802.51 |
| Total 7104 · Garbage | | | 2,407.53 |
| **7200 · Repairs and Maintenance** | | | |
| **7210 · Supplies & Materials** | | | |
| Total 7210 · Supplies & Materials | | | 0.00 |
| **7212 · Landscaping R&M** | | | |
| 08/15/2025 | Landesign Construction & Maintenance | Two leaks repaired | 135.06 |
| 08/15/2025 | Landesign Construction & Maintenance | | 945.00 |
| Total 7212 · Landscaping R&M | | | 1,080.06 |
| **7250 · Plumbing/Gas/Sewer/Water** | | | |
| **7282 · Building** | | | |
| 08/31/2025 | Jose Aparicio Reyes | Asphalt patch | 3,200.00 |
| 09/15/2025 | Jose Aparicio Reyes | Tree Trimming/Graffiti | 2,820.10 |

*Handwritten annotations (red ink):*
- $315.33
- $384.53
- $35.79
- $30.66
- $21.33
- $2922.15
- $1605.02

| | |
|---|---|
| **Billing Date:** | 07/29/2025 |
| **Customer:** | JOSEPH MURPHY CORP |
| **Billing Period:** | 06/11/2025 - 07/11/2025 |
| **Days of Service:** | 30 Days |

**Customer Number: 0106386**
**Account Number:    042734**

### Usage Information
Service Address: 1571 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 90272582 | 1,038 | 07/11/2025 | 1,000 | 06/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 07-11-2025 | 30 | 38 |
| 06-11-2025 | 30 | 31 |
| 05-12-2025 | 31 | 27 |
| 04-11-2025 | 30 | 2 |
| 03-12-2025 | 30 | 6 |
| 02-10-2025 | 30 | 11 |
| 01-11-2025 | 30 | 8 |
| 12-12-2024 | 31 | 10 |
| 11-11-2024 | 31 | 37 |
| 10-11-2024 | 31 | 38 |
| 09-10-2024 | 31 | 77 |
| 08-10-2024 | 31 | 39 |
| 07-10-2024 | 30 | 38 |

This bill reflects a rate change to water, recycled water, and sewer fixed and usage charges.

**For more information, please visit srcity.org/WaterRates.**

Water budget is based on weather and current landscape area.

| | |
|---|---|
| Your water budget this month is (thousand gallons): | 217 |
| High water use plants (sq. ft.): | 6,232 |
| Other plants (sq. ft.): | 67,016 |
| Current Usage (thousand gallons): | 38 |

| | |
|---|---|
| Previous Balance | $421.34 |
| Payment 07/14/2025 - Thank you | $214.89CR |
| Subtotal | $206.45 |

**Current Charges**    (thousand gallons)

| | | | |
|---|---|---|---|
| Irrigation Usage Tier 1 | 38.0 @ | $7.33 | $278.54 |
| 2" Irrigation Fixed Charge | | | $110.58 |
| Backflow Program Administration Fee | | | $3.25 |
| Subtotal | | | $392.37 |

**Adjustments**

| | |
|---|---|
| Delinquent Fee | $10.39 |

Total Current Charges (Due by 08/19/2025)

| **Total Balance Due** | **$609.21** |
|---|---|

A past due balance of $206.45 is due now.  Please pay immediately to avoid late fees and to ensure uninterrupted service. No further notice will be issued. If payment has been made, thank you.

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**          Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment
  and Provide Receipt
*LOAD LIKE A GIFT CARD*

 PayNearMe   7eleven

**Valid until 9/12/2025**

Ā‹62996490

Please notify us if any changes are made to the landscape.

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

| **TOTAL DUE: $609.21** | **DUE DATE: 08/19/2025** |
|---|---|

| **Amount Enclosed** | |
|---|---|

| | |
|---|---|
| **Customer Number:** | 0106386 |
| **Account Number:** | 042734 |
| **Cycle Number:** | 06 |
| **Billing Date:** | 07/29/2025 |

☐ Please check box if you have provided any customer information changes on the back of this stub.

CSR0729A *** 2000000115 6/2

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA 95405-0740

**Remit To:**

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042734000060921ƀ

**UTILITY STATEMENT**

| | |
|---|---|
| **Billing Date:** | 07/29/2025 |
| **Customer:** | JOSEPH MURPHY CORP |
| **Billing Period:** | 06/11/2025 - 07/11/2025 |
| **Days of Service:** | 30 Days |

**Customer Number: 0106386**
**Account Number:   042724**

### Usage Information

Service Address: 1503 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 82085721 | 2,840 | 07/11/2025 | 2,787 | 06/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 07-11-2025 | 30 | 53 |
| 06-11-2025 | 30 | 18 |
| 05-12-2025 | 31 | 7 |
| 04-11-2025 | 30 | 1 |
| 03-12-2025 | 30 | 0 |
| 02-10-2025 | 30 | 2 |
| 01-11-2025 | 30 | 10 |
| 12-12-2024 | 31 | 14 |
| 11-11-2024 | 31 | 40 |
| 10-11-2024 | 31 | 58 |
| 09-10-2024 | 31 | 64 |
| 08-10-2024 | 31 | 70 |
| 07-10-2024 | 30 | 65 |

This bill reflects a rate change to water, recycled water,
and sewer fixed and usage charges.

**For more information, please visit srcity.org/WaterRates.**

| Water budget is based on weather and current landscape area. | |
|---|---|
| Your water budget this month is (thousand gallons): | 6 |
| High water use plants (sq. ft.): | 0 |
| Other plants (sq. ft.): | 2,047 |
| Current Usage (thousand gallons): | 53 |

| | |
|---|---|
| Previous Balance | $139.83 |
| Subtotal | $139.83 |

| Current Charges | (thousand gallons) | | |
|---|---|---|---|
| Irrigation Usage Tier 1 | 7.5 @ | $7.33 | $54.98 |
| Irrigation Usage Tier 2 | 45.5 @ | $9.36 | $425.88 |
| 5/8" Irrigation Fixed Charge | | | $15.38 |
| Backflow Program Administration Fee | | | $3.25 |
| Subtotal | | | $499.49 |

Total Current Charges (Due by 08/19/2025)

| **Total Balance Due** | **$639.32** |
|---|---|

**A past due balance of $139.83 is due now. Please pay immediately**
to avoid late fees and to ensure uninterrupted service. No further notice
will be issued. If payment has been made, thank you.

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**
Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment and Provide Receipt
**LOAD LIKE A GIFT CARD**



**Valid until 9/12/2025**

Ä‹62996490

Please notify us if any changes are made to the landscape.

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

| **TOTAL DUE: $639.32** | **DUE DATE: 08/19/2025** |
|---|---|

| **Amount Enclosed** | |
|---|---|

| | |
|---|---|
| **Customer Number:** | 0106386 |
| **Account Number:** | 042724 |
| **Cycle Number:** | 06 |
| **Billing Date:** | 07/29/2025 |

Please check box if you have provided any customer
information changes on the back of this stub.

CSR0729A *** 2000000116 6/3

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA 95405-0740

Remit To:

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042724000063932 4

**Billing Date:** 07/29/2025
**Customer:** JOSEPH MURPHY CORP
**Billing Period:** 06/11/2025 - 07/11/2025
**Days of Service:** 30 Days

**Customer Number:** 0106386
**Account Number:** 042725

This bill reflects a rate change to water, recycled water, and sewer fixed and usage charges.

**For more information, please visit srcity.org/WaterRates.**

### Detail of Charges & Adjustments

| | |
|---|---:|
| Previous Balance | $2,353.67 |
| Payment 07/14/2025 - Thank you | $1,253.80CR |
| Subtotal | $1,099.87 |

### Current Charges Summary

| | |
|---|---:|
| Domestic Service | $1,044.58 |
| Landscape Irrigation Service | $68.35 |
| Delinquent Fee | $113.45 |

Total Current Charges (Due by 08/19/2025)

| **Total Balance Due** | **$2,326.25** |
|---|---:|

**A past due balance of $1,099.87 is due now. Please pay immediately** to avoid late fees and to ensure uninterrupted service. No further notice will be issued. If payment has been made, thank you.

## Service details on following page(s)

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**    Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment and Provide Receipt
**LOAD LIKE A GIFT CARD**

**Valid until 9/12/2025**

Â‹62996490

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

| TOTAL DUE: $2,326.25 | DUE DATE: 08/19/2025 |
|---|---|
| **Amount Enclosed** | |

**Customer Number:** 0106386
**Account Number:** 042725
**Cycle Number:** 06
**Billing Date:** 07/29/2025

Please check box if you have provided any customer information changes on the back of this stub.

CSR0729A  ***   2000000117 6/4

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA  95405-0740

Remit To:

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042725000232625 9

UTILITY STATEMENT

| | |
|---|---|
| **Billing Date:** | 07/29/2025 |
| **Customer:** | JOSEPH MURPHY CORP |
| **Billing Period:** | 06/11/2025 - 07/11/2025 |
| **Days of Service:** | 30 Days |

**Customer Number:** 0106386
**Account Number:** 042727

This bill reflects a rate change to water, recycled water, and sewer fixed and usage charges.

**For more information, please visit srcity.org/WaterRates.**

### Detail of Charges & Adjustments

| | |
|---|---|
| Previous Balance | $327.33 |
| Payment 07/14/2025 - Thank you | $328.00 CR |
| Subtotal | $0.67 CR |

### Current Charges Summary

| | |
|---|---|
| Domestic Service | $283.12 |
| Fireline Service | $46.00 |

Total Current Charges (Due by 08/19/2025)

| **Total Balance Due** | **$328.45** |
|---|---|

## Service details on following page(s)

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**      Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment
   and Provide Receipt
*LOAD LIKE A GIFT CARD*

 

**Valid until 9/12/2025**

Ã‹62996490

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

| **TOTAL DUE: $328.45** | **DUE DATE: 08/19/2025** |
|---|---|

| **Amount Enclosed** | |
|---|---|

| | |
|---|---|
| **Customer Number:** | 0106386 |
| **Account Number:** | 042727 |
| **Cycle Number:** | 06 |
| **Billing Date:** | 07/29/2025 |

☐ Please check box if you have provided any customer information changes on the back of this stub.

CSR0729A ***   2000000119 6/6

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA 95405-0740

Remit To:

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042727000032845З

UTILITY STATEMENT

**City of**
**Santa Rosa**

| | |
|---|---|
| **Billing Date:** | 07/29/2025 |
| **Customer:** | JOSEPH MURPHY CORP |
| **Billing Period:** | 06/11/2025 - 07/11/2025 |
| **Days of Service:** | 30 Days |

| | |
|---|---|
| **Customer Number:** | 0106386 |
| **Account Number:** | 042727 |

## Domestic Service Details

**Usage Information**
Service Address: 1513 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 86598539 | 602 | 07/11/2025 | 599 | 06/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 07-11-2025 | 30 | 3 |
| 06-11-2025 | 30 | 4 |
| 05-12-2025 | 31 | 4 |
| 04-11-2025 | 30 | 4 |
| 03-12-2025 | 30 | 4 |
| 02-10-2025 | 30 | 3 |
| 01-11-2025 | 30 | 3 |
| 12-12-2024 | 31 | 3 |
| 11-11-2024 | 31 | 4 |
| 10-11-2024 | 31 | 3 |
| 09-10-2024 | 31 | 4 |
| 08-10-2024 | 31 | 3 |
| 07-10-2024 | 30 | 4 |

| WATER Consumption | **Current Usage:** 3 thousand gallons |
|---|---|

**Current Charges** (thousand gallons)

| | | | |
|---|---|---|---|
| Water Usage Charge | 3.0 @ | $7.66 | $22.98 |
| 1.5" Water Fixed Charge | | | $69.78 |
| Sewer Usage Charge | 3.0 @ | $16.86 | $50.58 |
| Sewer Fixed  Charge | | | $136.53 |
| Backflow Program Administration Fee | | | $3.25 |
| **Subtotal** | | | **$283.12** |

## Fireline Service Details

**Usage Information**
Service Address: 1513 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 048353 | 0 | 07/11/2025 | 0 | 06/11/2025 |

**Current Charges**

| | |
|---|---|
| Fireline Charge | $41.00 |
| Fireline Backflow Testing Fee | $5.00 |
| **Subtotal** | **$46.00** |

| Billing Date: | 08/26/2025 |
| Customer: | JOSEPH MURPHY CORP |
| Billing Period: | 07/11/2025 - 08/11/2025 |
| Days of Service: | 31 Days |

**Customer Number:** 0106386
**Account Number:** 042724

### Usage Information
Service Address: 1503 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 82085721 | 2,897 | 08/11/2025 | 2,840 | 07/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 08-11-2025 | 31 | 57 |
| 07-11-2025 | 30 | 53 |
| 06-11-2025 | 30 | 18 |
| 05-12-2025 | 31 | 7 |
| 04-11-2025 | 30 | 1 |
| 03-12-2025 | 30 | 0 |
| 02-10-2025 | 30 | 2 |
| 01-11-2025 | 30 | 10 |
| 12-12-2024 | 31 | 14 |
| 11-11-2024 | 31 | 40 |
| 10-11-2024 | 31 | 58 |
| 09-10-2024 | 31 | 64 |
| 08-10-2024 | 31 | 70 |

### Free Watering Recommendations
Create an irrigation watering schedule that is customized to your landscape using the new county-wide Irrigation Scheduling Tool. Please visit srcity.org/WaterSmartYard.

