UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ.**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-8660 (Fax)
dedelberg@sh-law.com
*Counsel to Musso 3636 LLC*

| | |
|---|---|
| In Re: | Chapter 11 |
| LAKEHURST AND BROADWAY CORPORATION | Case No.: 25-14831(MBK) |
| Debtor. | Hearing Date: June 30, 2026 at 11:30 a.m. |

**OBJECTION BY MUSSO 3636 LLC TO THE LIQUIDATING TRUSTEE'S FOURTH OMNIBUS CLAIM OBJECTION**

TO:  THE HONORABLE MICHAEL B. KAPLAN, U.S.B.J.:

Musso 3636 LLC ("Musso"), through its attorneys, Scarinci Hollenbeck LLC, respectfully objects to the Liquidating Trustee's Fourth Omnibus Objection to Certain Claims as follows:

1.      Musso asserts a claim for unpaid administrative rent for the time period May 5 through June 30, 2025 (the "Occupancy Period").

2.      The monthly rent due to Musso for the Occupancy Period consists of: (i) for monthly rent of $34,723.42, and (ii) monthly common area maintenance charges ("CAM") of $8,278.78.

3.      Thus the total amount due for rent and CAM in June 2025 was $43,002.20.

4.      For the partial month of May 2025, rent due to Musso totaled $36,066.36.  Such

amount was determined by dividing 26 days by 31 and multiplying the result by the full monthly rent and CAM charges for May.

5. To date I understand that Musso has only received partial payment in the amount of $29,122.87. A copy of the check dated September 9, 2025 payable to Musso in the amount of $29,122.87 is annexed hereto as Exhibit A.

6. As a result, the remaining balance due for unpaid administrative rent for the Occupancy Period is $52,404.93.

7. Consequently, Musso respectfully requests the entry of an Order allowing its administrative rent claim in the amount of $52,404.93 and directing the Liquidating Trustee to promptly satisfy same.

Respectfully submitted,

SCARINCI HOLLENBECK, LLC
Counsel for Musso 3636 LLC

Dated: June 23, 2026                    By: */s/David Edelberg*
                                             David Edelberg

2

4929-8348-9207, v. 1

# E X H I B I T   A

## CHECK



THIS DOCUMENT IS PROTECTED BY POSITIVE PAY. DO NOT CASH IF A ▪ MULTICOLOR BACKGROUND IS NOT PRESENT OR IF VOIDS ARE VISIBLE.

**RITE AID**

**RITE AID HDQTRS. CORP.**

0007639830

62-22/311

| Date |
|------|
| 09/09/25 |

P.O. BOX 3165

HARRISBURG   PA 17105-0042

Wachovia Bank of Delaware, National Association

PAY EXACTLY:

*$29,122.87

VOID AFTER 90 DAYS

▪TWENTY-NINE THOUSAND ONE HUNDRED TWENTY-TWO DOLLARS AND EIGHTY-SEVEN CENTS ************************************************

TO THE
ORDER OF

MUSSO 3636 LLC
265 BROADHOLLOW RD, STE 115
MELVILLE, NY 11747

THIS DOCUMENT CONTAINS ULTRAVIOLET FIBERS, TRUE WATERMARK, AND A CHEMICAL ALTERATION STAIN FEATURE

⑈0007639830⑈ ⑆031100225⑆  20799510750 74⑈