UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ.**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-8660 (Fax)
dedelberg@sh-law.com
*Counsel to Musso 3636 LLC*

| In Re: | Chapter 11 |
| --- | --- |
| LAKEHURST AND BROADWAY CORPORATION | Case No.: 25-14831(MBK) |
| Debtor. | Hearing Date: June 30, 2026 at 11:30 a.m. |

## CERTIFICATION OF SERVICE

I, Meghan Connelly, being of full age, hereby certifies as follows:

1.     I am a paralegal at the law firm of Scarinci Hollenbeck, LLC, counsel to Musso 3636 LLC ("Musso") in the above captioned matter.

2.     On June 23, 2026, I served by first-class mail and email to all parties on the annexed service list a copy of Musso's Response to the Liquidating Trustee's Fourth Omnibus Objection to Claims.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  June 23, 2026                                        */s/Meghan Connelly*
                                                                      Meghan Connelly

## SERVICE LIST

| | |
|---|---|
| David M. Bass, Esq.<br>Andreas D. Milliaressis, Esq.<br>Benjamin M. Fischer, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>(email: dbass@coleschotz.com)<br>(email: amilliaressis@coleschotz.com)<br>(email: bfischer@coleschotz.com) | Lauren Bielskie, Esq.<br>Jeffrey M. Sponder, Esq.<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102<br>(email: lauren.bielskie@usdoj.gov)<br>(email: Jeffrey.m.sponder@usdoj.gov) |

2

4902-2009-9255, v. 1