UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ.**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-8660 (Fax)
dedelberg@sh-law.com
*Counsel to Jackson Investment Company*

In Re:

LAKEHURST AND BROADWAY
CORPORATION

Debtor.

Chapter 11

Case No.: 25-14831(MBK)

Hearing Date: June 30, 2026 at 11:30 a.m.

**OBJECTION BY JACKSON INVESTMENT COMPANY TO THE LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS**

TO:  THE HONORABLE MICHAEL B. KAPLAN, U.S.B.J.:

Jackson Investment Company ("Jackson Investment"), through its attorneys, Scarinci Hollenbeck LLC states as follows:

1.    Jackson Investment respectfully objects to the Liquidating Trustee's Fourth Omnibus Objection to Claims seeking to eliminate Jackson Investment's administrative claim (Claim Number 1189).

2.    Jackson Investment's claim arises from the Debtors' occupancy of real property located at Peach Street, Erie, Pennsylvania (the "Premises") during the post-petition time period of May 5 through June 30, 2025 (the "Occupancy Period").  The Occupancy Period commenced on the date the Debtors filed their second Chapter 11 case and ended on the date the Debtors rejected Jackson Investment's lease of non-residential real property.

3.      Annexed hereto as Exhibit A is a statement of the annual taxes for the year 2025 arising from the Premises.   The annual taxes arising from the Premises are listed in the chart below.

| **2025 Annual Taxes** | |
|---|---|
| County | $27,588.01 |
| TWP/Borough/City | $15,840.89 |
| School | $69,720.40 |
| Fire | $3,331.68 |
| **TOTAL:** | **$116,480.98** |

4.      The Occupancy Period for the above tax obligations consists of 56 days (May 5 through June 30, 2026).  Dividing 56 days by 365 days results in .1534.

5.      Multiplying the annual taxes of $116,480.98 by .1534 results in $17,868.18 due to Jackson Investment for 2025 taxes prorated for the Occupancy Period[1].

6.      Consequently, Rite-Aid is liable for an administrative claim for the annual 2025 taxes prorated for the Occupancy Period May 5 through June 30, 2025.

7.      Therefore, Jackson Investment respectfully requests the entry of an Order allowing it an administrative claim in the amount of $17,868.18 and directing the Liquidating Trustee to promptly satisfy same.

Respectfully submitted,

SCARINCI HOLLENBECK, LLC
Counsel for Jackson Investment Company

Dated:  June 23, 2026                    By: */s/David Edelberg*
                                              David Edelberg

---

[1] The Debtors previously satisfied the rent obligations due to Jackson Investment arising from the Occupancy Period.

2

# EXHIBIT A

**ERIE COUNTY TAX CLAIM BUREAU**
**140 W. 6TH STREET, RM 110**
**ERIE, PA 16501-1011**

| | |
|---|---|
| PARCEL NO: | 33-121-604.0-005.00 |
| SCHOOL DISTRICT: | MILLCREEK SCHOOL DISTRICT |
| MUNICIPALITY: | MILLCREEK TWP |
| RECEIVED OF: | AARON E SUSMARSKI ATTNY AT LAW IOLT |
| ASSESSED OF: | JACKSON INVESTMENT COMPANY LLC |
| | 511 W CLEVELAND ST |
| | #608 |
| | TAMPA FL 33606 |

| ** TAXPAYER COPY ** | |
|---|---|
| RECEIPT NO: | 413971 |
| DATE: | Jan-30-2026 |
| PAID: | 116,480.98 |
| BALANCE DUE: | 0.00 |
| LOCATION/LEGAL: | |
| 5430 PEACH ST | 1.602 AC |

NOTE: INTEREST CALCULATED THROUGH THE LAST BUSINESS DAY OF THE CURRENT MONTH.
IF PAID AFTER THAT DATE THE ACTUAL AMOUNT DUE WILL BE INCREASED.

**REAL ESTATE TAXES**

| 2025 | TAXES | INTEREST | COSTS | TOTAL |
|---|---|---|---|---|
| COUNTY | 27,528.01 | 0.00 | 60.00 | 27,588.01 |
| TWP/BORO/CITY | 15,840.89 | 0.00 | | 15,840.89 |
| LIBRARY | 0.00 | 0.00 | | 0.00 |
| SCHOOL | 69,720.40 | 0.00 | | 69,720.40 |
| SCHOOL LIBRARY | 0.00 | 0.00 | | 0.00 |
| FIRE | 3,331.68 | 0.00 | | 3,331.68 |
| EMS | 0.00 | 0.00 | | 0.00 |
| TOTAL | 116,420.98 | 0.00 | 60.00 | 116,480.98 |

If paid by check, receipt not valid until accepted by Drawee Bank     BATCH: 01/30/26 SPC     Method: CHECK # 1051

Address:     5430 PEACH ST 1.602 AC

## 📊 Annual Taxes

| Year | County | City/Township | School | Library | Total |
|---|---|---|---|---|---|
| 2026 | 12922.28 | 8944.49 | 0.00 | 0.00 | 21866.77 |
| 2025 | 25025.46 | 17429.61 | 63382.18 | 0.00 | 105837.25 |
| 2024 | 25025.46 | 15915.21 | 61595.95 | 0.00 | 102536.62 |
| 2023 | 9782.74 | 6489.60 | 26180.99 | 0.00 | 42453.33 |
| 2022 | 9782.74 | 5833.04 | 25198.28 | 0.00 | 40814.06 |
| 2021 | 9782.74 | 5833.04 | 24229.20 | 0.00 | 39844.98 |
| 2020 | 9372.39 | 5833.04 | 23800.79 | 0.00 | 39006.22 |
| 2019 | 9372.39 | 5833.04 | 23800.79 | 0.00 | 39006.22 |
| 2018 | 8879.97 | 5833.04 | 23152.60 | 0.00 | 37865.61 |
| 2017 | 8879.97 | 5833.04 | 22698.59 | 0.00 | 37411.60 |
| 2016 | 8469.62 | 5833.04 | 22616.52 | 0.00 | 36919.18 |
| 2015 | 8092.10 | 5833.04 | 22293.33 | 0.00 | 36218.47 |