UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ.**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-8660 (Fax)
dedelberg@sh-law.com
*Counsel to Jackson Investment Company*

| | |
|---|---|
| In Re:<br><br>LAKEHURST AND BROADWAY CORPORATION<br><br>                    Debtor. | Chapter 11<br><br>Case No.: 25-14831(MBK)<br><br>Hearing Date: June 30, 2026 at 11:30 a.m. |

## CERTIFICATION OF SERVICE

I, Meghan Connelly, being of full age, hereby certifies as follows:

1.      I am a paralegal at the law firm of Scarinci Hollenbeck, LLC, counsel to Jackson Investment Company ("Jackson Investment") in the above captioned matter.

2.      On June 23, 2026, I served by first-class mail and email to all parties on the annexed service list a copy of Jackson Investment's Response to the Liquidating Trustee's Fourth Omnibus Objection to Claims.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  June 23, 2026                                         */s/Meghan Connelly*
                                                                          Meghan Connelly

## SERVICE LIST

| | |
|---|---|
| David M. Bass, Esq. <br> Andreas D. Milliaressis, Esq. <br> Benjamin M. Fischer, Esq. <br> Cole Schotz P.C. <br> Court Plaza North <br> 25 Main Street <br> Hackensack, NJ 07601 <br> (email: dbass@coleschotz.com) <br> (email: amilliaressis@coleschotz.com) <br> (email: bfischer@coleschotz.com) | Lauren Bielskie, Esq. <br> Jeffrey M. Sponder, Esq. <br> Office of the United States Trustee <br> District of New Jersey <br> One Newark Center, Suite 2100 <br> Newark, New Jersey 07102 <br> (email: lauren.bielskie@usdoj.gov) <br> (email: Jeffrey.m.sponder@usdoj.gov) |

2

4912-9960-9015, v. 1