**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**STARK & STARK, PC**
Thomas S. Onder, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 219-7458
tonder@stark-stark.com
*Counsel to Creditor- Bethel Park, LLC*

In re:

LAKEHURST AND BROADWAY
CORPORATION,

Debtor[1].

Case No. 25-14831 (MBK)

Chapter 11

(Jointly Administered)

Ref: 412

Hearing Date: June 30, 2026 at 10:00 am.

### CREDITOR, BETHEL PARK, LLC'S RESPONSE TO OBJECTION TO THEIR ADMINSTRATIVE EXPENSE CLAIM

Bethel Park, LLC (the "Claimant") by and through its counsel, Stark & Stark, P.C. files agrees to reduce its administrative expense claim to $2,070.94 as provided in the Debtor's objection and respectfully request the Court allow its Administrative Expense Claim in the amount of **$2,070.94** and compel the Debtor to make payment immediately.

Respectfully submitted,

Dated: June 22, 2026

**STARK & STARK, P.C.**

By: */s/ Thomas S. Onder*
Thomas S. Onder, Esq.
Joseph H. Lemkin, Esq.

---

[1]     On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al*., closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). Except as otherwise provided herein, references to the "Docket" in shall refer to the docket in the formerly jointly administered cases captioned In re New Rite Aid, LLC, Case No. 25-14861 (MBK).



100 American Metro Blvd.
Hamilton, NJ08619
Telephone (Direct): 609-219-7458
Telephone (Main): 609-896-9060
Facsimile: 609-895-7395
Email: tonder@stark-stark.com



4934-2019-4741, v. 9