UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(B)**

**REED SMITH LLP**

Aaron M. Bender, Esquire (15642004)
506 Carnegie Center, Suite 300
Princeton, New Jersey 08543
Telephone:  (609) 987-0050
Fax:  (609) 951-0824
Email:  abender@reedsmith.com

and

Jared S. Roach (*pro hac vice forthcoming*)
Emily C. Costantinou (*pro hac vice forthcoming*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone:  (412) 288-3131
Fax:  (412) 288-3063
Email:  jroach@reedsmith.com
          ecostantinou@reedsmith.com

*Counsel for The Buncher Company*

| | |
|---|---|
| In re: | Chapter 11 |
| LAKEHURST AND BROADWAY CORPORATION, *et al.*[4] | Case Number: 25-14831-MBK (Jointly Administered) |
| Debtors. | Hon. Michael B. Kaplan |

## CERTIFICATE OF SERVICE

1.     I, Aaron M. Bender, Esq., represent The Buncher Company in this matter.

---

4 The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at: https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2.     On June 23, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

*THE BUNCHER COMPANY'S RESPONSE TO THE LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM*

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated below.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cole Schotz, P.C.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: David M. Bass, Esq.<br>    (dbass@coleschotz.com)<br>    Andreas D. Milliaressis, Esq.<br>    (amilliaressis@coleschotz.com)<br>    Benjamin M. Fischer, Esq.<br>    (bfischer@coleschotz.com) | Liquidating Trustee's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified<br>☐ mail/RR E-mail<br>☒ Other CM/ECF<br>  (as authorized by the court*) |
| Office of the United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Jeffrey Sponder, Esq.<br>    (Jeffrey.M.Sponder@usdoj.gov)<br>    Lauren Bielskie, Esq.<br>    (Lauren.Bielskie@usdoj.gov) | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified<br>☐ mail/RR E-mail<br>☒ Other CM/ECF<br>  (as authorized by the court*) |

Dated: June 23, 2026

*/s/ Aaron M. Bender*
Aaron M. Bender, Esquire (15642004)

- 2 -