UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ADELMAN & GETTLEMAN, LTD**.
Howard L. Adelman, Esq. (Ill. ARDC no. 0015458) (admitted *pro hac vice*)
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
(312) 435-1050
hla@ag-ltd.com
*Co-Counsel for Southern California United Food and Commercial Workers Unions and Drug Employers Pension Fund*

**McDOWELL LAW PC**
Paul Pflumm, Esq. (006912002)
46 West Main Street
Maple Shade, New Jersey 08052
(856) 482-5544
ppflumm@mcdowelllegal.com
*Co-Counsel for Southern California United Food and Commercial Workers Unions and Drug Employers Pension Fund*

| | |
|---|---|
| Case No.: | 25-14831-MBK |
| Chapter: | 11 |
| Adv. No. | |
| Hearing Date: | |
| Judge: | Hon. Michael B. Kaplan |

In Re:

Lakehurst and Broadway Corporation,

                                 Debtors,

---

## CERTIFICATE OF SERVICE OF REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

I, Paul Pflumm, Esq., certify that on June 30, 2026, I caused a true and correct copy of the within motion to be served by first class mail, postage prepaid, on the parties listed on <u>Exhibit A</u> annexed hereto.

McDOWELL LAW, PC
Attorneys for Southern California United Food and Commercial Workers Unions and Drug Employers Pension Fund

DATED:  June 30, 2026

BY: /s/ *Paul Pflumm*
Paul Pflumm

1

1442720_1

## EXHIBIT A

United States Trustee
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark, New Jersey 07102

Cole Schotz P.C.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
*Debtors' Counsel*

Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
*Debtors' Counsel*

Sills Cummis & Gross P.C
Attn: Andrew Sherman
The Legal Center, One Riverfront Plaza
1037 Raymond Blvd
Newark NJ 07102
*Co-counsel to the Official Committee of
Unsecured Creditors*

Willkie Farr & Gallagher LLP
Attn: Brett H. Miller, Todd M. Goren, James
H. Burbage, Jessica D. Graber, Misha
Emanoil
787 Seventh Avenue
New York NY 10019-609
*Co-counsel to the Official Committee of
Unsecured Creditors*

Choate, Hall & Stewart LLP
Attn: Mark Silva, John Ventola, Kevin
Simard, Jonathan Marshall, Rick Thide,
Jean-Paul Jaillet, Mark G. Edgarton
Two International Place
Boston MA 02110
*Counsel to the DIP Agent*

Greenberg Traurig, LLP
Attn: Alan J. Brody, Julia Frost-Davies
500 Campus Drive, Suite 400
Florham Park NJ 07932-0677
*Counsel to the DIP Agent*

Adelman & Gettleman, LTD.
Attn: Howard L. Adelman, Esq.
53 West Jackson Boulevard, Suite 1050
Chicago, IL 60604
*Counsel To Southern California UFCW
Unions & Drug Employers Pension Fund
And The Southern California Drug Benefit
Fund*

2

1442720_1