**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*



**Order Filed on July 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

LAKEHURST AND BROADWAY CORPORATION,

Debtor.[1]

Chapter 11

Case No. 25-14831 (MBK)

Related to Docket No. 209

**CONSENT ORDER BETWEEN THE WIND-DOWN DEBTORS AND B.A.G. NORTHEAST NO. 195 L.P. RESOLVING MOTION OF B.A.G. NORTHEAST NO. 195 L.P. TO COMPEL PAYMENT OF POST-PETITION LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 365(D)(3) AND 503(B)(1)(A) UNDER NON-RESIDENTIAL <u>REAL PROPERTY LEASES</u>**

The relief set forth on the following pages, numbered two (2) through five (5), is

**ORDERED**.

**DATED: July 9, 2026**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page | 2)

Debtors:           LAKEHURST AND BROADWAY CORPORATION
Case No.           25-14831 (MBK)
Caption of Order:  CONSENT ORDER BETWEEN THE WIND-DOWN DEBTORS AND
                   B.A.G. NORTHEAST NO. 195 L.P. RESOLVING MOTION OF B.A.G.
                   NORTHEAST NO. 195 L.P. TO COMPEL PAYMENT OF POST-
                   PETITION LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. §§
                   365(d)(3) AND 503(b)(1)(A) UNDER NON-RESIDENTIAL REAL
                   PROPERTY LEASES

This Consent Order is made by and between B.A.G. Northeast No. 195 L.P. (the "Landlord"), and Lakehurst and Broadway Corporation, together with New Rite Aid, LLC and other affiliated Wind-Down Debtors (as defined in the Plan, defined below, collectively, the "Debtors," and together with the Landlord, the "Parties"), by and through their respective counsel of record, with regard to the following facts:

WHEREAS, on or about January 23, 1995, REC Concepts, a predecessor in interest of Landlord, and Rite Aid of New York, Inc., one of the Debtors, entered into a nonresidential real property lease agreement (together with all amendments, modifications and extensions thereto, the "Lease") for commercial space at 400 Chestnut Street, Oneonta, New York, 13820; and

WHEREAS, each of the Debtors filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code on May 5, 2025, commencing these chapter 11 cases (the "Bankruptcy Cases"); and

WHEREAS, on June 9, 2025, the Court entered that certain *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 776] (the "Final Rejection Procedures Order"); and

WHEREAS, on October 15, 2025, in accordance with the Final Rejection Procedures Order, the Debtors filed that certain *Thirty-Seventh Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property* [Docket No. 2879], authorizing the rejection of, among other non-residential real property leases, the Lease, as of September 30, 2025 (the "Rejection Date"); and

70913/0001-52658777v2

(Page | 3)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE WIND-DOWN DEBTORS AND B.A.G. NORTHEAST NO. 195 L.P. RESOLVING MOTION OF B.A.G. NORTHEAST NO. 195 L.P. TO COMPEL PAYMENT OF POST-PETITION LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1)(A) UNDER NON-RESIDENTIAL REAL PROPERTY LEASES |

**WHEREAS**, on November 11, 2025, the Debtors' filed their *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 3215] (as modified, amended, and including all supplements, the "Plan"); and

**WHEREAS**, on November 26, 2025, the Court entered *the Order Approving the Disclosure Statement and Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3445], and on December 15, 2025 entered the *Supplemental Order to Order Approving the Disclosure Statement and Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3536] confirming the Plan and approving and approving the Disclosure Statement [Docket No. 3216]; and

**WHEREAS**, on July 8, 2025, the Landlord filed *Motion of B.A.G. Northeast No. 195 L.P. to Compel Payment of Postpetition Lease Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) Under Non-Residential Real Property Leases* [Case No. 25-14831 Docket No. 209] (the "Motion"), seeking payment of post-petition amounts alleged to be due for periods prior to the Rejection Date; and

**WHEREAS**, the Debtors and the Landlord wish to resolve issues relating to the Motion, pursuant to the terms hereof; including, through and by way of the agreed upon allowance and payment of rent for September 2025.

70913/0001-52658777v2

(Page | 4)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE WIND-DOWN DEBTORS AND B.A.G. NORTHEAST NO. 195 L.P. RESOLVING MOTION OF B.A.G. NORTHEAST NO. 195 L.P. TO COMPEL PAYMENT OF POST-PETITION LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1)(A) UNDER NON-RESIDENTIAL REAL PROPERTY LEASES |

NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY AGREED AND ORDERED AS FOLLOWS:

1.      The Landlord shall have an allowed administrative expense claim pursuant to section 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code for rent due for the period of September 1, 2025 through September 30, 2025, in the amount of $11,412.57 (the "Allowed Administrative Expense Claim"). Within seven (7) business days following the entry of this Consent Order, the Debtors or the Liquidating Trustee (as defined in the Plan) shall pay to the Landlord the Allowed Administrative Expense Claim, which payment shall be in full and final satisfaction of any and all administrative expenses or claims of the Landlord, pursuant to sections 365(d)(3), 503(b) or 507 of the Bankruptcy Code including, but not limited to, the claims asserted in the Motion.

2.      The Debtors, the Liquidating Trust (as defined in the Plan) and the Landlord are authorized to take all actions necessary to effectuate the relief granted in this Consent Order without further order from this Court.

3.      This Consent Order is effective immediately upon entry and is not subject to any stay under the United States Bankruptcy Code, the Federal Rule of Bankruptcy Procedure, or applicable nonbankruptcy law.

4.      This Consent Order may be executed and delivered in any number of original or facsimile or electronic counterparts, each of which shall be deemed an original.

70913/0001-52658777v2

(Page | 5)

| | |
|---|---|
| Debtors: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE WIND-DOWN DEBTORS AND B.A.G. NORTHEAST NO. 195 L.P. RESOLVING MOTION OF B.A.G. NORTHEAST NO. 195 L.P. TO COMPEL PAYMENT OF POST-PETITION LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1)(A) UNDER NON-RESIDENTIAL REAL PROPERTY LEASES |

5.     The Bankruptcy Court will retain jurisdiction to resolve any and all disputes relating to this Consent Order.

The undersigned hereby consent to the form and entry of this Consent Order:

Dated: June 30, 2026

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D.  Sirota, Esq.
Warren A.  Usatine, Esq.
David M. Bass, Esq.
Felice R.  Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

/s/ Jenny Zhou

**PORZIO, BROMBERG & NEWMAN, P.C.**
Jenny Zhou, Esq.
Brett S. Moore, Esq.
5 Sylvan Way, Suite 110
P.O. Box 218
Parsippany, NJ 07054
Office: (973) 538-4006
Email:  JZhou@pbnlaw.com
          BSMoore@pbnlaw.com

*Counsel for B.A.G. Northeast No. 195 L.P.*

70913/0001-52658777v2