## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY (TRENTON)

DUANE MORRIS LLP
Gregory D. Herrold
40 Lake Center Drive
401 Route 73 North, Suite 200
Marlton, NJ 08053
Telephone: 856-874-4225
Fax: 856-424-4446
Email: gdherrold@duanemorris.com

*Counsel for Murray Avenue Kosher, Inc.*

In Re:

LAKEHURST AND BROADWAY
CORPORATION [1]

Case No. 25-14831 (MBK)

Chapter 11

Hearing date: August 10, 2026 at
10:00 AM EST

Hon. Michael B. Kaplan

## NOTICE OF HEARING ON MURRAY AVENUE KOSHER, INC'S RENEWED MOTION TO INTERVENE PURSUANT TO FED. R. BANKR. P. 2018 (a)

**PLEASE TAKE NOTICE** that a hearing on Murray Avenue Kosher, Inc's

Renewed Motion to Intervene Pursuant to Fed. R. Bankr. P. 2018 (a) will be held on

---

[1] This Notice of Hearing on MAKI's Motion to Intervene is being filed in this remaining bankruptcy case pursuant to the Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases issued on December 30, 2025, at Dckt. No. 3695 in Case No. 25-14861.

Monday, August 10, 2026 at 10:00 AM EST, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, via Zoom.

Dated:  July 10, 2026

By: */s/ Gregory D. Herrold*

DUANE MORRIS LLP

Gregory D. Herrold (NJ ID No. 218282017)
40 Lake Center Drive
401 Route 73 North, Suite 200
Marlton, NJ 08053
Telephone: 856-874-4225
Fax: 856-424-4446
Email: gdherrold@duanemorris.com

*Counsel for Murray Avenue*
*Kosher, Inc.*