## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY (TRENTON)

DUANE MORRIS LLP
Gregory D. Herrold
40 Lake Center Drive
401 Route 73 North, Suite 200
Marlton, NJ 08053
Telephone: 856-874-4225
Fax: 856-424-4446
Email: gdherrold@duanemorris.com

*Counsel for Murray Avenue Kosher, Inc.*

In Re:

LAKEHURST AND BROADWAY
CORPORATION[1]

Case No. 25-14831 (MBK)

Chapter 11

Hearing date: August 10, 2026 at
10:00 AM EST

Hon. Michael B. Kaplan

## CERTIFICATE OF COMPLIANCE
## PURSUANT TO FED. R. BANKR. P. 8015(h)

I, Gregory D. Herrold, hereby certify that the instant Renewed Motion to

Intervene complies with the type-volume limitations of Rule 8013(f)(3)(A) because

---

[1] Murray Avenue Kosher, Inc.'s Motion to Intervene is being filed in this remaining bankruptcy case pursuant to the Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases issued on December 30, 2025, at Dckt. No. 3695 in Case No. 25-14861.

this Motion, in Times New Roman, 14 pt. font, contains 1,769 words, less than the 5,200 allowed by Fed. R. Bankr. P. 8013(f)(3)(a), and that the instant Motion to Intervene complies with all other type-volume requirements of Fed. R. App. P. 27(d)(1), made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 8013(f)(1).

Dated:  July 10, 2026     By: */s/ Gregory D. Herrold*
             Gregory D. Herrold

             *Counsel for Murray Avenue*
             *Kosher, Inc.*