UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DUANE MORRIS LLP
Gregory D. Herrold
40 Lake Center Drive
401 Route 73 North, Suite 200
Marlton, NJ 08053
Telephone: 856-874-4225
Fax: 856-424-4446
Email: gdherrold@duanemorris.com

Counsel for Murray Avenue Kosher, Inc.

In Re:

LAKEHURST AND BROADWAY CORPORATION

Case No.:      25-14831 (MBK)

Chapter:      11

Hearing Date:      August 10, 2026

Judge:      Michael B. Kaplan

## ORDER
## GRANTING MAKI'S RENEWED MOTION TO INTERVENE

The relief set forth on the following pages, numbered two (2) through ____(2)____, is **ORDERED**.

This matter having been brought before the Court on *Murray Avenue Kosher, Inc's Motion to Intervene Pursuant to Fed. R. Bankr. P. 2018 (a)*, and the Court having reviewed the moving papers of the movant and considered this matter pursuant to Fed. R. Bankr. P. 2018(a), and good cause having been shown, it is hereby:

**ORDERED** that Murray Avenue Kosher, Inc. is permitted to intervene in this action for purposes of joining the *Motion to Vacate Order Approving the Assumption and Assignment of Unexpired Lease to Murray Ave Market, LLC, Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024*, filed by 29 Katz Crew (Dckt. 245).

DM1\20743534.1