# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE  DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## SUPPLEMENTAL DECLARATION OF YITZCHOK GLASSNER IN SUPPORT OF MURRAY AVE MARKET'S ASSUMPTION OF LEASE

Yitzchok Glassner, being duly sworn, declares and states, under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

## INTRODUCTION

1.    I am the corporate designee for Murray Ave Market, LLC (the "Murray Ave Market"). In this capacity, I am familiar with Murray Ave Market's day-to-day operations, business, financial affairs, and books and records.

2.    I submit this supplemental declaration (the "Supplemental Declaration") in connection with the Debtors' *Notice of Assumption and Assignment of Certain of the Debtors' Leases* (the "Assumption and Assignment Notice") dated July 22, 2025 [Dkt. No. 1525] filed in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

3.    Except as otherwise indicated, all facts set forth in this declaration are based on my personal knowledge and knowledge that I have acquired from those who report to me, my review

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

of relevant documents, or my opinion based upon experience, knowledge, and information concerning the facts herein. If called upon to testify, I could and would testify competently to the facts set forth herein. I am duly authorized to submit this declaration.

<u>**BACKGROUND**</u>

4.      As I previously averred in my first declaration in support of Murray Ave Market's assumption of lease, Murray Avenue Kosher, Inc. is an independent food market that has been doing business for over fifty (50) years.

5.      Murray Ave Market is acquiring Murray Avenue Kosher, Inc. and convert the vacant space located at 1700 Murray Avenue, Pittsburgh, PA 15217 into a space usable as a specialty upscale kosher food market.  Murray Avenue Kosher, Inc. will be merged into Murray Avenue Market.

6.      On July 22, 2025, the Debtors identified Murray Ave Market as the successful bidder/assignee for the lease at 1700 Murray Avenue, Pittsburgh, PA 15217 and otherwise identified as the Debtors' store number 274 (the "<u>Murray Avenue Lease</u>").

7.      Pursuant to the Assumption and Assignment Notice, 1700 Murray Avenue LLC, C/O CLS Star LLC, Attn: Ahron, Freilich, 657 Pratt Drive, Indiana, Pa 15101 ("<u>1700 Murray Avenue, LLC</u>") was identified as the lease counterparty.

8.      The Assumption and Assignment Notice provided cure costs for the Murray Avenue Lease of $32,670.00 (the "<u>Cure Costs</u>").

9.      On August 5, 2025, Ameriserv Financial Bank, Martin Perry as Court-Appointed Receiver for 1700 Murray Avenue, LLC filed an objection [Dkt. No. 1805] and amended objection [Dkt. No. 1808] to the Cure Costs and Murray Ave Market's "ability [] to perform all of the obligations contained in the [Murray Avenue] Lease."

10.     In response to the 1700 Murray Avenue, LLC's objection, Murray Ave Market initially provided Murray Avenue Kosher, Inc.'s 2023 tax return to the Debtors and the objectors for the purpose of demonstrating adequate assurance of ability to pay rent.

11.     On August 28, 2025, by way of further response to 1700 Murray Avenue, LLC's objection, I provided my initial declaration in support [Dkt. No. 2194], which included, attached as Exhibit A, a Market Business Plan disclosing financial forecasts demonstrating Murray Ave Market's ability to perform under the Murray Avenue Lease.

12.     On August 28, 2025, the Court held a hearing to consider the Assumption and Assignment Notice, 1700 Murray Avenue LLC's objection, and the Initial Declaration.

13.     At the August 28, 2025 hearing, my counsel entered the Initial Declaration into evidence.

14.     After having an opportunity to cross-examine me and the averments made in my Initial Declaration, counsel for 1700 Murray Avenue, LLC acknowledged that Murray Ave Market is a single purpose entity.

15.     At the conclusion of the hearing, the Court directed Murray Ave Market to provide additional financial information as further support as to Murray Ave Market's ability to perform under the Murray Avenue Lease.

## SUPPLEMENTAL SUPPORT AND ADEQUATE ASSURANCE OF PERFORMANCE

16.     Consistent with the Court's directive, I am attaching a 2025 year-to-date income statement ("P&L") for Murray Avenue Kosher, Inc. *See* Exhibit A.

17.     The P&L reveal that Murray Avenue Kosher, Inc.'s current location has unusually high expenses due to age and condition—recurring plumbing issues, chronic leaks, and substantial

roof damage. Still, Murray Avenue Kosher, Inc. is profitable. The market will be even more profitable at the new location.

18.    By assuming the Murray Avenue Lease and utilizing updated infrastructure, Murray Ave Market will significantly reduce utilities and repair costs, with savings of approximately $100,000.00 annually compared to Murray Avenue Kosher's current location.

19.    In addition, contemporaneous with the filing of this Supplemental Declaration, I have provided Murray Avenue Kosher, Inc.'s tax returns for years 2022 and 2024 to further demonstrate its track record and ability to pay rent under the Murray Avenue Lease without issue.

20.    Murray Avenue Kosher, Inc.'s financial data demonstrate that Murray Ave Market can completely satisfy all obligations.

21.    In furtherance, I have personally offered to guarantee the first twelve (12) months of the assumed lease.

22.    In sum, I submit this Supplemental Declaration in support of Murray Ave Market's proposed assumption of the Murray Avenue Lease.

Date:  September 5, 2025

/s/ Yitzchok Glassner
Yitzchok Glassner

Respectfully Submitted,

BERNSTEIN-BURKLEY, P.C.

/s/ Keri P. Ebeck
Keri P. Ebeck
NJ Bar ID #262092017
Mason S. Shelton, Esq. (pro hac)
PA Bar ID 332792
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-1900
Telephone: (412) 456-8163
Facsimile: (412) 456-8135

Email: kebeck@bernsteinlaw.com
mshelton@bernsteinlaw.com

*Attorney for Murray Avenue Market*