# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>NEW RITE AID, LLC, *et al.*,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## DECLARATION OF YITZCHOK GLASSNER IN SUPPORT OF
## MURRAY AVE MARKET'S ASSUMPTION OF LEASE

Yitzchok Glassner, being duly sworn, declares and states, under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

### INTRODUCTION

1.      I am the corporate designee for Murray Ave Market, LLC (the "Murray Ave Market"). In this capacity, I am familiar with Murray Ave Market's day-to-day operations, business, financial affairs, and books and records.

2.      I submit this declaration (the "Declaration") in connection with the Debtors' *Notice of Assumption and Assignment of Certain of the Debtors' Leases* (the "Assumption and Assignment Notice") dated July 22, 2025 [Dkt. No. 1525] filed in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

3.      Except as otherwise indicated, all facts set forth in this declaration are based on my personal knowledge and knowledge that I have acquired from those who report to me, my review

---

[1]      The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

of relevant documents, or my opinion based upon experience, knowledge, and information concerning the facts herein. If called upon to testify, I could and would testify competently to the facts set forth herein. I am duly authorized to submit this declaration.

## BACKGROUND

4. Murray Avenue Kosher, Inc. is an independent food market that has been doing business for over fifty (50) years.

5. Murray Ave Market intends to acquire Murray Avenue Kosher, Inc. and convert the vacant space located at 1700 Murray Avenue, Pittsburgh, PA 15217 into a space usable as a specialty upscale kosher food market.

6. On July 22, 2025, the Debtors identified Murray Ave Market as the successful bidder/assignee for the lease at 1700 Murray Avenue, Pittsburgh, PA 15217 and otherwise identified as the Debtors' store number 274 (the "Murray Avenue Lease").

7. Pursuant to the Assumption and Assignment Notice, 1700 Murray Avenue LLC, C/O CLS Star LLC, Attn: Ahron, Freilich, 657 Pratt Drive, Indiana, Pa 15101 ("1700 Murray Avenue, LLC") was identified as the lease counterparty.

8. The Assumption and Assignment Notice provided cure costs for the Murray Avenue Lease of $32,670.00 (the "Cure Costs").

9. On August 5, 2025, Ameriserv Financial Bank, Martin Perry as Court-Appointed Receiver for 1700 Murray Avenue, LLC filed an objection [Dkt. No. 1805] and amended objection [Dkt. No. 1808] to the Cure Costs and Murray Ave Market's "ability [] to perform all of the obligations contained in the [Murray Avenue] Lease."

10. In response to the objection, Murray Ave Market has provided a tax return for 2023 to the Debtors and the objectors.

11. Moreover, Murray Ave Market has the ability to pay the monthly rent owed under the Murray Avenue Lease because Murray Avenue Kosher, Inc. currently pays substantially similar rent at its current location.

12. Lastly, Murray Ave Market has sufficient liquidity (and the capacity to borrower additional funds if necessary) to effectuate any and all renovation work that may be desirable to meet market demands.

13. In support of Murray Ave Market's ability to adequately perform under the Murray Avenue Lease, I can attest to the revenue models and projections within the Market Business Plan attached herein. *See* Exhibit A.

Date: August 28, 2025

/s/ Yitzchok Glassner
Yitzchok Glassner

Respectfully Submitted,

BERNSTEIN-BURKLEY, P.C.

/s/ *Keri P. Ebeck*
Keri P. Ebeck
NJ Bar ID #262092017
Mason S. Shelton, Esq. (*pro hac*)
PA Bar ID 332792
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-1900
Telephone: (412) 456-8163
Facsimile: (412) 456-8135
Email: kebeck@bernsteinlaw.com
        mshelton@bernsteinlaw.com

*Attorney for Murray Avenue Market*