# EXHIBIT H

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| DUANE MORRIS LLP<br>Gregory D. Herrold<br>40 Lake Center Drive<br>401 Route 73 North, Suite 200<br>Marlton, NJ 08053<br>Telephone: 856-874-4225<br>Fax: 856-424-4446<br>Email: gdherrold@duanemorris.com<br><br>*Counsel for Murray Avenue Kosher, Inc.* | |
| In Re:<br><br>LAKEHURST AND BROADWAY<br>CORPORATION [1] | Case No. 25-14831 (MBK)<br><br>Chapter 11<br><br>Hon. Michael B. Kaplan<br><br>Declaration of Shaya Markovic in Support of Murray Avenue Kosher, Inc's Motion to Intervene Pursuant to Fed. R. Bankr. P. 2018 (a) |

## DECLARATION OF SHAYA MARKOVIC IN SUPPORT
## OF MURRAY AVENUE KOSHER, INC'S MOTION TO
## INTERVENE PURSUANT TO FED. R. BANKR. P. 2018 (a)

I, Shaya Markovic, make this declaration pursuant to 28 U.S. Code § 1746.

---

[1] This Declaration is being filed in this remaining bankruptcy case pursuant to the Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases issued on December 30, 2025, at Dckt. No. 3695 in Case No. 25-14861.

1. The facts set forth in this Declaration are based on my personal knowledge. If called to testify, I would testify competently to the facts set forth below.

2. My parents are Saul Markovic and Beth Markovic. My brother is Aryeh Markovic. My parents and brother are the principals of Murray Avenue Kosher, Inc. ("MAKI").

3. I communicated with Yitzchok Glassner, a principal of Murray Avenue Market, LLC ("MAM"), at the email address yglassner@gmail.com in relation to MAM's negotiations with MAKI to acquire MAKI's kosher grocery store.

4. Yitzchok Glassner sent me the email dated October 27, 2025, at 4:48 PM, which is attached hereto as **Exhibit 1**.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March __5__, 2026        By: _____

Shaya Markovic

2

DMI\20756253.1

# Exhibit 1 to Declaration of Shaya Markovic

3

# M Gmail

---

## Murray Avenue Kosher
9 messages

---

**Shaya Markovic <shayamarkovic@gmail.com>**                Mon, Oct 20, 2025 at 11:42 AM
To: "yglassner@gmail.com" <yglassner@gmail.com>

Good Morning Itchy,

It was nice meeting with you the other day. After discussions with the owners of Murray Avenue Kosher ("MAK"), they are presenting the following options for the purchase of MAK:

1. ███████ cash at closing, plus inventory,
   or

2. ███████ total, with ███████ down and the remaining balance payable in 24 equal monthly installments, beginning one month after closing, plus inventory. This option will require a personal guarantee from both you and Izzy Rudulph.

Markovic ownership will retain all outstanding accounts receivable (subject to certain limitations) and lease-related deposits. You will assume ownership of all MAK operations including existing lease agreements.

The specific details can be finalized between the attorneys. Please let us know your decision at your earliest convenience, but no later than the end of the month as we are exploring alternative options.

--
Shaya Markovic

*This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein, and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please immediately notify me by replying to this e-mail and permanently delete the original, and any copy of any e-mail and any printout thereof.*

---

**Yitzchok Glassner <yglassner@gmail.com>**                Mon, Oct 20, 2025 at 3:28 PM
To: Shaya Markovic <shayamarkovic@gmail.com>

Hi Shaya,

Our offer — as stated previously — remains ███████ structured as follows:

- ███████ **at closing**

- ███████ **at the end of year two**

- ███████ **over year three (paid monthly)**

The only issue raised was the guarantor. I made it clear that I'm willing to secure the remaining ███████ with my house, which has approximately ███████ in equity.

Now, you're asking for the entire amount in cash or increasing the price if we don't — and also requesting Izzy as an additional guarantor. I don't see the need for that, as my personal guarantee and collateral should be more than sufficient.

Also, I don't appreciate that you're trying to use the **Rudolphs** in this situation simply because you think you can. As I mentioned in our meeting on **October 12th,**

Regarding the lease , I've requested a copy but haven't received it yet, so I can't comment further until it's provided. Which Should anyways be discussed with the Attorneys

The remaining details can be finalized through the attorneys, as you suggested.

This isn't a typical business deal, we're doing this for the benefit of the community and to ensure peace and stability. Otherwise, there would be no reason for us to purchase this business for ███████

4

As you mentioned, you want to know what's happening since you're exploring other options. We also need clarity, as time is of the essence , we already have the lease in place and are **paying rent.**

Best,
[Quoted text hidden]   .

