# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY (TRENTON)

DUANE MORRIS LLP
Gregory D. Herrold
40 Lake Center Drive
401 Route 73 North, Suite 200
Marlton, NJ 08053
Telephone: 856-874-4225
Fax: 856-424-4446
Email: gdherrold@duanemorris.com

*Counsel for Murray Avenue Kosher, Inc.*

In Re:

LAKEHURST AND BROADWAY
CORPORATION

Case No. 25-14831 (MBK)

Chapter 11

Hon. Michael B. Kaplan

## CERTIFICATE OF SERVICE

I, Gregory D. Herrold, hereby certify that, on the 10th day of July, 2026, I served or caused to be served a true and correct copy of Murray Avenue Kosher, Inc.'s *Renewed Motion to Intervene* with papers and exhibits in support thereof upon all parties in interest via the Court's CM/ECF electronic notification system and, on July 14, 2026, upon counsel for Murray Avenue Market, LLC and 29 Katz Crew, LP via email at the addresses listed below:

Kirk B. Burkley, Esq. (kburkley@bernsteinlaw.com)
Michael A. Shiner, Esq. (mshiner@tuckerlaw.com)

Dated:  July 14, 2026                      By: */s/ Gregory D. Herrold*
                                                 Gregory D. Herrold

                                                 *Counsel for Murray Avenue*
                                                 *Kosher, Inc.*

DM1\302086930.1