

Evan C. Pappas          717.221.7979
epappas@tuckerlaw.com

July 24, 2026

**Via CM/ECF Filing**

Honorable Michael B. Kaplan
United States Bankruptcy Judge
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:    *In re Lakehurst and Broadway Corporation* (Case No. 25-14831-MBK)
> Motion to Vacate Order Approving the Assumption and Assignment of Unexpired Lease
> to Murray Ave Market, LLC Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024

Dear Judge Kaplan:

As this Court is aware, the undersigned is counsel to 29 Katz Crew, LP ("29 Katz Crew"), which filed the Motion to Vacate Order Approving the Assumption and Assignment of Unexpired Lease to Murray Ave Market, LLC Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024 (the "Rule 60(b) Motion") at Doc. No. 245 on February 13, 2026.  On July 13, 2026, the Court issued a text order relisting the Rule 60(b) Motion and directing 29 Katz Crew and Murray Ave Market, LLC ("MAM" and together with 29 Katz Crew, the "Parties") to file briefs in support of their respective positions on or before the close of business on July 31, 2026 (the "Briefing Deadline").

Since the Court's July 13 text order, the Parties have reached a settlement in principle of the disputes between the Parties.  To allow the Parties time to memorialize the settlement in a written agreement, the Parties respectfully request that the Court suspend the Briefing Deadline for a period of 30 days.  Upon execution of the settlement agreement, 29 Katz Crew and MAM will jointly withdraw the Rule 60(b) Motion.

Counsel for MAM reviewed this letter and consents to the request made herein.  We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Evan C. Pappas*

Evan C. Pappas, Esq.

c:     Michael A. Shiner, Esq.
       Maribeth Thomas, Esq.
       Kirk B. Burkley, Esq.
       Kevin Allen, Esq.