**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**STARK & STARK, PC**
Thomas S. Onder, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 219-7458
tonder@stark-stark.com
*Counsel to Creditor- LS Morrell, LLC*

In re:

LAKEHURST AND BROADWAY
CORPORATION,

　　　　　Debtor[1].

Case No. 25-14831 (MBK)

Chapter 11

(Jointly Administered)

Ref: 461

Hearing Date: August 4, 2026 at 10:00 am.

### CREDITOR, LS MORRELL, LLC'S RESPONSE TO OBJECTION TO THEIR ADMNISTRIVE EXPENSE CLAIM

LS Morrell, LLC (the "Claimant"), by and through its counsel, Stark & Stark, P.C., files this response to the Debtor's motion (the "Motion") objecting to Claimant's filed administrative expense claim No. 1760 in the amount of Thirty Thousand Eight Hundred Fourteen and 18/100 (**$30,814.18**), plus additional attorneys' fees and costs (the "Administrative Expense Claim") [Docket No. 461]. Claimant respectfully requests that this Court allow its Administrative Expense Claim in the adjusted amount of Eighteen Thousand Three Hundred Nineteen and 34/100 Dollars (**$18,319.34**) and direct the Debtor to make payment immediately.



---

[1]　　　On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al*., closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). Except as otherwise provided herein, references to the "Docket" in shall refer to the docket in the formerly jointly administered cases captioned In re New Rite Aid, LLC, Case No. 25-14861 (MBK).

## BACKGROUND

1.      On or about May 5, 2025, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

2.      On September 30, 2005, one of Debtors' entities, Eckerd Corporation entered into a lease (the "Lease") for premises located at 9910 Franklin Avenue, Suite 250, Philadelphia, PA 19114-1900 (the "Premises").

3.      The Premises are part of a "shopping center" as that term is used in Bankruptcy Code §365(b)(3). As such, Claimant is entitled to the protections of that section with respect to the Premises.

4.      Prior to this case, on or about October 15, 2023, Debtor filed its first Chapter 11 bankruptcy petition, known as docket # 23-18993.

5.      On or about November 1, 2023, Debtor and Claimant entered into an amendment to the Lease (the "Amendment"), which, among other things, revised the term and provides for Claimant's recovery of attorneys' fees incurred after the Restructuring Effective Date, including in any subsequent bankruptcy case, including this case:

> (c)      Attorneys' Fees. Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection with this Amendment. However, Landlord's shall be entitled to reimbursement of any attorneys' fees and costs incurred after the Restructuring Effective Date, including any subsequent bankruptcy case, pursuant to the Lease and Bankruptcy Code Section 365.

See a true and correct copy of the Amendment as the last five pages of Exhibit "B", below. Hereinafter, the Lease and Amendment shall be collectively referred to as the "Lease".

6.      Debtor rejected the Lease in the matter at bar as of July 31, 2025.   See a true and correct copy of the 16th Notice of Rejection, see page 27 of 28 [Docket # 1573] as Exhibit "A".



4908-4628-8577, v. 2

7.      Claimant filed its claims on or about August 29, 2026, including its Administrative Expense Claim. See a true and correct copy of the Administrative Expense Claim as Exhibit "B".

8.      Claimant calculated its Administrative Expense Claim as follows:

   a.   Philadelphia Sales Tax for June 1, 2025 and July 1, 2025 = $2,799.68  asserted **– this amount should be reduced to $2,248.05 .** See a true and correct copy of the sales tax bill breakdown as Exhibit "C";

   b.   Real Estate taxes from May 6, 2025 to July 31, 2025 = $19,121.53 asserted - **this amount should be reduced to $7,011.23 (88 days at $79.6731).** See a true and correct copy of the real estate tax bill breakdown as Exhibit "D";

   c.   Common area maintenance for June 2025 of $4,204.68;

   d.   Water Sewer bill as of June 16, 2025 for $50.88; and

   e.   **Attorneys' fees of $4,804.50** services in this second bankruptcy case through July 31, 2025.  See a true and correct copy of the attorney Invoices as Exhibit "E".

9.      As such, the adjusted claim should be Eighteen Thousand Three Hundred Nineteen and 34/100 Dollars (**$18,319.34**).

10.     Claimant's amounts are allowed under the Bankruptcy Code.

## **REPLY TO OBJECTIONS**

11.     Section 502 of the Bankruptcy Code sets forth procedures to govern the allowance or disallowance of a "claim or interest" in a bankruptcy case.

12.     Section 502(a) provides that a claim or interest, proof of which is filed with the court, "is deemed allowed," unless a party in interest objects.

13.     Rule 3001(f) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") provides that "[a] proof of claim executed and filed in accordance with these rules shall



4908-4628-8577, v. 2

constitute prima facie evidence of the validity and amount of the claim." Thus, any party objecting to a claim has the burden of introducing sufficient evidence to rebut the presumption of validity. *See generally* Collier on Bankruptcy ¶ 3001.09[2] (16th ed. 2025).

14.    Here, Landlord provides a detailed accounting, which shows that from the Petition Date of May 5, 2025 through the Rejection Date of July 31, 2025, Debtor incurred the following unpaid charges:

- 88 days of unpaid real estate taxes in the amount of **$7,011.23;**

- Philadelphia Sales Tax for June 1, 2025 and July 1, 2025 = $2,248.05

- Common area maintenance for June 2025 of $4,204.68;

- Water Sewer bill as of June 16, 2025 for $50.88; and

- Reasonable and necessary attorneys' fees and costs as agreed in the Amendment in the amount of **$4,804.50** (these fees are prorated).

    **Total: $18,319.34, plus any additional amounts.**

15.    Landlord requests that the Court allow its Administrative Expense Claim in the amount of $18,319.34 and direct the Debtor to pay the same immediately.

## **RESERVATION OF RIGHTS**

16.    To the extent consistent with the positions set forth herein, Landlord reserves all rights to make further and/or future objections.

