**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee
and the Wind-Down Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LAKEHURST AND BROADWAY CORPORATION, | Case No. 25-14831 (MBK) |
| Wind-Down Debtors.[1] | |

**ADJOURNMENT REQUEST**

1.      I, Felice R. Yudkin, am the attorney for the Liquidating Trustee of the above-captioned Wind-Down Debtors and request an adjournment of the hearing as it relates to:

A.  *Limited Objection to Confirmation of Second Amended Joint Chapter 11 Plan and Cross-Motion to Allow and Compel Payment of Administrative Expense Claims* [Case No. 25-14861, Docket No. 3269]

B.  *Motion of Kin Landlords to Compel Payment of Post-Petition Lease Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) Arising from Non-Residential Real Property Lease* [Case No. 25-14861, Docket No. 3629]

C.  *OFP WAGRADOL PA 2, LLC's Motion for Allowance and Immediate Payment of Administrative Expenses for Post-Petition Lease Obligations* [Docket No. 202]

---

[1]    On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

D. *Engie Resources LLC's Notice of Motion to Compel Payment of Administrative Expense Claim* [Docket No. 211]

E. *Engie Power & Gas LLC's Notice of Motion to Compel Payment of Administrative Expense Claim* [Docket No. 212]

Current hearing date and time: August 4, 2026 at 11:30 a.m.

New date requested: September 15, 2026 at 11:00 a.m.

2.     Consent to adjournment: The Liquidating Trustee has the consent of the parties. I certify under penalty of perjury that the foregoing is true.

Dated: July 31, 2026

/s/ Felice R. Yudkin

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

2

**COURT USE ONLY:**

The request for adjournment is:

September 15, 2026 at 11:00 a.m.

☒  Granted          New hearing date:  ____          ☐   Peremptory

☐   Granted over objection(s)   New hearing date:  ____      ☐   Peremptory

☐   Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**