**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee*
*and the Wind-Down Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LAKEHURST AND BROADWAY CORPORATION, | Case No. 25-14831 (MBK) |
| Wind-Down Debtors.[1] | |

**ADJOURNMENT REQUEST**

1.     I, Felice R. Yudkin, am the attorney for the Liquidating Trustee of the above-captioned Wind-Down Debtors and request an adjournment of the hearing as it relates to:

A. *Liquidating Trustee's Third Omnibus Objection to Certain Proofs of Claim Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* [Docket No. 363], solely with respect to the claims set forth on **Schedule 1** attached hereto.

---

[1]    On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

B. *Liquidating Trustee's Fourth Omnibus Objection to Certain Proofs of Claim Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* [Docket No. 411], solely with respect to the claims set forth on **Schedule 2** attached hereto.

C. *First Notice of Satisfaction of Claims* [Docket No. 413], solely with respect to the claim set forth on **Schedule 3** attached hereto

D. *Liquidating Trustee's Fifth Omnibus Objection to Certain Proofs of Claim Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* [Docket No. 461], solely with respect to the claims set forth on **Schedule 4** attached hereto.

E. *Second Notice of Satisfaction of Claims* [Docket No. 463], solely with respect to the claims set forth on **Schedule 5** attached hereto.

Current hearing date and time: August 4, 2026 at 11:30 a.m. (ET)

New date requested: September 15, 2026 at 11:00 a.m. (ET)

2. Consent to adjournment: The Liquidating Trustee has the consent of the parties and/or authority to adjourn these matters consistent with the Objection Procedures. I certify under penalty of perjury that the foregoing is true.

Dated: August 3, 2026

/s/ Felice R. Yudkin

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

**COURT USE ONLY:**

The request for adjournment is:

September 15, 2026 at 11:00 a.m.

☒ Granted      New hearing date: _____      ☐    Peremptory

☐ Granted over objection(s)   New hearing date: _____      ☐    Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

3

# Schedule 1

## Adjourned Claims

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1848 | 27 Round Lake Realty, LLC | New Rite Aid, LLC | 9/17/2025 | $305,099.11 | $305,099.11 | Section II, ¶¶19–21 |
| 1852 | American Realty Capital Operating Partnership, L.P. | Rite Aid of Pennsylvania, LLC | 9/17/2025 | $473,695.40 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1533 | Crosstown Dubois LLC | Thrift Drug, Inc. | 8/18/2025 | $282,393.66 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 976 | CX360, Inc. | New Rite Aid, LLC | 7/14/2025 | $2,244,666.71 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 2229 | FFF Enterprises, Inc. | Rite Aid Hdqtrs. Corp. | 11/4/2025 | $7,167,294.36 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2126 | GBR Valley Cottage Limited Liability Company | Rite Aid of New York, Inc. | 10/17/2025 | $16,480.99 | The asserted administrative expense or priority claim, as applicable, has been satisfied in full. The remaining portion of the claim, if any, shall be a general unsecured claim. | Section V, ¶¶28–30 |
| 2266 | HCP RRF Sand Canyon LLC | Thrifty PayLess, Inc. | 11/24/2025 | $822,776.20 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 2000 | IREIT Yardley Lower Makefield, L.L.C. | Thrift Drug, Inc. | 9/30/2025 | $87,353.60 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1947 | The Irvine Company LLC | Thrifty PayLess, Inc. | 9/26/2025 | $593,754.72 | This claim seeks recovery for rent and late fees. The Debtors timely paid their rent obligations. To the extent this claim asserts a claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for late fees, the claim should be disallowed. | Section II, ¶¶19–21; Section V, ¶¶28–30 |

2

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2050 | The Irvine Company LLC | Thrifty PayLess, Inc. | 10/5/2025 | $1,070,150.92 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1470 | Lancaster Development Company, LLC | Thrifty PayLess, Inc. | 8/11/2025 | $286,500.76 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1291 | MDC East Hobson, LLC | Thrifty PayLess, Inc. | 8/7/2025 | $1,112,277.93 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 2143 | MDC Seal Beach LLC | Thrifty PayLess, Inc. | 10/15/2025 | $1,408,242.21 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1479 | QCSI Six, LLC | Thrifty PayLess, Inc. | 8/11/2025 | $559,422.78 | This claim seeks recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 1653 | Rancho Del Mar Center, LLC | Thrifty PayLess, Inc. | 8/26/2025 | $967,612.63 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1476 | RX Nanty Glo Investors, LLC | Rite Aid of Pennsylvania, LLC | 8/11/2025 | $197,610.27 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |

3

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 598 | Wright Wisner Distributing Corp | Rite Aid of New York, Inc. | 6/13/2025 | $365,304.63 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |

