**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

In re:

LAKEHURST AND BROADWAY CORPORATION,

Debtor.[1]

Chapter 11

Case No. 25-14831 (MBK)

**Order Filed on August 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**ORDER SUSTAINING LIQUIDATING TRUSTEE'S
FIFTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM
PURSUANT TO SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2**

The relief set forth on the following pages, numbered two (2) through six (6) is

**ORDERED**.

**DATED: August 7, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, *Lakehurst and Broadway Corporation*, Case No. 25-14831 (MBK).

(Page 2)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | ORDER SUSTAINING LIQUIDATING TRUSTEE'S FIFTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM PURSUANT TO SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2 |

Upon consideration of the *Liquidating Trustee's Fifth Omnibus Objection to Certain Proofs of Claim Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* (the "Objection")[1]; and upon consideration of the Kaup Declaration; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and it appearing that no other or further notice of the Objection need be provided; and upon the hearing held by the Court to consider the relief requested in the Objection (the "Hearing"), if any; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Wind-Down Debtors, their respective estates and creditors, and all parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon the record of the Hearing, if any, and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Objection is sustained as set forth herein.

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

(Page 3)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | ORDER SUSTAINING LIQUIDATING TRUSTEE'S FIFTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM PURSUANT TO SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2 |

2.      Each of the No Liability Claims and No Documentation Claims identified on **Schedule 1** and **Schedule 3** attached to this Order is hereby disallowed and expunged to the extent such claim asserts an administrative or priority claim.  Any general unsecured portion of a No Liability Claim or No Documentation Claim will remain on the Claims Register and is neither allowed nor disallowed at this time, subject to the Liquidating Trustee and Wind-Down Debtors' rights to file additional substantive and non-substantive objections to any such No Liability Claim or No Documentation Claim, and any other proofs of claim that have been or may be filed against the Debtors, which are expressly preserved.  Nothing herein shall constitute, nor shall it be deemed to constitute, the allowance of any of the No Liability Claims or No Documentation Claims.

3.      Each of the Reclassified Claims identified on **Schedule 2** attached to this Order is hereby reclassified as a general unsecured claim to the extent such claim asserts an administrative or priority claim, except that the portion of any such claim set forth in the column of  **Schedule 2** titled "Remaining Claim" shall remain on the Claims Register in the amount set forth therein.  Any such Remaining Claim or any general unsecured portion of a Reclassified Claim will remain on the Claims Register and is neither allowed nor disallowed at this time, subject to the Liquidating Trustee and Wind-Down Debtors' rights to file additional substantive and non-substantive objections to any Reclassified Claim and any other proofs of claim that have been or may be filed against the Debtors, which are expressly preserved.  Nothing herein shall constitute, nor shall it be deemed to constitute, the allowance of any of the Reclassified Claims.

4.      Each of the Duplicative Claims identified on **Schedule 4** attached to this Order is hereby disallowed and expunged in its entirety. The claims listed in the column titled "Surviving

(Page 4)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | ORDER SUSTAINING LIQUIDATING TRUSTEE'S FIFTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM PURSUANT TO SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2 |

Claim" identified on **Schedule 4** shall remain on the Claims Register and are neither allowed nor disallowed at this time, subject to the Liquidating Trustee and Wind-Down Debtors' rights to file additional substantive and non-substantive objections to any Duplicative Claim and any other proofs of claim that have been or may be filed against the Debtors, which are expressly preserved. Nothing herein shall constitute, nor shall it be deemed to constitute, the allowance of any of the Duplicative Claims.

5.      Upon the payment of any Remaining Claim or Surviving Claim identified on the Schedules annexed hereto, the Claim shall be deemed satisfied, in full, and may be marked accordingly on the Claims Register.  For the avoidance of doubt, this Order does not direct or require the Liquidating Trustee to pay any such Remaining Claim.

