UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DUANE MORRIS LLP

Gregory D. Herrold
40 Lake Center Drive
401 Route 73 North, Suite 200
Marlton, NJ 08053
Telephone: 856-874-4225
Fax: 856-424-4446
Email: gdherrold@duanemorris.com

**Counsel for Murray Avenue Kosher, Inc.**

In Re:

In Re:

LAKEHURST AND BROADWAY
CORPORATION

| | |
|---|---|
| Case No.: | 25-14831 (MBK) |
| Chapter: | 11 |
| Hearing Date: | August 10, 2026 |
| Judge: | Michael B. Kaplan |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  Renewed Motion to Intervene on behalf of Murray Avenue Kosher, Inc.

 (Dkt. No. 474)

Date: August 10, 2026

*Gregory Herrold*
_____
Signature

*rev.8/1/15*