UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TUCKER ARENSBERG, P.C.
Evan C. Pappas, Esquire
Michael A. Shiner, Esquire
Maribeth Thomas, Esquire
300 Corporate Center Drive, Suite 200
Camp Hill, Pennsylvania 17011
Telephone: (717) 234-4121
Fax: (717) 232-6802
epappas@tuckerlaw.com
mshiner@tuckerlaw.com
mthomas@tuckerlaw.com
*Counsel for 29 Katz Crew, LP*

| | |
|---|---|
| In re: | Case No. 25-14831-MBK |
| LAKEHURST AND BROADWAY CORPORATION, | Chapter 11 |
| Wind-Down Debtors. | Hon. Michael B. Kaplan |

### MOTION TO WITHDRAW THE MOTION TO VACATE ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE TO MURRAY AVE MARKET, LLC PURSUANT TO FED. R. CIV. P. 60(b)(3) AND FED. R. BANKR. P. 9024

Movant, 29 Katz Crew, LP ("**29 Katz Crew**"), by and through its undersigned counsel, Tucker Arensberg, P.C., files this *Motion to Withdraw the Motion to Vacate Order Approving the Assumption and Assignment of Unexpired Lease to Murray Ave Market, LLC Pursuant to Fed. R. Civ. P. 60(b)(3)and Fed. R. Bankr. P. 9024* (the "**Motion**").

1.      On February 13, 2026, 29 Katz Crew filed its *Motion to Vacate Order Approving the Assumption and Assignment of Unexpired Lease to Murray Ave Market, LLC Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024* (the "**Rule 60(b) Motion**").  [Doc. No. 245.]

2.      Murray Ave Market, LLC ("**MAM**" and together with 29 Katz Crew, the "**Parties**") filed its objection to the Rule 60(b) Motion on March 3, 2026.  [Doc. No. 294.]

3. Prior to any briefing or oral argument on the Rule 60(b) Motion and Objection, the Parties engaged in mediation with a neutral third-party mediator on April 15, 2026 (the "**Mediation**").

4. The Mediation concluded in a Term Sheet; however, the Parties disagreed as to whether the Term Sheet constituted a binding agreement.

5. On May 29, 2026, MAM filed a Motion to Enforce Settlement. [Doc. No. 409.]

6. 29 Katz Crew filed its opposition to the Motion to Enforce Settlement on June 8, 2026, [Doc. No. 429], and the Court issued an Order denying the Motion to Enforce Settlement after a hearing to consider the same on June 16, 2026.

7. On July 13, 2026, the Court relisted the Rule 60(b) Motion for hearing and directed the Parties to submit briefs regarding their respective positions related to the Rule 60(b) Motion on or before July 31, 2026.

8. 29 Katz Crew and MAM resumed negotiations to resolve the disputes between the Parties.

9. A resolution has been reached, and, on August 4, 2026, the Parties executed a Settlement Agreement and Release and Lease Amendment.

10. Accordingly, 29 Katz Crew files this Motion seeking to withdraw the Rule 60(b) Motion.

11. MAM consents to the relief requested in this Motion.

WHEREFORE, 29 Katz Crew, L.P. respectfully requests that this Honorable Court issue an Order withdrawing the *Motion to Vacate Order Approving the Assumption and Assignment of*

2

*Unexpired Lease to Murray Ave Market, LLC Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr.*

*P. 9024* and granting such other and further relief as the Court deems just and proper.

                                        Respectfully submitted,

Dated:  August 11, 2026                 TUCKER ARENSBERG, P.C.

                                        */s/ Evan C. Pappas*
                                        Evan C. Pappas, Esquire
                                        Michael A. Shiner, Esquire
                                        Maribeth Thomas, Esquire
                                        TUCKER ARENSBERG, P.C.
                                        300 Corporate Center Drive, Suite 200
                                        Camp Hill, PA 17011
                                        Telephone: (717) 234-4121
                                        Fax: (717) 232-6802
                                        E-mail:  epappas@tuckerlaw.com
                                                 mshiner@tuckerlaw.com
                                                 mthomas@tuckerlaw.com

                                        *Counsel for 29 Katz Crew, LP*