UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TUCKER ARENSBERG, P.C.
Evan C. Pappas, Esquire
Michael A. Shiner, Esquire
Maribeth Thomas, Esquire
300 Corporate Center Drive, Suite 200
Camp Hill, Pennsylvania 17011
Telephone: (717) 234-4121
Fax: (717) 232-6802
epappas@tuckerlaw.com
mshiner@tuckerlaw.com
mthomas@tuckerlaw.com
*Counsel for 29 Katz Crew, LP*

| | |
|---|---|
| In re: | Case No. 25-14831-MBK |
| LAKEHURST AND BROADWAY CORPORATION, | Chapter 11 |
| Wind-Down Debtors. | Hon. Michael B. Kaplan |

### ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of the *Motion to Withdraw the Motion to Vacate Order Approving the Assumption and Assignment of Unexpired Lease to Murray Ave Market, LLC Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024* (the "**Motion**") filed by 29 Katz Crew, LP, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.    The Motion is **GRANTED**.

2.    The *Motion to Vacate Order Approving the Assumption and Assignment of Unexpired Lease to Murray Ave Market, LLC Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024* filed at Doc. No. 245 is **WITHDRAWN**.

3.     The hearing scheduled for September 3, 2026, at 10:00 a.m. is **CANCELLED**.

BY THE COURT:

_____
J.