**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br>Debtor.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

**NOTICE OF FILING OF AMENDED SCHEDULE 2 TO THE PROPOSED ORDER FILED IN CONNECTION WITH THE LIQUIDATING TRUSTEE'S SIXTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM PURSUANT TO SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007 1 AND 3007 2**

**PLEASE TAKE NOTICE** that on August 14, 2026, the Liquidating Trustee filed the *Liquidating Trustee's Sixth Omnibus Objection to Certain Proofs of Claim Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* [Docket No. 492] (the "Sixth Omnibus Claims Objection"), together with the *Notice of Objection to Your Claim* [Docket No. 493] (the "Notice").[2]

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order on Final Decree"). The Court has entered a text order on the affiliated dockets listed in the Order on Final Decree requiring that all remaining matters be filed under the above captioned case, *Lakehurst and Broadway Corporation*, Case No. 25-14831 (MBK).

[2] Capitalized terms used but not defined in this notice have the meanings given to them in the Sixth Omnibus Claims Objection.

**PLEASE TAKE FURTHER NOTICE** that as set forth in the Sixth Omnibus Claims Objection, the Liquidating Trustee objects to various asserted administrative expense and/or priority claims on various grounds (as more fully set forth therein), including, *inter alia*, that the claims, or a portion of the claims, identified on Schedule 2 to the Proposed Order and Notice were improperly classified as administrative expense or priority claims and must be reclassified as general unsecured claims (the "Reclassified Claims").

**PLEASE TAKE FURTHER NOTICE** that the Liquidating Trustee hereby amends the list of Reclassified Claims identified on Schedule 2 to reflect that two of the claims assert secured claims—not administrative expense or priority claims—that must be reclassified as general unsecured claims. A copy of the Amended Schedule 2 identifying the affected claims in **bold** is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that all other claims identified on Schedule 2 remain unaffected by this notice.

**PLEASE TAKE FURTHER NOTICE** copies of the Sixth Omnibus Claims Objection are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retainer in these chapter 11 cases) by calling (888) 575-9318 (toll free) or, for international callers, +1 (646) 930-4577; (b) by visiting the Debtors' restructuring website at https://restructuring.ra.kroll.com/RiteAid2025; or (c) for a fee via PACER by visiting http://www.njd.uscourts.gov.

Dated: August 16, 2026

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the RAD Liquidating Trust*
*and the Wind-Down Debtor*

# EXHIBIT A

**Amended Schedule 2**

**Schedule 2**

**Reclassified Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Admin/Priority/ Secured Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 103 | 5210-11 93rd St. , LLC C/O Mr Giammarco | New Rite Aid, LLC | 5/20/2025 | $17,429.74 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| **1618** | **Assa Abloy Entrance Systems US Inc.** | **New Rite Aid, LLC** | **8/22/2025** | **$11,792.06** | **This claim, or a portion of this claim, is improperly classified as a secured claim** | **Section III ¶¶22–24** |
| 2434 | City of Dover, NH | New Rite Aid, LLC | 1/13/2026 | $1,279.92 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 1204 | Colman, Emanuel | Rite Aid of Pennsylvania, LLC | 7/28/2025 | $12,000.00 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 2591 | Javanmard, Sima | Thrifty PayLess, Inc. | 5/11/2026 | $570,000.00 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 2286 | Mayor and City Council of Baltimore | New Rite Aid, LLC | 11/26/2025 | $1,046.09 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 1170 | Modern Electric Water Company | New Rite Aid, LLC | 7/31/2025 | $5,275.60 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Admin/Priority/ Secured Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1663 | Municipality of Bethel Park | New Rite Aid, LLC | 8/27/2025 | $587.01 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 1535 | National Fuel Gas Distribution Corporation | Rite Aid of New York, Inc. | 8/20/2025 | $1,898.37 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 1544 | National Fuel Gas Distribution Corporation | Eckerd Corporation | 8/20/2025 | $916.53 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 1596 | National Fuel Gas Distribution Corporation | Eckerd Corporation | 8/20/2025 | $1,955.73 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 1597 | National Fuel Gas Distribution Corporation | Rite Aid Drug Palace, Inc. | 8/20/2025 | $154.83 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 1601 | National Fuel Gas Distribution Corporation | Rite Aid of Pennsylvania, LLC | 8/20/2025 | $557.74 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 1608 | National Fuel Gas Distribution Corporation | The Lane Drug Company | 8/20/2025 | $329.59 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 208 | Summit Properties and Development Co., LLC | New Rite Aid, LLC | 5/27/2025 | $43,352.05 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Admin/Priority/ Secured Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 212 | Summit Properties and Development Co., LLC | New Rite Aid, LLC | 5/27/2025 | $118,071.23 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 1654 | Township of Mount Lebanon | New Rite Aid, LLC | 8/27/2025 | $1,413.42 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 1612 | Water Revenue Bureau | New Rite Aid, LLC | 8/22/2025 | $6,191.05 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| 2487 | Water Revenue Bureau | New Rite Aid, LLC | 1/30/2026 | $8,354.13 | This claim, or a portion of this claim, is improperly classified as an administrative expense or priority claim | Section III ¶¶22–24 |
| **897** | **Willdan Energy Solutions** | **New Rite Aid, LLC** | **6/10/2025** | **$1,065,668.04** | **This claim, or a portion of this claim, is improperly classified as a secured claim** | **Section III ¶¶22–24** |