**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**McDOWELL LAW, PC**
Paul Pflumm, Esq.
46 West Main Street
Maple Shade, New Jersey 08052
(856) 482-5544
ppflumm@mcdowelllegal.com

**ADELMAN & GETTLEMAN, LTD.**
Howard L. Adelman, Esq. (admitted *pro hac vice*)
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
(312) 435-1050
hla@ag-ltd.com

*Co-Counsel for Southern California United Food and Commercial Workers Unions and Drug Employers Pension Fund*

**Order Filed on August 20, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

LAKEHURST AND BROADWAY CORPORATION,

Debtor.[1]

Chapter 11

Case No. 25-14831 (MBK)

Related to Docket Nos. 214 and 460

**CONSENT ORDER BETWEEN THE LIQUIDATING TRUSTEE AND SOUTHERN CALIFORNIA UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND DRUG EMPLOYERS PENSION FUND REGARDING AMENDED REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

The relief set forth on the following pages, numbered two (2) through six (6), is

**ORDERED**.

**DATED: August 20, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This Consent Order is made by and between Eric Kaup, the RAD Liquidating Trustee (the "Liquidating Trustee"), on behalf of the RAD Liquidating Trust (as defined in the Plan, defined below) and the above-captioned debtor and the other Wind-Down Debtors (as defined in the Plan, the "Wind-Down Debtors") in the above-referenced chapter 11 cases (the "Chapter 11 Cases") and Southern California United Food and Commercial Workers Unions and Drug Employers Pension Fund (the "Pension Fund" and together with the Liquidating Trustee, the "Parties"), by and through their respective counsel of record, with regard to the following facts:

**WHEREAS**, New Rite Aid LLC and each of its affiliated debtors (collectively, the "Debtors"), including Thrifty PayLess, Inc., filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on May 5, 2025 (the "Petition Date"), commencing the Chapter 11 Cases; and

**WHEREAS**, as of the Petition Date, Debtor Thrifty PayLess, Inc. d/b/a Rite Aid and United Food and Commercial Workers International Union, Locals 135, 324, 770, 1167, 1428, 1442, and 8 GS, were parties to collective bargaining agreements (the "CBAs") under which such Debtor had an obligation to contribute to the Pension Fund; and

**WHEREAS**, on November 11, 2025, the Debtors filed their *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Doc. No. 3215] (as modified, amended, and including all supplements, the "Plan"); and

**WHEREAS**, on November 26, 2025, over the objection of the Pension Fund, the Court entered *the Order Approving the Disclosure Statement and Confirming the Debtors' Second*

*Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Doc. No. 3445], and on December 15, 2025 entered the *Supplemental Order to Order Approving the Disclosure Statement and Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Doc. No. 3536] confirming the Plan and approving the Disclosure Statement [Doc. No. 3216] (collectively, the "Confirmation Orders"); and

**WHEREAS**, the Pension Fund has filed a claim against the Debtors in an amount the Pension Fund asserts is the amount equal to the Debtors' withdrawal liability (the "Asserted Withdrawal Liability," and the claim associated therewith, the "Asserted Withdrawal Liability Claim") [Claim No. 2609], which Asserted Withdrawal Liability Claim is maintained on the register of claims maintained by the Court-appointed claims and noticing agent, Kroll Restructuring Administration LLC; and

**WHEREAS**, the Pension Fund has asserted that a portion of the Asserted Withdrawal Liability is attributable to work performed postpetition by employees covered by the CBAs and entitled to administrative priority (the "Asserted Administrative Withdrawal Liability Claim"); and

**WHEREAS**, the Pension Fund timely filed a request for payment of administrative expense for the Asserted Administrative Withdrawal Liability Claim totaling $1,162,068.00 [Case No. 25-14831, Doc. No. 214] and later filed an amended request for payment of administrative expense for the Asserted Administrative Withdrawal Liability Claim totaling $915,188.00 [Case

No. 25-14831, Doc. No. 460], which amount the Liquidating Trustee and the Wind-Down Debtors dispute; and

**WHEREAS**, the Parties wish to resolve the issues relating to the Asserted Administrative Withdrawal Liability Claim pursuant to the terms hereof.

