BSD

Law Office of Shmuel Klein, PA
Attorneys & Counselors at Law
113 Cedarhill Ave
Mahwah, NJ 07430
(845) 425-2510
email: shmuel.klein@verion.net

August 25, 2026ce

Hon. Michael B. Kaplan
United States Bankruptcy Court
Trenton, New Jersey

RE: In Re Lakehust and Broadway Corporation 25-14831

Dear Judge Kaplan,

Today I attempted to electronically file an amended proof of claim for the above referenced case. The Court website automatically generates a link to Kroll for claims processing. However, Debtor's counsel requested that Kroll be terminated and this Court entered an order granting their request. This has resulted in an inability to electronically file amended claims. As a result, I am filing the amended claim on the docket as a “document”.

Respectfully,
/s/ Shmuel Klein
Shmuel Klein

cc by email
Michael D. Sirota, Esq. Counsel for Debtor