Sheet1

| | | | |
|---|---|---|---|
| Number of days under § 502(b)(6)(A) | | 683 | |
| Description | Annual Amount | daily amount | § 502(b)(6)(A) amount due |
| Rent | $356,216.00 | $975.93 | $666,560.19 |
| CAM | $47,566.60 | $130.32 | $89,008.19 |
| Real Property Tax | $107,740.69 | $295.18 | $201,607.92 |
| Utilities | $657.00 | $1.80 | $1,229.40 |
| Water | $405.68 | $1.11 | $759.12 |
| Security | $883.20 | $2.42 | $1,652.67 |
| Insurance | $35,301.34 | $96.72 | $66,057.03 |
| | | | |
| Total amount of unsecured claim | | | $1,026,874.52 |