```
STATE    OF NEW YORK                                       C O M P A S S                                  CMPCRP13/V
COUNTY   OF RENSSELAER                              CITY OF TROY TAX ROLL                                            RUN DATE 12/22/25
CITY     OF TROY                  381700          R O L L   S E C T I O N  - 1 FULLY TXBL                   TAXABLE STATUS DATE  1/01/26

                              - - -D I M E N S I O N S - - -                               - - - - - - - E X E M P T I O N S - - - - - - -
                                FRONT     DEPTH      ACRES                                 CODE   DESCRIPTION COUNTY    MUNICIPAL     SCHOOL
    PARCEL  IDENTIFICATION          GRID  COORDINATES                                        TAX DESCRIPTION----TAXABLE VALUE    TAX AMOUNT
    OWNER   NAME                    DEED  INFORMATION        ASSESSED  TAX                   - - - - - O T H E R   T A X A B L E S - - - - -
    OWNER   ADDRESS             PROPERTY  DESCRIPTION         VALUES   CLASS  UNITS          CODE  DESCR     EXT TAXABLE VALUE    TAX AMOUNT
==================================================================================================================================

381700 123.29-1-3                NT     83     VANDENBURGH AVE                               SCHOOL - 381700  PROP CLASS - 484
HVP 2 LLC                     ACCT# 0609092      BNK          200000 484 L                  C/M/S TAXABLE -   4280,000   4280,000   4280,000
400 NE 14TH AVE UNIT 323                             .60    4080000 IMPR
HALLANDALE BEACH FL           EAST - 710222  NORTH - 408191   4280000 484 T                 County Charge Back   4,280,000          $7,289.26
                   33009      2013-168 LOT 1                                                City Tax             4,280,000         $70,738.68
                              RITE AID                                                      NY Mandates Cnty     4,280,000         $24,266.74
                              LEVEL OF ASSMT PCT:  58.4000                                  PL017 Library Ta TO  4,280,000          $4,853.06
                              EST FULL MKT VAL  :    7328767                                VB001 Vacant Bld MT        400.00         $400.00
                                                                                            WD222 City Water MT         45.98          $45.98
                                                                                            RS002 City Swr R MT         17.82          $17.82
                                                                                            RS003 County Swr MT        129.15         $129.15


                                                                                            BILL NO-  3069 TOTAL TAX ---          $107,740.69*
                                                                          PAYMENT 1 ---         $54,166.82 PAYMENT 2 ---           $53,573.87
                                                                          DUE DATE1 ---    1/31/26         DATE DUE2 ---    7/31/26
                                                                          DATE PAID ---                    DATE PAID ---
**********************************************************************************************************************************
```