Erie Insurance

Erie Insurance Company
NAIC Code 26263

Coverage provided by
**Erie Insurance Company**
100 Erie Insurance Place Erie, PA 16530
erieinsurance.com

# EriеSecure Business™ Policy Declarations

**Revised Declarations**

**Mailing name and address for Insured**
TROY SRALP LLC;HVP2 LLC
12 JEFFREY PL
MONSEY NY 10952-2703

123577897
NN1361

**Other Interest**
As listed under Schedule of Other Interests

NOTICE
FLOOD & EARTH
MOVEMENT ARE NOT COVERED
UNDER THIS POLICY.

CALL US AT 518-273-9501
FOR A QUOTE

**Named Insured's full name**
TROY SRALP LLC;HVP2 LLC

**Legal entity**
Limited Liability Company

| Agent | | Policy period | Policy number |
|---|---|---|---|
| NN1361 | THE MOORE INSURANCE AGY INC | 04/19/2025 to 04/19/2026 | Q61 0273955 |

**Agent address and phone**
THE MOORE INSURANCE AGY INC
15 25TH ST
WATERVLIET, NY 12189
(518)273-9501

Policy period begins at 12:01 A.M. standard time on the effective date and ends at 12:01 A.M. standard time on the expiration date. Standard time is determined at the stated address of the Named Insured.

**Agency email address**
pmoore@mooreia.com

**Agency website**
http://www.mooreia.com

The insurance applies to those premises described below. This is subject to all applicable terms of the policy and attached forms and endorsements.

## Policy Discounts

Loyalty discount
Multi-policy
Payment plan

## Premium Summary

| | |
|---|---|
| **Total net premium:** | **$34,991** |
| New York fire insurance fee: | $310.34 |
| Final premium: | $35,301.34 |

(This is not a bill. Your invoice will follow in a separate mailing.)

Processed on: 04/17/2025 (See reverse side)

## Liability Protection

### Commercial general liability coverage

| Coverage | Deductible | Limit |
|---|---|---|
| Bodily injury and property damage | | $1,000,000 Each occurrence |
| Personal and advertising injury | | $1,000,000 Any one person or organization |
| Medical expense payments | | $10,000 Any one person |
| Damage to premises rented to you – Fire legal liability | | $1,000,000 Any one premises |
| General aggregate | | $2,000,000 |
| Products – Completed operations aggregate | | $2,000,000 |
| Non-owned and hired automobile liability | | Included |
| Damage to customers autos - Legal liability | $200 | Included |

### Policy Optional Coverages and Exclusions

| Coverage | Deductible | Limit |
|---|---|---|
| Enhancement endorsement - Professional offices select | | |
| Exclusion - Perfluoroalkyl and Polyfluoroalkyl Substances (PFAS) | | |
| Exclusion – Communicable disease | | |

## Property Protection

### Blanket coverage

| Blanket coverage | Limit |
|---|---|
| Blanket coverage - Buildings and business personal property - All locations | $16,756,900 |

### Risk information for Location 1 - Building 1

| | | | |
|---|---|---|---|
| Address: | 79 VANDENBURGH AVE | Windstorm/Hail: | Property deductible |
| City/State: | TROY, NY | Windstorm protective devices: | No |
| Zip code: | 12180 | Insured interest: | Building owner |
| County: | Rensselaer | Year built: | 1982 |
| Property deductible*: | $5,000 | Lead liability excluded: | No |
| Production or process machinery deductible: | $1,000 | Annual sales/revenue: | $100,000 |
| Production or process machinery deductible - Income protection: | 1x day | | |

Occupancy/Operations: 61217G Building - lessor's risk - shopping center - lessor's risk
Protective safeguard condition: Automatic sprinkler system

**Property deductible applies unless otherwise indicated below.*

### Location 1 - Building 1 summary

| Coverage | Deductible | Limit |
|---|---|---|
| **Property coverage part** | | |
| Building: Comprehensive perils, 90% coinsurance, Replacement cost | | Blanket |
| Business personal property: Comprehensive perils, 90% coinsurance, Replacement cost | | Blanket |
| Income protection<br>Period of indemnity - 12 months | | Actual loss sustained |

