# 2025 CAM RECONCILIATION

PROPERTY: TROY SRALP - HUDSON VALLEY PLAZA

75-81 Vandenburgh Ave Troy, NY

TENANT: RITE AID

AMOUNT DUE TO LANDLORD FOR 2025 CHARGES:

| | |
|---|---|
| CAM INC 01.01.2025 TO 05.04.2025 | **$18,459.23** |
| CAM INC 05.05.2025 TO 07.31.2025 | **$15,684.71** |
| **TOTAL AMOUNT DUE (CREDIT)** | **$34,143.93** |

Enclosed please find your 2025 CAM Reconcilations.
Please email Breiny Galitzky (breiny@propupgroup.com) or call (845.579.3033) with any que
Please reference the email sent for the Dropbox link with all associated invoices.