**Invoice No:** 2425160
**Invoice Date:** 02/01/25

# UPSTATE
Property Maintenance
Commercial Snow & Ice Management

14 Walker Way Suite 4
Albany, NY 12205
518-365-6016 upstatesnowandice@msn.com

## Invoice

**Bill to:**

Troy SRALP LLC,
c/o PropUp Management Group (NY GSC LLC)

12 Jeffery Place
Monsey, NY 10952

**For:**

**Services:** 2024-2025 snowplowing

**Location:** 75-89 Vandenburgh Ave
Troy NY 12180

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Billing for 4th of 6 payments for:<br><br>2024 - 2025 snowplowing contract | N/A | | $ 12,717.83 |
| Salt applications from 12/16/24 – 01/15/25 | | | |
| 12/16 | | $ 300.00 | $ 300.00 |
| 12/20 – 2X | | | $ 600.00 |
| 12/21 | | | $ 300.00 |
| 12/22 | | | $ 300.00 |
| 12/24 – 2X | | | $ 600.00 |
| 12/25 | | | $ 300.00 |
| 12/28 | | | $ 300.00 |
| 01/02 | | | $ 300.00 |
| 01/03 | | | $ 300.00 |
| 01/08 – 3X Water pipe break – flooding parking lot | | | $ 900.00 |
| 01/09 Some ice left from water pipe break | | | $ 300.00 |
| 01/11 – 2X | | | $ 600.00 |
| 01/12 | | | $ 300.00 |
| 01/13 | | | $ 300.00 |

| | |
|---|---|
| **Sub Total** | $ 18,417.83 |
| **Sales Tax - 8%** | $ 1,473.42 |
| **Total Due** | **$ 19,891.25** |

***Thank You***