STANDARD

Invoice #: 1420
Invoice Date: 2/4/25
Due: 3/6/25

PropUp Management Group C/O Troy SRALP LLC.
12 Jeffrey Place
Monsey, NY 10952

will@propupgroup.com

Standard Sweeping, LLC.
PO Box 267
Ballston Spa, NY 12020

(518) 365-6981
inquire@standardsweeping.com

**Service address:**
75 Vandenburgh Ave.
Troy, NY 12180

| Service Date | Item | Unit Cost | Quantity | Price |
|---|---|---|---|---|
| 1/2/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/3/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/4/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/7/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/8/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/9/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/10/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/11/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/14/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/15/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/16/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/17/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/18/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/21/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/22/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/23/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/24/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/25/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |

| | | | | |
|---|---|---|---|---|
| 1/28/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/29/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/30/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |
| 1/31/25 | **5xwk: Sweeping/Portering** | $190.00 | 1.00000 | $190.00 |

Subtotal: $4180.00

Sales Tax: $334.40

**Total: $4514.40**

To pay this invoice online using a credit or debit card, you can do so by clicking here or by copying and pasting the following url into your browser:
https://app.nektyd.com/standard-sweeping-llc-/invoice/pay?iid=178203&p=32r3ij