FDIC FDIC-Insured - Backed by the full faith and credit of the U.S. Government

# Account History

HVP 2 LLC

**Demand Dep ***4018**

Switch Account | Account Details

Available Balance **$1,560.77**

Current Balance **$1,560.77**

Make a Transfer | e-Statements | Stop Payment

City

Sort By
DATE (Newest)

Filters

Showing **7** transactions for '**City, All Transaction Types, 07/02/2025 to 08/25/2026**'

| Description | Amount |
|---|---|
| **Posted** | |
| City of Troy/WEB PMTS HVP2 LLC<br>Aug 3, 2026 | -$53,573.87<br>$1,560.77 |
| City of Troy/WEB PMTS HVP2 LLC<br>Jul 31, 2026 | -$56,701.67<br>$57,136.64 |
| City of Troy/WEB PMTS HVP2 LLC<br>Jun 23, 2026 | -$101.42<br>$1,743.56 |
| City of Troy/WEB PMTS HVP2 LLC<br>Apr 14, 2026 | -$101.42<br>$1,481.01 |
| City of Troy/WEB PMTS hvp2 llc<br>Feb 18, 2026 | -$96.70<br>$124.99 |
| City of Troy/WEB PMTS / Adirondack Trust<br>Feb 2, 2026 | -$54,166.82<br>$2,463.10 |
| City of Troy/WEB PMTS HVP2 LLC | -$56,871.06 |