# FIRST AMENDMENT TO LEASE AGREEMENT

THIS FIRST AMENDMENT TO LEASE AGREEMENT (this "Amendment") dated the 31st day of January, 2018 (the "Effective Date"), is by and between HVP 2 LLC, as "Landlord", TROY SRALP, LLC, as "SC Owner", and ECKERD CORPORATION D/B/A RITE AID, as "Tenant".

WITNESSETH

**WHEREAS**, Landlord, SC Owner and Tenant entered into that certain Lease Agreement dated April 24, 2017 (the "Lease") with respect to certain premises (the "Premises") located in the Hudson Valley Plaza Shopping Center (the "Shopping Center"), 76 Vandenburgh Avenue, Troy, New York, all as more fully set forth therein;

**WHEREAS,** Landlord, SC Owner and Tenant agree to amend the Lease as hereinafter set forth.

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Landlord, SC Owner and Tenant, intending to be legally bound, hereby agree as follows:

1. **Incorporation of Recitals.** The foregoing Recitals are hereby incorporated in and made a part of this Amendment by this reference.

2. **Certain Definitions.** Except as otherwise defined in this Amendment, each capitalized term shall have the meaning ascribed to such term in the Lease.

3. **Amendment to Lease.** The Lease is hereby amended as follows:

a. Rent Commencement Date. The parties acknowledge and agree that January 18, 2018 shall be the "Rent Commencement Date" under the Lease.

b. Landlord's Contribution. The parties acknowledge and agree that the sum of $2,587,379 shall be "Landlord's Contribution" under the Lease; and on or before the date of this Amendment, Tenant shall deliver to Landlord a Tenant's Certificate in the form of Schedule 1 hereto certifying to such amount. Upon obtaining the required lien waivers, Tenant shall provide Landlord with Tenant's Certificate in the form attached to the Lease as Exhibit D. Landlord shall pay to Tenant Landlord's Contribution within thirty (30) days following Landlord's receipt of Tenant's Certificate, the required lien waivers and a certificate of occupancy for the Premises.

c. Minimum Rent. Effective as of the Effective Date, Section 3.1 of the Lease is hereby deleted in its entirety and replaced with the following:

"3.1 Tenant shall pay as minimum rent ("Minimum Rent") the following amounts:

| Years | Annual Rent |
|---|---|
| | |

| Years | Annual Rent |
|---|---|
| Original Term | |
| Years 1-10 | $356,216.00 |
| Years 11-20 | $391,838.00 |
| First Renewal Term | |
| Years 21-25 | $467,775.00 |
| Second Renewal Term | |
| Years 26-30 | $537,941.00 |
| Third Renewal Term | |
| Years 31-35 | Fair Market Rent (but in no event less than 1.15 x Annual Rent for Second Renewal Term) |
| Fourth Renewal Term | |
| Years 36-40 | Fair Market Rent (but in no event less than 1.15 x Annual Rent for Third Renewal Term) |
| Fifth Renewal Term | |
| Years 41-45 | Fair Market Rent (but in no event less than 1.15 x Annual Rent for Fourth Renewal Term) |
| Sixth Renewal Term | |
| Years 46-49 | Fair Market Rent (but in no event less than 1.15 x Annual Rent for Fifth Renewal Term) |

4. **Brokerage.** Each party represents and warrants to the other that it has not dealt with any broker, finder or like agent in connection with this Amendment and agrees to indemnify and hold harmless the other party for all losses, claims and damages arising from the indemnifying party's breach of the foregoing representation and warranty.

5. **Lease in Full Force and Effect; No Conflicts.** If there is any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall prevail. Landlord, SC Owner and Tenant ratify and affirm the Lease as modified by this Amendment. Except as modified by this Amendment, the Lease shall remain unmodified, in full force and effect. Except as herein otherwise expressly provided, or except as the terms of the Lease may be in conflict with or inconsistent with the terms of this Amendment, all of the terms, covenants and provisions of the Lease are hereby incorporated into and made a part of this Amendment as if fully set forth herein.

6. **Entire Agreement.** This Amendment constitutes the entire agreement among the parties with respect to its subject matter and may not be altered, modified, waived or rescinded in any respect other than by a writing signed by the party to be charged therewith.

7. **Binding Effect.** This Amendment shall be binding upon the parties hereto and their respective successors and assigns.

8. **Restatement of Lease.** Except as herein specifically modified, each and every term, covenant and condition of the Lease is hereby restated, ratified and confirmed in all respects.

9. **Execution in Counterparts.** This Amendment may be executed in two (2) or more counterpart copies, all of which counterparts shall have the same force and effect as if the parties hereto had executed a single copy of this Amendment.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

IN WITNESS WHEREOF, the parties hereto have hereunto executed this Amendment the day and year first above written.

WITNESS:

______________________________

**LANDLORD:**
**HVP 2 LLC**

By: ______________________________ Member
Name: Marcia Klein
Title: Member

WITNESS:

______________________________

**SC OWNER:**
**TROY SRALP, LLC**

By: Troy Management, LLC, managing member

By: ______________________________
Name: Joel Aronson
Title: Member

WITNESS:

______________________________

**TENANT:**
**ECKERD CORPORATION**

By: ______________________________
Name:
Title:

IN WITNESS WHEREOF, the parties hereto have hereunto executed this Amendment the day and year first above written.

WITNESS:

**LANDLORD**:
**HVP 2 LLC**

______________________________

By:______________________________
Name: Marcia Klein
Title: Member

WITNESS:

**SC OWNER**:
**TROY SRALP, LLC**

By: Troy Management, LLC, managing member

______________________________

By:______________________________
Name: Joel Aronson
Title: Member

WITNESS:

______________________________

**TENANT**:
**ECKERD CORPORATION**

By:______________________________
Name: Joseph J. Notarianni, Jr
Title: VP

**TENANT'S CERTIFICATE**

HVP 2 LLC
c/o Nigro Companies
20 Corporate Woods Boulevard
Albany, New York 12211
Attention: John J. Nigro

January 30, 2018

Dear Landlord:

Reference is hereby made to that certain Lease between HVP 2 LLC and the undersigned dated April 24, 2017 (the "Lease"). All capitalized terms used herein but not defined shall have the meanings ascribed to them in the Lease.

The undersigned hereby acknowledges and certifies as follows:

> The total costs incurred by Tenant in performing Tenant's Initial Work (including both hard and soft costs) is $2,587,379.

Sincerely,

**ECKERD CORPORATION**

By: [signature]
Name: Joseph J. Notarianni Jr.
Title: VP