UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Shmuel Klein PA
Attorney for HVP2 LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
email:shmuel.klein@verizon.net
Attorney ID 0851987

In Re:

LAKEHURST AND BROADWAY CORPORATION
Debtor

| | |
|---|---|
| Case No.: | 25-14831 (MBK) |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | 9-15-26 |
| Judge: | MBK |

## CERTIFICATION OF SERVICE

1. I, Shmuel Klein :

☒ represent HVP 2 LLC in this matter.

☐ am the secretary/paralegal for __________, who represents __________ in this matter.

☐ am the __________ in this case and am representing myself.

2. On 8-27-26, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Opposition to "LIQUIDATING TRUSTEE'S SIXTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM PURSUANT TO SECTIONS 502(B) AND 503(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2"

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8-27-26

/s/ Shmuel Klein
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601 | counsel for Debtor/Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | UST | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric Kaup, Solely in his Capacity as Liquidating Trustee in the Chapter 11 Cases of Lakehurst and Broadway Corporation, et al. | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |