FDIC FDIC-Insured - Backed by the full faith and credit of the U.S. Government

# Account History

HVP 2 LLC

**Demand Dep ***4018**

Switch Account | Account Details

| | |
|---|---|
| Available Balance | **$1,560.77** |
| Current Balance | **$1,560.77** |

Make a Transfer | e-Statements | Stop Payment

verizon

Sort By
DATE (Newest)

Filters

Showing **10** transactions for **'verizon, All Transaction Types, 07/02/2025 to 08/25/2026'**

| Description | Amount |
|---|---|
| Posted | |
| VERIZON WIRELESS/PAYMENTS / 0000000084281195400001<br>Jul 28, 2026 | -$73.60<br>$114,823.27 |
| VERIZON WIRELESS/PAYMENTS / 0000000084281195400001<br>Jun 29, 2026 | -$73.60<br>$1,669.96 |
| VERIZON WIRELESS/PAYMENTS / 0000000084281195400001<br>May 28, 2026 | -$73.60<br>$889.17 |
| VERIZON WIRELESS/PAYMENTS / 0000000084281195400001<br>Apr 28, 2026 | -$73.60<br>$1,500.95 |
| VERIZON WIRELESS/PAYMENTS / 0000000084281195400001<br>Mar 30, 2026 | -$73.60<br>$1,728.05 |
| VERIZON WIRELESS/PAYMENTS / 0000000084281195400001<br>Mar 2, 2026 | -$73.60<br>$1,115.17 |
| VERIZON WIRELESS/PAYMENTS / 0000000084281195400001 | -$73.60 |

| | |
|---|---|
| Jan 28, 2026 | $1,631.92 |
| VERIZON WIRELESS/PAYMENTS / 0000000084281195400001<br>Dec 29, 2025 | -$73.60<br>$1,805.43 |
| VERIZON WIRELESS/PAYMENTS / 0000000084281195400001<br>Dec 1, 2025 | -$73.60<br>$2,018.73 |
| VERIZON WIRELESS/PAYMENTS / 0000000084281195400001<br>Oct 28, 2025 | -$144.80<br>$1,765.37 |

Load More