FDIC *FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

# Account History

HVP 2 LLC

**Demand Dep ***4018**

Switch Account | Account Details

| | |
|---|---|
| Available Balance | **$1,560.77** |
| Current Balance | **$1,560.77** |

Make a Transfer | e-Statements | Stop Payment

ngrid | Sort By DATE (Newest) | Filters

Showing **20** transactions for **'ngrid, All Transaction Types, 07/02/2025 to 08/25/2026'**

| Description | Amount |
|---|---|
| **Posted** | |
| NGRID36/NGRID36 hvp2 llc<br>Jul 15, 2026 | -$211.88<br>$8,133.09 |
| NGRID36/NGRID36 hvp2 llc<br>Jul 1, 2026 | -$24.99<br>$1,644.97 |
| NGRID36/NGRID36 hvp2 llc<br>Jun 10, 2026 | -$574.58<br>$283.20 |
| NGRID36/NGRID36 hvp2 llc<br>Jun 10, 2026 | -$31.39<br>$857.78 |
| NGRID36/NGRID36 hvp2 llc<br>May 12, 2026 | -$506.79<br>$962.77 |
| NGRID36/NGRID36 hvp2 llc<br>May 12, 2026 | -$31.39<br>$1,469.56 |
| NGRID36/NGRID36 hvp2 llc | -$1,094.22 |

| | |
|---|---|
| Apr 10, 2026 | $1,584.43 |
| NGRID36/NGRID36 hvp2 llc<br>Apr 10, 2026 | -$49.40<br>$2,678.65 |
| NGRID36/NGRID36 hvp2 llc<br>Mar 12, 2026 | -$2,424.62<br>$1,412.87 |
| NGRID36/NGRID36 hvp2 llc<br>Mar 12, 2026 | -$200.88<br>$3,837.49 |
| NGRID36/NGRID36 hvp2 llc<br>Feb 13, 2026 | -$1,701.15<br>$223.69 |
| NGRID36/NGRID36 hvp2 llc<br>Feb 13, 2026 | -$130.66<br>$1,924.84 |
| NGRID36/NGRID36 hvp2 llc<br>Jan 12, 2026 | -$1,429.03<br>$941.74 |
| NGRID36/NGRID36 hvp2 llc<br>Jan 12, 2026 | -$34.66<br>$2,370.77 |
| NGRID36/NGRID36 hvp2 llc<br>Dec 9, 2025 | -$872.09<br>$615.25 |
| NGRID36/NGRID36 hvp2 llc<br>Dec 9, 2025 | -$31.39<br>$1,487.34 |
| NGRID36/NGRID36 hvp2 llc<br>Nov 10, 2025 | -$474.49<br>$757.55 |
| NGRID36/NGRID36 hvp2 llc<br>Nov 10, 2025 | -$33.27<br>$1,232.04 |
| NGRID36/NGRID36 hvp2 llc<br>Oct 14, 2025 | -$135.24<br>$1,346.39 |
| NGRID36/NGRID36 hvp2 llc<br>Oct 10, 2025 | -$22.83<br>$1,481.63 |

Load More