**Invoice No:** 2324303
**Invoice Date:** 04/15/25

# UPSTATE
Property Maintenance
Commercial Snow & Ice Management

PO Box 4353
Halfmoon, NY 12065
518-365-6016 upstatesnowandice@msn.com

## *Invoice*

**Bill to:**

Troy SRALP LLC,
c/o PropUp Management Group (NY GSC LLC)

12 Jeffery Place
Monsey, NY 10952

**For:**

**Services:** 2025 Landscaping

**Location:** 75-89 Vandenburgh Ave
Troy NY 12180

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Billing for 1st of 7 payments for:<br><br>2025 landscaping contract | N/A | N/A | $ 2,490.00 |

| | |
|---|---|
| **Sub Total** | $ 2,490.00 |
| **Sales Tax - 8%** | $ 199.20 |
| **Total Due** | **$ 2689.20** |

***Thank You***