Enlarged City School District of Troy
518 - 328 - 5042

Print Back

**Notice of 2026 School Tax**

HVP 2 LLC
400 NE 14TH AVE UNIT 323
HALLANDALE BEACH, FL 33009

SBL: 123.29-1-3
ADDR: 83 VANDENBURGH AVE
SWIS: 381700 Troy
Bill #: 2026-005982

**MAIL PAYMENT WITH REMITTANCE STUB TO:**

Tax Processing Unit
Enlarged CSD of Troy
PO Box 12185
Albany, NY 12212 - 2185

**ASSESSMENT INFORMATION**

| | | |
|---|---|---|
| Full Market Value as of | March 01, 2026 | $3,100,000.00 |
| Total Assessed Value as of | July 01, 2026 | $1,559,300.00 |
| Uniform Percentage of Value | | 50.30 |

| Exemption | Ex Amt |
|---|---|

**PROPERTY TAXES**

| | Taxable Assessed Before STAR | Rate per $1000 | Non-Homestead Rate per $1000 | Taxes Due |
|---|---|---|---|---|
| Sch | $1,559,300.00 | 23.116821 | | $36,046.06 |
| | | | **Total Tax Due:** | $36,046.06 |

**SEND STUB WITH PAYMENT** **2026 - 2027 SCHOOL TAX INSTALLMENT #2** 123.29-1-3

Mark here [ ] for receipt Enlarged City School District of Troy

DUE WITHOUT PENALTY BY Mar 01, 2027

2026-005982-2

| If Paid Between | Penalty Amt | Total Due |
|---|---|---|
| **Aug 01 - Mar 01** | $0.00 | $18,023.03 |
| Mar 02 - Mar 31 | $180.23 | $18,203.26 |

**SEND STUB WITH PAYMENT** **2026 - 2027 SCHOOL TAX INSTALLMENT #1** 123.29-1-3

Mark here [ ] for receipt Enlarged City School District of Troy

DUE WITHOUT PENALTY BY Aug 31, 2026

2026-005982-1

| If Paid Between | Penalty Amt | Total Due | If Paid Between | Penalty Amt | Total Due |
|---|---|---|---|---|---|
| **Aug 01 - Aug 31** | $0.00 | $18,023.03 | Dec 01 - Dec 31 | $720.92 | $18,743.95 |
| Sep 01 - Sep 30 | $180.23 | $18,203.26 | Jan 01 - Feb 01 | $901.15 | $18,924.18 |
| Oct 01 - Nov 02 | $360.46 | $18,383.49 | Feb 02 - Mar 01 | $1,081.38 | $19,104.41 |
| Nov 03 - Nov 30 | $540.69 | $18,563.72 | Mar 02 - Mar 31 | $1,261.61 | $19,284.64 |