```
STATE     OF NEW YORK                                    C O M P A S S                                   CMPCRP13/V
COUNTY    OF RENSSELAER                           CITY OF TROY TAX ROLL                                            RUN DATE 12/22/25
CITY      OF TROY                 381700             R O L L   S E C T I O N  - 1 FULLY TXBL              TAXABLE STATUS DATE  1/01/26

                                              - - -D I M E N S I O N S - - -                         - - - - - - - E X E M P T I O N S - - - - - - -
                                                FRONT     DEPTH      ACRES                            CODE   DESCRIPTION COUNTY   MUNICIPAL    SCHOOL
    PARCEL  IDENTIFICATION                        GRID  COORDINATES                                    TAX DESCRIPTION----TAXABLE VALUE    TAX AMOUNT
    OWNER   NAME                                  DEED  INFORMATION       ASSESSED  TAX                - - - - - O T H E R   T A X A B L E S - - - - -
    OWNER   ADDRESS                             PROPERTY  DESCRIPTION       VALUES   CLASS  UNITS      CODE  DESCR      EXT TAXABLE VALUE    TAX AMOUNT
==================================================================================================================================================

381700 123.29-1-3                              NT     83     VANDENBURGH AVE                           SCHOOL - 381700  PROP CLASS - 484
HVP 2 LLC                                     ACCT# 0609092      BNK             200000 484 L         C/M/S TAXABLE -    4280,000    4280,000    4280,000
400 NE 14TH AVE UNIT 323                                              .60    4080000 IMPR
HALLANDALE BEACH FL                           EAST - 710222  NORTH - 408191   4280000 484 T           County Charge Back   4,280,000          $7,289.26
                   33009                      2013-168 LOT 1                                          City Tax             4,280,000         $70,738.68
                                              RITE AID                                                NY Mandates Cnty     4,280,000         $24,266.74
                                              LEVEL OF ASSMT PCT:  58.4000                            PL017 Library Ta TO  4,280,000          $4,853.06
                                              EST FULL MKT VAL  :   7328767                           VB001 Vacant Bld MT       400.00           $400.00
                                                                                                      WD222 City Water MT        45.98            $45.98
                                                                                                      RS002 City Swr R MT        17.82            $17.82
                                                                                                      RS003 County Swr MT       129.15           $129.15


                                                                                                      BILL NO-  3069 TOTAL TAX ---          $107,740.69*
                                                                              PAYMENT 1 ---         $54,166.82 PAYMENT 2 ---            $53,573.87
                                                                              DUE DATE1 ---   1/31/26          DATE DUE2 ---   7/31/26
                                                                              DATE PAID ---                    DATE PAID ---
**************************************************************************************************************************************************
```