**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On July 20, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on SunAmerica-Champion/LBS Limited Partnership, (ADRID: 30761723), Attn: Tim Petit, 1271 Ave of the Americas, Floor 11, New York, NY 10020-1304:

- Liquidating Trustee's Fourth Omnibus Objection to Certain Proofs of Claim Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Docket No. 411]

- Notice of Objection to Your Claim [Docket No. 412]

[*Remainder of page intentionally left blank*]

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). For avoidance of doubt, the Monthly Fee Statement of Kroll Restructuring Administration LLC was docketed in Case No. 25-14861 (MBK) [Docket No. 3524] but will proceed under Case No. 25-14831 (MBK) in accordance with the Order.

Dated: August 5, 2026

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 5, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028