**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:
LAKEHURST AND BROADWAY CORPORATION, et al.,
Debtors.

Chapter 11
Case No. 25-14831 (MBK)
Hon. Michael B. Kaplan

# NOTICE OF MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 8002(d)

PLEASE TAKE NOTICE that Mohsin Ali Khan, an individual creditor appearing pro se and the claimant on Proof of Claim No. 2243 against Thrifty PayLess, Inc., moves for an order extending the time to file a notice of appeal from the order entered October 6, 2026 (Docket No. 521), solely insofar as it disallowed and expunged the $25,550 asserted administrative or priority portion of Claim No. 2243.

The motion is made under Federal Rule of Bankruptcy Procedure 8002(d)(1)(B) on the ground of excusable neglect. It requests only additional time to file a notice of appeal and does not seek an immediate ruling allowing or reinstating Claim No. 2243.

**HEARING INFORMATION**

Date: Thursday, December 3, 2026

Time: 10:00 a.m. Eastern

Location: Via Zoom unless the Court directs otherwise. In-person location: Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, Courtroom 8.

PLEASE TAKE FURTHER NOTICE that the motion is supported by the separately submitted motion, declaration of Mohsin Ali Khan, memorandum of law, and proposed order. A Local Form Certification of Service will document service of the motion papers.

Unless the Court directs otherwise, any opposition or cross-motion must be filed and served no later than seven days before the hearing; any reply must be filed and served no later than four days before the hearing. See D.N.J. LBR 9013-2(a). Under D.N.J. LBR 9013-3(d), an uncontested motion ordinarily will be decided without oral argument.

**Dated:** 11/06/2026

[signature]

Mohsin Ali Khan, pro se creditor / movant (Claim No. 2243)
Mailing address: 2897 E. Salem Ave, Fresno, CA 93720
Telephone: (559) 907-2365 | Email: mak2675@gmail.com

FILED:BANKRUPTCY:NJB
2026 NOV 10 PM2:45:43



RECD:BANKRUPTCY:NJB
2026 NOV 10 PM2:45:33

PRIORITY MAIL EXPRESS

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

POSTAGE PAID

$38.25

Origin: 93612
11/06/26
0516570612-16

PRIORITY MAIL EXPRESS®

MOHSIN ALI KHAN
2897 E SALEM AVE
FRESNO CA 93720-4980
(559) 907-2365

0 Lb 6.20 Oz

RDC 07

NO WEEKEND DELIVERY

SCHEDULED DELIVERY DAY: 11/09/26 06:00 PM

C034

SHIP TO:

(609) 858-4333
US BANKRUPTCY COURT
CLERKS OFFICE
402 E STATE ST
TRENTON NJ 08608-1507

USPS TRACKING® #

9570 1158 1523 6310 7774 13

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE (559) 907-2365

Mohsin Ali Khan
2897 E Salem Ave
Fresno, CA 93720

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☐ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE (609) 858-9333

U.S Bankruptcy Court
Clerk's office
402 East State Street
Trenton, NJ 08608

RE: CASE NO. 25-14831 (MBK)

ZIP + 4® (U.S. ADDRESSES ONLY)

0 8 6 0 8 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.

■ $100.00 insurance included.

PEEL FROM THIS CORNER

PAPER POUCH

how2recycle.info

UNITED STATES POSTAL SERVICE