FILED
JEANNE A. NAUGHTON, CLERK

NOV 10 2026

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY ____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

LAKEHURST AND BROADWAY
CORPORATION, et al.,
Debtors.

Chapter 11
Case No. 25-14831 (MBK)

Hon. Michael B. Kaplan

## DECLARATION OF MOHSIN ALI KHAN IN SUPPORT OF MOTION

Movant: Mohsin Ali Khan | 2897 E. Salem Ave, Fresno, CA 93720 | (559) 907-2365 | mak2675@gmail.com

I, Mohsin Ali Khan, declare as follows:

1. I am an individual creditor and the claimant for Proof of Claim No. 2243 in the Rite Aid 2025 bankruptcy proceedings. I am acting without an attorney. I have personal knowledge of the facts in this declaration unless I expressly identify information learned from case documents or counsel.

2. I submitted Proof of Claim No. 2243 against Thrifty PayLess, Inc. for a total of $183,381.48. The claim asserts $25,550 as priority ($17,150 in wages and $8,400 in benefits) and $157,831.48 as general unsecured.

3. I did not receive the August 14, 2026 Sixth Omnibus Objection and accompanying Notice of Objection (Docket Nos. 492 and 493) by postal mail.

4. On October 30, 2026, counsel for the Liquidating Trustee informed me by email that Kroll had mailed Docket Nos. 492 and 493 to my Fresno address by first-class mail on August 14, 2026, and provided an affidavit of service reflecting that mailing.

5. I received a mailed copy of the October 6, 2026 order at Docket No. 521. On October 29, 2026, I first became aware that the order had disallowed the $25,550 priority portion of Claim No. 2243.

6. On October 29, 2026, I emailed counsel for the Liquidating Trustee to request clarification concerning Docket No. 521, the service of the objection, and possible reconsideration. I continued corresponding with Trustee's counsel on October 30 and 31.

7. On November 2, 2026, I received an email from Trustee's counsel stating that Kroll's service records showed timely service of the objection, that counsel saw no basis to revisit the matter, and that the general unsecured portion of my claim remained on the claims register, neither allowed nor disallowed.

8. On November 3, 2026, I located an email dated August 14, 2026, concerning the objection. I cannot verify whether the email had previously been marked read or unread.

9. I did not knowingly choose to abandon the asserted $25,550 priority portion of Claim No. 2243 or intentionally disregard the objection. After learning of the order's effect, I contacted Trustee's counsel and began taking steps to seek judicial review.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on: 11/06/2026 at Fresno, California.

Signature: ______________________________

Mohsin Ali Khan