UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>LAKEHURST AND BROADWAY CORPORATION, et al.,<br><br>Debtors. | Case No.: 25-14831 (MBK)<br><br>Chapter: 11<br><br>Hearing Date: Thursday, December 3, 2026<br><br>Judge: Hon. Michael B. Kaplan |

Movant: Mohsin Ali Khan | 2897 E. Salem Ave, Fresno, CA 93720 | (559) 907-2365 | mak2675@gmail.com

## ORDER

## GRANTING MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

The relief set forth on the following page, numbered two (2) through two (2), is ORDERED.

## PROPOSED ORDER GRANTING MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

Upon consideration of the motion of Mohsin Ali Khan, appearing pro se, to extend the time to file a notice of appeal from the October 6, 2026 Order (Docket No. 521) only insofar as it disallowed the asserted $25,550 priority portion of Proof of Claim No. 2243; and after consideration of the motion, declaration, memorandum of law, any opposition, and Bankruptcy Rule 8002(d)(1)(B), the Court finds good cause for the relief ordered below:

**IT IS ORDERED:**

1. The motion is GRANTED under Federal Rule of Bankruptcy Procedure 8002(d)(1)(B), upon a finding of excusable neglect for purposes of that Rule.

2. The deadline for Mohsin Ali Khan to file a notice of appeal from Docket No. 521, only to the extent described above, is extended through ___________________________, a date not later than permitted by Bankruptcy Rule 8002(d)(3).

3. This Order decides only the time for filing a notice of appeal. It does not decide the appealability or merits of Docket No. 521, whether leave to appeal is required, or the allowance of any portion of Proof of Claim No. 2243.

4. Nothing herein alters the unresolved status of the $157,831.48 asserted general unsecured portion of Proof of Claim No. 2243.

Dated: _________________________

_____________________________________________

United States Bankruptcy Judge