FILED
JEANNE A. NAUGHTON, CLERK
NOV 10 2026
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY [signature] DEPUTY

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION, et al., Debtors. | Case No. 25-14831 (MBK)<br>Chapter 11<br>Hearing: December 3, 2026, 10:00 a.m. ET<br>Judge: Hon. Michael B. Kaplan |

Movant: Mohsin Ali Khan | Proof of Claim No. 2243 | Pro se

# CERTIFICATION OF SERVICE

I, Mohsin Ali Khan, am the individual creditor and claimant on Proof of Claim No. 2243, appearing without an attorney in this matter.

On November 6, 2026, I served true copies of the following documents by placing them in the United States mail with prepaid First-Class Mail postage, addressed to each recipient identified on the attached service list:

- Notice of Motion to Extend Time to File Notice of Appeal;
- Motion to Extend Time under Federal Rule of Bankruptcy Procedure 8002(d);
- Declaration of Mohsin Ali Khan in Support of Motion;
- Memorandum of Law in Support of Motion; and
- Proposed Order.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2026

Signature: [signature]
Mohsin Ali Khan, pro se

## PARTIES SERVED

Mailing date: November 6, 2026 | Method: USPS First-Class Mail (postage prepaid)

| Name and mailing address | Role | Method / date |
|---|---|---|
| Cole Schotz P.C.<br>Attn: Benjamin M. Fischer /<br>David M. Bass<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Counsel for the Liquidating Trustee | First-Class Mail<br>November 6, 2026 |
| Office of the U.S. Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | United States Trustee | First-Class Mail<br>November 6, 2026 |
| Lakehurst and Broadway Corp.<br>Attn: Chief Executive Officer<br>200 Newberry Commons<br>Etters, PA 17319 | Wind-Down Debtor | First-Class Mail<br>November 6, 2026 |