**<u>Exhibit B</u>**

(Filed under Seal)