# **Exhibit C**

(Filed under Seal)