**Exhibit D**

(Filed under Seal)