# **Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane
Andres Barajas (admitted *pro hac vice*)
Connie Y. Choe
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, NJ 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: rlehane@kelleydrye.com
abarajas@kelleydrye.com
cchoe@kelleydrye.com

*Counsel for Thomas A. Pitta,*
*Trustee of the RAD Sub-Trust A*

| | |
|---|---|
| In re:<br>LAKEHURST AND BROADWAY CORPORATION<br><br>Wind-Down Debtor.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

**ORDER CONCERNING REQUEST TO SEAL DOCUMENTS**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

[1] On December 30, 2025, the Bankruptcy Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Bankruptcy Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

On request of Thomas A. Pitta, in his capacity as the trustee ("Trustee") of the RAD Sub-Trust A, to file under seal and redact certain portions of the *Application in Lieu of Motion For Entry of Consent Order Modifying the Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan and (II) Granting Related Relief*; and the Bankruptcy Court having considered the request and any objection thereto, it is

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☐ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.