# IN THE COURT OF APPEALS OF VIRGINIA

Monday the 17th day of August, 2026.

Van Prince, Appellant,

against

Ignatius, Pharmacy Manager
Rite Aid #04263 Appellee.

**Record No. 0890-25-1**

From the Circuit Court of the City of Norfolk
Circuit Court No. CL24-1952

After reviewing Van Prince's motion to continue these appellate proceedings and Ignatius, Pharmacy Manager Rite Aid #04263's motion to dismiss in opposition, the Court directs the parties to file supplemental briefs addressing the following issues:

> I. Did the Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates discharge Prince's claims against Ignatius in his individual capacity considering *Harrington v. Purdue Pharma L.P.*, 603 U.S. 204 (2024)?
>
> II. What specific provisions of the Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates demonstrate that Prince's claims against Ignatius in his individual capacity, rather than Rite Aid Corporation, were discharged in bankruptcy?
>
> III. What is the relevance of the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates given that New Rite Aid, LLC is a separate legal entity from Rite Aid Corporation formed in connection with Rite Aid Corporation's bankruptcy proceedings?

The respective supplemental briefs shall be limited to 7,500 words and must be filed in the Clerk's office of this Court within 30 days of the entry of this order.

Teste: A. John Vollino, Clerk

Entered: Robert Blosser
Deputy Clerk

COURT OF APPEALS OF VIRGINIA

Exhibit 3