Outlook

**Fwd: Legal**

**From** Van Prince <pvan83089@gmail.com>
**Date** Fri 9/4/2026 9:41 AM
**To** Pak Mail US172 <us172@pakmail.com>

---------- Forwarded message ---------
From: **Brian Cafritz** <Brian.Cafritz@kpmlaw.com>
Date: Fri, Jun 19, 2026 at 12:45 PM
Subject: RE: Legal
To: Van Prince <pvan83089@gmail.com>

Thank you Mr. Prince.

To answer your questions about who is paying me.....nobody is. I have no client and nobody to send my bills to.

Regrettably, the last invoice that received any payment on it was a LONG time ago.

If this is the Boston Witch Hunt, I feel like I am the witch who won't sink in the water and keeps getting burned!



**Brian Cafritz** | *Managing Partner*

*Retail, Restaurant, Entertainment, Sports & Leisure Team*

KPM LAW
KALBAUGH PFUND & MESSERSMITH, P.C.
VIRGINIA | WEST VIRGINIA | WASHINGTON, DC | MARYLAND | NORTH CAROLINA

Martindale-Hubbell AV PREEMINENT Peer Rated for Highest Level of Professional Excellence

901 Moorefield Park Drive, Suite 200 | Richmond, VA 23236

www.kpmlaw.com

804-320-6300

Let's Connect

Exhibit 8

***** CONFIDENTIAL *****