Here is what I can tell you. Rite Aid no longer exists. There is no legal department, no stores, and from what I can gather, no corporate headquarters. I am not aware of anyone I can contact at Rite Aid, because I everyone is gone I knew that worked there is gone.

The only place I know to go for anything on tis file is to the bankruptcy law firm. The lawyer with whom I would communicate is Andreas Apostolides, and the last email address I have on record for him is aapostolides@coleschotz.com.

As for the individual pharmacist, I am not sure where he is located at this time. He is no longer employed by Rite Aid, as it is out of business. My contact point with him was the store phone and his Rite-Aid email, neither of which are valid anymore.

I know this is not much help, but it is all I have.



**Brian Cafritz** | *Managing Partner*

*Retail, Restaurant, Entertainment, Sports & Leisure Team*

KPM LAW
KALBAUGH PFUND & MESSERSMITH, P.C.
VIRGINIA | WEST VIRGINIA | WASHINGTON, DC | MARYLAND | NORTH CAROLINA

Martindale-Hubbell AV PREEMINENT Peer Rated for Highest Level of Professional Excellence

901 Moorefield Park Drive, Suite 200 | Richmond, VA 23236

www.kpmlaw.com

804-320-6300

Let's Connect

***** CONFIDENTIAL *****

This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.

Exhibit 9