**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee*
*and the Wind-Down Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LAKEHURST AND BROADWAY CORPORATION,<br><br>Wind-Down Debtors.[1] | Chapter 11<br><br>Case No. 25-14831 (MBK) |

## ADJOURNMENT REQUEST

1. I, Felice R. Yudkin, am the attorney for the Liquidating Trustee of the above-captioned Wind-Down Debtors and request an adjournment of the hearing as it relates to:

A. *Liquidating Trustee's Third Omnibus Objection to Certain Proofs of Claim Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* [Docket No. 363], solely with respect to the claims set forth on **Schedule 1** attached hereto.

B. *Liquidating Trustee's Fourth Omnibus Objection to Certain Proofs of Claim Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule*

[1] On December 30, 2025, the Court entered the *Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases in New Rite Aid, LLC, et al.*, closing all cases listed therein except for the above captioned Debtor [Case No. 25-14861 (MBK), Docket No. 3695] (the "Order"). The Court has entered a text order on the affiliated dockets listed in the Order requiring that all remaining matters be filed under the above captioned case, Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK).

*3007, and Local Rules 3007-1 and 3007-2* [Docket No. 411], solely with respect to the claims set forth on **Schedule 2** attached hereto.

C. *Liquidating Trustee's Fifth Omnibus Objection to Certain Proofs of Claim Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* [Docket No. 461], solely with respect to the claims set forth on **Schedule 3** attached hereto.

D. *Second Notice of Satisfaction of Claims* [Docket No. 463], solely with respect to the claims set forth on **Schedule 4** attached hereto.

E. *Liquidating Trustee's Sixth Omnibus Objection to Certain Proofs of Claim Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* [Docket No. 492], solely with respect to the claims set forth on **Schedule 5** attached hereto.

F. *Third Notice of Satisfaction of Claims* [Docket No. 494], solely with respect to the claims set forth on **Schedule 6** attached hereto.

Current hearing date and time: November 23, 2026 at 10:00 a.m.. (ET)

New date requested: December 21, 2026 at 11:30 a.m. (ET)

2. Consent to adjournment: The Liquidating Trustee has the consent of the parties and/or authority to adjourn these matters consistent with the Objection Procedures.

I certify under penalty of perjury that the foregoing is true.

Dated: November 25, 2026

*/s/ Felice R. Yudkin*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Counsel to the Liquidating Trustee and the Wind-Down Debtors*

**COURT USE ONLY:**

The request for adjournment is:

☑ Granted New hearing date: 12/21/26 at 11:30 ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

**Schedule 1**

**Adjourned Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1852 | American Realty Capital Operating Partnership, L.P. | Rite Aid of Pennsylvania, LLC | 9/17/2025 | $473,695.40 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 976 | CX360, Inc. | New Rite Aid, LLC | 7/14/2025 | $2,244,666.71 | This claim is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 2266 | HCP RRF Sand Canyon LLC | Thrifty PayLess, Inc. | 11/24/2025 | $822,776.20 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1947 | The Irvine Company LLC | Thrifty PayLess, Inc. | 9/26/2025 | $593,754.72 | This claim seeks recovery for rent and late fees. The Debtors timely paid their rent obligations. To the extent this claim asserts a claim for rent, this claim should be marked as satisfied. To the extent this claim asserts a claim for late fees, the claim should be disallowed. | Section II, ¶¶19–21; Section V, ¶¶28–30 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 2050 | The Irvine Company LLC | Thrifty PayLess, Inc. | 10/5/2025 | $1,070,150.92 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1470 | Lancaster Development Company, LLC | Thrifty PayLess, Inc. | 8/11/2025 | $286,500.76 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 1479 | QCSI Six, LLC | Thrifty PayLess, Inc. | 8/11/2025 | $559,422.78 | This claim seeks recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 1653 | Rancho Del Mar Center, LLC | Thrifty PayLess, Inc. | 8/26/2025 | $967,612.63 | The claim does not clearly state its basis or include adequate supporting documentation | Section IV, ¶¶25–27 |
| 598 | Wright Wisner Distributing Corp | Rite Aid of New York, Inc. | 6/13/2025 | $365,304.63 | This claim has been satisfied in accordance with the procedures set forth in the Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883] | Section V, ¶¶28–30 |