Water budget is based on weather and current landscape area.

| | |
|---|---|
| Your water budget this month is (thousand gallons): | 5 |
| High water use plants (sq. ft.): | 0 |
| Other plants (sq. ft.): | 2,047 |
| Current Usage (thousand gallons): | 57 |

| | | | |
|---|---|---|---|
| Previous Balance | | | $639.32 |
| Payment 08/01/2025 - Thank you | | | $139.83CR |
| Subtotal | | | $499.49 |

**Current Charges** (thousand gallons)

| | | | |
|---|---|---|---|
| Irrigation Usage Tier 1 | 6.3 @ | $7.33 | $46.18 |
| Irrigation Usage Tier 2 | 50.7 @ | $9.36 | $474.55 |
| 5/8" Irrigation Fixed Charge | | | $15.38 |
| Backflow Program Administration Fee | | | $3.25 |
| Subtotal | | | $539.36 |

**Adjustments**

| | |
|---|---|
| Delinquent Fee | $13.98 |

Total Current Charges (Due by 09/16/2025)

| **Total Balance Due** | **$1,052.83** |
|---|---|

**A past due balance of $499.49 is due now. Please pay immediately** to avoid late fees and to ensure uninterrupted service. No further notice will be issued. If payment has been made, thank you.

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**          Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment
   and Provide Receipt
*LOAD LIKE A GIFT CARD*



**Valid until 10/10/2025**

Â‹62996490

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

Please notify us if any changes are made to the landscape.

| TOTAL DUE: $1,052.83 | DUE DATE: 09/16/2025 |
|---|---|

| Amount Enclosed | |
|---|---|

| | |
|---|---|
| Customer Number: | 0106386 |
| Account Number: | 042724 |
| Cycle Number: | 06 |
| Billing Date: | 08/26/2025 |

☐ Please check box if you have provided any customer information changes on the back of this stub.

CSR0826A *** 2000000115 6/2

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA 95405-0740

**Remit To:**

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042724000105283 2

**Billing Date:**        08/26/2025
**Customer:**        JOSEPH MURPHY CORP
**Billing Period:**        07/11/2025 - 08/11/2025
**Days of Service:**        31 Days

**Customer Number: 0106386**
**Account Number:    042725**

### Free Watering Recommendations
Create an irrigation watering schedule that is customized to your landscape using the new county-wide Irrigation Scheduling Tool. Please visit srcity.org/WaterSmartYard.

### Detail of Charges & Adjustments

| | |
|---|---|
| Previous Balance | $2,326.25 |
| Payment 08/01/2025 - Thank you | $1,047.17CR |
| Subtotal | $1,279.08 |

### Current Charges Summary

| | |
|---|---|
| Domestic Service | $1,075.63 |
| Landscape Irrigation Service | $61.02 |
| Delinquent Fee | $102.41 |

Total Current Charges (Due by 09/16/2025)

| **Total Balance Due** | **$2,518.14** |
|---|---|

**A past due balance of $1,279.08 is due now. Please pay immediately** to avoid late fees and to ensure uninterrupted service. No further notice will be issued. If payment has been made, thank you.

## Service details on following page(s)

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**        Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment
  and Provide Receipt
*LOAD LIKE A GIFT CARD*

 

**Valid until 10/10/2025**

Ā‹62996490

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

| **TOTAL DUE: $2,518.14** | **DUE DATE: 09/16/2025** |
|---|---|
| **Amount Enclosed** | |

**Customer Number:**        0106386
**Account Number:**        042725
**Cycle Number:**        06
**Billing Date:**        08/26/2025

☐ Please check box if you have provided any customer information changes on the back of this stub.

CSR0826A  •••    2000000116 6/3

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA 95405-0740

Remit To:

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042725000251814 5

## UTILITY STATEMENT

| | |
|---|---|
| **Billing Date:** | 08/26/2025 |
| **Customer:** | JOSEPH MURPHY CORP |
| **Billing Period:** | 07/11/2025 - 08/11/2025 |
| **Days of Service:** | 31 Days |

**Customer Number: 0106386**
**Account Number:   042727**

### Free Watering Recommendations
Create an irrigation watering schedule that is customized to your landscape using the new county-wide Irrigation Scheduling Tool. Please visit srcity.org/WaterSmartYard.

### Detail of Charges & Adjustments

| | |
|---|---|
| Previous Balance | $328.45 |
| Payment 08/01/2025 - Thank you | $327.33CR |
| Subtotal | $1.12 |

Current Charges Summary

| | |
|---|---|
| Domestic Service | $307.64 |
| Fireline Service | $46.00 |

Total Current Charges (Due by 09/16/2025)

| **Total Balance Due** | **$354.76** |
|---|---|

## Service details on following page(s)

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**          Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment
   and Provide Receipt
*LOAD LIKE A GIFT CARD*



**Valid until 10/10/2025**

Â‹62996490

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

| TOTAL DUE: $354.76 | DUE DATE: 09/16/2025 |
|---|---|
| **Amount Enclosed** | |

| | |
|---|---|
| **Customer Number:** | 0106386 |
| **Account Number:** | 042727 |
| **Cycle Number:** | 06 |
| **Billing Date:** | 08/26/2025 |

☐ Please check box if you have provided any customer information changes on the back of this stub.

CSR0826A  * * *   2000000118 6/5

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA  95405-0740

Remit To:

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042727000035476 4

UTILITY STATEMENT

6/13

## City of
## Santa Rosa

**Billing Date:** 08/26/2025
**Customer:** JOSEPH MURPHY CORP
**Billing Period:** 07/11/2025 - 08/11/2025
**Days of Service:** 31 Days

**Customer Number:** 0106386
**Account Number:** 042727

### Domestic Service Details

**Usage Information**
Service Address: 1513 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 86598539 | 606 | 08/11/2025 | 602 | 07/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 08-11-2025 | 31 | 4 |
| 07-11-2025 | 30 | 3 |
| 06-11-2025 | 30 | 4 |
| 05-12-2025 | 31 | 4 |
| 04-11-2025 | 30 | 4 |
| 03-12-2025 | 30 | 4 |
| 02-10-2025 | 30 | 3 |
| 01-11-2025 | 30 | 3 |
| 12-12-2024 | 31 | 3 |
| 11-11-2024 | 31 | 4 |
| 10-11-2024 | 31 | 3 |
| 09-10-2024 | 31 | 4 |
| 08-10-2024 | 31 | 3 |

| WATER Consumption | **Current Usage:** 4 thousand gallons |
|---|---|

**Current Charges** (thousand gallons)

| | | | |
|---|---|---|---|
| Water Usage Charge | 4.0 @ | $7.66 | $30.64 |
| 1.5" Water Fixed Charge | | | $69.78 |
| Sewer Usage Charge | 4.0 @ | $16.86 | $67.44 |
| Sewer Fixed  Charge | | | $136.53 |
| Backflow Program Administration Fee | | | $3.25 |
| | **Subtotal** | | **$307.64** |

### Fireline Service Details

**Usage Information**
Service Address: 1513 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 048353 | 0 | 08/11/2025 | 0 | 07/11/2025 |

**Current Charges**

| | |
|---|---|
| Fireline Charge | $41.00 |
| Fireline Backflow Testing Fee | $5.00 |
| **Subtotal** | **$46.00** |

UTILITY STATEMENT

11/13

| | |
|---|---|
| **Billing Date:** | 08/26/2025 |
| **Customer:** | JOSEPH MURPHY CORP |
| **Billing Period:** | 07/11/2025 - 08/11/2025 |
| **Days of Service:** | 31 Days |

**Customer Number: 0106386**
**Account Number:    042736**

**Free Watering Recommendations**
Create an irrigation watering schedule that is customized to your landscape using the new county-wide Irrigation Scheduling Tool. Please visit srcity.org/WaterSmartYard.

### Detail of Charges & Adjustments

| | |
|---|---|
| Previous Balance | $92.74 CR |
| Subtotal | $92.74 CR |

Current Charges Summary

| | |
|---|---|
| Domestic Service | $146.48 |
| Fireline Service | $32.00 |
| Total Current Charges (Due by 09/16/2025) | |

| **Total Balance Due** | **$85.74** |
|---|---|

## Service details on following page(s)

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**       Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment
   and Provide Receipt
**LOAD LIKE A GIFT CARD**

**Valid until 10/10/2025**

Ä‹62996490

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

| **TOTAL DUE: $85.74** | **DUE DATE: 09/16/2025** |
|---|---|

| **Amount Enclosed** | |
|---|---|

| | |
|---|---|
| Customer Number: | 0106386 |
| Account Number: | 042736 |
| Cycle Number: | 06 |
| Billing Date: | 08/26/2025 |

☐ Please check box if you have provided any customer information changes on the back of this stub.

CSR0826A *** 2000000124 6/11

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA 95405-0740

Remit To:

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042736000085748

UTILITY STATEMENT

12/13

**City of
Santa Rosa**

| | |
|---|---|
| Billing Date: | 08/26/2025 |
| Customer: | JOSEPH MURPHY CORP |
| Billing Period: | 07/11/2025 - 08/11/2025 |
| Days of Service: | 31 Days |

Customer Number: 0106386
Account Number:   042736

## Domestic Service Details

**Usage Information**
Service Address: 1591 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 85686046 | 301 | 08/11/2025 | 297 | 07/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 08-11-2025 | 31 | 4 |
| 07-11-2025 | 30 | 3 |
| 06-11-2025 | 30 | 3 |
| 05-12-2025 | 31 | 3 |
| 04-11-2025 | 30 | 4 |
| 03-12-2025 | 30 | 4 |
| 02-10-2025 | 30 | 5 |
| 01-11-2025 | 30 | 4 |
| 12-12-2024 | 31 | 4 |
| 11-11-2024 | 31 | 4 |
| 10-11-2024 | 31 | 4 |
| 09-10-2024 | 31 | 5 |
| 08-10-2024 | 31 | 4 |

| WATER Consumption | **Current Usage:** 4 thousand gallons |
|---|---|

Current Charges           (thousand gallons)

| | | | |
|---|---|---|---|
| Water Usage Charge | 4.0 @ | $7.66 | $30.64 |
| 5/8" Water Fixed Charge | | | $15.38 |
| Sewer Usage Charge | 4.0 @ | $16.86 | $67.44 |
| Sewer Fixed  Charge | | | $29.77 |
| Backflow Program Administration Fee | | | $3.25 |
| | **Subtotal** | | **$146.48** |

## Fireline Service Details

**Usage Information**
Service Address: 1591 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 81667630 | 0 | 08/11/2025 | 0 | 07/11/2025 |

Current Charges

| | |
|---|---|
| Fireline Charge | $32.00 |
| **Subtotal** | **$32.00** |

## UTILITY STATEMENT

| | |
|---|---|
| Billing Date: | 08/26/2025 |
| Customer: | JOSEPH MURPHY CORP |
| Billing Period: | 07/11/2025 - 08/11/2025 |
| Days of Service: | 31 Days |

**Customer Number:** 0106386
**Account Number:** 042734

### Usage Information
Service Address: 1571 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 90272582 | 1,084 | 08/11/2025 | 1,038 | 07/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 08-11-2025 | 31 | 46 |
| 07-11-2025 | 30 | 38 |
| 06-11-2025 | 30 | 31 |
| 05-12-2025 | 31 | 27 |
| 04-11-2025 | 30 | 2 |
| 03-12-2025 | 30 | 6 |
| 02-10-2025 | 30 | 11 |
| 01-11-2025 | 30 | 8 |
| 12-12-2024 | 31 | 10 |
| 11-11-2024 | 31 | 37 |
| 10-11-2024 | 31 | 38 |
| 09-10-2024 | 31 | 77 |
| 08-10-2024 | 31 | 39 |

### Free Watering Recommendations
Create an irrigation watering schedule that is customized to your landscape using the new county-wide Irrigation Scheduling Tool. Please visit srcity.org/WaterSmartYard.

Water budget is based on weather and current landscape area.

| | |
|---|---|
| Your water budget this month is (thousand gallons): | 194 |
| High water use plants (sq. ft.): | 6,232 |
| Other plants (sq. ft.): | 67,016 |
| Current Usage (thousand gallons): | 46 |

| | |
|---|---|
| Previous Balance | $609.21 |
| Payment 08/01/2025 - Thank you | $317.44CR |
| Subtotal | $291.77 |

**Current Charges** (thousand gallons)

| | | | |
|---|---|---|---|
| Irrigation Usage Tier 1 | 46.0 @ | $7.33 | $337.18 |
| 2" Irrigation Fixed Charge | | | $110.58 |
| Backflow Program Administration Fee | | | $3.25 |
| Subtotal | | | $451.01 |

**Adjustments**

| | |
|---|---|
| Delinquent Fee | $21.68 |

Total Current Charges (Due by 09/16/2025)

| **Total Balance Due** | **$764.46** |
|---|---|

A past due balance of $291.77 is due now. Please pay immediately to avoid late fees and to ensure uninterrupted service. No further notice will be issued. If payment has been made, thank you.