---

**Shaya Markovic** <shayamarkovic@gmail.com>   ·                                           Mon, Oct 20, 2025 at 3:50 PM
To: Beth Markovic <bethmarkovic@gmail.com>, saul Markovic <saul.mak@gmail.com>, aryehm21 <aryehm21@yahoo.com>

[Quoted text hidden]
--
Shaya
[Quoted text hidden]

---

**Beth Markovic** <bethmarkovic@gmail.com>                                           Mon, Oct 20, 2025 at 7:17 PM
To: Shaya Markovic <shayamarkovic@gmail.com>

doing this for the good of the community my foot
[Quoted text hidden]

---

**Shaya Markovic** <shayamarkovic@gmail.com>                                           Tue, Oct 21, 2025 at 8:45 PM
To: Yitzchok Glassner <yglassner@gmail.com>

Hi Itchy,

Unfortunately, those terms don't work for the current owners. They're not willing to wait two year with no payments, and three years for full payment on an interest-free basis.   For numerous reasons they don't want your house as collateral. Maybe you can pull out some of your equity in the home and use it for payment? That will resolve most of the issues.

Regarding the suggestion of having Izzy Rudolph, it's because he has been part of this transaction and is your partner on some level. The owners know and trust the Rudolph family, and would be comfortable with him serving as a guarantor.

To clarify, they are not increasing the amount. Per your email exchange with Aryeh, the offered price was ██████ to which you responded, "Yes, let's agree to this deal."  We are simply providing an option at ██████

One thing we agree on is that time is of the essence.
[Quoted text hidden]
--
Shaya
[Quoted text hidden]

---

**Shaya Markovic** <shayamarkovic@gmail.com>                                           Mon, Oct 27, 2025 at 4:06 PM
To: Yitzchok Glassner <yglassner@gmail.com>

Itchy,

I haven't heard back from you. MAK is planning to make certain long-term commitments next week and will need a response before then. If we don't hear from you by the end of this month, we'll assume you're no longer interested and we will be going in a different direction.

Thanks

Shaya
[Quoted text hidden]

---

**Yitzchok Glassner** <yglassner@gmail.com>                                           Mon, Oct 27, 2025 at 4:48 PM
To: Shaya Markovic <shayamarkovic@gmail.com>

Hi Shaya,
Thanks for following up.
To clarify, when we said "let's agree to this deal," that was under the clear assumption that the ██████ figure included inventory. From the outset, we were explicit that ██████ represented our final offer. At that time, we also believed that by presenting a united front in bankruptcy court, we would have a near-certain path to success in assuming the lease. Without that alignment, our chances dropped to around 60%. Saul specifically stated, "you guys are Murray's — we are Murray Avenue Kosher. We are not together in this effort." That was a clear signal that you were choosing not to participate in a joint approach. which, of course, was your prerogative —

5

but it also meant the conditions of that proposed deal no longer applied we ultimately prevailed in the case without your involvement, so to now suggest that we had an agreement when you explicitly opted out of that coordinated effort is simply not accurate. We also emphasized that an agreement needed to be finalized within a week so we could move forward with the necessary court filings. When we followed up with Saul, he confirmed that no agreement had been reached — so that deal is now off the table. It's also worth revisiting Saul's own comment that "if we both open, we'll both lose money." If that's truly the case, it's difficult to understand why we'd be expected to pay a valuation based on profitability when, by your own admission, the business would immediately operate at a loss. How does that serve the interests of either the ownership group or the broader community?

You've also asked for guarantees not only from the operator, but from the investors in the business as well. These investors are participating purely to upgrade and modernize the kosher shopping experience for the Jewish community! not to generate personal returns. So what, exactly, is their incentive to purchase Murray Avenue Kosher at that valuation, especially when doing so would burden the project with unnecessary debt before we've even opened our doors? Wouldn't it be far more logical for us to open first and see how performance stabilizes before assuming additional obligations? Taking on debt prematurely would be both imprudent and counterproductive to the long-term sustainability of the business and its mission.

Best regards,

[Quoted text hidden]

---

**Shaya Markovic** <shayamarkovic@gmail.com>                                      Mon, Oct 27, 2025 at 4:52 PM
To: saul Markovic <saul.mak@gmail.com>, aryehm21 <aryehm21@yahoo.com>, Beth Markovic <bethmarkovic@gmail.com>


---------- Forwarded message ---------
From: **Yitzchok Glassner** <yglassner@gmail.com>
Date: Mon, Oct 27, 2025 at 4:48 PM
Subject: Re: Murray Avenue Kosher
To: Shaya Markovic <shayamarkovic@gmail.com>


[Quoted text hidden]
[Quoted text hidden]

---

**Shaya Markovic** <shayamarkovic@gmail.com>                                      Tue, Nov 11, 2025 at 12:05 PM
To: aryehm21 <aryehm21@yahoo.com>


Shaya


*This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein, and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by replying to this e-mail and permanently delete the original, and any copy of any e-mail and any printout thereof.*

---------- Forwarded message ---------
From: **Yitzchok Glassner** <yglassner@gmail.com>
Date: Mon, Oct 27, 2025, 4:48 PM
Subject: Re: Murray Avenue Kosher
To: Shaya Markovic <shayamarkovic@gmail.com>


[Quoted text hidden]