                                        Respectfully submitted,

Dated: July 28, 2026                    **STARK & STARK, P.C.**
                                        By: */s/ Thomas S. Onder*
                                        Thomas S. Onder, Esq.
                                        100 American Metro Blvd.
                                        Hamilton, NJ 08619
                                        Telephone (Direct): 609-219-7458
                                        Facsimile: 609-895-7395
                                        Email: tonder@stark-stark.com

STARK
&STARK PC

4

# EXHIBIT A

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SIXTEENTH NOTICE OF REJECTION OF
## CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

---

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON <u>SCHEDULE 1</u> ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY**

---

1    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 90 | LOS OSOS COMMERCIAL LLC | 547 FIVE CITIES DRIVE, PISMO BEACH, CA 93449 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5821 | 1110 LOS OSOS VALLEY ROAD, LOS OSOS, CA, 93402 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 91 | LS MORRELL, LLC | C/O LEVIN MANAGEMENT CORP., PLAINFIELD, NJ 07061-0326 | Unexpired Store Lease | THRIFT DRUG, INC. | 11126 | 9910 FRANKFORD AVENUE, PHILADELPHIA, PA, 19114 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 92 | LYNNE TANKLAGE | 9800 WOODWARD LAKE DRIVE, OAKDALE, CA 95361 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6066 | 295 WEST MAIN STREET, WOODLAND, CA, 95695 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 93 | MANP LOMA LINDA LLC | C/O DMP PROPERTIES, NEWPORT BEACH, CA 92660-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6256 | 25710 BARTON ROAD, LOMA LINDA, CA, 92354 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 94 | MANUEL E OR LAURINDA M VIEIRA | 10259 WEST ROSE AVENUE, ATWATER, CA 95301-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6291 | 1970 WEST GRANTLINE ROAD, TRACY, CA, 95376 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 95 | MAPLE LEAF INVESTMENTS II LLC | C/O MAPLE LEAF INVESTMENTS, SAN JOSE, CA 95120 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5835 | 345 TOWN CENTER WEST, SANTA MARIA, CA, 93458 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 96 | MARIANNE SHINE TRUSTEE | 1 BALDWIN AVE., APARTMENT 1003, SAN MATEO, CA 94401-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1581 | 524 NORTH 6TH STREET, READING, PA, 19601 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 97 | MARK CLARKS SUMMIT NO ASSOC LP | C/O MARK DEVELOPMENT COMPANY, KINGSTON, PA 18704-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 7878 | 1050 NORTHERN BLVD, CLARKS SUMMIT, PA, 18411 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 98 | MARYLAND SQUARE SC, LLC (ASSET | C/O PREMIER TRUST, LAS VEGAS, NV 89103 | Unexpired Store Lease | THRIFT DRUG, INC. | 11106 | 600 LINCOLN HIGHWAY, FAIRLESS HILLS, PA, 19030 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 99 | MATTKARR PROPERTIES LLC | 2230 MICHIGAN AVE, STE 200, SANTA MONICA, CA 90404 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6486 | 1180 N STATE STREET, SAN JACINTO, CA, 92583 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 100 | MEGDAL SANTEE LLC | C/O ELLIOT MEGDAL & ASSOCIATES, BEVERLY HILLS, CA 90212 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5996 | 1050 NORTH WILSON WAY, STOCKTON, CA, 95205 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

# EXHIBIT B

United States Bankruptcy Court for the District of New Jersey

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Eckerd Corporation

**Case Number:** 25-14769

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

---

**Part 1:** **Identify the Claim**

| | |
|---|---|
| 1. **Who is the current creditor?** | LS Morrell LLC |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| Address1: | c/o Stark & Stark, PC  Attn. Thomas Onder, Esq. | Address1: |
| Address2: | P.O. Box 5315 | Address2: |
| Address3: | | Address3: |
| Address4: | | Address4: |
| City: | Princeton | City: |
| State: | NJ | State: |
| Postal Code: | 08543 | Postal Code: |
| Country: | | Country: |
| Contact phone | 609-219-7458 | Contact phone |
| Contact email | tonder@stark-stark.com | Contact email |

**Uniform Claim Identifier (if you use one)**

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.   Claim number on court claims registry (if known)_____   Filed on _____ MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

**Proof of Claim**                                                                                                   page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
| --- | --- |

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 30,981.27

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 89,515.50

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**Proof of Claim**                                                                                         page 2

| | | Amount entitled to priority |
|---|---|---|

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). — $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). — $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). — $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). — $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). — $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. — $ 30,981.27

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** — $ _____

---

**Part 3:   Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*   08/29/2025

_____   _____
Electronic Signature          Date

**Name of the person who is completing and signing this claim**

Name — Thomas S. Onder
First name      Middle name      Last name

Title/Company — Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address —
Number      Street

Princeton      NJ      08543
City      State      ZIP Code      Country

Contact phone — 609-219-7458      Email — tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:

Address2:

Address3:

Address4:

City:
State:
Postal Code:
Country:


Contact Phone:
Contact Email:

_____

**Additional Address 2**
Name:
Address1:
Address2:

Address3:

Address4:
City:
State:
 Postal Code:

 Country:


Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes

☐ No

-------------------------------------------------------------------------------------------------------

 Attachment Filename:

LS Morrell Sch A.pdf

KROLL

Electronic Proof of Claim Confirmation:  3870-1-EEKDK-217044087

Claim Electronically Submitted on (UTC) :  2025-08-29T15:26:50.265Z

Submitted by:  LS Morrell LLC
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, LS Morrell LLC files the following claims for its lease dated September 30, 2005 for Morrell Plaza, located at 9910 Frankford Ave., #250, Philadelphia, PA 19114 (the "Lease") and amended on November 1, 2023 (the "Amendment").

1. **Pre-Petition - $89,515.50** for rent prior to May 5, 2025;

2. **Administrative - $30,981.27** ($26,176.77 + $4,804.50 in attorneys' fees pursuant to paragraph 3(c) of the Amendment); and

3. **Rejection  - $280,193.56**.

LS Morrell LLC reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

4906-7551-5748, v. 2

**7/24/2025**
**Rite Aid - Morrell Plaza Philadelphia, PA**
**Tenant ID 90 010**
**Statement of Account**

<mark>**PREPETITION**</mark>

**A. MINIMUM RENT**

| | |
|---|---|
| 4/1/2025 | $ 30,507.83 |
| 5/1/2025 | $ 30,507.83 |
| | $ 61,015.66 |

**B. PHILLY SALES TAX**

| | |
|---|---|
| November 1, 2023 | $  1,722.21 |
| December 1, 2023 | $  1,722.21 |
| December 4, 2023 | $  (1,696.42) |
| December 4, 2023 | $  (1,696.42) |
| January 5, 2024 | $  (1,696.42) |
| February 1, 2024 | $  2,283.43 |
| February 9, 2024 | $  (1,696.42) |
| March 1, 2024 | $  2,283.43 |
| March 11, 2024 | $  (1,696.42) |
| April 1, 2024 | $  2,283.43 |
| April 8, 2024 | $  (1,696.42) |
| May 1, 2024 | $  2,283.43 |
| May 13, 2024 | $  (1,696.42) |
| June 1, 2024 | $  2,283.43 |
| April 9, 2024 | $   (500.00) |
| April 15, 2024 | $    (53.19) |
| June 14, 2024 | $    (26.19) |
| June 14, 2024 | $    (54.39) |
| June 14, 2024 | $  (1,696.42) |
| July 1, 2024 | $  2,283.43 |
| July 15, 2024 | $  (1,696.42) |

| | |
|---|---|
| August 1, 2024 | $ 2,283.43 |
| August 12, 2024 | $ (1,696.42) |
| September 1, 2024 | $ 2,283.43 |
| September 12, 2024 | $ (1,696.42) |
| October 1, 2024 | $ 2,283.43 |
| October 16, 2024 | $ (1,696.42) |
| November 1, 2024 | $ 2,283.43 |
| November 12, 2024 | $ (1,696.42) |
| December 1, 2024 | $ 2,283.43 |
| January 2, 2025 | $ 2,248.05 |
| February 1, 2025 | $ 2,248.05 |
| February 18, 2025 | $ (1,696.42) |
| February 21, 2025 | $ (1,109.42) |
| March 1, 2025 | $ 2,248.05 |
| March 17, 2025 | $ (1,696.42) |
| April 1, 2025 | $ 2,248.05 |
| May 1, 2025 | $ 2,248.05 |
| | $ 12,612.91 |