4

**Schedule 2**

**Adjourned Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Remaining Claim | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|---|
| 1538 | 569 Broadway Associates | Rite Aid of Virginia, Inc. | 8/20/2025 | $18,188.58 | $729.34 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1523 | ALD Capital PA, LLC | Eckerd Corporation | 8/18/2025 | $32,523.99 | $5,414.20 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1134 | Bethel Park, LLC | Rite Aid of Pennsylvania, LLC | 7/30/2025 | $23,677.14 | $2,070.94 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 2051 | Fairview Shopping Center | Thrifty PayLess, Inc. | 10/5/2025 | $73,259.52 | $12,248.86 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1988 | Felos Associates, LLC | Eckerd Corporation | 9/29/2025 | $1,500.00 | $0.00 | This claim seek recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 2183 | Irvine Company | Thrifty PayLess, Inc. | 10/24/2025 | $4,482.12 | $1,923.54 | This claim seek recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 2050 | Irvine Company | Thrifty PayLess, Inc. | 10/5/2025 | $73,448.15 | $7,949.86 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Remaining Claim | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|---|
| 1189 | Jackson Investment Company | New Rite Aid, LLC | 7/30/2025 | $51,828.23 | $0.00 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1971 | Joseph Murphy Corporation | Thrifty Corporation | 9/29/2025 | $175,801.59 | $0.00 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1565 | Mt. Lebanon Cooke, LP | Rite Aid of Virginia, Inc. | 8/20/2025 | $45,118.25 | $6,598.11 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1079 | Musso 3636 LLC | Genovese Drug Stores, Inc. | 7/23/2025 | $37,952.24 | $1,120.11 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 2056 | Prime/Frit Bell Garden LLC | Thrifty PayLess, Inc. | 10/6/2025 | $48,659.92 | $0.00 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1759 | PUBA Properties | Rite Aid Corporation | 9/5/2025 | $73,186.15 | $8,660.05 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1479 | QCSI Six LLC | Thrifty PayLess, Inc. | 8/11/2025 | $3,704.66 | $0.00 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 2028 | Realty Income PA Properties | Rite Aid of Pennsylvania, LLC | 10/2/2025 | $12,718.56 | $10,944.09 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 2029 | Realty Income PA Properties | Rite Aid of Pennsylvania, LLC | 10/2/2025 | $10,412.61 | $6,278.74 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Remaining Claim | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|---|
| 2026 | Realty Income PA Properties | Rite Aid of Pennsylvania, LLC | 10/2/2025 | $16,591.11 | $13,264.24 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1258 | Realty Income PA Properties | Rite Aid of Pennsylvania, LLC | 8/7/2025 | $2,246.06 | $2,041.86 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1580 | Red Lion Broadway, LLC | Rite Aid of Pennsylvania, LLC | 8/20/2025 | $19,245.67 | $401.37 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1262 | Rite Aid of Pennsylvania, LLC | Rite Aid of Pennsylvania, LLC | 8/7/2025 | $2,116.53 | $1,924.12 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1530 | Robert Marin and Celeset de Schulthess Marin Trust | Eckerd Corporation | 8/18/2025 | $30,814.18 | $20,417.68 | This claim seek recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 1636 | S & F Motel Co LLC | Rite Aid of Pennsylvania, LLC | 8/28/2025 | $86,235.00 | $0.00 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1602 | SADG-1 Limited Partnership | Rite Aid of Pennsylvania, LLC | 8/21/2025 | $13,884.38 | $0.00 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1167 | SADG-4 Limited Partnership | New Rite Aid, LLC | 7/29/2025 | $18,680.08 | $1,533.76 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1086 | Silverado Partners LLC | Thrifty PayLess, Inc. | 7/24/2025 | $25,313.09 | $15,915.90 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Remaining Claim | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|---|
| 2088 | SunAmerica-Champion/LBS Limited Partnership | Thrifty Corporation | 10/15/2025 | $25,278.66 | $0.00 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 2485 | The Buncher Company | Rite Aid of Pennsylvania, LLC | 1/30/2026 | $122,766.03 | $0.00 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1980 | Trust for the Benefit of Catherine M. Levin | Rite Aid of Pennsylvania, LLC | 9/29/2025 | $38,338.52 | $0.00 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1153 | Yoko C. Gates Trust | New Rite Aid, LLC | 7/29/2025 | $45,866.14 | $1,308.90 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |

4

**Schedule 3**

**Adjourned Claim**

| Claimant Name or Identifier | Claim / Schedule No. | Total Claim Value |
|---|---|---|
| 1041 Burnt Tavern Road LLC | 2148 | $693,090.17 |

**Schedule 4**

**Adjourned Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1155 | Bethel Park Library LLC | New Rite Aid, LLC | 7/29/2025 | $23,677.14 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 698 | Island County Treasurer | New Rite Aid, LLC | 6/11/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |
| 1706 | LS Morrell, LLC | Eckerd Corporation | 8/29/2025 | $30,981.27 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1598 | RAP Hamlin LP | New Rite Aid, LLC | 8/21/2025 | $10,999.63 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |

## Schedule 5

### Adjourned Claims

| Claimant Name or Identifier | Claim / Schedule No. | Asserted Claim Amount |
|---|---|---|
| Bass, David Lane | 2441 | $15,000.00 |
| Bass, David Lane | 2524 | $15,000.00 |
| Nwosu, Charles | 77 | $10,696.17 |
| Gratton, Michael | 79 | $63,076.96 |