6.      Kroll Restructuring Administration LLC, the Court-appointed claims and noticing agent in the Chapter 11 Cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

7.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an implication or admission as to the amount of, basis for, or validity of any particular claim against the Wind-Down Debtors under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the Wind-Down Debtors', Liquidating Trustee's, or any other party in interest's rights to dispute any claim (or portion thereof), including but limited to those claims identified on **Schedule 1**, **Schedule 2**, **Schedule 3**, or **Schedule 4** on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission, or finding that any particular claim is an administrative

(Page 5)
Debtor:           LAKEHURST AND BROADWAY CORPORATION
Case No.          25-14831 (MBK)
Caption of Order: ORDER SUSTAINING LIQUIDATING TRUSTEE'S FIFTH OMNIBUS
                  OBJECTION TO CERTAIN PROOFS OF CLAIM PURSUANT TO
                  SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY CODE,
                  BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2

expense claim, other priority claim or otherwise of a type specified or defined in the Objection or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission by the Liquidating Trustee as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Wind-Down Debtors' estates; (g) a waiver or limitation of the Liquidating Trustee's, the Wind-Down Debtors', or any other party in interest's, claims, causes of action, or other rights, including setoff or recoupment, under the Bankruptcy Code or any other applicable law; (h) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code; (i) a concession by the Liquidating Trustee or Wind-Down Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Objection are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens; or (j) otherwise affecting the Liquidating Trustee's or Wind-Down Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract or unexpired lease.

8.      Notice of the Objection as provided therein shall be deemed good and sufficient notice of such Objection and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

9.      The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

(Page 6)

| | |
|---|---|
| Debtor: | LAKEHURST AND BROADWAY CORPORATION |
| Case No. | 25-14831 (MBK) |
| Caption of Order: | ORDER SUSTAINING LIQUIDATING TRUSTEE'S FIFTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM PURSUANT TO SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2 |

10.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**<u>Schedule 1</u>**

**No Liability Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 677 | Algee, Holli | New Rite Aid, LLC | 6/18/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |
| 255 | City of Philadelphia | Rite Aid of Maryland, Inc. | 5/29/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |
| 867 | Department of Treasury - Internal Revenue Service | Ex Benefits, LLC | 6/30/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |
| 733 | Mississippi Department of Revenue | Rite Aid of Georgia, Inc. | 6/27/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |
| 735 | Mississippi Department of Revenue | Rite Aid Hdqtrs. Corp. | 6/27/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |
| 736 | Mississippi Department of Revenue | Harco, Inc. | 6/27/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |
| 739 | Mississippi Department of Revenue | Rite Aid Online Store, Inc. | 6/27/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |
| 1019 | Morales, Jose R. | New Rite Aid, LLC | 7/16/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |
| 1922 | New York State Department of Labor | New Rite Aid, LLC | 9/23/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |
| 1926 | New York State Department of Labor | New Rite Aid, LLC | 9/23/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |
| 1927 | New York State Department of Labor | New Rite Aid, LLC | 9/23/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |
| 2181 | Office of the Collector of Revenue | Ex Options, LLC | 10/23/2025 | Unliquidated | This claim specifies the claim only as unliquidated | Section II ¶¶19–21 |

# Schedule 2

## Reclassified Claims

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Remaining Claim | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|---|
| 805 | Accu-Time Systems, Inc. | New Rite Aid, LLC | 7/2/2025 | $15,170.00 | $9,102.00 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III ¶¶22–24 |
| 1106 | Careismatic Brands, LLC | New Rite Aid, LLC | 7/25/2025 | $36,655.59 | $22,947.84 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III ¶¶22–24 |
| 778 | Fastenal Company | Thrifty Ice Cream, LLC | 6/26/2025 | $867.78 | $157.20 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III ¶¶22–24 |
| 811 | Lobar Associates, Inc. | Rite Aid of Pennsylvania, LLC | 6/24/2025 | $165,735.00 | $144,018.00 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III ¶¶22–24 |
| 408 | Qualitas Manufacturing Inc | New Rite Aid, LLC | 6/4/2025 | $6,352.05 | $3,198.11 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III ¶¶22–24 |