NOW, THEREFORE, IT IS HEREBY AGREED AND ORDERED AS FOLLOWS:

1. The Pension Fund shall have an allowed administrative expense pursuant to sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code for the portion of the Asserted Withdrawal Liability which is attributable to postpetition work performed by Pension Fund members in the amount of $300,000.00 (the "Allowed Administrative Withdrawal Liability Claim").

2. Within seven (7) business days following the entry of this Consent Order, the Liquidating Trustee or Wind-Down Debtors shall pay to the Pension Fund the Allowed Administrative Withdrawal Liability Claim, which payment shall be in full and final satisfaction of any and all administrative expenses or claims of the Pension Fund pursuant to sections 503(b) and 507 of the Bankruptcy Code or otherwise, including, but not limited to, the Asserted Administrative Withdrawal Liability Claim.

3. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Consent Order without further order from this Court.

4. This Consent Order shall not impact nor serve to reduce or expunge the general unsecured portion of the Asserted Withdrawal Liability Claim, which shall be subject in all respects to and treated in accordance with the Confirmation Orders and Plan.

5. This Consent Order is effective immediately upon entry and is not subject to any stay under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or applicable nonbankruptcy law.

6. This Consent Order may be executed and delivered in any number of original or facsimile or electronic counterparts, each of which shall be deemed an original.

7. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to this Consent Order, including the interpretation, enforcement and implementation of this Consent Order.

[*Remainder of page intentionally left blank*]

The undersigned hereby consent to the form and entry of this Consent Order:

Dated: August 18, 2026

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

*/s/ Howard L. Adelman*
**McDOWELL LAW, PC**
Paul Pflumm, Esq.
46 West Main Street
Maple Shade, New Jersey 08052
(856) 482-5544
ppflumm@mcdowelllegal.com

**ADELMAN & GETTLEMAN, LTD.**
Howard L. Adelman, Esq. (admitted *pro hac vice*)
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
(312) 435-1050
hla@ag-ltd.com

*Co-Counsel for Southern California United Food and Commercial Workers Unions and Drug Employers Pension Fund*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-14831-MBK

Lakehurst and Broadway Corporation Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 6

Date Rcvd: Aug 20, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lakehurst and Broadway Corporation, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron M. Bender | on behalf of Creditor The Buncher Company abender@reedsmith.com agorbatuk@reedsmith.com |
| Alison Genova | on behalf of Interested Party Heyward Donigan agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Joseph Anderson Jr. agenova@wsgr.com, lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Michael Regan agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Christopher Bohrer agenova@wsgr.com lmcgee@wsgr.com |
| Alison Genova | on behalf of Interested Party Kevin Lofton agenova@wsgr.com lmcgee@wsgr.com |

Alison Genova
on behalf of Interested Party Katherine Quinn agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Paul Gilbert agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Louis Miramontes agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party David Jessick agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Bari Harlam agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Myrtle Potter agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Andre Persaud agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Michael Savage agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Robert Knowling Jr. agenova@wsgr.com, lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Justin Mennen agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party John Standley agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Bruce Bodaken agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Arun Nayar agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Marcy Syms agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Elizabeth Burr agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Thomas Warburton agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Daniel Miller agenova@wsgr.com lmcgee@wsgr.com

Alison Genova
on behalf of Interested Party Amanda Glover agenova@wsgr.com lmcgee@wsgr.com

Alyson M. Fiedler
on behalf of Creditor SKBB Investments alyson.fiedler@icemiller.com
john.acquaviva@icemiller.com,alexandria.lundberg@icemiller.com

Andrew Small
on behalf of Creditor Rared Manchester NH LLC asmall@wglaw.com

Andrew Small
on behalf of Creditor Rared Jaffrey LLC asmall@wglaw.com

Andrew Small
on behalf of Creditor RARED ALLENSTOWN LLC asmall@wglaw.com

Andrew H. Sherman
on behalf of Other Prof. Alixpartners LLP asherman@sillscummis.com