### Structure level optional coverages and exclusions

Processed on: 04/17/2025

CONTINUED ON NEXT PAGE

**Risk information for Location 1 - Building 1**

**Location 1 - Building 1 summary *(continued)***

| **Coverage** | **Deductible** | **Limit** |
|---|---|---|
| Building ordinance or law – Increased coverage | | 10 of building |
| Full resumption of operations - Increased time period | | 60 days |
| Sewer and drain back-up | $5,000 | $25,000 |

**Risk information for Location 1 - Building 2**

| | | | |
|---|---|---|---|
| Address: | 79 VANDENBURGH AVE | Windstorm/Hail: | Property deductible |
| City/State: | TROY, NY | Windstorm protective devices: | No |
| Zip code: | 12180 | Insured interest: | Building owner |
| County: | Rensselaer | Year built: | 1982 |
| Property deductible*: | $5,000 | Lead liability excluded: | No |
| Production or process machinery deductible: | $1,000 | Annual sales/revenue: | $100,000 |
| Production or process machinery deductible - Income protection: | 1x day | | |
| Occupancy/Operations: | 61217G Building - lessor's risk - shopping center - lessor's risk | | |
| Protective safeguard condition: | Automatic sprinkler system | | |

**Property deductible applies unless otherwise indicated below.*

**Location 1 - Building 2 summary**

| Coverage | Deductible | Limit |
|---|---|---|
| **Property coverage part** | | |
| Building: Comprehensive perils, 90% coinsurance, Replacement cost | | Blanket |
| Business personal property: Comprehensive perils, 90% coinsurance, Replacement cost | | Blanket |
| Income protection<br>Period of indemnity - 12 months | | Actual loss sustained |

**Structure level optional coverages and exclusions**

| Coverage | Deductible | Limit |
|---|---|---|
| Building ordinance or law – Increased coverage | | 10 of building |
| Sewer and drain back-up | $5,000 | $25,000 |

## Schedule of Other Interests

**First Mortgagee**
Adirondack Trust Company ISAOA
Adirondack Trust Company ISAOA
473 BROADWAY
SARATOGA SPRINGS NY 12866-2203
RE: Building
Location 1 Building 1
RE: Building
Location 1 Building 2

## Schedule of Forms

| Form number | Edition date | Description |
|---|---|---|
| CG0001 | 04/13 | Commercial General Liability Coverage Form |
| CG0104 | 12/04 | New York Changes - Premium Audit |
| CG0163 | 04/17 | New York Changes - Commercial General Liability Coverage Form |

 CONTINUED ON NEXT PAGE

**Schedule of Forms - *(continued)***

| Form number | Edition date | Description |
|---|---|---|
| CG2106 | 05/14 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - With Limited Bodily Injury Exception |
| CG2109 | 06/15 | Exclusion - Unmanned Aircraft |
| CG2132 | 05/09 | Communicable Disease Exclusion |
| CG2170 | 01/15 | Cap on Losses from Certified Acts of Terrorism |
| CG2621 | 10/91 | New York Changes - Transfer of Duties when a Limit of Insurance is Used up |
| CG4032 | 05/23 | Exclusion - Perfluoroalkyl and Polyfluoroalkyl Substances (PFAS) |
| EPP0001 | 10/22 | ErieSecure Business Property Coverage Part |
| EPP0006 | 10/19 * | ErieSecure Business Extra Liability Coverages |
| EPP0008NY | 09/23 | Policy Change Endorsement - Exclusions - New York |
| EPP0009 | 10/19 | Exclusion - Professional Liability |
| EPP0010NY | 10/22 | New York Property Change Endorsement |
| EPP0031 | 10/19 * | Important Notice to New York Policyholders - ErieSecure Business |
| EPP0051 | 10/19 | Important Notice - Data Breach Response Expenses Coverage |
| EPP0218 | 10/19 | Sewer and Drain Back-Up |
| EPP0230 | 10/22 | Building Ordinance or Law - Increased Coverage |
| EPP0701 | 10/19 | Full Resumption of Operations - Increased Time Period |
| EPP2326 | 10/22 | Professional Offices Select Enhancement |
| EPP4000NY | 10/19 | ErieSecure Business Policy - New York |
| EPP4017 | 07/21 | New York Amendatory |
| IL952A | 03/21 | Cap on Losses from Certified Acts of Terrorism |
| IL985H | 03/21 * | Disclosure Pursuant to Terrorism Risk Insurance Act |