**Schedule 2**

**Adjourned Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Remaining Claim | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|---|
| 1538 | 569 Broadway Associates | Rite Aid of Virginia, Inc. | 8/20/2025 | $18,188.58 | $729.34 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1523 | ALD Capital PA, LLC | Eckerd Corporation | 8/18/2025 | $32,523.99 | $5,414.20 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1134 | Bethel Park, LLC | Rite Aid of Pennsylvania, LLC | 7/30/2025 | $23,677.14 | $2,070.94 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 2051 | Fairview Shopping Center | Thrifty PayLess, Inc. | 10/5/2025 | $73,259.52 | $12,248.86 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1988 | Felos Associates, LLC | Eckerd Corporation | 9/29/2025 | $1,500.00 | $0.00 | This claim seek recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 2183 | Irvine Company | Thrifty PayLess, Inc. | 10/24/2025 | $4,482.12 | $1,923.54 | This claim seek recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |
| 2050 | Irvine Company | Thrifty PayLess, Inc. | 10/5/2025 | $73,448.15 | $7,949.86 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Remaining Claim | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|---|
| 1189 | Jackson Investment Company | New Rite Aid, LLC | 7/30/2025 | $51,828.23 | $0.00 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1971 | Joseph Murphy Corporation | Thrifty Corporation | 9/29/2025 | $175,801.59 | $0.00 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1565 | Mt. Lebanon Cooke, LP | Rite Aid of Virginia, Inc. | 8/20/2025 | $45,118.25 | $6,598.11 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1079 | Musso 3636 LLC | Genovese Drug Stores, Inc. | 7/23/2025 | $37,952.24 | $1,120.11 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 2056 | Prime/Frit Bell Garden LLC | Thrifty PayLess, Inc. | 10/6/2025 | $48,659.92 | $0.00 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1479 | QCSI Six LLC | Thrifty PayLess, Inc. | 8/11/2025 | $3,704.66 | $0.00 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 2029 | Realty Income PA Properties | Rite Aid of Pennsylvania, LLC | 10/2/2025 | $10,412.61 | $6,278.74 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1580 | Red Lion Broadway, LLC | Rite Aid of Pennsylvania, LLC | 8/20/2025 | $19,245.67 | $401.37 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1530 | Robert Marin and Celeset de Schulthess Marin Trust | Eckerd Corporation | 8/18/2025 | $30,814.18 | $20,417.68 | This claim seek recovery of amounts for which the Debtors are not liable | Section II, ¶¶19–21 |

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Remaining Claim | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|---|
| 1602 | SADG-1 Limited Partnership | Rite Aid of Pennsylvania, LLC | 8/21/2025 | $13,884.38 | $0.00 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1167 | SADG-4 Limited Partnership | New Rite Aid, LLC | 7/29/2025 | $18,680.08 | $1,533.76 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1086 | Silverado Partners LLC | Thrifty PayLess, Inc. | 7/24/2025 | $25,313.09 | $15,915.90 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 2088 | SunAmerica-Champion/LBS Limited Partnership | Thrifty Corporation | 10/15/2025 | $25,278.66 | $0.00 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 2485 | The Buncher Company | Rite Aid of Pennsylvania, LLC | 1/30/2026 | $122,766.03 | $0.00 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |
| 1980 | Trust for the Benefit of Catherine M. Levin | Rite Aid of Pennsylvania, LLC | 9/29/2025 | $38,338.52 | $0.00 | This claim, or a portion of this claim, is improperly classified as an administrative expense claim | Section III, ¶¶22–24 |

**<u>Schedule 3</u>**

**Adjourned Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 1155 | Bethel Park Library LLC | New Rite Aid, LLC | 7/29/2025 | $23,677.14 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1706 | LS Morrell, LLC | Eckerd Corporation | 8/29/2025 | $30,981.27 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 1598 | RAP Hamlin LP | New Rite Aid, LLC | 8/21/2025 | $10,999.63 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |

## Schedule 4

## Adjourned Claims

| Claimant Name or Identifier | Claim / Schedule No. | Asserted Claim Amount |
|---|---|---|
| Nwosu, Charles | 77 | $14,687.86 |
| Gratton, Michael | 79 | $63,076.96 |

**<u>Schedule 5</u>**

**Adjourned Claims**

| Claim Number | Creditor | Debtor | Date Filed | Asserted Admin/Priority Claim Amount | Grounds for Objection | Objection Reference |
|---|---|---|---|---|---|---|
| 273 | Beckwith, Karina | New Rite Aid, LLC | 5/27/2025 | $17,150.00 | This claim asserts amounts for which the Debtors are not liable | Section II ¶¶19–21 |
| 2484 | The Buncher Company | New Rite Aid, LLC | 1/30/2026 | $122,776.03 | This claim has been superseded | Section V ¶¶28–30 |
| 2474 | Digi SmartSense, LLC | Rite Aid Hdqtrs. Corp. | 1/30/2026 | $323,520.75 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 2268 | HVP2 LLC | Eckerd Corporation | 11/24/2025 | $505,845.65 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 2025 | Realty Income Properties 16, LLC | Thrifty PayLess, Inc. | 10/2/2025 | $14,921.86 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |
| 2030 | Realty Income Properties 9, LLC | Eckerd Corporation | 10/2/2025 | $11,043.99 | This claim, or a portion thereof, does not clearly state its basis or include adequate supporting documentation | Section IV ¶¶25–27 |

**Schedule 6**

**Adjourned Claims**

| Claimant Name or Identifier | Claim / Schedule No. | Asserted Claim Amount |
|---|---|---|
| Beckwith, Karina | 84 | $20,593.02 |
| Beckwith, Karina | 225 | $3,443.02 |
| Fralix, Karen Marie | 387 | $8,265.63 |
| Swift, Sara | 1745 | $8,162.00 |
| Taylor, Douglas C | 957 | $55,123.00 |
| White, Richard M. | 832 | $52,807.26 |