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**    Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment and Provide Receipt
**LOAD LIKE A GIFT CARD**

**Valid until 10/10/2025**

Ā‹62996490

Please notify us if any changes are made to the landscape.

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

| TOTAL DUE: $764.46 | DUE DATE: 09/16/2025 |
|---|---|

| Amount Enclosed | |
|---|---|

| | |
|---|---|
| Customer Number: | 0106386 |
| Account Number: | 042734 |
| Cycle Number: | 06 |
| Billing Date: | 08/26/2025 |

Please check box if you have provided any customer information changes on the back of this stub.

CSR0826A *** 2000000126 6/13

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA 95405-0740

Remit To:

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

01063860427340000764468

UTILITY STATEMENT

| | |
|---|---|
| Billing Date: | 09/25/2025 |
| Customer: | JOSEPH MURPHY CORP |
| Billing Period: | 08/11/2025 - 09/10/2025 |
| Days of Service: | 30 Days |

**Customer Number: 0106386**
**Account Number:  042734**

### Usage Information

Service Address: 1571 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 90272582 | 1,133 | 09/10/2025 | 1,084 | 08/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 09-10-2025 | 30 | 49 |
| 08-11-2025 | 31 | 46 |
| 07-11-2025 | 30 | 38 |
| 06-11-2025 | 30 | 31 |
| 05-12-2025 | 31 | 27 |
| 04-11-2025 | 30 | 2 |
| 03-12-2025 | 30 | 6 |
| 02-10-2025 | 30 | 11 |
| 01-11-2025 | 30 | 8 |
| 12-12-2024 | 31 | 10 |
| 11-11-2024 | 31 | 37 |
| 10-11-2024 | 31 | 38 |
| 09-10-2024 | 31 | 77 |

### Free Watering Recommendations

Create an irrigation watering schedule that is customized to your landscape using the new county-wide Irrigation Scheduling Tool. Please visit srcity.org/WaterSmartYard.

Water budget is based on weather and current landscape area.

| | |
|---|---|
| Your water budget this month is (thousand gallons): | 178 |
| High water use plants (sq. ft.): | 6,232 |
| Other plants (sq. ft.): | 67,016 |
| Current Usage (thousand gallons): | 49 |

| | |
|---|---|
| Previous Balance | $764.46 |
| Payment 09/02/2025 - Thank you | $392.37 CR |
| Subtotal | $372.09 |

#### Current Charges        (thousand gallons)

| | | | |
|---|---|---|---|
| Irrigation Usage Tier 1 | 49.0 @ | $7.33 | $359.17 |
| 2" Irrigation Fixed Charge | | | $110.58 |
| Backflow Program Administration Fee | | | $3.25 |
| Subtotal | | | $473.00 |

Total Current Charges (Due by 10/16/2025)

## Total Balance Due                $845.09

**A past due balance of $372.09 is due now. Please pay immediately** to avoid late fees and to ensure uninterrupted service. No further notice will be issued. If payment has been made, thank you.

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment and Provide Receipt

Associate Issue? 7-Eleven Support: 888-714-0004

**LOAD LIKE A GIFT CARD**



**Valid until 11/9/2025**

Â‹62996490

Please notify us if any changes are made to the landscape.

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

| TOTAL DUE: $845.09 | DUE DATE: 10/16/2025 |
|---|---|

| Amount Enclosed | |
|---|---|

| | |
|---|---|
| Customer Number: | 0106386 |
| Account Number: | 042734 |
| Cycle Number: | 06 |
| Billing Date: | 09/25/2025 |

Please check box if you have provided any customer information changes on the back of this stub.

CSR0925B  •••   2000000117 6/2

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA  95405-0740

Remit To:

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042734000084509 3

UTILITY STATEMENT

| | |
|---|---|
| **Billing Date:** | 09/25/2025 |
| **Customer:** | JOSEPH MURPHY CORP |
| **Billing Period:** | 08/11/2025 - 09/10/2025 |
| **Days of Service:** | 30 Days |

**Customer Number: 0106386**
**Account Number:    042724**

## Usage Information
Service Address: 1503 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 82085721 | 2,958 | 09/10/2025 | 2,897 | 08/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 09-10-2025 | 30 | 61 |
| 08-11-2025 | 31 | 57 |
| 07-11-2025 | 30 | 53 |
| 06-11-2025 | 30 | 18 |
| 05-12-2025 | 31 | 7 |
| 04-11-2025 | 30 | 1 |
| 03-12-2025 | 30 | 0 |
| 02-10-2025 | 30 | 2 |
| 01-11-2025 | 30 | 10 |
| 12-12-2024 | 31 | 14 |
| 11-11-2024 | 31 | 40 |
| 10-11-2024 | 31 | 58 |
| 09-10-2024 | 31 | 64 |

### Free Watering Recommendations
Create an irrigation watering schedule that is customized to your landscape using the new county-wide Irrigation Scheduling Tool. Please visit srcity.org/WaterSmartYard.

Water budget is based on weather and current landscape area.

| | |
|---|---|
| Your water budget this month is (thousand gallons): | 5 |
| High water use plants (sq. ft.): | 0 |
| Other plants (sq. ft.): | 2,047 |
| Current Usage (thousand gallons): | 61 |

| | |
|---|---|
| Previous Balance | $1,052.83 |
| Payment 09/02/2025 - Thank you | $499.49 CR |
| Subtotal | $553.34 |

**Current Charges** (thousand gallons)

| | | | |
|---|---|---|---|
| Irrigation Usage Tier 1 | 6.3 @ | $7.33 | $46.18 |
| Irrigation Usage Tier 2 | 54.7 @ | $9.36 | $511.99 |
| 5/8" Irrigation Fixed Charge | | | $15.38 |
| Backflow Program Administration Fee | | | $3.25 |
| Subtotal | | | $576.80 |

**Adjustments**

| | |
|---|---|
| Delinquent Fee | $1.40 |

Total Current Charges (Due by 10/16/2025)

## Total Balance Due          $1,131.54

A past due balance of $553.34 is due now. **Please pay immediately** to avoid late fees and to ensure uninterrupted service. No further notice will be issued. If payment has been made, thank you.

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**      Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment and Provide Receipt
**LOAD LIKE A GIFT CARD**

**Valid until 11/9/2025**

Â‹62996490

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

Please notify us if any changes are made to the landscape.

| TOTAL DUE: $1,131.54 | DUE DATE: 10/16/2025 |
|---|---|

| Amount Enclosed | |
|---|---|

| | |
|---|---|
| **Customer Number:** | 0106386 |
| **Account Number:** | 042724 |
| **Cycle Number:** | 06 |
| **Billing Date:** | 09/25/2025 |

☐ Please check box if you have provided any customer information changes on the back of this stub.

CSR0925B *** 2000000118 6/3

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA 95405-0740

Remit To:

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042724000113154 5

UTILITY STATEMENT

| | |
|---|---|
| **Billing Date:** | 09/25/2025 |
| **Customer:** | JOSEPH MURPHY CORP |
| **Billing Period:** | 08/11/2025 - 09/10/2025 |
| **Days of Service:** | 30 Days |

**Customer Number: 0106386**
**Account Number:   042725**

### Free Watering Recommendations
Create an irrigation watering schedule that is customized to your landscape using the new county-wide Irrigation Scheduling Tool. Please visit srcity.org/WaterSmartYard.

## Detail of Charges & Adjustments

| | |
|---|---|
| Previous Balance | $2,518.14 |
| Payment 09/02/2025 - Thank you | $1,112.93 CR |
| Subtotal | $1,405.21 |

### Current Charges Summary

| | |
|---|---|
| Domestic Service | $1,075.63 |
| Landscape Irrigation Service | $53.69 |
| Delinquent Fee | $26.86 |

Total Current Charges (Due by 10/16/2025)

| **Total Balance Due** | **$2,561.39** |
|---|---|

A past due balance of $1,405.21 is due now.  **Please pay immediately** to avoid late fees and to ensure uninterrupted service. No further notice will be issued. If payment has been made, thank you.

## Service details on following page(s)

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**        Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment
   and Provide Receipt
*LOAD LIKE A GIFT CARD*

**Valid until 11/9/2025**

Ä‹62996490

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

| **TOTAL DUE: $2,561.39** | **DUE DATE: 10/16/2025** |
|---|---|
| **Amount Enclosed** | |

| | |
|---|---|
| **Customer Number:** | 0106386 |
| **Account Number:** | 042725 |
| **Cycle Number:** | 06 |
| **Billing Date:** | 09/25/2025 |

Please check box if you have provided any customer information changes on the back of this stub.

CSR0925B * * *    2000000119 6/4

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA  95405-0740

Remit To:

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042725000256139 2

**UTILITY STATEMENT**

| | |
|---|---|
| **Billing Date:** | 09/25/2025 |
| **Customer:** | JOSEPH MURPHY CORP |
| **Billing Period:** | 08/11/2025 - 09/10/2025 |
| **Days of Service:** | 30 Days |

| | |
|---|---|
| **Customer Number:** | 0106386 |
| **Account Number:** | 042727 |

### Free Watering Recommendations

Create an irrigation watering schedule that is customized to your landscape using the new county-wide Irrigation Scheduling Tool. Please visit srcity.org/WaterSmartYard.

## Detail of Charges & Adjustments

| | |
|---|---|
| Previous Balance | $354.76 |
| Payment 09/02/2025 - Thank you | $328.45 CR |
| Subtotal | $26.31 |

### Current Charges Summary

| | |
|---|---|
| Domestic Service | $283.12 |
| Fireline Service | $46.00 |

Total Current Charges (Due by 10/16/2025)

| **Total Balance Due** | **$355.43** |
|---|---|

**A past due balance of $26.31 is due now.  Please pay immediately** to avoid late fees and to ensure uninterrupted service. No further notice will be issued. If payment has been made, thank you.

## Service details on following page(s)

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**     Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment and Provide Receipt

**LOAD LIKE A GIFT CARD**

**Valid until 11/9/2025**



Ä‹62996490

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

| **TOTAL DUE: $355.43** | **DUE DATE: 10/16/2025** |
|---|---|
| **Amount Enclosed** | |

| | |
|---|---|
| **Customer Number:** | 0106386 |
| **Account Number:** | 042727 |
| **Cycle Number:** | 06 |
| **Billing Date:** | 09/25/2025 |

☐ Please check box if you have provided any customer information changes on the back of this stub.

CSR0925B  * * *    2000000121  6/6

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA  95405-0740

Remit To:

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042727000035543 1

**Billing Date:** 09/25/2025

**Customer:** JOSEPH MURPHY CORP

**Billing Period:** 08/11/2025 - 09/10/2025

**Days of Service:** 30 Days

**City of
Santa Rosa**

| Customer Number: | 0106386 |
|---|---|
| Account Number: | 042727 |

## Domestic Service Details

**Usage Information**

Service Address: 1513 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 86598539 | 609 | 09/10/2025 | 606 | 08/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 09-10-2025 | 30 | 3 |
| 08-11-2025 | 31 | 4 |
| 07-11-2025 | 30 | 3 |
| 06-11-2025 | 30 | 4 |
| 05-12-2025 | 31 | 4 |
| 04-11-2025 | 30 | 4 |
| 03-12-2025 | 30 | 4 |
| 02-10-2025 | 30 | 3 |
| 01-11-2025 | 30 | 3 |
| 12-12-2024 | 31 | 3 |
| 11-11-2024 | 31 | 4 |
| 10-11-2024 | 31 | 3 |
| 09-10-2024 | 31 | 4 |

| WATER Consumption | Current Usage: 3 thousand gallons |
|---|---|

**Current Charges**   (thousand gallons)

| | | | |
|---|---|---|---|
| Water Usage Charge | 3.0 @ | $7.66 | $22.98 |
| 1.5" Water Fixed Charge | | | $69.78 |
| Sewer Usage Charge | 3.0 @ | $16.86 | $50.58 |
| Sewer Fixed  Charge | | | $136.53 |
| Backflow Program Administration Fee | | | $3.25 |
| | | **Subtotal** | **$283.12** |

## Fireline Service Details

**Usage Information**

Service Address: 1513 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 048353 | 0 | 09/10/2025 | 0 | 08/11/2025 |

**Current Charges**

| | |
|---|---|
| Fireline Charge | $41.00 |
| Fireline Backflow Testing Fee | $5.00 |
| **Subtotal** | **$46.00** |

UTILITY STATEMENT

**Billing Date:** 09/25/2025

**Customer:** JOSEPH MURPHY CORP

**Billing Period:** 08/11/2025 - 09/10/2025

**Days of Service:** 30 Days

Customer Number: 0106386

Account Number: 043736

UTILITY STATEMENT

| | |
|---|---|
| Billing Date: | 09/25/2025 |
| Customer: | JOSEPH MURPHY CORP |
| Billing Period: | 08/11/2025 - 09/10/2025 |
| Days of Service: | 30 Days |

**Customer Number: 0106386**
**Account Number:    042736**

### Free Watering Recommendations
Create an irrigation watering schedule that is customized to your landscape using the new county-wide Irrigation Scheduling Tool. Please visit srcity.org/WaterSmartYard.