**C. ANNUAL REAL ESTATE**

| | |
|---|---|
| 2025 (125 days X 79.6731) | $ 9,959.13 |
| | $ 9,959.13 |

**D. COMMON AREA**

| | |
|---|---|
| March 13, 2024 | $ (2,316.41) |
| March 28, 2025 | $ (415.34) |
| April 1, 2025 | $ 4,204.68 |
| May 1, 2025 | $ 4,204.68 |
| | $ 5,677.61 |

**E. WATER/SEWER**

| | |
|---|---|
| December 7, 2023 | $ 27.48 |
| December 28, 2023 | $ 41.90 |
| March 26, 2024 | $ 62.59 |
| February 3, 2025 | $ 32.76 |
| March 27, 2025 | $ 32.57 |
| April 10, 2025 | $ 52.89 |
| | $ 250.19 |

| | |
|---|---|
| **Total** | **$ 89,515.50** |

**8/28/2025**
**Rite Aid - Morrell Plaza Philadelphia, PA**
**Tenant ID 90 010**
**Statement of Account**
**Period: 08.05.2025-07.31.2025**

**A. PHILLY SALES TAX**

| | | |
|---|---|---|
| June 1, 2025 | 2,248.05 | |
| July 1, 2025 | 2,248.05 | |
| July 23, 2025 | -1,696.42 | |
| | | 2,799.68 |

**B. ANNUAL REAL ESTATE**

| | | |
|---|---|---|
| 2025 (240 days X $79.6731 | 19,121.53 | |
| | | 19,121.53 |

**C. COMMON AREA**

| | | |
|---|---|---|
| June 1, 2025 | 4,204.68 | |
| | | 4,204.68 |

**D. WATER/SEWER**

| | | |
|---|---|---|
| June 16, 2025 | 50.88 | |
| | | 50.88 |

**TOTAL AMOUNT DUE:**                    **26,176.77**

**8/6/2025**
**Rite Aid - Morrell Plaza Philadelphia, PA**
**Tenant ID 90 010**
**Statement of Account**
**Period: 08.01.25-11.14.27 (End of Lease Term)**

**A. MINIMUM RENT**

| | |
|---|---|
| August 1, 2025 | 30,507.83 |
| September 1, 2025 | 30,507.83 |
| October 1, 2025 | 30,507.83 |
| November 1, 2025 | 30,507.83 |
| December 1, 2025 | 30,507.83 |
| January 1, 2026 | 30,507.83 |
| February 1, 2026 | 30,507.83 |
| March 1, 2026 | 30,507.83 |
| April 1, 2026 | 30,507.83 |
| May 1, 2026 | 30,507.83 |
| June 1, 2026 | 30,507.83 |
| July 1, 2026 | 30,507.83 |
| August 1, 2026 | 30,507.83 |
| September 1, 2026 | 30,507.83 |
| October 1, 2026 | 30,507.83 |
| November 1, 2026 | 30,507.83 |
| December 1, 2026 | 30,507.83 |
| January 1, 2027 | 30,507.83 |
| February 1, 2027 | 30,507.83 |
| March 1, 2027 | 30,507.83 |
| April 1, 2027 | 30,507.83 |
| May 1, 2027 | 30,507.83 |
| June 1, 2027 | 30,507.83 |
| July 1, 2027 | 30,507.83 |
| August 1, 2027 | 30,507.83 |
| September 1, 2027 | 30,507.83 |
| October 1, 2027 | 30,507.83 |
| November 1, 2027 | 30,507.83 |
| | 30,507.83 |

**B. PHILLY SALES TAX**

| | |
|---|---|
| August 1, 2025 | 2,248.05 |
| September 1, 2025 | 2,248.05 |
| October 1, 2025 | 2,248.05 |
| November 1, 2025 | 2,248.05 |

| | | |
|---|---|---|
| December 1, 2025 | 2,248.05 | |
| January 1, 2026 | 2,248.05 | |
| February 1, 2026 | 2,248.05 | |
| March 1, 2026 | 2,248.05 | |
| April 1, 2026 | 2,248.05 | |
| May 1, 2026 | 2,248.05 | |
| June 1, 2026 | 2,248.05 | |
| July 1, 2026 | 2,248.05 | |
| August 1, 2026 | 2,248.05 | |
| September 1, 2026 | 2,248.05 | |
| October 1, 2026 | 2,248.05 | |
| November 1, 2026 | 2,248.05 | |
| December 1, 2026 | 2,248.05 | |
| January 1, 2027 | 2,248.05 | |
| February 1, 2027 | 2,248.05 | |
| March 1, 2027 | 2,248.05 | |
| April 1, 2027 | 2,248.05 | |
| May 1, 2027 | 2,248.05 | |
| June 1, 2027 | 2,248.05 | |
| July 1, 2027 | 2,248.05 | |
| August 1, 2027 | 2,248.05 | |
| September 1, 2027 | 2,248.05 | |
| October 1, 2027 | 2,248.05 | |
| November 1, 2027 | 2,248.05 | |
| | | 62,945.40 |

**C. ANNUAL REAL ESTATE**

| | | |
|---|---|---|
| 2025 (153 days X 79.6731) | 12,189.98 | |
| 2026 | 29,080.66 | |
| 2027 (334 days X 79.6731) | 26,610.81 | |
| | | 67,881.45 |

**D. COMMON AREA**

| | |
|---|---|
| August 1, 2025 | 4,204.68 |
| September 1, 2025 | 4,204.68 |
| October 1, 2025 | 4,204.68 |
| November 1, 2025 | 4,204.68 |
| December 1, 2025 | 4,204.68 |
| January 1, 2026 | 4,204.68 |
| February 1, 2026 | 4,204.68 |
| March 1, 2026 | 4,204.68 |
| April 1, 2026 | 4,204.68 |

| | |
|---|---|
| May 1, 2026 | 4,204.68 |
| June 1, 2026 | 4,204.68 |
| July 1, 2026 | 4,204.68 |
| August 1, 2026 | 4,204.68 |
| September 1, 2026 | 4,204.68 |
| October 1, 2026 | 4,204.68 |
| November 1, 2026 | 4,204.68 |
| December 1, 2026 | 4,204.68 |
| January 1, 2027 | 4,204.68 |
| February 1, 2027 | 4,204.68 |
| March 1, 2027 | 4,204.68 |
| April 1, 2027 | 4,204.68 |
| May 1, 2027 | 4,204.68 |
| June 1, 2027 | 4,204.68 |
| July 1, 2027 | 4,204.68 |
| August 1, 2027 | 4,204.68 |
| September 1, 2027 | 4,204.68 |
| October 1, 2027 | 4,204.68 |
| November 1, 2027 | 4,204.68 |
| | 117,731.04 |