## Schedule 3

## No Supporting Documentation Claims

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 874 | Alta Loma LLC | New Rite Aid, LLC | 6/23/2025 | $80,857.11 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 527 | Barrett, Matthew | New Rite Aid, LLC | 6/6/2025 | $27,470.25 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 2499 | Brixmor SPE 2 LLC | Genovese Drug Stores, Inc. | 1/30/2026 | $25,806.74 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 2046 | Century Systems | New Rite Aid, LLC | 10/3/2025 | $19,644.32 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 2259 | Whidbey Telephone Company | Rite Aid Corporation | 11/20/2025 | $443.21 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |

# Schedule 4

## Duplicative Claims

Case 25-14831-MBK   Doc 488   Filed 08/09/26   Entered 08/10/26 00:14:40   Desc Imaged Certificate of Notice   Page 10 of 17

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Surviving Claim | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|---|
| 156 | 5214 Balitmore Associates LLC | Thrifty PayLess, Inc. | 5/28/2025 | $1,030.02 | 218 | This claim has been superseded | Section V ¶¶28–30 |
| 572 | 5214 Baltimore Associates LLC | Rite Aid of Pennsylvania, LLC | 6/12/2025 | $1,092.53 | 573 | This claim has been superseded | Section V ¶¶28–30 |
| 478 | 5214 Baltimore Associates LLC | Rite Aid of Pennsylvania, LLC | 6/7/2025 | $1,092.53 | 573 | This claim has been superseded | Section V ¶¶28–30 |
| 479 | 5214 Baltimore Associates LLC | Thrifty PayLess, Inc. | 6/7/2025 | $1,092.53 | 573 | This claim has been superseded | Section V ¶¶28–30 |
| 41 | Complese, Jeremy | Rite Aid Hdqtrs. Corp. | 5/16/2025 | $17,150.00 | 465 | This claim has been superseded | Section V ¶¶28–30 |
| 2212 | Franchise Tax Board | Rite Aid Corporation | 10/29/2025 | $1,658.66 | 2223 | This claim has been superseded | Section V ¶¶28–30 |
| 2214 | Franchise Tax Board | Rite Aid Realty Corp. | 10/29/2025 | $1,658.66 | 2223 | This claim has been superseded | Section V ¶¶28–30 |
| 2215 | Franchise Tax Board | Rite Aid Transport, Inc. | 10/29/2025 | $1,658.66 | 2223 | This claim has been superseded | Section V ¶¶28–30 |
| 2216 | Franchise Tax Board | Rite Aid Lease Management Company | 10/29/2025 | $1,658.66 | 2223 | This claim has been superseded | Section V ¶¶28–30 |
| 2217 | Franchise Tax Board | Thrifty Corporation | 10/29/2025 | $1,658.66 | 2223 | This claim has been superseded | Section V ¶¶28–30 |
| 2221 | Franchise Tax Board | Rite Aid Hdqtrs. Corp. | 10/29/2025 | $1,658.66 | 2223 | This claim has been superseded | Section V ¶¶28–30 |
| 2157 | Franchise Tax Board | Rite Aid of New Jersey, Inc. | 10/17/2025 | $800.00 | 2210 | This claim has been superseded | Section V ¶¶28–30 |
| 2187 | Franchise Tax Board | Thrifty PayLess, Inc. | 10/17/2025 | $800.00 | 2210 | This claim has been superseded | Section V ¶¶28–30 |
| 918 | JB Hunt Transport, Inc. | New Rite Aid, LLC | 7/11/2025 | $975,914.00 | 923 | This claim has been superseded | Section V ¶¶28–30 |
| 836 | Northampton Borough Municipal Authority | New Rite Aid, LLC | 6/30/2025 | $209.73 | 1060 | This claim has been superseded | Section V ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Surviving Claim | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|---|
| 1956 | Salameh, Ayman | New Rite Aid, LLC | 9/28/2025 | $12,303.83 | 2112 | This claim has been superseded | Section V ¶¶28–30 |
| 555 | Sonoma County Tax Collector | Thrifty PayLess, Inc. | 6/11/2025 | $2,230.06 | 560 | This claim has been superseded | Section V ¶¶28–30 |
| 1121 | Texas Comptroller of Public Accounts | Ex Pharmacy, LLC | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1122 | Texas Comptroller of Public Accounts | Ex Solutions of NV, LLC | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1123 | Texas Comptroller of Public Accounts | Ex Solutions of MO, LLC | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1124 | Texas Comptroller of Public Accounts | RediClinic LLC | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1125 | Texas Comptroller of Public Accounts | Ex Options, LLC | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1126 | Texas Comptroller of Public Accounts | Rite Aid of Pennsylvania, LLC | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1127 | Texas Comptroller of Public Accounts | Hunter Lane, LLC | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1128 | Texas Comptroller of Public Accounts | Ex Solutions of OH, LLC | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1129 | Texas Comptroller of Public Accounts | RediClinic Associates, Inc. | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1130 | Texas Comptroller of Public Accounts | K&B Texas Corporation | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1143 | Texas Comptroller of Public Accounts | Rite Aid Online Store, Inc. | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1163 | Texas Comptroller of Public Accounts | RCMH LLC | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1164 | Texas Comptroller of Public Accounts | RediClinic of Dallas-Fort Worth, LLC | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |
| 1165 | Texas Comptroller of Public Accounts | Ex Savings, LLC | 7/25/2025 | $291,855.52 | 1205 | This claim has been superseded | Section V ¶¶28–30 |