Anthony Sodono, III
on behalf of Interested Party McKesson Corporation and certain corporate affiliates asodono@msbnj.com

Arthur Abramowitz
on behalf of Unknown Role Type Rite Aid Sub-Trust B aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com

Christopher J. Leavell
on behalf of Creditor OFP Wagradol PA2 LLC cleavell@klehr.com, lclark@klehr.com

Christopher P. Mazza
on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

| | |
|---|---|
| Courtney G. Schroeder | on behalf of Creditor WellDyneRx LLC cschroeder@ghclaw.com |
| Daniel Stolz | on behalf of Interested Party Murray Avenue Market daniel.stolz@stevenslee.com daniel.stolz@ecf.inforuptcy.com;maria.sousa@stevenslee.com;lorrie.denson@stevenslee.com |
| Daniel H. Reiss | on behalf of Creditor B.A.G. Northeast No. 195 L.P. dhr@lnbyg.com |
| David Edelberg | on behalf of Creditor Jackson Investment Company dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Creditor Musso 3636 LLC dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David M. Bass | on behalf of Debtor Lakehurst and Broadway Corporation dbass@coleschotz.com fpisano@coleschotz.com;tdumbroff@coleschotz.com;svc_courtalert@coleschotz.com |
| Donald F. Campbell, Jr. | on behalf of Creditor WellDyneRx LLC dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com |
| Elie Jonathan Worenklein | on behalf of Creditor 1970 Group Inc. eworenklein@debevoise.com, ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com |
| Evan C. Pappas | on behalf of Interested Party 29 Katz Crew LP epappas@tuckerlaw.com |
| Gregory D. Herrold | on behalf of Interested Party Murray Avenue Kosher Inc. gdherrold@duanemorris.com, gregory-herrold-2846@ecf.pacerpro.com |
| Jason R. Melzer | on behalf of Plaintiff Eric Kaup in His Capacity as Liquidating Trustee to the Liquidating Trust jmelzer@coleschotz.com, svc_courtalert@coleschotz.com |
| Jeffrey Kurtzman | on behalf of Creditor Quakertown Joint Venture LLC kurtzman@kurtzmansteady.com |
| Jessica Apter | on behalf of Creditor 1199SEIU League Training and Upgrading Fund japter@levyratner.com |
| Jessica Apter | on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com |
| Jessica Apter | on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com |
| John Piskora | on behalf of Creditor ACON Laboratories Inc. jpiskora@loeb.com, nydocket@loeb.com,jpiskora@ecf.courtdrive.com |
| Joseph H. Lemkin | on behalf of Creditor Edgemark Littleton LLC jlemkin@stark-stark.com |
| Joseph L. Schwartz | on behalf of Creditor RSS Center LLC jschwartz@riker.com, courtdockets@riker.com |
| Leslie Carol Heilman | on behalf of Creditor Comcast Cable Communications Management LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com |
| Louis T. DeLucia | on behalf of Creditor SKBB Investments louis.delucia@icemiller.com john.acquaviva@icemiller.com,lauren.eastburn@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com |
| Marc Justin Kurzman | on behalf of Unknown Role Type Rite Aid Sub-Trust B mkurzman@carmodylaw.com |
| Mark A. Roney | on behalf of Interested Party Star Capital Partners LLC mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com |
| Matthew W. Bourda | on behalf of Creditor Engie Power & Gas LLC matt.bourda@lanelaw.com thelanelawfirm@jubileebk.net |
| Matthew W. Bourda | on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com thelanelawfirm@jubileebk.net |

Matthew W. Bourda
on behalf of Creditor ENGIE Power & Gas LLC matt.bourda@lanelaw.com thelanelawfirm@jubileebk.net

Michael Papandrea
on behalf of Creditor VaxServe Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com;elawler@lowenstein.com