Home Office • Erie, PA 16530
Your Agent:

Erie Insurance®

CLAIMS DIRECTORY

-- FOLD --

**IN THE EVENT OF AN ACCIDENT OR LOSS**

- Help any injured. Get names, addresses, auto license plate numbers of involved, including all witnesses.
- Do not discuss an accident with anyone except the police or our representative.
- Protect your auto and any property from further damage.
- Promptly call the police if someone is injured, damage is extensive, or in case of theft. In case of "hit-and-run", you must report the accident to the police within 24 hours or as soon as possible.
- Notify your Agent or ERIE of the accident or loss.

The ERIE is Above All in SERVICE®.

If we fail to give you this promised service, please drop us a note or call us on our toll-free number and tell us about it.

President and
Chief Executive Officer

CUT ON DOTTED LINE

CUT ON DOTTED LINE

Home Office • Erie, PA 16530
Your Agent:

Erie Insurance®

CLAIMS DIRECTORY

-- FOLD --

**IN THE EVENT OF AN ACCIDENT OR LOSS**

- Help any injured. Get names, addresses, auto license plate numbers of involved, including all witnesses.
- Do not discuss an accident with anyone except the police or our representative.
- Protect your auto and any property from further damage.
- Promptly call the police if someone is injured, damage is extensive, or in case of theft. In case of "hit-and-run", you must report the accident to the police within 24 hours or as soon as possible.
- Notify your Agent or ERIE of the accident or loss.

The ERIE is Above All in SERVICE®.

If we fail to give you this promised service, please drop us a note or call us on our toll-free number and tell us about it.

President and

CUT ON DOTTED LINE

**CLAIM SERVICE --** For claim service anywhere in U.S. or Canada, call:

- Your Agent
- ERIE Claims Service: **1-800-FOR-ERIE (1-800-367-3743)**
- ERIEGlass$^{SM}$ (Auto glass only): **1-800-552-3743**
- FRAUD FINDERS® (To report fraud): **1-800-368-6696**

C54ESB 10/19

CUT ON DOTTED LINE

**CLAIM SERVICE --** For claim service anywhere in U.S. or Canada, call:

- Your Agent
- ERIE Claims Service: **1-800-FOR-ERIE (1-800-367-3743)**
- ERIEGlass$^{SM}$ (Auto glass only): **1-800-552-3743**
- FRAUD FINDERS® (To report fraud): **1-800-368-6696**

C54ESB 10/19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ERIESECURE BUSINESS EXTRA LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

A. **Damage To Premises Rented To You - Fire Legal Liability**

1. Under **Section I – Coverages - Coverage A - Bodily Injury And Property Damage Liability – Insuring Agreement**, the following is added:

   **Insuring Agreement**

   We will pay those sums that the insured becomes legally obligated to pay as damages because of "property damage" to buildings rented to you or occupied by you.

   The damage must be caused by fire, lightning, windstorm, hail, explosion, riot, civil commotion, vehicles, aircraft, smoke, vandalism, malicious mischief, water damage, or elevator collision.

2. The last paragraph of **Section I - Coverages - Coverage A - Bodily Injury And Property Damage Liability – 2. Exclusions** is deleted and replaced with the following:

   Exclusions **2.c.** through **2.n.** do not apply to this coverage. A separate Limit of Insurance applies to this coverage as described in **Section III - Limits of Insurance.**

   We do not cover liability assumed by the insured except in an "insured contract".