## Detail of Charges & Adjustments

| | |
|---|---|
| Previous Balance | $85.74 |
| Subtotal | $85.74 |

### Current Charges Summary

| | |
|---|---|
| Domestic Service | $146.48 |
| Fireline Service | $32.00 |

Total Current Charges (Due by 10/16/2025)

| **Total Balance Due** | **$264.22** |
|---|---|

A past due balance of $85.74 is due now.  Please pay immediately to avoid late fees and to ensure uninterrupted service. No further notice will be issued. If payment has been made, thank you.

## Service details on following page(s)

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**          Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment
   and Provide Receipt
**LOAD LIKE A GIFT CARD**



**Valid until 11/9/2025**

Â‹62996490

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

| TOTAL DUE: $264.22 | DUE DATE: 10/16/2025 |
|---|---|
| **Amount Enclosed** | |

| | |
|---|---|
| **Customer Number:** | 0106386 |
| **Account Number:** | 042736 |
| **Cycle Number:** | 06 |
| **Billing Date:** | 09/25/2025 |

☐ Please check box if you have provided any customer information changes on the back of this stub.

CSR0925B  ***    2000000127 6/12

JOSEPH MURPHY CORP
PO BOX 2740
SANTA ROSA CA  95405-0740

Remit To:

CITY OF SANTA ROSA
P.O. BOX 1658
SANTA ROSA, CA 95402-1658

0106386042736000264228

**City of Santa Rosa**

UTILITY STATEMENT

| | |
|---|---|
| Billing Date: | 09/25/2025 |
| Customer: | JOSEPH MURPHY CORP |
| Billing Period: | 08/11/2025 - 09/10/2025 |
| Days of Service: | 30 Days |

Customer Number: 0106386
Account Number:   042736

## Domestic Service Details

**Usage Information**
Service Address: 1591 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 85686046 | 305 | 09/10/2025 | 301 | 08/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 09-10-2025 | 30 | 4 |
| 08-11-2025 | 31 | 4 |
| 07-11-2025 | 30 | 3 |
| 06-11-2025 | 30 | 3 |
| 05-12-2025 | 31 | 3 |
| 04-11-2025 | 30 | 4 |
| 03-12-2025 | 30 | 4 |
| 02-10-2025 | 30 | 5 |
| 01-11-2025 | 30 | 4 |
| 12-12-2024 | 31 | 4 |
| 11-11-2024 | 31 | 4 |
| 10-11-2024 | 31 | 4 |
| 09-10-2024 | 31 | 5 |

| WATER Consumption | Current Usage: 4 thousand gallons |
|---|---|

Current Charges                    (thousand gallons)

| | | | |
|---|---|---|---|
| Water Usage Charge | 4.0 @ | $7.66 | $30.64 |
| 5/8" Water Fixed Charge | | | $15.38 |
| Sewer Usage Charge | 4.0 @ | $16.86 | $67.44 |
| Sewer Fixed  Charge | | | $29.77 |
| Backflow Program Administration Fee | | | $3.25 |
| **Subtotal** | | | **$146.48** |

## Fireline Service Details

**Usage Information**
Service Address: 1591 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 81667630 | 0 | 09/10/2025 | 0 | 08/11/2025 |

Current Charges

| | |
|---|---|
| Fireline Charge | $32.00 |
| **Subtotal** | **$32.00** |

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2998683187-2
Statement Date:   07/01/2025
**Due Date:       07/18/2025**

## Service For:

JOSEPH MURPHY CORP
1573 FARMERS LN
SANTA ROSA, CA  95405

## Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $60.08 |
| Payment(s) Received Since Last Statement | -129.30 |
| Outstanding Credit Balance | -$69.22 |
| Current PG&E Electric Delivery Charges | $71.95 |
| Sonoma Clean Power Electric Generation Charges | 16.27 |
| **Total Amount Due** by 07/18/2025 | **$19.00** |



**Electric Monthly Billing History**                    Daily Usage Comparison

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.



**Electric Usage This Period: 136.304000 kWh, 33 billing days**

----- = Average Daily Usage 4.13

| | Usage | Energy Charges |
|---|---|---:|
| Peak[1] | 21.74% | $14.54 |
| Part Peak[2] | 12.42% | $7.80 |
| Off Peak[3] | 59.75% | $35.40 |
| Super Off Peak[4] | 6.09% | $3.34 |

[1]Peak: Year-round, Daily, 4:00pm-9:00pm
[2]Part Peak: Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]Off Peak: Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
   Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
   Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]Super Off Peak: Winter, Daily, 3/1-5/31, 9:00am-2:00pm



Visit www.pge.com/MyEnergy for a detailed bill comparison.

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 7095515498-7

**Statement Date:** 07/01/2025

**Due Date:** **07/18/2025**

## Service For:

JOSEPH MURPHY CORP
Please see details page.

## Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Your Enrolled Programs

Peak Day Pricing Plan

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $2,428.07 |
| Payment(s) Received Since Last Statement | -2,428.07 |
| Previous Unpaid Balance | $0.00 |
| Current Electric Charges | $1,423.16 |

**Total Amount Due** by 07/18/2025     **$1,423.16**



Electric Monthly Billing History

Visit www.pge.com/MyEnergy for a detailed bill comparison



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2986608187-2

**Statement Date:** 07/31/2025

**Due Date:** **08/18/2025**

## Service For:

JOSEPH MURPHY CORP
1573 FARMERS LN
SANTA ROSA, CA 95405

## Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $19.00 |
| Payment(s) Received Since Last Statement | 0.00 |
| Previous Unpaid Balance | $19.00 |
| Current PG&E Electric Delivery Charges | $68.26 |
| Sonoma Clean Power Electric Generation Charges | 16.17 |

**Total Amount Due** by 08/18/2025     **$103.43**



**Electric Monthly Billing History**     Daily Usage Comparison

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Call 811 before you dig. A common cause of pipeline accidents is damage from digging. If you plan on doing any digging, such as planting a tree or installing a fence, please call 811 at least two working days before you dig. One free call will notify underground utilities to mark the location of underground lines, helping you to plan a safe project.



**Electric Usage This Period: 130.411500 kWh, 30 billing days**

----- = Average Daily Usage 4.35

| | Usage | Energy Charges |
|---|---:|---:|
| Peak[1] | 21.12% | $14.06 |
| Part Peak[2] | 17.76% | $10.68 |
| Off Peak[3] | 61.12% | $35.11 |
| Super Off Peak[4] | 0.00% | $0.00 |

[1]Peak: Year-round, Daily, 4:00pm-9:00pm
[2]Part Peak: Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]Off Peak: Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
    Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
    Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]Super Off Peak: Winter, Daily, 3/1-5/31, 9:00am-2:00pm



Visit www.pge.com/MyEnergy for a detailed bill comparison.

Page 3 of 5

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 7095515498-7

| | |
|---|---|
| Statement Date: | 07/31/2025 |
| **Due Date:** | **08/18/2025** |

## Service For:

JOSEPH MURPHY CORP
Please see details page.

## Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Your Enrolled Programs

Peak Day Pricing Plan

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $1,423.16 |
| Payment(s) Received Since Last Statement | 0.00 |
| Previous Unpaid Balance | $1,423.16 |
| Current Electric Charges | $1,377.97 |
| **Total Amount Due** by 08/18/2025 | **$2,801.13** |



**Electric Monthly Billing History**

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Call 811 before you dig. A common cause of pipeline accidents is damage from digging. If you plan on doing any digging, such as planting a tree or installing a fence, please call 811 at least two working days before you dig. One free call will notify underground utilities to mark the location of underground lines, helping you to plan a safe project.

 Visit www.pge.com/MyEnergy for a detailed bill comparison.



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2998683187-2
Statement Date:   08/29/2025
**Due Date:**   **09/15/2025**

## Service For:

JOSEPH MURPHY CORP
1573 FARMERS LN
SANTA ROSA, CA 95405

## Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $103.43 |
| Payment(s) Received Since Last Statement | -19.00 |
| Previous Unpaid Balance | $84.43 |
| Current PG&E Electric Delivery Charges | $70.32 |
| Sonoma Clean Power Electric Generation Charges | 16.55 |
| **Total Amount Due** by 09/15/2025 | **$171.30** |



Electric Monthly Billing History — Daily Usage Comparison

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

# ENERGY STATEMENT

www.pge.com/MyEnergy

Statement Date: 08/29/2025
**Due Date:** **09/15/2025**

## Service For:

JOSEPH MURPHY CORP
Please see details page.

## Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Your Enrolled Programs

Peak Day Pricing Plan

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $2,801.13 |
| Payment(s) Received Since Last Statement | -1,423.16 |
| Previous Unpaid Balance | $1,377.97 |
| Current Electric Charges | $1,388.65 |

| | |
|---|---|
| **Total Amount Due** by 09/15/2025 | **$2,766.62** |



**Electric Monthly Billing History**

Visit www.pge.com/MyEnergy for a detailed bill comparison



Visit www.pge.com/MyEnergy for a detailed bill comparison.

Page 3 of 8



# LANDESIGN
CONSTRUCTION & MAINTENANCE, INC.
P.O. Box 2326 · Santa Rosa, CA 95403

## *Invoice*

| DATE | INVOICE # | TOTAL |
|------|-----------|-------|
| 8/15/2025 | 38418 | $135.06 |

| BILL TO |
|---------|
| JMC |
| PO Box 2740 |
| Santa Rosa, CA 95404 |

| PROJECT LOCATION |
|------------------|
| Farmer's Lane Plaza |
| 1437 Farmers Lane |
| Santa Rosa, CA 95405 |

| Rep | P.O. NO. | TERMS |
|-----|----------|-------|
| Stacy Dedrick | | Net 10 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|

#28739 - T&M Irrigation Repairs

*Irrigation Leak(s)*

Irrigation repair was reported and approved by the account manager

Repaired two leaks in the irrigation drip line tubing south to AAA insurance building.

- Repaired ( 2 ) damaged drip line tubing
- Conducted a final inspection to ensure proper functionality and check the general area for additional issues to report



*Office Line 707-578-2657        Office Fax 707-578-2658*

**Starting April 1, 2025, we will be charging a 3% fee for credit card payments.**



# LANDESIGN
### CONSTRUCTION & MAINTENANCE. INC.
P.O. Box 2326 • Santa Rosa, CA 95405

## *Invoice*

| DATE | INVOICE # |
|---|---|
| 8/15/2025 | 38423 |

| BILL TO |
|---|
| JMC |
| PO Box 2740 |
| Santa Rosa, CA 95404 |

| PROJECT LOCATION |
|---|
| Farmer's Lane Plaza |
| 1437 Farmers Lane |
| Santa Rosa, CA 95405 |

| Rep | P.O. NO. | TERMS |
|---|---|---|
| Stacy Dedrick | | Net 10 |

| Description | Amount |
|---|---|
| | $945.00 |

#28743 - Install Large Boulder AAA entrance



To Install 3'x3'x3 large

*Office Line 707-578-2657        Office Fax 707-578-2658*

**Starting April 1, 2025, we will be charging a 3% fee for credit card payments.**

**Jose Aparicio Reyes**

# INVOICE

7328 Circle Drive
Rohnert Park, CA  94928
707-889-8687

INVOICE # 350F
DATE: AUGUST 31, 2025

**TO:**
**FARMERS LANE PLAZA**

| DESCRIPTION | TOTAL |
|---|---|
| Asphalt patchwork | 3,200.00 |
| i | |
| Materials/Rental: | |
| SUBTOTAL | 3,200.00 |
| DUMP FEES/MATERIALS | |
| TOTAL DUE | $3,200.00 |

Make all checks payable to Jose Aparicio Reyes

**THANK YOU FOR YOUR BUSINESS!**

**Jose Aparicio Reyes**

# INVOICE

7328 Circle Drive
Rohnert Park, CA  94928
707-889-8687

INVOICE # 356F
DATE: SEPTEMBER 15, 2025

**TO:**
**FARMERS LANE PLAZA**

| DESCRIPTION | TOTAL |
|---|---|
| Tree Trimming | |
| Graffiti Removal | 2,729.10 |
| | |
| | |
| | |
| Materials/Rental:  Dump Fee | 91.00 |
| | |
| **SUBTOTAL** | |
| DUMP FEES/MATERIALS | |
| TOTAL DUE | $2,820.10 |