**E. WATER/SEWER**

| | |
|---|---|
| August - 2025 | 40.28 |
| September - 2025 | 40.28 |
| October - 2025 | 40.28 |
| November - 2025 | 40.28 |
| December - 2025 | 40.28 |
| January - 2026 | 40.28 |
| February - 2026 | 40.28 |
| March - 2026 | 40.28 |
| April - 2026 | 40.28 |
| May - 2026 | 40.28 |
| June - 2026 | 40.28 |
| July - 2026 | 40.28 |
| August - 2026 | 40.28 |
| September - 2026 | 40.28 |
| October - 2026 | 40.28 |
| November - 2026 | 40.28 |
| December - 2026 | 40.28 |
| January - 2027 | 40.28 |
| February - 2027 | 40.28 |

| | |
|---|---|
| March - 2027 | 40.28 |
| April - 2027 | 40.28 |
| May - 2027 | 40.28 |
| June - 2027 | 40.28 |
| July - 2027 | 40.28 |
| August - 2027 | 40.28 |
| September - 2027 | 40.28 |
| October - 2027 | 40.28 |
| November - 2027 | 40.28 |
| | 1,127.84 |

**TOTAL AMOUNT DUE:** **280,193.56**

DocuSign Envelope ID: B9B9C439-9FA0-4309-A135-4FFB615FB334

Rite Aid Store No. 11126

## AMENDMENT TO LEASE

**THIS AMENDMENT TO LEASE** (this "*Amendment*") is made effective November 1, 2023 (the "*Effective Date*") by and between LS MORRELL LLC, a(n) Pennsylvania limited liabilty company ("*Landlord*"), and ECKERD CORPORATION., a Delaware corporation ("*Tenant*," and together with the Landlord, the "*Parties*" and each, a "*Party*").

### RECITALS

**WHEREAS**, Landlord and Tenant are parties to that certain lease agreement dated September 30, 2005 (as amended from time to time thereafter, the "*Lease*"), with respect to that certain premises located at 9910 Franklin Avenue, Suite 250 Philadelphia, Pennsylvania 19114-1900, which premises is defined and more particularly described in the Lease (the "*Premises*");

**WHEREAS**, on October 15, 2023, Tenant and certain of its debtor affiliates (collectively, the "*Debtors*") commenced a case (the "*Chapter 11 Cases*") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "*Bankruptcy Code*") which is now pending in the United States Bankruptcy Court for the District of New Jersey (the "*Bankruptcy Court*"). The Chapter 11 Cases are being jointly administered under Case Number 23-18993; and

**WHEREAS**, Landlord and Tenant desire to modify certain terms and conditions of the Lease, effective as of the Restructuring Effective Date (as hereinafter defined), as amended by this Amendment.

**NOW, THEREFORE**, in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree as follows:

### AGREEMENT

1.      Capitalized Terms. Capitalized terms used and not otherwise defined herein shall have the respective meaning assigned to such terms in the Lease.

2.      Effective Date. This Amendment, and each of its amendments, modifications, and waivers with respect to the Lease as set forth herein, shall be effective on the date that the Lease is assumed or assigned in the Chapter 11 Cases, whether pursuant to (a) procedures approved by the Bankruptcy Court or (b) entry of an order by the Bankruptcy Court approving the assumption or assignment of the Lease, including pursuant to or in connection with a sale of Tenant's assets pursuant to Section 363 of the Bankruptcy Code, confirmation of Tenant's chapter 11 plan of reorganization in the Chapter 11 Cases, or a stand-alone motion for assumption or assignment of the Lease (in each case, the "*Restructuring Effective Date*"); *provided, however*, that Tenant shall obtain the benefit of this Amendment, and this Amendment shall be binding on Landlord, beginning on the Effective Date hereof. In the event the Restructuring Effective Date does not occur, or the Lease is rejected in accordance with the Bankruptcy Code, this Amendment shall be null and void in all respects, and nothing in this Amendment shall give rise to any claim, causes of action, or damages (compensatory or consequential) against either Party. Nothing contained in this Amendment is intended to be or shall be construed as or deemed an assumption or an assignment of the Lease, as amended hereby, or any contract or document related thereto under section 365 of the Bankruptcy Code. Prior to the Restructuring Effective Date, Tenant expressly reserves its right, in its sole and absolute discretion, to assume, reject, or assign the Lease pursuant to section 365 of the Bankruptcy Code.

1

DocuSign Envelope ID: B9B9C139-9FA0-4309-A135-4FFB615FB334

Rite Aid Store No. 11126

3.    Lease Modification.

(a)    Abatement. Landlord hereby acknowledges and agrees that fifty percent (50.00%) of base rent, which excludes percentage rent, and additional rent otherwise payable under the Lease (including, without limitation, common area maintenance charges, taxes and insurance premiums) ("**Base Rent**") with respect to the Abatement Period (as defined below) is hereby abated and forgiven (the "**Abated Rent**") in full. For further clarification, the Abated Rent shall be no more than Thirty Thousand Five Hundred Seven and 83/100 Dollars (**$30,507.83**). Landlord hereby waives any remedy under, or with respect to, the Lease or at law and/or equity arising in connection with, or otherwise related to, the Abated Rent. As used herein, "**Abatement Period**" shall mean the period beginning on the date the Tenant emerges from its Chapter 11 Cases (the "**Initial Date**") and ending on the last calendar day of the second full calendar month after the calendar month in which the Initial Date occurs.

(b)    Waiver of Claims. Landlord hereby waives, releases, and discharges Tenant and all of its affiliated companies, the Debtors (as defined in the Chapter 11 Cases), and their bankruptcy estates, and their respective successors and assigns, from any and all claims, damages, obligations, liabilities, actions, and causes of action of every kind and nature whatsoever it may have for any cure payments or other amounts due and owing under the Lease, or that otherwise arose under or in connection with the Lease, through and including the date hereof, including but not limited to claims for so-called "stub rent," (whether or not asserted as administrative priority claims pursuant to Section 503(b) of the Bankruptcy Code) whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured, now existing or hereafter arising, including any claims and causes of action for damages, payments, or amounts owing or that may become owing pursuant to section 365(b) of the Bankruptcy Code.

(c)    Attorneys' Fees. Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection with this Amendment. However, Landlord's shall be entitled to reimbursement of any attorneys' fees and costs incurred after the Restructuring Effective Date, including any subsequent bankruptcy case, pursuant to the Lease and Bankruptcy Code Section 365.

4.    No Default and Waiver of Charges. To the extent that any notices of default or non-payment have been delivered to the other Party, all such notices are hereby waived and of no further force or effect. No default interest, late fees, charges, surcharges, or other fees shall be due, and all such interest, late fees, charges, surcharges, or other fees are waived and shall not apply.