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-14831-MBK

Lakehurst and Broadway Corporation                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Aug 07, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**　　　　**Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

**Recip ID**　　　　　　**Recipient Name and Address**
db　　　　　　　　+   Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:**

**Name**　　　　　　　　　**Email Address**

Aaron M. Bender
         on behalf of Creditor The Buncher Company abender@reedsmith.com  agorbatuk@reedsmith.com

Alison Genova
         on behalf of Interested Party Arun Nayar agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
         on behalf of Interested Party John Standley agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
         on behalf of Interested Party Thomas Warburton agenova@wsgr.com  lmcgee@wsgr.com

Alison Genova
         on behalf of Interested Party Robert Knowling  Jr. agenova@wsgr.com, lmcgee@wsgr.com

Alison Genova
         on behalf of Interested Party Andre Persaud agenova@wsgr.com  lmcgee@wsgr.com

District/off: 0312-3 User: admin Page 2 of 6

Date Rcvd: Aug 07, 2026 Form ID: pdf903 Total Noticed: 1

Alison Genova

on behalf of Interested Party Myrtle Potter agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Amanda Glover agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Paul Gilbert agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Kevin Lofton agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party David Jessick agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Louis Miramontes agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Joseph Anderson  Jr. agenova@wsgr.com, lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Bruce Bodaken agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Katherine Quinn agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Marcy Syms agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Justin Mennen agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Daniel Miller agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Bari Harlam agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Michael Savage agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Michael Regan agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Heyward Donigan agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Christopher Bohrer agenova@wsgr.com lmcgee@wsgr.com

Alison Genova

on behalf of Interested Party Elizabeth Burr agenova@wsgr.com lmcgee@wsgr.com

Alyson M. Fiedler

on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com
john.acquaviva@icemiller.com,alexandria.lundberg@icemiller.com