Michael D. Sirota
on behalf of Plaintiff Eric Kaup in His Capacity as Liquidating Trustee to the Liquidating Trust msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Interested Party RAD Liquidating Trust and the Wind-Down Debtor msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael E. Holt
on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com jkisla@formanlaw.com

Michael E. Holt
on behalf of Creditor BM Properties mholt@formanlaw.com jkisla@formanlaw.com

Michael R. Herz
on behalf of Creditor Microsoft Corporation mherz@foxrothschild.com aedwards@foxrothschild.com

Michele M. Dudas
on behalf of Interested Party McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Nicole Arianna Benis
on behalf of Creditor Aztec Inn L.P. nbenis@ansell.law courtfilings@ansellgrimm.com

Oleh Matviyishyn
on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com

Pamela Elchert Thurmond
on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Paul M. Rosenblatt
on behalf of Creditor Wilmington Trust NA as trustee prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul M. Rosenblatt
on behalf of Creditor Inmar Rx Solutions Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul Stadler Pflumm
on behalf of Creditor Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug Benefit Fund ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcdowelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

R. Edward Stone, III
on behalf of Interested Party Murray Avenue Market r.edward.stone.iii@stevenslee.com r.edward.stone.iii@ecf.courtdrive.com;lorrie.denson@stevenslee.com

Rebecca Starner
on behalf of Defendant Express Scripts Inc. rebecca.starner@huschblackwell.com, serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Richard A. O'Halloran
on behalf of Creditor Foothill Center Partners LLC, a California limited liability partnership, the successor in interest to Foothill Partners Ltd. richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert L. LeHane
on behalf of Creditor Regency Centers L.P rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor NewMark Merrill Companies rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Interested Party Thomas A. Pitta Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor First Washington Realty Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

| | |
|---|---|
| Robert L. LeHane | on behalf of Interested Party Thomas A. Pitta Trustee of RAD Sub-Trust A rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Brixmor Property Group rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor NNN REIT Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Ross J. Switkes | on behalf of Unknown Role Type Rite Aid Sub-Trust B rswitkes@shermansilverstein.com |
| Ryan Patrick McCarthy | on behalf of Creditor Stephanie Downey ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | on behalf of Creditor Andre Scheepers ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | on behalf of Creditor Gerald Stahl ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | on behalf of Creditor Jennifer Motchnik ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | on behalf of Creditor Anthony Coleman ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | on behalf of Creditor Erin Lopomo ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | on behalf of Creditor Lewis Hunter ryan@gmlaborlaw.com |
| Ryan Patrick McCarthy | on behalf of Creditor Christina Zlinksy ryan@gmlaborlaw.com |
| Shmuel Klein | on behalf of Creditor HVP 2 LLC shmuel.klein@verizon.net bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Thomas S. Onder | on behalf of Creditor Yoko C. Gates Trust tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Joseph Murphy Corporation tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor SADG-1 Limited Partners tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Red Lion Broadway LLC tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Trust for the Benefit of Catherine M. Levine tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Robert Marin and Celeste de Schulthess Marin Family Trust tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor RAP Hamlin LP tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor SADG-4 Limited Partnership tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Mt. Lebanon Cooke LP tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Ald Capital PA LLC tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor LS Morrell LLC tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Felos Associates LLC tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Bethel Park LLC tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor 569 Broadway Associates tonder@stark-stark.com |

| | |
|---|---|
| Turner Falk | on behalf of Creditor H.K.N. IV LLC turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William G. Wright | on behalf of Creditor Gitomer Family Realty LLC wwright@capehart.com jlafferty@capehart.com |
| Wojciech F. Jung | on behalf of Interested Party TRC Master Fund LLC Wojciech.Jung@wbd-us.com cindy.giobbe@wbd-us.com;wojciech-jung-6010@ecf.pacerpro.com |
| Zhenyi Zhou | on behalf of Creditor B.A.G. Northeast No. 195 L.P. jzhou@pbnlaw.com |

TOTAL: 112