3. Under **Section V – Definitions**, Paragraph **9.a.** of "insured contract" is deleted and replaced by the following:

   **9.a.** A contract for lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, windstorm, hail, explosion, riot, civil commotion, vehicles, aircraft, smoke, vandalism, malicious mischief, water damage, or elevator collision to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract".

B. **Host Liquor Liability Coverage**

Under **Section I – Coverages - Coverage A - Bodily Injury And Property Damage Liability – 2. Exclusions** the following is added to **Liquor Liability**:

This exclusion does not apply to liability of the insured or the indemnitee of the insured arising out of the furnishing or serving of alcoholic beverages at functions incidental to your business, provided you are not engaged in the business of manufacturing, distributing, selling, serving, or furnishing of alcoholic beverages.

C. **Non-Owned Watercraft**

Under **Section I – Coverages - Coverage A - Bodily Injury And Property Damage Liability – 2. Exclusions - g. Aircraft, Auto or Watercraft**, Paragraph **2)a)** is deleted and replaced by the following:

This exclusion does not apply to a watercraft that you do not own that is less than 51 feet long.

D. **Incidental Medical Malpractice**

1. Under **Section I – Coverages - Coverage A - Bodily Injury And Property Damage Liability – Insuring Agreement**, the following is added to Paragraph **1.**:

   We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" arising from "incidental medical malpractice injury".

2. Under **Section I – Coverages - Coverage A - Bodily Injury And Property Damage – 2. Exclusions**, the following is added:

   This insurance does not apply to:

   a. Expenses incurred by the insured for first aid to others at the time of an accident;

   b. "Bodily injury" arising from any insured if the insured is engaged in the business or occupation of providing the following services:

      1) Diagnostic, medical, surgical, dental, x-ray, or nursing service or treatment, or the furnishing of food or beverages in connection with the service or treatment;

      2) Ambulance, paramedical, rescue squad, or other service or treatment conducive to health;

3) The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or

4) Health or therapeutic service, treatment, advice, or instruction.

c. "Bodily injury" arising from any indemnitee if the indemnitee is engaged in the business or occupation of providing the following services:

1) Diagnostic, medical, surgical, dental, x-ray, or nursing service or treatment, or the furnishing of food or beverages in connection with the service or treatment;

2) Ambulance, paramedical, rescue squad, or other service or treatment conducive to health;

3) The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or

4) Health or therapeutic service, treatment, advice, or instruction.

3. Under **Section V – Definitions**, the following is added:

"Incidental medical malpractice injury" means injury arising out of the rendering of or failure to render, during the policy period, the following services:

a. Diagnostic, medical, surgical, dental, x-ray, or nursing service or treatment, or the furnishing of food or beverages in connection with the service or treatment;

b. The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or

c. Health or therapeutic service, treatment, advice, or instruction.

E. **Volunteer Workers - Medical Payments**

Under **Section I – Coverages - Coverage C - Medical Payments - Insuring Agreement**, the following is added to Paragraph **1.**:

We will pay medical expenses for "bodily injury" sustained by your volunteer workers caused by an accident while engaged in any of your insured operations.

F. **Attorneys' Fees**

Under **Section I – Coverages - Supplementary Payments - Coverages A and B**, the following is added:

All reasonable attorneys' fees up to $250 which the insured incurs because of arrest resulting from an accident involving "mobile equipment" covered by this policy.

G. **Municipal Supervisors**

The following is added to **Section II – Who Is An Insured**:

Supervisors, if you are a municipality.

H. **Non-Owned and Hired Automobile Liability Insurance Coverage**

1. **Insuring Agreement - Non-Owned and Hired Automobile Liability Insurance Coverage**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" resulting from an accident covered by Non-Owned and Hired Automobile Liability Insurance Coverage.