Make all checks payable to Jose Aparicio Reyes

**THANK YOU FOR YOUR BUSINESS!**

**Jose Aparicio Reyes**

# INVOICE

7328 Circle Drive
Rohnert Park, CA 94928
707-889-8687

INVOICE # 358F
DATE: SEPTEMBER 30, 2025

**TO:**
**FARMERS LANE PLAZA**

| DESCRIPTION | TOTAL |
|---|---|
| Gutter and Roof Cleaning | |
| | 1,428.00 |
| | |
| | |
| | |
| Materials/Rental: | |

| | |
|---|---|
| SUBTOTAL | |
| DUMP FEES/MATERIALS | |
| TOTAL DUE | $1,428.00 |

Make all checks payable to Jose Aparicio Reyes

**THANK YOU FOR YOUR BUSINESS!**

# Invoice

**Stripe N Seal, Inc.**
PO Box 7347
Santa Rosa, CA 95407-0347
**Phone:** (707) 528-3377
**Fax:** (707) 544-7149

| Invoice Number |
| --- |
| 43619 |
| **Invoice Date** |
| 9/30/2025 |
| **Customer Number** |
| 496 |

**Bill To:** Joseph Murphy Corporation
P.O. Box 2740

Santa Rosa, CA 95405

**Re:** Farmers Lane Plaza
1533 Farmers Lane

Santa Rosa, CA 95405

| Job No | Customer Job No | Purchase Order No | Terms | Due Date |
| --- | --- | --- | --- | --- |
| D25226 | | | Due Upon Receipt | 9/30/2025 |

| Description | |
| --- | --- |
| Date — Item Description | Current Billing |
| Striping and Stencil Repainting (50% of $12,380 Contract Amount) | 6,190.00 |

| | | |
| --- | --- | --- |
| Original Contract | $ | 12,380.00 |
| Change Orders | $ | 0.00 |
| Revised Contract Amt | $ | 12,380.00 |
| % Completed to Date | | 50.00 % |
| Work Completed to Date | $ | 6,190.00 |
| Less Previously Billed | $ | 0.00 |
| Current Billing | $ | 6,190.00 |
| Current Invoice Retention | $ | 0.00 |
| **Total Due this Invoice** | **$** | **6,190.00** |

*If you have any issues or concerns with your project, please contact us directly so that we can work to address them.*

967897

**Statement**

DATE July 23, 2025    TERMS

TO Joseph Murphy, Co.,
P.O. Box 20740
S.R., CA 95405-0740

IN ACCOUNT WITH

SANTA ROSA POWER SWEEPING
300 DUER ROAD
SEBASTOPOL, CALIFORNIA 95472
(707) 693-8462

Farmers Lane Plaza
Santa Rosa, CA

Haul off and dispose
of a bed spring,
construction waste,
#10 cans and garbage.

Work completed 7-18-2025

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT |
|---------|--------------|--------------|--------------|
|         |              |              | $140.       |



986517

**Statement**

DATE: Aug. 26, 2025

TERMS

TO

Joseph Murphy, Co.
P.O. Box 2740
S.R., CA 95405-0740

IN ACCOUNT WITH

SANTA ROSA POWER SWEEPING
600 DUER ROAD
SEBASTOPOL, CALIFORNIA 95472
(707) 695-8462

Farmers Lane Plaza
Santa Rosa, CA

Work Completed 8-21-25

Removal and dispose of
2 mattresses from
Mobility Masters dump-
ster enclosure.

Labor $ 80.—
2 mattresses @ $49. each
disposal fee 98.—

TOTAL AMOUNT $ 178.—

**VANGUARD ALARM INC.**

**Invoice**

**P.O. Box 9388**
**Santa Rosa, CA 95405**
**707-527-8877**

| BILL TO | SHIP TO |
|---|---|
| JMC | Zen Dental Group |
| PO Box 2740 | 1591 Farmers Lane |
| Santa Rosa, CA 95405 | Santa Rosa, CA 95405-7525 |
| | L10 2421 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 23781 | 07/01/2025 | $195.00 | 07/31/2025 | Net 30 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Central Station Monitoring Service | 3 | 40.00 | 120.00 |
| Monthly cellular service | 3 | 25.00 | 75.00 |
| July, August & September 2025 | | | |

| | |
|---|---|
| SUBTOTAL | 195.00 |
| TAX | 0.00 |
| TOTAL | 195.00 |
| BALANCE DUE | **$195.00** |

Pay invoice

For any Invoice/Billing questions please contact: Jessica@VanguardAlarm.com
Please include the invoice # on your check.

Thank you for your business!
CA Licenses: 616061 (C-10), ACO 2722

**SOCO PRIVATE SECURITY**
P.O. BOX 3483
SANTA ROSA, CA, 95402

## Invoice Statement

| STATEMENT DATE | 07/16/25 |
|---|---|

Transactions: 06/01/25 to 07/16/25

**CUSTOMER**

Traci Vyenielo
Joseph Murphy Corporation
P.O. Box 2740
Santa Rosa, CA 95405

| | | | CUSTOMER NO. | 707126 |
|---|---|---|---|---|

| Invoice No. | Date | Description | Amount | Invoice Balance |
|---|---|---|---|---|
| 3496 | 07/01/25 | Invoice for Farmers Lane Plaza | 2,525.00 | |
| | 07/14/25 | Payment Applied - Check 9005 | (2,286.66) | 238.34 |
| 3539 | 07/07/25 | Invoice for Farmers Lane Plaza | 1,560.00 | 1,560.00 |

MESSAGE:

| THIS IS A STATEMENT OF YOUR ACCOUNT | PAGE | 1 | OF | 1 | TOTAL | $1,798.34 |
|---|---|---|---|---|---|---|

**Past Due**

| Current | 0.00 | 1-30 Days | 1,798.34 | 31-60 Days | 0.00 | 61-90 Days | 0.00 | Over 90 Days | 0.00 |
|---|---|---|---|---|---|---|---|---|---|

▼   TO ENSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT   ▼

**ATTENTION:**

Traci Vyenielo
Joseph Murphy Corporation
P.O. Box 2740
Santa Rosa, CA 95405

| Customer No. | 707126 |
|---|---|
| Statement Date | 07/16/25 |
| Amount Due | $1,798.34 |
| Pending | |
| Amount Remitted | |

**PLEASE SEND REMITTANCE TO:**

SOCO PRIVATE SECURITY
P.O. BOX 3483
SANTA ROSA, CA 95402

SOCO PRIVATE SECURITY
P.O. BOX 3483
SANTA ROSA, CA, 95402

| INVOICE NO. | 3583 |
|---|---|
| DATE | 08/01/25 |

**CUSTOMER**

Traci Vyenielo
Joseph Murphy Corporation
P.O. Box 2740
Santa Rosa, CA 95405

**SERVICE LOCATION**

Farmers Lane Plaza
1501 Farmers Ln
Santa Rosa, CA 95405-7525

| TERMS: Due Upon Receipt | CUSTOMER NO. 707126 | JOB NO. 707126 | P.O. NO. |
|---|---|---|---|

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| Monthly Vehicle Patrol Billing 08/01/2025 through 08/31/2025 | | | | |
| Nightime SmartPatrol Services | 3.00 | each | 550.00 | 1,650.00 |
| Daytime SmartPatrol Services | 1.00 | each | 550.00 | 550.00 |
| Fuel Surcharge | 4.00 | 1 | 25.00 | 100.00 |

Please remit payment to: SOCO PRIVATE SECURITY P.O. BOX 3483 SANTA ROSA, CA 95402

| Thank you for your business! | Sub-Total | 2,300.00 |
|---|---|---|
| | Sales Tax | |
| | TOTAL($) | $2,300.00 |

PAGE 1 OF 1



# LANDESIGN
### CONSTRUCTION & MAINTENANCE, INC.

*Invoice*

| DATE | INVOICE # |
|------|-----------|
| 7/1/2025 | 37845 |

**BILL TO**

JMC
PO Box 2740
Santa Rosa, CA 95404

**PROJECT LOCATION**

Farmer's Lane Plaza
1437 Farmers Lane
Santa Rosa, CA 95405

| Account Manager | P.O. NO. | TERMS |
|-----------------|----------|-------|
| Stacy Dedrick | | Net 10 |

| Description | Amount |
|-------------|--------|
| #26795 - 2025 Maintenance Contract - July 2025 | $1,912.00 |

| | Total | $1,912.00 |

*Office Line 707-578-2657      Office Fax 707-578-2658*

As a part of routine maintenance, Landesign may make frequent spot-spray applications of pesticides. This statement shall serve as notification to the client/owner/property manager of spot-spray applications. We use State of California approved pesticides only and follow safe application practices. If you have specific questions about your individual property, please contact your Account Manager.

**Starting April 1, 2025, we will be charging a 3% fee for credit card payments.**



## LANDESIGN
### CONSTRUCTION & MAINTENANCE, INC.
PO Box 2526 · Santa Rosa, CA 95405

*Invoice*

| DATE | INVOICE # |
|------|-----------|
| 8/1/2025 | 38281 |

| BILL TO |
|---------|
| JMC |
| PO Box 2740 |
| Santa Rosa, CA 95404 |

| PROJECT LOCATION |
|------------------|
| Farmer's Lane Plaza |
| 1437 Farmers Lane |
| Santa Rosa, CA 95405 |

| Account Manager | P.O. NO. | TERMS |
|-----------------|----------|-------|
| Stacy Dedrick | | Net 10 |

| Description | Amount |
|-------------|--------|
| #26795 - 2025 Maintenance Contract - August 2025 | $1,912.00 |

| | Total | $1,912.00 |

*Office Line 707-578-2657      Office Fax 707-578-2658*

As a part of routine maintenance, Landesign may make frequent spot-spray applications of pesticides. This statement shall serve as notification to the client/owner/property manager of spot-spray applications. We use State of California approved pesticides only and follow safe application practices. If you have specific questions about your individual property, please contact your Account Manager.

**Starting April 1, 2025, we will be charging a 3% fee for credit card payments.**

967872

**Statement**

DATE: July 9, 2025

TERMS:

TO: Joseph Murphy, Co.
P.O. Box 2740
S.R., CA 95405-0740

IN ACCOUNT WITH

SANTA ROSA POWER SWEEPING
600 DUER ROAD
SEBASTOPOL. CALIFORNIA 95472
(707) 695-8462

Farmerslane Plaza
Santa Rosa, CA

Power wash all sidewalks
with hot water

Wed. 21st May    Mon 26th May
Tues. 27th May   Mon 2nd June
Wed. 4th June    Fri 6th June
Mon 9th June

30.5 hrs. x $60 = $1,830.

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT |
|---------|--------------|--------------|--------------|
|         |              |              | $1,830.–     |

adams· DC5812                                      01-11

967873

**Statement**

| DATE | July 15, 2025 | TERMS | |

TO

Joseph Murphy, Co.
P.O. Box 2740
S.R., CA 95405-0740

IN ACCOUNT WITH

SANTA ROSA POWER SWEEPING
600 DUER ROAD
SEBASTOPOL, CALIFORNIA 95472
(707) 695-8462

Farmers Lane Plaza
Santa Rosa, CA

Parking lot cleaning
for July 2025

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 2,515.50 |

adams DC5812    01-11

986502

**Statement**

DATE Aug. 15, 2025       TERMS

TO Joseph Murphy, Co.
P.O Box 2740
S.R., CA 95405-0740

IN ACCOUNT WITH
SANTA ROSA POWER SWEEPING
600 DUER ROAD
SEBASTOPOL. CALIFORNIA 95472
(707) 695-8462

Farmers Lane Plaza
Santa Rosa, CA

Parking lot cleaning
for August 2025

TOTAL AMOUNT $2,515.50

# INVOICE

**Skiles Pest Elimination, Inc.**
6577 Joyce Ct
Rohnert Park, CA 94928

skilesteam5@gmail.com
+1 (707) 696-7438



**Bill to**
JMC

**Ship to**
JMC

**Invoice details**

Invoice no.: 5004
Invoice date: 07/04/2025
Due date: 08/03/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Pest Services** | Service perimeter of property. | 1 | $115.00 | $115.00 |
| 2. | | **Cleaned, filled & dated bait stations** | | | $0.00 | $0.00 |
| 3. | | **Contrac CA 12455-151** | 13 oz | 13 | S0.00 | $0.00 |

| | | |
|---|---|---|
| | Total | **$115.00** |

**Note to customer**

We appreciate your business.

## INVOICE

**Skiles Pest Elimination, Inc.**
6577 Joyce Ct
Rohnert Park, CA 94928

skilesteam5@gmail.com
+1 (707) 696-7438



**Bill to**
JMC

**Ship to**
JMC

### Invoice details

Invoice no.: 5121
Invoice date: 08/08/2025
Due date: 09/07/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **Pest Services** | Service perimeter of property. | 1 | $115.00 | $115.00 |
| 2. | | **Cleaned, filled & dated bait stations** | | | $0.00 | $0.00 |
| 3. | | **Contrac CA 12455-151** | 16 oz | 16 | $0.00 | $0.00 |

| | | |
|---|---|---|
| | Total | **$115.00** |

Note to customer

We appreciate your business.