5.    Authority. Each Party represents and warrants that it has the authority and power to enter into this Amendment and that this Amendment constitutes a legal, valid and binding obligation of that Party.

6.    Notices.

(a)    Notwithstanding anything to the contrary contained in the Lease, any notices required or permitted to be sent to Tenant under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

2

4853-5029-3407, v. 2

Rite Aid Store No. 11126

If by Certified Mail:
ECKERD CORPORATION.
P.O. Box 3165
Harrisburg PA 17105
Attn: Legal Department

If by Overnight Courier:
ECKERD CORPORATION
200 Newberry Commons
Etters PA 17319
Attn: Legal Department

     (b)    Notwithstanding anything to the contrary contained in the Lease any notices required or permitted to be sent to Landlord under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

Name:      LS MORRELL LLC
Address:   C/O Levin Management Corporation
           975 US-22, North Plainfield, NJ 07060
           Attn.: Paul Tavaglione, Executive Vice President/Chief Financial Officer
           PTavaglione@levinmgt.com
           (908) 226-5279

           And

           Stark & Stark, PC.
           100 American Metro Blvd.
           Hamilton, NJ 08619
           Attn.: Thomas S. Onder, Esq. and Joseph H. Lemkin, Esq.
           tonder@stark-stark.com
           jlemkin@stark-stark.com
           (609) 219-7458

7.     Miscellaneous.

     (a)    Landlord and Tenant each hereby represents that it has dealt with no party or broker in connection with this Amendment [except for A&G Real Estate Partners ("**Tenant's Broker**"). Any and all fees that may be due to Tenant's Broker shall be paid by Tenant pursuant to a separate agreement]. Insofar as each Party knows, no other broker negotiated this Amendment or is entitled to any commission in connection therewith. Landlord and Tenant each agrees to indemnify, defend and hold the other harmless from and against any and all claims, loss, cost and damages (including reasonable attorney fees and court costs) suffered or incurred by the representing Party as a result of a breach of this representation.

     (b)    This Amendment may be executed in counterparts, each of which shall constitute an original, and which together shall constitute one and the same agreement. This Amendment may be executed or delivered by electronic or facsimile means, and copies of executed signature pages stored electronically in portable document format (.pdf) shall be binding as originals. Neither Party shall record this Amendment without the express prior written consent of the other Party.

     (c)    Subject to the other terms of this Amendment, each of Landlord and Tenant agree to execute and deliver such other instruments and perform such other acts, in addition to the matters herein

3

4853-5029-3407, v. 2

DocuSign Envelope ID: B9B9C439-9F40-4309-A135-4FFB615FB334

Rite Aid Store No. 11126

specified, as may be reasonably necessary, from time to time, to effectuate the modifications, waivers and amendments contemplated by this Amendment.

(d)       This Amendment, and all covenants contained herein, shall be binding and inure to the benefit of the Parties and their respective successors, assigns, heirs, executors, administrators, and representatives.

(e)       The invalidity or unenforceability of any provision of this Agreement shall not affect or impair any other provisions, which shall remain in full force and effect.

(f)       Except as modified as set forth in this Amendment, all of the terms and provisions of the Lease remain unchanged and in full force and effect and Landlord and Tenant hereby ratify and confirm same.   Landlord and Tenant acknowledge and agree that the Lease, as modified by this Amendment, sets forth the entire agreement between Landlord and Tenant and there are no other agreements, understandings, undertakings, representations, or warranties among the Parties with respect to the subject matter hereof except as set forth herein.   In case of any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall control.

[*signature pages follow*]

4

4853-5029-3407, v. 2

**IN WITNESS WHEREOF**, the Parties hereto have executed this Amendment effective as of the Effective Date.

**LANDLORD:**

LS MORRELL LLC

ATTEST:

By: _Stacy A. Garrity_
Stacy A. Garrity
Secretary

BY:    ESTATE 22 PROPERTIES LLC
By: JHL Holdings, Inc., Manager

By: _Antoinette Puccia_
Antoinette Puccia
Vice President

ATTEST:

By: _Stacy A. Garrity_
Stacy A. Garrity
Secretary

BY:    LEVIN PROPERTIES, L.P.
By: JHL Holdings, Inc., general partner

By: _Antoinette Puccia_
Antoinette Puccia
Vice President

WITNESS:

By:    SOMERSET ASSOCIATES SFP, LLC

_____

DocuSigned by:
_David Singer_
By: _271A10163758458..._
David A. Singer, Managing Member

WITNESS:

By:    SOMERVILLE CIRCLE ASSOCIATES SFP, LLC

_____

DocuSigned by:
_David Singer_
By: _271A10163758458..._
David A. Singer, Managing Member

**TENANT:**

ECKERD CORPORATION

DocuSigned by:
_Lisa M. Winnick_
By: _064A956E328F4BF..._
Name: Lisa M. Winnick
Title: Vice President

5

4853-5029-3407, v. 2

# EXHIBIT C

|  |  |  |  | Percentage of Total | AS OF 3/5/2025 |
|---|---|---|---|---|---|

| Unit # | Name | Memo | Sq. Ft. | Sq. Ft. | |
|---|---|---|---|---|---|
| 006 | Hiu Sin Cheng - Supreme Nails | Use & Occupancy Tax | 1,600 | 1.5496% | 282.82 |
| 007 | The Original Charlie's Pizza | Use & Occupancy Tax | 2,000 | 1.9370% | 353.52 |
| 009 | Wakefern Food Corp - Shop Rite | Use & Occupancy Tax | 62,726 | 60.7510% | 11,087.51 |
| 010 | Brooks #11126-02 Rite Aid | Use & Occupancy Tax | 12,718 | 12.3176% | 2,248.05 |
| 011 | T-Mobile Northeast LLC | Use & Occupancy Tax | 2,440 | 2.3632% | 431.30 |
| 013 | Supercuts Inc. | Use & Occupancy Tax | 1,227 | 1.1884% | 216.89 |
| 017 | DB Real Estate Assets 1 LLC | Use & Occupancy Tax | 1,765 | 1.7094% | 311.98 |
| 020 | Freedom Credit Union | Use & Occupancy Tax | 2,000 | 1.9370% | 353.52 |
| 021 | Rodriguez Enterprises | Use & Occupancy Tax | 1,200 | 1.1622% | 212.11 |
| 022 | Yomata Hibachi Steak House | Use & Occupancy Tax | 4,063 | 3.9351% | 718.18 |
| 024 | GSRH Wings PA, LLC | Use & Occupancy Tax | 1,636 | 1.5845% | 289.18 |
| 025 | Cha Ba LLC / Mr Wish | Use & Occupancy Tax | 1,221 | 1.1826% | 215.83  as of 12.31.23 |
|  |  |  |  |  |  |
|  |  |  | 94,596 | Total Taxable: | 16,720.88 |
|  |  |  |  |  |  |
| 028 | Vacant (former Kids Kingdom) | Use & Occupancy Tax | 4,000 | 3.8741% | 707.04 |
| 029 | Vacant (former Rongfu Lex & Tihn T | Use & Occupancy Tax | 1,600 | 1.5496% | 282.82 |
| 023 | Vacant (former Northeast Cycle (ou | Use & Occupancy Tax | 1,200 | 1.1622% | 212.11 |
| 026 | Vacant (former M.A.9910corp#268) | 026 - Craft Beer | 1,855 | 1.7966% | 327.89 |
|  |  |  | 8,655 | Total Vacant: | 1,529.89 |
|  | Banks Exempt |  |  |  |  |
|  |  |  |  | Total Exempt: |  |
|  |  |  | 103,251 | 100.0000% | 18,250.77 |