Andrew Small

on behalf of Creditor Rared Jaffrey  LLC asmall@wglaw.com

Andrew Small

on behalf of Creditor RARED ALLENSTOWN  LLC asmall@wglaw.com

Andrew Small

on behalf of Creditor Rared Manchester NH  LLC asmall@wglaw.com

Andrew H. Sherman

on behalf of Other Prof. Alixpartners  LLP asherman@sillscummis.com

Anthony Sodono, III

on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com

Arthur Abramowitz

on behalf of Unknown Role Type Rite Aid Sub-Trust B aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com

Christopher J. Leavell

on behalf of Creditor OFP Wagradol PA2  LLC cleavell@klehr.com, lclark@klehr.com

Christopher P. Mazza

on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

District/off: 0312-3
Date Rcvd: Aug 07, 2026

User: admin
Form ID: pdf903

Page 3 of 6
Total Noticed: 1

Courtney G. Schroeder
on behalf of Creditor WellDyneRx  LLC cschroeder@ghclaw.com

Daniel Stolz
on behalf of Interested Party Murray Avenue Market daniel.stolz@stevenslee.com
daniel.stolz@ecf.inforuptcy.com;maria.sousa@stevenslee.com;lorrie.denson@stevenslee.com

Daniel H. Reiss
on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com

David Edelberg
on behalf of Creditor Musso 3636 LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Creditor Jackson Investment Company dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David M. Bass
on behalf of Debtor Lakehurst and Broadway Corporation dbass@coleschotz.com
fpisano@coleschotz.com;tdumbroff@coleschotz.com;svc_courtalert@coleschotz.com

Donald F. Campbell, Jr.
on behalf of Creditor WellDyneRx  LLC dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Elie Jonathan Worenklein
on behalf of Creditor 1970 Group  Inc. eworenklein@debevoise.com,
ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com

Evan C. Pappas
on behalf of Interested Party 29 Katz Crew  LP epappas@tuckerlaw.com

Gregory D. Herrold
on behalf of Interested Party Murray Avenue Kosher  Inc. gdherrold@duanemorris.com, gregory-herrold-2846@ecf.pacerpro.com

Jeffrey Kurtzman
on behalf of Creditor Quakertown Joint Venture LLC kurtzman@kurtzmansteady.com

Jessica Apter
on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com

Jessica Apter
on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter
on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

John Piskora
on behalf of Creditor ACON Laboratories  Inc. jpiskora@loeb.com, nydocket@loeb.com,jpiskora@ecf.courtdrive.com

Joseph H. Lemkin
on behalf of Creditor Edgemark Littleton LLC jlemkin@stark-stark.com

Joseph L. Schwartz
on behalf of Creditor RSS Center  LLC jschwartz@riker.com, courtdockets@riker.com

Leslie Carol Heilman
on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Comcast Cable Communications Management  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Louis T. DeLucia
on behalf of Creditor SKBB Investments louis.delucia@icemiller.com
john.acquaviva@icemiller.com,lauren.eastburn@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.
basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman
on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com

Mark A. Roney
on behalf of Interested Party Star Capital Partners  LLC mroney@hillwallack.com,
kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Matthew W. Bourda
on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Matthew W. Bourda
on behalf of Creditor Engie Power & Gas LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Matthew W. Bourda
on behalf of Creditor ENGIE Power & Gas LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

District/off: 0312-3                                    User: admin                                              Page 4 of 6
Date Rcvd: Aug 07, 2026                                Form ID: pdf903                                          Total Noticed: 1

Michael Papandrea
                    on behalf of Creditor VaxServe  Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com

Michael D. Sirota
                    on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
                    otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
                    on behalf of Plaintiff Eric Kaup  in His Capacity as Liquidating Trustee to the Liquidating Trust msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
                    otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
                    otz.com;ddelehanty@coleschotz.com

Michael E. Holt
                    on behalf of Creditor BM Properties mholt@formanlaw.com  jkisla@formanlaw.com

Michael E. Holt
                    on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com  jkisla@formanlaw.com

Michael R. Herz
                    on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com  aedwards@foxrothschild.com