For Non-Owned Automobile Liability Insurance Coverage, the accident must arise out of the use of any "non-owned auto" in your business by any person other than you. However, this insurance would apply for an accident arising out of the use of a customer's auto by you or your "employees" in the course of your business.

For Hired Automobile Liability Insurance Coverage, the accident must arise out of the maintenance or use of "hired autos" by you or your "employees" in the course of your business.

b. This insurance applies to "bodily injury" and "property damage" only if:

1) The "bodily injury" or "property damage" is caused by an accident that takes place in the "coverage territory"; and

2) The "bodily injury" or "property damage" is caused by an accident during the policy period.

2. **Exclusions**

The following exclusions are added for **Non-Owned and Hired Automobile Liability Insurance Coverage**:

a. **Damage To Property**

"Property damage" to:

1) Property owned or transported by you; or

2) Personal property in the care, custody, or control of the insured.

b. **Handling of Property**

"Bodily injury" or "property damage" that results from the handling of property:

1) Before it is moved from the place where it is accepted by the insured for loading into or onto a "non-owned auto" or "hired auto"; or

2) After it is unloaded from a "non-owned auto" or "hired auto" to the place it is finally delivered by the insured.

c. **Fellow Employee**

"Bodily injury" to any fellow "employee" of the insured arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

d. **Racing**

Any "auto" while being used in any prearranged or organized racing, speed, or demolition contest, stunting activity, or similar activities, or in practice for any such activities.

3. **Section II - Who Is An Insured**

For **Non-Owned and Hired Automobile Liability Insurance Coverage - Who Is An Insured** includes the following:

a. You;

b. Any other person using a "hired auto" with your permission;

c. With respect to a "non-owned auto", any partner, member of a limited liability company, or executive officer, but only while such "auto" is being used in your business; or

d. Any other person or organization, but only with respect to liability because of acts or omissions of the insured under Paragraphs **a.**, **b.**, or **c.** above.

4. The following are not included under **Section II - Who Is An Insured**:

a. Any person, member of a limited liability company, or executive officer with respect to an "auto" owned by such partner, member of a limited liability company, or executive officer or a member of their household;

b. Any person engaged in the business of their employer, with respect to "bodily injury" to any fellow "employee" of such person injured in the cause of their employment;

c. Any person while employed in or otherwise engaged in duties in connection with an "auto business" other than an "auto business" you operate;

d. The owner or lessee (of whom you are a sublessee) of a "hired auto", the owner of a "non-owned auto", or any agent or employer of such owner or lessee; or

e. Any person or organization with respect to the conduct of any current or past partnership, joint venture, or limited liability company shown as a Named Insured in the Declarations.

5. For **Non-Owned and Hired Automobile Liability Insurance Coverage** the following is added under **Section IV - Commercial General Liability Conditions – 4. Other Insurance – b. Excess Insurance**:

This insurance is excess over any other automobile insurance available to you.

6. The following are added to **Section V - Definitions**:

"Auto business" means the business or occupation of selling, repairing, servicing, storing, or parking "autos".

"Hired auto" means any auto you lease, hire, or borrow.

This does not include any "auto" you lease, hire, or borrow from any of your "employees", any members of a limited liability company, any partner, "executive officer", or members of their households.

"Non-owned auto" means any "auto" you do not own, lease, hire, or borrow which is used in connection with your business. This includes any "auto" owned by or registered in the name of:

a. Your "employees" including members of their households;

b. Partners, including members of their households, if you are a partnership; or

c. Members of a limited liability company including members of their households;

but only while such "auto" is being used in connection with your business.

I. **Additional Insured – Managers or Owners of Buildings**

1. The following is added under **Section II - Who Is An Insured**:

The person or organization who owns, maintains, or uses that part of the premises leased to you, but only with respect to their liability arising out of the premises leased to you.