### SONOMA COUNTY SECURED PROPERTY TAX BILL 2025-2026
Erick Roeser, Auditor-Controller-Treasurer-Tax Collector
585 Fiscal Drive, Suite 100 Santa Rosa, CA 95403
TAX ROLL FOR FISCAL YEAR JULY 1, 2025 THROUGH JUNE 30, 2026

OFFICE HOURS
MONDAY-FRIDAY
9am - 5pm

## PROPERTY INFORMATION

| | |
|---|---|
| ASSESSMENT # | 014-561-005-000 |
| FEE NUMBER | 014-561-005-000 |
| LOCATION | 1513 FARMERS LN |
| LIEN DATE ASSESSEE | JOSEPH MURPHY CORP |

TAX RATE AREA   004-002
ACRES:          11.48

## IMPORTANT MESSAGES

**SEE THE REVERSE SIDE OF THIS STATEMENT FOR ADDITIONAL IMPORTANT INFORMATION**

Original bill date 09/16/2025
EBillCode to Register for E-Billing: 493JV76S

\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*SCH 5-DIGIT 95405          SA-AA 46308-1/1-P246 T216

014561005000 02 2025
JOSEPH MURPHY CORP
1525B FARMERS LN
SANTA ROSA CA 95405-7525



Sign up for e-Tax Bills visit https://mcc.mptsweb.com/#sonoma

**FREE e-checks!** VISA

View & Pay Your Taxes On-line: www.sonomacounty.gov/acttc
Or Call: (888) 636-8418 - Additional Fees Apply for Credit/Debit

## COUNTY VALUES, EXEMPTIONS AND TAXES

| PHONE NUMBERS | | VALUE DESCRIPTION | ASSESSED VALUES | X | TAX RATE/100 | = | COUNTY TAXES |
|---|---|---|---|---|---|---|---|
| ASSESSOR | | LAND | 4,790,335 | | | | |
| VALUATION | (707) 565-1888 | FIXED IMPROVEMENTS | 450 | | | | |
| EXEMPTIONS | (707) 565-1888 | | | | | | |
| BUSINESS EQUIP | (707) 565-1330 | STRUCTURAL IMPROVEMENTS | 8,782,298 | | | | |
| TAX COLLECTOR | | PERSONAL PROPERTY | 1,900 | | | | |
| QUESTIONS | (707) 565-2281 | | | | | | |
| PAYMENTS | (888) 636-8418 | | | | | | |

RECEIVED
2   DEC 09 2025
SONOMA COUNTY
TREASURER-TAX COLLECTOR

| | NET TAXABLE VALUE | 13,574,983 | X | 1.000000 | = | $135,749.82 |
|---|---|---|---|---|---|---|

## VOTER APPROVED TAXES, TAXING AGENCY DIRECT CHARGES AND SPECIAL ASSESSMENTS

| PHONE NUMBERS | TAX CODE | DESCRIPTION | ASSESSED VALUES | X | TAX RATE/100 | = | AGENCY TAXES |
|---|---|---|---|---|---|---|---|
| (707) 521-6214 | 06700 | WS DAM-RUSSIAN RIVER PROJ | 13,574,983 | | 0.007000 | | 950.24 |
| (707) 890-3800 | 18302 | SANTA ROSA ELEM 2002 BOND | 13,574,983 | | 0.005000 | | 678.74 |
| (707) 890-3800 | 18303 | SANTA ROSA ELEM 2014 BOND | 13,574,983 | | 0.016000 | | 2,171.98 |
| (707) 890-3800 | 18304 | SANTA ROSA ELEM 2022 BOND | 13,574,983 | | 0.028000 | | 3,800.98 |
| (707) 890-3800 | 36702 | SR HIGH DIST 2002 BOND | 13,574,983 | | 0.007000 | | 950.24 |
| (707) 890-3800 | 36703 | SR HIGH DIST 2014 BOND | 13,574,983 | | 0.017000 | | 2,307.74 |
| (707) 890-3800 | 36704 | SR HIGH DIST 2022 BOND | 13,574,983 | | 0.028000 | | 3,800.98 |
| (707) 527-4421 | 39900 | SOCO JR COLLEGE 2002 BOND | 13,574,983 | | 0.011000 | | 1,493.24 |
| (707) 527-4421 | 39901 | SOCO JR COLLEGE 2014 BOND | 13,574,983 | | 0.018500 | | 2,511.36 |
| (800) 273-5167 | 74200 | MS-SONOMA MOSQUITO #1 | DIRECT CHARGE | | | | 24.00 |
| (707) 543-3868 | 82800 | SR STORM WATER ASMT | DIRECT CHARGE | | | | 6,737.56 |
| (888) 508-8157 | 96200 | SF BAY RESTORATION AUTH | DIRECT CHARGE | | | | 12.00 |

| TOTAL VOTER APPROVED TAXES, DIRECT CHARGES, AND SPECIAL ASSESSMENTS -> | $25,439.06 |
|---|---|

| 1ST INSTALLMENT DUE 11/1/2025 DELINQUENT AFTER 12/10/2025   $80,594.44 | 2ND INSTALLMENT DUE 2/1/2026 DELINQUENT AFTER 4/10/2026   $80,594.44 | TOTAL TAXES | $161,188.88 |
|---|---|---|---|

TEAR HERE

## SONOMA COUNTY SECURED PROPERTY TAXES - 2ND INSTALLMENT PAYMENT STUB

| | |
|---|---|
| ASSESSMENT # | 014-561-005-000 |
| FEE NUMBER | 014-561-005-000 |
| DESCRIPTION | 1513 FARMERS LN |
| CURRENT OWNER | JOSEPH MURPHY CORP |
| | 1525B FARMERS LN |
| | SANTA ROSA CA 95405-7525 |

# 2025-2026   2nd INSTALLMENT

MAKE CHECK PAYABLE TO:
Sonoma County Tax Collector
PO Box 3879
Santa Rosa, CA 95402-3879

| THIS AMOUNT DUE 2/1/2026 | $80,594.44 |
|---|---|
| AFTER APRIL 10, 2026 ADD 10% PENALTY + $20 COST CHARGE | |
| | $8,079.44 |
| TOTAL DELINQUENT INSTALLMENT DUE | |
| | $88,673.88 |
| ADDITIONAL PENALTIES ARE CHARGED IF TAXES ARE NOT PAID BY JUNE 30, 2026 | |

PAYMENTS MUST BE RECEIVED IN TAX OFFICE BY 5:00 P.M.
OR POSTMARKED BY 4/10/26. LATE PAYMENTS WILL BE
RETURNED FOR PENALTY.

0145610050000 20255 000080594443 2 000088673884 20255

**CHECKRITE BACKFLOW
SERVICES, INC.**
3618 Chanate Rd.
Santa Rosa, CA  95404 USA

## Invoice  35725

BILL TO
Traci Vyenielo
Joseph Murphy Corp
PO Box 2740
Santa Rosa, CA  95405

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 09/05/2025 | **$120.00** | 10/05/2025 |

| ACTIVITY | SERV. DATE | QTY | PRICE/ RATE | AMOUNT |
|---|---|---|---|---|
| **Annual Backflow Test(s)**<br>Service Address: 1551 Farmers Ln. (due 5/31)<br>Unlock water meter, certify 2" Wilkins assembly, return City meter padlock. | 09/04/2025 | 1 | 120.00 | 120.00 |

**PLEASE REFERENCE THE INVOICE NUMBER ON YOUR PAYMENT**

| TOTAL DUE | $120.00 |
|---|---|

THANK YOU.

PAYMENT TERMS: 30 Days
LATE FEE: The greater of $7.00 or 2.5% after 30 days and each 30 days thereafter.
RETURN CHECK POLICY: There will be a minimum fee of $15.00.

Pay invoice

Pioneer Fire, Inc.

# Invoice

1130 Industrial Ave, Ste 5
Petaluma, CA 94952
CSL# 927862
Phone #   7077623473
Fax #     707-782-0420

| Date |
|------|
| 9/9/2025 |

| Invoice # |
|-----------|
| 11596 |

| Account # | P.O. No. |
|-----------|----------|
| 11-547 | |

| Bill To |
|---------|
| Joseph Murphy Corporation<br>Attn: Traci Vyenielo<br>PO Box 2740<br>Santa Rosa, CA  95405 |

| Project / Name and/or Location |
|-------------------------------|
| 1501,1511,1527 & 1559 Farmers Lane<br>Quarterly /Annual Inspections<br>Santa Rosa, CA 95405<br>PFI #11-547 |

| Description | Amount |
|-------------|--------|
| 5 Year Fire Sprinkler Inspection Completed 9/5/2025-1551 Farmers Lane | 750.00 |

Please make check(s) payable to: Pioneer Fire, Inc.

| | | |
|---|---|---|
| *Payments are due upon receipt, thank you for your business!* | **Payments/Credits** | $0.00 |
| | **Balance Due** | $750.00 |

# UTILITY STATEMENT



City of
Santa Rosa

2/13

| | |
|---|---|
| ..te: | 05/27/2025 |
| .omer: | JOSEPH MURPHY CORP |
| Billing Period: | 04/11/2025 - 05/12/2025 |
| Days of Service: | 31 Days |

**Customer Number:** 0106386
**Account Number:** 042734

## Usage Information
Service Address: 1571 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 90272582 | 969 | 05/12/2025 | 942 | 04/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 05-12-2025 | 31 | 27 |
| 04-11-2025 | 30 | 2 |
| 03-12-2025 | 30 | 6 |
| 02-10-2025 | 30 | 11 |
| 01-11-2025 | 30 | 8 |
| 12-12-2024 | 31 | 10 |
| 11-11-2024 | 31 | 37 |
| 10-11-2024 | 31 | 38 |
| 09-10-2024 | 31 | 77 |
| 08-10-2024 | 31 | 39 |
| 07-10-2024 | 30 | 38 |
| 06-10-2024 | 31 | 38 |
| 05-10-2024 | 30 | 28 |

Water budget is based on weather and current landscape area.

| | |
|---|---|
| Your water budget this month is (thousand gallons): | 152 |
| High water use plants (sq. ft.): | 6,232 |
| Other plants (sq. ft.): | 67,016 |
| Current Usage (thousand gallons): | 27 |

| | | |
|---|---|---|
| Previous Balance | | $110.99 |
| Payment 05/08/2025 - Thank you | | $186.66 CR |
| Subtotal | | $75.67 CR |

| Current Charges | (thousand gallons) | | |
|---|---|---|---|
| Irrigation Usage Tier 1 | 27.0 @ | $6.72 | $181.44 |
| 2" Irrigation Fixed Charge | | | $105.87 |
| Backflow Program Administration Fee | | | $3.25 |
| Subtotal | | | $290.56 |

Total Current Charges (Due by 06/17/2025)

| **Total Balance Due** | **$214.89** |
|---|---|

### Free Watering Recommendations
Create an irrigation watering schedule that is customized to your landscape using the new county-wide Irrigation Scheduling Tool. Please visit srcity.org/WaterSmartYard.

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**          Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment
   and Provide Receipt
**LOAD LIKE A GIFT CARD**

Please notify us if any changes are made to the landscape.