| 15,646,000.00 | Assessed Value | DECEMBER 2023 |
|---|---|---|
| 1.40% | Tax Rate | |
| 219,008.96 | Annual Tax | |
|  |  | |
| 219,008.96 | Annual Tax | |
| / 12 | | |
| 18,250.75 | Monthly Tax | |

# EXHIBIT D

MORRE;; PLAZA
PO BOX 326
PLAINFIELD, NEW JERSEY   07061
 908 755-2401

JULY 24, 2025

BROOKS #11126-02 RITE AID
PO BOX 3165
HARRISBURG, PA 17105

LOCATION:                    PHILADELPHIA, PA
ACCOUNT #:                    90010

YOUR SHARE OF REAL ESTATE TAXES IS CALCULATED AS FOLLOWS:

**FOR THE PERIOD 1/1/2024 THRU 12/31/2024**

| | |
|---|---:|
| TOTAL LAND TAXES | 165,263.19 |
| TOTAL BUILDING TAXES | 70,827.08 |
| | |
| TOTAL ANNUAL TAXES | 236,090.27 |
| TIMES YOUR PRO-RATA SHARE | 12.3176% |
| | |
| **TOTAL AMOUNT NOW DUE** | **29,080.66** |

|  | |
|---|---:|
| PRE-PETITION 1/1/2025 TO 5/5/2025 | 9,959.13 |
| POST-PETITION 5/6/2025 TO 12/31/2025 | 19,121.53 |

# EXHIBIT E



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

LEVIN MANAGEMENT CORPORATION
P.O. Box 680404
Charolette, NC  28216

Date:       August 11, 2025
Invoice No.:       2227424
Client No.:       034898
Matter No.:       00097
Billing Attorney:       TSO

## INVOICE SUMMARY

For professional services rendered and costs advanced through July 31, 2025:

**RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)**

| | |
|---|---|
| Professional Services | $ 3,239.00 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,239.00** |

## STARK & STARK, P.C.

| | |
|---|---|
| Date: | August 11, 2025 |
| Invoice No.: | 2227424 |
| Client No.: | 034898 |
| Matter No.: | 00097 |

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/01/25 | TSO | Received and reviewed multiple documents filed by debtor including operating reports and schedule for hearings, as well as sale of leases in July. (prorated) | .30 |
| 7/03/25 | TSO | Received and reviewed multiple pleadings, including 10th notice of store closings and bid deadlines for auction on July 22; Advised client of Bangor store closure and that store is on auction list. (prorated) | 1.00 |
| 7/07/25 | JHL | Review agenda and materials for hearing re store closing procedures and re extension of time to assume or reject leases (pro-rated) | .40 |
| 7/09/25 | TSO | Received and reviewed pleadings from debtor related to auction, including modification of leases identified on auction notice; Confirmed no effect to client's lease. (prorated) | .50 |
| 7/10/25 | JHL | Attend second hearing re 1st day motions / stub/ dip hearings. Emails with Tom and review docket/file to update client. | 1.00 |
| 7/10/25 | TSO | Call with Mr. Hoarding on claim status and payment; Client to send updated accounting. | .50 |
| 7/11/25 | TSO | Received and reviewed pleadings, including 8th, 9th and 10th orders rejecting leases; Clients leases not included and still active. (prorated) | .30 |
| 7/14/25 | TSO | Received and reviewed various pleadings; including rejection of leases; Confirmed client's leases not rejected (prorated). | .30 |
| 7/15/25 | TSO | Follow-up with client for post-petition accountings; Received and reviewed additional pleadings from debtor, including orders rejecting and termination some leases; Client's leases not included. (prorated) | .30 |
| 7/18/25 | TSO | Received and reviewed pleadings filed, including notice of rejection of leases; Client's leases not listed  (prorated) | .30 |
| 7/22/25 | JHL | Review pleadings/notices for 7/23 hearing - pro-rated | .20 |
| 7/22/25 | TSO | Received and reviewed additional pleadings, including 13th notice to close stores. (Prorated) Received and reviewed recent checks and advised client on same. | .60 |
| 7/23/25 | JHL | Attend court hearing - pro-rated. | .60 |
| 7/23/25 | TSO | Received and reviewed pleadings for assignment of leases; Confirmed clients not included and no objection needed. (prorated) | .30 |

## STARK & STARK, P.C.

|  |  |
|---|---|
| Date: | August 11, 2025 |
| Invoice No.: | 2227424 |
| Client No.: | 034898 |
| Matter No.: | 00097 |

| Date | Init | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/25/25 | JHL | Review compilation of pleadings / rejection notices to assess status of leases. pro-rated. | .30 |
| 7/25/25 | TSO | Received and reviewed multiple additional filed pleadings including orders assuming leases and side deals with other third party purchasers and rejection of leases; Confirmed client's Morrell Plaza lease included; Advised regarding same; To draft claims. (prorated)  Exchanged communications with client on post-petition amounts owed; Reached out to debtor on same. | 1.00 |
| 7/29/25 | TSO | Received additional pleadings from debtor including rejection of leases; Confirmed client's Bangor PA store not included. (prorated) | .30 |

**TOTAL PROFESSIONAL SERVICES**      **$ 3,239.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Hours | Rate | Total |
|---|---|---|---|---|
| JOSEPH H. LEMKIN | JHL | 2.50 | 395.00 | 987.50 |
| THOMAS S. ONDER | TSO | 5.70 | 395.00 | 2,251.50 |
| **TOTALS** | | **8.20** | | **$ 3,239.00** |

**TOTAL THIS INVOICE**      **$ 3,239.00**



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

LEVIN MANAGEMENT CORPORATION
P.O. Box 680404
Charolette, NC  28216

| | |
|---|---|
| Date: | August 11, 2025 |
| Invoice No.: | 2227424 |
| Client No.: | 034898 |
| Matter No.: | 00097 |
| Billing Attorney: | TSO |