Michele M. Dudas
                    on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Nicole Arianna Benis
                    on behalf of Creditor Aztec Inn L.P. nbenis@ansell.law  courtfilings@ansellgrimm.com

Oleh Matviyishyn
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com

Pamela Elchert Thurmond
                    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Paul M. Rosenblatt
                    on behalf of Creditor Inmar Rx Solutions  Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul M. Rosenblatt
                    on behalf of Creditor Wilmington Trust  NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul Stadler Pflumm
                    on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug
                    Benefit Fund ppflumm@mcdowelllegal.com
                    kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcd
                    owelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

R. Edward Stone, III
                    on behalf of Interested Party Murray Avenue Market r.edward.stone.iii@stevenslee.com
                    r.edward.stone.iii@ecf.courtdrive.com;lorrie.denson@stevenslee.com

Rebecca Starner
                    on behalf of Defendant Express Scripts  Inc. rebecca.starner@huschblackwell.com,
                    serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Richard A. O'Halloran
                    on behalf of Creditor Foothill Center Partners  LLC, a California limited liability partnership, the successor in interest to Foothill
                    Partners Ltd. richard.ohalloran@dinsmore.com,
                    lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert L. LeHane
                    on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com
                    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                    on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com
                    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                    on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com,
                    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                    on behalf of Interested Party Thomas A. Pitta  Trustee of RAD Sub-Trust A rlehane@kelleydrye.com,
                    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                    on behalf of Creditor First Washington Realty  Inc. rlehane@kelleydrye.com,
                    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

District/off: 0312-3                                    User: admin                                              Page 5 of 6

Date Rcvd: Aug 07, 2026                                Form ID: pdf903                                          Total Noticed: 1

Robert L. LeHane
on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Ross J. Switkes
on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com

Ryan Patrick McCarthy
on behalf of Creditor Erin Lopomo ryan@gmlaborlaw.com

Ryan Patrick McCarthy
on behalf of Creditor Jennifer Motchnik ryan@gmlaborlaw.com

Ryan Patrick McCarthy
on behalf of Creditor Anthony Coleman ryan@gmlaborlaw.com

Ryan Patrick McCarthy
on behalf of Creditor Stephanie Downey ryan@gmlaborlaw.com

Ryan Patrick McCarthy
on behalf of Creditor Lewis Hunter ryan@gmlaborlaw.com

Ryan Patrick McCarthy
on behalf of Creditor Christina Zlinksy ryan@gmlaborlaw.com

Ryan Patrick McCarthy
on behalf of Creditor Gerald Stahl ryan@gmlaborlaw.com

Ryan Patrick McCarthy
on behalf of Creditor Andre Scheepers ryan@gmlaborlaw.com

Shmuel Klein
on behalf of Creditor HVP 2 LLC shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Thomas S. Onder
on behalf of Creditor SADG-1 Limited Partners tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor LS Morrell  LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Red Lion Broadway  LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Bethel Park  LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor 569 Broadway Associates tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Mt. Lebanon Cooke  LP tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Ald Capital PA  LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor SADG-4 Limited Partnership tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Yoko C. Gates Trust tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Joseph Murphy Corporation tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor RAP Hamlin LP tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Trust for the Benefit of Catherine M. Levine tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Felos Associates LLC tonder@stark-stark.com

Turner Falk
on behalf of Creditor H.K.N. IV  LLC turner.falk@saul.com, tnfalk@recap.email

District/off: 0312-3                          User: admin                                    Page 6 of 6

Date Rcvd: Aug 07, 2026                       Form ID: pdf903                               Total Noticed: 1

U.S. Trustee

     USTPRegion03.NE.ECF@usdoj.gov

William G. Wright

     on behalf of Creditor Gitomer Family Realty LLC wwright@capehart.com  jlafferty@capehart.com

Wojciech F. Jung

     on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com
cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com

Zhenyi Zhou

     on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com


TOTAL: 111