2. The following is added under **Section I – Coverages - Coverage A - Bodily Injury And Property Damage – 2. Exclusions**:

This insurance does not apply to:

a. Any "occurrence" which takes place after you cease to be a tenant of the premises;

b. Structural alterations, new construction, or demolition operations performed by or on behalf of the person or organization who is the additional insured; or

c. "Bodily injury" to "employees" of the person or organization arising out of and in the course of construction.

3. Under **Section III – Limits Of Insurance**, the following is added with respect to insurance afforded to these additional insureds:

The most we will pay on behalf of the additional insured is the amount of insurance:

a. Required by the contract or agreement you have entered into with the additional insured; or

b. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This coverage shall not increase the applicable Limits of Insurance shown in the Declarations.

J. **Additional Insured – Mortgagee, Assignee, or Receiver**

1. The following is added under **Section II - Who Is An Insured**:

Any person(s) or organization(s) when you and such person(s) or organization(s) have agreed in a written contract that such person(s) or organization(s) be added as an Additional Insured on your policy. Such person(s) or organization(s) is an insured only with respect to their liability as a mortgagee, assignee, or receiver arising out of the ownership, maintenance, or use of the premises by you.

2. The following is added under **Section I – Coverages, Coverage A - Bodily Injury And Property Damage – 2. Exclusions**:

This insurance does not apply to structural alterations, new construction, and demolition operations performed by or for that person or organization.

3. Under **Section III – Limits Of Insurance**, the following is added with respect to insurance afforded to these additional insureds:

The most we will pay on behalf of the additional insured is the amount of insurance:

a. Required by the contract or agreement you have entered into with the additional insured; or

b. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This coverage shall not increase the applicable Limits of Insurance shown in the Declarations.

K. **Additional Insured – Lessor of Leased Equipment**

1. The following is added under **Section II - Who Is An Insured**:

Any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an Additional Insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage", or "personal or advertising injury" caused, in whole or in part, by your maintenance, operation, or use of equipment leased to you by such person or organization. However, the insurance afforded to such additional insured:

a. Only applies to the extent permitted by law; and

b. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this coverage ends when their contract or agreement with you for such leased equipment ends.

2. The following is added under **Section I – Coverages - Coverage A - Bodily Injury And Property Damage – 2. Exclusions** as well as **Section I – Coverages - Coverage B – Personal and Advertising Injury – 2. Exclusions**:

This insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

3. Under **Section III – Limits Of Insurance**, the following is added with respect to insurance afforded to these additional insureds:

The most we will pay on behalf of the additional insured is the amount of insurance:

a. Required by the contract or agreement you have entered into with the additional insured; or

b. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This coverage shall not increase the applicable Limits of Insurance shown in the Declarations.

L. **Damage to Customers' Autos Coverage – Legal Liability**

1. The following is added to Paragraph **1.** under **Section I – Coverages, Coverage A – Bodily Injury and Property Damage Liability - Insuring Agreement**:

   **Insuring Agreement – Damage to Customers' Autos Coverage – Legal Liability**

   We will pay those sums that the insured is legally obligated to pay as damages because of "property damage" to customers "autos" and "mobile equipment" parked or stored on the "premises" described in the "Declarations". This coverage includes "property damage" from any cause including collision and upset and includes glass breakage and contact with persons, animals, birds, missiles, falling objects, or elevators. Elevator means an auto servicing hoist or jack.

   Coverage also applies while a customer's "auto" or "mobile equipment" is temporarily away from "premises" (in connection with the insured's business) or while any insured has control of such "auto" or "mobile equipment".