Valid until 7/11/2025

Ã‹62996490

| | | City of |
|---|---|---|
| ..e: | 05/27/2025 | |
| ..mer: | JOSEPH MURPHY CORP | **Santa Rosa** |
| **Billing Period:** | 04/11/2025 - 05/12/2025 | |
| **Days of Service:** | 31 Days | |

**Customer Number: 0106386**
**Account Number:   042725**

## Domestic Service Details

**Usage Information**
Service Address: 1511 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 86598564 | 2,261 | 05/12/2025 | 2,234 | 04/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 05-12-2025 | 31 | 27 |
| 04-11-2025 | 30 | 29 |
| 03-12-2025 | 30 | 27 |
| 02-10-2025 | 30 | 25 |
| 01-11-2025 | 30 | 27 |
| 12-12-2024 | 31 | 28 |
| 11-11-2024 | 31 | 30 |
| 10-11-2024 | 31 | 30 |
| 09-10-2024 | 31 | 27 |
| 08-10-2024 | 31 | 27 |
| 07-10-2024 | 30 | 27 |
| 06-10-2024 | 31 | 31 |
| 05-10-2024 | 30 | 30 |

| WATER Consumption | Current Usage: 27 thousand gallons |
|---|---|

| Current Charges | (thousand gallons) | | |
|---|---|---|---|
| Water Usage Charge | 27.0 @ | $6.98 | $188.46 |
| 2" Water Fixed Charge | | | $105.87 |
| Sewer Usage Charge | 27.0 @ | $22.30 | $602.10 |
| Sewer Fixed  Charge | | | $196.47 |
| Backflow Program Administration Fee | | | $3.25 |
| **Subtotal** | | | **$1,096.15** |

## Landscape Irrigation Service Details
**Please notify us if any changes are made to the landscape.**

**Usage Information**
Service Address: 1511 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 127730 | 239 | 05/12/2025 | 238 | 04/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 05-12-2025 | 31 | 1 |
| 04-11-2025 | 30 | 0 |
| 03-12-2025 | 30 | 0 |
| 02-10-2025 | 30 | 0 |
| 01-11-2025 | 30 | 0 |
| 12-12-2024 | 31 | 0 |
| 11-11-2024 | 31 | 2 |
| 10-11-2024 | 31 | 2 |
| 09-10-2024 | 31 | 1 |
| 08-10-2024 | 31 | 2 |
| 07-10-2024 | 30 | 2 |
| 06-10-2024 | 31 | 2 |
| 05-10-2024 | 30 | 1 |

Water budget is based on weather and current landscape area.

| | |
|---|---|
| Your water budget this month is (thousand gallons): | 33 |
| High water use plants (sq. ft.): | 0 |
| Other plants (sq. ft.): | 16,068 |
| Current Usage (thousand gallons): | 1 |

| Current Charges | (thousand gallons) | | |
|---|---|---|---|
| Irrigation Usage Tier 1 | 1.0 @ | $6.72 | $6.72 |
| 1" Irrigation Fixed Charge | | | $34.90 |
| Backflow Program Administration Fee | | | $3.25 |
| **Subtotal** | | | **$44.87** |

**City of Santa Rosa**

_e:              05/27/2025
_mer:         JOSEPH MURPHY CORP
_illing Period:    04/11/2025 - 05/12/2025
Days of Service:    31 Days

Customer Number: 0106386
Account Number:   042727

## Domestic Service Details

**Usage Information**
Service Address: 1513 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 86598539 | 595 | 05/12/2025 | 591 | 04/11/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 05-12-2025 | 31 | 4 |
| 04-11-2025 | 30 | 4 |
| 03-12-2025 | 30 | 4 |
| 02-10-2025 | 30 | 3 |
| 01-11-2025 | 30 | 3 |
| 12-12-2024 | 31 | 3 |
| 11-11-2024 | 31 | 4 |
| 10-11-2024 | 31 | 3 |
| 09-10-2024 | 31 | 4 |
| 08-10-2024 | 31 | 3 |
| 07-10-2024 | 30 | 4 |
| 06-10-2024 | 31 | 4 |
| 05-10-2024 | 30 | 5 |

| WATER Consumption | Current Usage: 4 thousand gallons |
|---|---|

**Current Charges** (thousand gallons)

| | | | |
|---|---|---|---|
| Water Usage Charge | 4.0 @ | $6.98 | $27.92 |
| 1.5" Water Fixed Charge | | | $67.15 |
| Sewer Usage Charge | 4.0 @ | $16.04 | $64.16 |
| Sewer Fixed  Charge | | | $124.12 |
| Backflow Program Administration Fee | | | $3.25 |
| **Subtotal** | | | **$286.60** |

## Fireline Service Details

**Usage Information**
Service Address: 1513 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 048353 | 0 | 05/12/2025 | 0 | 04/11/2025 |

**Current Charges**

| | |
|---|---|
| Fireline Charge | $41.00 |
| Fireline Backflow Testing Fee | $5.00 |
| **Subtotal** | **$46.00** ✓ |

UTILITY STATEMENT

**City of**
**Santa Rosa**

| | |
|---|---|
| Billing Date: | 06/25/2025 |
| Customer: | JOSEPH MURPHY CORP |
| Billing Period: | 05/12/2025 - 06/11/2025 |
| Days of Service: | 30 Days |

Customer Number: 0106386
Account Number: 042736

## Domestic Service Details

**Usage Information**
Service Address: 1591 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 85686046 | 294 | 06/11/2025 | 291 | 05/12/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 06-11-2025 | 30 | 3 |
| 05-12-2025 | 31 | 3 |
| 04-11-2025 | 30 | 4 |
| 03-12-2025 | 30 | 4 |
| 02-10-2025 | 30 | 5 |
| 01-11-2025 | 30 | 4 |
| 12-12-2024 | 31 | 4 |
| 11-11-2024 | 31 | 4 |
| 10-11-2024 | 31 | 4 |
| 09-10-2024 | 31 | 5 |
| 08-10-2024 | 31 | 4 |
| 07-10-2024 | 30 | 4 |
| 06-10-2024 | 31 | 5 |

| WATER Consumption | Current Usage: 3 thousand gallons |
|---|---|

### Current Charges

| | (thousand gallons) | | |
|---|---|---|---|
| Water Usage Charge | 3.0 @ | $6.98 | $20.94 |
| 5/8" Water Fixed Charge | | | $15.55 |
| Sewer Usage Charge | 3.0 @ | $16.04 | $48.12 |
| Sewer Fixed Charge | | | $27.65 |
| Backflow Program Administration Fee | | | $3.25 |
| **Subtotal** | | | **$115.51** |

## Fireline Service Details

**Usage Information**
Service Address: 1591 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 81667630 | 0 | 06/11/2025 | 0 | 05/12/2025 |

### Current Charges

| | |
|---|---|
| Fireline Charge | $32.00 |
| **Subtotal** | **$32.00** |

CSR06258 *** 2000000126 6/13

**UTILITY STATEMENT**

2/13

 City of
Santa Rosa

| | |
|---|---|
| ^ng Date: | 06/25/2025 |
| Customer: | JOSEPH MURPHY CORP |
| Billing Period: | 05/12/2025 - 06/11/2025 |
| Days of Service: | 30 Days |

Customer Number: 0106386
Account Number:   042734

**Usage Information**
Service Address: 1571 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 90272582 | 1,000 | 06/11/2025 | 969 | 05/12/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 06-11-2025 | 30 | 31 |
| 05-12-2025 | 31 | 27 |
| 04-11-2025 | 30 | 2 |
| 03-12-2025 | 30 | 6 |
| 02-10-2025 | 30 | 11 |
| 01-11-2025 | 30 | 8 |
| 12-12-2024 | 31 | 10 |
| 11-11-2024 | 31 | 37 |
| 10-11-2024 | 31 | 38 |
| 09-10-2024 | 31 | 77 |
| 08-10-2024 | 31 | 39 |
| 07-10-2024 | 30 | 38 |
| 06-10-2024 | 31 | 38 |

The Santa Rosa City Council adopted water and sewer rate increases effective July 1 of each year for 2025-2029. The increases for July 1, 2025 will appear on your next bill.
**Learn more at srcity.org/WaterRates .**

Water budget is based on weather and current landscape area.

| | |
|---|---|
| Your water budget this month is (thousand gallons): | 198 |
| High water use plants (sq. ft.): | 6,232 |
| Other plants (sq. ft.): | 67,016 |
| Current Usage (thousand gallons): | 31 |

| | |
|---|---|
| Previous Balance | $214.89 |
| Payment 06/02/2025 - Thank you | $110.99CR |
| Subtotal | $103.90 |

**Current Charges** (thousand gallons)

| | | | |
|---|---|---|---|
| Irrigation Usage Tier 1 | 31.0 @ | $6.72 | $208.32 |
| 2" Irrigation Fixed Charge | | | $105.87 |
| Backflow Program Administration Fee | | | $3.25 |
| Subtotal | | | $317.44 ✓ |

Total Current Charges (Due by 07/16/2025)

| **Total Balance Due** | **$421.34** |
|---|---|

**A past due balance of $103.90 is due now.  Please pay immediately to avoid late fees and to ensure uninterrupted service. No further notice will be issued. If payment has been made, thank you.**

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

Store Associate Steps          Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment and Provide Receipt
*LOAD LIKE A GIFT CARD*

Valid until 8/9/2025

Ã‹62996490

Please notify us if any changes are made to the landscape.

Return bottom portion along with your payment and make your check payable to City of Santa Rosa.

# UTILITY STATEMENT

3/13

**City of Santa Rosa**

| | |
|---|---|
| Date: | 06/25/2025 |
| Customer: | JOSEPH MURPHY CORP |
| Billing Period: | 05/12/2025 - 06/11/2025 |
| Days of Service: | 30 Days |

**Customer Number:** 0106386
**Account Number:** 042724

**Usage Information**
Service Address: 1503 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 82085721 | 2,787 | 06/11/2025 | 2,769 | 05/12/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 06-11-2025 | 30 | 18 |
| 05-12-2025 | 31 | 7 |
| 04-11-2025 | 30 | 1 |
| 03-12-2025 | 30 | 0 |
| 02-10-2025 | 30 | 2 |
| 01-11-2025 | 30 | 10 |
| 12-12-2024 | 31 | 14 |
| 11-11-2024 | 31 | 40 |
| 10-11-2024 | 31 | 58 |
| 09-10-2024 | 31 | 64 |
| 08-10-2024 | 31 | 70 |
| 07-10-2024 | 30 | 65 |
| 06-10-2024 | 31 | 30 |

Water budget is based on weather and current landscape area.

| | |
|---|---|
| Your water budget this month is (thousand gallons): | 6 |
| High water use plants (sq. ft.): | 0 |
| Other plants (sq. ft.): | 2,047 |
| Current Usage (thousand gallons): | 18 |

| | | |
|---|---|---|
| Previous Balance | | $16.73CR |
| Subtotal | | $16.73CR |

**Current Charges** (thousand gallons)

| | | | |
|---|---|---|---|
| Irrigation Usage Tier 1 | 7.5 @ | $6.72 | $50.40 |
| Irrigation Usage Tier 2 | 10.5 @ | $8.32 | $87.36 |
| 5/8" Irrigation Fixed Charge | | | $15.55 |
| Backflow Program Administration Fee | | | $3.25 |
| Subtotal | | | $156.56 |

Total Current Charges (Due by 07/16/2025)

**Total Balance Due**                 **$139.83**

The Santa Rosa City Council adopted water and sewer rate increases effective July 1 of each year for 2025-2029. The increases for July 1, 2025 will appear on your next bill.
**Learn more at srcity.org/WaterRates .**

**7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS**
1) **Location:** To pay in cash, bring this entire bill to a participating 7-Eleven location before the expiration date next to the barcode.
2) **Amount:** Tell the Associate the amount to LOAD to your account. A $2.99 convenience fee applies. Partial bill payments are OK.
3) **Pay:** Pay total and keep receipt as proof of payment. Payments made before 11:50 pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Steps**          Associate Issue? 7-Eleven Support: 888-714-0004
1) Enter Amount customer wants to pay
2) Press purple Load Button on POS
3) Scan Barcode
4) Collect Cash Payment and Provide Receipt
*LOAD LIKE A GIFT CARD*

**Valid until 8/9/2025**

Ã‹62996490

Please notify us if any changes are made to the landscape.

Return bottom portion along with your payment and make your check payable to City of Santa Rosa

UTILITY STATEMENT

**City of Santa Rosa**

| | |
|---|---|
| Date: | 06/25/2025 |
| Customer: | JOSEPH MURPHY CORP |
| Billing Period: | 05/12/2025 - 06/11/2025 |
| Days of Service: | 30 Days |

Customer Number: 0106386
Account Number:   042725

## Domestic Service Details

**Usage Information**
Service Address: 1511 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 86598564 | 2,284 | 06/11/2025 | 2,261 | 05/12/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 06-11-2025 | 30 | 23 |
| 05-12-2025 | 31 | 27 |
| 04-11-2025 | 30 | 29 |
| 03-12-2025 | 30 | 27 |
| 02-10-2025 | 30 | 25 |
| 01-11-2025 | 30 | 27 |
| 12-12-2024 | 31 | 28 |
| 11-11-2024 | 31 | 30 |
| 10-11-2024 | 31 | 30 |
| 09-10-2024 | 31 | 27 |
| 08-10-2024 | 31 | 27 |
| 07-10-2024 | 30 | 27 |
| 06-10-2024 | 31 | 31 |

**WATER Consumption** — Current Usage: 23 thousand gallons

| Current Charges | (thousand gallons) | | |
|---|---|---|---|
| Water Usage Charge | 23.0 @ | $6.98 | $160.54 |
| 2" Water Fixed Charge | | | $105.87 |
| Sewer Usage Charge | 23.0 @ | $22.30 | $512.90 |
| Sewer Fixed Charge | | | $196.47 |
| Backflow Program Administration Fee | | | $3.25 |
| **Subtotal** | | | **$979.03** |

## Landscape Irrigation Service Details

**Usage Information**
Service Address: 1511 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 127730 | 241 | 06/11/2025 | 239 | 05/12/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 06-11-2025 | 30 | 2 |
| 05-12-2025 | 31 | 1 |
| 04-11-2025 | 30 | 0 |
| 03-12-2025 | 30 | 0 |
| 02-10-2025 | 30 | 0 |
| 01-11-2025 | 30 | 0 |
| 12-12-2024 | 31 | 0 |
| 11-11-2024 | 31 | 2 |
| 10-11-2024 | 31 | 2 |
| 09-10-2024 | 31 | 1 |
| 08-10-2024 | 31 | 2 |
| 07-10-2024 | 30 | 2 |
| 06-10-2024 | 31 | 2 |