## PAYMENT ADVICE

RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 3,239.00** |

### TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE RETURN
### THIS PAYMENT PAGE WITH YOUR PAYMENT

**Please include the invoice # 2227424 on your check/wire transfer.**

**Wire Transfer Instructions:**

Fulton Bank of NJ
Mantua, NJ 08051
**ABA# 031301422**

**To Pay by Credit Card:**

To pay online by Credit or Debit card, please go to
www.Stark-Stark.com  and click on Client Payment Portal.

| **To Pay By Check - Mail to:** | **Overnight Payments** |
|---|---|

Stark & Stark Account
**Acct# 90395290**
100 American Metro Boulevard
P.O. Box 5315
Princeton, NJ 08543-5315

Stark & Stark
PO Box 7164
Lancaster, PA  17604

Stark & Stark
Lockbox Dept
1695 State Street
East Petersburg, PA  17520

### TERMS: NET 30 DAYS
To obtain a copy of Stark & Stark's Form W-9 please visit our website: **http://www.StarkW9.com**
*Thank you! Your business is greatly appreciated.*



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060 • F: 609.896.0629

www.stark-stark.com

LEVIN MANAGEMENT CORPORATION                                      July 3, 2025
P.O. Box 680404
Charolette, NC  28216

---

**RE: Our Client-Matter No: 034898 - 00097   RITE AID 2025 BANKRUPTCY (SECOND FILING)**

Enclosed please find our invoice for professional services rendered and costs advanced.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

THOMAS S. ONDER



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

LEVIN MANAGEMENT CORPORATION
P.O. Box 680404
Charolette, NC  28216

| | |
|---|---|
| Date: | July 3, 2025 |
| Invoice No.: | 2223659 |
| Client No.: | 034898 |
| Matter No.: | 00097 |
| Billing Attorney: | TSO |

## INVOICE SUMMARY

For professional services rendered and costs advanced through June 30, 2025:

**RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)**

| | |
|---|---|
| Professional Services | $ 3,132.00 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,132.00** |

# STARK & STARK, P.C.

|  |  |
|---|---|
| Date: | July 3, 2025 |
| Invoice No.: | 2223659 |
| Client No.: | 034898 |
| Matter No.: | 00097 |

## PROFESSIONAL SERVICES RENDERED

| Date | Init | Description of Services Rendered | Hours |
|---|---|---|---|
| 6/04/25 | JHL | Attend 341(a) meeting of creditors - pro-rated. | .40 |
| 6/05/25 | JHL | Review pleadings re motion to extend time to assume / reject; Review objections.  Review compilation of additional pleadings (pro-rated) | .20 |
| 6/05/25 | TSO | Received and reviewed various pleadings including appointment of Kroll restructuring for claims, fifth store closing notice, and rejection of leases; Confirmed client's not included (prorated) | .50 |
| 6/06/25 | JHL | Review compilation of pleadings, agenda and amended agenda for 6/9 hearing. pro-rated. | .30 |
| 6/06/25 | TSO | Received and reviewed multiple pleadings including 6th store closing list  and list of stores for sale (prorated); Confirmed client's stores not being closed but listed for sale; Advised client. | 1.00 |
| 6/08/25 | JHL | Analyze and review flyer re lease sales; assess impact on client locations; review correspondence from T. Onder and inquiries from client. | .30 |
| 6/08/25 | TSO | Exchanged communications with Ms. Oliver on status of bankruptcy case and bidding. | .30 |
| 6/09/25 | JHL | Attend omnibus hearing on various lease rejection/stay relief/declaratory relief issue - pro-rated. | .30 |
| 6/11/25 | JHL | Review compilation of pleadings/docket assessing status of bankruptcy and next steps - pro-rated. | .60 |
| 6/12/25 | JHL | Review emails regarding automatic stay. | .30 |
| 6/13/25 | TSO | Exchanged communications with debtor on status of case; Received and reviewed multiple pleadings, including seventh notice of store closing  and sixth and seventh notice of rejection of leases - client's stores not affected (prorated). | 1.00 |
| 6/16/25 | ELP | Prepared 2019 Verified Rule Statement for filing with the court (Pro Rated). | .50 |
| 6/17/25 | TSO | Received and reviewed multiple pleadings from debtor, including notice of auction of leases; Client's lease not included, but still being marketed. | .30 |
| 6/20/25 | TSO | Received and reviewed additional pleadings, including  auction information and 8th notice of additional store closings (pro rated); Sent client notice on same for Philadelphia store and recommendation to inspect. | 1.00 |

## STARK & STARK, P.C.

|  |  |
|---|---|
| Date: | July 3, 2025 |
| Invoice No.: | 2223659 |
| Client No.: | 034898 |
| Matter No.: | 00097 |

| Date | Init | Description of Services Rendered | Hours |
|---|---|---|---|
| 6/24/25 | TSO | Received and reviewed pleadings regarding auction and sale, including proposed orders, declarations and notice; Discussed with Mr. Lemkin. (prorated) | .30 |
| 6/25/25 | TSO | Received and reviewed additional pleadings; Reviewed and approved 2019 statement required by court; Paralegal filing. (prorated) | .30 |
| 6/25/25 | ELP | Received and reviewed Debtor's pleadings and discussed with Mr. Onder; Finalized and filed 2019 Verified Rule Statement with the court, served all parties accordingly. (Pro Rated) | .60 |
| 6/27/25 | TSO | Received and reviewed additional pleadings, including list of additional leases assumed in recent auction and rejection of more leases; Client's lease not included (prorated) | .30 |

**TOTAL PROFESSIONAL SERVICES**      **$ 3,132.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Hours | Rate | Total |
|---|---|---|---|---|
| JOSEPH H. LEMKIN | JHL | 2.40 | 395.00 | 948.00 |
| THOMAS S. ONDER | TSO | 5.00 | 395.00 | 1,975.00 |
| ERIN L. REID | ELP | 1.10 | 190.00 | 209.00 |
| **TOTALS** | | **8.50** | | **$ 3,132.00** |

**TOTAL THIS INVOICE**      **$ 3,132.00**


**STARK &STARK** PC

Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060 • F: 609.896.0629

www.stark-stark.com

| | |
|---|---|
| LEVIN MANAGEMENT CORPORATION | Date: July 3, 2025 |
| P.O. Box 680404 | Invoice No.: 2223659 |
| Charolette, NC  28216 | Client No.: 034898 |
| | Matter No.: 00097 |
| | Billing Attorney: TSO |

## PAYMENT ADVICE

RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 3,132.00** |

### TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE RETURN THIS PAYMENT PAGE WITH YOUR PAYMENT

**Please include the invoice # 2223659 on your check/wire transfer.**

**Wire Transfer Instructions:**

Fulton Bank of NJ
Mantua, NJ 08051
**ABA# 031301422**

**To Pay by Credit Card:**

To pay online by Credit or Debit card, please go to
www.Stark-Stark.com  and click on Client Payment Portal.

| **To Pay By Check - Mail to:** | **Overnight Payments** |
|---|---|
| Stark & Stark | Stark & Stark |
| PO Box 7164 | Lockbox Dept |
| Lancaster, PA  17604 | 1695 State Street |
| | East Petersburg, PA  17520 |