2. The following is added under **Section I – Coverages, Coverage A – Bodily Injury And Property Damage Liability – 2. Exclusions**, but only for **Damage to Customers' Autos Coverage – Legal Liability**:

   a. **Owned, Rented, or Demo Autos**

   This insurance does not apply to "property damage" to "autos" or "mobile equipment" owned, rented, or held for demonstration or sale by any insured under the policy.

   b. **Employee Dishonesty**

   This insurance does not apply to theft by you or your "employees", directors, trustees, authorized representatives, or any insured under this coverage.

   c. **Wear and Tear**

   This insurance does not apply to "property damage" to "autos" or "mobile equipment" caused by wear and tear, freezing, or mechanical or electrical breakdown or failure unless caused by another loss under these coverages.

   d. **Defective Parts or Faulty Work**

   This insurance does not apply to "property damage" to "your product" arising out of it or any part of it. This insurance also does not apply to "property damage" to "your work" arising out of it or any part of it.

   e. **Racing, Speed, or Demolition Contests**

   This insurance does not apply to "property damage" to an "auto" or piece of "mobile equipment" while operated or being prepared for any prearranged or organized racing, speed, or demolition contest, or stunting activity.

3. For **Damage to Customers' Autos Coverage – Legal Liability**, the following is added under **Section IV – Commercial General Liability Conditions**:

   **Deductible**

   We will only pay those damages in excess of $200 for all damages sustained by any one person because of "property damage" to their "auto" or "mobile equipment" as a result of any one "occurrence". We may pay all or part of the $200 deductible in order to settle any claim or "suit". If we do so, you must repay us the deductible amount we paid.

   When only a windshield is damaged, the deductible does not apply if the windshield is repaired and not replaced.

   **Kentucky Only**: Should only safety equipment be damaged, we will not apply the deductible. Safety equipment means the glass and plastic used in the windshield, doors, and windows; and the glass, plastic, or other material used in the lights.

4. For **Damage to Customers' Autos Coverage – Legal Liability**, the following definition is added to **Section V - Definitions**:

   "Premises" means the place where you conduct your operations shown in the Declarations, including the ways immediately adjoining. It does not include any portion of such premises where any other person or organization conducts operations.

M. **Waiver of Subrogation**

**Section IV – Commercial General Liability Conditions – Transfer of Right of Recovery Against Others to Us** is deleted and replaced by the following:

We waive any right of recovery against the Additional Insured because of payments we make under this Coverage Form. Such waiver by us applies only to the extent that the insured has waived its right of recovery against the Additional Insured prior to loss.

The insured must do nothing after a loss to impair our rights. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce these rights.

N. **Primary and Non-Contributory Insurance**

Under **Section IV – Commercial General Liability Conditions - Other Insurance** the following is added to **Paragraph 4.**:

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

1. The Additional Insured is a Named Insured under such other insurance; and
2. You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

O. **Definitions**

The following is added to the definition of "Products-completed operations hazard" under **Section V - Definitions**:

Includes all "bodily injury" and "property damage" arising out of "your product" if your business includes the handling or distribution of "your product" for consumption on premises you own or rent.

# IMPORTANT NOTICE TO NEW YORK POLICYHOLDERS – ERIESECURE BUSINESS

## POLICY SERVICE FEES

**SERVICE FEES** - For policies effective on and after March 1, 2008, the following service fees will be applicable to all payment plans.

- **Returned Payment Fee** - A **$25.00** charge will be applied to your account if your check or other payment is returned unpaid by your financial institution.
- **Late Fee** - A **$10.00** charge will be applied to your account when a cancellation notice is issued on your policy because of non-payment of premium.
- **Reinstatement Fee** - A **$25.00** charge will be applied to your account when your policy is reinstated with a lapse in coverage following cancellation of your policy because of non-payment of premium.

## NEW YORK LEAD LIABILITY EXCLUSION

If your policy includes liability coverage, your policy contains Lead Liability Exclusion Endorsement EPP3208NY, an exclusion involving lead contamination.

This exclusion may apply to one or more of the locations shown in the **Declarations.** The Lead Liability Exclusion Endorsement EPP3208NY will only apply to:

- Eligible classifications;
- Structures built prior to 1980; and
- Risks which have not undergone lead abatement.

The Lead Liability Exclusion Endorsement EPP3208NY will be applied to eligible contractor or installation operations without regard to year of construction.

It has become increasingly apparent in recent years that lead poisoning poses a serious threat to children. Studies have shown that even small doses of lead can cause severe poisoning, slowed development, altered behavior, and loss of intelligence. The lead hazard can be reduced by removing the lead from the premises using approved abatement methods.