**Please notify us if any changes are made to the landscape.**

Water budget is based on weather and current landscape area.

| | |
|---|---|
| Your water budget this month is (thousand gallons): | 43 |
| High water use plants (sq. ft.): | 0 |
| Other plants (sq. ft.): | 16,068 |
| Current Usage (thousand gallons): | 2 |

| Current Charges | (thousand gallons) | | |
|---|---|---|---|
| Irrigation Usage Tier 1 | 2.0 @ | $6.72 | $13.44 |
| 1" Irrigation Fixed Charge | | | $34.90 |
| Backflow Program Administration Fee | | | $3.25 |
| **Subtotal** | | | **$51.59** |

UTILITY STATEMENT

**City of**
**Santa Rosa**

Date: 06/25/2025
Customer: JOSEPH MURPHY CORP
Billing Period: 05/12/2025 - 06/11/2025
Days of Service: 30 Days

Customer Number: 0106386
Account Number: 042727

## Domestic Service Details

**Usage Information**
Service Address: 1513 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 86598539 | 599 | 06/11/2025 | 595 | 05/12/2025 |

| Read Date | Days | Usage |
|---|---|---|
| 06-11-2025 | 30 | 4 |
| 05-12-2025 | 31 | 4 |
| 04-11-2025 | 30 | 4 |
| 03-12-2025 | 30 | 4 |
| 02-10-2025 | 30 | 3 |
| 01-11-2025 | 30 | 3 |
| 12-12-2024 | 31 | 3 |
| 11-11-2024 | 31 | 4 |
| 10-11-2024 | 31 | 3 |
| 09-10-2024 | 31 | 4 |
| 08-10-2024 | 31 | 3 |
| 07-10-2024 | 30 | 4 |
| 06-10-2024 | 31 | 4 |

| WATER Consumption | Current Usage: 4 thousand gallons |
|---|---|

**Current Charges** (thousand gallons)

| | | | |
|---|---|---|---|
| Water Usage Charge | 4.0 @ | $6.98 | $27.92 |
| 1.5" Water Fixed Charge | | | $67.15 |
| Sewer Usage Charge | 4.0 @ | $16.04 | $64.16 |
| Sewer Fixed Charge | | | $124.12 |
| Backflow Program Administration Fee | | | $3.25 |
| **Subtotal** | | | **$286.60** |

## Fireline Service Details

**Usage Information**
Service Address: 1513 FARMERS LN

| Meter # | Current Read | Date | Previous Read | Date |
|---|---|---|---|---|
| 048353 | 0 | 06/11/2025 | 0 | 05/12/2025 |

**Current Charges**

| | |
|---|---|
| Fireline Charge | $41.00 |
| Fireline Backflow Testing Fee | $5.00 |
| **Subtotal** | **$46.00** ✓ |

**ERGY STATEMENT**

pge.com/MyEnergy

Account No: 7095515498-7

Statement Date:    05/30/2025

**Due Date:    06/16/2025**

**ice For:**

SEPH MURPHY CORP
ease see details page.

**Questions about your bill?**

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

**Ways To Pay**

www.pge.com/waystopay

**Your Enrolled Programs**

Peak Day Pricing Plan

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $1,115.32 |
| Payment(s) Received Since Last Statement | 0.00 |
| Previous Unpaid Balance | $1,115.32 |
| Current Electric Charges | $1,312.75 |

| **Total Amount Due** by 06/16/2025 | **$2,428.07** |
|---|---|



**Electric Monthly Billing History**

Visit www.pge.com/MyEnergy for a detailed bill comparison

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 3 of 8

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2998683187-2

| | |
|---|---|
| Statement Date: | 05/30/2025 |
| **Due Date:** | **06/16/2025** |

## Service For:

JOSEPH MURPHY CORP
1573 FARMERS LN
SANTA ROSA, CA 95405

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $69.22 |
| Payment(s) Received Since Last Statement | -78.74 |
| Outstanding Credit Balance | -$9.52 |
| Current PG&E Electric Delivery Charges | $58.08 |
| Sonoma Clean Power Electric Generation Charges | 11.52 |

| | |
|---|---|
| **Total Amount Due** by 06/16/2025 | **$60.08** |



## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.



**Electric Usage This Period: 108.794000 kWh, 29 billing days**

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 21.28% | $10.08 |
| Part Peak[2] | 0.00% | $0.00 |
| Off Peak[3] | 56.78% | $25.88 |
| Super Off Peak[4] | 21.94% | $9.60 |

[1]Peak: Year-round, Daily, 4:00pm-9:00pm
[2]Part Peak: Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]Off Peak: Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]Super Off Peak: Winter, Daily, 3/1-5/31, 9:00am-2:00pm



Visit **www.pge.com/MyEnergy** for a detailed bill comparison.



## LANDESIGN
### CONSTRUCTION & MAINTENANCE, INC.
P.O. Box 2326 • Santa Rosa, CA 95405

*Invoice*

| DATE | INVOICE # |
|------|-----------|
| 6/18/2025 | 37485 |

| BILL TO | PROJECT LOCATION |
|---------|------------------|
| JMC<br>PO Box 2740<br>Santa Rosa, CA 95404 | Farmer's Lane Plaza<br>1437 Farmers Lane<br>Santa Rosa, CA 95405 |

| Rep | P.O. NO. | TERMS |
|-----|----------|-------|
| Stacy Dedrick | | Net 10 |

| Description | Amount |
|-------------|--------|
| | $2,154.00 |

#27729 - Island AAA entrance

Small island at entrance of AAA.

1) Remove the existing rose plant next to the ivy to fill in

2) install (6) 1-gallon Society Garlics install (1) -gal Cistus white rock rose install (6) 1 gallon Lambs ear

3) additional irrigation (repair broken sprinkler in the same location

4) Install 3'x3'x3' size boulder (to prevent cars from crossing the island

* **Irrigation Renovation** to accommodate the new plantings will be completed on a Time and Materials basis and invoiced separately from this proposal.

*\*Please note that due to material cost volatility we will be strictly enforcing the 30-day expiration of this proposal.*

*Enhancement Service*                                                    *$2,154.00*

TOTAL | $2,154.00

*Office Line 707-578-2657        Office Fax 707-578-2658*

**Starting April 1, 2025, we will be charging a 3% fee for credit card payments.**



# Holman Plumbing Services

125 Foley Street | Unit A | Santa Rosa, California 95401
707-495-5002 | holmanplumbingservices@gmail.com |
https://holmanplumbingca.com/

RECIPIENT:

## Joseph Murphy Corporation

1511 Farmers Lane
Santa Rosa, CA 95405
Phone: (707) 799-5018

SERVICE ADDRESS:

1501 Farmers Lane
Santa Rosa, California 95405

| Invoice #18960421 | |
| --- | --- |
| Issued | Jun 04, 2025 |
| Due | Jun 04, 2025 |
| **Total** | **$23,000.00** |
| Account Balance | $23,000.00 |

## For Services Rendered

| Product/Service | Description | Qty. | Unit Price | Total |
| --- | --- | --- | --- | --- |
| Jun 04, 2025 | | | | |
| Liner | Enter manholes 2 and 3 to use jetting equipment on low pressure light wash setting to clean any debris or soft build up on piping. Once cleaned as much as possible we will install approximately 100' of cured in place pipe liner to use the existing pipe as a host pipe. Once this section is cured we will reset at the other end and line back the other direction 30' to overlap liners and complete the full replacement. 100' is the longest liner we can install in one shot so this replacement will require 2 shots. Once liner is cured, we will remove our equipment leaving a brand new pipe in its place. Cleaning and descaling to be done during normal work hours and can take place with all businesses functioning. Liner and piping replacement to take place after hours at night. Shutdown would be 1 night and should not affect any businesses. Access will require enclosed space safety equipment, air movers, and multiple crew members for watch and safety as we enter and exit the manhole due to extreme depth | 1 | $23,000.00 | $23,000.00* |

## WEEKLY TIMESHEET

**Company Name:** Joseph Murphy Corporation
**Employee Name:** Jose Reyes
**Position / Title:** Handyman
**Pay Period:** 5/14/25

| Day | Date | Time In | Time Out | Meal Break (hrs) | Total Hours |
|-----|------|---------|----------|------------------|-------------|
| Monday | 5/12/25 | 8:00 | 5:00 | 1 | 8 |
| Tuesday | 5/13/25 | 8:00 | 5:00 | 1 | 8 |
| Wednesday | 5/14/25 | 8:00 | 10:00 | | 2 |
| Thursday | | | | | |
| Friday | | | | | |
| Saturday | | | | | |
| Sunday | | | | | |
| TOTAL | $40.00/h | | | | 18 |

## Employee Certification

I certify that the hours recorded above are accurate and reflect all time worked during the pay period indicated.

**Employee Signature:** _____ Date: 5/14/25

## Supervisor Approval

**Supervisor Signature:** _____ Date: _____

WEEKLY TIMESHEET

**Company Name:** Joseph Murphy Corporation
**Employee Name:** Jose Reyes
**Position / Title:** Handyman
**Pay Period:** 6/17/25 - 6/25/25

| Day | Date | Time In | Time Out | Meal Break (hrs) | Total Hours |
|---|---|---|---|---|---|
| Monday | | | | | |
| Tuesday | 6/17/25 | 8:00 | 5:00 | 1 | 8 |
| Wednesday | 6/18/25 | 8:00 | 5:00 | 1 | 8 |
| Thursday | 6/19/25 | 8:00 | 5:00 | 1 | 8 |
| Friday | 6/20/25 | 8:00 | 3:00 | | 6 |
| Saturday | | | | | |
| Sunday | | | | | |
| TOTAL | $40.00/h | | | | 30 |

Employee Certification

I certify that the hours recorded above are accurate and reflect all time worked during the pay period indicated.

**Employee Signature:** _____ **Date:** 6/20/25

Supervisor Approval

**Supervisor Signature:** _____ **Date:** _____

## WEEKLY TIMESHEET

**Company Name:** Joseph Murphy Corporation
**Employee Name:** Jose Reyes
**Position / Title:** Handyman
**Pay Period:** 6/17/25 - 6/25/25

| Day | Date | Time In | Time Out | Meal Break (hrs) | Total Hours |
|---|---|---|---|---|---|
| Monday | 6/23/25 | 8:00 | 5:00 | 1 | 8 |
| Tuesday | 6/24/25 | 8:00 | 5:00 | 1 | 8 |
| Wednesday | 6/25/25 | 8:00 | 5:00 | 1 | 8 |
| Thursday | | | | | |
| Friday | | | | | |
| Saturday | | | | | |
| Sunday | | | | | |
| TOTAL | $40.00/h | | | | 24 |

## Employee Certification

I certify that the hours recorded above are accurate and reflect all time worked during the pay period indicated.

**Employee Signature:** _____ **Date:** 6/25/25

## Supervisor Approval

**Supervisor Signature:** _____ **Date:** _____



**SOCO PRIVATE SECURITY**
P.O. BOX 3483
SANTA ROSA, CA, 95402

| INVOICE NO. | 3294 |
|---|---|
| DATE | 05/01/25 |

**CUSTOMER**

Traci Vyenielo
Joseph Murphy Corporation
P.O. Box 2740
Santa Rosa, CA 95405

**SERVICE LOCATION**

Farmers Lane Plaza
1501 Farmers Ln
Santa Rosa, CA 95405-7525

| TERMS: Due Upon Receipt | CUSTOMER NO. 707126 | JOB NO. 707126 | P.O. NO. | |
|---|---|---|---|---|
| **Description** | **Quantity** | **Unit of Measure** | **Price** | **Amount** |
| Monthly Vehicle Patrol Billing 05/01/2025 through 05/31/2025 | | | | |
| Nightime SmartPatrol Services | 3.00 | each | 550.00 | 1,650.00 |
| Daytime SmartPatrol Services | 1.00 | each | 550.00 | 550.00 |
| Fuel Surcharge | 4.00 | 1 | 25.00 | 100.00 |

Please remit payment to: SOCO PRIVATE SECURITY P.O. BOX 3483 SANTA ROSA, CA 95402

Thank you for your business!

| | |
|---|---|
| Sub-Total | 2,300.00 |
| Sales Tax | |
| TOTAL($) | $2,300.00 |

| Invoice NO. | 3294 | Customer: | 707126 | Joseph Murphy Corporation | | | | | | Page | 1 | of | 1 |

| Description | | | | | | | | Quantity | Bill Rate | Extension |
|---|---|---|---|---|---|---|---|---|---|---|
| Work Date | Post Description | Employee Name | In Time | Out Time | Lunch | Hours | | | Hours Type | |
| Nightime SmartPatrol Services | | | | | | | | 3.00 | $550.00 | $1,650.00 |
| Daytime SmartPatrol Services | | | | | | | | 1.00 | $550.00 | $550.00 |
| Fuel Surcharge | | | | | | | | 4.00 | $25.00 | $100.00 |

|  | Revenue Total | $2,300.00 |
|---|---|---|
|  | Tax Total | $0.00 |
|  | Grand Total | $2,300.00 |