Stark & Stark Account
**Acct# 90395290**
100 American Metro Boulevard
P.O. Box 5315
Princeton, NJ 08543-5315

### TERMS: NET 30 DAYS

To obtain a copy of Stark & Stark's Form W-9 please visit our website: **http://www.StarkW9.com**
*Thank you! Your business is greatly appreciated.*



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

LEVIN MANAGEMENT CORPORATION                                     June 10, 2025
P.O. Box 680404
Charolette, NC  28216

---

**RE: Our Client-Matter No: 034898 - 00097    RITE AID 2025 BANKRUPTCY (SECOND FILING)**

Enclosed please find our invoice for professional services rendered and costs advanced.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

THOMAS S. ONDER



Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

LEVIN MANAGEMENT CORPORATION
P.O. Box 680404
Charolette, NC  28216

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219969 |
| Client No.: | 034898 |
| Matter No.: | 00097 |
| Billing Attorney: | TSO |

## INVOICE SUMMARY

For professional services rendered and costs advanced through May 31, 2025:

**RE:   RITE AID 2025 BANKRUPTCY (SECOND FILING)**

| | |
|---|---|
| Professional Services | $ 3,238.00 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,238.00** |

## STARK & STARK, P.C.

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219969 |
| Client No.: | 034898 |
| Matter No.: | 00097 |

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours |
|---|---|---|---|
| 5/05/25 | TSO | Received and reviewed bankruptcy filing and motion for hearing on Weds at 2 pm for first day orders, including store closing motion, bid procedures, lease sale procedures and others. (prorated) | 1.00 |
| 5/06/25 | ELP | Prepared and filed Notices of Appearance for Mr. Onder and Mr. Lemkin on the courts docket  RE: New Rite Aid filing of 2025 | 1.00 |
| 5/07/25 | TSO | Reviewed additional pleadings and prepared for hearing; Attended and argued hearing; provide status update to client (prorated) | 1.00 |
| 5/09/25 | JHL | Review compilation of pleadings. docket entries and orders re 1st day pleadings and assess impact on client. | .60 |
| 5/09/25 | TSO | Received and reviewed additional pleadings, including filing for additional closings; Client's not listed. | .30 |
| 5/12/25 | TSO | Received and reviewed additional pleadings (prorated); | .30 |
| 5/14/25 | TSO | Followed up with Debtors counsel on auction regarding client's lease; Received and reviewed and reviewed additional pleadings (prorated) | .30 |
| 5/16/25 | TSO | Received and reviewed multiple pleadings on bid procedures, asset sales and closings (prorated) | .50 |
| 5/19/25 | DPF | Receive and review pleading regarding rejection of leases and store closings Client's not included; discussion with TSO re: pleading, locations. (pro rated) | .30 |
| 5/19/25 | JHL | Review bid pro motion / sale notice; confer with T. Onder re objection; follow up emails with Debtor's counsel; Review objections to notices. Pro-rated. | .30 |
| 5/21/25 | JHL | Attend pharma sale hearing (pro-rated) | .50 |
| 5/21/25 | TSO | Received and reviewed asset purchase agreement for pharmacy and other assets; Call with Debtor on sale. (prorated) | .50 |
| 5/23/25 | JHL | Review compilation of pleadings / notice regarding revised dates/deadlines. pro-rated. | .30 |
| 5/27/25 | JHL | Review motion to extend time to assume reject leases. pro-rated. | .20 |
| 5/27/25 | TSO | Exchanged communications with Mr. Singer on marketing efforts permitted while bankruptcy pending; Provided language to insert into any LOI to protect client. | .30 |
| 5/28/25 | TSO | Exchanged communications with Mr. Singer on marketing questions for premises and bankruptcy issues. | .30 |

## Stark & Stark, P.C.

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219969 |
| Client No.: | 034898 |
| Matter No.: | 00097 |

| Date | Init | Description of Services Rendered | Hours |
|------|------|----------------------------------|-------|
| 5/29/25 | TSO | Received and reviewed pleadings, including rejection of leases (prorated); Client's leases not included in rejection of initial stores. | .30 |
| 5/29/25 | TSO | Received and reviewed pleadings, including rejection of leases (prorated); Client's lease not included in rejection of initial stores. | .30 |
| 5/30/25 | TSO | Received and reviewed pleadings, including second thru fifth rejection of contracts (prorated); Followed up with Debtor on pharmacy sales to confirm clients not included; Provided client with status update, including notice that time to assume or reject leases extended to Dec. 2025. | .50 |

**TOTAL PROFESSIONAL SERVICES**　　　　　　**$ 3,238.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Hours | Rate | Total |
|------|------|-------|------|-------|
| DENNIS P. FRAZIER | DPF | .30 | 285.00 | 85.50 |
| JOSEPH H. LEMKIN | JHL | 1.90 | 395.00 | 750.50 |
| THOMAS S. ONDER | TSO | 5.60 | 395.00 | 2,212.00 |
| ERIN L. REID | ELP | 1.00 | 190.00 | 190.00 |
| **TOTALS** | | **8.80** | | **$ 3,238.00** |

**TOTAL THIS INVOICE**　　　　　　**$ 3,238.00**


**STARK &STARK** PC

Office: 100 American Metro Boulevard, Hamilton, NJ 08619-2319

Mailing: P.O. Box 5315, Princeton, NJ 08543-5315

P: 609.896.9060  •  F: 609.896.0629

www.stark-stark.com

LEVIN MANAGEMENT CORPORATION
P.O. Box 680404
Charolette, NC  28216

| | |
|---|---|
| Date: | June 10, 2025 |
| Invoice No.: | 2219969 |
| Client No.: | 034898 |
| Matter No.: | 00097 |
| Billing Attorney: | TSO |

## PAYMENT ADVICE

RE:    RITE AID 2025 BANKRUPTCY (SECOND FILING)

| **BALANCE DUE THIS INVOICE** | **$ 3,238.00** |
|---|---|

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE RETURN
THIS PAYMENT PAGE WITH YOUR PAYMENT**

**Please include the invoice # 2219969 on your check/wire transfer.**

**Wire Transfer Instructions:**

Fulton Bank of NJ
Mantua, NJ 08051
**ABA# 031301422**

Stark & Stark Account
**Acct# 90395290**
100 American Metro Boulevard
P.O. Box 5315
Princeton, NJ 08543-5315

**To Pay by Credit Card:**

To pay online by Credit or Debit card, please go to
www.Stark-Stark.com  and click on Client Payment Portal.

**To Pay By Check - Mail to:**

Stark & Stark
PO Box 7164
Lancaster, PA  17604

**Overnight Payments**

Stark & Stark
Lockbox Dept
1695 State Street
East Petersburg, PA  17520

**TERMS: NET 30 DAYS**
To obtain a copy of Stark & Stark's Form W-9 please visit our website: **http://www.StarkW9.com**
*Thank you! Your business is greatly appreciated.*