If the building you own or occupy undergoes lead abatement, you must notify your Agent. This exclusion will not apply if lead abatement has begun.

Please read the New York Lead Liability Exclusion Endorsement EPP3208NY carefully for details

## DO YOU USE SUBCONTRACTORS?

If you use subcontractors in your business, please read the following notice.

It is important to have and maintain Certificates of Insurance for all subcontractors. This will verify that each subcontractor is adequately insured and may protect your business from costly losses. If you do not have and maintain certificates from subcontractors, their costs will be added to the audited payroll of this policy according to the applicable general liability manual rules for uninsured subcontractors. These rules apply in all states where you operate. Uninsured subcontractors represent a significant increase to your general liability loss exposures and could impact your future insurability with ERIE.

When this liability policy was issued, the premium was based on estimated rating information for your operations. Payrolls were not estimated for subcontractors that you hired during the policy period. Therefore, you will be charged an additional premium for subcontractors who do not provide you with certificates of liability insurance, or those that do not have adequate general liability insurance limits. For a subcontractor, ERIE considers general liability insurance limits of at least $1,000,000 to be adequate.

When your policy term expires, ERIE may audit your operations and review the subcontractors used during the policy term. The audit will ensure that you pay the appropriate premium for your exposure. As part of the audit process, we will ask you for copies of the Certificates of Insurance for each subcontractor that covers the time period the subcontractor performed work for you. Therefore, you may be required to submit more than one Certificate of Insurance for the same subcontractor. If you do not have the

certificates, or cannot produce the certificates at the time of the audit, the subcontractor will be considered uninsured and a premium charge will be made.

**NO FLOOD COVERAGE**

Your basic policy covers losses from many perils. However, it **DOES NOT** provide coverage for flood loss.

At your option, flood coverage may be provided for an additional premium for a particular building location or the contents of a building but only if the Limited Flood Coverage or Difference In Conditions is on your policy.

If flood coverage is listed on your Declarations for a particular location and the Limited Flood Coverage is on your policy, flood coverage is provided under the terms of the Limited Flood Coverage but only if a Building Amount of Insurance or Business Personal Property Amount of Insurance for Limited Flood Coverage for the particular location and building is shown in the Declarations.

If Difference In Conditions appears in the Schedule of Forms, then flood coverage is provided under the terms of the Difference In Conditions Endorsement.

However, if Limited Flood Coverage or Difference In Conditions is NOT listed on your Declarations, then your policy DOES NOT provide coverage for flood loss.

Insurance covering flood loss is generally available through the National Flood Insurance Program (NFIP).

In an effort to serve you, information about flood insurance and the National Flood Insurance Program (NFIP) can be provided by your ERIE Agent.

**HURRICANE STORM SHUTTERS OR LAMINATED MATERIALS**

In accordance with the guidelines established in New York Regulation 57, if the building/dwelling insured under your policy is equipped with hurricane resistant laminated glass windows or doors, or hurricane storm shutters, you may be eligible for a credit. The hurricane storm shutters or laminated materials must be designed and properly installed in accordance with the manufacturer's specifications to withstand external pressure or wind borne debris from a storm with sustained wind speed of at least 110 miles per hour, or a storm surge of eight (8) feet above normal.

Please contact your ERIE Agent for details and conditions regarding this credit.

If you have any questions concerning this Important Notice, please contact your ERIE Agent.

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

**Terrorism Premium (Certified Acts) $ 4** - This is the portion of your annual premium attributable to coverage for terrorism (Certified Acts) under the ErieSecure Business policy ($4.00 per policy issued).

**Additional Information, if any, concerning the terrorism premium:**

**SCHEDULE – PART II (Refer to Paragraph B. in this endorsement)**
**Federal share of Terrorism Losses: 80%**

(Applicable if policy is in force)

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion,

and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

Copyright, ISO Properties, Inc., 2007